**FILED**

SEP - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUANITA SANCHEZ, *et al.*,           )
                                      )
                    Plaintiffs,       )
                                      )
        v.                            )        07 1573
                                      )
United States, *et al.*,              )
                                      )
                    Defendants.       )
                                      )

## ORDER

Upon consideration of the Plaintiffs' Motion for Leave to File the Complaint, it is hereby this 5 day of September, 2007

**ORDERED** that the Clerk shall mark the Complaint filed on the date on which it was docketed, September 5, 2007 subject to further order of the Court as to plaintiffs' actual residential addresses.

_____
United States District Judge