# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| | * | |
| JUANITA SANCHEZ(ON BEHALF OF MINOR | * | |
| CHILD DEBORA RIVERA-SANCHEZ) | * | |
| | * | |
| and | * | |
| | * | |
| 7,124 ADDITIONAL PLAINTIFFS | * | |
| FOUND IN ATTACHMENT A, | * | |
| Plaintiffs | * | |
| | * | |
| | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| Serve:  United States Attorney General | * | |
| United States Department of Justice | * | |
| 950 Pennsylvania Avenue NW | * | |
| Washington, D.C. 20530-0001 | * | |
| | * | |
| and | * | |
| | * | |
| Jeffrey A. Taylor, Esquire | * | |
| United States Attorney | * | |
| 555 4th Street, NW | * | |
| Washington, DC 20530 | * | |
| | * | |
| UNITED STATES DEPARTMENT OF DEFENSE | * | |
| 1000 Defense Pentagon | * | |
| Washington, D.C. 20301-1000 | * | |
| | * | |
| ROBERT M. GATES | * | |
| SECRETARY OF DEFENSE | * | |
| 1000 Defense Pentagon | * | |
| Washington, D.C. 20301-1000 | * | |
| | * | |
| UNITED STATES DEPARTMENT OF NAVY | * | |
| 1000 Navy Pentagon | * | |
| Washington, D.C. 20305-1000 | * | |
| | * | |
| DONALD C. WINTER | * | |

SECRETARY OF NAVY                                        *
1000 Navy Pentagon                                       *
Washington, D.C. 20305-1000                              *
Defendants                                               *
_____*

## COMPLAINT

**COMES NOW** the Plaintiffs, Juanita Sanchez, on behalf of minor child Debora Rivera-Sanchez, and 7,124 additional Plaintiffs, by and through their counsel, and move this Court for judgment against the United States of America; Robert M. Gates, Secretary of Defense; and Gordon England, Secretary of Navy, on the grounds set forth as follows:

### JURISDICTION AND VENUE

1. Plaintiffs assert their claims against Defendants under the Federal Tort Claims Act ("FTCA") 28 U.S.C. §§ 2671 *et seq.*

2. Jurisdiction over the subject matter of this case arises under 28 U.S.C. § 1331, 1332 and 28 U.S.C. § 1346(b).

3. This is a civil action for money damages against the United States and its agents and arises from negligent conduct and wrongful acts and omissions resulting in widespread injuries and permanent damage to the people of Vieques Island and its environment.

4. The United States Navy operated the Atlantic Fleet Weapons Training Facility (AFWTF) and used parts of Vieques as a firing range and weapons testing ground since shortly after World War II until 2003.  In 1998 alone, the United States dropped 23,000 bombs on Vieques.   The explosives, ordnance and contaminants that have damaged the environment and Plaintiffs include, but are not limited to, napalm, agent orange, depleted uranium, white phosphorous, chemical weapons, arsenic, lead, mercury, cadmium,

- 2 -

copper, magnesium, lithium, perchlorate, TNT, PCBs, solvents, pesticides and tons of high explosives and minute particles of a fiber-glass type substance, known as "chaff."

5. The toxins, heavy metals and contaminants bioaccumulate and remain in the environment. The people of Vieques live off the land and waters surrounding them and also lived downwind from the testing areas.

6. The injuries and damages suffered by Plaintiffs are a result of chronic, long term, negligent and/or deliberate exposure to toxic dust and contamination, hazardous waste, and environmental damage caused by the Defendants' warfare testing programs. Studies have turned up dangerous levels of heavy metals and toxic explosives related chemicals in soil, water, air, animal and human samples.

7. A survey by the Puerto Rico Health Department revealed that the cancer rate in Vieques is 30% higher than mainland Puerto Rico.

8. The utilization of Vieques as a weapons testing site for nearly 60 years entailed the creation of vast volumes of hazardous and toxic waste, including contaminated soil, air and water and unexploded ammunition. The Defendants did not safely store or dispose of this toxic waste and this negligence has permanently damaged Vieques and its surrounding environment and caused Plaintiffs' injuries and damages.

9. The Defendants operated a solid waste management facility or disposal site on Vieques for the disposal of ammunition and waste. The Federal Facilities Compliance Act ("FFCA"), 42 U.S.C. § 6961, imposed and imposes on the Department of Navy a duty to follow all pertinent and relevant federal and local regulations and statutes on Vieques. The Defendants violated internal guidelines, policies and mandatory directives in their poisoning and destruction of the environment of Vieques and their subsequent failure to

clean up the testing area to protect the residents of Vieques from the resulting hazardous living conditions.

10. For example, the Environmental Protection Agency has instituted enforcement actions on Vieques to require the Navy to conduct groundwater studies and clean up any contamination it found.

11. Also, the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901, *et seq.* is one of the federal statutes the Navy must comply with under the FFCA. The Navy violated a mandatory RCRA requirement by operating the open burning/open detonation facility at the AFWTF without a valid RCRA permit.

12. The Environmental Protection Agency ("EPA") has listed the Vieques portion of the Atlantic Fleet Weapons Training Area (AFWTA) on the Federal Facilities section of the National Priorities List ("NPL"). 70 Fed. Reg. 7182 (February 11, 2005). "The Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA" or "the Act"), as amended, requires that the National Oil and Hazardous Substances Pollution Contingency Plan ("NCP") include a list of national priorities among the known releases or threatened releases of hazardous substances, pollutants, or contaminants throughout the United States. The National Priorities List ("NPL") constitutes this list. The NPL is intended primarily to guide the Environmental Protection Agency ("EPA" or "the Agency") in determining which sites warrant further investigation. These further investigations will allow EPA to assess the nature and extent of public health and environmental risks associated with the site and to determine what CERCLA-financed remedial action(s), if any, may be appropriate. This rule adds one new site to the NPL Federal Facilities Section." Id.

- 4 -

13. Plaintiffs believe further mandatory internal environmental regulations were violated by the Defendant's bombing activities and weapons exercises, burning and open detonation of hazardous waste, and failure to remediate the environmental despoliation caused by these activities.

14. Under the FTCA, Plaintiffs were required to present their claims in writing to the appropriate Federal agency within two years after their claims accrued. Plaintiffs therefore first sought redress through the administrative claims process within the statutorily required two year time limit. Plaintiffs exhausted the administrative claims process and received a final denial letter from the Department of the Navy on March 12, 2007. Plaintiffs therefore file this complaint within the six month time period prescribed by 28 U.S.C. § 2675.

15. In the Department of Navy's denial of claim letter the discretionary function exception was not raised as defense to Plaintiffs' claims. In the Department of Navy's denial claim letter the Plaintiffs' claims were denied on the merits.

16. The United States and its agents, if a private person, would be liable in accord with the law of Puerto Rico, the place where the negligent acts and omissions occurred.

17. Upon information and belief, the Defendants' negligent conduct, wrongful acts and omissions violated internal mandatory regulations, policies, directives and orders. Some of the internal regulations, policies, directives and orders are classified or unknown to the public.

18. This Court may properly assert personal jurisdiction over the Defendants because of their presence in the forum.

19. Venue is proper in this forum pursuant to 28 U.S.C. § 1402.

## PARTIES

20. Juanita Sanchez, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Debora Rivera-Sanchez (ECN 3992).  {ECN hereinafter refers to Eaves Client Number}.  Debora Rivera-Sanchez is a 9 year old female proven by hair testing to have toxic levels of lead, cadmium and aluminum has been diagnosed with anemia and stomach problems.  According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

21. Ana Adams-Perez, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Lionel Colon-Adams (ECN 4322).  Lionel Colon-Adams is a 9 year old male proven by hair testing to have toxic levels of aluminum, arsenic, lead and cadmium has been diagnosed with respiratory and stomach problems.  According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

22. Claribel Melendez-Diaz, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Antonio Santana-Melendez (ECN 4418).  Antonio Santana-Melendez is an 11year old male proven by hair testing to have toxic levels of aluminum, arsenic, lead and cadmium has been diagnosed with asthma and other respiratory problems as well as stomach problems.  According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

23. Viviana Marin-Velez (ECN 2993), an adult resident citizen of Vieques, Puerto Rico is a 23 year old female proven by hair testing to have toxic levels of aluminum, cadmium and mercury has been diagnosed with asthma and other respiratory problems, anemia and stomach problems.  According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

24. Lydia Parrilla, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Kimberly Davis-Parrilla (ECN 0461). Kimberly Davis-Parrilla is a 10 year old female proven by hair testing to have extremely toxic levels of aluminum and arsenic has been diagnosed with asthma. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

25. Agustin Perez-Olivencia (ECN 5324), an adult resident citizen of Vieques, Puerto Rico is a 63 year old male proven by hair testing to have extremely toxic levels of aluminum, toxic levels of cadmium, and borderline toxic levels of lead has been diagnosed with asthma and high blood presssure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

26. Jacqueline Sanchez-Martinez (ECN 2489), an adult resident citizen of Vieques, Puerto Rico is a 30 year old female proven by hair testing to have toxic levels of aluminum, cadmium, and lead has been diagnosed with respiratory and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

27. Clara Brignoni-Morales (ECN 6409), an adult resident citizen of Vieques, Puerto Rico is a 69 year old female proven by hair testing to have toxic levels of aluminum and mercury has been diagnosed with cancer and vision problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

28. Hugo Rodriguez-Colon (ECN 3953), an adult resident citizen of Vieques, Puerto Rico is a 61 year old male proven by hair testing to have toxic levels of mercury has been diagnosed with high blood pressure, dermatitis, respiratory problems and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

29. Angel Perez-Encarnacion (ECN 4008), an adult resident citizen of Vieques, Puerto Rico is a 56 year old male proven by hair testing to have toxic levels of aluminum and lead has been diagnosed with cancer, kidney problems, gynecomastia and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

30. Bonifacio Romero-Carrillo (ECN 0800), an adult resident citizen of Vieques, Puerto Rico is a 79 year old male proven by hair testing to have toxic levels of aluminum, cadmium and mercury has been diagnosed with respiratory problems, high blood pressure and cancer. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

31. Santos Adorno-Collaso (ECN 2659), an adult resident citizen of Vieques, Puerto Rico is an 80 year old male proven by hair testing to have toxic levels of aluminum, arsenic, cadmium and lead has been diagnosed with asthma, stomach problems and cancer. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

32. Clotilde Felix-Velazquez (ECN 4299), an adult resident citizen of Vieques, Puerto Rico is an 87 year old female proven by hair testing to have toxic levels of arsenic, cadmium, lead and aluminum has been diagnosed with stomach problems, high blood pressure, and cancer. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

33. Gilberto Clark-Garcia (ECN 0323), an adult resident citizen of Vieques, Puerto Rico is a 59 year old male proven by hair testing to have toxic levels of aluminum and arsenic has been diagnosed with asthma and cancer. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

34. Juana Rivera-Berrios (ECN 0393), an adult resident citizen of Vieques, Puerto Rico is a 60 year old female proven by hair testing to have toxic levels of cadmium and lead has

been diagnosed with anemia and kidney problems.  According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

35. Luz Garcia-Navarro (ECN 1111), an adult resident citizen of Vieques, Puerto Rico is a 69 year old female proven by hair testing to have toxic levels of cadmium has been diagnosed with liver problems.  According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

36. Carmen Gerena-Corcino (ECN 2072), an adult resident citizen of Vieques, Puerto Rico is a 60 year old female proven by hair testing to have toxic levels of aluminum and cadmium has been diagnosed with asthma, anemia and high blood pressure.  According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

37. Justina Osorio-Rodriguez (ECN 2218), an adult resident citizen of Vieques, Puerto Rico is a 53 year old female proven by hair testing to have toxic levels of mercury has been diagnosed with cancer and high blood pressure.  According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

38. Angel Felix-Mercado (ECN 2950), an adult resident citizen of Vieques, Puerto Rico is a 67 year old male proven by hair testing to have toxic levels of cadmium, lead and mercury has been diagnosed with high blood pressure, kidney problems and liver problems.  According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

39. Irene Castro-Santos (ECN 4082), an adult resident citizen of Vieques, Puerto Rico is a 38 year old female proven by hair testing to have toxic levels of aluminum and cadmium has been diagnosed with asthma and other respiratory problems, anemia and high blood

pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

40. Gloria Alvarado-Bermudez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Pedro Rosa-Rosado (ECN 0301).

41. Brunilda Rivera-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Damian Belardo-Ayala (ECN 0304).

42. Rose Navedo-Diaz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Eva Diaz-Bermudez (ECN 0307).

43. Ibia Boulogne, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Ramona Boulogne-Garcia (ECN 0310).

44. Maximo Brache-Salgado, an adult resident citizen of Vieques, PR on behalf of all heirs of deceased client Toribio Brache-Albert (ECN 0311).

45. Carmen Camacho, an adult resident citizen of Vieques, PR on behalf of all heirs of deceased client Juan Camacho (ECN 0315).

46. Algeo Caraballo, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Juanita Ojeda-Caraballo (ECN 0318).

47. Jose Adams-Soto and Zulayka Calderon-Osorio, adult resident citizens of Vieques, PR on behalf of all heirs of deceased client Milivy Adams-Calderon (ECN 0331).

48. Carmen Torres-Rosa, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Felix Flores-Romero (ECN 0334).

49. Carmen Rivera-Acevedo, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased  client Felicita Acevedo-Figueroa (ECN 0338).

50. Josephine Ramos-Fuentes, an adult resident citizen of Morrisville, NC, on behalf of all heirs of deceased client Nereida Fuentes-de Ramos (ECN 0340).

51. Juanita Martinez-Burgos, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Pablo Hernandez-Lopez (ECN 0347).

52. Blanca Gonzalez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Cristobal Medina-Maldonado (ECN 0360).

53. Carmen Rivera, an adult resident citizen of Vieques, PR on behalf of all heirs of deceased client Jesus Nieves-Ortiz (ECN 0370).

54. Julio Quinones, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Luis Quinones-Torres (ECN 0387).

55. Lucia Bermudez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Alvaro Romero-Rivera (ECN 0394).

56. Daniela Sanes, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Luis Sanes-Ayala (ECN 0408).

57. Jesus Camacho-Camacho, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Mariana Ventura-Cintron (ECN 0426).

58. Arcadia Santos-Ortiz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Juan Perez-Torres (ECN 0428).

59. Irma Colon-Fernandez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client America Fernandez-Marin (ECN 0429).

60. Damiana Legrand-Soto, an adult resident citizen of Vieques, PR , on behalf of all heirs of deceased client Rafael Santiago-Legrand (ECN 0442).

61. Maria Carmona-Fuentes, an adult resident citizen of Vieques,PR , on behalf of all heirs of deceased client Luis Gerena-Tapia (ECN 0460).

62. Linda Garay-Maldonado, an adult resident citizen of Vieques,PR, on behalf of all heirs of deceased client Petra Corcino-Garay (ECN 0497).

63. Pauline Felix-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Juanita Encarnacian-Felix (ECN 0524).

64. Mary Ayala-Ayala, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Javiela Ayala-Garcia (ECN 0540).

65. Jesus Serrano-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Marciana Maldonado-Velez (ECN 0727).

66. Jesus Serrano-Maldonado, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Jesus Serrano-Rodriguez (ECN 0728).

67. Luz Martinez-Ortiz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Regalada Ortiz-Fuentes (ECN 0743).

68. Myrna Matos-Perez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Emiliano Matos-Perez (ECN 0875).

69. Norberta Osorio-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Manuel Osorio-Almestica (ECN 1013).

70. Daisy Curry, an adult resident citizen of Miami, FL, on behalf of all heirs of deceased client Carmen Andrades-Nieves (ECN 1032).

71. Roberto Ortiz-Carle, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Jose Ortiz-Reyes (ECN 1071).

72. Aida Gomez-Rivera, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Beatriz Cordero-Gomez (ECN 1261).

73. Nelina Rosa-Garcia, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Felipe Rosa-Gonzalez (ECN 1513).

74. Marcelino Quinonez-Melendez, an adult resident citizen of Vieques, PR, on behalf of all heirs of  deceased client Gregoria Melendez-Mercado (ECN 1544).

75. Marcelino Quinonez-Melendez, an adult resident citizen of Vieques, PR, on behalf of all heirs of  deceased client Carmen Quinonez-Melendez (ECN 1546).

76. Marcelino Quinonez-Melendez, an adult resident citizen of Vieques, PR on behalf of all heirs of deceased client Praxedes Quinonez-Hernandez (ECN 1547).

77. Josefa Ramirez-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of all heirs of  deceased client Francisco Belardo-Mercado (ECN 1685).

78. Juan Garcia, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Delia Torres-Collaso (ECN 1690).

79. Valeriana Carasquillo, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Anastacia Acosta-Carrasquillo (ECN 1691).

80. Angelina Ayala-Perez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Maria Marin-Morales (ECN 1692).

81. Ana Asencio-Rivera, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Librada Rivera-Cintron (ECN 1703).

82. Mariano Colon, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Maria Colon-Bermudez (ECN 1762).

83. Maria Nejron, an adult resident citizen of Vieques,PR, on behalf of all heirs of deceased client Eladio Martinez-Lao (ECN 1785).

84. Juanita Rosado-Irrizary, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Enriqueta Irizarry-Arroyo (ECN 1803).

85. Sofia Monell, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Gilberto Bonano-Monell (ECN 1878).

86. Miguelina Avila-Martinez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Militza Acosta-Avila (ECN 1941).

87. Miguelina Avila-Martinez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Jose Acosta-Avila (ECN 1942).

88. Lucia Carambot-Romero, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Ezaul Sanchez-Rosa (ECN 1943).

89. Justina Osorio-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Inocencia Lebron-Rodriguez (ECN 2096).

90. Mary Melendez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Jose Melendez-Vegerano (ECN 2133).

91. Elias Garcia-Ortiz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Elias Garcia-Pressas (ECN 2263).

92. Maria Torres-Perez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Esteban Velazquez-Acevedo (ECN 2269).

93. Merquiades Torres-Garcia, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Olga Torres-Garcia (ECN 2362).

94. Carmen Rivera-Rosa, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Emerito Rivera-Rosa (ECN 2364).

95. Nilsa Fernandez-Perez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Pedro Fernandez-Melendez (ECN 2365).

96. Edwin Ortiz-Sanchez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Ana Sanchez-Gonzalez (ECN 2394).

97. Trinidad Serrano, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Eugenia Santos-Velazquez (ECN 2482).

98. Maria Soto-Santiago, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Paquita Santiago-Encarnacion (ECN 2524).

99. Penny Miller, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client John Miller (ECN 2525).

100. Carmen Felix-Mercado, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Leonardo Felix-Ayala (ECN 2674).

101. Lilesa Guadalupe, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Luisa Guadalupe-Guadalupe (ECN 2710).

102. Venerando Bermudez-Velez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Luisa Diaz-Morales (ECN 2918).

103. Irma Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Pedro Boulogne-Perez (ECN 3029).

104. Lydia Gonzalez-Pagan, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Victorino Becerril-Parrilla (ECN 3083).

105.    Migdalia Caraballo-Ojeda, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Juanita Caraballo-Ojeda (ECN 3152).

106.    Adalberto Velez-Diaz, III, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Adalberto Tirado-Velez (ECN 3170).

107.    Diana Lopez-Rucci, an adult resident citizen of Vieques, PR , on behalf of all heirs of deceased client Hector Rucci-Medina (ECN 3179).

108.    Joselyn Santiago-Acosta, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Carmen Maldonado-Acosta (ECN 3292).

109.    Rufina Perez-Sanes, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Carlos Perez-Sanes (ECN 3321).

110.    Ana Ortiz-Carmona, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Dionisio Ortiz-Garcia (ECN 3533).

111.    Nelida Tirado-Guevara, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Inocencia Guevara-Vazquez (ECN 3703).

112.    Luz Garcia, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Victorino Romero-Carrillo (ECN 3979).

113.    Sofia Pacheco, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Angel L. Castro-Galarza (ECN 4002).

114.    Luz Rivera-Torres, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Anulfin Santiago-Ayala (ECN 4400).

115.    Ivone Garcia-Boulogne, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Lydia Boulogne-Garcia (ECN 4419).

116.    Hector Garcia-Melendez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Clara Luis-Morales (ECN 4420).

117.    Julita Diaz-Fernandez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Juan Diaz-Fernandez (ECN 4423).

118.    Eddie Perez-Guerra, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Carmelo Perez-Garcia (ECN 4426).

119.    Irma Sanchez-Rivera, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Enrique Torres-Marin (ECN 4427).

120.    Rafael Bermudez-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Herminia Ramos-Aponte (ECN 4430).

121.    Celestino Otero-Rijos, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Victorina Rijos-Viera (ECN 4715).

122.    Celestino Otero-Rijos, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Tomas Cruz-Parrilla (ECN 4716).

123.    Celestino Otero-Rijos, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Luz Otero-Rijos (ECN 4717).

124.    Ruth Caraballo-Cruz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Hector Santiago-Martinez (ECN 5003).

125.    Ruth Perez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client William Garcia-Torres (ECN 5502).

126.    Virgilio Rodriguez-Santiago, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Robertina Santiago-Berrios (ECN 5792).

127.     Rosa Bermudez-Morales, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Armando Colon-Rivera (ECN 5834).

128.     Juana Bustelo-Garriga, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Pedro Ignacio Rivera-Bermudez (ECN 5835).

129.     Juan Camacho, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Teodora Camacho-Rosa (ECN 6346).

130.     Luz Perez-Lopez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Leonardo Perez-Ayala (ECN 6369).

131.     Isabelina Martinez-Carles, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Alejandro Gabino-Gonzalez (ECN 6394).

132.     Felicita Garcia-Ortiz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Nicasio Garcia-Vazquez (ECN 6695).

133.     Vanny Quinonez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Angel Quinones-Rodriguez (ECN 6772).

134.     Felicita Figueroa-Pena, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Antonio Camacho-Cruz (ECN 7189).

135.     Lidia Perea-Velazquez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Dionisio Garcia-Santiago (ECN 7190).

136.     Ada Brignoni-Ortiz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Petra Ortiz-Monell (ECN 7192).

137.     Gloria Martinez-Figueroa, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Marina Figueroa-Padron (ECN 7193).

138.     Noemi Santiago-Bermudez, an adult resident citizen of Vieques, PR, on behalf of all heirs of  deceased client Jesus Santiago (ECN 7194).

139.     Samuel Encarnacion-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of all heirs of  deceased client Marcelo Encarnacion-Garay (ECN 7195).

140.     Catalina Cruz-Rivera, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Gregoria Torres-Rivera (ECN 7196).

141.     Maria Colon-Ortiz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Gerardo Colon-Ortiz (ECN 7198).

142.     Carmen Vazquez-Ojeda, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Bienvenida Ojeda-Molina (ECN 7199).

143.     Diana Lopez-Rivera, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Maria Rivera-Lugo (ECN 7200).

144.     Zenaida Serrano, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Jesus Corcino-Velentin (ECN 7201).

145.     Stanley Gonzalez-Rivera, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Guzmana Rivera-Colon (ECN 7202).

146.     Andrea Ayala-Garcia, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Francisco Cruz-Perez (ECN 7203).

147.     Arnaldo Garcia-Silvestre, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Luis Garcia-Melendez (ECN 7204).

148.     Maricela Alicea-Santana, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Brijida Santana-Rodriguez (ECN 7205).

149.     Maricela Alicea-Santana, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Taichairys Gerena-Ortiz (ECN 7206).

150.     Santa Martinez-Navarro, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Orlando Martinez-Amado (ECN 7207).

151.     Yvette Figueroa-Santos, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Wendy Santos-Figueroa (ECN 7208).

152.     Luz Santiago-Bermudez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Haydee Santiago-Bermudez (ECN 7209).

153.     Paula Pimentel-Corcino, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Jose Diaz-Pimentel (ECN 7210).

154.     Aurora Boulogne-Garcia, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Rafael Boulogne-Perez (ECN 7211).

155.     Adelaida Martinez-Cadiz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Jose Martinez-Ventura (ECN 7212).

156.     Ruth Ayala-Rivera, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Teodoro Escobar-Flores (ECN 7213).

157.     Jose Eugenio-Velez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Leonor Rivera-Rivera (ECN 7214).

158.     Je J. Lavergne, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Luis Benjamin-Lavergne (ECN 7215).

159.     Ivette Santos-Figueroa, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Sarah Figueroa-Maldonado (ECN 7216).

160.     Santos Ayala-Rivera, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Nicolasa Rivera-Gomez (ECN 7217).

161.     Hector Colon-Cordero, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Demetria Colon-Ortiz (ECN 7218).

162.     Santa Martinez-Navarro, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Santiago Romero-Mercado (ECN 7219).

163.     Mercedez Perez-Tapia, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Carmen Tapia-Martinez (ECN 7220).

164.     Rosa Carrasquillo-Perez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Mercedez Perez-Guerra (ECN 7222).

165.     Ada Brignoni-Ortiz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Francisco Brignoni-Perez (ECN 7223).

166.     Gamaniel Rosario-Rivera, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Andres Rosario-Acevedo (ECN 7225).

167.     Ada Brignoni-Ortiz, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Pablo Ortiz-Monell (ECN 7226).

168.     Laura Cordero-Sanchez, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Gregoria Cordero-Velazquez (ECN 7447).

169.     Malta De Jesus, an adult resident citizen of Bridgeport, CT, on behalf of all heirs of deceased client Abraham Melendez-Quinonez (ECN 8375).

170.     Kamla Santos, an adult resident citizen of Vieques, PR, on behalf of all heirs of deceased client Victor Santos-Maldonado (ECN 8643).

171.    Algeo Caraballo-Serrano (ECN 0317), an adult resident citizen of Vieques, PR, is an 85 year old male proven by hair testing to have toxic levels of arsenic, cadmium and lead and has been diagnosed with cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

172.    Nazario Cruz-Viera (ECN 0327), an adult resident citizen of Vieques, PR, is a 97 year old male proven by hair testing to have toxic levels of arsenic, cadmium and lead and has been diagnosed with cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

173.    Carmen Mecado-Felix (ECN 0337), an adult resident citizen of Vieques, PR, is a 63 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure and cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

174.    Aida Hernandez-Lopez (ECN 0346), an adult resident citizen of Vieques, PR, is a 70 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

175.    Angel Monell-Ilarraza (ECN 0364), an adult resident citizen of Vieques, PR, is a 63 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

176.    Alberto Sanes-Ayala (ECN 0407), an adult resident citizen of Vieques, PR, is a 69 year old male proven by hair testing to have toxic levels of arsenic, cadmium and lead

and has been diagnosed with cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

177.    Aida Carmona-Cruz (ECN 0465), an adult resident citizen of Vieques, PR, is a 50 year   old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

178.    Miguel Rodriguez-Cordero (ECN 0466), an adult resident citizen of Vieques, PR, is a 69 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

179.    Mercedez Santiago-Legrand (ECN 0474), an adult resident citizen of Vieques, PR, is a 59 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

180.    Claribel Melendez-Diaz (ECN 0487), an adult resident citizen of Vieques, PR, is a 35 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

181.    Amparo Julian-Velez (ECN 0500), an adult resident citizen of Vieques, PR, is a 74 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems and high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

182.     Maria Fontanez-Carmona (ECN 0518), an adult resident citizen of Vieques, PR, is a 42 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

183.     Ezequiel Matta-Ayala (ECN 0523), an adult resident citizen of Vieques, PR, is a 78 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

184.     Tomas Cruz-Ayala (ECN 0526), an adult resident citizen of Vieques, PR, is a 70 year old male proven by hair testing to have toxic levels of aluminum, cadmium, lead and mercury and has been diagnosed with cancer and respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

185.     Cruz Garcia-Correa (ECN 0545), an adult resident citizen of Vieques, PR, is a 66 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

186.     Roberto Ortiz-Carle (ECN 0554), an adult resident citizen of Vieques, PR, is a 74 year old male proven by hair testing to have toxic levels of lead and has been diagnosed with cancer and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

187.     Francisco Carrasquillo-Acosta (ECN 0559), an adult resident citizen of Vieques, PR, is an 83 year old male proven by hair testing to have toxic levels of aluminum and

has been diagnosed with alzheimers.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

188.    Jesus Medina-Melendez (ECN 0567), an adult resident citizen of Vieques, PR, is a 65 year old male proven by hair testing to have toxic levels of arsenic, cadmium and lead and has been diagnosed with cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

189.    Matilde Guadalupe-Cruz (ECN 0568), an adult resident citizen of Vieques, PR, is a 67 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

190.    Gregoria Garcia-Ventura (ECN 0578), an adult resident citizen of Vieques, PR, is a 97 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with Alzheimers.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

191.    Andres Santiago-Alicea (ECN 0582), an adult resident citizen of Vieques, PR, is a 46 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

192.    Yadira Ayala-Cuenca, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Yadeiska Diaz-Ayala (ECN 0588).  Yadeiska Diaz-Ayala is a 17 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

193.      Sandra Laboy-Torres (ECN 0607), an adult resident citizen of Vieques, PR, is a 37 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

194.      Jose Guerra-Figueroa (ECN 0650), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of lead and has been diagnosed with stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

195.      Wanda Ayala-Belardo (ECN 0654), an adult resident citizen of Vieques, PR, is a 51 year old female proven by hair testing to have toxic levels of lead and has been diagnosed with stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

196.      Gladys Carrasquillo-Bonano (ECN 0695), an adult resident citizen of Vieques, PR, is a 51 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

197.      Jose Cuenca-Parrilla (ECN 0750), an adult resident citizen of Vieques, PR, is a 75 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

198.      Obdulio Santiago-Cruz (ECN 0765), an adult resident citizen of Vieques, PR, is an 83 year old male proven by hair testing to have toxic levels of lead and has been

diagnosed with cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

199.     Mariano Rivera-Corcino (ECN 0771), an adult resident citizen of Vieques, PR, is a 41 year old male proven by hair testing to have toxic levels of mercury and has been diagnosed with dermatitis.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

200.     Mariannet Hernandez-Rivera (ECN 0783), an adult resident citizen of Vieques, PR, is a 41 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

201.     Olga Nieves-Zayas, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Nieztche Acevedo-Nieves (ECN 0797). Nieztche Acevedo-Nieves is an 11 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

202.     Yadira Ayala-Cuenca, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Jose De Jesus-Ayala (ECN 0801).  Jose De Jesus-Ayala is a 13 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

203.     Yadira Ayala-Cuenca, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Yadisha Garcia-Ayala (ECN 0802).   Yadisha Garcia-Ayala is a 10 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has

been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

204.        185.    Felicito Roldan-Roman (ECN 0805), an adult resident citizen of Vieques, PR, is a 38 year old male proven by hair testing to have toxic levels of lead and has been diagnosed with stomach problems.  According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

205.        Alma Solis-Perez (ECN 0812), an adult resident citizen of Vieques, PR, is a 42 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

206.        Cristina Roldan-Ayala (ECN 0814), an adult resident citizen of Vieques, PR, is an 80 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

207.        Maria Melendez-Sanes (ECN 0859), an adult resident citizen of Vieques, PR, is a 61 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

208.        Carlos Quinonez-Martinez (ECN 0981), an adult resident citizen of Vieques, PR, is a 71 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure, kidney problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

209.    Candida Martinez-Hernandez (ECN 1012), an adult resident citizen of Vieques, PR, is a 53 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

210.    Eloiza Rivera-Felix (ECN 1040), an adult resident citizen of Vieques, PR, is a 78 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

211.    Elsa Cordero-Rodriguez (ECN 1075), an adult resident citizen of Vieques, PR, is a 67 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

212.    Juan Cruz-Cordero (ECN 1076), an adult resident citizen of Vieques, PR, is a 30 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

213.    James Rivera-Navedo (ECN 1190), an adult resident citizen of Vieques, PR, is a 29 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

214.    Gilberto Melendez-Gonzalez (ECN 1331), an adult resident citizen of Vieques, PR, is a 76 year old male proven by hair testing to have toxic levels of mercury and has

been diagnosed with high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

215.    Luz Oyola-Valentin (ECN 1391), an adult resident citizen of Vieques, PR, is a 42 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

216.    Lydia Miranda-Carmona, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Nytisha Cruz-Miranda (ECN 1413).  Nytisha Cruz-Miranda is an 11 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

217.    Lydia Miranda-Carmona, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Yalexa Cruz-Miranda (ECN 1414).  Yalexa Cruz-Miranda is a 10 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

218.    Elda Guadalupe-Carrasquillo, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Kiana Figueroa-Guadalupe (ECN 1491).   Kiana Figueroa-Guadalupe is an 11 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

219.    Felicita Garcia-Ventura (ECN 1512), an adult resident citizen of Vieques, PR, is an 86 year old female proven by hair testing to have toxic levels of aluminum and has

been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

220.     Flor Maldonado-Gonzalez (ECN 1522), an adult resident citizen of Vieques, PR, is a 52 year old male proven by hair testing to have toxic levels of lead and mercury and has been diagnosed with kidney problems, high blood pressure and vision problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

221.     Cirilo Aponte-Camacho (ECN 1672), an adult resident citizen of Vieques, PR, is a 19 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

222.     Marion Camacho-Torres (ECN 1679), an adult resident citizen of Vieques, PR, is a 20 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

223.     Yolanda Torres-Serrano (ECN 1682), an adult resident citizen of Vieques, PR, is a 43 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

224.     Maria Sanes-Boulogne, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Jose Dieppa-Sanes (ECN 1704).   Jose Dieppa-Sanes is a 13 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

225.     Marie Sanes-Boulogne, an adult resident citizen of Vieques, Puerto Rico, on behalf of minor child Keysha Dieppa-Sanes (ECN 1705). Keysha Dieppa-Sanes is a 9 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

226.     Esmeralda Rivera-Gonzalez (ECN 1716), an adult resident citizen of Vieques, PR, is a 72 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

227.     Aida Garcia-Cordero (ECN 1720), an adult resident citizen of Vieques, PR, is a 59 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

228.     Marife Lopez-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Axel Diaz-Lopez (ECN 1725). Axel Diaz-Lopez is a 16 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

229.     Francisco Medina-Melendez (ECN 1738), an adult resident citizen of Vieques, PR, is a 71 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

230.     Carlos Alberto Cruz (ECN 1747), an adult resident citizen of Vieques, PR, is a 48 year old male proven by hair testing to have toxic levels of aluminum, cadmium and lead

and has been diagnosed with respiratory problems, high blood pressure and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

231.    Matilde Rivera-Belardo (ECN 1750), an adult resident citizen of Vieques, PR, is a 75 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with alzheimers, respiratory problems, and high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

232.    Mariano Colon-Davila (ECN 1763), an adult resident citizen of Vieques, PR, is an 85 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

233.    Juan Acosta-Guzman (ECN 1765), an adult resident citizen of Vieques, PR, is a 59 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

234.    Efrain Mercado-Marin (ECN 1789), an adult resident citizen of Vieques, PR, is a 61 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

235.    Rufina Camacho-Lopez (ECN 2090), an adult resident citizen of Vieques, PR, is a 70 year old female proven by hair testing to have toxic levels of mercury and has been diagnosed with high blood pressure, cancer and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

236.     Wilfredo Ledesma-Nieves (ECN 2091), an adult resident citizen of Vieques, PR, is a 55 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

237.     Irma Luz Melendez-Garcia (ECN 2101), an adult resident citizen of Vieques, PR, is a 57 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

238.     Francisco Castano-Pimentel (ECN 2110), an adult resident citizen of Vieques, PR, is a 38 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

239.     Krizia Velez-Santos (ECN 2136), an adult resident citizen of Vieques, PR, is an 18 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

240.     Francisco Cintron-Noguerras (ECN 2142), an adult resident citizen of Vieques, PR, is a 77 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

241.     Santiago Monell-Melendez (ECN 2148), an adult resident citizen of Vieques, PR, is a 77 year old male proven by hair testing to have toxic levels of aluminum and has

been diagnosed with asthma and other respiratory problems.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

242.     Edna Cruz-Felix (ECN 2155), an adult resident citizen of Vieques, PR, is a 45 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

243.     Jose Silva-Valazquez (ECN 2158), an adult resident citizen of Vieques, PR, is a 68 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

244.     Milagros Zapata-Rivera (ECN 2171), an adult resident citizen of Vieques, PR, is a 66 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

245.     Fernando Jaffet-Vargas (ECN 2172), an adult resident citizen of Vieques, PR, is an 84 year old male proven by hair testing to have toxic levels of arsenic, cadmium and lead and has been diagnosed with cancer, high blood pressure.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

246.     Hector Melendez-Garcia (ECN 2219), an adult resident citizen of Vieques, PR, is a 61 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

247.     Valentina Fuentes-Devis (ECN 2225), an adult resident citizen of Vieques, PR, is a 66 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with cancer and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

248.     Antonia Ponce-Roldan (ECN 2229), an adult resident citizen of Vieques, PR, is a 63 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

249.     Eulogio Bermudez-Velez (ECN 2256), an adult resident citizen of Vieques, PR, is a 73 year old male proven by hair testing to have toxic levels of mercury and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

250.     Gloria Ramos-Julian (ECN 2303), an adult resident citizen of Vieques, PR, is a 46 year old female proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with respiratory problems and anemia.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

251.     Gloria Ramos-Julian, an adult resident citizen of Vieques, PR, on behalf of minor child Genoveva Santos-Ramos (ECN 2304).  Genoveva Santos-Ramos is a 16 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

252.     Cristobal Medina-Melendez (ECN 2311), an adult resident citizen of Vieques, PR, is a 64 year old male proven by hair testing to have toxic levels of cadmium and has

been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

253.      Geraldo Garcia-Torres (ECN 2314), an adult resident citizen of Vieques, PR, is a 77 year old male proven by hair testing to have toxic levels of mercury and has been diagnosed with dermatitis and vision problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

254.      Alexei Guadalupe-Tirado (ECN 2316), an adult resident citizen of Vieques, PR, is a 38 year old male proven by hair testing to have toxic levels of aluminum and lead and has been diagnosed with asthma and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

255.      Manuela Encarnacion-Carraballo (ECN 2326), an adult resident citizen of Vieques, PR, is an 85 year old female proven by hair testing to have toxic levels of mercury and has been diagnosed with dermatitis and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

256.      Ofidia Martinez-Corcino (ECN 2329), an adult resident citizen of Vieques, PR, is a 33 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

257.      Haydee Cruz-Alvira (ECN 2337), an adult resident citizen of Vieques, PR, is a 77 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

258.        Ediburga de Jesus-Encarnacion (ECN 2346), an adult resident citizen of Vieques, PR, is a 66 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

259.        Carmelo Belardo-Salgado (ECN 2347), an adult resident citizen of Vieques, PR, is a 68 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

260.        Gladys Abreu-Corcino (ECN 2360), an adult resident citizen of Vieques, PR, is a 58 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

261.        Francisco Ventura-Melendez (ECN 2370), an adult resident citizen of Vieques, PR, is a 57 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

262.        Lucresia Torres-Rosa (ECN 2386), an adult resident citizen of Vieques, PR, is a 67 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems and cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

263.        Francisco Rodriquez-Camacho (ECN 2389), an adult resident citizen of Vieques, PR, is a 71 year old male proven by hair testing to have toxic levels of cadmium and has

been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

264.     Pablo Delerme-Ayala (ECN 2390), an adult resident citizen of Vieques, PR, is a 70 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

265.     Esteban Carle-Garcia (ECN 2403), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

266.     Gladys Mercado-Garcia (ECN 2414), an adult resident citizen of Vieques, PR, is a 62 year old female proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with respiratory problems, high blood pressure, liver problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

267.     Abraham Velazquez-Rivera (ECN 2421), an adult resident citizen of Vieques, PR, is a 60 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems and high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

268.     Dolores Pereira-Santos (ECN 2424), an adult resident citizen of Vieques, PR, is a 59 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

269.     Luis Rodriguez-Bonano (ECN 2428), an adult resident citizen of Vieques, PR, is a 57 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

270.     Ismael Medina-Carmona (ECN 2430), an adult resident citizen of Vieques, PR, is a 28 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with kidney problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

271.     Matias Medina-Melendez (ECN 2441), an adult resident citizen of Vieques, PR, is a 74 year old female proven by hair testing to have toxic levels of arsenic and lead and has been diagnosed with cancer.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

272.     Anastacia Osorio-Serrano, an adult resident citizen of Vieques, PR as guardian on behalf of Roberto Galinde-Osorio (ECN 2449) a 46 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems and high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

273.     Anastacia Osorio-Serrano (ECN 2450), an adult resident citizen of Vieques, PR, is a 65 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

274.     Luis Medina-Melendez (ECN 2478), an adult resident citizen of Vieques, PR, is a 69 year old male proven by hair testing to have toxic levels of lead and mercury and has

been diagnosed with stomach problems and respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

275.     Miguel Martinez-Corcino (ECN 2484), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

276.     Ana Julia Saez-Rosario (ECN 2487), an adult resident citizen of Vieques, PR, is a 48 year old female proven by hair testing to have toxic levels of Aluminum and has been diagnosed with asthma. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

277.     Blanca Bermudez-Moralez (ECN 2501), an adult resident citizen of Vieques, PR, is a 77 year old female proven by hair testing to have toxic levels of arsenic and cadmium and has been diagnosed with cancer. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

278.     Irma Magaly Tapia-Williams (ECN 2513), an adult resident citizen of Vieques, PR, is a 58 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

279.     Felix Medina-Maldonado (ECN 2533), an adult resident citizen of Vieques, PR, is a 46 year old male proven by hair testing to have toxic levels of lead and has been diagnosed with stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

280.     Marta Ortiz-Rodriguez (ECN 2555), an adult resident citizen of Vieques, PR, is a 60 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

281.     Jose Morales-Morales (ECN 2566), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of cadmium and mercury and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

282.     Juanita Rios-Rosado (ECN 2582), an adult resident citizen of Vieques, PR, is a 88 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

283.     Santiago Cruz-Felix (ECN 2606), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of lead and has been diagnosed with kidney problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

284.     Angel Molina-Nales (ECN 2612), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of cadmium, lead and mercury and has been diagnosed with high blood pressure, kidney problems and liver problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

285.     Miguel Santiago-Ramos (ECN 2624), an adult resident citizen of Vieques, PR, is a 58 year old male proven by hair testing to have toxic levels of aluminum and has been

diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

286.    Carlos Camacho-Colon (ECN 2626), an adult resident citizen of Vieques, PR, is a 57 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with kidney problems and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

287.    Francisco Romero-Gandarrilla (ECN 2639), an adult resident citizen of Vieques, PR, is a 53 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma, respiratory problems and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

288.    Jose Rosa-Torres (ECN 2642), an adult resident citizen of Vieques, PR, is a 65 year old male proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with respiratory problems and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

289.    Mario Solis-Solis (ECN 2658), an adult resident citizen of Vieques, PR, is a 59 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

290.    Julia Williams (ECN 2663), an adult resident citizen of Vieques, PR, is a 60 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

291.     Juan Santiago-Ramos (ECN 2665), an adult resident citizen of Vieques, PR, is a 60 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

292.     Wilfredo Melendez-Encarnacion (ECN 2707), an adult resident citizen of Vieques, PR, is a 39 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

293.     Alba Avillan-Fan Fan, an adult resident citizen of Vieques, PR, on behalf of minor child Wildallys Miro-Avillan (ECN 2725).  Wildallys Miro-Avillan is a 10 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems and anemia.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

294.     Carlos Rodriguez-Perez (ECN 2765), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of lead and has been diagnosed with stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

295.     Gabriela Perez-Ortiz (ECN 2771), an adult resident citizen of Vieques, PR, is a 67 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure and respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

296.     Maria Leguillou-Encarnacion (ECN 2784), an adult resident citizen of Vieques, PR, is a 61 year old female proven by hair testing to have toxic levels of aluminum and

has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

297.    Herminia Ascencio-Ponce (ECN 2809), an adult resident citizen of Vieques, PR, is a 71 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

298.    Leila Cruz-Rios (ECN 2831), an adult resident citizen of Vieques, PR, is a 65 year old female proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with respiratory problems, high blood pressure, and kidney problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

299.    William Cruz-Felix (ECN 2875), an adult resident citizen of Vieques, PR, is a 53 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

300.    Fredlief Rash-Garcia (ECN 2884), an adult resident citizen of Vieques, PR, is a 19 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

301.    Betzaida Morales-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Isamar Ventura-Morales (ECN 2896).  Isamar Ventura-Morales is a 16 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has

been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

302.     Nilda Suarez-Morales (ECN 2916), an adult resident citizen of Vieques, PR, is a 52 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

303.     Norma Santiago-Ramos (ECN 2958), an adult resident citizen of Vieques, PR, is a 56 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

304.     Rafael Gomez-Davila (ECN 2969), an adult resident citizen of Vieques, PR, is an 82 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

305.     Tomas Ramirez-Rosa (ECN 2978), an adult resident citizen of Vieques, PR, is a 77 year old male proven by hair testing to have toxic levels of lead and has been diagnosed with cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

306.     Edna Velez-Cintron (ECN 2990), an adult resident citizen of Vieques, PR, is a 52 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems, anemia and high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

307.    Jose Marin-Blondet (ECN 2991), an adult resident citizen of Vieques, PR, is a 53 year old male proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with asthma and other respiratory problems, high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

308.    Reynaldo Carrasquillo-Vegerano (ECN 2995), an adult resident citizen of Vieques, PR, is a 43 year old male proven by hair testing to have toxic levels of aluminum and mercury and has been diagnosed with respiratory problems and high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

309.    Carmen Ilarraza-Rodriguez (ECN 3061), an adult resident citizen of Vieques, PR, is a 41 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

310.    Margarita Ortiz-Carrasquillo (ECN 3096), an adult resident citizen of Ceiba, PR, is a 68 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

311.    Cruz Guevara-Estrella (ECN 3105), an adult resident citizen of Vieques, PR, is a 67 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure, kidney problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

312.     Isaac Garcia-Ortiz (ECN 3110), an adult resident citizen of Vieques, PR, is a 63 year old male proven by hair testing to have toxic levels of aluminum and lead and has been diagnosed with respiratory problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

313.     Adlymar Torres-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Josebayoan Lopez-Torres (ECN 3123).  Josebayoan Lopez-Torres is a 11 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

314.     Esteban Lopez-Ojeda (ECN 3127), an adult resident citizen of Vieques, PR, is a 38 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

315.     Rosa Lopez-Ojeda (ECN 3132), an adult resident citizen of Vieques, PR, is a 37 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

316.     Dalia Perez-Garcia (ECN 3137), an adult resident citizen of Vieques, PR, is a 44 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

317.     Dalie Perez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child  Ismanuel Ramos-Perez (ECN 3138).  Ismanuel Ramos-Perez is a 9 year old male

proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

318.    Morayna Gutierrez-Guadalupe (ECN 3147), an adult resident citizen of Vieques, PR, is a 34 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

319.    Luis Rivera-Rivera (ECN 3168), an adult resident citizen of Vieques, PR, is a 76 year old male proven by hair testing to have toxic levels of cadmium and mercury and has been diagnosed with high blood pressure, cancer and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

320.    Edwin Garcia-Diaz (ECN 3193), an adult resident citizen of Vieques, PR, is a 46 year old male proven by hair testing to have toxic levels of aluminum, cadmium and mercury and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

321.    Javier Figueroa-Otero (ECN 3195), an adult resident citizen of Vieques, PR, is a 55 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems, liver problems and high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

322.    Carmen Davila-Acevedo (ECN 3201), an adult resident citizen of Vieques, PR, is a 95 year old female proven by hair testing to have toxic levels of cadmium and lead and

has been diagnosed with respiratory problems and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

323.    Arturo Maldonado-Morales (ECN 3225), an adult resident citizen of Vieques, PR, is a 59 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

324.    Satunino Navarro-Mercado (ECN 3231), an adult resident citizen of Vieques, PR, is a 59 year old male proven by hair testing to have toxic levels of lead and has been diagnosed with stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

325.    Genoveva Pineiro-Estien (ECN 3241), an adult resident citizen of Vieques, PR, is a 53 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

326.    Sara Cintron-Carrillo (ECN 3244), an adult resident citizen of Vieques, PR, is a 56 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

327.    Amador Vega-Figueroa (ECN 3256), an adult resident citizen of Vieques, PR, is a 76 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

328.     Francisco Burgos-Morales (ECN 3258), an adult resident citizen of Vieques, PR, is a 78 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

329.     Modesta Morales (ECN 3262), an adult resident citizen of Vieques, PR, is a 77 year old female proven by hair testing to have toxic levels of lead and has been diagnosed with stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

330.     Carmen Guerra-Garcia (ECN 3265), an adult resident citizen of Vieques, PR, is a 56 year old female proven by hair testing to have toxic levels of lead and has been diagnosed with anemia and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

331.     Pablo Brache-Lopez (ECN 3277), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of cadmium, lead and mercury and has been diagnosed with stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

332.     Nora Ortiz-Hernandez (ECN 3291), an adult resident citizen of Vieques, PR, is a 65 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure and cancer.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

333.     Nelly Cintron-Rivera (ECN 3312), an adult resident citizen of Vieques, PR, is a 55 year old female proven by hair testing to have toxic levels of aluminum and cadmium

and has been diagnosed with respiratory problems and anemia.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

334.    Julio Lopez-Serrano (ECN 3320), an adult resident citizen of Vieques, PR, is a 55 year old male proven by hair testing to have toxic levels of lead and has been diagnosed with stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

335.    Nelson Garcia-Torres (ECN 3341), an adult resident citizen of Vieques, PR, is a 39 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

336.    Ana Garcia-Correa (ECN 3361), an adult resident citizen of Vieques, PR, is a 64 year old female proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with asthma, high blood pressure and kidney problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

337.    Manuela Ramos-Figueroa (ECN 3362), an adult resident citizen of Vieques, PR, is a 74 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with kidney problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

338.    Drucila Oyola Velazquez , an adult resident citizen of Vieques, PR, on behalf of minor child Frances Velazquez-Ojeda (ECN 3369).  Frances Velazquez-Ojeda is a 14 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

339.     Rafael Corcino-Torres (ECN 3407), an adult resident citizen of Vieques, PR, is a 56 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

340.     Maribel Matta-Brown, an adult resident citizen of Vieques, PR, on behalf of minor child Julio Almodobar-Matta (ECN 3414).  Julio Almodobar-Matta is a 14 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

341.     Gertrudis Pool-Rosa (ECN 3451), an adult resident citizen of Vieques, PR, is an 88 year old female proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with respiratory problems, anemia and high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

342.     Maria Fontanez-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Rivera-Fontanez (ECN 3484).  Luis Rivera-Fontanez is a 16 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

343.     Domingo Quinonez-Encarnacion (ECN 3548), an adult resident citizen of Vieques, PR, is a 75 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

344.     Jose Sierra-Melendez (ECN 3578), an adult resident citizen of Vieques, PR, is a 59 year old male proven by hair testing to have toxic levels of aluminum, cadmium and mercury and has been diagnosed with respiratory problems, high blood pressure and dermatitis.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

345.     Haydee Sanes-Cotto, an adult resident citizen of Vieques, PR, on behalf of minor child Yanuel Sanes-Alvarez (ECN 3613).  Yanuel Sanes-Alvarez is an 11 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

346.     Antonio Rivera-Figueroa (ECN 3635), an adult resident citizen of Vieques, PR, is a 57 year old male proven by hair testing to have toxic levels of cadmium and mercury and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

347.     Angel Maldonado-Corcino (ECN 3642), an adult resident citizen of Vieques, PR, is a 56 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

348.     Victor Cruz-Osorio (ECN 3650), an adult resident citizen of Vieques, PR, is a 22 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

349.     Luis Osorio-Cruz (ECN 3651), an adult resident citizen of Vieques, PR, is a 21 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

350.     Venerando Bermudez-Velez (ECN 3680), an adult resident citizen of Vieques, PR, is an 81 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

351.     Agustin Tolentino-Velez (ECN 3692), an adult resident citizen of Vieques, PR, is an 87 year old male proven by hair testing to have toxic levels of mercury and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

352.     Angel Bermudez-Garcia (ECN 3719), an adult resident citizen of Vieques, PR, is a 53 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

353.     Luis Maysonet-Cruz (ECN 3721), an adult resident citizen of Vieques, PR, is a 58 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

354.     Edgar Colon-Colon (ECN 3732), an adult resident citizen of Vieques, PR, is a 49 year old male proven by hair testing to have toxic levels of cadmium and lead and has

been diagnosed with high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

355.    Jose Rosa-Rivera (ECN 3790), an adult resident citizen of Vieques, PR, is a 38 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

356.    Fidencio Camacho-Diaz (ECN 3793), an adult resident citizen of Vieques, PR, is a 71 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

357.    Anastacia Cruz-Parrilla, an adult resident citizen of Vieques, PR, on behalf of minor child Emy Acevedo-Cruz (ECN 3831).  Emy Acevedo-Cruz is an 11 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

358.    Candida Santiago-Gonzalez (ECN 3922), an adult resident citizen of Vieques, PR, is a 72 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure, kidney problems, respiratory problems and stomach problems according to ATSDR ToxFAQS these toxic elements correlate to these diseases.

359.    Miguel Rivera-Rentas (ECN 3923), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of cadmium and has been

diagnosed with anemia, high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

360.     Santos Ayala-Perez (ECN 3936), an adult resident citizen of Vieques, PR, is a 35 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

361.     Hector Melendez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Kiara Melendez-Luis (ECN 3963).  Kiara Melendez-Luis is a 16 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

362.     Ana Carrasquillo-Rivera (ECN 3970), an adult resident citizen of Vieques, PR, is a 56 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

363.     Victor Garcia-Robles (ECN 3976), an adult resident citizen of Vieques, PR, is a 68 year old male proven by hair testing to have toxic levels of mercury and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

364.     Sabina Cotto-Davis, an adult resident citizen of Vieques, PR, on behalf of minor child Victor Rosa-Rosa (ECN 3977).  Victor Rosa-Rosa is a 15 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with

respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

365.    Juanita Sanchez, an adult resident citizen of Vieques, PR, on behalf of minor child Jennifer Lopez-Sanchez (ECN 3978).  Jennifer Lopez-Sanchez is a 17 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

366.    Matilde Cotto-Davis (ECN 3997), an adult resident citizen of Vieques, PR, is an 81 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

367.    Ruth Burgo-Monell (ECN 4006), an adult resident citizen of Vieques, PR, is a 65 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

368.    Gregorio Robles-Mercado (ECN 4017), an adult resident citizen of Vieques, PR, is a 93 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

369.    Eliomar Sanchez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Omar Sanchez-Serrano (ECN 4036).  Omar Sanchez-Serrano is an 11 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed

with asthma and other respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

370.    Alida Hernandez-Ayala (ECN 4055), an adult resident citizen of Vieques, PR, is a 33 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

371.    Angel Melendez-Serrano (ECN 4059), an adult resident citizen of Vieques, PR, is a 67 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

372.    Carmen Silva-Madera, an adult resident citizen of Vieques, PR, on behalf of minor child Lemuel Feliciano-Silva (ECN 4074).  Lemuel Feliciano-Silva is a 6 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

373.    Gloria Santos-San Kitts (ECN 4078), an adult resident citizen of Vieques, PR, is a 49 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

374.    Pablo Brache-Castro (ECN 4086), an adult resident citizen of Vieques, PR, is a 54 year old male proven by hair testing to have toxic levels of aluminum, cadmium and mercury and has been diagnosed with respiratory problems and high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

375.    Luz Betford-Benitez (ECN 4090), an adult resident citizen of Vieques, PR, is a 59 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems and high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

376.    Ernesto Calzada-Palacios (ECN 4091), an adult resident citizen of Vieques, PR, is an 82 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

377.    Cecilio Bedford-Burgos (ECN 4104), an adult resident citizen of Vieques, PR, is an 84 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with anemia and high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

378.    Migdonia Santos-San Kitts (ECN 4137), an adult resident citizen of Vieques, PR, is a 57 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

379.    Edgardo Camacho-Ayala (ECN 4161), an adult resident citizen of Vieques, PR, is a 32 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

380.    Jose Nieves-Belardo (ECN 4163), an adult resident citizen of Vieques, PR, is a 79 year old male proven by hair testing to have toxic levels of cadmium and has been

diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

381.    Maria Rosa-Mercado (ECN 4182), an adult resident citizen of Vieques, PR, is a 57 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

382.    Emerito Ledesma-Nieves (ECN 4215), an adult resident citizen of Vieques, PR, is a 56 year old male proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with respiratory problems, high blood pressure, kidney problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

383.    Diana Serrano-Reyes (ECN 4268), an adult resident citizen of Vieques, PR, is a 50 year old female proven by hair testing to have toxic levels of aluminum and lead and has been diagnosed with asthma and anemia.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

384.    Manuel Sanchez-Santiago (ECN 4275), an adult resident citizen of Vieques, PR, is a 74 year old male proven by hair testing to have toxic levels of lead and has been diagnosed with kidney problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

385.    Carmen Perez-Fernandez (ECN 4278), an adult resident citizen of Vieques, PR, is a 71 year old female proven by hair testing to have toxic levels of aluminum, cadmium and mercury and has been diagnosed with respiratory problems, dermatitis and high

blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

386.    Paulino Perez-Santiago (ECN 4280), an adult resident citizen of Vieques, PR, is a 74 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

387.    Neldy Santiago-Gonzalez (ECN 4289), an adult resident citizen of Vieques, PR, is a 58 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

388.    Alberto Melendez-Vazquez (ECN 4295), an adult resident citizen of Vieques, PR, is a 65 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

389.    Marcos Felix-Santiago (ECN 4298), an adult resident citizen of Vieques, PR, is a 68 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and kidney problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

390.    Diana Felix-Maldonado (ECN 4310), an adult resident citizen of Vieques, PR, is a 52 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

391.     Agripina Ayala-Navarro (ECN 4317), an adult resident citizen of Vieques, PR, is an 87 year old female proven by hair testing to have toxic levels of aluminum and lead and has been diagnosed with respiratory problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

392.     Pascual De Jesus-Carmona (ECN 4329), an adult resident citizen of Vieques, PR, is an 80 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

393.     Onix Acevedo-Cruz (ECN 4337), an adult resident citizen of Vieques, PR, is a 34 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

394.     Jackeline Soto-Serrano (ECN 4340), an adult resident citizen of Vieques, PR, is a 20 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

395.     Maria Osorio-Mercado, an adult resident citizen of Vieques, PR as tutor on behalf of Robin Velazquez-Serrano (ECN 4341) a 38 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

396.     Maria Mercado-Osorio (ECN 4343), an adult resident citizen of Vieques, PR, is a 64 year old female proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with respiratory problems, anemia, high blood pressure,

kidney problems and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

397.    Jesusa Jiminez-Calderon (ECN 4346), an adult resident citizen of Vieques, PR, is a 67 year old female proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with respiratory problems, high blood pressure and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

398.    Marilyn Agosto-Jiminez (ECN 4347), an adult resident citizen of Vieques, PR, is a 42 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

399.    Mailyn Jiminez-Agosto, an adult resident citizen of Vieques, PR on behalf of minor child Xavier Serrano-Agosto (ECN 4348).  Xavier Serrano-Agosto is a 10 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

400.    Mailyn Jiminez-Agosto, an adult resident citizen of Vieques, PR, on behalf of minor child Yaribel Serrano-Agosto (ECN 4349).  Yaribel Serrano-Agosto is a 7 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

401.    Diana Serrano-Reyes, an adult resident citizenof Vieques, PR, on behalf of minor child Jose Ayala-Serrano (ECN 4362).  Jose Ayala-Serrano is a 13 year old male proven

by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems and anemia.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

402.    Hector Serrano-Santos (ECN 4380), an adult resident citizen of Vieques, PR, is a 46 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

403.    Efrain Ayala-Melendez (ECN 4389), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

404.    Andy Ramos-Ayala (ECN 4407), an adult resident citizen of Vieques, PR, is a 26 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

405.    Pedro Morales-Perez (ECN 4414), an adult resident citizen of Vieques, PR, is a 66 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

406.    Claribel Melendez-Diaz, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Ledesma-Melendez (ECN 4484).  Luis Ledesma-Melendez is a 14 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has

been diagnosed with asthma and liver problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

407.      Nilsa Serrano-Lopez, an adult resident citizen of Vieques, PR as tutor on behalf of Nefer Mclat-Lopez (ECN 4500) a 62 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

408.      Ceciah Torres-Roldan (ECN 4525), an adult resident citizen of Vieques, PR, is a 63 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with anemia and high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

409.      Ibis Ortiz-Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Hansel Mateo-Ramos (ECN 4534).  Hansel Mateo-Ramos is an 11 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

410.      Magda Monel-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Magda Acevedo-Monel (ECN 4556).  Magda Acevedo-Monel is a 7 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

411.      Magda Monel-Martinez (ECN 4557), an adult resident citizen of Vieques, PR, is a 56 year old female proven by hair testing to have toxic levels of aluminum and has been

diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

412.       Ana Javier-Flores (ECN 4576), an adult resident citizen of Vieques, PR, is a 51 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma, high blood pressure, respiratory problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

413.       Hector Medina-Melendez (ECN 4609), an adult resident citizen of Vieques, PR, is a 66 year old male proven by hair testing to have toxic levels of lead and mercury and has been diagnosed with stomach problems and high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

414.       Migdalia Camacho-Rivera (ECN 4626), an adult resident citizen of Vieques, PR, is a 50 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

415.       Jesus Santiago-Caldera (ECN 4631), an adult resident citizen of Vieques, PR, is a 52 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

416.       Jaime Cruz-Candelaria (ECN 4658), an adult resident citizen of Vieques, PR, is a 34 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

417.     Julio Guzman-Martinez (ECN 4666), an adult resident citizen of Vieques, PR, is a 51 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure, kidney problems, respiratory problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

418.     Wilfredo Martinez-Martinez (ECN 4692), an adult resident citizen of Vieques, PR, is a 63 year old male proven by hair testing to have toxic levels of aluminum, cadmium and mercury and has been diagnosed with respiratory problems, dermatitis and high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

419.     Juanita Huertas-Ayala (ECN 4695), an adult resident citizen of Vieques, PR, is a 58 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

420.     Leonardo Parrilla-Williams (ECN 4696), an adult resident citizen of Vieques, PR, is a 68 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

421.     Carlos Monell-Ilarraza (ECN 4697), an adult resident citizen of Vieques, PR, is a 60 year old male proven by hair testing to have toxic levels of mercury and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

422.     Victor Encarnacion-Saldana (ECN 4701), an adult resident citizen of Vieques, PR, is a 51 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

423.     Sara Adams-Lopez (ECN 4705), an adult resident citizen of Vieques, PR, is a 68 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

424.     Victor Martinez-Narvaez (ECN 4728), an adult resident citizen of Vieques, PR, is a 67 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

425.     Eulalie Serrano-Diaz (ECN 4729), an adult resident citizen of Vieques, PR, is a 66 year old female proven by hair testing to have toxic levels of lead and has been diagnosed with stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

426.     Juan Santos-Melendez (ECN 4736), an adult resident citizen of Vieques, PR, is a 67 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

427.     Adelina Corcino-Valentin (ECN 4741), an adult resident citizen of Vieques, PR, is an 83 year old female proven by hair testing to have toxic levels of arsenic and has

been diagnosed with cancer.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

428.    Felicita Figueroa-Pena (ECN 4747), an adult resident citizen of Vieques, PR, is an 87 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems, high blood pressure and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

429.    Miguelina Rosa-Torres (ECN 4749), an adult resident citizen of Vieques, PR, is a 58 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with anemia, high blood pressure, cancer, kidney problems and liver problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

430.    Julia Monell-Mulero, an adult resident citizen of Vieques, PR, on behalf of minor child Julianne Rivera-Monel (ECN 4782).  Julianne Rivera-Monel is a 6 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

431.    Raul Utreras-Herdoiza (ECN 5035), an adult resident citizen of Vieques, PR, is a 50 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and kidney problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

432.    Lenicia Carrion-Melendez (ECN 5128), an adult resident citizen of Vieques, PR, is a 58 year old female proven by hair testing to have toxic levels of aluminum and has

been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

433.     Nilsa Marin-Blondet (ECN 5129), an adult resident citizen of Vieques, PR, is a 54 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

434.     Ruben Rios-Ramos (ECN 5131), an adult resident citizen of Vieques, PR, is a 62 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

435.     Mario Brache-Castro (ECN 5142), an adult resident citizen of Vieques, PR, is a 50 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

436.     Alma Osorio-Barreto (ECN 5144), an adult resident citizen of Vieques, PR, is a 54 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with anemia, high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

437.     Lucinda Torres (ECN 5159), an adult resident citizen of Vieques, PR, is an 87 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems, kidney problems, liver problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

438.     Jose Alejandro-Ponce (ECN 5171), an adult resident citizen of Vieques, PR, is a 34 year old male proven by hair testing to have toxic levels of aluminum and lead and has been diagnosed with asthma and other respiratory problems and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

439.     Nimia Abreu-Camacho (ECN 5175), an adult resident citizen of Vieques, PR, is a 41 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with stomach problems.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

440.     Alba Avilan-Fan Fan, an adult resident citizen of Vieques, PR, on behalf of minor child Salier Miro-Avillan (ECN 5219).   Salier Miro-Avillan is an 11 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

441.     William Miro-Hodge (ECN 5220), an adult resident citizen of Vieques, PR, is a 47 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and other respiratory problems.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

442.     Annette Peterson-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Dylan Perez-Peterson (ECN 5267).  Dylan Perez-Peterson is a 9 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems and anemia.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

443.      Laureen Ramos-Fuentes, an adult resident citizen of Vieques, PR, on behalf of minor child Bernice Martinez-Ramos (ECN 5274). Bernice Martinez-Ramos is a 15 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

444.      Angel Martinez-Maldonado (ECN 5276), an adult resident citizen of Vieques, PR, is a 36 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

445.      Jose Acosta-Roldan (ECN 5322), an adult resident citizen of Vieques, PR, is a 77 year old male proven by hair testing to have toxic levels of arsenic and lead and has been diagnosed with cancer and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

446.      Solomon Godwin-Felix (ECN 5329), an adult resident citizen of Vieques, PR, is a 44 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

447.      Nestor Felix-Rodriguez (ECN 5330), an adult resident citizen of Vieques, PR, is a 95 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

448.      Adelaida Lao-Navarro (ECN 5363), an adult resident citizen of Vieques, PR, is a 58 year old female proven by hair testing to have toxic levels of cadmium and mercury

and has been diagnosed with high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

449. Dominga Corcino-Camacho (ECN 5376), an adult resident citizen of Vieques, PR, is a 75 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure, respiratory problems and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

450. Francisco Gavino-Gonzalez (ECN 5416), an adult resident citizen of Vieques, PR, is a 72 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

451. Ana Rosa-Ortiz (ECN 5470), an adult resident citizen of Vieques, PR, is a 60 year old female proven by hair testing to have toxic levels of aluminum and mercury and has been diagnosed with asthma and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

452. Victor Becerril-Gonzalez (ECN 5485), an adult resident citizen of Vieques, PR, is a 43 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and kidney problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

453. Gilberto Montero-Zapata (ECN 5643), an adult resident citizen of Vieques, PR, is a 35 year old male proven by hair testing to have toxic levels of aluminum, cadmium and mercury and has been diagnosed with respiratory problems and high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

454.       Camelia Santos, an adult resident citizen of Vieques, PR, on behalf of minor child
Marcos Peterson-Santos (ECN 5695).  Marcos Peterson-Santos is a 17 year old male
proven by hair testing to have toxic levels of aluminum, cadmium and lead  and has been
diagnosed with respiratory problems and stomach problems.    According to ATSDR
ToxFAQS these toxic elements correlate to these diseases.

455.       Carmen Colon-Melendez (ECN 5720), an adult resident citizen of Vieques, PR, is
a 51 year old female proven by hair testing to have toxic levels of aluminum and has been
diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic
elements correlate to these diseases.

456.       Luis Martinez-Corcino (ECN 5773), an adult resident citizen of Vieques, PR, is a
50 year old male proven by hair testing to have toxic levels of cadmium and mercury and
has been diagnosed with high blood pressure and hearing loss.    According to ATSDR
ToxFAQS these toxic elements correlate to these diseases.

457.       Maria Suarez-Morales (ECN 5821), an adult resident citizen of Vieques, PR, is a
48 year old female proven by hair testing to have toxic levels of cadmium and has been
diagnosed with anemia, respiratory problems and stomach problems.    According to
ATSDR ToxFAQS these toxic elements correlate to these diseases.

458.       Hector Cepeda-Soto (ECN 5824), an adult resident citizen of Vieques, PR, is a 37
year old male proven by hair testing to have toxic levels of aluminum, cadmium and lead
and has been diagnosed with asthma, high blood pressure and stomach problems.
According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

459.       Glenda Peterson-Monell, an adult resident citizen of Vieques, PR, on behalf of
minor child Zuchaly Quiles-Peterson (ECN 5852).  Zuchaly Quiles-Peterson is a 9 year

old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma and other respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

460.     Andrea McLat-Bennett (ECN 5905), an adult resident citizen of Vieques, PR, is a 62 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

461.     Tomas Mulero-Gonzalez (ECN 5911), an adult resident citizen of Vieques, PR, is a 65 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

462.     Ruth Utreras-Mercado (ECN 6124), an adult resident citizen of Vieques, PR, is a 22 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

463.     Irainy Carrasquillo-Sanchez (ECN 6149), an adult resident citizen of Vieques, PR, is a 27 year old female proven by hair testing to have toxic levels of aluminum, cadmium and mercury and has been diagnosed with respiratory problems, dermatitis and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

464.     Carmen Ortiz-Rodriguez (ECN 6151), an adult resident citizen of Vieques, PR, is a 74 year old female proven by hair testing to have toxic levels of aluminum and has been

diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

465.     Maria Herrera-Melendez (ECN 6155), an adult resident citizen of Vieques, PR, is a 71 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

466.     Severino Rivera-Morales (ECN 6179), an adult resident citizen of Vieques, PR, is a 71 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems, anemia, high blood pressure and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

467.     Esther Padilla-Morales, an adult resident citizen of Vieques, PR, on behalf of minor child Eira Rodriguez-Padilla (ECN 6186). Eira Rodriguez-Padilla is an 11 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

468.     Ester Padilla-Morales, an adult resident citizen of Vieques, PR, on behalf of minor child Aramaris Rodriguez-Padilla (ECN 6187). Aramaris Rodriguez-Padilla is an 11 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

469.     Irma de Leon-Sanchez (ECN 6203), an adult resident citizen of Vieques, PR, is a 42 year old female proven by hair testing to have toxic levels of cadmium and lead and

has been diagnosed with high blood pressure and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

470.    Carlos Roman-Monell (ECN 6210), an adult resident citizen of Vieques, PR, is a 48 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

471.    Teofila Martinez-Ventura (ECN 6211), an adult resident citizen of Vieques, PR, is a 70 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

472.    Zoraida Morales-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Zahira Colon-Morales (ECN 6231).  Zahira Colon-Morales is a 14 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

473.    Maria Molina-Rodriguez (ECN 6236), an adult resident citizen of Vieques, PR, is a 76 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure, kidney problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

474.    Hector Colon-Melendez (ECN 6265), an adult resident citizen of Vieques, PR, is a 52 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with liver problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

475.    Glenda Bermudez-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Raimundo Benjamin-Bermudez (ECN 6278).    Raimundo Benjamin-Bermudez is a 16 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

476.    Noraida Martinez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Maissavely Matuscsak-Martinez (ECN 6280).    Maissavely Matuscsak-Martinez is a 10 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

477.    Juanita Gavino-Gonzalez (ECN 6315), an adult resident citizen of Vieques, PR, is a 61 year old female proven by hair testing to have toxic levels of lead and has been diagnosed with stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

478.    Genaro Santos-San Kitts (ECN 6316), an adult resident citizen of Vieques, PR, is a 55 year old male proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with asthma and other respiratory problems, high blood pressure and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

479.    Wanda Rodriguez-Cadiz, an adult resident citizen of Vieques, PR, on behalf of minor child Yovanska Quinonez-Rodriguez (ECN 6354).    Yovanska Quinonez-Rodriguez is a 15 year old female proven by hair testing to have toxic levels of cadmium

and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

480.       Jose Carrasquillo-Asencio (ECN 6380), an adult resident citizen of Vieques, PR, is a 50 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

481.       Erick Felix-Adams (ECN 6402), an adult resident citizen of Vieques, PR, is a 40 year old male proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with respiratory problems, high blood pressure and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

482.       Gladys Robles-Rodriguez (ECN 6757), an adult resident citizen of Vieques, PR, is a 65 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

483.       Candido Ledesma-Felix (ECN 6760), an adult resident citizen of Vieques, PR, is a 67 year old male proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with asthma and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

484.       Angel Ayala-Santiago (ECN 6762), an adult resident citizen of Vieques, PR, is a 68 year old male proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

485.     Isaias Corcino-Camacho (ECN 6764), an adult resident citizen of Vieques, PR, is a 68 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

486.     Patria Carrasquillo-Rivera (ECN 6774), an adult resident citizen of Vieques, PR, is a 53 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

487.     Jose Trinidad-Nelson (ECN 6820), an adult resident citizen of Vieques, PR, is a 74 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

460.     Norma Melendez-Garcia (ECN 6828), an adult resident citizen of Vieques, PR, is a 49 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems, anemia, high blood pressure, liver problems and stomach problems.   According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

488.     Maria Robles-Ortiz (ECN 6901), an adult resident citizen of Vieques, PR, is a 57 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and high blood pressure.     According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

489.     Francisco Lopez-Del Pino (ECN 6953), an adult resident citizen of Vieques, PR, is a 74 year old male proven by hair testing to have toxic levels of cadmium, lead and

mercury and has been diagnosed with high blood pressure and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

490.　　Juan Ortiz-Sanes (ECN 6962), an adult resident citizen of Vieques, PR, is a 72 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure and respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

491.　　Haydee Ortiz-Melendez (ECN 6963), an adult resident citizen of Vieques, PR, is a 66 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure, kidney problems and stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

492.　　Sandra Reyes-Torres (ECN 6989), an adult resident citizen of Vieques, PR, is a 31 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

493.　　Ivan Diaz-Gonzalez (ECN 7063), an adult resident citizen of Vieques, PR, is a 71 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

494.　　Aimairia Cuenca-Silva (ECN 7132), an adult resident citizen of Vieques, PR, is a 48 year old female proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

495.    Jorge Belardo-Carmona (ECN 7133), an adult resident citizen of Vieques, PR, is a 52 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with respiratory problems and high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

496.    Jose Santos-Santkitts (ECN 7147), an adult resident citizen of Vieques, PR, is a 63 year old male proven by hair testing to have toxic levels of cadmium and has been diagnosed with high blood pressure.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

497.    Alejandrino Colon-Esperanza (ECN 7173), an adult resident citizen of Vieques, PR, is a 67 year old male proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with high blood pressure and stomach problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

498.    Bienvenida Santiago-Tejada (ECN 7315), an adult resident citizen of Vieques, PR, is a 68 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with asthma.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

499.    Sandra Gandarilla-Castellano (ECN 7382), an adult resident citizen of Vieques, PR, is a 44 year old female proven by hair testing to have toxic levels of aluminum and has been diagnosed with respiratory problems.    According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

500.    Ada Colon-Colon (ECN 7457), an adult resident citizen of Vieques, PR, is a 71 year old female proven by hair testing to have toxic levels of aluminum, cadmium and lead and has been diagnosed with asthma and other respiratory problems, high blood

pressure, liver problems, stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

501.    Gilbert Torres-Estien (ECN 7552), an adult resident citizen of Vieques, PR, is a 56 year old male proven by hair testing to have toxic levels of Cadmium and has been diagnosed with high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

502.    Maria Rosa-Rios (ECN 7561), an adult resident citizen of Vieques, PR, is a 68 year old female proven by hair testing to have toxic levels of cadmium and lead and has been diagnosed with stomach problems. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

503.    Leoncio Rivera-Morales (ECN 7562), an adult resident citizen of Vieques, PR, is a 67 year old male proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

504.    Concepcion Reyes-Lopez (ECN 8473), an adult resident citizen of Vieques, PR, is a 64 year old female proven by hair testing to have toxic levels of aluminum and cadmium and has been diagnosed with asthma and high blood pressure. According to ATSDR ToxFAQS these toxic elements correlate to these diseases.

505.    Carlos Ayala-Fernandez (ECN 0302) is an adult resident citizen of Vieques, PR.

506.    Milagros Barreto-Torres (ECN 0303) is an adult resident citizen of Vieques, PR.

507.    Pedro Belardo-Ayala (ECN 0305) is an adult resident citizen of Vieques, PR.

508.    Denisse Belardo-Rivera (ECN 0306) is an adult resident citizen of Vieques, PR.

509.    Wanda Bermudez-Romero (ECN 0308) is an adult resident citizen of Lake Park, FL.

510.    Adelina Bermudez (ECN 0309) is an adult resident citizen of Vieques, PR.

511.    Laura Cuevas-Brunet (ECN 0312) is an adult resident citizen of Vieques, PR.

512.    Cecilio Camacho-Cordero (ECN 0313) is an adult resident citizen of Vieques, PR.

513.    Julia Camacho-Rivera (ECN 0314) is an adult resident citizen of Vieques, PR.

514.    Nicholas Santiago-Camacho (ECN 0316) is an adult resident citizen of Vieques, PR.

515.    Valeriana Carrasquillo-Acosta (ECN 0319) is an adult resident citizen of Vieques, PR.

516.    Warran Casanova-Quinones (ECN 0320) is an adult resident citizen of Vieques, PR.

517.    Marta Charlotten (ECN 0321) is an adult resident citizen of Vieques, PR.

518.    Leonides Cirilo-Hernandez (ECN 0322) is an adult resident citizen of Vieques, PR.

519.    Carlos Colon-Garcia (ECN 0324) is an adult resident citizen of Vieques, PR.

520.    Angel Esperanza-Cruz (ECN 0325) is an adult resident citizen of Vieques, PR.

521.    Loui Felix-Cruz (ECN 0326) is an adult resident citizen of Vieques, PR.

522.    Epitania De Jesus (ECN 0329) is an adult resident citizen of Vieques, PR.

523.    Felix Du-Bois-Avila (ECN 0332) is an adult resident citizen of Vieques, PR.

524.    Emeric Damaso (ECN 0333) is an adult resident citizen of Vieques, PR.

525.    Juana Ponce-Felix (ECN 0335) is an adult resident citizen of Vieques, PR.

526.    Naomi Felix-Vazquez (ECN 0336) is an adult resident citizen of Vieques, PR.

527.     Luz Camacho-Figueroa (ECN 0339) is an adult resident citizen of Vieques, PR.

528.     Severino Fuentes (ECN 0341) is an adult resident citizen of Vieques, PR.

529.     Felicita Navarro-Garcia (ECN 0342) is an adult resident citizen of Vieques, PR.

530.     Rolando Garcia-Garcia (ECN 0343) is an adult resident citizen of Vieques, PR.

531.     Miguel Guzman-Martinez (ECN 0344) is an adult resident citizen of Vieques, PR.

532.     Norma Gonzalez-Rosa (ECN 0345) is an adult resident citizen of Vieques, PR.

533.     Jose Huertas-Ayala (ECN 0348) is an adult resident citizen of Vieques, PR.

534.     Carmen Bermudez-Hoffman (ECN 0349) is an adult resident citizen of Vieques,
      PR.

535.     Isabel Lequillou-Parrilla (ECN 0351) is an adult resident citizen of Vieques, PR.

536.     Aturo Lloreus (ECN 0352) is an adult resident citizen of Humacao, PR.

537.     Fidel Lopez (ECN 0353) is an adult resident citizen of Vieques, PR.

538.     Edna Lopez (ECN 0354) is an adult resident citizen of Vieques, PR.

539.     Evelyn Garcia-Perez (ECN 0356) is an adult resident citizen of Vieques, PR.

540.     Jesus Martinez-Ortiz (ECN 0357) is an adult resident citizen of Vieques, PR.

541.     Juanita Martinez (ECN 0358) is an adult resident citizen of Vieques, PR.

542.     Ana Santiago-Robles, an adult resident citizen of Oxford, MA, on behalf of minor
      child   Angel Marquez-Santiago (ECN 0359).

543.     Daniel Medina (ECN 0361) is an adult resident citizen of Vieques, PR.

544.     Eleuterio Melendez- (ECN 0362) is an adult resident citizen of Vieques, PR.

545.     Edwin Ortiz-Melendez (ECN 0363) is an adult resident citizen of Vieques, PR.

546.     Guillermina Morales (ECN 0365) is an adult resident citizen of Vieques, PR.

547.     Tomas Rosario-Morales (ECN 0366) is an adult resident citizen of Vieques, PR.

548.     Altimina Navarro (ECN 0367) is an adult resident citizen of Vieques, PR.

549.     Luis Navarro (ECN 0368) is an adult resident citizen of Vieques, PR.

550.     Cesar Peterson-Ventura (ECN 0369) is an adult resident citizen of Vieques, PR.

551.     Maria Ortiz-Tirado (ECN 0372) is an adult resident citizen of Vieques, PR.

552.     Martin Sanes-Osorio (ECN 0373) is an adult resident citizen of Vieques, PR.

553.     Jose Paris (ECN 0374) is an adult resident citizen of Vieques, PR.

554.     Elba Belardo, an adult resident citizen of Vieques, PR, on behalf of minor child Jessica Paris (ECN 0375).

555.     Daniel Paris-Tapia (ECN 0376) is an adult resident citizen of Vieques, PR.

556.     Elba Belardo, an adult resident citizen of Vieques, PR, on behalf of minor child Jennifer Paris (ECN 0377).

557.     Pedro Pena-Perez (ECN 0378) is an adult resident citizen of Rio Piedras, PR.

558.     Adelina Perez-Rodriguez (ECN 0379) is an adult resident citizen of Vieques, PR.

559.     Guzmana Ayala-Perez (ECN 0380) is an adult resident citizen of Vieques, PR.

560.     Juana Perez (ECN 0381) is an adult resident citizen of Vieques, PR.

561.     Migdalia Carraballo-Ojeda, an adult resident citizen of Vieques, PR on behalf of minor child, Augustin Perez-Caraballo (ECN 0382).

562.     Felipe Ponce-Roldan (ECN 0383) is an adult resident citizen of Vieques, PR.

563.     Carlos Ponce-Sanes (ECN 0384) is an adult resident citizen of Vieques, PR.

564.     Juan Prieto-Felix (ECN 0385) is an adult resident citizen of Vieques, PR.

565.     Banny Quononez-Vazquez (ECN 0386) is an adult resident citizen of Vieques, PR.

566.     Carmen Ramon (ECN 0388) is an adult resident citizen of Rio Piedras, PR.

567.     David Encarnacion-Rivera (ECN 0391) is an adult resident citizen of Vieques, PR.

568.     Efrain Rivera-Encarnacion (ECN 0392) is an adult resident citizen of Vieques, PR.

569.     Marcolina Rodriguez-Feliciano (ECN 0395) is an adult resident citizen of Vieques, PR.

570.     Luis Rodriguez-Santiago (ECN 0396) is an adult resident citizen of Vieques, PR.

571.     Verana Rodriguez-Morales (ECN 0397) is an adult resident citizen of Vieques, PR.

572.     Juan Roldan (ECN 0398) is an adult resident citizen of Vieques, PR.

573.     Gilberto Roman-Morales (ECN 0399) is an adult resident citizen of Vieques, PR.

574.     Justina Rosa-Rijos (ECN 0400) is an adult resident citizen of Vieques, PR.

575.     Juanita Rosado-Irizarry (ECN 0401) is an adult resident citizen of Vieques, PR.

576.     Maria Rosario-Cecilio (ECN 0402) is an adult resident citizen of Vieques, PR.

577.     Jose Ruiz (ECN 0404) is an adult resident citizen of Vieques, PR.

578.     Rosa Ruiz-Perez (ECN 0405) is an adult resident citizen of Vieques, PR.

579.     Enriqueta Santos-Maldonado (ECN 0406) is an adult resident citizen of Vieques, PR.

580.     Felix Santana (ECN 0409) is an adult resident citizen of Vieques, PR.

581.     Olga Santana (ECN 0410) is an adult resident citizen of Vieques, PR.

582.     Miguelina Maldonado-Santos (ECN 0411) is an adult resident citizen of Vieques, PR.

583.     Tomasa Silva-Rosa (ECN 0412) is an adult resident citizen of Vieques, PR.

584.        Juan Silva (ECN 0413) is an adult resident citizen of Vieques, PR.

585.        Nelida Guevara-Tirado (ECN 0414) is an adult resident citizen of Vieques, PR.

586.        Carol Quinonez-Thompson (ECN 0415) is an adult resident citizen of Vieques, PR.

587.        Marta Cruz-Tolentino (ECN 0416) is an adult resident citizen of Vieques, PR.

588.        Cecilia Alejandro-Torres (ECN 0417) is an adult resident citizen of Vieques, PR.

589.        Inocencia Torres-Miralda (ECN 0418) is an adult resident citizen of Vieques, PR.

590.        Eva Torres-Morales (ECN 0419) is an adult resident citizen of Vieques, PR.

591.        Julio Torres-Crispin (ECN 0420) is an adult resident citizen of Vieques, PR.

592.        Angel Torres-Fuentes (ECN 0421) is an adult resident citizen of Vieques, PR.

593.        Lucrecia Acosta-Torres (ECN 0422) is an adult resident citizen of Vieques, PR.

594.        Teresa Velardo-Ayala (ECN 0424) is an adult resident citizen of Vieques, PR.

595.        Angel Bermudez-Velez (ECN 0425) is an adult resident citizen of Vieques, PR.

596.        Hiram Cabral-Guadalupe (ECN 0430) is an adult resident citizen of Vieques, PR.

597.        Carmen Vega (ECN 0431) is an adult resident citizen of Vieques, PR.

598.        Carmen Thompson-Quinones (ECN 0432) is an adult resident citizen of Vieques, PR.

599.        Francisco Cruz-Bermudez (ECN 0433) is an adult resident citizen of Vieques, PR.

600.        Angelita Carmona-Hernandez (ECN 0434) is an adult resident citizen of Vieques, PR.

601.        Joel Santos-Serrano (ECN 0435) is an adult resident citizen of Vieques, PR.

602.        Damiano Legran-Soto (ECN 0436) is an adult resident citizen of Vieques, PR.

603.        Guillermo Sanchez-Carmona (ECN 0437) is an adult resident citizen of Vieques, PR.

604.        Hector Cintron-Santiago (ECN 0438) is an adult resident citizen of Vieques, PR.

605.        Dina Garci-Franco (ECN 0439) is an adult resident citizen of Vieques, PR.

606.        Jose Lesdema-Navarro (ECN 0440) is an adult resident citizen of Vieques, PR.

607.        Carlos Carrion-Carmona (ECN 0443) is an adult resident citizen of Vieques, PR.

608.        Angel Rodriguez-Cruz (ECN 0444) is an adult resident citizen of Vieques, PR.

609.        Marianela Ayala-Padilla (ECN 0445) is an adult resident citizen of Vieques, PR.

610.        Carmen Thompson, an adult resident citizen of Vieques, PR, on behalf of minor child Charmain Osorio-Thompson (ECN 0447).

611.        Miguel Gavino-Hernandez (ECN 0448) is an adult resident citizen of Vieques, PR.

612.        Melissa Rosa-Adams and Melvin Santiago-Torres, both adult resident citizens of Vieques, PR on behalf of minor child, Bryan Santiago-Rosa (ECN 0453).

613.        Julia Santiago-Legrand (ECN 0458) is an adult resident citizen of Vieques, PR.

614.        Maria Carmona-Fuentes (ECN 0459) is an adult resident citizen of Vieques, PR

615.        Lydia Carmona-Parrilla (ECN 0462) is an adult resident citizen of Vieques, PR.

616.        Sulaika Gavino-Hernandez (ECN 0467) is an adult resident citizen of Vieques, PR.

617.        Yadira Ayala-Cuenca (ECN 0468) is an adult resident citizen of Vieques, PR.

618.        Eva Carrasquillo-Rivera (ECN 0469) is an adult resident citizen of Vieques, PR.

619.        Carmen Rivera-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Hernandez-Rivera (ECN 0470).

620.     Carmen Rivera-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Jiovanny Hernandez-Rivera (ECN 0471).

621.     Erik Hernandez-Carmona (ECN 0472) is an adult resident citizen of Vieques, PR.

622.     Jose Hernandez-Carmona (ECN 0475) is an adult resident citizen of Vieques, PR.

623.     Margarita Carmona-Lucas (ECN 0476) is an adult resident citizen of Vieques, PR.

624.     Michelle Cruz-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Yahaira Cruz-Osorio (ECN 0477).

625.     Jose Rodriguez-Torres (ECN 0478) is an adult resident citizen of Vieques, PR.

626.     Luz Rodriguez-Rivera (ECN 0479) is an adult resident citizen of Vieques, PR.

627.     Edwin Vasquez-Rodriquez (ECN 0480) is an adult resident citizen of Vieques, PR.

628.     Antonia Vegerano-Herrera (ECN 0481) is an adult resident citizen of Vieques, PR.

629.     Severino Lopez-Berrios (ECN 0482) is an adult resident citizen of Vieques, PR.

630.     Luz Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Hiram Carrasquillo-Rodreiguez (ECN 0483).

631.     Roberto Tirado-Guevara (ECN 0484) is an adult resident citizen of Vieques, PR.

632.     Roberto Ayala-Melendez (ECN 0485) is an adult resident citizen of Vieques, PR.

633.     Ramon Navarro-Mercado (ECN 0486) is an adult resident citizen of Vieques, PR.

634.     Carmen Tirado-Hernandez (ECN 0488) is an adult resident citizen of Vieques, PR.

635.     Silvia Navedo-Diaz (ECN 0489) is an adult resident citizen of Vieques, PR.

636.    Luciana Cruz-Rivera (ECN 0490) is an adult resident citizen of Vieques, PR.

637.    Gladys Ruiz-Perez (ECN 0492) is an adult resident citizen of Vieques, PR.

638.    Adelaida Melendez-Encarnacion (ECN 0493) is an adult resident citizen of Vieques, PR.

639.    Dayse Vazquez-Rivera (ECN 0494) is an adult resident citizen of Vieques, PR.

640.    Carlos Encarnacion-Encarnacion (ECN 0495) is an adult resident citizen of Vieques, PR.

641.    Juan Melendez-Colon (ECN 0496) is an adult resident citizen of Vieques, PR.

642.    Elianette Mulero , an adult resident citizen of Vieques, PR, on behalf of minor child Elizabeth Mulero-Barreto (ECN 0498).

643.    Joanna Carmona-Rivera (ECN 0501) is an adult resident citizen of Vieques, PR.

644.    Antonio Tirado-Colon (ECN 0503) is an adult resident citizen of Vieques, PR.

645.    Maria Tapia-Franco (ECN 0504) is an adult resident citizen of Vieques, PR.

646.    Anibal Santiago-Tolentino (ECN 0505) is an adult resident citizen of Vieques, PR.

647.    Juan Boulogne-Perez (ECN 0506) is an adult resident citizen of Vieques, PR.

648.    Andres Corcino-Camacho (ECN 0507) is an adult resident citizen of Vieques, PR.

649.    Angelina Mattas-Rosado (ECN 0509) is an adult resident citizen of Vieques, PR.

650.    Modesto Garcia-Rodriguez (ECN 0510) is an adult resident citizen of Vieques, PR.

651.    Nayda Alejandro-Hodge (ECN 0512) is an adult resident citizen of Vieques, PR.

652.    Polva Rivera-Felix (ECN 0513) is an adult resident citizen of Vieques, PR.

653.    Maribel Mattas-Brown (ECN 0514) is an adult resident citizen of Vieques, PR.

654.        Sara Ramos-Julian (ECN 0515) is an adult resident citizen of Vieques, PR.

655.        Elizabeth Navarro-Santiago (ECN 0516) is an adult resident citizen of Vieques, PR.

656.        Omayra Ledesma-Navarro (ECN 0517) is an adult resident citizen of Vieques, PR.

657.        Nestor Flores-Tirado (ECN 0519) is an adult resident citizen of Vieques, PR.

658.        Santiago Camacho-Encarnacion (ECN 0520) is an adult resident citizen of Vieques, PR.

659.        Denise Rivera-Campos (ECN 0521) is an adult resident citizen of Vieques, PR.

660.        Carlos Garcia-Encarnacion (ECN 0522) is an adult resident citizen of Vieques, PR.

661.        Ursula Felix-Encarnacion (ECN 0525) is an adult resident citizen of Vieques, PR.

662.        Josefa Garcia-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Kiara Barbosa-Garcia (ECN 0527).

663.        Luz Garcia-Cruz (ECN 0528) is an adult resident citizen of Vieques, PR.

664.        Jose Rosado-Robledo (ECN 0529) is an adult resident citizen of Vieques, PR.

665.        Maria Cuenca-Parilla (ECN 0531) is an adult resident citizen of Vieques, PR.

666.        Marcela Martinez-Ayala (ECN 0532) is an adult resident citizen of Vieques, PR.

667.        Mary Ayala-Ayala (ECN 0534) is an adult resident citizen of Vieques, PR.

668.        Juan Garcia-Rivera (ECN 0535) is an adult resident citizen of Vieques, PR.

669.        Glorivi Ayala-Cuenca (ECN 0536) is an adult resident citizen of Vieques, PR.

670.        Catalina Cruz-Rivera (ECN 0537) is an adult resident citizen of Vieques, PR.

671.        Luis Conde-Felix (ECN 0538) is an adult resident citizen of Vieques, PR.

672.     Sophia Monell-Torrens (ECN 0539) is an adult resident citizen of Vieques, PR.

673.     Eddie Rivera-Acevedo (ECN 0541) is an adult resident citizen of Vieques, PR.

674.     Juan Santiago-Alicea (ECN 0542) is an adult resident citizen of Vieques, PR.

675.     Juanita Maldonado-Caraballo (ECN 0543) is an adult resident citizen of Vieques,
PR.

676.     Nellys Chong-Albarracin (ECN 0544) is an adult resident citizen of Vieques, PR.

677.     Felicita Alicea-Rivera (ECN 0546) is an adult resident citizen of Vieques, PR.

678.     Marie Felix-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor
child Edgardo Lopez-Felix (ECN 0547).

679.     Irisnela Pimentel-Sanes (ECN 0548) is an adult resident citizen of Vieques, PR.

680.     Gloria Sanes-Rosario (ECN 0549) is an adult resident citizen of Vieques, PR.

681.     Hilda Martinez-Ramirez (ECN 0550) is an adult resident citizen of Vieques, PR.

682.     Ana Cadis-Ramos (ECN 0551) is an adult resident citizen of Vieques, PR.

683.     Carmen Santiago-Maldonado (ECN 0552) is an adult resident citizen of Vieques,
PR.

684.     Antonia Melendez-Reyes (ECN 0555) is an adult resident citizen of Vieques, PR.

685.     Yolanda Carmona-Sanes (ECN 0556) is an adult resident citizen of Vieques, PR.

686.     Agustin Pimentel-Corcino (ECN 0557) is an adult resident citizen of Vieques, PR.

687.     Mariana Martinez-Ventura (ECN 0558) is an adult resident citizen of Vieques,
PR.

688.     Diana Cardona-Felix (ECN 0564) is an adult resident citizen of Vieques, PR.

689.     Myrna Anduce-Acosta (ECN 0566) is an adult resident citizen of Vieques, PR.

690.     Larry Thompson-Cardona (ECN 0569) is an adult resident citizen of Vieques, PR.

691.     Dianisse Thompson-Cardona (ECN 0570) is an adult resident citizen of Vieques, PR.

692.     Victor Boulogne-Cardona (ECN 0571) is an adult resident citizen of Vieques, PR.

693.     Lorna Ortiz-Ventura, an adult resident citizen of Vieques, PR, on behalf of minor child Emilio Acosta-Ortiz (ECN 0572).

694.     Larry Thompson-Quinones (ECN 0573) is an adult resident citizen of Vieques, PR.

695.     Angel Boulogne-Cardona (ECN 0574) is an adult resident citizen of Vieques, PR.

696.     Lorna Ortiz-Ventura (ECN 0575) is an adult resident citizen of Vieques, PR.

697.     Esteban Bonano-Garcia (ECN 0577) is an adult resident citizen of Vieques, PR.

698.     Maria Torres-Perez (ECN 0579) is an adult resident citizen of Vieques, PR.

699.     Nilsa Acevedo, an adult resident citizen of Vieques, PR, on behalf of minor child Yanira Acosta-Acevedo (ECN 0580).

700.     Nilsa Acevedo, an adult resident citizen of Vieques, PR, on behalf of minor child Yanisha Acosta-Acevedo (ECN 0581).

701.     Ana Bonano-Garcia (ECN 0583) is an adult resident citizen of Vieques, PR.

702.     Excel Lopez-Felix (ECN 0584) is an adult resident citizen of Vieques, PR.

703.     Marie Felix-Ayala (ECN 0585) is an adult resident citizen of Vieques, PR.

704.     Carmen Melendez-Sanes (ECN 0587) is an adult resident citizen of Vieques, PR.

705.     Leslie Denton-Quinonez, an adult resident citizen of Vieques, PR, on behalf of minor child Harryelis Reyes-Denton (ECN 0589).

706.     Leslie Denton-Quinonez (ECN 0590) is an adult resident citizen of Vieques, PR.

707.    Alejandro Esperanza-Serrano (ECN 0591) is an adult resident citizen of Vieques, PR.

708.    Gertrudis Monell-Ilaraza (ECN 0592) is an adult resident citizen of Vieques, PR.

709.    Lizbeth Osorio-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Silva-Osorio (ECN 0594).

710.    Yoland Carmona-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Natanael Coss-Carmona (ECN 0595).

711.    Lisbeth Osorio-Rivera (ECN 0596) is an adult resident citizen of Vieques, PR.

712.    Saturnina Torres-Fuentes (ECN 0597) is an adult resident citizen of Vieques, PR.

713.    Mercedes Ruiz-Nieves (ECN 0599) is an adult resident citizen of Vieques, PR.

714.    Alexis Melendez-Rivera (ECN 0601) is an adult resident citizen of Vieques, PR.

715.    Carmen Osorio-Benitez (ECN 0602) is an adult resident citizen of Vieques, PR.

716.    Edgardo Denton-Cordero (ECN 0603) is an adult resident citizen of Vieques, PR.

717.    Candida Melendez-Sanes (ECN 0604) is an adult resident citizen of Vieques, PR.

718.    Benjamin Torres-Gonzalez (ECN 0606) is an adult resident citizen of Vieques, PR.

719.    Carlos Padro-Nieves (ECN 0608) is an adult resident citizen of Vieques, PR.

720.    Tomas Melendez-Torres (ECN 0609) is an adult resident citizen of Vieques, PR.

721.    Victorino Melendez-Sanes (ECN 0613) is an adult resident citizen of Vieques, PR.

722.    Julia Cruz-Serrano (ECN 0614) is an adult resident citizen of Vieques, PR.

723.    Paulina Santos-Velaquez (ECN 0617) is an adult resident citizen of Vieques, PR.

724.    Bethzaida Morales-Torres (ECN 0618) is an adult resident citizen of Vieques, PR.

725.     Carmen Ayala-Benitez (ECN 0619) is an adult resident citizen of Vieques, PR.

726.     Luz Mercado-Camacho (ECN 0620) is an adult resident citizen of Vieques, PR.

727.     Judith Velazquez-Santiago, an adult resident citizen of Vieques, PR, on behalf of
minor child Gadwin Rosa-Velaquez (ECN 0621).

728.     Olga Nieves-Zayas (ECN 0622) is an adult resident citizen of Vieques, PR.

729.     Dania Ayala-Abreu (ECN 0624) is an adult resident citizen of Vieques, PR.

730.     Viviana Guerra-Navedo (ECN 0625) is an adult resident citizen of Vieques, PR.

731.     Hector Velazquez-Santiago (ECN 0627) is an adult resident citizen of Vieques,
PR.

732.     Jose Rosa-Ponce (ECN 0628) is an adult resident citizen of Vieques, PR.

733.     Judith Velazquez-Santiago, an adult resident citizen of Vieques, PR, on behalf of
minor child Jose Rosa-Velaquez (ECN 0629).

734.     Judith Velazquez-Santiago (ECN 0630) is an adult resident citizen of Vieques,
PR.

735.     Maria Abreu-Santiago (ECN 0632) is an adult resident citizen of Vieques, PR.

736.     Ramona Quinones-Nieves (ECN 0633) is an adult resident citizen of Vieques, PR.

737.     Catherine Muniz-Quinones (ECN 0634) is an adult resident citizen of Vieques,
PR.

738.     Elfrida Rodriguez-Nales (ECN 0635) is an adult resident citizen of Vieques, PR.

739.     Juan Amaro-Hernandez (ECN 0636) is an adult resident citizen of Vieques, PR.

740.     Marayma Ventura-Sanes (ECN 0638) is an adult resident citizen of Vieques, PR.

741.     Keisha Muniz-Quinones (ECN 0641) is an adult resident citizen of Vieques, PR.

742.     Roxanna Flores-Adams (ECN 0643) is an adult resident citizen of Vieques, PR.

743.     Roxanna Flores-Adama, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Velez-Flores (ECN 0645).

744.     Manuel Perez-Perez (ECN 0646) is an adult resident citizen of Vieques, PR.

745.     Reynaldo Camacho-Hernandez (ECN 0648) is an adult resident citizen of Vieques, PR.

746.     Yaritza Guerra-Navedo (ECN 0649) is an adult resident citizen of Vieques, PR.

747.     Bryan Camacho-Hernandez (ECN 0651) is an adult resident citizen of Vieques, PR.

748.     Nitza Ventura-Isales (ECN 0652) is an adult resident citizen of Vieques, PR.

749.     Adeline Quinonez-Asencio (ECN 0653) is an adult resident citizen of Vieques, PR.

750.     German Navarro-Rivera (ECN 0655) is an adult resident citizen of Vieques, PR.

751.     Nilda Rivera-Rojas, an adult resident citizen of Vieques, PR, on behalf of minor child Abigail Diaz-Rivera (ECN 0656).

752.     Raul Martinez-Garcia (ECN 0657) is an adult resident citizen of Vieques, PR.

753.     Nilda Rivera-Rojas, an adult resident citizen of Vieques, PR, on behalf of minor child Emanuel Rivera-Rojas (ECN 0658).

754.     Carmen Isales-Pastor (ECN 0659) is an adult resident citizen of Vieques, PR.

755.     Jose Molina-Encarnacion (ECN 0660) is an adult resident citizen of Vieques, PR.

756.     Nilda Rivera-Rojas, an adult resident citizen of Vieques, PR, on behalf of minor child Norma Diaz-Rivera (ECN 0661).

757.     Hector Mercado-Alaya (ECN 0662) is an adult resident citizen of Vieques, PR.

758.     Idalia Cecilio-Torres (ECN 0663) is an adult resident citizen of Vieques, PR.

759.    Jackeline Flores-de Jesus (ECN 0664) is an adult resident citizen of Vieques, PR.

760.    Jackeline Flores-de Jesus, an adult resident citizen of Vieques, PR, on behalf of minor child Joangely Amaro-Flores (ECN 0665).

761.    Jackeline Flores-de Jesus, an adult resident citizen of Vieques, PR, on behalf of minor child Alex Ramos-Flores (ECN 0666).

762.    Norma Perez-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Liznette Corcino-Perez (ECN 0667).

763.    Anubis Torres-Garcia (ECN 0668) is an adult resident citizen of Vieques, PR.

764.    Norma Perez-Corcino (ECN 0669) is an adult resident citizen of Vieques, PR.

765.    Idalia Cecilio-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Quinones-Cecilio (ECN 0670).

766.    Pedro Herrera-Melendez (ECN 0671) is an adult resident citizen of Vieques, PR.

767.    Luis Garcia-Garcia (ECN 0673) is an adult resident citizen of Vieques, PR.

768.    Enrique Huerta-Encarnacion (ECN 0674) is an adult resident citizen of Vieques, PR.

769.    Jose Fortanez-Rivera (ECN 0675) is an adult resident citizen of Vieques, PR.

770.    Julio Ramos-Rivera (ECN 0676) is an adult resident citizen of Vieques, PR.

771.    Manuel Christian-Ruiz (ECN 0677) is an adult resident citizen of Vieques, PR.

772.    Gloria Hernandez-Martinez (ECN 0678) is an adult resident citizen of Vieques, PR.

773.    Abraham Camacho-Hernandez (ECN 0679) is an adult resident citizen of Vieques, PR.

774.    Lydia Laboy-Carrion (ECN 0680) is an adult resident citizen of Vieques, PR.

775.    Maria Navarro-Rodriguez (ECN 0681) is an adult resident citizen of Vieques, PR.

776.    Rosa Garcia-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Yamayra Melendez-Garcia (ECN 0682).

777.    Ursina Guzman-Velazquez (ECN 0683) is an adult resident citizen of Vieques, PR.

778.    Maria Ramos-Guzman (ECN 0684) is an adult resident citizen of Vieques, PR.

779.    Taina Felix-Rivera (ECN 0685) is an adult resident citizen of Vieques, PR.

780.    Gabriel Caraballo-Serrano (ECN 0686) is an adult resident citizen of Vieques, PR.

781.    Petra Davila-Figueroa (ECN 0687) is an adult resident citizen of Vieques, PR.

782.    Hector Torres-Corcino (ECN 0688) is an adult resident citizen of Vieques, PR.

783.    Laura Avillan-Gonzalez (ECN 0690) is an adult resident citizen of Vieques, PR.

784.    Leticia Diaz-Avillan (ECN 0691) is an adult resident citizen of Vieques, PR.

785.    Polonia Carmona-Cadiz (ECN 0692) is an adult resident citizen of Vieques, PR.

786.    Antonia Perez-Ayala (ECN 0694) is an adult resident citizen of Vieques, PR.

787.    Angel Felix-Ortiz (ECN 0696) is an adult resident citizen of Vieques, PR.

788.    Guillermina Rivera-Navarro (ECN 0697) is an adult resident citizen of Vieques, PR.

789.    Yolanda Carmona-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Camaliel Coss-Carmona (ECN 0699).

790.    Yolanda Carmona-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Paula Felix-Carmona (ECN 0700).

791.     Carmen Martinez-Rodriguez (ECN 0702) is an adult resident citizen of Vieques, PR.

792.     Carmelo Rosa-Torres (ECN 0703) is an adult resident citizen of Vieques, PR.

793.     Gabriela Ponce-Roldan (ECN 0704) is an adult resident citizen of Vieques, PR.

794.     Santiago Rosa-Torres (ECN 0705) is an adult resident citizen of Vieques, PR.

795.     Amalia Rosa-Corcino (ECN 0706) is an adult resident citizen of Vieques, PR.

796.     Jaime Adams-Benjamin (ECN 0707) is an adult resident citizen of Vieques, PR.

797.     Alicia Ortiz-Torres (ECN 0708) is an adult resident citizen of Vieques, PR.

798.     Luz Santiago-Bermudez (ECN 0712) is an adult resident citizen of Vieques, PR.

799.     Alejandrina Sanes-Ayala (ECN 0715) is an adult resident citizen of Vieques, PR.

800.     Providencia Vasques-De Jesus (ECN 0716) is an adult resident citizen of Vieques, PR.

801.     Carmen Maldonado-Brache (ECN 0717) is an adult resident citizen of Vieques, PR.

802.     Melquiades Torres-Garcia (ECN 0720) is an adult resident citizen of Vieques, PR.

803.     Leocadio Abreu-Melendez (ECN 0723) is an adult resident citizen of Vieques, PR.

804.     Susana Martinez-Ortiz (ECN 0725) is an adult resident citizen of Vieques, PR.

805.     Ariam Silva-Rivera (ECN 0735) is an adult resident citizen of Vieques, PR.

806.     Victor Torres-Serrano (ECN 0736) is an adult resident citizen of Vieques, PR.

807.     Saldana Evangeline-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of minor child Modesto Perez-Encarnacion (ECN 0738).

808.    Eva Martinez-Encarnacion (ECN 0739) is an adult resident citizen of Vieques, PR.

809.    Lourdes Serrano-Maldonado (ECN 0740) is an adult resident citizen of Vieques, PR.

810.    Luz Martinez-Ortiz (ECN 0742) is an adult resident citizen of Vieques, PR.

811.    Demensia Rosa-Gomez (ECN 0747) is an adult resident citizen of Vieques, PR.

812.    Ricardo Santiago-Roldan (ECN 0748) is an adult resident citizen of Vieques, PR.

813.    Ubiano Roldan-De Jesus (ECN 0751) is an adult resident citizen of Vieques, PR.

814.    Evangelina Encarnacion-Saldana (ECN 0755) is an adult resident citizen of Vieques, PR.

815.    Corando Corcina-Valentin (ECN 0756) is an adult resident citizen of Vieques, PR.

816.    Antonia Rosa-Torres (ECN 0758) is an adult resident citizen of Vieques, PR.

817.    Douglas Velez-Bermudez (ECN 0760) is an adult resident citizen of Vieques, PR.

818.    Humberto Pillot-Abreu (ECN 0761) is an adult resident citizen of Vieques, PR.

819.    Marina Roldan-De Jesus (ECN 0762) is an adult resident citizen of Vieques, PR.

820.    Angel Belardo-Salgado (ECN 0763) is an adult resident citizen of Vieques, PR.

821.    Adela Santiago-Gonzalez (ECN 0764) is an adult resident citizen of Vieques, PR.

822.    Aracelis Gevena-Corcino (ECN 0768) is an adult resident citizen of Vieques, PR.

823.    Wanda Lopez-Hernandez (ECN 0773) is an adult resident citizen of Vieques, PR.

824.    Jose Lopez-Medina (ECN 0774) is an adult resident citizen of Vieques, PR.

825.    Kayra Rivera-Medina (ECN 0776) is an adult resident citizen of Vieques, PR.

826.    Lucila Cruz-Santana (ECN 0780) is an adult resident citizen of Vieques, PR.

827.     Sonia Perez-Castro (ECN 0782) is an adult resident citizen of Vieques, PR.

828.     Ricardo Feliciano-Hernandez (ECN 0784) is an adult resident citizen of Vieques, PR.

829.     Marianne Feliciano-Hernandez (ECN 0785) is an adult resident citizen of Vieques, PR.

830.     Roderick Feliciano-Hernandez (ECN 0786) is an adult resident citizen of Vieques, PR.

831.     Wilfredo Feliciano-Hernandez (ECN 0787) is an adult resident citizen of Vieques, PR.

832.     Nilida Feliciano-Cruz , an adult resident citizen of Vieques, PR, on behalf of minor child Abimelec Garcia-Cruz (ECN 0788).

833.     Maribella Garcia-Cruz (ECN 0789) is an adult resident citizen of Vieques, PR.

834.     Migdalia Ortiz-Sanes (ECN 0791) is an adult resident citizen of Vieques, PR.

835.     Manuel Perez-Garcia (ECN 0793) is an adult resident citizen of Vieques, PR.

836.     Carmen Molina-Ortiz , an adult resident citizen of Vieques, PR, on behalf of minor child Krizaly Miranda-Molina (ECN 0794).

837.     Carmen Molina-Ortiz , an adult resident citizen of Vieques, PR, on behalf of minor child Aneudis Ramos-Molina (ECN 0795).

838.     Olga Nieves-Zayas, an adult resident citizen of Vieques, PR, on behalf of minor child Jalive Acevedo-Nieves (ECN 0798).

839.     Juan Garcia-Cruz (ECN 0799) is an adult resident citizen of Vieques, PR.

840.     Robin Solis-Perez (ECN 0804) is an adult resident citizen of Vieques, PR.

841.     Myrna Pellot-Rivera (ECN 0806) is an adult resident citizen of Vieques, PR.

842.     Carmen Acosta-Carrasquillo (ECN 0807) is an adult resident citizen of Vieques, PR.

843.     Ana Roldan-Roman (ECN 0808) is an adult resident citizen of Vieques, PR.

844.     Santiago Ayala-Quinones (ECN 0809) is an adult resident citizen of Vieques, PR.

845.     Gabriel Abreu-Melendez (ECN 0810) is an adult resident citizen of Vieques, PR.

846.     Angel Rivera-Corcino (ECN 0811) is an adult resident citizen of Vieques, PR.

847.     Luis Mercado-Leon (ECN 0813) is an adult resident citizen of Vieques, PR.

848.     Yulmar Rosa-Adams (ECN 0815) is an adult resident citizen of Vieques, PR.

849.     Wanda Carambot-Santos (ECN 0816) is an adult resident citizen of Vieques, PR.

850.     Ismael Camacho-Ventura (ECN 0817) is an adult resident citizen of Vieques, PR.

851.     Erika Montanez-Santos (ECN 0819) is an adult resident citizen of Vieques, PR.

852.     Aida Adams-Colon (ECN 0820) is an adult resident citizen of Vieques, PR.

853.     Lina Silva-Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Angelica Gutierrez-Silva (ECN 0821).

854.     Aurea Corcino-Maldonado (ECN 0823) is an adult resident citizen of Vieques, PR.

855.     Mariano Rivera-Guishard (ECN 0824) is an adult resident citizen of Vieques, PR.

856.     Oliva Ortiz-Rodriguez (ECN 0825) is an adult resident citizen of Vieques, PR.

857.     Anibal Corcino-Maldonado (ECN 0826) is an adult resident citizen of Vieques, PR.

858.     Francisco Perez-Delgado (ECN 0829) is an adult resident citizen of Vieques, PR.

859.     Odette Rodriguez-Rosario (ECN 0830) is an adult resident citizen of Vieques, PR.

860.     Carlos Ayala-Soto (ECN 0831) is an adult resident citizen of Vieques, PR.

861.      Liz Delerme-Santiago (ECN 0833) is an adult resident citizen of Vieques, PR.

862.      Amaury Delerme-Santiago (ECN 0834) is an adult resident citizen of Vieques, PR.

863.      Cheila Santiago-Roldan, an adult resident citizen of Vieques, PR, on behalf of minor child Abimael Rivera-Santiago (ECN 0835).

864.      Elsa Santiago-Saldana (ECN 0836) is an adult resident citizen of Vieques, PR.

865.      Santiago Ayala-Salgado (ECN 0837) is an adult resident citizen of Vieques, PR.

866.      Luz Melendez-Acosta (ECN 0838) is an adult resident citizen of Vieques, PR.

867.      Lina Silva-Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Nunez-Silva (ECN 0839).

868.      Lina Silva-Reyes (ECN 0840) is an adult resident citizen of Vieques, PR.

869.      Norma Rivera-Maldonado (ECN 0841) is an adult resident citizen of Vieques, PR.

870.      Gilberto Corcino-Ortiz (ECN 0842) is an adult resident citizen of Vieques, PR.

871.      Anibal Corcino-Ortiz (ECN 0843) is an adult resident citizen of Vieques, PR.

872.      Cheila Santiago-Roldan, an adult resident citizen of Vieques, PR, on behalf of minor child Hector Miro-Santiago (ECN 0845).

873.      Angela De Jesus-Parilla (ECN 0849) is an adult resident citizen of Vieques, PR.

874.      Manueala Molina-Nales (ECN 0852) is an adult resident citizen of Vieques, PR.

875.      Justina Santo-Maldonado (ECN 0853) is an adult resident citizen of Vieques, PR.

876.      Maritza Salgado-Mercado (ECN 0855) is an adult resident citizen of Vieques, PR.

877.      Ismael Santiago-Garcia (ECN 0856) is an adult resident citizen of Vieques, PR.

878.      Julio Ayala-Perez (ECN 0857) is an adult resident citizen of Vieques, PR.

879.      Miguel Rivera-Solis (ECN 0858) is an adult resident citizen of Vieques, PR.

880.      Cheila Santiago-Roldan, an adult resident citizen of Vieques, PR, on behalf of

minor child Carmarie Rivera-Santiago (ECN 0860).

881.      Erika Montanez-Santos, an adult resident citizen of Vieques, PR, on behalf of

minor child Angel Colon-Montanez (ECN 0863).

882.      Ida Figueroa-Molina (ECN 0864) is an adult resident citizen of Vieques, PR.

883.      Ida Molina-Figueroa, an adult resident citizen of Vieques, PR, on behalf of minor

child Marvin Ortiz-Figueroa (ECN 0865).

884.      Ida Molina-Figueroa, an adult resident citizen of Vieques, PR, on behalf of minor

child Ariam Escobar-Figueroa (ECN 0866).

885.      Carmen Quinonez-Santos (ECN 0868) is an adult resident citizen of Vieques, PR.

886.      Bairez Silva-Rivera (ECN 0869) is an adult resident citizen of Vieques, PR.

887.      Julio Rosa-Rodriguez (ECN 0870) is an adult resident citizen of Vieques, PR.

888.      Raul Martinez-Perez (ECN 0871) is an adult resident citizen of Vieques, PR.

889.      Jorellys Barbosa-Santos (ECN 0872) is an adult resident citizen of Vieques, PR.

890.      Suleika Acevedo-Barbosa (ECN 0873) is an adult resident citizen of Vieques, PR.

891.      Carlos Fuente-Brignoni (ECN 0876) is an adult resident citizen of Vieques, PR.

892.      Teofilo Bermudez-Melendez (ECN 0877) is an adult resident citizen of Vieques,

PR.

893.      Myrna Matos-Perez (ECN 0878) is an adult resident citizen of Vieques, PR.

894.      Kiomora Sanes-Peralta (ECN 0879) is an adult resident citizen of Vieques, PR.

895.      Jose Sanes-Melendez (ECN 0880) is an adult resident citizen of Vieques, PR.

896.      Iris Peralta-Martinez (ECN 0881) is an adult resident citizen of Vieques, PR.

897.     Herminia De Jesus-Encarnacion (ECN 0882) is an adult resident citizen of Vieques, PR.

898.     Esperanza Perez-Bolivar (ECN 0883) is an adult resident citizen of Vieques, PR.

899.     Martha Maldonado-Melendez (ECN 0884) is an adult resident citizen of Vieques, PR.

900.     Marta Diaz-Aguiar (ECN 0885) is an adult resident citizen of Vieques, PR.

901.     Ada Melendez-Vazquez (ECN 0886) is an adult resident citizen of Vieques, PR.

902.     Miguel De Leon-Bonano (ECN 0888) is an adult resident citizen of Vieques, PR.

903.     Juan Carle-Garcia (ECN 0890) is an adult resident citizen of Vieques, PR.

904.     Mayra Cepeda-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Ashly Santos-Cepeda (ECN 0891).

905.     Mayra Cepeda-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Cristhian Ayala-Cepeda (ECN 0892).

906.     Maria Martinez-Corcino (ECN 0895) is an adult resident citizen of Vieques, PR.

907.     Margarita Ayala-Martinez (ECN 0896) is an adult resident citizen of Vieques, PR.

908.     Loyda Gorgas-Santos (ECN 0897) is an adult resident citizen of Vieques, PR.

909.     Olga Garcia-Rosario (ECN 0899) is an adult resident citizen of Vieques, PR.

910.     Juan Aloyo-Flores (ECN 0903) is an adult resident citizen of Vieques, PR.

911.     Juan Melendez-Gonzalez (ECN 0904) is an adult resident citizen of Vieques, PR.

912.     Belen Rosario-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Marisel Rodriguez-Melendez (ECN 0905).

913.     Ivelisse Neris-Gorgas , an adult resident citizen of Vieques, PR, on behalf of minor child Karina Mercado-Neris (ECN 0907).

914.     Ivelisse Neris-Gorgas (ECN 0908) is an adult resident citizen of Vieques, PR.

915.     Ivelisse Neris-Gorgas, an adult resident citizen of Vieques, PR, on behalf of minor child Kiara Mercado-Neris (ECN 0909).

916.     Belen Rosario-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Nicole Morales-Melendez (ECN 0912).

917.     Julia Encarnacion-Feliciano (ECN 0913) is an adult resident citizen of Vieques, PR.

918.     Brenda Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Robles-Sanes (ECN 0914).

919.     Brenda Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Arnaldo Robles-Sanes (ECN 0916).

920.     Ida Reyes-Mercado (ECN 0920) is an adult resident citizen of Vieques, PR.

921.     Sandra Nieves-Cameron (ECN 0921) is an adult resident citizen of Vieques, PR.

922.     Jose Melendez-Ortiz (ECN 0922) is an adult resident citizen of Vieques, PR.

923.     Margarita Ortiz-Torrens (ECN 0923) is an adult resident citizen of Vieques, PR.

924.     Yorelis Santos-Barbosa, an adult resident citizen of Vieques, PR, on behalf of minor child Suleily Barbosa (ECN 0924).

925.     Yorelis Santos-Barbosa , an adult resident citizen of Vieques, PR, on behalf of minor child Sulima Barbosa (ECN 0926).

926.     Luis Martinez-Carrasquillo (ECN 0931) is an adult resident citizen of Vieques, PR.

927.     Zulema Carrasquillo-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Stephanie Brignoni-Carrasquillo (ECN 0935).

928.     Zulma Carrasquillo-Garcia (ECN 0936) is an adult resident citizen of Vieques, PR.

929.     Felicita Garcia-Garcia (ECN 0937) is an adult resident citizen of Vieques, PR.

930.     Praxedes Rivera-Cardona (ECN 0938) is an adult resident citizen of Vieques, PR.

931.     Jose Diaz-Vargas (ECN 0940) is an adult resident citizen of Vieques, PR.

932.     Brunilda Osorio-Merced (ECN 0941) is an adult resident citizen of Vieques, PR.

933.     Maria Torres-Roman (ECN 0943) is an adult resident citizen of Vieques, PR.

934.     Mercedes Dubois-Avila (ECN 0944) is an adult resident citizen of Vieques, PR.

935.     Rosa Ventura-Cintron (ECN 0945) is an adult resident citizen of Vieques, PR.

936.     Elba Soto-Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Hector Cepeda-Almestica (ECN 0946).

937.     Mayra Cepeda-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Edna Felix-Cepeda (ECN 0947).

938.     Mayra Cepeda-Soto (ECN 0948) is an adult resident citizen of Vieques, PR.

939.     Eva Soto-Matos (ECN 0949) is an adult resident citizen of Vieques, PR.

940.     Yaira Rosa-Garcia (ECN 0950) is an adult resident citizen of Vieques, PR.

941.     Miguelina Avila-Martinez (ECN 0953) is an adult resident citizen of Vieques, PR.

942.     Miguel Acosta-Serrano (ECN 0954) is an adult resident citizen of Vieques, PR.

943.     Jose Ortiz-Tirado (ECN 0955) is an adult resident citizen of Vieques, PR.

944.     Aida Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Yahaira Velez-Sanes (ECN 0957).

945.     Alexander Guerra-Sanes (ECN 0958) is an adult resident citizen of Vieques, PR.

946.     Lydia Ortiz-Torres (ECN 0961) is an adult resident citizen of Vieques, PR.

947.     Luz Garcia-Nieves (ECN 0962) is an adult resident citizen of Vieques, PR.

948.     Militza Gutierrez-Rivera (ECN 0965) is an adult resident citizen of Vieques, PR.

949.     Polonia Carmona-Cadiz, an adult resident citizen of Vieques, PR, on behalf of
         minor child Samuel Rosario-Carmona (ECN 0966).

950.     Ana Monell-Ilarraza (ECN 0968) is an adult resident citizen of Vieques, PR.

951.     Reyna Hernandez-Honore', an adult resident citizen of Vieques, PR, on behalf of
         minor child Cameron Cortez-Hernandez (ECN 0971).

952.     Polonia Carmona-Cadiz, an adult resident citizen of Vieques, PR, on behalf of
         minor child Carlos Rosario-Carmona (ECN 0973).

953.     Ricardo Carmona-Fuentes (ECN 0974) is an adult resident citizen of Vieques, PR.

954.     Gisselle Carmona-Torres (ECN 0976) is an adult resident citizen of Vieques, PR.

955.     Edwin Velazquez-Cruz (ECN 0977) is an adult resident citizen of Vieques, PR.

956.     Omar Santiago-Acosta (ECN 0978) is an adult resident citizen of Vieques, PR.

957.     Jose Rosa-Hernandez (ECN 0979) is an adult resident citizen of Vieques, PR.

958.     Carmen Melendez-Nieves (ECN 0980) is an adult resident citizen of Vieques, PR.

959.     Alfonso Caraballo-Cerrano (ECN 0984) is an adult resident citizen of Vieques,
         PR.

960.     Carmen Maldonado-Gonzalez (ECN 0985) is an adult resident citizen of Vieques,
         PR.

961.     Enid Quinones-Carrillo (ECN 0986) is an adult resident citizen of Vieques, PR.

962.     Leonardo Cruz-Osorio (ECN 0987) is an adult resident citizen of Vieques, PR.

963.     Rodolfo Algaria-Diaz (ECN 0988) is an adult resident citizen of Vieques, PR.

964.     Ramon Rodriguez-Torres (ECN 0990) is an adult resident citizen of Vieques, PR.

965.    Juanita Encarnacion-Caraballo (ECN 0991) is an adult resident citizen of Vieques, PR.

966.    Benjamin -Bonano (ECN 0993) is an adult resident citizen of Vieques, PR.

967.    Taina Felix-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jorge Alberto-Felix (ECN 0994).

968.    Carmen Aloyo-Flores (ECN 0996) is an adult resident citizen of Vieques, PR.

969.    Ana Mercado-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Yamilka Acosta-Mercado (ECN 0997).

970.    Ana Mercado-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Uzziel Ramos-Mercado (ECN 0998).

971.    Julio Quintana-Ruiz (ECN 0999) is an adult resident citizen of Vieques, PR.

972.    Ana Mercado-Melendez (ECN 1001) is an adult resident citizen of Vieques, PR.

973.    Polonia Carmona-Cadiz, an adult resident citizen of Vieques, PR, on behalf of minor child Keyshla Rosario-Carmona (ECN 1002).

974.    Damaso Martinez-Burgos (ECN 1005) is an adult resident citizen of Vieques, PR.

975.    Onelia Quintana-Perez (ECN 1008) is an adult resident citizen of Vieques, PR.

976.    Idiana Hernandez-Honore, an adult resident citizen of Vieques, PR, on behalf of minor child Felix Hernandez (ECN 1009).

977.    Idiana Hernandez-Honore (ECN 1010) is an adult resident citizen of Vieques, PR.

978.    Lydia Melendez-Corcino (ECN 1014) is an adult resident citizen of Vieques, PR.

979.    Miguel Osorio-Rodriguez (ECN 1015) is an adult resident citizen of Vieques, PR.

980.    Elba Camacho Delgado, an adult resident citizen of Vieques, PR, on behalf of minor child Alex Velazquez-Camacho (ECN 1016).

981.     Edwin Velazquez-Camacho (ECN 1017) is an adult resident citizen of Vieques, PR.

982.     Elba Camacho-Delgado (ECN 1018) is an adult resident citizen of Vieques, PR.

983.     Eloy Gonzalez-Foster (ECN 1019) is an adult resident citizen of Vieques, PR.

984.     Migdalia Ruiz-Rivera (ECN 1022) is an adult resident citizen of Vieques, PR.

985.     Inocencio Rivera-Morales (ECN 1024) is an adult resident citizen of Vieques, PR.

986.     Barna Medina-Medina, an adult resident citizen of Vieques, PR, on behalf of minor child Lerick Medina-Cruz (ECN 1027).

987.     Mariela Cruz-Guerra, an adult resident citizen of Vieques, PR, on behalf of minor child Jerick Medina-Cruz (ECN 1028).

988.     Mariela Cruz-Guerra (ECN 1029) is an adult resident citizen of Vieques, PR.

989.     Jose Rosa-Guadalupe, an adult resident citizen of Vieques, PR, on behalf of minor child Tracy Rosa-Sanes (ECN 1030).

990.     Carmen Andrades-Nieves, an adult resident citizen of Vieques, PR, on behalf of minor child Williams Serrante-Andrades (ECN 1031).

991.     Carmen Andrades-Nieves, an adult resident citizen of Vieques, PR, on behalf of minor child Ricky Andrades-Monell (ECN 1033).

992.     Carmen Andrades-Nieves, an adult resident citizen of Vieques, PR, on behalf of minor child Shawn Ferrante-Andrades (ECN 1034).

993.     Regino Alvarez-Rosario (ECN 1037) is an adult resident citizen of Vieques, PR.

994.     Luis Cepeda-Cruz (ECN 1039) is an adult resident citizen of Vieques, PR.

995.     Milan Camacho-De Jesus (ECN 1042) is an adult resident citizen of Vieques, PR.

996.     Edith Ojeda-Alvarez (ECN 1043) is an adult resident citizen of Vieques, PR.

997.     Elizabeth Lopez-Ojeda (ECN 1044) is an adult resident citizen of Vieques, PR.

998.     Sergio Lopez-Martinez (ECN 1045) is an adult resident citizen of Vieques, PR.

999.     Jose Benitez-Ramirez (ECN 1046) is an adult resident citizen of Vieques, PR.

1000.    Humberto Silva-Avila (ECN 1047) is an adult resident citizen of Vieques, PR.

1001.    Jose Felix-Encarnacion (ECN 1048) is an adult resident citizen of Vieques, PR.

1002.    Luisa Gonzalez-Soldiew (ECN 1049) is an adult resident citizen of Vieques, PR.

1003.    Luis Carambot-Monell (ECN 1050) is an adult resident citizen of Vieques, PR.

1004.    Andres Avila-Diaz (ECN 1051) is an adult resident citizen of Vieques, PR.

1005.    Edermira Rijos-Smith (ECN 1053) is an adult resident citizen of Vieques, PR.

1006.    Biodeika Navarro-Escobar (ECN 1054) is an adult resident citizen of Vieques, PR.

1007.    Carlos Navarro-Escobar (ECN 1055) is an adult resident citizen of Vieques, PR.

1008.    Ana Escobar-John, an adult resident citizen of Vieques, PR, on behalf of minor child Anabel Vazquez-Escobar (ECN 1056).

1009.    Ana Escobar-John, an adult resident citizen of Vieques, PR, on behalf of minor child Martha Vazquez-Escobar (ECN 1057).

1010.    Eduarda Cruz-Camacho (ECN 1058) is an adult resident citizen of Vieques, PR.

1011.    Claudina Rivera-Cruz (ECN 1059) is an adult resident citizen of Vieques, PR.

1012.    Fernando Rivera-Byron (ECN 1060) is an adult resident citizen of Vieques, PR.

1013.    Elia Ledesma-Gonzalez (ECN 1062) is an adult resident citizen of Vieques, PR.

1014.    Priscila Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Yorgeliz Delerme-Maldonado (ECN 1063).

1015.    Sherry Andrades-Monell (ECN 1067) is an adult resident citizen of Vieques, PR.

1016.    Hilda Ramirez-Rosa (ECN 1068) is an adult resident citizen of Vieques, PR.

1017.    Miguel Ramirez-Rosa (ECN 1070) is an adult resident citizen of Vieques, PR.

1018.    Nevy Silva-Casanova (ECN 1072) is an adult resident citizen of Vieques, PR.

1019.    Gorge Cruz-Encarnacion (ECN 1073) is an adult resident citizen of Vieques, PR.

1020.    Olga Encarnacion-Blondet, an adult resident citizen of Vieques, PR, on behalf of
minor child Jasbiel Carrasquillo-Cruz (ECN 1074).

1021.    Angel Santiago-Robles (ECN 1077) is an adult resident citizen of Vieques, PR.

1022.    German Orona-Saez (ECN 1078) is an adult resident citizen of Vieques, PR.

1023.    Alejandrina Ayala-Sanes (ECN 1079) is an adult resident citizen of Vieques, PR.

1024.    Hector Gabino-Rivera (ECN 1080) is an adult resident citizen of Vieques, PR.

1025.    Carmen Cintron-Carrillo (ECN 1081) is an adult resident citizen of Vieques, PR.

1026.    Hector Alvarez-Perez (ECN 1082) is an adult resident citizen of Vieques, PR.

1027.    Maria Rodriguez-Ortiz (ECN 1084) is an adult resident citizen of Vieques, PR.

1028.    Nestor Rios-Rodriguez (ECN 1086) is an adult resident citizen of Vieques, PR.

1029.    Yadira Rios-Rodriguez (ECN 1087) is an adult resident citizen of Vieques, PR.

1030.    Jellyca Gerena (ECN 1089) is an adult resident citizen of Vieques, PR.

1031.    Jose Osorio-Monell (ECN 1090) is an adult resident citizen of Vieques, PR.

1032.    Gladys Cruz-Encarnacion (ECN 1092) is an adult resident citizen of Vieques, PR.

1033.    Yaira Cruz-Encarnacion (ECN 1093) is an adult resident citizen of Vieques, PR.

1034.    Carlos Ammestica-Felix (ECN 1095) is an adult resident citizen of Vieques, PR.

1035.    Margarita Navarro-Ventura (ECN 1096) is an adult resident citizen of Vieques,
PR.

1036.    Jasiery Cordero-Cruz (ECN 1098) is an adult resident citizen of Vieques, PR.

1037.    Lydia Garay-Maldonado (ECN 1099) is an adult resident citizen of Vieques, PR.

1038.    Rebecca Guadalupe-Soto, an adult resident citizen of Vieques, PR, on behalf of

minor child Angel Christopher-Monell (ECN 1100).

1039.    Rebbeca Guadalupe-Soto, an adult resident citizen of Vieques, PR, on behalf of

minor child Jeyshka Robles-Rosa (ECN 1101).

1040.    Rebecca Guadalupe-Soto (ECN 1102) is an adult resident citizen of Vieques, PR.

1041.    Luis Colon-Ortiz (ECN 1103) is an adult resident citizen of Vieques, PR.

1042.    Yachira Ortiz-Madera (ECN 1104) is an adult resident citizen of Vieques, PR.

1043.    Mayra Ortiz-Madera (ECN 1105) is an adult resident citizen of Vieques, PR.

1044.    Jasiery Cordero, an adult resident citizen of Vieques, PR, on behalf of minor child

Luis Ramos-Cordero (ECN 1107).

1045.    Carlos Belardo-Rosa (ECN 1108) is an adult resident citizen of Vieques, PR.

1046.    Luis Hernandez-Colon (ECN 1109) is an adult resident citizen of Vieques, PR.

1047.    Maribel Perez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor

child Alfred Torres-Perez (ECN 1110).

1048.    Maribel Perez-Garcia (ECN 1112) is an adult resident citizen of Vieques, PR.

1049.    Genoveva Rosa-Cruz, an adult resident citizen of Vieques, PR as tutor on behalf

of Jobo Santiago-Encarnacion (ECN 1113).

1050.    Margarita Rivera-Garcia (ECN 1115) is an adult resident citizen of Vieques, PR.

1051.    Joshua Belardo-Rosa (ECN 1116) is an adult resident citizen of Vieques, PR.

1052.    Yakisha Belardo-Rosa (ECN 1117) is an adult resident citizen of Vieques, PR.

1053.    Agustin Cruz-Bonano (ECN 1118) is an adult resident citizen of Vieques, PR.

1054.    Lidia Carcano-Rodriguez (ECN 1119) is an adult resident citizen of Vieques, PR.

1055.     Gumercindo Conde-Rodriguez (ECN 1121) is an adult resident citizen of Vieques, PR.

1056.     Wilberto Cruz-Osorio (ECN 1122) is an adult resident citizen of Vieques, PR.

1057.     Olga Encarnacion-Blondet (ECN 1123) is an adult resident citizen of Vieques, PR.

1058.     Trinidad Ilarraza-Pizarro (ECN 1124) is an adult resident citizen of Vieques, PR.

1059.     Jose Hernandez-Martinez (ECN 1125) is an adult resident citizen of Vieques, PR.

1060.     Angel Maysonet-Ramos (ECN 1126) is an adult resident citizen of Vieques, PR.

1061.     Felix Osorio-Melendez (ECN 1127) is an adult resident citizen of Vieques, PR.

1062.     Carla Benitez-Ortiz (ECN 1130) is an adult resident citizen of Vieques, PR.

1063.     Monserrate Madera-Garcia an adult resident citizen of Vieques, PR, on behalf of minor child Jose Ventura-Madera (ECN 1132).

1064.     Jesus Rivera-Carmona (ECN 1134) is an adult resident citizen of Vieques, PR.

1065.     Luis Torres-Bermudez (ECN 1136) is an adult resident citizen of Vieques, PR.

1066.     Juana Cuenca-Parrilla (ECN 1139) is an adult resident citizen of Vieques, PR.

1067.     Rebbeca Guadalupe-Soto, an adult resident citizen of Vieques, PR as tutor on behalf of Jeyson Robles-Rosa (ECN 1140).

1068.     Luis Robles-Rosa, Jr. (ECN 1141) is an adult resident citizen of Vieques, PR.

1069.     Gilberto Ortiz-Acosta (ECN 1145) is an adult resident citizen of Vieques, PR.

1070.     Rosa Peterson-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Isamar Hernandez-Peterson (ECN 1146).

1071.     Rosa Peterson-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Suzette Hernandez-Peterson (ECN 1147).

1072.     Rosa Peterson-Osorio (ECN 1148) is an adult resident citizen of Vieques, PR.

1073.     Elena Torres-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Jesus Miranda-Torres (ECN 1153).

1074.     Elena Torres-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Francisco Miranda-Torres (ECN 1155).

1075.     Ana Boulogne-Martinez (ECN 1156) is an adult resident citizen of Vieques, PR.

1076.     Ana Boulogne-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Rodriguez-Boulogne (ECN 1157).

1077.     Sandra Padilla-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Victor Boulogne (ECN 1160).

1078.     Julia Colon-Colon (ECN 1165) is an adult resident citizen of Vieques, PR.

1079.     Victor Quiles-Colon (ECN 1166) is an adult resident citizen of Vieques, PR.

1080.     Hugo Quiles-Colon (ECN 1167) is an adult resident citizen of Vieques, PR.

1081.     Yahaira Soto-Torres (ECN 1171) is an adult resident citizen of Vieques, PR.

1082.     Raquel Torres-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Soto-Torres (ECN 1173).

1083.     Aurora Boulogne-Garcia (ECN 1181) is an adult resident citizen of Vieques, PR.

1084.     Maira Ortiz-Encarnacion (ECN 1184) is an adult resident citizen of Vieques, PR.

1085.     Felicita Vargas-Ponce (ECN 1186) is an adult resident citizen of Vieques, PR.

1086.     Nydia Roldan-Tapia, an adult resident citizen of Vieques, PR, on behalf of minor child Jean Quinones-Roldan (ECN 1187).

1087.     Rose Navedo-Diaz (ECN 1189) is an adult resident citizen of Vieques, PR.

1088.     Luz Roldan-Roman, an adult resident citizen of Vieques, PR, on behalf of minor child Reynaldo Cruz-Roldan (ECN 1193).

1089.     Luz Roldan-Roman, an adult resident citizen of Vieques, PR, on behalf of minor child Mayra Cruz-Roldan (ECN 1194).

1090.     Jose Ayala-Ramos (ECN 1195) is an adult resident citizen of Vieques, PR.

1091.     Jose Ayala-Ramos, Jr., an adult resident citizen of Vieques, PR, on behalf of minor child Jose Ayala-Carmona (ECN 1197).

1092.     Jose Ayala-Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Ayala-Carmona (ECN 1198).

1093.     Natalia Torres-Carmona (ECN 1199) is an adult resident citizen of Vieques, PR.

1094.     Shamil Martinez-Carmona (ECN 1200) is an adult resident citizen of Vieques, PR.

1095.     Roberto Tapia-Ramos (ECN 1201) is an adult resident citizen of Vieques, PR.

1096.     Maria Lunas-Rivera (ECN 1202) is an adult resident citizen of Vieques, PR.

1097.     Felicia Martinez-Cumba (ECN 1204) is an adult resident citizen of Guallanilla, PR.

1098.     Maria Osorio-Merced (ECN 1205) is an adult resident citizen of Vieques, PR.

1099.     Doris Brache-Torres (ECN 1206) is an adult resident citizen of Vieques, PR.

1100.     Maria Mercado-Lao (ECN 1208) is an adult resident citizen of Vieques, PR.

1101.     Julia Colon-Colon, an adult resident citizen of Vieques, PR, on behalf of minor child Juliet Quiles-Colon (ECN 1210).

1102.     Nidia Roldan-Tapia (ECN 1213) is an adult resident citizen of Vieques, PR.

1103.    Xiomara Ayala-Hernandez (ECN 1216) is an adult resident citizen of Vieques, PR.

1104.    Francheska Ayala-Hernandez (ECN 1217) is an adult resident citizen of Vieques, PR.

1105.    Hector Ayala-Aguiar (ECN 1218) is an adult resident citizen of Vieques, PR.

1106.    Teodosia Hernandez-Perez (ECN 1219) is an adult resident citizen of Vieques, PR.

1107.    Teodosia Hernandez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Kiomara Ayala-Hernandez (ECN 1220).

1108.    Gloria Tapia-Pereire (ECN 1221) is an adult resident citizen of Vieques, PR.

1109.    Aida Ruiz-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Joselyn Molina-Ruiz (ECN 1224).

1110.    Jobito Gonzalez-Durieux (ECN 1226) is an adult resident citizen of Vieques, PR.

1111.    Luz Baez-Lopez (ECN 1228) is an adult resident citizen of Vieques, PR.

1112.    Carlos Melendez (ECN 1238) is an adult resident citizen of Vieques, PR.

1113.    Ibia Osorio-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Rosario-Boulogne (ECN 1242).

1114.    Ibia Osorio-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Rosario-Boulogne (ECN 1243).

1115.    Amparo Cintron-Herrera (ECN 1244) is an adult resident citizen of Vieques, PR.

1116.    Diana Rivera-Barbosa (ECN 1245) is an adult resident citizen of Vieques, PR.

1117.    Norma Rivera-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Geraldo Rivera-Gonzalez (ECN 1252).

1118.    Carmen Melendez-Corcino (ECN 1254) is an adult resident citizen of Vieques, PR.

1119.    Angel Figueroa-Parrilla (ECN 1255) is an adult resident citizen of Vieques, PR.

1120.    Myrna Molina-Matos (ECN 1256) is an adult resident citizen of Vieques, PR.

1121.    Myrna Molina-Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Pabon-Molina (ECN 1257).

1122.    Myrna Molina-Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Pabon-Molina (ECN 1258).

1123.    Myrna Molina-Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Pabon-Molina (ECN 1259).

1124.    Myrna Molina-Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Pabon-Molina (ECN 1260.

1125.    Jose Ramos-Guzman (ECN 1262) is an adult resident citizen of Vieques, PR.

1126.    Ibia Osorio Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Daniel Rosario-Boulogne (ECN 1263).

1127.    Ivia Boulogne (ECN 1264) is an adult resident citizen of Vieques, PR.

1128.    Ivelis Rodriguez-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Frances Carrasquillo-Rodriguez (ECN 1268).

1129.    Paulina Gonzalez-Rosario, an adult resident citizen of Vieques, PR, on behalf of minor child Juancarlos Rivera (ECN 1269).

1130.    Paulina Gonzalez-Rosario (ECN 1270) is an adult resident citizen of Vieques, PR.

1131.    Yadira Paris-Boulogne (ECN 1271) is an adult resident citizen of Vieques, PR.

1132.    Aida Boulogne-Boulogne (ECN 1272) is an adult resident citizen of Vieques, PR.

1133.     Marciano Illaraza-Pizarro (ECN 1274) is an adult resident citizen of Vieques, PR.

1134.     Luz Perez-Monjica (ECN 1275) is an adult resident citizen of Vieques, PR.

1135.     Nilda Acevedo-Velazquez (ECN 1276) is an adult resident citizen of Vieques, PR.

1136.     Luis Romero-Ramos (ECN 1277) is an adult resident citizen of Vieques, PR.

1137.     Roberto Cordero-Diaz (ECN 1279) is an adult resident citizen of Vieques, PR.

1138.     Hilda Rivera-Santos (ECN 1282) is an adult resident citizen of Vieques, PR.

1139.     Leoncio Brache-Castro (ECN 1283) is an adult resident citizen of Vieques, PR.

1140.     Lorenzo Maldonado-Estien (ECN 1285) is an adult resident citizen of Vieques, PR.

1141.     Aida Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Jessica Paris-Boulogne (ECN 1286).

1142.     Zuheiry Paris-Boulogne (ECN 1287) is an adult resident citizen of Vieques, PR.

1143.     Pablo Brache-Williams (ECN 1288) is an adult resident citizen of Vieques, PR.

1144.     Lorena Boulogne-De Jesus (ECN 1291) is an adult resident citizen of Vieques, PR.

1145.     Dennis Boulogne-deJesus, an adult resident citizen of Vieques, PR, on behalf of minor child Carmen Boulogne (ECN 1293).

1146.     Juan Cruz-Ayala (ECN 1294) is an adult resident citizen of Vieques, PR.

1147.     Victor Navarro-Bonano (ECN 1295) is an adult resident citizen of Vieques, PR.

1148.     Madeline Navarro-Brache (ECN 1297) is an adult resident citizen of Vieques, PR.

1149.     Aitza Navarro-Brache (ECN 1298) is an adult resident citizen of Vieques, PR.

1150.     Marcelo Cruz-Osorio (ECN 1299) is an adult resident citizen of Vieques, PR.

1151.    Blacina Lao-Santiago (ECN 1300) is an adult resident citizen of Vieques, PR.

1152.    Felix Cintron-Herrera (ECN 1301) is an adult resident citizen of Vieques, PR.

1153.    Josephine Santiago-Estrada, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Cintron-Santiago (ECN 1302).

1154.    Josephine Santiago-Estrada (ECN 1303) is an adult resident citizen of Vieques, PR.

1155.    Juanita Fernandez-Flores (ECN 1306) is an adult resident citizen of Vieques, PR.

1156.    Luis Lopez-Ramos (ECN 1307) is an adult resident citizen of Vieques, PR.

1157.    Iris Pimentel-Gonzalez (ECN 1311) is an adult resident citizen of Vieques, PR.

1158.    Yaisa Rodriguez-Pimentel (ECN 1313) is an adult resident citizen of Vieques, PR.

1159.    Raisa Encarnacion-Padro (ECN 1315) is an adult resident citizen of Vieques, PR.

1160.    Angel Roldan-Roman, an adult resident citizen of Vieques, PR, on behalf of minor child Kathia Roldan-Santiago (ECN 1316).

1161.    Angel Roldan-Roman, an adult resident citizen of Vieques, PR, on behalf of minor child Luz Roldan-Santiago (ECN 1317).

1162.    Jaime Cruz-Ayala (ECN 1318) is an adult resident citizen of Vieques, PR.

1163.    Elba Candelaria-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Shuska Cruz-Candelaria (ECN 1319).

1164.    Elba Candelaria-Mercado (ECN 1320) is an adult resident citizen of Vieques, PR.

1165.    Victoria Santiago-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Roldan-Santiago (ECN 1321).

1166.    Victoria Santiago-Santiago (ECN 1322) is an adult resident citizen of Vieques, PR.

1167.    Rosaura Padro-Nieves (ECN 1325) is an adult resident citizen of Vieques, PR.

1168.    Romana Cotto-Villanueva (ECN 1327) is an adult resident citizen of Vieques, PR.

1169.    Adolfo Rodriguez-Perez (ECN 1328) is an adult resident citizen of Vieques, PR.

1170.    Diego Rodriguez-Perez (ECN 1329) is an adult resident citizen of Vieques, PR.

1171.    Carmen Diaz-Soto (ECN 1330) is an adult resident citizen of Vieques, PR.

1172.    Emerito Torres-Gonzalez (ECN 1333) is an adult resident citizen of Vieques, PR.

1173.    Olga Torrez-Fontanez, an adult resident citizen of Vieques, PR, on behalf of minor child Hector De Leon-Torres (ECN 1334).

1174.    Olga Torrez-Fontanez, an adult resident citizen of Vieques, PR, on behalf of minor child Jomarys De Leon-Fontanez (ECN 1335).

1175.    Jason Cruz-Candelaria (ECN 1336) is an adult resident citizen of Vieques, PR.

1176.    Beverly Avillan-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Beverly Calzada-Avillan (ECN 1337).

1177.    Beverly Avillan-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Nadia Hernandez-Avillan (ECN 1339).

1178.    Beverly Avillan-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Emily Calzada-Avillan (ECN 1340).

1179.    Enrique Ramirez-Rosa (ECN 1341) is an adult resident citizen of Vieques, PR.

1180.    Angela Molina-Aguiar (ECN 1343) is an adult resident citizen of Vieques, PR.

1181.    Miguel Perez-Rodriguez (ECN 1346) is an adult resident citizen of Vieques, PR.

1182.    Olga Torres-Fontanez, an adult resident citizen of Vieques, PR, on behalf of minor child Jomayra De Leon-Torres (ECN 1347).

1183.    Eduarda Giraud-Cruz (ECN 1348) is an adult resident citizen of Vieques, PR.

1184.    Yaxairis Rodriguez-Pimentel (ECN 1349) is an adult resident citizen of Vieques, PR.

1185.    Jonathan Periera-Rodriguez (ECN 1352) is an adult resident citizen of Vieques, PR.

1186.    Carmen Matta, an adult resident citizen of Vieques, PR, on behalf of minor child Victor Guerra-Matta (ECN 1353).

1187.    Olga Torrez-Fontanez, an adult resident citizen of Vieques, PR, on behalf of minor child Mariseli De Leon-Torres (ECN 1354).

1188.    Jose Rodriguez-Perez (ECN 1355) is an adult resident citizen of Vieques, PR.

1189.    Beverly Avillan-Gonzalez (ECN 1356) is an adult resident citizen of Vieques, PR.

1190.    Victorina Torres-Gonzalez (ECN 1358) is an adult resident citizen of Vieques, PR.

1191.    Jimmy Garcia-Torres (ECN 1361) is an adult resident citizen of Vieques, PR.

1192.    Jackeline Quinones-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Jamalis Ayala-Quinones (ECN 1363).

1193.    Jackeline Quinones-Garcia (ECN 1365) is an adult resident citizen of Vieques, PR.

1194.    Yahaira Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Adalis Maldonado-Osorio (ECN 1367).

1195.    Gina Jimenez-Villfana (ECN 1369) is an adult resident citizen of Vieques, PR.

1196.     Juan Perez-Estien, an adult resident citizen of Vieques, PR, on behalf of minor child John Perez-Cruz (ECN 1371).

1197.     Walkyria Cruz-Cruz (ECN 1373) is an adult resident citizen of Vieques, PR.

1198.     Norma Miranda-Carmona (ECN 1374) is an adult resident citizen of Vieques, PR.

1199.     Norma Miranda-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Ishanellya Rodriguez-Miranda (ECN 1375).

1200.     Norma Miranda-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Kelvin Escalera-Miranda (ECN 1376).

1201.     Mercedes Villafana-Vazquez (ECN 1377) is an adult resident citizen of Vieques, PR.

1202.     Luz Molina-Montez (ECN 1378) is an adult resident citizen of Vieques, PR.

1203.     Jackeline Rivera-Cruz (ECN 1382) is an adult resident citizen of Vieques, PR.

1204.     Ana Melendez-Alicea (ECN 1386) is an adult resident citizen of Vieques, PR.

1205.     David Davila-Flores (ECN 1387) is an adult resident citizen of Vieques, PR.

1206.     Edward Reyes-Ortiz (ECN 1400) is an adult resident citizen of Vieques, PR.

1207.     Susana Cruz-De Jesus (ECN 1406) is an adult resident citizen of Vieques, PR.

1208.     Susana Cruz-DeJesus, an adult resident citizen of Vieques, PR, on behalf of minor child Angel George-Sanes (ECN 1407).

1209.     Luz Molina-Montes, an adult resident citizen of Vieques, PR, on behalf of minor child Emanuel Ramirez-Molina (ECN 1409).

1210.     Lydia Miranda-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Lymaris Garcia-Miranda (ECN 1412).

1211.     Beatriz Perez-Castro (ECN 1415) is an adult resident citizen of Vieques, PR.

1212.   Dianolis Perez-Estien, an adult resident citizen of Vieques, PR, on behalf of minor child Yassed Bermudez-Perez (ECN 1418).

1213.   Dianolis Perez-Estien, an adult resident citizen of Vieques, PR, on behalf of minor child Sanned Bermudez-Perez (ECN 1419).

1214.   Lucerito Perez-Estien, an adult resident citizen of Vieques, PR, on behalf of minor child Ahmed Gonzalez-Perez (ECN 1423).

1215.   Lucerito Perez-Estien, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Gonzalez-Perez (ECN 1424).

1216.   Cynthia Melendez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Randall Bermudez-Melendez (ECN 1426).

1217.   Betzaida Torres-Soto (ECN 1427) is an adult resident citizen of Vieques, PR.

1218.   Yetzaira Rosario-Torres (ECN 1428) is an adult resident citizen of Vieques, PR.

1219.   Aida Medina-Soltero (ECN 1435) is an adult resident citizen of Vieques, PR.

1220.   Aida Medina-Soltero, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Perez-Medina (ECN 1439).

1221.   Nereida Alejandro-Colon (ECN 1440) is an adult resident citizen of Vieques, PR.

1222.   Martin Torres-Fontanez (ECN 1441) is an adult resident citizen of Vieques, PR.

1223.   Nicolas Orlando-Pacheco (ECN 1443) is an adult resident citizen of Vieques, PR.

1224.   Raul Acevedo-Vazquez (ECN 1444) is an adult resident citizen of Vieques, PR.

1225.   Violeta Romero-Feliciano (ECN 1445) is an adult resident citizen of Vieques, PR.

1226.   Sonia Adorno-Romero (ECN 1446) is an adult resident citizen of Vieques, PR.

1227.   Elizabeth Velez-Melendez (ECN 1447) is an adult resident citizen of Vieques, PR.

1228.     Antonia Negron-Montesino (ECN 1448) is an adult resident citizen of Vieques, PR.

1229.     Teodosia Encarnacion-Rosa (ECN 1449) is an adult resident citizen of Vieques, PR.

1230.     Otilia Cintron-Reyes (ECN 1451) is an adult resident citizen of Vieques, PR.

1231.     Blanca Encarnacion-Rivera (ECN 1452) is an adult resident citizen of Vieques, PR.

1232.     Blanca Encarnacion-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Yashanis Torres-Cardona (ECN 1453).

1233.     Severiano Rivera-Rivera (ECN 1454) is an adult resident citizen of Vieques, PR.

1234.     Francisco Bermudez-Cruz (ECN 1455) is an adult resident citizen of Vieques, PR.

1235.     Carmelo Felix-Matta (ECN 1457) is an adult resident citizen of Vieques, PR.

1236.     Harry Felix-Felix (ECN 1459) is an adult resident citizen of Vieques, PR.

1237.     Andres Felix-Velazquez (ECN 1460) is an adult resident citizen of Vieques, PR.

1238.     Marcial Perez-Melendez (ECN 1461) is an adult resident citizen of Vieques, PR.

1239.     Francisco Perez-Cruz (ECN 1463) is an adult resident citizen of Vieques, PR.

1240.     Awilda Matos-Vazquez (ECN 1464) is an adult resident citizen of Vieques, PR.

1241.     Awilda Matos-Vazquez, an adult resident citizen of Vieques, PR, on behalf of minor child Raul Ortiz-Matos (ECN 1465).

1242.     Guetzaida Carmona-Rivera (ECN 1466) is an adult resident citizen of Vieques, PR.

1243.     Carolina Barreto-Munet (ECN 1467) is an adult resident citizen of Vieques, PR.

1244.     Ruth Gonzalez-Gerena (ECN 1468) is an adult resident citizen of Vieques, PR.

1245.    Edgardo Rivera-Gonzalez (ECN 1469) is an adult resident citizen of Vieques, PR.

1246.    Hector Lao-Cruz (ECN 1470) is an adult resident citizen of Vieques, PR.

1247.    Eric Lao-Cruz (ECN 1471) is an adult resident citizen of Vieques, PR.

1248.    Carolina Cruz-Barreto (ECN 1472) is an adult resident citizen of Vieques, PR.

1249.    Awilda Gerena-Corcino (ECN 1473) is an adult resident citizen of Vieques, PR.

1250.    Mayra Cruz-Guerra (ECN 1475) is an adult resident citizen of Vieques, PR.

1251.    Mayra Cruz-Guerra, an adult resident citizen of Vieques, PR, on behalf of minor
child Kaimie Tapia-Cruz (ECN 1476).

1252.    Carlos Tapia-Diaz (ECN 1477) is an adult resident citizen of Vieques, PR.

1253.    Luisa Guerra-Figueroa (ECN 1478) is an adult resident citizen of Vieques, PR.

1254.    Carmen Rivera-Rosa (ECN 1479) is an adult resident citizen of Vieques, PR.

1255.    Sylvia Rivera-Anduce (ECN 1480) is an adult resident citizen of Vieques, PR.

1256.    Luis Gonzalez-Durieux (ECN 1481) is an adult resident citizen of Vieques, PR.

1257.    Cecilia Morales-Navarro (ECN 1482) is an adult resident citizen of Vieques, PR.

1258.    Nora Acevedo-Martinez (ECN 1484) is an adult resident citizen of Vieques, PR.

1259.    Magaly Torres-Torres (ECN 1485) is an adult resident citizen of Vieques, PR.

1260.    Natasha Perez-Torres (ECN 1486) is an adult resident citizen of Vieques, PR.

1261.    Amrafel Perez-Torres (ECN 1487) is an adult resident citizen of Vieques, PR.

1262.    Elda Guadalupe-Carrasquillo (ECN 1490) is an adult resident citizen of Vieques,
PR.

1263.    Elda Guadalupe-Carrasquillo, an adult resident citizen of Vieques, PR, on behalf
of minor child Yaurel Figueroa-Guadalupe (ECN 1492).

1264.    Joyce Cruz-Garcia (ECN 1497) is an adult resident citizen of Vieques, PR.

1265.    Sergio Kendrick-Garcia (ECN 1498) is an adult resident citizen of Vieques, PR.

1266.    Margarita Mojica-Santos (ECN 1499) is an adult resident citizen of Vieques, PR.

1267.    Ana Felix-Velazquez (ECN 1500) is an adult resident citizen of Vieques, PR.

1268.    Luz Medina-Melendez (ECN 1501) is an adult resident citizen of Vieques, PR.

1269.    Marilyn Garcia-Belardo (ECN 1502) is an adult resident citizen of Vieques, PR.

1270.    Freddy Sanes-Belardo (ECN 1503) is an adult resident citizen of Vieques, PR.

1271.    Reynaldo Sanes-Belardo (ECN 1504) is an adult resident citizen of Vieques, PR.

1272.    Marilyn Garcia-Belardo, an adult resident citizen of Vieques, PR, on behalf of
minor child Dave Noel-Belardo (ECN 1505).

1273.    Carmen Avillan-Gonzales (ECN 1506) is an adult resident citizen of Vieques, PR.

1274.    John Murray-Avillan (ECN 1507) is an adult resident citizen of Vieques, PR.

1275.    Francisco Quiles-Avillan (ECN 1508) is an adult resident citizen of Vieques, PR.

1276.    Iris Quiles-Avillan (ECN 1509) is an adult resident citizen of Vieques, PR.

1277.    Isidoro Almestica-Santiago (ECN 1511) is an adult resident citizen of Vieques,
PR.

1278.    Gloria Cruz-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor
child Samuel Santiago-Cruz, Jr. (ECN 1514).

1279.    Luis Feliciano-Rodriguez (ECN 1515) is an adult resident citizen of Vieques, PR.

1280.    Gloria Cruz-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor
child Newille Almestica-Cruz (ECN 1516).

1281.    Gloria Cruz-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor
child Mercy Santiago-Cruz (ECN 1517).

1282.    Maria Cuenca-Parrilla, an adult resident citizen of Vieques, PR, on behalf of minor child Brian Lopez-Ayala (ECN 1518).

1283.    Gloria Cruz-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Caroline Santiago-Cruz (ECN 1519).

1284.    Dashira Corcino-Cruz (ECN 1520) is an adult resident citizen of Vieques, PR.

1285.    Gloria Cruz-Cruz (ECN 1521) is an adult resident citizen of Vieques, PR.

1286.    Mercedes Benitez-Miranda (ECN 1529) is an adult resident citizen of Vieques, PR.

1287.    Jose Benitez-Anca (ECN 1530) is an adult resident citizen of Vieques, PR.

1288.    Digna Camacho-Ramos (ECN 1531) is an adult resident citizen of Vieques, PR.

1289.    Orlando Rivera-Luis (ECN 1536) is an adult resident citizen of Vieques, PR.

1290.    Norma Emeric-Diaz, an adult resident citizen of Vieques, PR, on behalf of minor child Dhelmyr Rivera-Emeric (ECN 1537).

1291.    Ramesis Rivera-Emeric (ECN 1538) is an adult resident citizen of Vieques, PR.

1292.    Victor Rivera-Emeric (ECN 1539) is an adult resident citizen of Vieques, PR.

1293.    Norma Emeric-Diaz (ECN 1540) is an adult resident citizen of Vieques, PR.

1294.    Domingo Maldonado-Caraballo (ECN 1543) is an adult resident citizen of Vieques, PR.

1295.    Jose Reyes-Rosario (ECN 1548) is an adult resident citizen of Vieques, PR.

1296.    Maximino Castillo-Ramirez (ECN 1549) is an adult resident citizen of Vieques, PR.

1297.    Morgan Figueroa-Melendez (ECN 1550) is an adult resident citizen of Vieques, PR.

1298.    Elias Ramirez-Feliciano (ECN 1551) is an adult resident citizen of Vieques, PR.

1299.    Fernando Silva-Madera (ECN 1552) is an adult resident citizen of Vieques, PR.

1300.    Robin Diaz-Radiano (ECN 1553) is an adult resident citizen of Vieques, PR.

1301.    Efrain Acevedo-Torres (ECN 1554) is an adult resident citizen of Vieques, PR.

1302.    Dante Bermudez-Ortiz (ECN 1555) is an adult resident citizen of Vieques, PR.

1303.    Eliomar Sanchez-Perez (ECN 1557) is an adult resident citizen of Vieques, PR.

1304.    Hector Alvarez-Rodriguez (ECN 1559) is an adult resident citizen of Vieques, PR.

1305.    Yasmin Ayala-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Yoxuan Alvarez-Ayala (ECN 1560).

1306.    Jose Reyes-Ruiz (ECN 1561) is an adult resident citizen of Vieques, PR.

1307.    Silverio Felix-Rosa (ECN 1562) is an adult resident citizen of Vieques, PR.

1308.    Noemi Nieves-Rivera (ECN 1563) is an adult resident citizen of Vieques, PR.

1309.    Leonardo Velazquez-Maldonado (ECN 1564) is an adult resident citizen of Vieques, PR.

1310.    Carlos Gonzalez-Martinez (ECN 1565) is an adult resident citizen of Vieques, PR.

1311.    Arcadia Acosta-Lopez (ECN 1566) is an adult resident citizen of Vieques, PR.

1312.    Francisco Gandarillas-Melendez (ECN 1567) is an adult resident citizen of Vieques, PR.

1313.    Rolando Ramos-Rivera (ECN 1571) is an adult resident citizen of Vieques, PR.

1314.    Loyda Melendez-Robles (ECN 1577) is an adult resident citizen of Vieques, PR.

1315.    Miguel Cepeda-Martinez (ECN 1579) is an adult resident citizen of Vieques, PR.

1316.    Rosalia Santiago-Ortiz (ECN 1580) is an adult resident citizen of Vieques, PR.

1317.    Irma Diaz-Casado (ECN 1582) is an adult resident citizen of Vieques, PR.

1318.    Ramon Montanez-Bariel (ECN 1583) is an adult resident citizen of Vieques, PR.

1319.    Maritza Villalona-Maldonado (ECN 1592) is an adult resident citizen of Vieques, PR.

1320.    Manuela Molina-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Suleima Aponte-Molina (ECN 1594).

1321.    Manuela Molina-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Aponte-Molina (ECN 1597).

1322.    Catherine Cruz-Medina (ECN 1601) is an adult resident citizen of Vieques, PR.

1323.    Jomayra Abreu-Silva (ECN 1602) is an adult resident citizen of Vieques, PR.

1324.    Jomayra Abreu-Silva, an adult resident citizen of Vieques, PR, on behalf of minor child Gabriel Davila-Abreu (ECN 1606).

1325.    Yamiretsy Acevedo-Villalona (ECN 1607) is an adult resident citizen of Vieques, PR.

1326.    Yariel Acevedo-Villalona (ECN 1608) is an adult resident citizen of Vieques, PR.

1327.    Maritza Villalona-Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Yanibelle Acevedo-Villalona (ECN 1610).

1328.    Angel Velazquez-Acosta (ECN 1611) is an adult resident citizen of Vieques, PR.

1329.    Maymari Silva-Acosta (ECN 1612) is an adult resident citizen of Vieques, PR.

1330.    Maymari Silva-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Yasser Cruz-Silva (ECN 1614).

1331.    Mayra Silva-Acosta (ECN 1615) is an adult resident citizen of Vieques, PR.

1332.    Carlos Mateo-Tirado (ECN 1618) is an adult resident citizen of Vieques, PR.

1333.    Hector Cruz-Avila (ECN 1620) is an adult resident citizen of Vieques, PR.

1334.    Gilberto Gomez-Suarez (ECN 1623) is an adult resident citizen of Vieques, PR.

1335.    Delfina Soto-Cintron (ECN 1624) is an adult resident citizen of Vieques, PR.

1336.    Francisco Genera-Sanes (ECN 1625) is an adult resident citizen of Vieques, PR.

1337.    Leticia Sanes-Guzman (ECN 1626) is an adult resident citizen of Vieques, PR.

1338.    Juan Genera-Sanes (ECN 1627) is an adult resident citizen of Vieques, PR.

1339.    Felix Melendez-Diaz (ECN 1628) is an adult resident citizen of Vieques, PR.

1340.    Mayra Gomez-Soto (ECN 1629) is an adult resident citizen of Vieques, PR.

1341.    Gilberto Balleteros-Gomez (ECN 1630) is an adult resident citizen of Vieques, PR.

1342.    Guillermo Balleteros-Calvo (ECN 1631) is an adult resident citizen of Vieques, PR.

1343.    Vicente Balleteros-Gomez (ECN 1632) is an adult resident citizen of Vieques, PR.

1344.    Paula Pimentel-Caraballo (ECN 1633) is an adult resident citizen of Vieques, PR.

1345.    Paula Pimental-Caraballo, an adult resident citizen of Vieques, PR as tutor on behalf of    Carmelo Osorio-Caraballo (ECN 1635).

1346.    Keila Diaz-Rivas (ECN 1636) is an adult resident citizen of Vieques, PR.

1347.    Jose Diaz-Rivas (ECN 1637) is an adult resident citizen of Vieques, PR.

1348.    Angel Diaz-Garcia (ECN 1638) is an adult resident citizen of Vieques, PR.

1349.    Gregoria Carrasquillo-Soto (ECN 1645) is an adult resident citizen of Vieques, PR.

1350.    Wilfredo Rodriguez-Carrasquillo (ECN 1646) is an adult resident citizen of Vieques, PR.

1351.    Wilfredo Rodriguez-Rivera (ECN 1647) is an adult resident citizen of Vieques, PR.

1352.    Gregoria Carrasquillo-Soto, an adult resident citizen of Vieques, PR as tutor on behalf of        Zoila Rodriguez-Carrasquillo (ECN 1648).

1353.    Ismael Diaz-Rivera (ECN 1650) is an adult resident citizen of Vieques, PR.

1354.    Maria Rivera-Camacho (ECN 1651) is an adult resident citizen of Vieques, PR.

1355.    Severino Diaz-Navarro (ECN 1652) is an adult resident citizen of Vieques, PR.

1356.    Irvin Diaz-Rivera (ECN 1653) is an adult resident citizen of Vieques, PR.

1357.    Iram Diaz-Rivera (ECN 1654) is an adult resident citizen of Vieques, PR.

1358.    Victor Nieves-Rivera (ECN 1656) is an adult resident citizen of Vieques, PR.

1359.    David Carrasquillo-Perez (ECN 1658) is an adult resident citizen of Vieques, PR.

1360.    Victoria Vejerano-Herrera (ECN 1659) is an adult resident citizen of Vieques, PR.

1361.    Ramon Cruz-Tirado (ECN 1660) is an adult resident citizen of Vieques, PR.

1362.    Margarita Avila-Melendez (ECN 1661) is an adult resident citizen of Vieques, PR.

1363.    Lilliam Sanchez-Pagan (ECN 1662) is an adult resident citizen of Vieques, PR.

1364.    Miram Rivera-Encarnacion (ECN 1664) is an adult resident citizen of Vieques, PR.

1365.    Anubis Quinones-Torres (ECN 1665) is an adult resident citizen of Vieques, PR.

1366.    Anubis Quinones-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Zulailed Oneill-Quinonez (ECN 1666) is an adult resident citizen of Vieques, PR.

1367.    Rufino O'Neill-Rosa (ECN 1667) is an adult resident citizen of Vieques, PR.

1368.    Maria Camacho-Cruz (ECN 1668) is an adult resident citizen of Vieques, PR.

1369.    Angel Aponte-Santos (ECN 1669) is an adult resident citizen of Vieques, PR.

1370.    Sarita Aponte-Camacho (ECN 1670) is an adult resident citizen of Vieques, PR.

1371.    Angel Aponte-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Israel Aponte-Camacho (ECN 1671).

1372.    Sara Velazquez-Santiago (ECN 1673) is an adult resident citizen of Vieques, PR.

1373.    Sara Velazquez-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Velazquez-Santiago (ECN 1676).

1374.    Yolanda Torres-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Jersevy Camacho-Torres (ECN 1678).

1375.    Giancarlos Camacho-Torres (ECN 1680) is an adult resident citizen of Vieques, PR.

1376.    Ciara Camacho-Torres (ECN 1681) is an adult resident citizen of Vieques, PR.

1377.    Josefa Ramirez-Encarnacion (ECN 1683) is an adult resident citizen of Vieques, PR.

1378.    Jose Belardo-Ramirez (ECN 1684) is an adult resident citizen of Vieques, PR.

1379.    Luisa Feliciano-Carrillo (ECN 1686) is an adult resident citizen of Vieques, PR.

1380.    Carmen Cruz-Feliciano (ECN 1687) is an adult resident citizen of Vieques, PR.

1381.    Esteban Feliciano-Carrillo (ECN 1688) is an adult resident citizen of Vieques, PR.

1382.    Juan Garcia-Marquez (ECN 1689) is an adult resident citizen of Vieques, PR.

1383.    Angel Barbosa-Ocasio (ECN 1693) is an adult resident citizen of Vieques, PR.

1384.    Elsa Perez-Bermudez (ECN 1697) is an adult resident citizen of Vieques, PR.

1385.    Luis Montes-Perez (ECN 1698) is an adult resident citizen of Vieques, PR.

1386.    Suheily Torres-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Abimalec Barreras-Torres (ECN 1700).

1387.    Jesus Diaz-Carmona (ECN 1701) is an adult resident citizen of Vieques, PR.

1388.    Maria Sanes-Boulogne (ECN 1702) is an adult resident citizen of Vieques, PR.

1389.    Jose Dieppa-Gerena (ECN 1706) is an adult resident citizen of Vieques, PR.

1390.    Irma Sanes-Bouglone (ECN 1707) is an adult resident citizen of Vieques, PR.

1391.    Analie Cruz-Felix (ECN 1708) is an adult resident citizen of Vieques, PR.

1392.    Dinorah Felix-Rivera (ECN 1709) is an adult resident citizen of Vieques, PR.

1393.    Maria Gutierrez-Diaz (ECN 1710) is an adult resident citizen of Vieques, PR.

1394.    Lester Melendez-Alvarez (ECN 1711) is an adult resident citizen of Vieques, PR.

1395.    Carmen Alvarez-Perez (ECN 1712) is an adult resident citizen of Vieques, PR.

1396.    Haronid Cruz-Felix (ECN 1713) is an adult resident citizen of Vieques, PR.

1397.    Angel Santiago-Martinez (ECN 1714) is an adult resident citizen of Vieques, PR.

1398.    Luisa Ayala (ECN 1715) is an adult resident citizen of Vieques, PR.

1399.    Rosa Pierantoni-Acosta (ECN 1717) is an adult resident citizen of Vieques, PR.

1400.    Kenya Rodriguez-de Jesus (ECN 1718) is an adult resident citizen of Vieques, PR.

1401.    Aldo Ramos-Rivera (ECN 1719) is an adult resident citizen of Vieques, PR.

1402.    Jesus Paris-Tapia (ECN 1721) is an adult resident citizen of Vieques, PR.

1403.    Arnaldo Medina-Gonzalez (ECN 1722) is an adult resident citizen of Vieques, PR.

1404.    Marife Lopez-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Axel Diaz-Lopez (ECN 1723).

1405.    Marife Lopez-Rivera (ECN 1724) is an adult resident citizen of Vieques, PR.

1406.    Angelina Ayala-Perez (ECN 1726) is an adult resident citizen of Vieques, PR.

1407.    Pedro Perez-Gomez (ECN 1727) is an adult resident citizen of Vieques, PR.

1408.    Pilar Osorio-Perez, an adult resident citizen of Vieques, PR as tutor on behalf of Pascual Cruz-Hernandez (ECN 1728).

1409.    Cruz Carrasquillo-Robles (ECN 1729) is an adult resident citizen of Vieques, PR.

1410.    Luis Rodriguez-de Jesus (ECN 1730) is an adult resident citizen of Vieques, PR.

1411.    Vivian Mercado-Ayala (ECN 1731) is an adult resident citizen of Vieques, PR.

1412.    Hector Mercado-Alejandro (ECN 1732) is an adult resident citizen of Vieques, PR.

1413.    Becky Calzada-Colon (ECN 1733) is an adult resident citizen of Vieques, PR.

1414.    Cristobal Bonano-Pizarro (ECN 1734) is an adult resident citizen of Vieques, PR.

1415.    Moraynra Diaz-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Yadzel Martinez-Cruz (ECN 1735).

1416.    Moraynra Diaz-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Martinez-Cruz (ECN 1736).

1417.    Maria Osorio-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Kimberly Prieto-Osorio (ECN 1737).

1418.    Rosa Perez-Santiago (ECN 1739) is an adult resident citizen of Vieques, PR.

1419.    Justina Santiago-Julian (ECN 1740) is an adult resident citizen of Vieques, PR.

1420.    David Bouglone-de Jesus (ECN 1741) is an adult resident citizen of Vieques, PR.

1421.    Yaitza Acevedo-Martinez (ECN 1742) is an adult resident citizen of Vieques, PR.

1422.    Maria Del Carmen-Alicea, an adult resident citizen of Vieques, PR, on behalf of minor child Taina Alicea-Diaz (ECN 1743).

1423.    Virginia Adams-Caseres (ECN 1744) is an adult resident citizen of Vieques, PR.

1424.    Edgardo Monsegur-Caseres (ECN 1745) is an adult resident citizen of Vieques, PR.

1425.    Arnaldo Garcia-Padilla (ECN 1746) is an adult resident citizen of Vieques, PR.

1426.    Vionette Orama-Perez (ECN 1748) is an adult resident citizen of Vieques, PR.

1427.    Luz Rivera-Torres (ECN 1749) is an adult resident citizen of Vieques, PR.

1428.    Michael Connelly (ECN 1751) is an adult resident citizen of Vieques, PR.

1429.    Zaida Esperanza-Zerrano (ECN 1752) is an adult resident citizen of Vieques, PR.

1430.    Roberto Martinez-Ivanez (ECN 1753) is an adult resident citizen of Vieques, PR.

1431.    Lidia Corcino-Melendez (ECN 1755) is an adult resident citizen of Vieques, PR.

1432.    Jesus Huerta-Ayala (ECN 1757) is an adult resident citizen of Vieques, PR.

1433.    Edgardo Vegerano-Santos (ECN 1758) is an adult resident citizen of Vieques, PR.

1434.    Lizbeth Vejerano-Ascencio (ECN 1759) is an adult resident citizen of Vieques, PR.

1435.    Edgardo Vejerano-Ascencio (ECN 1760) is an adult resident citizen of Vieques, PR.

1436.    Ana Asencio-Rivera (ECN 1761) is an adult resident citizen of Vieques, PR.

1437.    Carmen Perez-Barreto (ECN 1764) is an adult resident citizen of Vieques, PR.

1438.    Becky Orama-Perez (ECN 1766) is an adult resident citizen of Vieques, PR.

1439.    Angela Molina-Matos (ECN 1767) is an adult resident citizen of Vieques, PR.

1440.    Luis Pizarro-Cardona (ECN 1768) is an adult resident citizen of Vieques, PR.

1441.    Nayda Cruz-Benitez (ECN 1769) is an adult resident citizen of Vieques, PR.

1442.    Jorge Garcia-Cruz (ECN 1770) is an adult resident citizen of Vieques, PR.

1443.    Manuel Cuenca-Parilla (ECN 1771) is an adult resident citizen of Vieques, PR.

1444.    Feliciano Garcia-Santiago (ECN 1772) is an adult resident citizen of Vieques, PR.

1445.    Maritza Cruz-Guerra (ECN 1773) is an adult resident citizen of Vieques, PR.

1446.    Jose Cordero-Matta (ECN 1774) is an adult resident citizen of Vieques, PR.

1447.    Helen Torres-Melendez (ECN 1775) is an adult resident citizen of Vieques, PR.

1448.    Angel Suarez-Melendez (ECN 1776) is an adult resident citizen of Vieques, PR.

1449.    Magdalena Melendez-Ortiz (ECN 1777) is an adult resident citizen of Vieques, PR.

1450.    Aiza Bermudez-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Yancel Cruz-Bermudez (ECN 1778).

1451.    Norma Hernandez-Lopez (ECN 1779) is an adult resident citizen of Vieques, PR.

1452.    Maritza Cruz-Guerra, an adult resident citizen of Vieques, PR, on behalf of minor child Babara Santiago-Cruz (ECN 1780).

1453.    Luz Carrasquillo-Roman (ECN 1781) is an adult resident citizen of Vieques, PR.

1454.    Madalina Matta-Carrasquillo, an adult resident citizen of Vieques, PR, on behalf of minor child Kevin Davila-Matta (ECN 1782).

1455.    Angela Matta (ECN 1783) is an adult resident citizen of Vieques, PR.

1456.    Theodora Acosta-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Xabier Garcia-Acosta (ECN 1784).

1457.    Soleilis Garcia-Acosta (ECN 1786) is an adult resident citizen of Vieques, PR.

1458.    Theodora Acosta-Martinez (ECN 1787) is an adult resident citizen of Vieques, PR.

1459.    Luz Carrasquillo-Roman, an adult resident citizen of Vieques, PR, on behalf of minor child Alexander Molina-Carrasquillo (ECN 1788).

1460.    Brenda Ortiz-Sanes (ECN 1790) is an adult resident citizen of Vieques, PR.

1461.    Eulogio Perez-Cruz (ECN 1791) is an adult resident citizen of Vieques, PR.

1462.    Medalina Matta-Carrasquillo (ECN 1793) is an adult resident citizen of Vieques, PR.

1463.    Yahaira Velez-Barbosa (ECN 1794) is an adult resident citizen of Vieques, PR.

1464.    Nilsa Cruz-Acosta (ECN 1795) is an adult resident citizen of Vieques, PR.

1465.    Judith Cruz-Acosta (ECN 1796) is an adult resident citizen of Vieques, PR.

1466.    Luz Carrasquillo-Roman, an adult resident citizen of Vieques, PR, on behalf of minor child Antonio Molina-Carrasquillo (ECN 1797).

1467.    Mariglory Acosta-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Cruz-Acosta (ECN 1798).

1468.    Luz Carrasquillo-Roman, an adult resident citizen of Vieques, PR, on behalf of minor child Edgar Molina-Carrasquillo (ECN 1799).

1469.   Luz Carrasquillo-Roman, an adult resident citizen of Vieques, PR, on behalf of minor child Orlando Molina-Carrasquillo (ECN 1800).

1470.   Edgardo Medina-Matta (ECN 1801) is an adult resident citizen of Vieques, PR.

1471.   Hector Pereira-Mercado (ECN 1802) is an adult resident citizen of Vieques, PR.

1472.   Carlos Ruiz-Vazquez (ECN 1804) is an adult resident citizen of Vieques, PR.

1473.   Lianna Danois-Guadalupe, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Solis-Danois (ECN 1805).

1474.   Juan Camacho-Bonano (ECN 1806) is an adult resident citizen of Vieques, PR.

1475.   Brenda Moises-Velez, an adult resident citizen of Vieques, PR, on behalf of minor child Kenneth Rivera-Velez (ECN 1807).

1476.   Hilda Moises-Williams (ECN 1808) is an adult resident citizen of Vieques, PR.

1477.   Elga Monell-Acevedo (ECN 1812) is an adult resident citizen of Vieques, PR.

1478.   Julio Maldonado-Santiago (ECN 1813) is an adult resident citizen of Vieques, PR.

1479.   Elias Garcia-Ortiz (ECN 1819) is an adult resident citizen of Vieques, PR.

1480.   Teresa Guadalupe-Bermudez (ECN 1821) is an adult resident citizen of Vieques, PR.

1481.   Luis Serrano-Ramirez, an adult resident citizen of Vieques, PR, on behalf of minor child Ricardo Serrano-Hill (ECN 1827).

1482.   Luis Serrano-Ramirez, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Serrano-Hill (ECN 1828).

1483.   Luis Serrano-Ramirez (ECN 1829) is an adult resident citizen of Vieques, PR.

1484.    David Gonzalez-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Nancy Gonzalez-Melendez (ECN 1830) is an adult resident citizen of Vieques, PR.

1485.    David Gonzalez-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Suset Gonzalez-Melendez (ECN 1831).

1486.    Julio Rivera-Otero (ECN 1838) is an adult resident citizen of Vieques, PR.

1487.    Jessica Montanez-Sanes (ECN 1843) is an adult resident citizen of Vieques, PR.

1488.    Melanio Cruz-Ayala (ECN 1850) is an adult resident citizen of Vieques, PR.

1489.    Marilu Williams-Garcia (ECN 1853) is an adult resident citizen of Vieques, PR.

1490.    Jesus Torres-Camacho (ECN 1857) is an adult resident citizen of Vieques, PR.

1491.    Maria Osorio-Torrez, an adult resident citizen of Vieques, PR, on behalf of minor child Ishareliz Prieto-Osorio (ECN 1870).

1492.    Neris Carmona-Corcino (ECN 1875) is an adult resident citizen of Vieques, PR.

1493.    Maricela Caraballo-Cruz (ECN 1879) is an adult resident citizen of Vieques, PR.

1494.    Milda Villafana-Vasquez, an adult resident citizen of Vieques, PR, on behalf of minor child Ambar Maldonado-Villafana (ECN 1888).

1495.    Sixto Velez-Garcia (ECN 1890) is an adult resident citizen of Vieques, PR.

1496.    Angel Velez-Santos (ECN 1891) is an adult resident citizen of Vieques, PR.

1497.    William Castro-Roldan (ECN 1908) is an adult resident citizen of Worcester, MA.

1498.    Cristina Vazquez-Garay (ECN 1917) is an adult resident citizen of Vieques, PR.

1499.    Felicita Sanes-Torres (ECN 1918) is an adult resident citizen of Vieques, PR.

1500.    Juan Belardo-Charlotten (ECN 1923) is an adult resident citizen of Vieques, PR.

1501.    Kheyyam Dubois-Mendez (ECN 1928) is an adult resident citizen of Vieques, PR.

1502.    Radames Cabral-Trinidad (ECN 1929) is an adult resident citizen of Vieques, PR.

1503.    Elsa Portela-Emeric (ECN 1936) is an adult resident citizen of Vieques, PR.

1504.    Herminia Belardo-Asencio (ECN 1944) is an adult resident citizen of Vieques, PR.

1505.    Carmen Lopez-Alvarez (ECN 1948) is an adult resident citizen of Vieques, PR.

1506.    Luis Acevedo-Torres (ECN 1961) is an adult resident citizen of Vieques, PR.

1507.    Maria Garay-Bonano (ECN 1962) is an adult resident citizen of Vieques, PR.

1508.    Carmen Lopez-Alvarez, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Rosario-Lopez (ECN 1970).

1509.    Carmen Lopez-Alvarez, an adult resident citizen of Vieques, PR, on behalf of minor child Kevin Rosario-Lopez (ECN 1971).

1510.    Maria Peterson-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Abdel Peterson-Guadalupe (ECN 1973).

1511.    Maria Peterson-Carmona (ECN 1974) is an adult resident citizen of Vieques, PR.

1512.    Zoraida Martinez-Palm (ECN 1976) is an adult resident citizen of Vieques, PR.

1513.    Luis Belardo-Ayala (ECN 1980) is an adult resident citizen of Vieques, PR.

1514.    Maria del Carmen-Alicea, an adult resident citizen of Vieques, PR, on behalf of minor child Francheska Diaz-Alicea (ECN 1987).

1515.    Jorge Acevedo-Martinez (ECN 1993) is an adult resident citizen of Vieques, PR.

1516.    Ivette Aponte-John, an adult resident citizen of Vieques, PR, on behalf of minor child Laura Belardo-Aponte (ECN 2007).

1517.    Katiria Cruz-Cruz (ECN 2010) is an adult resident citizen of Vieques, PR.

1518.    Mileida Ayala-Gonzalez (ECN 2015) is an adult resident citizen of Vieques, PR.

1519.    Elba Feliciano-Ortiz (ECN 2020) is an adult resident citizen of Vieques, PR.

1520.    Josue Feliciano-Mojica (ECN 2022) is an adult resident citizen of Vieques, PR.

1521.    Maria Osorio-Torres, an adult resident citizen of Vieques, PR, on behalf of minor
child Mirla Prieto-Osorio (ECN 2023).

1522.    Luz Serrano-Santos (ECN 2031) is an adult resident citizen of Vieques, PR.

1523.    Ivis Casanova-Serrano (ECN 2032) is an adult resident citizen of Vieques, PR.

1524.    Hector de Jesus-Guishard (ECN 2044) is an adult resident citizen of Vieques, PR.

1525.    Yaritza Acosta-Ventura (ECN 2051) is an adult resident citizen of Vieques, PR.

1526.    Gorge Colon (ECN 2066) is an adult resident citizen of Vieques, PR.

1527.    Angel Ayala-Soto (ECN 2073) is an adult resident citizen of Vieques, PR.

1528.    Jason Humphries (ECN 2074) is an adult resident citizen of Vieques, PR.

1529.    Jose Morales-Rosa (ECN 2078) is an adult resident citizen of Vieques, PR.

1530.    Javier Torres-Mercado (ECN 2079) is an adult resident citizen of Vieques, PR.

1531.    Gloria Soba-Peterson (ECN 2080) is an adult resident citizen of Vieques, PR.

1532.    Nestor Tirado-Rosa (ECN 2081) is an adult resident citizen of Vieques, PR.

1533.    Jaime Vegerano-Tirado (ECN 2082) is an adult resident citizen of Vieques, PR.

1534.    Janice Perez-Lopez (ECN 2085) is an adult resident citizen of Vieques, PR.

1535.    Philip Dimaria (ECN 2086) is an adult resident citizen of Vieques, PR.

1536.    Luisette Medina-Santiago (ECN 2087) is an adult resident citizen of Vieques, PR.

1537.    Luis Medina-Cruz (ECN 2088) is an adult resident citizen of Vieques, PR.

1538.    Luz Lopez-Moreira (ECN 2089) is an adult resident citizen of Vieques, PR.

1539.    Jose Acosta-Gutierrez (ECN 2092) is an adult resident citizen of Vieques, PR.

1540.    Crucita Matta-Ayala (ECN 2093) is an adult resident citizen of Vieques, PR.

1541.    Nardy Cordero-Matta (ECN 2094) is an adult resident citizen of Vieques, PR.

1542.    Lydia Perea-Velazquez (ECN 2097) is an adult resident citizen of Vieques, PR.

1543.    Benigno Morales-Felix (ECN 2098) is an adult resident citizen of Vieques, PR.

1544.    Carmen Corcino-Rivera (ECN 2099) is an adult resident citizen of Vieques, PR.

1545.    Eugenio Jaime-Jaime (ECN 2102) is an adult resident citizen of Vieques, PR.

1546.    Antonio Cruz-Ayala (ECN 2103) is an adult resident citizen of Vieques, PR.

1547.    Wilfredo Roldan-Monell (ECN 2104) is an adult resident citizen of Vieques, PR.

1548.    Jorge Carrillo-Espinoza (ECN 2105) is an adult resident citizen of Vieques, PR.

1549.    Noemy Tapia-Parilla (ECN 2106) is an adult resident citizen of Vieques, PR.

1550.    Theudis Martinez-Alvarado (ECN 2107) is an adult resident citizen of Vieques, PR.

1551.    Jorge Viera-Ayala (ECN 2108) is an adult resident citizen of Vieques, PR.

1552.    Angel Roman-Ortiz (ECN 2109) is an adult resident citizen of Vieques, PR.

1553.    Christine Isaura-Williams, an adult resident citizen of Vieques, PR, on behalf of minor child Tina Santos-Williams (ECN 2113).

1554.    Quisilinda Flores-Adams (ECN 2114) is an adult resident citizen of Vieques, PR.

1555.    Daisy Gonzalez-Gonzalez (ECN 2116) is an adult resident citizen of Vieques, PR.

1556.    Ivette Acevedo-Martinez (ECN 2118) is an adult resident citizen of Vieques, PR.

1557.    Carmen Pena-Molina (ECN 2119) is an adult resident citizen of Vieques, PR.

1558.    Diasy Gonzalez-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Gonzalez-Melendez (ECN 2120).

1559.    Nilsa Fernandez-Perez (ECN 2121) is an adult resident citizen of Vieques, PR.

1560.    Nilsa Fernandez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Ricardo Deliz-Monell (ECN 2122).

1561.    Gloria Perez-Mercardo (ECN 2125) is an adult resident citizen of Vieques, PR.

1562.    Minerva Lopez-Acevedo (ECN 2126) is an adult resident citizen of Vieques, PR.

1563.    Yina Ortiz-Ortiz (ECN 2128) is an adult resident citizen of Vieques, PR.

1564.    Yina Ortiz-Sanchez (ECN 2129) is an adult resident citizen of Vieques, PR.

1565.    Ivan Santiago-Santiago (ECN 2131) is an adult resident citizen of Vieques, PR.

1566.    Ana Cabezudo-Rosario (ECN 2132) is an adult resident citizen of Vieques, PR.

1567.    Carmen Silva-Cassanova (ECN 2138) is an adult resident citizen of Vieques, PR.

1568.    Gertrudis Guadalupe-Guadalupe (ECN 2140) is an adult resident citizen of Vieques, PR.

1569.    Gloria Diaz-Aguiar (ECN 2141) is an adult resident citizen of Vieques, PR.

1570.    Felix Matos-Ocacio (ECN 2143) is an adult resident citizen of Vieques, PR.

1571.    Ruth Camacho-Rosa (ECN 2144) is an adult resident citizen of Vieques, PR.

1572.    Beatricz Santos-William (ECN 2146) is an adult resident citizen of Vieques, PR.

1573.    Christine Williams-Ramirez (ECN 2149) is an adult resident citizen of Vieques, PR.

1574.    Ismael Santos-Serrano (ECN 2150) is an adult resident citizen of Vieques, PR.

1575.    Jose Cruz-Sanchez (ECN 2151) is an adult resident citizen of Vieques, PR.

1576.    Reinaldo Torres-Acevedo (ECN 2152) is an adult resident citizen of Vieques, PR.

1577.    Tania Torres-Acevedo (ECN 2153) is an adult resident citizen of Vieques, PR.

1578.    Yarielis Torres-Acevedo (ECN 2154) is an adult resident citizen of Vieques, PR.

1579.     Adalberto Velez-Diaz, III (ECN 2156) is an adult resident citizen of Vieques, PR.

1580.     Tomasa Perea-Velazquez (ECN 2157) is an adult resident citizen of Vieques, PR.

1581.     Mayra Ramos-Felix, an adult resident citizen of Vieques, PR, on behalf of minor child Mayra Castro-Ramos (ECN 2160).

1582.     Ivan Ventura-Melendez (ECN 2161) is an adult resident citizen of Vieques, PR.

1583.     Gilberto Montero-Rossy (ECN 2162) is an adult resident citizen of Vieques, PR.

1584.     Lady Martinez-Rivera (ECN 2163) is an adult resident citizen of Vieques, PR.

1585.     Carlos Castro-Ramos (ECN 2164) is an adult resident citizen of Vieques, PR.

1586.     Mayra Ramos-Felix (ECN 2165) is an adult resident citizen of Vieques, PR.

1587.     Julio Castro-Ramos (ECN 2166) is an adult resident citizen of Vieques, PR.

1588.     Lorenzo Cabezudo-Lopez (ECN 2167) is an adult resident citizen of Vieques, PR.

1589.     Fundador Tirado-Guevara (ECN 2168) is an adult resident citizen of Vieques, PR.

1590.     Neriberto Melendez-Saez (ECN 2169) is an adult resident citizen of Vieques, PR.

1591.     Mirellys Reyes-Mercado (ECN 2170) is an adult resident citizen of Vieques, PR.

1592.     Israel Encarnacion-Saldana (ECN 2173) is an adult resident citizen of Vieques, PR.

1593.     Ana Madera-Alicea (ECN 2174) is an adult resident citizen of Vieques, PR.

1594.     Gloria Alvarado-Bermudez (ECN 2176) is an adult resident citizen of Vieques, PR.

1595.     Leticia Ramirez-Benitez, an adult resident citizen of Vieques, PR, on behalf of minor child Anak Padro-Ramirez (ECN 2179).

1596.     Leticia Ramirez-Benitez, an adult resident citizen of Vieques, PR, on behalf of minor child Javier Peterson-Ramirez (ECN 2181).

1597.     Victoria Montes-Torres (ECN 2182) is an adult resident citizen of Vieques, PR.

1598.     Gloria Sanchez-Horta (ECN 2183) is an adult resident citizen of Vieques, PR.

1599.     Victoria Maldonado-Brache, an adult resident citizen of Vieques, PR, on behalf of minor child Humberto Silva-Maldonado (ECN 2185).

1600.     Aurelio Maldonado-Velez (ECN 2187) is an adult resident citizen of Vieques, PR.

1601.     Lorna Garcia-Alejandro (ECN 2188) is an adult resident citizen of Vieques, PR.

1602.     Victoria Maldonado-Brache (ECN 2189) is an adult resident citizen of Vieques, PR.

1603.     Enrique Rodriguez-Picorelli (ECN 2191) is an adult resident citizen of Vieques, PR.

1604.     Hector Danois-Figueroa (ECN 2194) is an adult resident citizen of Vieques, PR.

1605.     Ruth Rosa-Corcino (ECN 2197) is an adult resident citizen of Vieques, PR.

1606.     Maria Navarro-Brache (ECN 2198) is an adult resident citizen of Vieques, PR.

1607.     Ervin Santiago-Santiago (ECN 2199) is an adult resident citizen of Vieques, PR.

1608.     Jorge Perra-Rosa (ECN 2200) is an adult resident citizen of Vieques, PR.

1609.     Marcelina Ayala-Navarro (ECN 2201) is an adult resident citizen of Vieques, PR.

1610.     Edmanuel Rodriguez-Padilla, an adult resident citizen of Vieques, PR, on behalf of minor child Tiffany Rodriguez-Lopez (ECN 2202).

1611.     Arturo Belardo-Belardo (ECN 2203) is an adult resident citizen of Vieques, PR.

1612.     Carmen Burgos-Crespo, an adult resident citizen of Vieques, PR, on behalf of minor child Crystal Cruz-Burgos (ECN 2204).

1613.     Clara Diaz-Vega (ECN 2205) is an adult resident citizen of Vieques, PR.

1614.     Petra Diaz-Aguiar (ECN 2206) is an adult resident citizen of Vieques, PR.

1615.    Jose Lopez-Bermudez (ECN 2207) is an adult resident citizen of Vieques, PR.

1616.    Angel Guadalupe-Ortiz (ECN 2209) is an adult resident citizen of Vieques, PR.

1617.    Brenda Molina-Matos (ECN 2211) is an adult resident citizen of Vieques, PR.

1618.    Epifanio Velazquez-Cordero (ECN 2212) is an adult resident citizen of Vieques, PR.

1619.    Damaso Serrano-Robles (ECN 2213) is an adult resident citizen of Vieques, PR.

1620.    Lydia Valazquez-Quinones (ECN 2214) is an adult resident citizen of Vieques, PR.

1621.    Norberta Osorio-Rodriguez (ECN 2215) is an adult resident citizen of Vieques, PR.

1622.    Perla Rivera-Figueroa (ECN 2216) is an adult resident citizen of Vieques, PR.

1623.    Jose Garcia-Osorio (ECN 2217) is an adult resident citizen of Vieques, PR.

1624.    Sor Diaz-Felix (ECN 2220) is an adult resident citizen of Vieques, PR.

1625.    Yara Guadalupe-Tirado (ECN 2221) is an adult resident citizen of Vieques, PR.

1626.    Katherine Roldan-Tapia (ECN 2222) is an adult resident citizen of Vieques, PR.

1627.    Maria Rivera-Acevedo (ECN 2223) is an adult resident citizen of Vieques, PR.

1628.    Hepziba Torres-Soba' (ECN 2224) is an adult resident citizen of Vieques, PR.

1629.    Xavier Fuentes-Osorio (ECN 2226) is an adult resident citizen of Vieques, PR.

1630.    Manuel Pizarro (ECN 2227) is an adult resident citizen of Vieques, PR.

1631.    Alicia Velazquez-Quinones (ECN 2228) is an adult resident citizen of Vieques, PR.

1632.    Luis Morales-Morales (ECN 2231) is an adult resident citizen of Vieques, PR.

1633.    Carmen Rios-Salgado (ECN 2232) is an adult resident citizen of Vieques, PR.

1634.    Carlos Durieux-Ramos (ECN 2233) is an adult resident citizen of Vieques, PR.

1635.    Olga Silva-Madera, an adult resident citizen of Vieques, PR, on behalf of minor child Yanisha Mojica-Silva (ECN 2235).

1636.    Carmen Miro-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Yasmarie Carmona-Miro (ECN 2236).

1637.    Giovannie Pagan-Acosta (ECN 2238) is an adult resident citizen of Vieques, PR.

1638.    Carlos Garcia-Martinez (ECN 2239) is an adult resident citizen of Vieques, PR.

1639.    Vilma Ventura-Camacho, an adult resident citizen of Vieques, PR, on behalf of minor child Yadiel Garcia-Ventura (ECN 2240).

1640.    Vilma Ventura-Camacho (ECN 2241) is an adult resident citizen of Vieques, PR.

1641.    Logia Mojica-Sanes (ECN 2242) is an adult resident citizen of Vieques, PR.

1642.    Juan Carmona-Sanes (ECN 2243) is an adult resident citizen of Vieques, PR.

1643.    Maria Sanes-Guzman (ECN 2244) is an adult resident citizen of Vieques, PR.

1644.    Marcia Sanes-Guzman, an adult resident citizen of Vieques, PR, on behalf of minor child Elmer Carmona-Sanes (ECN 2245).

1645.    Neysha Pagan-Acosta (ECN 2246) is an adult resident citizen of Vieques, PR.

1646.    Xaimara Pagan-Acosta (ECN 2247) is an adult resident citizen of Vieques, PR.

1647.    Evelyn Acosta-Vincenty (ECN 2248) is an adult resident citizen of Vieques, PR.

1648.    Ramon Pagan-Melendez (ECN 2249) is an adult resident citizen of Vieques, PR.

1649.    Jesus Ayala-Rojas (ECN 2250) is an adult resident citizen of Vieques, PR.

1650.    Felipe Ayala-Fiqueroa (ECN 2251) is an adult resident citizen of Vieques, PR.

1651.    Olga Silva-Madera (ECN 2253) is an adult resident citizen of Vieques, PR.

1652.    Carmen Miro-Corcino (ECN 2254) is an adult resident citizen of Vieques, PR.

1653.    Mildred Lamboy-Corsino (ECN 2255) is an adult resident citizen of Vieques, PR.

1654.    Mildred Sanchez-Pena (ECN 2258) is an adult resident citizen of Vieques, PR.

1655.    Mildred Sanchez, an adult resident citizen of Vieques, PR, on behalf of minor child Alexandra Velazquez-Sanchez (ECN 2259).

1656.    Ramon Aloyo-Ortiz (ECN 2260) is an adult resident citizen of Vieques, PR.

1657.    Providencia Belardo-Monell (ECN 2261) is an adult resident citizen of Vieques, PR.

1658.    Daisy Gonzalez-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Gonzalez-Lanzo (ECN 2262).

1659.    Antonio Corcino-Camacho (ECN 2268) is an adult resident citizen of Vieques, PR.

1660.    Luz Lequillou-Parilla (ECN 2270) is an adult resident citizen of Vieques, PR.

1661.    Carlos Serrano-Garcia (ECN 2271) is an adult resident citizen of Vieques, PR.

1662.    Petra Santiago-Legrand (ECN 2272) is an adult resident citizen of Vieques, PR.

1663.    Lydia Vega-Vaez (ECN 2274) is an adult resident citizen of Vieques, PR.

1664.    Felix Rosa-Vazquez (ECN 2275) is an adult resident citizen of Vieques, PR.

1665.    Jexy Rosa-Vazquez (ECN 2276) is an adult resident citizen of Vieques, PR.

1666.    Candita Vazquez-Paez (ECN 2277) is an adult resident citizen of Vieques, PR.

1667.    Isidro Rosa-Tirado (ECN 2278) is an adult resident citizen of Vieques, PR.

1668.    Rafael Nieves-Roldan (ECN 2279) is an adult resident citizen of Vieques, PR.

1669.    Sandra Torres-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Aureo Nieves-Torres (ECN 2280).

1670.    Nelson Gonzales-Vega an adult resident citizen of Vieques, PR as tutor on behalf of Jorge Gonzalez-Andino (ECN 2281).

1671.    Sandra Torres-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Rafael Nieves-Torres (ECN 2282).

1672.    Nicole Gonzalez-Delgado (ECN 2284) is an adult resident citizen of Vieques, PR.

1673.    Carmen Torres-Cruz (ECN 2285) is an adult resident citizen of Vieques, PR.

1674.    Maria Quinones-Sanes (ECN 2286) is an adult resident citizen of Vieques, PR.

1675.    Angel Aponte-Camacho (ECN 2288) is an adult resident citizen of Vieques, PR.

1676.    Carlos Aponte-Santos (ECN 2290) is an adult resident citizen of Vieques, PR.

1677.    Marcela Sanes-Ayala (ECN 2291) is an adult resident citizen of Vieques, PR.

1678.    Isabel Encarnacion-Nazario (ECN 2293) is an adult resident citizen of Vieques, PR.

1679.    Mirelys Serrano-Encarnacion (ECN 2295) is an adult resident citizen of Vieques, PR.

1680.    Pedro Colon-Soto (ECN 2296) is an adult resident citizen of Vieques, PR.

1681.    Gloria Encarnacion-Maldonado (ECN 2297) is an adult resident citizen of Vieques, PR.

1682.    Samuel Melendez-Estrada (ECN 2298) is an adult resident citizen of Vieques, PR.

1683.    Maricelis Santos-Ramos (ECN 2299) is an adult resident citizen of Vieques, PR.

1684.    Lucila Roldan-Suarez (ECN 2300) is an adult resident citizen of Vieques, PR.

1685.    Jose Nieves-Bermudez (ECN 2301) is an adult resident citizen of Vieques, PR.

1686.    Socorro Sanes-Belardo (ECN 2302) is an adult resident citizen of Vieques, PR.

1687.    Jose Perez-Cruz (ECN 2306) is an adult resident citizen of Vieques, PR.

1688. Carmen Rosario-Olivieri (ECN 2307) is an adult resident citizen of Vieques, PR.

1689. Jose Nieves-Roldan (ECN 2308) is an adult resident citizen of Vieques, PR.

1690. Luis Ramos-Cruz (ECN 2309) is an adult resident citizen of Vieques, PR.

1691. Merari Rivera-Viera (ECN 2310) is an adult resident citizen of St. Croix, VI.

1692. Carmen Silva-Madera (ECN 2312) is an adult resident citizen of Vieques, PR.

1693. Carmen Silva-Madera, an adult resident citizen of Vieques, PR, on behalf of minor child Flavio Feliciano-Silva (ECN 2313).

1694. Carmen Carillo-Romero (ECN 2315) is an adult resident citizen of Vieques, PR.

1695. Elena Rivera-Pena, an adult resident citizen of Vieques, PR on behalf of minor child Kelly Mercado-Rivera (ECN 2317).

1696. Radames Tirado-Guevara (ECN 2318) is an adult resident citizen of Vieques, PR.

1697. Severino Ventura-Melendez (ECN 2320) is an adult resident citizen of Vieques, PR.

1698. Merari Rivera-Viera, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Ayala-Rivera (ECN 2322).

1699. Cidbennie Ayala-Rivera (ECN 2323) is an adult resident citizen of Vieques, PR.

1700. Merari Rivera-Viera, an adult resident citizen of Vieques, PR, on behalf of minor child Cydmarie Ayala-Rivera (ECN 2324).

1701. Jose Rosa-Velez (ECN 2327) is an adult resident citizen of Vieques, PR.

1702. Virnaliz Silva-Tufino (ECN 2328) is an adult resident citizen of Vieques, PR.

1703. Diana Maldonado-Brache (ECN 2331) is an adult resident citizen of Vieques, PR.

1704. Nelsa Corcino-Ramos (ECN 2335) is an adult resident citizen of Vieques, PR.

1705. Rafael Matta (ECN 2336) is an adult resident citizen of Vieques, PR.

1706.    Aurelia Mojica-Santos (ECN 2338) is an adult resident citizen of Vieques, PR.

1707.    Lila Delgado-Garcia (ECN 2339) is an adult resident citizen of Vieques, PR.

1708.    Elsie Cruz-Rosa (ECN 2341) is an adult resident citizen of Vieques, PR.

1709.    Elsie Cruz-Rosa, an adult resident citizen of Vieques, PR, on behalf of minor child Geigel Rosa, Jr. (ECN 2342).

1710.    Shakira Robles-Cruz (ECN 2343) is an adult resident citizen of Vieques, PR.

1711.    Edgar Huertas-Encarnacion (ECN 2344) is an adult resident citizen of Vieques, PR.

1712.    Geigel Rosa-Cruz (ECN 2345) is an adult resident citizen of Vieques, PR.

1713.    Geysha Rosa-Cruz (ECN 2348) is an adult resident citizen of Vieques, PR.

1714.    Virnaliz Silva-Tiefino, an adult resident citizen of Vieques, PR, on behalf of minor child Shakira Estrada-Silva (ECN 2349).

1715.    Virnaliz Silva-Tiefino, an adult resident citizen of Vieques, PR, on behalf of minor child Lizzalianneliz Estrada-Silva (ECN 2350).

1716.    Carmen Gutierrez-Delerme (ECN 2352) is an adult resident citizen of Vieques, PR.

1717.    Olga Gonzalez-Solis (ECN 2353) is an adult resident citizen of Vieques, PR.

1718.    Sandra Perez-Delerme (ECN 2354) is an adult resident citizen of Vieques, PR.

1719.    Santa Ayala-Gonzalez (ECN 2356) is an adult resident citizen of Vieques, PR.

1720.    Orlando Sanes-Leguillou (ECN 2357) is an adult resident citizen of Vieques, PR.

1721.    Orlando Sanes-Santos (ECN 2358) is an adult resident citizen of Vieques, PR.

1722.    Carmen Rosa-Corcino (ECN 2359) is an adult resident citizen of Vieques, PR.

1723.    Ana Tufino-de Jesus (ECN 2371) is an adult resident citizen of Vieques, PR.

1724.     Marianela Silva-Tufino, an adult resident citizen of Vieques, PR, on behalf of minor child Yalindra Ayala-Silva (ECN 2372).

1725.     Natanael Perez-Silva (ECN 2373) is an adult resident citizen of Vieques, PR.

1726.     Marianela Silva-Tufino, an adult resident citizen of Vieques, PR, on behalf of minor child Annie Ayala-Silva (ECN 2374).

1727.     Marianela Silva-Tufino (ECN 2375) is an adult resident citizen of Vieques, PR.

1728.     Olga Morales-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Frankie Belardo-Morales (ECN 2376).

1729.     Deborah Belardo-Morales (ECN 2377) is an adult resident citizen of Vieques, PR.

1730.     Olga Morales-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Eloy Belardo-Morales (ECN 2378).

1731.     Olga Morales-Torres (ECN 2379) is an adult resident citizen of Vieques, PR.

1732.     Maria Tirado-Perez (ECN 2381) is an adult resident citizen of Vieques, PR.

1733.     Oscar Ramos-Encarnacion (ECN 2383) is an adult resident citizen of Vieques, PR.

1734.     Edgard Huertas-Orlando, an adult resident citizen of Vieques, PR, on behalf of minor child Eshlie Huertas-Robles (ECN 2384).

1735.     Andres Robles-Cordero (ECN 2385) is an adult resident citizen of Vieques, PR.

1736.     Luz Encarnacion-Martinez (ECN 2387) is an adult resident citizen of Vieques, PR.

1737.     Juan Silva-Rosa (ECN 2388) is an adult resident citizen of Vieques, PR.

1738.     Bernard Hall-Marin (ECN 2391) is an adult resident citizen of Vieques, PR.

1739.     Ivan Serrano (ECN 2393) is an adult resident citizen of Vieques, PR.

1740.    Angel Ruiz-Perez (ECN 2395) is an adult resident citizen of Vieques, PR.

1741.    Elena Reva-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Mercardo-Rivera (ECN 2396).

1742.    Maria Silva-Cassanova (ECN 2397) is an adult resident citizen of Vieques, PR.

1743.    Diana Romero-Serrano (ECN 2398) is an adult resident citizen of Vieques, PR.

1744.    Vilma Hernandez-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Liz Torrens-Hernandez (ECN 2399).

1745.    Elba Boulogne-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of minor child Roberto Nieves-Boulogne (ECN 2400).

1746.    Carols Cruz-Rodriquez (ECN 2401) is an adult resident citizen of Vieques, PR.

1747.    Julia Cintron-Torres (ECN 2402) is an adult resident citizen of Vieques, PR.

1748.    Glorissette Carle-Martinez (ECN 2404) is an adult resident citizen of Vieques, PR.

1749.    Victor Ayala-Navarro (ECN 2405) is an adult resident citizen of Vieques, PR.

1750.    Elba Boulgone-Encarnacion (ECN 2406) is an adult resident citizen of Vieques, PR.

1751.    Jose Torres-Abreu (ECN 2407) is an adult resident citizen of Vieques, PR.

1752.    Jose Camacho-Cuenca (ECN 2408) is an adult resident citizen of Vieques, PR.

1753.    Arlenne Mercado-Rivera (ECN 2409) is an adult resident citizen of Vieques, PR.

1754.    Elena Rivera-Pena (ECN 2410) is an adult resident citizen of Vieques, PR.

1755.    Elena Rivera-Pena, an adult resident citizen of Vieques, PR, on behalf of minor child Daniel Mercado-Rivera (ECN 2411).

1756.    Elena Rivera-Pena, an adult resident citizen of Vieques, PR, on behalf of minor child    Brian Mercado-Rivera (ECN 2412).

1757.    Amelia Mercado-Garcia (ECN 2413) is an adult resident citizen of Vieques, PR.

1758.    Luis Lopez-Garcia (ECN 2415) is an adult resident citizen of Vieques, PR.

1759.    Miguel Lao-Ayala (ECN 2416) is an adult resident citizen of Vieques, PR.

1760.    Frank Torres-Pellot, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Torres-Romero (ECN 2417).

1761.    Frank Torres-Pellot, an adult resident citizen of Vieques, PR, on behalf of minor child Stephanie Torres-Romero (ECN 2418).

1762.    Paula Mojica-Santos (ECN 2419) is an adult resident citizen of Vieques, PR.

1763.    Olga Morales-Maldonado (ECN 2420) is an adult resident citizen of Vieques, PR.

1764.    Adaligio Monell-Huertas (ECN 2422) is an adult resident citizen of Vieques, PR.

1765.    Carmen Delgado-Santiago (ECN 2423) is an adult resident citizen of Vieques, PR.

1766.    Luis Melendez-Vazquez (ECN 2425) is an adult resident citizen of Vieques, PR.

1767.    Carmen Delgado-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Valerie Gonzales-Delgado (ECN 2426).

1768.    Luis Robles-Carmona (ECN 2427) is an adult resident citizen of Vieques, PR.

1769.    Carlos Soto-Almestica (ECN 2429) is an adult resident citizen of Vieques, PR.

1770.    Alberto Velazquez-Rivera (ECN 2431) is an adult resident citizen of Vieques, PR.

1771.    Francisco Almestica-Garcia (ECN 2432) is an adult resident citizen of Vieques, PR.

1772.    Frank Torres-Pellot (ECN 2433) is an adult resident citizen of Vieques, PR.

1773.    Francisco Pimeltel-Maldonado (ECN 2434) is an adult resident citizen of Vieques, PR.

1774.    Sylvia Rosa-Camacho (ECN 2435) is an adult resident citizen of Vieques, PR.

1775.    Demetria Colon-Velez (ECN 2436) is an adult resident citizen of Vieques, PR.

1776.    Francisco Almestica-Spikermann (ECN 2437) is an adult resident citizen of Vieques, PR.

1777.    Marie Garcia-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Yanuel Almestica-Garcia (ECN 2438).

1778.    Francisco Pimentel-Abreu (ECN 2439) is an adult resident citizen of Vieques, PR.

1779.    Maria Garcia-Carmona (ECN 2440) is an adult resident citizen of Vieques, PR.

1780.    Emilio Garcia-Ortiz (ECN 2442) is an adult resident citizen of Vieques, PR.

1781.    Gerardo Vegerano-Santos (ECN 2443) is an adult resident citizen of Vieques, PR.

1782.    Frank Torres-Pellot, an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Torres-Romero (ECN 2444).

1783.    Luz Rivera-Belardo (ECN 2445) is an adult resident citizen of Vieques, PR.

1784.    Luis Leguillou-Parrilla (ECN 2446) is an adult resident citizen of Vieques, PR.

1785.    Angel Cordero-Rodriguez (ECN 2447) is an adult resident citizen of Vieques, PR.

1786.    Maria Felix-Ortiz (ECN 2448) is an adult resident citizen of Vieques, PR.

1787.    Nazario Velazquez-Rivera (ECN 2451) is an adult resident citizen of Vieques, PR.

1788.    Javier Torres-Ortiz (ECN 2452) is an adult resident citizen of Vieques, PR.

1789.    Gladys Conde-Colon (ECN 2454) is an adult resident citizen of Vieques, PR.

1790.   Ana Maldonado-Brache, an adult resident citizen of Vieques, PR, on behalf of minor child Katherine Velez-Maldonado (ECN 2455).

1791.   Ana Maldonado-Brache (ECN 2456) is an adult resident citizen of Vieques, PR.

1792.   Waldemar Ilarraza-Clark (ECN 2458) is an adult resident citizen of Vieques, PR.

1793.   Nayda Alejandro-Hodge, an adult resident citizen of Vieques, PR, on behalf of minor child Waldemar Gardia-Alejandro (ECN 2459).

1794.   Modesto Garcia-Alejandro (ECN 2460) is an adult resident citizen of Vieques, PR.

1795.   Mosdesto Garcia-Carmona (ECN 2462) is an adult resident citizen of Vieques, PR.

1796.   Jose Martinez-Maldonado (ECN 2463) is an adult resident citizen of Vieques, PR.

1797.   Luz Garcia-Roldan (ECN 2464) is an adult resident citizen of Vieques, PR.

1798.   Manuel Tirado-Martinez (ECN 2465) is an adult resident citizen of Vieques, PR.

1799.   Ana Feliciano-Rodriguez (ECN 2467) is an adult resident citizen of Vieques, PR.

1800.   Arleene Tirado-Feliciano (ECN 2468) is an adult resident citizen of Vieques, PR.

1801.   Enrique Morales-Morales (ECN 2469) is an adult resident citizen of Vieques, PR.

1802.   Humberto Silva-Acosta (ECN 2470) is an adult resident citizen of Vieques, PR.

1803.   Jesusa Nunez-Rodriguez (ECN 2471) is an adult resident citizen of Vieques, PR.

1804.   Xavier Garcia-Alejandro (ECN 2472) is an adult resident citizen of Vieques, PR.

1805.   Nayda Alejandro-Hodge, an adult resident citizen of Vieques, PR, on behalf of minor child Onairys Garcia-Alejandro (ECN 2473).

1806.   Debbie Garcia-Alejandro (ECN 2474) is an adult resident citizen of Vieques, PR.

1807.   Jesus Alverez-Torres (ECN 2475) is an adult resident citizen of Vieques, PR.

1808.    Carmelo Quinonez-Felix (ECN 2476) is an adult resident citizen of Vieques, PR.

1809.    Paula Abreu-Melendez (ECN 2477) is an adult resident citizen of Vieques, PR.

1810.    Michelle Parrilla-Rentas, an adult resident citizen of Vieques, PR, on behalf of minor child Olichmael Oliver-Parrilla (ECN 2479).

1811.    Guillermo Cruz-Ayala (ECN 2480) is an adult resident citizen of Vieques, PR.

1812.    Maria Cotto-Villanueva (ECN 2481) is an adult resident citizen of Vieques, PR.

1813.    Petra Maldonado-Velez (ECN 2483) is an adult resident citizen of Vieques, PR.

1814.    Miguel Pereira-Melendez (ECN 2485) is an adult resident citizen of Vieques, PR.

1815.    Aida Garcia-Salgado (ECN 2486) is an adult resident citizen of Vieques, PR.

1816.    Pedro Rosa-Encarnacion (ECN 2488) is an adult resident citizen of Vieques, PR.

1817.    Emma Martinez-Corcino (ECN 2490) is an adult resident citizen of Vieques, PR.

1818.    Ivette Martinez-Fontanez (ECN 2491) is an adult resident citizen of Vieques, PR.

1819.    Luz Benjamin-Maldonado (ECN 2492) is an adult resident citizen of Vieques, PR.

1820.    Gladys Adams-Barreto (ECN 2493) is an adult resident citizen of Vieques, PR.

1821.    Gladicarl Flores-Adams (ECN 2494) is an adult resident citizen of Vieques, PR.

1822.    Felicita Padilla-Salcedo (ECN 2497) is an adult resident citizen of Vieques, PR.

1823.    Jose Felix-Cruz (ECN 2498) is an adult resident citizen of Vieques, PR.

1824.    Andrea Sanes-Belardo (ECN 2499) is an adult resident citizen of Vieques, PR.

1825.    Jorge Ortiz-Brown (ECN 2500) is an adult resident citizen of Vieques, PR.

1826.    Rogelio Matos-Carmona (ECN 2502) is an adult resident citizen of Vieques, PR.

1827.    Julia Rucci-Garcia (ECN 2503) is an adult resident citizen of Vieques, PR.

1828.    Noemi Bonano-Alberto (ECN 2504) is an adult resident citizen of Vieques, PR.

1829.    Liliana Salgado-Mercado (ECN 2505) is an adult resident citizen of Vieques, PR.

1830.    Wilma Acosta-Maldonado (ECN 2506) is an adult resident citizen of Vieques, PR.

1831.    Carmen Rivera-Rivera (ECN 2507) is an adult resident citizen of Vieques, PR.

1832.    Emma Nieves-Lopez (ECN 2508) is an adult resident citizen of Vieques, PR.

1833.    Maritza Roldan-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Felix-Roldan (ECN 2509).

1834.    Enrique Santiago-Encarnacion (ECN 2510) is an adult resident citizen of Vieques, PR.

1835.    Maria Ortiz-Navarro (ECN 2511) is an adult resident citizen of Vieques, PR.

1836.    Nelson Avillan-Tapia (ECN 2512) is an adult resident citizen of Vieques, PR.

1837.    Jaime Peralta-Martinez (ECN 2514) is an adult resident citizen of Vieques, PR.

1838.    Dayron Lopez-Peralta (ECN 2515) is an adult resident citizen of Vieques, PR.

1839.    Betzaida Roldan-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Edgar Santos-Roldan (ECN 2516).

1840.    Alejandro Felix-Roldan (ECN 2517) is an adult resident citizen of Vieques, PR.

1841.    Maida Peralta-Martinez (ECN 2518) is an adult resident citizen of Vieques, PR.

1842.    Brunilda Hernandez-Cruz, an adult resident citizen of Vieques, PR as tutor on behalf of    Lourdes Hernandez-Cruz (ECN 2519).

1843.    Shukovsky Marin-Oliver (ECN 2520) is an adult resident citizen of Vieques, PR.

1844.    Zoniayah Oliver-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Lioninsky Marin-Oliver (ECN 2521).

1845.    Robert Rabin-Siegal (ECN 2522) is an adult resident citizen of Vieques, PR.

1846.    Carlos Roldan-Monell (ECN 2526) is an adult resident citizen of Vieques, PR.

1847.    Emilio Garcia-Cordero (ECN 2527) is an adult resident citizen of Vieques, PR.

1848.    Jesus Sanes-Santos (ECN 2528) is an adult resident citizen of Vieques, PR.

1849.    Jose Ventura-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Jeilene Ventura-Salgado (ECN 2529).

1850.    Jose Nieves-Rosario (ECN 2531) is an adult resident citizen of Vieques, PR.

1851.    Carmen Rosario-Olivieri, an adult resident citizen of Vieques, PR, on behalf of minor child Veronica Nieves-Rosario (ECN 2532).

1852.    Alexis Alejandro-Gonzalez (ECN 2534) is an adult resident citizen of Vieques, PR.

1853.    Roberto Alama-Hernandez (ECN 2535) is an adult resident citizen of Vieques, PR.

1854.    Roberto Alamo-Ayala (ECN 2536) is an adult resident citizen of Vieques, PR.

1855.    Alejandro Mercado-Rodriguez (ECN 2537) is an adult resident citizen of Vieques, PR.

1856.    Radamez Tirado-Leguillou (ECN 2538) is an adult resident citizen of Vieques, PR.

1857.    Sonia Salgado-Corcino (ECN 2539) is an adult resident citizen of Vieques, PR.

1858.    Carol Vegerano-Bermudez (ECN 2541) is an adult resident citizen of Vieques, PR.

1859.    Janice Bermudez-Romero (ECN 2542) is an adult resident citizen of Vieques, PR.

1860.    Aleja Ortiz-Rodriguez (ECN 2543) is an adult resident citizen of Vieques, PR.

1861.    Herminia Belardo-Ascencio, an adult resident citizen of Vieques, PR, on behalf of
minor child Carmelo Soto-Belardo (ECN 2544).

1862.    Carmen Rosario-Olivieri, an adult resident citizen of Vieques, PR, on behalf of
minor child Valeria Nieves-Rosario (ECN 2546).

1863.    Cecilio Belardo-Belardo (ECN 2547) is an adult resident citizen of Vieques, PR.

1864.    Joanne Camacho-Cuenca (ECN 2548) is an adult resident citizen of Vieques, PR.

1865.    Alicia Rosa-Gonzalez (ECN 2550) is an adult resident citizen of Vieques, PR.

1866.    Eladia Sanchez-Santiago (ECN 2551) is an adult resident citizen of Vieques, PR.

1867.    Blanca Acevedo-Gonzalez (ECN 2552) is an adult resident citizen of Vieques,
PR.

1868.    Pietro Deleme-Diaz (ECN 2553) is an adult resident citizen of Vieques, PR.

1869.    Michelle Rivera-Ortiz (ECN 2554) is an adult resident citizen of Vieques, PR.

1870.    Carmen Velazquez-Diaz (ECN 2556) is an adult resident citizen of Vieques, PR.

1871.    Carolyn Gerald-Rivera (ECN 2557) is an adult resident citizen of Vieques, PR.

1872.    Edna Parilla-Sanes (ECN 2558) is an adult resident citizen of Vieques, PR.

1873.    Jaime Peralta-Martinez, an adult resident citizen of Vieques, PR, on behalf of
minor child Jamie Peralta-Araiza (ECN 2559).

1874.    Carmen Avillan-Gonzalez (ECN 2560) is an adult resident citizen of Vieques, PR.

1875.    Norberto Maldonado-Saldana (ECN 2561) is an adult resident citizen of Vieques,
PR.

1876.    Candido Bennett-Suarez (ECN 2562) is an adult resident citizen of Vieques, PR.

1877.    Jesus Garcia-Belardo (ECN 2563) is an adult resident citizen of Vieques, PR.

1878.    Jorge Guadalupe-Ortiz (ECN 2564) is an adult resident citizen of Vieques, PR.

1879.     Pablo Medina-Almestica (ECN 2565) is an adult resident citizen of Vieques, PR.

1880.     Eleuterio Gusman-Martinez (ECN 2567) is an adult resident citizen of Vieques, PR.

1881.     Damaso Serrano-Lopez (ECN 2568) is an adult resident citizen of Vieques, PR.

1882.     Maria Benitez-Santos (ECN 2569) is an adult resident citizen of Vieques, PR.

1883.     Luz Rivera-Maldonado (ECN 2570) is an adult resident citizen of Vieques, PR.

1884.     Myrtelina Ayala-Perez (ECN 2571) is an adult resident citizen of Vieques, PR.

1885.     Victor Encarnacion-Rivera (ECN 2572) is an adult resident citizen of Vieques, PR.

1886.     Erick Morales-Camacho (ECN 2573) is an adult resident citizen of Vieques, PR.

1887.     Abdiel Bermudez-Carmona (ECN 2574) is an adult resident citizen of Vieques, PR.

1888.     Gladymar Felix-Encarnacion (ECN 2575) is an adult resident citizen of Vieques, PR.

1889.     Irma Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Isamar Gosson-Torres (ECN 2576).

1890.     Hector Aguayo-Torres (ECN 2577) is an adult resident citizen of Vieques, PR.

1891.     Irma Torres-Santos (ECN 2578) is an adult resident citizen of Vieques, PR.

1892.     Lizette Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Pizarro-Torres (ECN 2579).

1893.     Juanita Osorio-Carle (ECN 2580) is an adult resident citizen of Vieques, PR.

1894.     Julio Ayala-Navarro (ECN 2581) is an adult resident citizen of Vieques, PR.

1895.     Alexis Pereira-Santana (ECN 2583) is an adult resident citizen of Vieques, PR.

1896.    Emely Boulogne-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Pedro Molina-Boulogne (ECN 2584).

1897.    Kevin Davila-Camacho (ECN 2585) is an adult resident citizen of Vieques, PR.

1898.    Juan Rivera-Reyes (ECN 2586) is an adult resident citizen of Vieques, PR.

1899.    Lisette Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Leonardo Pizarro-Torres (ECN 2587).

1900.    Ivette Aponte-John (ECN 2588) is an adult resident citizen of Vieques, PR.

1901.    Lexia Solis-Suarez (ECN 2589) is an adult resident citizen of Vieques, PR.

1902.    Yashira Rodriguez-Suarez (ECN 2590) is an adult resident citizen of Vieques, PR.

1903.    Lisette Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Angelys Pizarro-Torres (ECN 2592).

1904.    Lisette Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Aisha Pizarro-Torres (ECN 2593).

1905.    Omar Melendez-Encarnacion (ECN 2594) is an adult resident citizen of Vieques, PR.

1906.    Segunda Garcia-Gonzalez (ECN 2596) is an adult resident citizen of Vieques, PR.

1907.    Irene Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Hernandez-Torres (ECN 2597).

1908.    Irma Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Wilfredo Lopez-Torres (ECN 2598).

1909.    Lisette Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Kermit Pizarro-Torres (ECN 2599).

1910.    Naomi Felix-Vasquez, an adult resident citizen of Vieques, PR, on behalf of minor child Xhaomi Torres-Felix (ECN 2600).

1911.    Adali Cruz-Rivera (ECN 2601) is an adult resident citizen of Vieques, PR.

1912.    Jesse Quinonez-Serrano (ECN 2602) is an adult resident citizen of Vieques, PR.

1913.    Maria Flores-Torres (ECN 2603) is an adult resident citizen of Vieques, PR.

1914.    Pilar Osorio-Perez (ECN 2604) is an adult resident citizen of Vieques, PR.

1915.    Mei-Ling Casanova-Serrano (ECN 2605) is an adult resident citizen of Vieques, PR.

1916.    Joel Belardo-Rivera (ECN 2607) is an adult resident citizen of Vieques, PR.

1917.    Providencia Cortijo-Diaz (ECN 2608) is an adult resident citizen of Vieques, PR.

1918.    Ana Martinez-Bonano (ECN 2609) is an adult resident citizen of Vieques, PR.

1919.    Gilberto Aquayo-Melendez (ECN 2610) is an adult resident citizen of Vieques, PR.

1920.    Elba Rivera-Perez (ECN 2611) is an adult resident citizen of Vieques, PR.

1921.    Roberto Marin-Huerta (ECN 2613) is an adult resident citizen of Vieques, PR.

1922.    Cristina Vazquez-Garay, an adult resident citizen of Vieques, PR, on behalf of minor child Arnaldo Garcia-Vazquez (ECN 2614).

1923.    Cristina Vazquez-Garay, an adult resident citizen of Vieques, PR, on behalf of minor child Sergio Lopez-Vazquez (ECN 2615).

1924.    Edmanuel Rodriguez-Padilla, an adult resident citizen of Vieques, PR, on behalf of minor child Mario Rodriguez-Lopez (ECN 2616).

1925.    Cristina Vazquez-Garay, an adult resident citizen of Vieques, PR, on behalf of minor child Claimar Lopez-Vazquez (ECN 2617).

1926.     Mitchell Soto-Bermudez (ECN 2618) is an adult resident citizen of Vieques, PR.

1927.     Edward Soto-Bermudez (ECN 2619) is an adult resident citizen of Vieques, PR.

1928.     Edward Soto-Colon (ECN 2620) is an adult resident citizen of Vieques, PR.

1929.     Diego Quinones-Torres (ECN 2621) is an adult resident citizen of Vieques, PR.

1930.     Diego Quinonez-Carrillo (ECN 2622) is an adult resident citizen of Vieques, PR.

1931.     Ana Melendez-Corcino (ECN 2623) is an adult resident citizen of Vieques, PR.

1932.     Hector Perez-Melendez (ECN 2625) is an adult resident citizen of Vieques, PR.

1933.     Elba Ortiz-Sampayo (ECN 2627) is an adult resident citizen of Vieques, PR.

1934.     Lizandra Ramos-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Rubi Santos-Ramos (ECN 2628).

1935.     Monica Ramirez-Sanchez (ECN 2629) is an adult resident citizen of Vieques, PR.

1936.     Jose Rosa-Esperanza (ECN 2630) is an adult resident citizen of Vieques, PR.

1937.     Jose Lamboy-Corcino (ECN 2631) is an adult resident citizen of Vieques, PR.

1938.     Jonathan Reyes-Perez (ECN 2632) is an adult resident citizen of Vieques, PR.

1939.     Wanda Maldonado-Ayala (ECN 2633) is an adult resident citizen of Vieques, PR.

1940.     Francisco Soto-Cintron (ECN 2634) is an adult resident citizen of Vieques, PR.

1941.     Wanda Maldonado-Ayala, an adult resident citizen of Vieques, PR as tutor on behalf of      Maria Abreu-Melendez (ECN 2635).

1942.     Nieves Brache-Garcia (ECN 2636) is an adult resident citizen of Vieques, PR.

1943.     Beatriz Ortiz-Rodriguez (ECN 2637) is an adult resident citizen of Vieques, PR.

1944.     Beatriz Ortiz-Rodriguez, an adult resident citizen of Vieques, PR as guardian on behalf of Beatriz Soto-Ortiz (ECN 2638).

1945.     Amael Camacho-Rosa (ECN 2640) is an adult resident citizen of Vieques, PR.

1946.    Eleuterio Cardona-O'Neill (ECN 2641) is an adult resident citizen of Vieques, PR.

1947.    Andres Nieves-Melendez (ECN 2643) is an adult resident citizen of Vieques, PR.

1948.    Sixto Perez-Espina (ECN 2644) is an adult resident citizen of Vieques, PR.

1949.    Alvin Zayas-Ortiz (ECN 2645) is an adult resident citizen of Vieques, PR.

1950.    Rosa Barreto-Monell (ECN 2646) is an adult resident citizen of Vieques, PR.

1951.    Reinaldo Torres-Torres (ECN 2647) is an adult resident citizen of Vieques, PR.

1952.    Zoniayah Oliver-Rodriguez (ECN 2648) is an adult resident citizen of Vieques, PR.

1953.    Mariela Ventura-Quinones (ECN 2649) is an adult resident citizen of Vieques, PR.

1954.    Brunilda Hernandez-Cruz (ECN 2650) is an adult resident citizen of Vieques, PR.

1955.    Anastacia Ayala-Carambot (ECN 2651) is an adult resident citizen of Vieques, PR.

1956.    Hilario Gomez-Cintron (ECN 2652) is an adult resident citizen of Naguabo, PR.

1957.    Aura Alvarado-Cordero (ECN 2653) is an adult resident citizen of Vieques, PR.

1958.    Iris Ortiz-Rivera (ECN 2654) is an adult resident citizen of Vieques, PR.

1959.    Betzaida Roldan-Ortiz (ECN 2655) is an adult resident citizen of Vieques, PR.

1960.    Emmanuel Avillan-Tapia (ECN 2657) is an adult resident citizen of Vieques, PR.

1961.    Maritza Roldan-Ortiz (ECN 2660) is an adult resident citizen of Vieques, PR.

1962.    Cecilia Williams-Brache (ECN 2661) is an adult resident citizen of Vieques, PR.

1963.    Julia Williams, an adult resident citizen of Vieques, PR, on behalf of minor child Marisol Torrez-Williams (ECN 2662).

1964.    Rafael Williams-Brache (ECN 2664) is an adult resident citizen of Vieques, PR.

1965.    Guillermo Morales-Brignoni (ECN 2666) is an adult resident citizen of Vieques, PR.

1966.    Wanda Cardona-Encarnacion (ECN 2667) is an adult resident citizen of Vieques, PR.

1967.    Ivette Vega-Portela (ECN 2668) is an adult resident citizen of Vieques, PR.

1968.    Wanda Martinez-Torres (ECN 2669) is an adult resident citizen of Vieques, PR.

1969.    Milan Martinez-Martinez (ECN 2670) is an adult resident citizen of Vieques, PR.

1970.    Emilio Figueroa-Encarnacion (ECN 2671) is an adult resident citizen of Vieques, PR.

1971.    Henry Gonzales-Vega (ECN 2672) is an adult resident citizen of Vieques, PR.

1972.    Richard Torres-Rivera (ECN 2673) is an adult resident citizen of Vieques, PR.

1973.    Joselyn Santiago-Acosta (ECN 2675) is an adult resident citizen of Vieques, PR.

1974.    Joselyn Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Abdiel Felix-Santiago (ECN 2676).

1975.    Joselyn Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Ambar Felix-Santiago (ECN 2677).

1976.    Aracelis Lanzo-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Neysha Lanzo-Gonzalez (ECN 2678).

1977.    Steven Gonzales-Kneifel (ECN 2679) is an adult resident citizen of Vieques, PR.

1978.    Yob Lanzo-Gonzalez (ECN 2680) is an adult resident citizen of Vieques, PR.

1979.    Ericka Gonzalez-Lanzo (ECN 2681) is an adult resident citizen of Vieques, PR.

1980.    Alexis Gonzalez-Lanzo (ECN 2682) is an adult resident citizen of Vieques, PR.

1981.    Aracelis Lanzo-Rivera (ECN 2683) is an adult resident citizen of Vieques, PR.

1982.   Matilde Felix-Cordero (ECN 2684) is an adult resident citizen of Vieques, PR.

1983.   Tomas Mulero-Carrillo (ECN 2685) is an adult resident citizen of Vieques, PR.

1984.   Gisselys Barbosa (ECN 2687) is an adult resident citizen of Vieques, PR.

1985.   Oliver Oliver-Rodriguez (ECN 2688) is an adult resident citizen of Vieques, PR.

1986.   Mitchell Parrilla-Rentas (ECN 2689) is an adult resident citizen of Vieques, PR.

1987.   Luis Ortiz-Feliciano (ECN 2690) is an adult resident citizen of Vieques, PR.

1988.   Carmen Ortiz-Rosario (ECN 2691) is an adult resident citizen of Vieques, PR.

1989.   Iris Huertas-Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Abdiel Ayala-Huertas (ECN 2692).

1990.   Anibal Casanova-Serrano (ECN 2693) is an adult resident citizen of Vieques, PR.

1991.   Carmen Felix, an adult resident citizen of Vieques, PR as tutor on behalf of Cruz Mercado-Torres (ECN 2694).

1992.   Ada Monell-Carambot (ECN 2695) is an adult resident citizen of Vieques, PR.

1993.   Antonia Acevedo-Lopez (ECN 2696) is an adult resident citizen of Vieques, PR.

1994.   Rita Hill-de Jesus (ECN 2697) is an adult resident citizen of Vieques, PR.

1995.   Lianna Danois-Gaudalupe (ECN 2698) is an adult resident citizen of Vieques, PR.

1996.   Carmen Burgos-Crespo (ECN 2700) is an adult resident citizen of Vieques, PR.

1997.   Luis Gonzales-Rivas (ECN 2701) is an adult resident citizen of Vieques, PR.

1998.   Jose Maldonado-Melendez (ECN 2702) is an adult resident citizen of Vieques, PR.

1999.   Rosamy Abreu-Ruiz (ECN 2703) is an adult resident citizen of Vieques, PR.

2000.   Rosa Ruiz-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Samary Abreu-Ruiz (ECN 2704).

2001.     Glorimar Morales-Lopez, an adult resident citizen of Vieques, PR, on behalf of minor child Jorymar Garcia-Morelez (ECN 2705).

2002.     Sonia Amadeo-Alicea (ECN 2706) is an adult resident citizen of Vieques, PR.

2003.     Eddie Danois-Pereira (ECN 2708) is an adult resident citizen of Vieques, PR.

2004.     Luz Guadalupe-Burgos (ECN 2709) is an adult resident citizen of Vieques, PR.

2005.     Maria Mulero-Perez (ECN 2711) is an adult resident citizen of Vieques, PR.

2006.     Linda Velasquez-Tapia, an adult resident citizen of Vieques, PR, on behalf of minor child Keyshla Paris-Velazquez (ECN 2712).

2007.     Nancy Serrano (ECN 2713) is an adult resident citizen of Vieques, PR.

2008.     Aileen Mendez-Serrano (ECN 2714) is an adult resident citizen of Vieques, PR.

2009.     Glorimar Morales-Lopez, an adult resident citizen of Vieques, PR, on behalf of minor child Jorge Garcia-Morales (ECN 2715).

2010.     Digna Guadalupe-Solis (ECN 2716) is an adult resident citizen of Vieques, PR.

2011.     Migdalia Carraballo-Ojeda (ECN 2717) is an adult resident citizen of Vieques, PR.

2012.     Jonathan Perez-Caraballo (ECN 2718) is an adult resident citizen of Vieques, PR.

2013.     Migdalia Caraballo, an adult resident citizen of Vieques, PR, on behalf of minor child Esther Perez-Caraballo (ECN 2719).

2014.     Julia Garcia-Rucci, an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Aponte-Rucci (ECN 2720).

2015.     Artemio Diaz-Melendez (ECN 2721) is an adult resident citizen of Vieques, PR.

2016.     Brenda Velez-Moises (ECN 2722) is an adult resident citizen of Vieques, PR.

2017.     Maria Soto-Martinez (ECN 2723) is an adult resident citizen of Vieques, PR.

2018.     Carlos Soto-Legrand (ECN 2724) is an adult resident citizen of Vieques, PR.

2019.     Alba Avillan-Fan Fan (ECN 2726) is an adult resident citizen of Vieques, PR.

2020.     Aixa Romero-Cintron (ECN 2728) is an adult resident citizen of Vieques, PR.

2021.     Xaymara Romero-Cintron (ECN 2729) is an adult resident citizen of Vieques, PR.

2022.     Ibis Cintron-Diaz (ECN 2730) is an adult resident citizen of Vieques, PR.

2023.     Noemi Santana-Ortiz (ECN 2731) is an adult resident citizen of Vieques, PR.

2024.     Miguel Encarnacion-Lopez (ECN 2734) is an adult resident citizen of Vieques, PR.

2025.     Luis Feliciano-Ortiz (ECN 2737) is an adult resident citizen of Vieques, PR.

2026.     Sam Gerena-Carmona (ECN 2740) is an adult resident citizen of Vieques, PR.

2027.     Myrna Pagan-Gomez (ECN 2742) is an adult resident citizen of Vieques, PR.

2028.     Roberto Torres-Gomez (ECN 2744) is an adult resident citizen of Vieques, PR.

2029.     Liliana Salgado-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Gamalier Lopez-Salgado (ECN 2745).

2030.     Edwin Cabral-Trinidad (ECN 2746) is an adult resident citizen of Vieques, PR.

2031.     Fidelina Matos-Brache (ECN 2748) is an adult resident citizen of Vieques, PR.

2032.     Jonathan Perez-Silva (ECN 2754) is an adult resident citizen of Vieques, PR.

2033.     Juan Feliciano-Rodriguez (ECN 2757) is an adult resident citizen of Vieques, PR.

2034.     Luis Ilarraza-Rodriguez (ECN 2759) is an adult resident citizen of Vieques, PR.

2035.     Ana Cruz-Colon (ECN 2763) is an adult resident citizen of Vieques, PR.

2036.     Victorino Parrilla-Laboy (ECN 2764) is an adult resident citizen of Vieques, PR.

2037.     Bernadette Orama-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Eridette Parrilla-Orama (ECN 2766).

2038.    Auria Torres-Marti (ECN 2767) is an adult resident citizen of Vieques, PR.

2039.    Carmen Melendez-Diaz (ECN 2769) is an adult resident citizen of Vieques, PR.

2040.    Domingo Gonzalez-Ventura (ECN 2770) is an adult resident citizen of Vieques, PR.

2041.    Anna Sanes-Monell (ECN 2772) is an adult resident citizen of Vieques, PR.

2042.    Saturnino Carrasquillo-Soto (ECN 2773) is an adult resident citizen of Vieques, PR.

2043.    Lucia Carambot-Romero (ECN 2774) is an adult resident citizen of Vieques, PR.

2044.    Miguel Torres-Ortiz (ECN 2775) is an adult resident citizen of Vieques, PR.

2045.    Hector Santos-Alvarado (ECN 2776) is an adult resident citizen of Vieques, PR.

2046.    Jose Morales-Soto (ECN 2777) is an adult resident citizen of Vieques, PR.

2047.    Elbia Tirado-Leguillou (ECN 2778) is an adult resident citizen of Vieques, PR.

2048.    Ligia Carambot-Gonzalez (ECN 2779) is an adult resident citizen of Vieques, PR.

2049.    Dely Ayala-Cruz (ECN 2780) is an adult resident citizen of Vieques, PR.

2050.    Luis Vodofsky-Gonzalez (ECN 2781) is an adult resident citizen of Vieques, PR.

2051.    Kelly Martinez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Kellysha Martinez-Abreu (ECN 2782).

2052.    Kelly Martinez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Yamilka Martinez-Abreu (ECN 2783).

2053.    Lucinda Curbelo-Morales, an adult resident citizen of Vieques, PR, on behalf of minor child Deyaneira Curbelo-Rosa (ECN 2785).

2054.    Adolfo Miranda-Rosa (ECN 2786) is an adult resident citizen of Vieques, PR.

2055.    Lucinda Curbelo-Morales, an adult resident citizen of Vieques, PR, on behalf of minor child Adolfo Curbelo-Rosa (ECN 2787).

2056.    Lucinda Morales-Curbelo (ECN 2788) is an adult resident citizen of Vieques, PR.

2057.    Olga Torres-Colon (ECN 2789) is an adult resident citizen of Vieques, PR.

2058.    Edmundo Colon-Toro (ECN 2790) is an adult resident citizen of Vieques, PR.

2059.    Olgo Colon-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Rosa Colon-Toro (ECN 2791).

2060.    Erick Colon-Toro (ECN 2792) is an adult resident citizen of Vieques, PR.

2061.    Angel Encarnacion-Garcia (ECN 2793) is an adult resident citizen of Vieques, PR.

2062.    Maria Benitez-Encarnacion (ECN 2794) is an adult resident citizen of Vieques, PR.

2063.    Edmundo Toro-Cruz (ECN 2795) is an adult resident citizen of Vieques, PR.

2064.    Olgo Colon-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child   Mildred Colon-Toro (ECN 2796).

2065.    Ida Vodofsky-Figueroa (ECN 2797) is an adult resident citizen of Kissimmee, FL.

2066.    Kenny Delgado-Soto (ECN 2798) is an adult resident citizen of Vieques, PR.

2067.    Nancy Delgado-Diaz (ECN 2799) is an adult resident citizen of Vieques, PR.

2068.    Camila Ayala-Roldan (ECN 2800) is an adult resident citizen of Vieques, PR.

2069.    Ileana Montero-Zapata (ECN 2801) is an adult resident citizen of Vieques, PR.

2070.    Juan Nieves-Maldonado (ECN 2802) is an adult resident citizen of Vieques, PR.

2071.    Pablo Torres-Pereira (ECN 2803) is an adult resident citizen of Vieques, PR.

2072.    Shaira Rodriguez-Torres (ECN 2804) is an adult resident citizen of Vieques, PR.

2073.    Eduardo Rodriguez-Lopez (ECN 2805) is an adult resident citizen of Vieques, PR.

2074.    Edmanuel Rodriguez-Padilla, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Rodriguez-Lopez (ECN 2806).

2075.    Victor Belardo-Charlotten (ECN 2807) is an adult resident citizen of Vieques, PR.

2076.    Wilfredo Sanchez-Gonzalez (ECN 2808) is an adult resident citizen of Vieques, PR.

2077.    Armando Torres-Sanes (ECN 2810) is an adult resident citizen of Vieques, PR.

2078.    Jobito Legran-Mercado (ECN 2812) is an adult resident citizen of Vieques, PR.

2079.    Raul Carrasquillo-Vegerano (ECN 2814) is an adult resident citizen of Vieques, PR.

2080.    Carmen Perez-Encarnacion (ECN 2815) is an adult resident citizen of Vieques, PR.

2081.    Lizandra Ramos-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Orianne Santos-Ramos (ECN 2816).

2082.    Joeanna Camacho-Cuenca, an adult resident citizen of Vieques, PR, on behalf of minor child Joeanne Ortiz-Camacho (ECN 2817).

2083.    Joeanna Camacho-Cuenca, an adult resident citizen of Vieques, PR, on behalf of minor child Shammara Ortiz-Camacho (ECN 2818).

2084.    Raul Mercado-Tapia (ECN 2820) is an adult resident citizen of Vieques, PR.

2085.    Sonya Reyes-Corcino (ECN 2821) is an adult resident citizen of Vieques, PR.

2086.    Maria Lopez-Martinez (ECN 2822) is an adult resident citizen of Vieques, PR.

2087.     Brunilda Rivera-Rodriguez (ECN 2823) is an adult resident citizen of Vieques, PR.

2088.     Roberto de Leon-Bonano (ECN 2824) is an adult resident citizen of Vieques, PR.

2089.     Steven Velazquez-Rijos (ECN 2825) is an adult resident citizen of Vieques, PR.

2090.     Ivette Lopez-Ruiz (ECN 2827) is an adult resident citizen of Vieques, PR.

2091.     Nidma Barbosa-Santos (ECN 2828) is an adult resident citizen of Vieques, PR.

2092.     Maria Ventura-Melendez (ECN 2829) is an adult resident citizen of Vieques, PR.

2093.     Francisca Rodriguez-Hernandez (ECN 2830) is an adult resident citizen of Vieques, PR.

2094.     Edmanuel Rodriguez-Padilla, an adult resident citizen of Vieques, PR, on behalf of minor child Yash Rodriguez-Lopez (ECN 2832).

2095.     Regalado Miro-Ruiz (ECN 2833) is an adult resident citizen of Vieques, PR.

2096.     Juan Prieto-Ayala (ECN 2834) is an adult resident citizen of Vieques, PR.

2097.     Wanda Corcino-Ramos (ECN 2835) is an adult resident citizen of Vieques, PR.

2098.     Carmen Morges-Pillot (ECN 2843) is an adult resident citizen of Vieques, PR.

2099.     Yarelis Gonzalez-Lanzo (ECN 2845) is an adult resident citizen of Vieques, PR.

2100.     Francisco Lopez-Saldana (ECN 2850) is an adult resident citizen of Vieques, PR.

2101.     Carmen Bonano-Martinez (ECN 2852) is an adult resident citizen of Vieques, PR.

2102.     Victor Alejandro-Rivera (ECN 2853) is an adult resident citizen of Vieques, PR.

2103.     Carmelo Abreu-Melendez (ECN 2855) is an adult resident citizen of Vieques, PR.

2104.     Justina Osorio-Benitez (ECN 2856) is an adult resident citizen of Vieques, PR.

2105.     Arsenio Corcino-Rivera (ECN 2857) is an adult resident citizen of Vieques, PR.

2106.     Felipa Mercado-Garcia (ECN 2858) is an adult resident citizen of Vieques, PR.

2107.    Aurora Cotto-Davis (ECN 2859) is an adult resident citizen of Vieques, PR.

2108.    Haydee Sanes-Cotto (ECN 2860) is an adult resident citizen of Vieques, PR.

2109.    Jorge Adams-Colon (ECN 2861) is an adult resident citizen of Vieques, PR.

2110.    Anubis Torres-Garcia, an adult resident citizen of Vieques, PR as tutor on behalf of Carlos Quinonez-Rivera (ECN 2862).

2111.    Jose Aponte-Sanes (ECN 2863) is an adult resident citizen of Vieques, PR.

2112.    Irene Torres-Santos (ECN 2864) is an adult resident citizen of Vieques, PR.

2113.    Eliezer Gonzalez-Hernandez (ECN 2865) is an adult resident citizen of Vieques, PR.

2114.    Maria Osorio-Torrez, an adult resident citizen of Vieques, PR, on behalf of minor child Zobeida Pabon-Osorio (ECN 2866).

2115.    Carlos Rodriguez-Carmona (ECN 2867) is an adult resident citizen of Vieques, PR.

2116.    Jenny Garcia-Osorio (ECN 2869) is an adult resident citizen of Vieques, PR.

2117.    Vilma Hernandez-Navarro (ECN 2870) is an adult resident citizen of Vieques, PR.

2118.    Iris Concepcion, an adult resident citizen of Vieques, PR, on behalf of minor child Jamal Rivera-Concepcion (ECN 2871).

2119.    Healgey Mojica-Feliciano (ECN 2872) is an adult resident citizen of Vieques, PR.

2120.    Elba Feliciano-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Van Marie Mojica-Feliciano (ECN 2873).

2121.    Diana Mercado-Cortes (ECN 2874) is an adult resident citizen of Vieques, PR.

2122.    Sonia Melendez-Diaz (ECN 2876) is an adult resident citizen of Vieques, PR.

2123.    Awilda Corcino-Ramos (ECN 2879) is an adult resident citizen of Vieques, PR.

2124.    Omayra Reyes-Corcino (ECN 2880) is an adult resident citizen of Vieques, PR.

2125.    Petra Rodriguez-Torres (ECN 2882) is an adult resident citizen of Vieques, PR.

2126.    Mercedes Robles-Cordero (ECN 2883) is an adult resident citizen of Vieques, PR.

2127.    Efrain Rivera-Cordero (ECN 2885) is an adult resident citizen of Vieques, PR.

2128.    Lisette Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Jeremy Pizarro-Torres (ECN 2886).

2129.    Marta melendez-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Kendra Perez-Rivera (ECN 2887).

2130.    Emma Rentas-Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Kevin Encarnacion (ECN 2888).

2131.    Shanara Sanchez-Encarnacion (ECN 2889) is an adult resident citizen of Vieques, PR.

2132.    Ivette Aponte-John, an adult resident citizen of Vieques, PR, on behalf of minor child Astrid Acevedo-Aponte (ECN 2890).

2133.    Jenifer Garcia-Osorio (ECN 2891) is an adult resident citizen of Vieques, PR.

2134.    Mileyda Ayala-Gonzales, an adult resident citizen of Vieques, PR, on behalf of minor child Jesus Velez-Ayala (ECN 2892).

2135.    Mileyda Ayala-Gonzales, an adult resident citizen of Vieques, PR, on behalf of minor child Rawell Velez-Ayala (ECN 2893).

2136.    Johanleidys Agosta-Ayala (ECN 2894) is an adult resident citizen of Vieques, PR.

2137.    Carlos Ventura-Morales (ECN 2895) is an adult resident citizen of Vieques, PR.

2138.    Betzaida Morales-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Melvin Ventura-Morales (ECN 2897).

2139.    Robinson Fernando-Robinson (ECN 2899) is an adult resident citizen of Vieques, PR.

2140.    Margarita Corcino-Rosa (ECN 2901) is an adult resident citizen of Vieques, PR.

2141.    Leslie Cruz-Ayala (ECN 2902) is an adult resident citizen of Vieques, PR.

2142.    Carmelo Belardo-Acencio (ECN 2903) is an adult resident citizen of Vieques, PR.

2143.    Mileyda Ayala-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child John Agosta-Ayala (ECN 2904).

2144.    Maria Class-Alvarado (ECN 2905) is an adult resident citizen of Vieques, PR.

2145.    Tomas Melendez-Garcia (ECN 2906) is an adult resident citizen of Vieques, PR.

2146.    Marilys Rivera-Maldonado (ECN 2907) is an adult resident citizen of Vieques, PR.

2147.    Jose Bermudez (ECN 2910) is an adult resident citizen of Vieques, PR.

2148.    Dennisse Bermudez-Bonew (ECN 2911) is an adult resident citizen of Vieques, PR.

2149.    Maria Bonew-Oropeza (ECN 2912) is an adult resident citizen of Vieques, PR.

2150.    Jose Santos-Rivera (ECN 2914) is an adult resident citizen of Vieques, PR.

2151.    Luz Rodriguez-Rosario (ECN 2917) is an adult resident citizen of Vieques, PR.

2152.    Lucinda Carbelo-Morales, an adult resident citizen of Vieques, PR, on behalf of minor child Cyd Marie Carbelo-Rosa (ECN 2919).

2153.    Ligia Carambot-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Ayala-Carambot (ECN 2920).

2154.    Jorge Olivencia-Gonzalez (ECN 2921) is an adult resident citizen of Vieques, PR.

2155.    Miguel Melendez-Rivera (ECN 2922) is an adult resident citizen of Vieques, PR.

2156.    Hector Mercado-Alejandro (ECN 2923) is an adult resident citizen of Vieques, PR.

2157.    Amalia Hodge-Alejandro (ECN 2924) is an adult resident citizen of Vieques, PR.

2158.    Glorymar Rivera-Alejandro (ECN 2925) is an adult resident citizen of Vieques, PR.

2159.    Amalia Alejandro-Hodge, an adult resident citizen of Vieques, PR, on behalf of minor child Stephanie Rivera-Alejandro (ECN 2926).

2160.    Amalia Alejandro-Hodge, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Rivera-Alejandro (ECN 2927).

2161.    Javier Pellot-Abreu (ECN 2928) is an adult resident citizen of Vieques, PR.

2162.    Maria Hodge-Felix (ECN 2929) is an adult resident citizen of Vieques, PR.

2163.    Carmen Torres-Colon (ECN 2930) is an adult resident citizen of Vieques, PR.

2164.    Rosa Garcia-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Jessica Bumpers-Garcia (ECN 2931).

2165.    Lisette Torres-Santos (ECN 2932) is an adult resident citizen of Vieques, PR.

2166.    Sonia Torres-Acevedo (ECN 2933) is an adult resident citizen of Vieques, PR.

2167.    Maria Garay-Santiago (ECN 2934) is an adult resident citizen of Vieques, PR.

2168.    Agripino Santos-Castro (ECN 2935) is an adult resident citizen of Vieques, PR.

2169.    Rafael Garcia-Perez (ECN 2936) is an adult resident citizen of Vieques, PR.

2170.    Jamie Edillo-Nieves, an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Edillo-Perez (ECN 2937).

2171.    Jamie Edillo-Nieves, an adult resident citizen of Vieques, PR, on behalf of minor child Jaysha Edillo-Perez (ECN 2938).

2172.    Jamie Nieves-Edillo (ECN 2939) is an adult resident citizen of Vieques, PR.

2173.    Evelyn Rivera-Ruiz (ECN 2940) is an adult resident citizen of Vieques, PR.

2174.    Seberino Encarnacion-Felix (ECN 2941) is an adult resident citizen of Vieques, PR.

2175.    Aalia Alejandro-Hodge, an adult resident citizen of Vieques, PR, on behalf of minor child Zulmarie Rivera-Alejandro (ECN 2944).

2176.    Aracelis Lanzo-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Lanzo-Gonzalez (ECN 2945).

2177.    Mirian Morales-Tejada (ECN 2947) is an adult resident citizen of Vieques, PR.

2178.    Nelson Tejada-Roldan, III (ECN 2948) is an adult resident citizen of Vieques, PR.

2179.    Nelson de Jesus-Roldan (ECN 2949) is an adult resident citizen of Vieques, PR.

2180.    Geraldo Perez-Acevedo (ECN 2951) is an adult resident citizen of Vieques, PR.

2181.    Adrienne Adams-Colon (ECN 2952) is an adult resident citizen of Vieques, PR.

2182.    Virglio Diaz-Diaz (ECN 2953) is an adult resident citizen of Vieques, PR.

2183.    Pastacio Pereira-Gonzales (ECN 2955) is an adult resident citizen of Vieques, PR.

2184.    Bernabe' Ramirez-Rosa (ECN 2956) is an adult resident citizen of Vieques, PR.

2185.    Charlie Connelly-Foley (ECN 2957) is an adult resident citizen of Vieques, PR.

2186.    Venancio Cruz-Camacho (ECN 2959) is an adult resident citizen of Vieques, PR.

2187.    Felix Garcia-Torres (ECN 2960) is an adult resident citizen of Vieques, PR.

2188.    Becky Calzada-Colon, an adult resident citizen of Vieques, PR, on behalf of minor child Kaira Vegerano-Calzada (ECN 2961).

2189.    Becky Calzada-Colon, an adult resident citizen of Vieques, PR, on behalf of minor child Gerardo Vegerano-Calzada, Jr. (ECN 2962).

2190.    Maria Vazquez-Garay (ECN 2963) is an adult resident citizen of Vieques, PR.

2191.    Maria Carrasquillo-Perez (ECN 2964) is an adult resident citizen of Vieques, PR.

2192.    Josefina Osorio-Rivera (ECN 2965) is an adult resident citizen of Vieques, PR.

2193.    Iraida Castro-Melendez (ECN 2966) is an adult resident citizen of Vieques, PR.

2194.    Alexandra Emeric-Clemente, an adult resident citizen of Vieques, PR, on behalf of minor child Enrique Marin-Emeric (ECN 2967).

2195.    Maria Delerme-Rodrigues (ECN 2970) is an adult resident citizen of Vieques, PR.

2196.    Luis Belardo-Charlotten (ECN 2971) is an adult resident citizen of Vieques, PR.

2197.    Rosa Pierantoni-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Aldo Ramos-Pierantoni (ECN 2972).

2198.    Carmen Molina-Matos (ECN 2973) is an adult resident citizen of Vieques, PR.

2199.    Glyseida Camacho-Cruz (ECN 2975) is an adult resident citizen of Vieques, PR.

2200.    Zaida Hernandez-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Alama-Hernandez (ECN 2976).

2201.    Ana Felix-Santiago (ECN 2977) is an adult resident citizen of Vieques, PR.

2202.    Julio Alicea (ECN 2979) is an adult resident citizen of Vieques, PR.

2203.    Eugene Lindsey-Ribbetti (ECN 2980) is an adult resident citizen of Vieques, PR.

2204.    Perla Marrero-Bermudez (ECN 2983) is an adult resident citizen of Vieques, PR.

2205.    Armonia de Leon-Colon (ECN 2984) is an adult resident citizen of Vieques, PR.

2206.    Luis Ramos-Rivera (ECN 2985) is an adult resident citizen of Vieques, PR.

2207.    Carlos Hernandez-Ayala (ECN 2986) is an adult resident citizen of Vieques, PR.

2208.    Wanda Maldonado-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Deon Rivera (ECN 2987).

2209.    Sandra Reyes-Velez, an adult resident citizen of Vieques, PR, on behalf of minor child Michael Connely-Reyes (ECN 2988).

2210.    Sandra Reyes-Velez (ECN 2989) is an adult resident citizen of Vieques, PR.

2211.    Edna Marin-Velez (ECN 2992) is an adult resident citizen of Vieques, PR.

2212.    Sandra Reyes-Velez, an adult resident citizen of Vieques, PR, on behalf of minor child  Alexandra Connely-Reyes (ECN 2994).

2213.    Marcial Rivera-Ayala (ECN 2996) is an adult resident citizen of Vieques, PR.

2214.    Sandra Reyes-Velez, an adult resident citizen of Vieques, PR, on behalf of minor child  Kiany Connely-Reyes (ECN 2997).

2215.    Zaida Hernandez-Ayala (ECN 2998) is an adult resident citizen of Vieques, PR.

2216.    Carmen Gonzalez-Carambot (ECN 2999) is an adult resident citizen of Vieques, PR.

2217.    Zuleica Sanchez-Mercado (ECN 3001) is an adult resident citizen of Vieques, PR.

2218.    Luis Acevedo-Pizarro (ECN 3003) is an adult resident citizen of Vieques, PR.

2219.    Rafael Ayala-Ayala (ECN 3004) is an adult resident citizen of Vieques, PR.

2220.    Magali Santos-Rivera (ECN 3005) is an adult resident citizen of Bayamon, PR.

2221.    Iris Concepcion (ECN 3006) is an adult resident citizen of Vieques, PR.

2222.    Jose Soto-Millan (ECN 3007) is an adult resident citizen of Vieques, PR.

2223.    Josefina Garcia-Mojica, an adult resident citizen of Vieques, PR, on behalf of minor child Isaura Torres-Garcia (ECN 3008).

2224.    Magda Bermudez-Justiniano (ECN 3009) is an adult resident citizen of Vieques, PR.

2225.    Rosa Pierantoni-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Dennis Carmona-Pierantoni (ECN 3010).

2226.    Amedee Cruz-Torres (ECN 3011) is an adult resident citizen of Vieques, PR.

2227.    Jaime Camacho-Bonano (ECN 3012) is an adult resident citizen of Vieques, PR.

2228.    Alma Santiago-Saldana (ECN 3014) is an adult resident citizen of Vieques, PR.

2229.    Jose Martinez-Velilla (ECN 3015) is an adult resident citizen of Vieques, PR.

2230.    Delia Ortiz-Reyes (ECN 3016) is an adult resident citizen of Vieques, PR.

2231.    Genaro Moringlanes-Bonano (ECN 3017) is an adult resident citizen of Vieques, PR.

2232.    Jose Monell-Huertas (ECN 3018) is an adult resident citizen of Vieques, PR.

2233.    Ismael Vergne-Justiniano (ECN 3019) is an adult resident citizen of Vieques, PR.

2234.    Cristina Garay-Bonano (ECN 3020) is an adult resident citizen of Vieques, PR.

2235.    Jose Rivera-Acevedo (ECN 3021) is an adult resident citizen of Vieques, PR.

2236.    Omar Rivera-Yambo (ECN 3022) is an adult resident citizen of Vieques, PR.

2237.    Maria Soto-Santiago (ECN 3023) is an adult resident citizen of Vieques, PR.

2238.    Gloria Martinez-Figueroa (ECN 3024) is an adult resident citizen of Vieques, PR.

2239.    Ariel Velazquez-Morales (ECN 3025) is an adult resident citizen of Vieques, PR.

2240.    Glorissette Carle, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Torres-Carle (ECN 3026).

2241.    Islay Arroyo-Castro (ECN 3027) is an adult resident citizen of Vieques, PR.

2242.    Maria Almestica-Garcia (ECN 3030) is an adult resident citizen of Vieques, PR.

2243.    Felix Cruz-Rivera (ECN 3031) is an adult resident citizen of Vieques, PR.

2244.    Wanda Caraballo-Torres, an adult resident citizen of Vieques, PR, on behalf of
minor child Kelvin Lopez-Caraballo (ECN 3033).

2245.    Awilda Cruz-Ramirez (ECN 3035) is an adult resident citizen of Vieques, PR.

2246.    Miguel Ramos-Cepeda (ECN 3038) is an adult resident citizen of Vieques, PR.

2247.    Connie Savary-Leguillou, an adult resident citizen of Vieques, PR, on behalf of
minor child Yanelis Bonano-Savary (ECN 3045).

2248.    Elizabeth Alverez-Pena (ECN 3047) is an adult resident citizen of Vieques, PR.

2249.    Gilberto Fontanez-Alvarez (ECN 3048) is an adult resident citizen of Vieques,
PR.

2250.    Amber Fontanez-Alverez (ECN 3049) is an adult resident citizen of Vieques, PR.

2251.    Gilberto Fontanez-Martinez (ECN 3050) is an adult resident citizen of Vieques,
PR.

2252.    Carmen Reyes-Rodriguez (ECN 3051) is an adult resident citizen of Vieques, PR.

2253.    Mercie Ortega-Esposito (ECN 3052) is an adult resident citizen of Vieques, PR.

2254.    Maria Marin-Fernandez (ECN 3053) is an adult resident citizen of Vieques, PR.

2255.    Carmen Ilarraza-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of
minor child Wilneyka Ortiz-Ilarraza (ECN 3054).

2256.    Cristal Mabry-Oliviery (ECN 3055) is an adult resident citizen of Vieques, PR.

2257.    Crystal Mabry, an adult resident citizen of Vieques, PR, on behalf of minor child
Anibal Alvarez-Mabry (ECN 3056).

2258.    Sandra Olivieri-Cano (ECN 3057) is an adult resident citizen of Vieques, PR.

2259.    Anastacio Sanchez-Gonzalez (ECN 3058) is an adult resident citizen of Vieques, PR.

2260.    Gladys Garcia-Robles (ECN 3059) is an adult resident citizen of Vieques, PR.

2261.    Juan Rucci-Walker (ECN 3060) is an adult resident citizen of Vieques, PR.

2262.    Armando Ortiz-Ilarraza (ECN 3063) is an adult resident citizen of Vieques, PR.

2263.    Carmen Ilarraza-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Rafael Ortiz-Ilarraza (ECN 3064).

2264.    Rafael Ortiz-Lao (ECN 3065) is an adult resident citizen of Vieques, PR.

2265.    Edgardo Rodriguez-Rodriguez (ECN 3066) is an adult resident citizen of Vieques, PR.

2266.    Margarita Martinez-Palm (ECN 3069) is an adult resident citizen of Vieques, PR.

2267.    Connie Savary-Leguillou (ECN 3070) is an adult resident citizen of Vieques, PR.

2268.    Yanelui Avila-Savary (ECN 3071) is an adult resident citizen of Vieques, PR.

2269.    Josefa Gomez-Melendez (ECN 3072) is an adult resident citizen of Vieques, PR.

2270.    Jose Camacho-Ledesma (ECN 3073) is an adult resident citizen of Vieques, PR.

2271.    Carlos Bonano-Perez (ECN 3074) is an adult resident citizen of Vieques, PR.

2272.    Margarita Santos-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Argenis Navarro-Romero (ECN 3076).

2273.    Mercedez Bonano-Perez (ECN 3077) is an adult resident citizen of Vieques, PR.

2274.    Migdalia Belardo-Williams (ECN 3078) is an adult resident citizen of Vieques, PR.

2275.    Yashira Bonano-Perez (ECN 3079) is an adult resident citizen of Vieques, PR.

2276.    Migdalia Belardo-Williams, an adult resident citizen of Vieques, PR, on behalf of minor child Lizaidy Cuenca-Belardo (ECN 3080).

2277.    Margarita Santos-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child William Navarro-Romero (ECN 3081).

2278.    Juana Tavarez-Lopez (ECN 3084) is an adult resident citizen of Vieques, PR.

2279.    Mildred Becerril-Gonzalez (ECN 3085) is an adult resident citizen of Vieques, PR.

2280.    Lydia Gonzalez-Pagan (ECN 3086) is an adult resident citizen of Vieques, PR.

2281.    Norma Morales-Navarro (ECN 3087) is an adult resident citizen of Vieques, PR.

2282.    Mercedes Perez-Castro (ECN 3088) is an adult resident citizen of Vieques, PR.

2283.    Sara Maldonado-Brache (ECN 3090) is an adult resident citizen of Vieques, PR.

2284.    Eustaquio Salgado-Belardo (ECN 3091) is an adult resident citizen of Vieques, PR.

2285.    Joanna Garcia-Cortijo (ECN 3092) is an adult resident citizen of Vieques, PR.

2286.    Josefina Osorio-Santos (ECN 3093) is an adult resident citizen of Vieques, PR.

2287.    Walter Delerme-Santiago (ECN 3095) is an adult resident citizen of Vieques, PR.

2288.    Angel Rivera-Morales (ECN 3097) is an adult resident citizen of Ceiba, PR.

2289.    Luis Serrano-Torres (ECN 3098) is an adult resident citizen of Vieques, PR.

2290.    Aira Lao-Martinez (ECN 3099) is an adult resident citizen of Vieques, PR.

2291.    Juan Mercado-Gonzalez (ECN 3100) is an adult resident citizen of Vieques, PR.

2292.    Victor Ramos-Sanes (ECN 3101) is an adult resident citizen of Vieques, PR.

2293.    Josian Ramos-Perez (ECN 3102) is an adult resident citizen of Vieques, PR.

2294.    Mayra Irizarry-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Ilianexis Delerme-Irizarry (ECN 3103).

2295.    Hector Legrand (ECN 3104) is an adult resident citizen of Vieques, PR.

2296.    Ada Romero-Ilarraza (ECN 3106) is an adult resident citizen of Vieques, PR.

2297.    Myriam Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Rosa Rivera-Rivera (ECN 3107).

2298.    Myriam Rivera-Moringlanes (ECN 3108) is an adult resident citizen of Vieques, PR.

2299.    Nayda Bermudez-Acosta (ECN 3109) is an adult resident citizen of Vieques, PR.

2300.    Francisco Garcia-Bermudez (ECN 3111) is an adult resident citizen of Vieques, PR.

2301.    Nysaida Garcia-Bermudez (ECN 3112) is an adult resident citizen of Vieques, PR.

2302.    Brendalisse Rivera-Paris (ECN 3113) is an adult resident citizen of Vieques, PR.

2303.    Ruben Bonano-Villanreal (ECN 3114) is an adult resident citizen of Vieques, PR.

2304.    Alfredo Fontanez-Carrion (ECN 3115) is an adult resident citizen of Vieques, PR.

2305.    Migdalia Ortiz-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Fontanez-Ortiz (ECN 3116).

2306.    Gladys Soto-Pacheco, an adult resident citizen of Vieques, PR, on behalf of minor child Nashalie Flores-Soto (ECN 3118).

2307.    Jaidie Acosta-Ventura, an adult resident citizen of Vieques, PR, on behalf of minor child Taisha Torres-Acosta (ECN 3119).

2308.    Jaidie Acosta-Ventura (ECN 3120) is an adult resident citizen of Vieques, PR.

2309.    Gloria Maldonado-Brache (ECN 3121) is an adult resident citizen of Vieques, PR.

2310.    Jaidie Acosta-Ventura, an adult resident citizen of Vieques, PR, on behalf of minor child Jad Torres-Acosta (ECN 3122).

2311.    Luis Martinez-Perez (ECN 3124) is an adult resident citizen of Vieques, PR.

2312.    Adlymar Torres-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Elmer Lopez-Torres (ECN 3125).

2313.    Adlymar Torres-Rodriguez (ECN 3126) is an adult resident citizen of Vieques, PR.

2314.    Carlos Maldonado-Brache (ECN 3128) is an adult resident citizen of Vieques, PR.

2315.    Rosa Lopez-Ojeda, an adult resident citizen of Vieques, PR, on behalf of minor child Sergio Rodriguez-Lopez (ECN 3129).

2316.    Rosa Lopez-Ojeda, an adult resident citizen of Vieques, PR, on behalf of minor child Rosedith Rodriguez-Lopez (ECN 3130).

2317.    Rosa Lopez-Ojeda, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Rodriguez-Lopez (ECN 3131).

2318.    Migdalia Ortiz-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Keyla Fontanez-Ortiz (ECN 3133).

2319.    Desire Suarez-Belardo (ECN 3134) is an adult resident citizen of Vieques, PR.

2320.    Ivan Camacho-Belardo (ECN 3135) is an adult resident citizen of Vieques, PR.

2321.    Migdalia Belardo-William, an adult resident citizen of Vieques, PR, on behalf of minor child Xavier Ramos-Belardo (ECN 3136).

2322.     Mayra Irizary-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Yanexis Delerme-Irizarry (ECN 3139).

2323.     Mayra Irizary-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Yarexis Delerme-Irizarry (ECN 3140).

2324.     Olga Rivera-Gonzalez (ECN 3141) is an adult resident citizen of Vieques, PR.

2325.     Mayra Irizarry-Soto (ECN 3142) is an adult resident citizen of Vieques, PR.

2326.     Idalia Camacho-Belardo (ECN 3148) is an adult resident citizen of Vieques, PR.

2327.     Mercedez Perez-Castro, an adult resident citizen of Vieques, PR, on behalf of minor child Yaraines Bonano-Perez (ECN 3150).

2328.     Susana Sanchez-Velez, an adult resident citizen of Vieques, PR as tutor on behalf of Camelia Velez-Guadalupe (ECN 3155).

2329.     Iris Rivera-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Franky Medina-Santiago (ECN 3156).

2330.     Iris Rivera-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Isabelo Medina-Santiago (ECN 3157).

2331.     Yessika Medina-Santiago (ECN 3158) is an adult resident citizen of Vieques, PR.

2332.     Pamela Medina-Santiago (ECN 3159) is an adult resident citizen of Vieques, PR.

2333.     Iris Rivera-Santiago (ECN 3160) is an adult resident citizen of Vieques, PR.

2334.     Iris Rivera-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Jorge Santos-Santiago (ECN 3161).

2335.     Aida Brache-Maldonado (ECN 3162) is an adult resident citizen of Vieques, PR.

2336.     Jilia Ayala-Melendez, an adult resident citizen of Vieques, PR as tutor on behalf of  Cecilia Melendez-Ayala (ECN 3163).

2337.     Migdalia Carrillo-Rodriguez (ECN 3164) is an adult resident citizen of Vieques, PR.

2338.     Marangely Encarnacion-Osorio (ECN 3165) is an adult resident citizen of Vieques, PR.

2339.     Noel Cruz-Santos (ECN 3166) is an adult resident citizen of Vieques, PR.

2340.     Ernesto Pena-Carambot (ECN 3167) is an adult resident citizen of Vieques, PR.

2341.     Samuel Santiago-Rivera (ECN 3169) is an adult resident citizen of Vieques, PR.

2342.     Cesario Figueroa-Carrillo (ECN 3178) is an adult resident citizen of Vieques, PR.

2343.     Mayra Mulero-Carrillo (ECN 3180) is an adult resident citizen of Vieques, PR.

2344.     Yanira Tirado-Reyes (ECN 3181) is an adult resident citizen of Vieques, PR.

2345.     Wanda Carrasquillo-Tirado, an adult resident citizen of Vieques, PR, on behalf of minor child Xavier Tirado-Reyes (ECN 3182).

2346.     Wanda Carrasquillo-Tirado (ECN 3183) is an adult resident citizen of Vieques, PR.

2347.     Carmen Gonzalez-Alicea (ECN 3184) is an adult resident citizen of Vieques, PR.

2348.     Ramona Melendez-Gomez (ECN 3185) is an adult resident citizen of Vieques, PR.

2349.     Mayra Mulero-Carrillo, an adult resident citizen of Vieques, PR as tutor on behalf of Tomas Mulero-Castro (ECN 3186).

2350.     Maria Garcia-Osorio (ECN 3187) is an adult resident citizen of Vieques, PR.

2351.     Maria Almestica-Augustine (ECN 3189) is an adult resident citizen of Vieques, PR.

2352.     William Aleman-Lopez (ECN 3190) is an adult resident citizen of Vieques, PR.

2353.     Yolanda Cruz-Roldan (ECN 3191) is an adult resident citizen of Vieques, PR.

2354.     Ruth Legran-Rosario (ECN 3192) is an adult resident citizen of Vieques, PR.

2355.     Harry Tirado-Reyes (ECN 3194) is an adult resident citizen of Vieques, PR.

2356.     Mercedez Rivera-Rivera (ECN 3196) is an adult resident citizen of Vieques, PR.

2357.     Pedro Nasario-Encarnacion (ECN 3197) is an adult resident citizen of Vieques, PR.

2358.     Enrique Abreu-Pimentel (ECN 3198) is an adult resident citizen of Vieques, PR.

2359.     Timothy Scott-Raymond (ECN 3199) is an adult resident citizen of Vieques, PR.

2360.     Ilsa Ortiz-Ortiz (ECN 3202) is an adult resident citizen of Vieques, PR.

2361.     Raymond Figueroa-Cruz (ECN 3203) is an adult resident citizen of Vieques, PR.

2362.     Joseph Console-Spina (ECN 3204) is an adult resident citizen of Vieques, PR.

2363.     Wilmarie Cintron-Portela (ECN 3205) is an adult resident citizen of Vieques, PR.

2364.     Corporino Ayala-Carmona (ECN 3206) is an adult resident citizen of Vieques, PR.

2365.     Monica Feliciano-Quinonez (ECN 3209) is an adult resident citizen of Vieques, PR.

2366.     Luis Santiago-Medina (ECN 3210) is an adult resident citizen of Vieques, PR.

2367.     Luisa Peterson-Guzman (ECN 3211) is an adult resident citizen of Vieques, PR.

2368.     Severino Torres-Mojica (ECN 3212) is an adult resident citizen of Vieques, PR.

2369.     Jose Padilla-Garcia (ECN 3213) is an adult resident citizen of Vieques, PR.

2370.     Edwin Esperanza-Ortiz (ECN 3214) is an adult resident citizen of Vieques, PR.

2371.     Vannesa Lozada-Fernandez (ECN 3215) is an adult resident citizen of Vieques, PR.

2372.    Zulmira Portela-Costa (ECN 3216) is an adult resident citizen of Vieques, PR.

2373.    Eugenio Carrillo-Monell (ECN 3218) is an adult resident citizen of Vieques, PR.

2374.    Leslie Santos-Acosta (ECN 3219) is an adult resident citizen of Vieques, PR.

2375.    Victor Catarinean-Emeric (ECN 3220) is an adult resident citizen of Vieques, PR.

2376.    Sylvia Rivera-Rivera (ECN 3221) is an adult resident citizen of Vieques, PR.

2377.    Irma Osorio-Santos, an adult resident citizen of Vieques, PR, on behalf of minor
child Kiara Santos-Ledesma (ECN 3222).

2378.    Dulce Albandoz-Ortiz (ECN 3223) is an adult resident citizen of Vieques, PR.

2379.    Ana Albandoz-Abreu (ECN 3224) is an adult resident citizen of Vieques, PR.

2380.    Aida Martinez-Legran (ECN 3226) is an adult resident citizen of Vieques, PR.

2381.    Angel Bermudez-Sanes (ECN 3227) is an adult resident citizen of Vieques, PR.

2382.    Jose Sanes-Aguilera (ECN 3228) is an adult resident citizen of Vieques, PR.

2383.    Manuel Serrano-Carmona (ECN 3229) is an adult resident citizen of Connecticut,
NY.

2384.    Jesus Velez-Bermudez (ECN 3230) is an adult resident citizen of Vieques, PR.

2385.    Noemi Coronel-Rosado (ECN 3232) is an adult resident citizen of Vieques, PR.

2386.    Noemi Coronel-Rosado, an adult resident citizen of Vieques, PR, on behalf of
minor child Xamalier Rivera-Coronel (ECN 3233).

2387.    Salomon Rivera-Sanchez (ECN 3234) is an adult resident citizen of Vieques, PR.

2388.    Ismael Ayala-Rivera (ECN 3237) is an adult resident citizen of Vieques, PR.

2389.    Jose Rivera-Ayala (ECN 3238) is an adult resident citizen of Vieques, PR.

2390.    Genera Ramos-Cruz (ECN 3239) is an adult resident citizen of Vieques, PR.

2391.    Juan Carrero-Rivera (ECN 3240) is an adult resident citizen of Vieques, PR.

2392.    Ana Valentin-Sanchez (ECN 3242) is an adult resident citizen of Vieques, PR.

2393.    Luis Perez-Figueroa (ECN 3243) is an adult resident citizen of Vieques, PR.

2394.    Raul Vargas-Ramirez (ECN 3245) is an adult resident citizen of Vieques, PR.

2395.    Juan Ayala-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Zuleimarie Navarro-Cruz (ECN 3246).

2396.    Wilfredo Matos-Rosario (ECN 3247) is an adult resident citizen of Vieques, PR.

2397.    Jose Casillas-Rodrigues (ECN 3248) is an adult resident citizen of Vieques, PR.

2398.    Santos Rivera-Ayala (ECN 3249) is an adult resident citizen of Vieques, PR.

2399.    Rosalia Sanes-Torres (ECN 3250) is an adult resident citizen of Vieques, PR.

2400.    Lazaro Martinez-Rivera (ECN 3251) is an adult resident citizen of Vieques, PR.

2401.    Luis Perez-Matos (ECN 3255) is an adult resident citizen of Vieques, PR.

2402.    Jason Tapia-Figueroa (ECN 3257) is an adult resident citizen of Vieques, PR.

2403.    Emmanuel Carmona-Rivera (ECN 3259) is an adult resident citizen of Vieques, PR.

2404.    Hector Melendez-Rivera (ECN 3260) is an adult resident citizen of Vieques, PR.

2405.    Genera Ramos-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Ana Ramos-Gerena (ECN 3261).

2406.    Brenda Rivera (ECN 3263) is an adult resident citizen of Vieques, PR.

2407.    Angel Gonzalez-Lopez (ECN 3264) is an adult resident citizen of Vieques, PR.

2408.    Margarita Cruz-Acosta (ECN 3267) is an adult resident citizen of Vieques, PR.

2409.    Jose Garcia-Morales (ECN 3268) is an adult resident citizen of Vieques, PR.

2410.    Lucy Sanes-Garcia (ECN 3269) is an adult resident citizen of Vieques, PR.

2411.    Joyce Garcia-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Abdier Cruz-Rivera (ECN 3270).

2412.    David Santiago-Melendez (ECN 3271) is an adult resident citizen of Vieques, PR.

2413.    Glorivy Ayala-Cuenca, an adult resident citizen of Vieques, PR, on behalf of minor child Adlymar Ayala (ECN 3272).

2414.    Pascual Carmona-De Jesus (ECN 3273) is an adult resident citizen of Vieques, PR.

2415.    Edgardo Boulogne-Rivera (ECN 3274) is an adult resident citizen of Vieques, PR.

2416.    Jose Maldonado (ECN 3275) is an adult resident citizen of Vieques, PR.

2417.    Carlos Garay-Rivera (ECN 3278) is an adult resident citizen of Vieques, PR.

2418.    Maria Gonzalez-Lopez (ECN 3279) is an adult resident citizen of Vieques, PR.

2419.    Orvine Martinez-Martinez (ECN 3281) is an adult resident citizen of Vieques, PR.

2420.    Ana Garcia-Bonano (ECN 3282) is an adult resident citizen of Vieques, PR.

2421.    Felix Acosta-Maldonado (ECN 3283) is an adult resident citizen of Vieques, PR.

2422.    Salvador Rodriguez-Colon (ECN 3284) is an adult resident citizen of Vieques, PR.

2423.    Hilda Carambot-Legrand (ECN 3285) is an adult resident citizen of Vieques, PR.

2424.    Francisco Perez-Ayala (ECN 3287) is an adult resident citizen of Vieques, PR.

2425.    Gladys Corcino-Martinez (ECN 3288) is an adult resident citizen of Vieques, PR.

2426.    Yarilis Cintron-Romero (ECN 3289) is an adult resident citizen of Vieques, PR.

2427.    Wilfredo Esquerete-Monell (ECN 3290) is an adult resident citizen of Vieques, PR.

2428.     Diana Rucci-Lopez (ECN 3293) is an adult resident citizen of Vieques, PR.

2429.     Miriam Huertas-de Jesus (ECN 3294) is an adult resident citizen of Vieques, PR.

2430.     Ramon Silva-Casanova (ECN 3295) is an adult resident citizen of Vieques, PR.

2431.     Elba Cortez-Belardo (ECN 3296) is an adult resident citizen of Vieques, PR.

2432.     Socorro Mora-Diaz (ECN 3297) is an adult resident citizen of San Juan, PR.

2433.     Victor Gomez-Carambot (ECN 3298) is an adult resident citizen of Vieques, PR.

2434.     Olaya Hernandez-Ortiz (ECN 3300) is an adult resident citizen of Vieques, PR.

2435.     Maria Torrens-Rivera (ECN 3301) is an adult resident citizen of Vieques, PR.

2436.     Eddie Rosa-Ponce (ECN 3302) is an adult resident citizen of Vieques, PR.

2437.     Gloria Cruz-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Yaneisha Angelie-Cruz (ECN 3303).

2438.     Lambert Talesford, Jr. (ECN 3304) is an adult resident citizen of Vieques, PR.

2439.     Esteban Guishard-Rivera (ECN 3305) is an adult resident citizen of Vieques, PR.

2440.     Emma Santiago-Melendez (ECN 3306) is an adult resident citizen of Vieques, PR.

2441.     Jose Ruiz-Reyes (ECN 3307) is an adult resident citizen of Vieques, PR.

2442.     Eugenio Carrasquillo-Torres (ECN 3308) is an adult resident citizen of Vieques, PR.

2443.     Sandra Candarilla-Castellano, an adult resident citizen of Vieques, PR as guardian on behalf of Francisco Gandarilla-Melendez (ECN 3309).

2444.     Kenia Rivera-Carmona (ECN 3310) is an adult resident citizen of Vieques, PR.

2445.     Jose Vazquez-Carmona (ECN 3311) is an adult resident citizen of Vieques, PR.

2446.     Damian Miranda-Felix (ECN 3315) is an adult resident citizen of Vieques, PR.

2447.    Elia Leguillou-Tirado (ECN 3317) is an adult resident citizen of Vieques, PR.

2448.    Luz Martinez-Romero (ECN 3318) is an adult resident citizen of Vieques, PR.

2449.    Carmela Roldan-de Jesus (ECN 3319) is an adult resident citizen of Vieques, PR.

2450.    Alba Rodriguez-Gonzalez (ECN 3322) is an adult resident citizen of Springfield, MA.

2451.    Nidma Santos-Serrano (ECN 3323) is an adult resident citizen of Vieques, PR.

2452.    Luis Serrano-Santos (ECN 3324) is an adult resident citizen of Vieques, PR.

2453.    Domingo Cruz-Melendez (ECN 3325) is an adult resident citizen of Vieques, PR.

2454.    Eddie Figueroa-Santos (ECN 3326) is an adult resident citizen of Vieques, PR.

2455.    Owen Nereaux-Tilley, Jr. (ECN 3327) is an adult resident citizen of Vieques, PR.

2456.    Abdiel Carambot-Perez (ECN 3328) is an adult resident citizen of Vieques, PR.

2457.    Nitza Perez-Acevedo (ECN 3329) is an adult resident citizen of Vieques, PR.

2458.    Abigail Velazquez-Felix (ECN 3330) is an adult resident citizen of Vieques, PR.

2459.    Alfredo Smith-Perry (ECN 3331) is an adult resident citizen of Vieques, PR.

2460.    Angel Pimentel-Marin (ECN 3332) is an adult resident citizen of Vieques, PR.

2461.    Petra Morales-Suarez (ECN 3333) is an adult resident citizen of Vieques, PR.

2462.    Hector Torres-Silva (ECN 3334) is an adult resident citizen of Vieques, PR.

2463.    Maria Negron-Morales (ECN 3335) is an adult resident citizen of Vieques, PR.

2464.    Ledis Gomez-Osorio (ECN 3336) is an adult resident citizen of Vieques, PR.

2465.    Luis Cepeda-Ramos (ECN 3337) is an adult resident citizen of Vieques, PR.

2466.    Antonia Ortiz-Sanes (ECN 3338) is an adult resident citizen of Vieques, PR.

2467.    Eddie Ortiz-Melendez (ECN 3339) is an adult resident citizen of Vieques, PR.

2468.    Carlos Cruz-Ayala (ECN 3340) is an adult resident citizen of Vieques, PR.

2469.    Angela Molina-Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Kayra Molina-Garcia (ECN 3342).

2470.    Angela Molina-Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Nelangely Molina-Garcia (ECN 3343).

2471.    Severino Fuentes-Osorio (ECN 3344) is an adult resident citizen of Vieques, PR.

2472.    Jose Camacho-Acevedo (ECN 3345) is an adult resident citizen of Vieques, PR.

2473.    Jose Perez-Barretto (ECN 3346) is an adult resident citizen of Vieques, PR.

2474.    Denis Ilarraza-Clark (ECN 3347) is an adult resident citizen of Vieques, PR.

2475.    Lillian Leftwich (ECN 3348) is an adult resident citizen of Philadelphia, PA.

2476.    Charlie Diaz-Radiano (ECN 3349) is an adult resident citizen of Vieques, PR.

2477.    Angel Diaz-Felix (ECN 3350) is an adult resident citizen of Vieques, PR.

2478.    Rafaela Melendez-Miray (ECN 3352) is an adult resident citizen of Rio Piedras, PR.

2479.    Carmen Rivera-Rosa (ECN 3354) is an adult resident citizen of Vieques, PR.

2480.    Justina Lopez-Rivera (ECN 3355) is an adult resident citizen of Vieques, PR.

2481.    Marc DeLucia (ECN 3356) is an adult resident citizen of Vieques, PR.

2482.    Maximo Ramos-Parrilla (ECN 3357) is an adult resident citizen of Vieques, PR.

2483.    Brad Bendele-Sanderson (ECN 3358) is an adult resident citizen of Vieques, PR.

2484.    Cristina Guadalupe-Cruz (ECN 3359) is an adult resident citizen of Vieques, PR.

2485.    Luz Mojica-Perez (ECN 3360) is an adult resident citizen of Vieques, PR.

2486.    Haydee Perea-Velazquez (ECN 3363) is an adult resident citizen of Vieques, PR.

2487.    Drucila Oyola-Velazquez, an adult resident citizen of Vieques, PR, on behalf of minor child Kristy Ojeda-Velazquez (ECN 3364).

2488.    Julio Cardona-Sierra (ECN 3365) is an adult resident citizen of Bronx, NY.

2489.    Pablo Velazquez-Roldan (ECN 3366) is an adult resident citizen of Vieques, PR.

2490.    Drucila Oyola-Velazquez (ECN 3367) is an adult resident citizen of Vieques, PR.

2491.    Edwin Ojeda-Carrasquillo (ECN 3368) is an adult resident citizen of Vieques, PR.

2492.    Jonathan Cruz-Cruz (ECN 3370) is an adult resident citizen of Vieques, PR.

2493.    Samuel Vega-Ortiz (ECN 3371) is an adult resident citizen of Vieques, PR.

2494.    Sofia Roldan-Carrasquillo (ECN 3372) is an adult resident citizen of Vieques, PR.

2495.    Marilia Soto-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of
minor child Hermarie Torres-Soto (ECN 3374).

2496.    Mayra Rodriguez-Figueroa (ECN 3375) is an adult resident citizen of Vieques,
PR.

2497.    Sonia Encarnacion-Rivera (ECN 3377) is an adult resident citizen of Vieques, PR.

2498.    Mayra Figueroa-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of
minor child Xiomara Ponce-Rodriguez (ECN 3379).

2499.    Mayra Figueroa-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of
minor child Moises Ponce-Rodriguez (ECN 3380).

2500.    Moises Ponce-Felix (ECN 3381) is an adult resident citizen of Vieques, PR.

2501.    Elizabeth Ponce-Rodriguez (ECN 3382) is an adult resident citizen of Vieques,
PR.

2502.    Yamaira Ponce-Rodriguez (ECN 3383) is an adult resident citizen of Vieques,
PR.

2503.    Zuleika Ponce-Rodriguez (ECN 3384) is an adult resident citizen of Vieques, PR.

2504.    Esther Tirado-Guevara (ECN 3385) is an adult resident citizen of Vieques, PR.

2505.    Hipolito Cruz-Acosta (ECN 3386) is an adult resident citizen of Vieques, PR.

2506.    Leila Parrilla-Davis (ECN 3387) is an adult resident citizen of Vieques, PR.

2507.    Alberto Soltren-Cruz (ECN 3388) is an adult resident citizen of Vieques, PR.

2508.    Pedro Herrera-Perez (ECN 3389) is an adult resident citizen of Vieques, PR.

2509.    Josefina Parrilla-Leguillou (ECN 3390) is an adult resident citizen of Vieques, PR.

2510.    Pedro Rodriguez-Marin (ECN 3392) is an adult resident citizen of Vieques, PR.

2511.    Alixter Ortiz-Rivera (ECN 3393) is an adult resident citizen of Fajardo, PR.

2512.    Amina Rodriguez-Ortiz (ECN 3394) is an adult resident citizen of Fajardo, PR.

2513.    Ruben Ayala-Perez (ECN 3395) is an adult resident citizen of Vieques, PR.

2514.    Jose Perez-Colon (ECN 3396) is an adult resident citizen of Vieques, PR.

2515.    Sherly Cruz-Colon (ECN 3398) is an adult resident citizen of Vieques, PR.

2516.    Sheila Colon-Perez (ECN 3399) is an adult resident citizen of Vieques, PR.

2517.    Maria Garcia-Mercado (ECN 3400) is an adult resident citizen of Vieques, PR.

2518.    Michael Gallipeau (ECN 3401) is an adult resident citizen of Vieques, PR.

2519.    Raul Martinez-de Jesus (ECN 3403) is an adult resident citizen of Vieques, PR.

2520.    Eduardo Perez-Ayala (ECN 3404) is an adult resident citizen of Vieques, PR.

2521.    Miguel Corcino-Maldonado (ECN 3405) is an adult resident citizen of Vieques, PR.

2522.    Hector Melendez-Ventura (ECN 3406) is an adult resident citizen of Vieques, PR.

2523.    Maribel Matta-Brown, an adult resident citizen of Vieques, PR, on behalf of minor child Victor Matta-Almodouar (ECN 3408).

2524.    Susan Higgins (ECN 3409) is an adult resident citizen of Vieques, PR.

2525.    Raymond Reilly-Walker (ECN 3410) is an adult resident citizen of Vieques, PR.

2526.    Nelly Christian-Ayala (ECN 3411) is an adult resident citizen of Vieques, PR.

2527.    Jose Cruz-Bonillas (ECN 3412) is an adult resident citizen of Vieques, PR.

2528.    Raymundo Asencio-Ponce (ECN 3413) is an adult resident citizen of Vieques, PR.

2529.    Maribel Matta-Brown, an adult resident citizen of Vieques, PR, on behalf of minor child Victor Matta-Almodouar (ECN 3415).

2530.    Laura Lynn-Rosa (ECN 3416) is an adult resident citizen of Vieques, PR.

2531.    Maria Osorio-Benitez (ECN 3418) is an adult resident citizen of Vieques, PR.

2532.    Carlos Osorio-Benitez (ECN 3419) is an adult resident citizen of Vieques, PR.

2533.    Reynaldo Calzada-Encarnacion (ECN 3421) is an adult resident citizen of Vieques, PR.

2534.    Minerva Perez-Ventura (ECN 3422) is an adult resident citizen of Vieques, PR.

2535.    Jessica Perez-Ventura (ECN 3423) is an adult resident citizen of Vieques, PR.

2536.    Denisse Ventura-Perez (ECN 3424) is an adult resident citizen of Vieques, PR.

2537.    Jose Cadiz-Lao (ECN 3425) is an adult resident citizen of Vieques, PR.

2538.    Sixto Suarez-Bennett (ECN 3426) is an adult resident citizen of Vieques, PR.

2539.    Basilisa Soto-Feliciano (ECN 3427) is an adult resident citizen of Vieques, PR.

2540.    Acisclo Figueroa-Rosario (ECN 3428) is an adult resident citizen of Vieques, PR.

2541.    Miguel Rodriguez-Bonano (ECN 3429) is an adult resident citizen of Vieques, PR.

2542.    Guillermo Velazquez-Cruz (ECN 3430) is an adult resident citizen of Vieques, PR.

2543.    Miguel Quinonez-Melendez (ECN 3432) is an adult resident citizen of Vieques, PR.

2544.    Pedro Ortiz-Carrillo (ECN 3433) is an adult resident citizen of Vieques, PR.

2545.    William Alexis-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Alexis Bayron-Cruz (ECN 3434).

2546.    William Ayala-Cruz (ECN 3435) is an adult resident citizen of Vieques, PR.

2547.    Brunilda Luis-Rivera (ECN 3436) is an adult resident citizen of Vieques, PR.

2548.    Miguel Rodriguez-Bonano (ECN 3437) is an adult resident citizen of Vieques, PR.

2549.    Victor Carambot-Romero (ECN 3438) is an adult resident citizen of Vieques, PR.

2550.    Placida Leguillou-Parrilla (ECN 3440) is an adult resident citizen of Vieques, PR.

2551.    Armando Lopez-Alvarez (ECN 3441) is an adult resident citizen of Vieques, PR.

2552.    Herminia Ortiz-Suarez (ECN 3442) is an adult resident citizen of Vieques, PR.

2553.    Luz Corcino-Gerena (ECN 3443) is an adult resident citizen of Vieques, PR.

2554.    Frances Cruz-Colon (ECN 3444) is an adult resident citizen of Vieques, PR.

2555.    Vilma Otero-Gonzalez (ECN 3445) is an adult resident citizen of Vieques, PR.

2556.    Lidia Otero-Ayala (ECN 3447) is an adult resident citizen of Vieques, PR.

2557.    Ivan Irizarry-Lugaro (ECN 3449) is an adult resident citizen of Vieques, PR.

2558.    Lidia Corcino-Gerena (ECN 3450) is an adult resident citizen of Vieques, PR.

2559.    Iluminada Rosa-Rivera (ECN 3452) is an adult resident citizen of Vieques, PR.

2560.    Juan Colon-Mendez (ECN 3453) is an adult resident citizen of Naguabo, PR.

2561.    Roberto Garcia-Diaz (ECN 3454) is an adult resident citizen of Naguabo, PR.

2562.    Estrellita Zapata-Montero (ECN 3455) is an adult resident citizen of Vieques, PR.

2563.    Jonathan Guzman-Torres (ECN 3457) is an adult resident citizen of Vieques, PR.

2564.    Siomary Guzman-Torres (ECN 3458) is an adult resident citizen of Vieques, PR.

2565.    Luis Guzman-Lopez (ECN 3459) is an adult resident citizen of Vieques, PR.

2566.    Maria Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Tamara Guzman-Lopez (ECN 3460).

2567.    Julita Hernandez-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Anisha Cruz-Hernandez (ECN 3461).

2568.    Nishma Felix-Diaz (ECN 3463) is an adult resident citizen of Vieques, PR.

2569.    Hector Cintron-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Taisha Felix-Cintron (ECN 3464).

2570.    Angel Rodriguez-Mackenzie (ECN 3465) is an adult resident citizen of Vieques, PR.

2571.    Wanda Hernandez-Carmona (ECN 3467) is an adult resident citizen of Vieques, PR.

2572.    Ivia Cruz-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Charlie Diaz-Cruz (ECN 3469).

2573.    Carmen Rivera-Martinez (ECN 3470) is an adult resident citizen of Vieques, PR.

2574.    Jonathan Burgos-Navedo (ECN 3475) is an adult resident citizen of Vieques, PR.

2575.    Angela Burgos-Navedo (ECN 3476) is an adult resident citizen of Vieques, PR.

2576.    Maria Tapia-Franco, an adult resident citizen of Vieques, PR, on behalf of minor child Lyann Melendez-Tapia (ECN 3477).

2577.    Glennys Aloyo-Tapia (ECN 3478) is an adult resident citizen of Vieques, PR.

2578.    Josselyn Corcino-Martinez (ECN 3479) is an adult resident citizen of Vieques, PR.

2579.    Jenisse Corcino-Martinez (ECN 3480) is an adult resident citizen of Vieques, PR.

2580.    Georgina Cruz-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Johnnathan Quinonez-Cruz (ECN 3481).

2581.    Carlos , Jr. (ECN 3483) is an adult resident citizen of Vieques, PR.

2582.    Josefa Garcia-Cruz (ECN 3485) is an adult resident citizen of Vieques, PR.

2583.    Nidma Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Giovannie Barbosa-Garcia (ECN 3486).

2584.    Nidma Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Josue Barbosa-Garcia (ECN 3487).

2585.    Nidma Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Natasha Barbosa-Garcia (ECN 3488).

2586.    Nidma Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Yariel Barbosa-Garcia (ECN 3489).

2587.    Eli Santos-Garcia (ECN 3491) is an adult resident citizen of Vieques, PR.

2588.    Maria Torres (ECN 3492) is an adult resident citizen of Vieques, PR.

2589.    Emiliy Denton (ECN 3493) is an adult resident citizen of Vieques, PR.

2590.    Carmen Bonano-Pizarro, an adult resident citizen of Vieques, PR, on behalf of minor child Eliseo Melendez-Bonano (ECN 3497).

2591.    Elizabeth Guerra-Navedo (ECN 3509) is an adult resident citizen of Vieques, PR.

2592.    Nitza Ventura-Isales, an adult resident citizen of Vieques, PR, on behalf of minor child Kiara Pimentel-Ventura (ECN 3510).

2593.    Nitza Ventura-Isales, an adult resident citizen of Vieques, PR, on behalf of minor child Delvin Pimentel-Ventura (ECN 3511).

2594.    Elianid Molina-Ayala (ECN 3513) is an adult resident citizen of Vieques, PR.

2595.    Jose Adams-Soto (ECN 3521) is an adult resident citizen of Vieques, PR.

2596.    Zulayka Calderon-Osorio (ECN 3522) is an adult resident citizen of Vieques, PR.

2597.    Luciano Mojica (ECN 3523) is an adult resident citizen of Vieques, PR.

2598.    Jose Davila-Marrero (ECN 3524) is an adult resident citizen of Ceiba, PR.

2599.    Domingo Garcia-Parrilla (ECN 3526) is an adult resident citizen of Naguabo, PR.

2600.    Rafael Noble-Garcia (ECN 3527) is an adult resident citizen of Naguabo, PR.

2601.    Miguel Diaz-Figueroa (ECN 3528) is an adult resident citizen of Fajardo, PR.

2602.    Orlando Nieves-Pena (ECN 3529) is an adult resident citizen of Ceiba, PR.

2603.    Isabelo Figueroa-Ramos (ECN 3530) is an adult resident citizen of Naguabo, PR.

2604.    Miguel Pinero-Figueroa (ECN 3531) is an adult resident citizen of Ceiba, PR.

2605.    Rafael Cruz-Cruz (ECN 3532) is an adult resident citizen of Fajardo, PR.

2606.    Sixto Robles-Garcia (ECN 3534) is an adult resident citizen of Naguabo, PR.

2607.    Hilda Monell-Torrens (ECN 3535) is an adult resident citizen of Vieques, PR.

2608.    Carmen Rios-Vegas (ECN 3536) is an adult resident citizen of Vieques, PR.

2609.    Carlos Felix-Mercado (ECN 3538) is an adult resident citizen of Vieques, PR.

2610.    Zoraida Gavino-Rivera (ECN 3539) is an adult resident citizen of Vieques, PR.

2611.    Emma Ramos-Rentas (ECN 3542) is an adult resident citizen of Vieques, PR.

2612.    Ivis Cruz-Avila, an adult resident citizen of Vieques, PR, on behalf of minor child Efrain Rodriguez-Cruz (ECN 3545).

2613.    Jose Gavino-Hernandez (ECN 3546) is an adult resident citizen of Vieques, PR.

2614.    Juan Camacho-Nieves (ECN 3547) is an adult resident citizen of Vieques, PR.

2615.    Nicolas Garcia-Gonzalez (ECN 3549) is an adult resident citizen of Vieques, PR.

2616.    Ivis Cruz-Avila (ECN 3550) is an adult resident citizen of Vieques, PR.

2617.    Julia Carmona-Encarnacion (ECN 3551) is an adult resident citizen of Vieques, PR.

2618.    Paulina Felix-Encarnacion (ECN 3552) is an adult resident citizen of Vieques, PR.

2619.    Jose Gavino-Cruz (ECN 3553) is an adult resident citizen of Vieques, PR.

2620.    Laura Parrilla-Torres, an adult resident citizen of Vieques, PR as tutor on behalf of Victorino Parrilla-Torres (ECN 3554).

2621.    Edgardo Torres-Gomez an adult resident citizen of Vieques, PR, on behalf of minor child Ashleyris Torres-Ruiz (ECN 3555).

2622.    Brenda Molina-Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Xiomara Torres-Molina (ECN 3556).

2623.    Myriam Felix-Franco (ECN 3564) is an adult resident citizen of Vieques, PR.

2624.    Haydee Sanes-Cotto, an adult resident citizen of Vieques, PR as tutor on behalf of Aurora Cotto-Davis (ECN 3566).

2625.    Xylia Castillo-Camacho (ECN 3567) is an adult resident citizen of Vieques, PR.

2626.    Carlos Flores-Burgos (ECN 3568) is an adult resident citizen of Vieques, PR.

2627.    Jose Brache-Castro (ECN 3569) is an adult resident citizen of Vieques, PR.

2628.    Ramon Lopez-Bermudez, Jr. (ECN 3570) is an adult resident citizen of Vieques, PR.

2629.    Jose Cruz-Torres (ECN 3577) is an adult resident citizen of Vieques, PR.

2630.    Efrain Vazquez-Carrion (ECN 3579) is an adult resident citizen of Naguabo, PR.

2631.    Gloria Martinez-Rijos (ECN 3580) is an adult resident citizen of Vieques, PR.

2632.    Nivys Santiago-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Samuel Felix-Santiago (ECN 3584).

2633.    Nivys Santiago-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Amiel Felix-Santiago (ECN 3585).

2634.    Nivys Santiago-Acosta (ECN 3586) is an adult resident citizen of Vieques, PR.2618.    Ismael Camacho-Felix (ECN 3587) is an adult resident citizen of Vieques, PR.

2635.    Carmen Navarro-Figueroa (ECN 3588) is an adult resident citizen of Vieques, PR.

2636.    Angel Cepeda-Cruz (ECN 3590) is an adult resident citizen of Vieques, PR.

2637.    Nivia Carrillo-Reyes (ECN 3592) is an adult resident citizen of Santurce, PR.

2638.    Enrique Felix-Otero (ECN 3593) is an adult resident citizen of Chicopee, MA.

2639.    Edwin Rodriguez-Ilarraza (ECN 3594) is an adult resident citizen of Vieques, PR.

2640.    Edgar Mellado-Choisne (ECN 3595) is an adult resident citizen of Vieques, PR.

2641.    Jose Santiago-Garay (ECN 3596) is an adult resident citizen of Vieques, PR.

2642.    Petra Santiago-Garay (ECN 3597) is an adult resident citizen of Vieques, PR.

2643.    Carmelo Ventura-Santiago (ECN 3598) is an adult resident citizen of Vieques, PR.

2644.    Dalila Negron-Montero (ECN 3599) is an adult resident citizen of Vieques, PR.

2645.    Dalila Montero-Negron, an adult resident citizen of Vieques, PR, on behalf of minor child Eddie Montero-Santiago (ECN 3600).

2646.    Dalila Montero-Negron, an adult resident citizen of Vieques, PR, on behalf of minor child Taysha Montero-Santiago (ECN 3601).

2647.    Dalila Martinez-Pujols (ECN 3602) is an adult resident citizen of Vieques, PR.

2648.    Mitjana Rivera-Figueroa (ECN 3603) is an adult resident citizen of Vieques, PR.

2649.    Maria Santiago-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Veronica Rivera-Santiago (ECN 3605).

2650.    Maria Rivera-Santiago (ECN 3606) is an adult resident citizen of Vieques, PR.

2651.    Maria Rivera-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Canaima Santiago-Garay (ECN 3607).

2652.    Euaristo Rivera-Santiago (ECN 3608) is an adult resident citizen of Vieques, PR.

2653.    Jose Maldonado-Garay (ECN 3609) is an adult resident citizen of Vieques, PR.

2654.    Jan Pluym-Vander (ECN 3610) is an adult resident citizen of Vieques, PR.

2655.    Edgardo Sanes-Villalona (ECN 3611) is an adult resident citizen of Vieques, PR.

2656.    Haydee Sanes-Cotto, an adult resident citizen of Vieques, PR, on behalf of minor child Saniel Sanes-Villalona (ECN 3612).

2657.    Haydee Sanes-Cotto, an adult resident citizen of Vieques, PR, on behalf of minor child Jousiel Sanes-Alvarez (ECN 3614).

2658.    Evelio Feliciano-Ramirez (ECN 3617) is an adult resident citizen of Vieques, PR.

2659.    Rosa Pierantoni-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Elimar Pierantoni-Ramos (ECN 3618).

2660.    Julia Ayala-Melendez (ECN 3619) is an adult resident citizen of Vieques, PR.

2661.    Minelia Diaz-Avila (ECN 3621) is an adult resident citizen of Vieques, PR.

2662.    Maria Mojica-Garcia (ECN 3622) is an adult resident citizen of Vieques, PR.

2663.    Nilda Rivas-Legrand (ECN 3623) is an adult resident citizen of Vieques, PR.

2664.    Hector Sanes-Legrand (ECN 3624) is an adult resident citizen of Vieques, PR.

2665.    Jose Montalvo-Hernandez (ECN 3625) is an adult resident citizen of Vieques, PR.

2666.    Migdalia Cruz-Colon (ECN 3626) is an adult resident citizen of Vieques, PR.

2667.    Victor Corcino-Garay (ECN 3627) is an adult resident citizen of Vieques, PR.

2668.    Zoraida Maldonado-Martinez (ECN 3628) is an adult resident citizen of Vieques, PR.

2669.    Paquita Perez-Morales (ECN 3630) is an adult resident citizen of Vieques, PR.

2670.    Nelida Serrano-Santos (ECN 3631) is an adult resident citizen of Vieques, PR.

2671.    Angela Molina-Colon (ECN 3632) is an adult resident citizen of Vieques, PR.

2672.    Iris Nieves-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Kevin Nieves-Cruz (ECN 3636).

2673.    Iris Osorio-Nieves (ECN 3637) is an adult resident citizen of Vieques, PR.

2674.    Kendrick Gonzalez-Garay (ECN 3638) is an adult resident citizen of Vieques, PR.

2675.    Jesus Roman-Carrasquillo (ECN 3639) is an adult resident citizen of Vieques, PR.

2676.    Marilu Solis-Cintron (ECN 3640) is an adult resident citizen of Vieques, PR.

2677.    Nestor Alejandro-Caraballo (ECN 3646) is an adult resident citizen of Vieques, PR.

2678.    Nilsa Cruz-de Jesus (ECN 3647) is an adult resident citizen of Vieques, PR.

2679.    Ednita Cruz-Osorio (ECN 3648) is an adult resident citizen of Vieques, PR.

2680.    Javier Padro-Martinez (ECN 3649) is an adult resident citizen of Vieques, PR.

2681.    Luis Quintana-Osorio (ECN 3652) is an adult resident citizen of Vieques, PR.

2682.    Milagros Camacho-Salgado (ECN 3655) is an adult resident citizen of Vieques, PR.

2683.    Milagros Salgado-Camacho, an adult resident citizen of Vieques, PR, on behalf of minor child Janludiel Salgado-Garcia (ECN 3657).

2684.    Maria Bermudez-Gonzalez (ECN 3658) is an adult resident citizen of Vieques, PR.

2685.    Maira Gonzales-Bermudez, an adult resident citizen of Vieques, PR, on behalf of minor child Rubiana Santiago-Cruz (ECN 3659).

2686.    Gilberto Bonano-Monell, an adult resident citizen of Vieques, PR as tutor on behalf of      Porfiria Cortez-Bonano (ECN 3661).

2687.    Candida Guadalupe-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Daniel Guadalupe-Casanova, Jr. (ECN 3662).

2688.    Candida Guadalupe-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Gladys Guadalupe-Rivera (ECN 3663).

2689.    Candida Cruz-Guadalupe (ECN 3664) is an adult resident citizen of Vieques, PR.

2690.    Rafael Roque-Navedo (ECN 3665) is an adult resident citizen of Vieques, PR.

2691.    Jorge Serrano-Garcia (ECN 3667) is an adult resident citizen of Vieques, PR.

2692.    David Feliciano-Ramirez (ECN 3668) is an adult resident citizen of Vieques, PR.

2693.    Coporina Santos-Velazquez (ECN 3669) is an adult resident citizen of Vieques, PR.

2694.    Julio Bermudez-Mercado (ECN 3670) is an adult resident citizen of Vieques, PR.

2695.    Juan Dauo-Martinez (ECN 3671) is an adult resident citizen of Vieques, PR.

2696.    Juan Martinez-Dauo, an adult resident citizen of Vieques, PR, on behalf of minor

child Enrique Bermudez-Martinez (ECN 3672).

2697.    Juan Bermudez-Martinez (ECN 3673) is an adult resident citizen of Vieques, PR.

2698.    Jose Diaz-Bermudez (ECN 3674) is an adult resident citizen of Vieques, PR.

2699.    Emilio Carrasquillo-Torres (ECN 3676) is an adult resident citizen of Vieques,

PR.

2700.    Diego Rivea-Torres (ECN 3677) is an adult resident citizen of Vieques, PR.

2701.    Liza Bermudez-Rivera (ECN 3678) is an adult resident citizen of Vieques, PR.

2702.    Josef Garcoa-Cruz (ECN 3681) is an adult resident citizen of Vieques, PR.

2703.    Angel Porfil-Cruz (ECN 3682) is an adult resident citizen of Vieques, PR.

2704.    Miguel Monell-Bonano (ECN 3684) is an adult resident citizen of Vieques, PR.

2705.    Jose Morales-Troche (ECN 3685) is an adult resident citizen of Vieques, PR.

2706.    Elizabeth Navedo-Albert (ECN 3686) is an adult resident citizen of Vieques, PR.

2707.    Josue Bermudez-Bonew (ECN 3687) is an adult resident citizen of Vieques, PR.

2708.    Maritza Hernandez-Lozado (ECN 3689) is an adult resident citizen of Vieques,

PR.

2709.    Edmanuel Rodriguez-Padilla (ECN 3691) is an adult resident citizen of Vieques,

PR.

2710.    Teresa Rodriguez-Soto (ECN 3695) is an adult resident citizen of Vieques, PR.

2711.    Gregorio Torres-Algarin (ECN 3697) is an adult resident citizen of Vieques, PR.

2712.    Tomas Colon-Garcia (ECN 3702) is an adult resident citizen of Vieques, PR.

2713.    Victor Diaz-Figueroa (ECN 3704) is an adult resident citizen of Ceiba, PR.

2714.    Aramis Agosto-Castro (ECN 3705) is an adult resident citizen of Canovanas, PR.

2715.    William Everett (ECN 3707) is an adult resident citizen of Vieques, PR.

2716.    Jose Guerra-Navedo (ECN 3708) is an adult resident citizen of Vieques, PR.

2717.    Iris Bermudez-Rivera (ECN 3709) is an adult resident citizen of Vieques, PR.

2718.    Miguel Bermudez-Rivera (ECN 3710) is an adult resident citizen of Vieques, PR.

2719.    Earl Dawson, III (ECN 3711) is an adult resident citizen of Vieques, PR.

2720.    Iris Bermudez-Rivera (ECN 3712) is an adult resident citizen of Vieques, PR.

2721.    Francisco Felix-Valentin (ECN 3713) is an adult resident citizen of Vieques, PR.

2722.    Francesca Felix-Ledesma (ECN 3714) is an adult resident citizen of Vieques, PR.

2723.    Francesca Felix-Ledesma, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Avila-Felix (ECN 3715).

2724.    Francesca Felix-Ledesma, an adult resident citizen of Vieques, PR, on behalf of minor child Nelson Avila-Felix (ECN 3716).

2725.    Sheila Felix (ECN 3717) is an adult resident citizen of Vieques, PR.

2726.    Nilda Rivera-Illarraza (ECN 3718) is an adult resident citizen of Vieques, PR.

2727.    Wilfredo Boulogne-Cruz (ECN 3720) is an adult resident citizen of Vieques, PR.

2728.    Jordanny Garcia-Climent (ECN 3723) is an adult resident citizen of Fajardo, PR.

2729.    Carmen Montero-Gonzalez (ECN 3724) is an adult resident citizen of Deltona, FL.

2730.    Carmen Otero-Rosario (ECN 3726) is an adult resident citizen of Vieques, PR.

2731.    Gilberto Rodriguez-Mercado (ECN 3727) is an adult resident citizen of Vieques, PR.

2732.    Karina Gonzalez-Montero (ECN 3728) is an adult resident citizen of Deltona, FL.

2733.    Ana Negron-Ortiz (ECN 3730) is an adult resident citizen of Vieques, PR.

2734.    Edgar Montero-Gonzales, Jr. (ECN 3731) is an adult resident citizen of Delton, FL.

2735.    Santiago Lopez-Figueroa (ECN 3733) is an adult resident citizen of Vieques, PR.

2736.    Marcelina Perea-Velazquez (ECN 3734) is an adult resident citizen of Vieques, PR.

2737.    Lino Sanchez-Santa Cruz (ECN 3735) is an adult resident citizen of Vieques, PR.

2738.    Juan Medina-Cruz (ECN 3736) is an adult resident citizen of Vieques, PR.

2739.    Ana Acosta-Torres (ECN 3737) is an adult resident citizen of Vieques, PR.

2740.    Gary Bermudez-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Ricardo Rivera-Bermudez (ECN 3738).

2741.    Gary Bermudez-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Eduardo Rivera-Bermudez (ECN 3739).

2742.    Juan Serrano-Reyes (ECN 3740) is an adult resident citizen of Vieques, PR.

2743.    Armando Ilarraza-Pizarro (ECN 3743) is an adult resident citizen of Vieques, PR.

2744.    Armando Serrano-Reyez (ECN 3744) is an adult resident citizen of Vieques, PR.

2745.    Amneris Ortiz-Feliciano (ECN 3746) is an adult resident citizen of Vieques, PR.

2746.    Michael Rivera-Carambon (ECN 3747) is an adult resident citizen of Vieques, PR.

2747.    Damaris Carambot-Acosta (ECN 3748) is an adult resident citizen of Vieques, PR.

2748.    Sonia Clement-Garcia (ECN 3756) is an adult resident citizen of Fajardo, PR.

2749.    Eduvijes Osorio-Rodriguez (ECN 3758) is an adult resident citizen of Vieques, PR.

2750.    Hector Olivieri-Cano (ECN 3761) is an adult resident citizen of Vieques, PR.

2751.    Marcelino Parilla-Williams (ECN 3762) is an adult resident citizen of Vieques, PR.

2752.    Felix Roldan-Monell (ECN 3768) is an adult resident citizen of Vieques, PR.

2753.    Melisa Molina-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Hatuey Connelly-Molina (ECN 3772).

2754.    Melisa Molina-Ayala (ECN 3773) is an adult resident citizen of Vieques, PR.

2755.    Mercedes Alejandro-Hodge, an adult resident citizen of Vieques, PR, on behalf of minor child Nerilis Melendez-Alejandro (ECN 3774).

2756.    Mercedes Alejandro-Hodge (ECN 3775) is an adult resident citizen of Vieques, PR.

2757.    Seth Turner-Brothers (ECN 3777) is an adult resident citizen of Vieques, PR.

2758.    Loyda Felix-Santiago (ECN 3778) is an adult resident citizen of Vieques, PR.

2759.    Angel Albarado-Class (ECN 3783) is an adult resident citizen of Vieques, PR.

2760.    Carmen Perea-Velazquez (ECN 3785) is an adult resident citizen of Vieques, PR.

2761.    Miguel Garcia-Del Valle (ECN 3786) is an adult resident citizen of San Lorenzo, PR.

2762.    Migdalia Cruz-Ayala (ECN 3918) is an adult resident citizen of Vieques, PR.

2763.    Edwin Melendez-Ruiz (ECN 3919) is an adult resident citizen of Vieques, PR.

2764.    Angel Davis-Cruz (ECN 3920) is an adult resident citizen of Vieques, PR.

2765.    Naida Ayala-Perez (ECN 3921) is an adult resident citizen of Vieques, PR.

2766.    Julia Ayala-Hens (ECN 3924) is an adult resident citizen of Vieques, PR.

2767.    Ivonne Boulogne-Garcia (ECN 3925) is an adult resident citizen of Vieques, PR.

2768.    Miguel Diaz-Macfie (ECN 3926) is an adult resident citizen of Vieques, PR.

2769.    Elizabeth Perez-Perez (ECN 3927) is an adult resident citizen of Vieques, PR.

2770.    Lydiette Diaz-Perez (ECN 3928) is an adult resident citizen of Vieques, PR.

2771.    Gilberto Ayala-Rivera (ECN 3929) is an adult resident citizen of Vieques, PR.

2772.    Carlos Boulogne-Garcia (ECN 3930) is an adult resident citizen of Vieques, PR.

2773.    Jose Mendez-Garcia (ECN 3931) is an adult resident citizen of Vieques, PR.

2774.    Eliezer Santos-Serrano (ECN 3932) is an adult resident citizen of Vieques, PR.

2775.    Eddie Rivera-Boulogne (ECN 3933) is an adult resident citizen of Vieques, PR.

2776.    Felicita Corcino-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of
minor child Kiara Santiago-Rodriguez (ECN 3934).

2777.    Jose Osorio-Vazquez (ECN 3935) is an adult resident citizen of Vieques, PR.

2778.    Maria Santiago-Osorio (ECN 3937) is an adult resident citizen of Vieques, PR.

2779.    Emanuel Santiago-Osorio (ECN 3938) is an adult resident citizen of Vieques, PR.

2780.    Carmen Rivera-Ross, an adult resident citizen of Vieques, PR, on behalf of minor
child Nashaly Marrero-Suarez (ECN 3939).

2781.    Raul Osorio (ECN 3940) is an adult resident citizen of Vieques, PR.

2782.    Naida Ayala-Perez, an adult resident citizen of Vieques, PR, on behalf of minor
child Raul Osorio-Ayala (ECN 3941).

2783.    Juan Garcia-Franco (ECN 3942) is an adult resident citizen of Vieques, PR.

2784.    Maria Ortiz-Rosario (ECN 3943) is an adult resident citizen of Vieques, PR.

2785.    Evangelina Rivera-Martinez (ECN 3944) is an adult resident citizen of Vieques,
PR.

2786.    Emilio Garcia-Cruz (ECN 3945) is an adult resident citizen of Vieques, PR.

2787.    Jacqueline Santiago-Mercado (ECN 3946) is an adult resident citizen of Vieques, PR.

2788.    Jacqueline Santiago-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Jesus Ayala-Santiago (ECN 3947).

2789.    Antonio Torres-Rivera (ECN 3948) is an adult resident citizen of Vieques, PR.

2790.    Carmen Albert-Santiago (ECN 3949) is an adult resident citizen of Vieques, PR.

2791.    Ismael Gerena-Navarro (ECN 3950) is an adult resident citizen of Vieques, PR.

2792.    Madelyn Molina-Ortiz (ECN 3951) is an adult resident citizen of Vieques, PR.

2793.    Carlos Rosario-Osorio (ECN 3952) is an adult resident citizen of Vieques, PR.

2794.    Carmen Melendez-Rodriguez (ECN 3954) is an adult resident citizen of Vieques, PR.

2795.    Carmen Melendez-Rodriguez, an adult resident citizen of Vieques, PR as tutor on behalf of Edwin Melendez-Rodriguez (ECN 3955).

2796.    Felicita Corcino-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Santiago-Rodriguez (ECN 3956).

2797.    Felicita Rodriguez-Corcino (ECN 3957) is an adult resident citizen of Vieques, PR.

2798.    Priscilla Perez-Castro (ECN 3958) is an adult resident citizen of Vieques, PR.

2799.    Hector Diaz-Perez (ECN 3959) is an adult resident citizen of Vieques, PR.

2800.    Luis Lucas-Velez (ECN 3960) is an adult resident citizen of Vieques, PR.

2801.    Daniel Albert-Santiago (ECN 3961) is an adult resident citizen of Vieques, PR.

2802.    Nery Encarnacion-Nazario (ECN 3962) is an adult resident citizen of Vieques, PR.

2803.    Guillermo Carmona-Santo (ECN 3964) is an adult resident citizen of Vieques, PR.

2804.    Ivelisse Corcino-Ramos (ECN 3965) is an adult resident citizen of Vieques, PR.

2805.    Jose Diaz-Maldonado (ECN 3966) is an adult resident citizen of Vieques, PR.

2806.    Luica Carmona-Rivera (ECN 3967) is an adult resident citizen of Vieques, PR.

2807.    Tomasa Castro-Ramos (ECN 3968) is an adult resident citizen of Vieques, PR.

2808.    Noelia Perez-Castro (ECN 3969) is an adult resident citizen of Vieques, PR.

2809.    Felicita Corcino-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Kelvin Rodriguez (ECN 3971).

2810.    Aida Soltero-Melendez (ECN 3972) is an adult resident citizen of Vieques, PR.

2811.    Santiago Corcino-Osorio (ECN 3973) is an adult resident citizen of Vieques, PR.

2812.    Juanita Santos-Osorio (ECN 3974) is an adult resident citizen of Vieques, PR.

2813.    Haydee Cotto-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Jousiel Alvarez-Sanes (ECN 3975).

2814.    Lidia Ilarraza-Encarnacion, an adult resident citizen of Vieques, PR as tutor on behalf of Carmen Ilarraza-Benitez (ECN 3980).

2815.    Nicolas Avillan-Gonzalez (ECN 3981) is an adult resident citizen of Vieques, PR.

2816.    Lidia Ilarraza-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of minor child Kadisha Avillan-Encarnacion (ECN 3982).

2817.    Lidia Encarnacion-Ilarraza (ECN 3983) is an adult resident citizen of Vieques, PR.

2818.    Sonia Encarnacion-Ilarraza (ECN 3984) is an adult resident citizen of Vieques, PR.

2819.     Gladys Velazquez-Rivera (ECN 3985) is an adult resident citizen of Bronx, NY.

2820.     Carmen Osorio-Perez (ECN 3986) is an adult resident citizen of Vieques, PR.

2821.     Ivia Cruz-Maisonet (ECN 3987) is an adult resident citizen of Vieques, PR.

2822.     Sara Cruz-Osorio (ECN 3988) is an adult resident citizen of Vieques, PR.

2823.     Hector Garcia-Rodriguez (ECN 3989) is an adult resident citizen of Vieques, PR.

2824.     Jose Rivera-Benitez (ECN 3990) is an adult resident citizen of Vieques, PR.

2825.     Hector Rodriguez-Garcia, an adult resident citizen of Vieques, PR as tutor on behalf of        Eloisa Garcia-Rodriguez (ECN 3991).

2826.     Mariano Lopez-Acosta (ECN 3993) is an adult resident citizen of Vieques, PR.

2827.     Rosa Lopez-Sanchez (ECN 3994) is an adult resident citizen of Vieques, PR.

2828.     Miguel Cruz-Crispin (ECN 3995) is an adult resident citizen of Vieques, PR.

2829.     Esperanza Soto-Sanes (ECN 3996) is an adult resident citizen of Vieques, PR.

2830.     Daniel Romero-Garcia (ECN 3998) is an adult resident citizen of Vieques, PR.

2831.     Carmen Lopez-Acosta (ECN 3999) is an adult resident citizen of Vieques, PR.

2832.     Jose Acosta-Torres (ECN 4000) is an adult resident citizen of Vieques, PR.

2833.     Sophia Ayala-Navarro (ECN 4001) is an adult resident citizen of Vieques, PR.

2834.     Celestina Tufino-Roman (ECN 4003) is an adult resident citizen of Vieques, PR.

2835.     Jose Tapia-Tufino (ECN 4004) is an adult resident citizen of Vieques, PR.

2836.     Jesus Torres-Roman (ECN 4005) is an adult resident citizen of Vieques, PR.

2837.     Ventura Rivera-Colon (ECN 4007) is an adult resident citizen of Vieques, PR.

2838.     Maira Rucci-Esperanz, an adult resident citizen of Vieques, PR, on behalf of minor child Alia Boulogne-Rucci (ECN 4009).

2839.     Maira Rucci-Esperanza (ECN 4010) is an adult resident citizen of Vieques, PR.

2840.    Severino Osorio-Encarnacion (ECN 4011) is an adult resident citizen of Vieques, PR.

2841.    Carlos Santa-Trinidad (ECN 4012) is an adult resident citizen of Vieques, PR.

2842.    Guillermina Christian-Parrilla, an adult resident citizen of Vieques, PR, on behalf of minor child Christian Garcia-Christian (ECN 4013).

2843.    Sabina Cotto-Davis (ECN 4014) is an adult resident citizen of Vieques, PR.

2844.    Guillermina Christian-Parrilla (ECN 4015) is an adult resident citizen of Vieques, PR.

2845.    Victor Carrasquillo-Castro (ECN 4016) is an adult resident citizen of Vieques, PR.

2846.    Jeselyn Perez-Lopez (ECN 4018) is an adult resident citizen of Vieques, PR.

2847.    Jackelin Perez-Lopez (ECN 4019) is an adult resident citizen of Vieques, PR.

2848.    Jesus Perez-Lopez (ECN 4020) is an adult resident citizen of Vieques, PR.

2849.    Jesus Perez-Castro (ECN 4021) is an adult resident citizen of Vieques, PR.

2850.    Jeselyn Perez-Lopez, an adult resident citizen of Vieques, PR, on behalf of minor child Wiljelys Alvarez-Perez (ECN 4022).

2851.    Noel Mercado-Felix (ECN 4023) is an adult resident citizen of Vieques, PR.

2852.    Rosa Lopez-Diaz (ECN 4024) is an adult resident citizen of Vieques, PR.

2853.    Keila Danois-Guadalupe (ECN 4025) is an adult resident citizen of Vieques, PR.

2854.    Maria Fontanez-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Christian Ayala-Fontanez (ECN 4026).

2855.    Maria Fontanez-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Roberto Ayala-Fontanez (ECN 4027).

2856.     Francisca Ayala-Ramos (ECN 4028) is an adult resident citizen of Vieques, PR.

2857.     Marciano Rivera-Ayala (ECN 4029) is an adult resident citizen of Vieques, PR.

2858.     Juanita Sanchez, an adult resident citizen of Vieques, PR, on behalf of minor child Moises Rivera-Sanchez (ECN 4030).

2859.     Cadmiel Medina-Velazquez (ECN 4031) is an adult resident citizen of Vieques, PR.

2860.     Carmen Cruz-Morales (ECN 4032) is an adult resident citizen of Vieques, PR.

2861.     Jorge Esquiabro-Prince (ECN 4033) is an adult resident citizen of Vieques, PR.

2862.     Antonia Ponce-Roldan, an adult resident citizen of Vieques, PR as tutor on behalf of Hector Ponce-Roldan (ECN 4034).

2863.     Rosalia Ponce-Roldan (ECN 4035) is an adult resident citizen of Vieques, PR.

2864.     Juanita Santos-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Santos-Martinez (ECN 4037).

2865.     Juanita Santos-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Emanuel Martinez-Santos (ECN 4038).

2866.     Juanita Santos-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Jennifer Santos-Martinez (ECN 4039)

2867.     Ruben Garcia-Garcia (ECN 4040) is an adult resident citizen of Vieques, PR.

2868.     Sylvia Villanueva-Cruz (ECN 4041) is an adult resident citizen of Vieques, PR.

2869.     Sylvia Villanueva, an adult resident citizen of Vieques, PR, on behalf of minor child Hector Villanueva-Garcia (ECN 4042).

2870.     Elba Perez-Ayala, an adult resident citizen of Vieques, PR as tutor on behalf of Isabel Aloyo-Ortiz (ECN 4044).

2871.    Elba Ayala-Perez (ECN 4045) is an adult resident citizen of Vieques, PR.

2872.    Carlos Hernandez-Aloyo (ECN 4046) is an adult resident citizen of Vieques, PR.

2873.    Maria Roldan-de Jesus (ECN 4048) is an adult resident citizen of Vieques, PR.

2874.    Agustin Quinones-Pizarro (ECN 4049) is an adult resident citizen of Vieques, PR.

2875.    Arcadio Melendez-Aloyo (ECN 4050) is an adult resident citizen of Vieques, PR.

2876.    Claribel Sanes-Roldan (ECN 4051) is an adult resident citizen of Vieques, PR.

2877.    Nilsa Corcino-Ramos (ECN 4052) is an adult resident citizen of Vieques, PR.

2878.    Alida Ayala-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Nayshalee Santiago-Hernandez (ECN 4053).

2879.    Alida Ayala-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Ricardo Santiago-Hernandez (ECN 4054).

2880.    Maria Belardo, an adult resident citizen of Vieques, PR, on behalf of minor child Victor Carrasquillo-Belardo (ECN 4056).

2881.    Angel Melendez-Gonzales (ECN 4057) is an adult resident citizen of Vieques, PR.

2882.    Eliut Melendez-Gonzalez (ECN 4058) is an adult resident citizen of Vieques, PR.

2883.    Mercedes Perea-Velazquez (ECN 4060) is an adult resident citizen of Vieques, PR.

2884.    Cristobal Bermudez-Colon (ECN 4061) is an adult resident citizen of Vieques, PR.

2885.    Maria Sanes-Cotto (ECN 4062) is an adult resident citizen of Vieques, PR.

2886.    Maria Sanes-Cotto, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Mercado-Sanes (ECN 4063).

2887.     Mary Berrios-Alvira (ECN 4064) is an adult resident citizen of Vieques, PR.

2888.     Beverly Berrios-Alvira (ECN 4065) is an adult resident citizen of Vieques, PR.

2889.     Elizabeth Pumpkinseed-Davis, an adult resident citizen of Vieques, PR, on behalf of minor child Damasina Rodriguez-Davis (ECN 4066).

2890.     Jose Rodriguez-Rodriguez (ECN 4067) is an adult resident citizen of Vieques, PR.

2891.     Nancy Huertas-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Yared Figueroa-Huertas (ECN 4068).

2892.     Bonifacia Garay-Rivera (ECN 4069) is an adult resident citizen of Vieques, PR.

2893.     Adry Acevedo-Cruz (ECN 4070) is an adult resident citizen of Vieques, PR.

2894.     Petra Salgado-Sanes (ECN 4071) is an adult resident citizen of Vieques, PR.

2895.     Anastacia Cruz-Parrilla (ECN 4072) is an adult resident citizen of Vieques, PR.

2896.     Ruben Encarnacion-Rivera (ECN 4073) is an adult resident citizen of Vieques, PR.

2897.     Maria Rodriguez-Suares, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Ayala-Rodriguez (ECN 4075).

2898.     Elizabeth Davis-Pumpkinseed, an adult resident citizen of Vieques, PR, on behalf of minor child Dale Rodriguez-Davis (ECN 4076).

2899.     Nydia Franco-Felix (ECN 4077) is an adult resident citizen of Vieques, PR.

2900.     Javier Miguele-Vazquez (ECN 4079) is an adult resident citizen of Vieques, PR.

2901.     Irene Castro-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Janiel Santana-Castro (ECN 4080).

2902.    Irene Santos-Castro, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Quinonez-Castro (ECN 4081).

2903.    John Agosto-Maldonado (ECN 4083) is an adult resident citizen of Vieques, PR.

2904.    Ismael Ayala-Perez (ECN 4084) is an adult resident citizen of Vieques, PR.

2905.    Evelyn Garcia-Martinez (ECN 4085) is an adult resident citizen of Vieques, PR.

2906.    Luis Acosta-Martinez (ECN 4087) is an adult resident citizen of Vieques, PR.

2907.    Ruth Sanes-Reyes (ECN 4088) is an adult resident citizen of Vieques, PR.

2908.    Jose Torres-Gonzalez (ECN 4089) is an adult resident citizen of Vieques, PR.

2909.    Carmen Roman-Monell (ECN 4092) is an adult resident citizen of Vieques, PR.

2910.    Josefa Monell-Torres (ECN 4093) is an adult resident citizen of Vieques, PR.

2911.    Carlos Roman-Ortiz (ECN 4094) is an adult resident citizen of Vieques, PR.

2912.    Angel Cordero-Sanes (ECN 4095) is an adult resident citizen of Vieques, PR.

2913.    Dinalys Robles-Ayala (ECN 4096) is an adult resident citizen of Vieques, PR.

2914.    Beto Rodriguez-Colon (ECN 4097) is an adult resident citizen of Vieques, PR.

2915.    Carmen Rios-Pimentel (ECN 4098) is an adult resident citizen of Vieques, PR.

2916.    Ricardo Santiago-Rivera (ECN 4099) is an adult resident citizen of Vieques, PR.

2917.    Claudio Encarnacion-Solis (ECN 4100) is an adult resident citizen of Vieques, PR.

2918.    Elizabeth Garcia-Cruz (ECN 4101) is an adult resident citizen of Vieques, PR.

2919.    Yarelis Velazquez-Garcia (ECN 4102) is an adult resident citizen of Vieques, PR.

2920.    Severino Osorio-Boulogne (ECN 4103) is an adult resident citizen of Vieques, PR.

2921.    Georgina Cruz-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Yeisha Quinones-Cruz (ECN 4105).

2922.    Charles Peterson-Cruz (ECN 4106) is an adult resident citizen of Vieques, PR.

2923.    Joaquin Cruz-Gonzalez (ECN 4107) is an adult resident citizen of Vieques, PR.

2924.    Edwin Acevedo-Torres (ECN 4108) is an adult resident citizen of Vieques, PR.

2925.    Ruth Sanes-Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Sheryel Sanes (ECN 4109).

2926.    Marilia Santana-Lao, an adult resident citizen of Vieques, PR, on behalf of minor child Cristal Lopez-Santana (ECN 4110).

2927.    Ana Figueroa-Bidot (ECN 4111) is an adult resident citizen of Vieques, PR.

2928.    Santa Rivera-Osorio (ECN 4112) is an adult resident citizen of Vieques, PR.

2929.    Reynaldo Santana-Serrano (ECN 4113) is an adult resident citizen of Vieques, PR.

2930.    Pedro Salgado-Cruz (ECN 4114) is an adult resident citizen of Vieques, PR.

2931.    Luz Salgado-Mercado (ECN 4115) is an adult resident citizen of Vieques, PR.

2932.    Silverio Avenancio-Lugo (ECN 4116) is an adult resident citizen of Vieques, PR.

2933.    Luz Serrano-Rosa (ECN 4117) is an adult resident citizen of Vieques, PR.

2934.    Luz Serrano-Rosa, an adult resident citizen of Vieques, PR, on behalf of minor child Eliezer Serrano-Serrano (ECN 4118).

2935.    Maria Pacheco-Gonzalez (ECN 4119) is an adult resident citizen of Vieques, PR.

2936.    Catherine Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Shelly Hill-Lopez (ECN 4120).

2937.     Catherine Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Christopher Hill-Lopez (ECN 4121).

2938.     Ramon Polanco-Sarrante (ECN 4122) is an adult resident citizen of Vieques, PR.

2939.     Catherine Lopez-Osorio (ECN 4123) is an adult resident citizen of Vieques, PR.

2940.     Carlos Rosario-Rivera (ECN 4124) is an adult resident citizen of Vieques, PR.

2941.     Edwin Suarez-Morales (ECN 4125) is an adult resident citizen of Vieques, PR.

2942.     Carla Benitez-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Reyes-Benitez (ECN 4126).

2943.     Francisco Santiago-Sanchez (ECN 4127) is an adult resident citizen of Vieques, PR.

2944.     Ana Cruz-Monell (ECN 4128) is an adult resident citizen of Vieques, PR.

2945.     Miguel Perez-Guerra (ECN 4129) is an adult resident citizen of Vieques, PR.

2946.     Yahdielle Fernandez-Rodriguez (ECN 4130) is an adult resident citizen of Vieques, PR.

2947.     Nehemias Velazquez-Santos, Jr. (ECN 4131) is an adult resident citizen of Vieques, PR.

2948.     Ludymar Santiago-Gonzales (ECN 4132) is an adult resident citizen of Vieques, PR.

2949.     Ruth Sanes-Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Navarro-Sanes (ECN 4133).

2950.     Ana Burgos-Alamo (ECN 4134) is an adult resident citizen of Vieques, PR.

2951.     Filomena Santos-San Kitts (ECN 4135) is an adult resident citizen of Vieques, PR.

2952.    Agripino Castro-Garcia (ECN 4136) is an adult resident citizen of Vieques, PR.

2953.    Brunilda Osorio-Boulogne (ECN 4138) is an adult resident citizen of Vieques, PR.

2954.    Elisa Eujenia-Jaime (ECN 4139) is an adult resident citizen of Vieques, PR.

2955.    Julimar Ayala-Osorio (ECN 4140) is an adult resident citizen of Vieques, PR.

2956.    Brunilda Osorio-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Ricardo Encarnacion (ECN 4141).

2957.    Aura Rosario-Acevedo, an adult resident citizen of Vieques, PR, on behalf of minor child Katyliz Suarez-Rosario (ECN 4142).

2958.    Arelys Reyes-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Flores-Reyes (ECN 4143).

2959.    Arelys Reyes-Mercado (ECN 4144) is an adult resident citizen of Vieques, PR.

2960.    Arelys Reyes-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Ashly Flores-Reyes (ECN 4145).

2961.    Katilia Suarez-Rosario (ECN 4146) is an adult resident citizen of Vieques, PR.

2962.    Damasina De Davis-Figueroa (ECN 4147) is an adult resident citizen of Vieques, PR.

2963.    Edwin Davis-Cresostomo (ECN 4148) is an adult resident citizen of Vieques, PR.

2964.    Elizabeth Davis, an adult resident citizen of Vieques, PR, on behalf of minor child Ethel Rodriguez-Davis (ECN 4149).

2965.    Denisse Davis-Cruz (ECN 4150) is an adult resident citizen of Vieques, PR.

2966.    Dolores Hernandez-Santiago (ECN 4151) is an adult resident citizen of Vieques, PR.

2967.    Andres Bonano-Casilla (ECN 4152) is an adult resident citizen of Vieques, PR.

2968.    Luis Acevedo-Pizarro, an adult resident citizen of Vieques, PR, on behalf of minor child Jareth Brown-Acevedo (ECN 4153).

2969.    Jacqueline Orellana-Serrano (ECN 4154) is an adult resident citizen of Vieques, PR.

2970.    Eddie Perez-Guerra (ECN 4155) is an adult resident citizen of Vieques, PR.

2971.    Carlos Suarez-Perez (ECN 4156) is an adult resident citizen of Vieques, PR.

2972.    Victor Camacho-Vejerano (ECN 4157) is an adult resident citizen of Vieques, PR.

2973.    Miguel Cruz-Profil (ECN 4158) is an adult resident citizen of Vieques, PR.

2974.    Maria Gonzalez-Bermudez (ECN 4159) is an adult resident citizen of Vieques, PR.

2975.    Marcial Perez-Maldonado (ECN 4160) is an adult resident citizen of Vieques, PR.

2976.    Jose Sanchez-Pereira (ECN 4162) is an adult resident citizen of Vieques, PR.

2977.    Mildred Salgado-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Jaxiel Garcia-Salgado (ECN 4164).

2978.    Rafael Brignoni-Morales (ECN 4165) is an adult resident citizen of Vieques, PR.

2979.    Carmen Cruz-Felix (ECN 4166) is an adult resident citizen of Vieques, PR.

2980.    Irma Lopez-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Yirmaliz Melendez-Lopez (ECN 4167).

2981.    Irma Lopez-Martinez (ECN 4168) is an adult resident citizen of Vieques, PR.

2982.    Edgar Perez-Roldan (ECN 4169) is an adult resident citizen of Vieques, PR.

2983.    Tomas Cruz-Mercado (ECN 4170) is an adult resident citizen of Vieques, PR.

2984.    Victor Cruz-Cirilo (ECN 4171) is an adult resident citizen of Vieques, PR.

2985.    Alma Rodriguez-Rosa (ECN 4172) is an adult resident citizen of Vieques, PR.

2986.    Georgina Cruz-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jitka Quinones-Cruz (ECN 4173).

2987.    Josue Rosa-Cruz (ECN 4174) is an adult resident citizen of Vieques, PR.

2988.    Edmanuel Rosa-Cruz (ECN 4175) is an adult resident citizen of Vieques, PR.

2989.    Edgardo Rosa-Cruz (ECN 4176) is an adult resident citizen of Vieques, PR.

2990.    Sixta Osorio-Perez (ECN 4177) is an adult resident citizen of Vieques, PR.

2991.    Mario Torres-Corcino (ECN 4178) is an adult resident citizen of Vieques, PR.

2992.    Carmen Serrano-Ramirez (ECN 4179) is an adult resident citizen of Vieques, PR.

2993.    Angel Alvarez-Perez (ECN 4180) is an adult resident citizen of Vieques, PR.

2994.    Isabel Ayala-Estien (ECN 4181) is an adult resident citizen of Vieques, PR.

2995.    Juan Medina-Almestica (ECN 4183) is an adult resident citizen of Vieques, PR.

2996.    Jose Encarnacion-Ilarraza (ECN 4184) is an adult resident citizen of Vieques, PR.

2997.    Maria Velazquez-Rijos, an adult resident citizen of Vieques, PR, on behalf of minor child Ray Torres-Felix (ECN 4185).

2998.    Maria Velazquez-Rijos, an adult resident citizen of Vieques, PR, on behalf of minor child Yakira Romero-Felix (ECN 4186).

2999.    Elba Cruz-Calcano (ECN 4187) is an adult resident citizen of Vieques, PR.

3000.    Elba Calcano-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child   Elba Garcia-Cruz (ECN 4188).

3001.    Elba Calcano-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child   John Quezada-Cruz (ECN 4189).

3002.    Victor Tirado-Camacho (ECN 4190) is an adult resident citizen of Vieques, PR.

3003.    Elin Alicea-Sanchez (ECN 4191) is an adult resident citizen of Vieques, PR.

3004.    Rey Ledesma-Nieves (ECN 4192) is an adult resident citizen of Vieques, PR.

3005.    Jennifer Ledesma-Carmona (ECN 4193) is an adult resident citizen of Vieques, PR.

3006.    Miguelina Morales-Morales (ECN 4194) is an adult resident citizen of Vieques, PR.

3007.    Isabelo Suarez-Bennet (ECN 4195) is an adult resident citizen of Vieques, PR.

3008.    Delvin Marquez-Ayala (ECN 4196) is an adult resident citizen of Vieques, PR.

3009.    Angel Cordero-Rodriguez (ECN 4197) is an adult resident citizen of Vieques, PR.

3010.    Maria Melendez-Esquilin (ECN 4198) is an adult resident citizen of Vieques, PR.

3011.    Lidia Santos-San Kitts (ECN 4199) is an adult resident citizen of Vieques, PR.

3012.    Demetria Melendez-Garcia (ECN 4200) is an adult resident citizen of Vieques, PR.

3013.    Brunilda Encarnacion-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Hector Rodriguez-Encarnacion (ECN 4201).

3014.    Brunilda Encarnacion-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Tatiana Rodriguez-Encarnacion (ECN 4202).

3015.    Brunilda Encarnacion-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Talia Rodriguez-Encarnacion (ECN 4203).

3016.    Brunilda Encarnacion-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Zuleika Rodriguez-Encarnacion (ECN 4204).

3017.     Brunilda Encarnacion-Osorio (ECN 4205) is an adult resident citizen of Vieques, PR.

3018.     Anthony Rodriguez-Santos (ECN 4206) is an adult resident citizen of Vieques, PR.

3019.     Victor Cruz-Rivera (ECN 4207) is an adult resident citizen of Vieques, PR.

3020.     Georgina Sanes-Ayala (ECN 4209) is an adult resident citizen of Vieques, PR.

3021.     Carmen Santana-Lao, an adult resident citizen of Vieques, PR, on behalf of minor child Exel Ilarraza-Santana (ECN 4210).

3022.     Yasaira Rodriguez-Corcino (ECN 4211) is an adult resident citizen of Vieques, PR.

3023.     Kelvin Davis-Cresostomo (ECN 4212) is an adult resident citizen of Vieques, PR.

3024.     Jilimar Ayal-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Ledisha Sanchez-Ayala (ECN 4214).

3025.     Edna Robles-Melendez (ECN 4216) is an adult resident citizen of Vieques, PR.

3026.     Juanita Hernandez-Rios (ECN 4217) is an adult resident citizen of Vieques, PR.

3027.     Carmen Rodriguez-Maldonado (ECN 4218) is an adult resident citizen of Vieques, PR.

3028.     Vivian Santana-Lao (ECN 4219) is an adult resident citizen of Vieques, PR.

3029.     Lydia Garcia-Carambot (ECN 4220) is an adult resident citizen of Vieques, PR.

3030.     Hector Rucci-Esperanza (ECN 4221) is an adult resident citizen of Vieques, PR.

3031.     Roberto Rivera-Corcino (ECN 4222) is an adult resident citizen of Vieques, PR.

3032.     Carmen Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Tanaira Ortiz-Molina (ECN 4223).

3033.    Brenda Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Bianca Torres-Molina (ECN 4224).

3034.    Jacqueline Cruz-Rodriguez (ECN 4225) is an adult resident citizen of Vieques, PR.

3035.    Victor Hernandez-Lozada, an adult resident citizen of Vieques, PR, on behalf of minor child Natanael Hernandez-Santana (ECN 4226).

3036.    Andrea Rivera-Rivera (ECN 4227) is an adult resident citizen of Vieques, PR.

3037.    Carmen Santana-Lao, an adult resident citizen of Vieques, PR, on behalf of minor child Exel Ilarraza-Santana (ECN 4228).

3038.    Marilia Soto-Gonzalez (ECN 4229) is an adult resident citizen of Vieques, PR.

3039.    Carlos Torres-Rodriguez (ECN 4230) is an adult resident citizen of Vieques, PR.

3040.    Carlos Torres-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Vedmarliz Morales-Tirado (ECN 4231).

3041.    Dolores Navarro-Bonano (ECN 4232) is an adult resident citizen of Vieques, PR.

3042.    Mirna Encarnacion-Osorio (ECN 4233) is an adult resident citizen of Vieques, PR.

3043.    Maria Rodriguez-Suarez, an adult resident citizen of Vieques, PR, on behalf of minor child Sheimary Ayala-Rodriguez (ECN 4234).

3044.    Carmen Centeno-Ayala (ECN 4235) is an adult resident citizen of Vieques, PR.

3045.    Olga Alvarez-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Dennis Burke-Alvarez (ECN 4236).

3046.    Olga Alvarez-Serrano (ECN 4237) is an adult resident citizen of Vieques, PR.

3047.    Debora Nieves-Santiago (ECN 4238) is an adult resident citizen of Vieques, PR.

3048.      Alejandro Acevedo-Castro (ECN 4276) is an adult resident citizen of Vieques, PR.

3049.      Virginia Adams-Colon (ECN 4277) is an adult resident citizen of Vieques, PR.

3050.      Elizabeth Olivencia-Pimentel, an adult resident citizen of Vieques, PR, on behalf of minor child Jamilesi Saldana-Olivencia (ECN 4279).

3051.      Marcela Garcia-Navarro (ECN 4281) is an adult resident citizen of Vieques, PR.

3052.      Ana Belardo-Camacho (ECN 4282) is an adult resident citizen of Vieques, PR.

3053.      Ivis Rodriguez-Garcia (ECN 4283) is an adult resident citizen of Vieques, PR.

3054.      Jesus Delerme-Ayala (ECN 4284) is an adult resident citizen of Vieques, PR.

3055.      Maria Rodriguez-Alvarez (ECN 4285) is an adult resident citizen of Vieques, PR.

3056.      Pedro Rodriguez-Alvarez (ECN 4286) is an adult resident citizen of Vieques, PR.

3057.      Noemi Alvarez-Lopez, an adult resident citizen of Vieques, PR as tutor on behalf of Emanuel Rodriguez-Alvarez (ECN 4287).

3058.      Damaso Garcia-Alvarez (ECN 4288) is an adult resident citizen of Vieques, PR.

3059.      Wanda Cruz-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Christalyne Rivera-Cruz (ECN 4290).

3060.      Justina Perez-Guerra (ECN 4291) is an adult resident citizen of Vieques, PR.

3061.      Jose Huertas-Perez (ECN 4292) is an adult resident citizen of Vieques, PR.

3062.      Mariana Martinez-Ventura, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Martinez-Ventura (ECN 4293).

3063.      Wanda Soto Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Nazario-Cruz (ECN 4294).

3064.      Wanda Cruz-Soto (ECN 4296) is an adult resident citizen of Vieques, PR.

3065.    Victor Ramos-Garcia (ECN 4297) is an adult resident citizen of Vieques, PR.

3066.    Zoraida Santiago-Ortiz (ECN 4300) is an adult resident citizen of Vieques, PR.

3067.    Luz Tirado-Cirilo (ECN 4301) is an adult resident citizen of Vieques, PR.

3068.    Coralee Marshall-Martinelli (ECN 4302) is an adult resident citizen of Vieques, PR.

3069.    Coralee Marshall-Martinelli, an adult resident citizen of Vieques, PR, on behalf of minor child Angelina Marshall-Vargas (ECN 4303).

3070.    Celia Rivera-Felix (ECN 4304) is an adult resident citizen of Vieques, PR.

3071.    Jose Vega-Figueroa (ECN 4305) is an adult resident citizen of Vieques, PR.

3072.    Felicita Maldonado-Figueroa, an adult resident citizen of Vieques, PR, on behalf of minor child Anthony Gonzalez-Felix (ECN 4306).

3073.    Felicita Maldonado-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Joagna Carmona-Felix (ECN 4307).

3074.    Edna Robles, an adult resident citizen of Vieques, PR, on behalf of minor child Naismarie Gonzalez-Robles (ECN 4308).

3075.    Joanne Claus-Robles (ECN 4309) is an adult resident citizen of Vieques, PR.

3076.    Gladys Mendez-Garay (ECN 4311) is an adult resident citizen of Vieques, PR.

3077.    Anna Ventura-Santana (ECN 4312) is an adult resident citizen of Vieques, PR.

3078.    Diana Felix-Maldonado, an adult resident citizen of Vieques, PR as tutor on behalf of Francisco Encarnacion-Rodriguez (ECN 4313).

3079.    Edgar Caseres-Monsegur (ECN 4314) is an adult resident citizen of Vieques, PR.

3080.    Ligni Corcino-Rivera (ECN 4315) is an adult resident citizen of Vieques, PR.

3081.    Wilfredo Corcino-Rosa (ECN 4316) is an adult resident citizen of Vieques, PR.

3082.    Saturnino Lao-Ilarraza (ECN 4318) is an adult resident citizen of Vieques, PR.

3083.    Irma Rivera-Sanchez, an adult resident citizen of Vieques, PR, on behalf of minor child Irmary Torres-Rivera (ECN 4319).

3084.    Irma Rivera-Sanchez, an adult resident citizen of Vieques, PR as tutor on behalf of Manuel Velez-Rivera, Jr. (ECN 4320).

3085.    Juana Herrera-Centeno (ECN 4321) is an adult resident citizen of Vieques, PR.

3086.    Carmen Santiago-Sanchez (ECN 4323) is an adult resident citizen of Vieques, PR.

3087.    Calixto Molina-Negron (ECN 4324) is an adult resident citizen of Vieques, PR.

3088.    Vivian Ayala-Melendez (ECN 4325) is an adult resident citizen of Vieques, PR.

3089.    Mayra Ramos-Ayala (ECN 4326) is an adult resident citizen of Vieques, PR.

3090.    Mayra Ramos-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Jasmin Clark-Ramos (ECN 4327).

3091.    Mayra Ramos Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Rivera-Ramos (ECN 4328).

3092.    Felix Cotto-Navarro (ECN 4330) is an adult resident citizen of Vieques, PR.

3093.    Luz Acosta-Torres (ECN 4331) is an adult resident citizen of Vieques, PR.

3094.    Angel Cardona-Aleman (ECN 4332) is an adult resident citizen of Vieques, PR.

3095.    Ana Acosta-Torres, an adult resident citizen of Vieques, PR as tutor on behalf of Angel Rivera-Torres (ECN 4333).

3096.    Iris Guiterrez-Rosa (ECN 4334) is an adult resident citizen of Vieques, PR.

3097.    Zenaida Serrano-De Jesus (ECN 4335) is an adult resident citizen of Vieques, PR.

3098.    Otilio Rivera-Camacho (ECN 4336) is an adult resident citizen of Vieques, PR.

3099.    Eddie Perez-Guerra, an adult resident citizen of Vieques, PR as tutor on behalf of

Mildred Guerra-Mercado (ECN 4338).

3100.    Hector Garcia-Franco (ECN 4339) is an adult resident citizen of Vieques, PR.

3101.    Maria Osorio-Mercado, an adult resident citizen of Vieques, PR as tutor on behalf

of    Angela Almestica (ECN 4342).

3102.    Amador Cruz-Santana (ECN 4344) is an adult resident citizen of Vieques, PR.

3103.    Roberto Serrano-Agosto (ECN 4345) is an adult resident citizen of Vieques, PR.

3104.    Marcelino Serrano-Ramirez (ECN 4350) is an adult resident citizen of Vieques,

PR.

3105.    Maximina Carmona-Osorio (ECN 4351) is an adult resident citizen of Vieques,

PR.

3106.    Iris Rodriguez-Laboy (ECN 4352) is an adult resident citizen of Vieques, PR.

3107.    Iris Rodriguez-Laboy, an adult resident citizen of Vieques, PR, on behalf of minor

child Emmanuel Martinez-Rodriguez (ECN 4353).

3108.    Nelson Martinez-Rodriguez (ECN 4354) is an adult resident citizen of Vieques,

PR.

3109.    Jesus Carrasquillo-Rivera (ECN 4355) is an adult resident citizen of Vieques, PR.

3110.    Ana Nicholson-Cruz (ECN 4356) is an adult resident citizen of Vieques, PR.

3111.    Jose Vega-Rosa (ECN 4357) is an adult resident citizen of Vieques, PR.

3112.    Dilywanh Rosa-Rivera, an adult resident citizen of Vieques, PR, on behalf of

minor child Josiris Vega-Rosa (ECN 4358).

3113.    Jose Vega-Sanes (ECN 4359) is an adult resident citizen of Vieques, PR.

3114.    Aura Rosario-Acevedo (ECN 4360) is an adult resident citizen of Vieques, PR.

3115.    Liana Danois-Guadalupe, an adult resident citizen of Vieques, PR, on behalf of minor child Keisha Carmona-Danois (ECN 4361).

3116.    Shakim Rivera-Serrano (ECN 4363) is an adult resident citizen of Vieques, PR.

3117.    Sylvia Torres-Martinez (ECN 4364) is an adult resident citizen of Vieques, PR.

3118.    Sylvia Martinez-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Yailene Acevedo-Torres (ECN 4365).

3119.    Gilberto Rios-Pimentel (ECN 4366) is an adult resident citizen of Vieques, PR.

3120.    Yarimar Guishard-Garcia (ECN 4367) is an adult resident citizen of Vieques, PR.

3121.    Luz Garcia-Carmona (ECN 4368) is an adult resident citizen of Vieques, PR.

3122.    Jose Alvarado-Ayala (ECN 4369) is an adult resident citizen of Vieques, PR.

3123.    Dionisio Lucas-Ramos (ECN 4370) is an adult resident citizen of Vieques, PR.

3124.    Arlene Torres-Acevedo, an adult resident citizen of Vieques, PR, on behalf of minor child Rafael Soto-Acevedo (ECN 4371).

3125.    Arlene Torres-Acevedo, an adult resident citizen of Vieques, PR, on behalf of minor child Eric Soto-Acevedo (ECN 4372).

3126.    Arlene Acevedo-Torres (ECN 4373) is an adult resident citizen of Vieques, PR.

3127.    Arlene Torres-Acevedo, an adult resident citizen of Vieques, PR, on behalf of minor child Yadiel Soto-Acevedo (ECN 4374).

3128.    Luisbeth Midina-Santiago (ECN 4375) is an adult resident citizen of Vieques, PR.

3129.    Sandra Amaro-Hernandez (ECN 4376) is an adult resident citizen of Vieques, PR.

3130.    Alexandra Rodriguez-Amaro (ECN 4377) is an adult resident citizen of Vieques, PR.

3131.    Josue Lopez-Osorio (ECN 4378) is an adult resident citizen of Vieques, PR.

3132.    Betzaida Ayala-Hernandez (ECN 4379) is an adult resident citizen of Vieques, PR.

3133.    Ana Adams-Perez (ECN 4381) is an adult resident citizen of Vieques, PR.

3134.    Marcos Rodriguez-Flores (ECN 4382) is an adult resident citizen of Vieques, PR.

3135.    Rafael Rodriguez-Osorio (ECN 4383) is an adult resident citizen of Vieques, PR.

3136.    Jody Melton-Cruz (ECN 4384) is an adult resident citizen of Vieques, PR.

3137.    Felicita Garcia-Garcia (ECN 4385) is an adult resident citizen of Vieques, PR.

3138.    Felicita Maldonado-Rivera (ECN 4386) is an adult resident citizen of Vieques, PR.

3139.    Eduviges Acosta-Hernandez (ECN 4387) is an adult resident citizen of Vieques, PR.

3140.    Norma Torres-Sanes (ECN 4388) is an adult resident citizen of Vieques, PR.

3141.    Angelica Tirado-Martinez, an adult resident citizen of Vieques, PR as tutor on behalf of        Angel Tirado-Delgado (ECN 4390).

3142.    Noemi Rodriguez-Alvarez (ECN 4391) is an adult resident citizen of Vieques, PR.

3143.    Paula Franco-Felix (ECN 4392) is an adult resident citizen of Vieques, PR.

3144.    Norma Emeric-Diaz, an adult resident citizen of Vieques, PR as tutor on behalf of Norma Diaz-Ramirez (ECN 4393).

3145.    Sergia Ayala-Carmona (ECN 4394) is an adult resident citizen of Vieques, PR.

3146.    Maria Belardo, an adult resident citizen of Vieques, PR, on behalf of minor child Edwin Carrasquillo-Belardo (ECN 4395).

3147.    Maria Belardo-Nicolson (ECN 4396) is an adult resident citizen of Vieques, PR.

3148.     Alphonso Berrios-Lemoine (ECN 4397) is an adult resident citizen of Vieques, PR.

3149.     Petra Solis-Encarnacion (ECN 4398) is an adult resident citizen of Vieques, PR.

3150.     Carmen Ortiz-Rivera (ECN 4399) is an adult resident citizen of Vieques, PR.

3151.     Ruben Garcia-Carambot (ECN 4401) is an adult resident citizen of Vieques, PR.

3152.     Anna Ventura-Santana, an adult resident citizen of Vieques, PR, on behalf of minor child Keyoung Morales-Ventura (ECN 4402).

3153.     Pedro Morales-Ventura (ECN 4403) is an adult resident citizen of Vieques, PR.

3154.     Efrain Carmona-Marin (ECN 4404) is an adult resident citizen of Vieques, PR.

3155.     Ana Belardo-Camacho, an adult resident citizen of Vieques, PR as tutor on behalf of Iris Camacho-Belardo (ECN 4405).

3156.     Magali Simons-Marin (ECN 4406) is an adult resident citizen of Vieques, PR.

3157.     Mayra Ramos-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Yamilex Rivera-Ramos (ECN 4408).

3158.     Luis Almestica-Medina (ECN 4409) is an adult resident citizen of Vieques, PR.

3159.     Maria Bermudez-Cruz (ECN 4410) is an adult resident citizen of Vieques, PR.

3160.     Elizabeth Olivencia-Pimentel (ECN 4411) is an adult resident citizen of Vieques, PR.

3161.     Maria Serrano-Reyes (ECN 4412) is an adult resident citizen of Vieques, PR.

3162.     Carmen Perez-Carrasquillo (ECN 4413) is an adult resident citizen of Vieques, PR.

3163.     Mayra Clemente-Carrasquillo (ECN 4469) is an adult resident citizen of Vieques, PR.

3164.    Miguel Boulogne-Garcia (ECN 4470) is an adult resident citizen of Vieques, PR.

3165.    Nilsha Serrano-Ortiz (ECN 4471) is an adult resident citizen of Vieques, PR.

3166.    Nilsa Serrano-Lopez (ECN 4472) is an adult resident citizen of Vieques, PR.

3167.    Armando Torres-Ortiz (ECN 4473) is an adult resident citizen of Vieques, PR.

3168.    Hector Buyett-Troche (ECN 4474) is an adult resident citizen of Vieques, PR.

3169.    Sefilia Rivera-Cruz (ECN 4475) is an adult resident citizen of Vieques, PR.

3170.    Hilda Santiago-Osorio (ECN 4476) is an adult resident citizen of Vieques, PR.

3171.    Jessica Cabezudo-Colon, an adult resident citizen of Vieques, PR, on behalf of minor child Francisco Encarnacion-Cabezudo (ECN 4477).

3172.    Haydee Cruz-Alvira, an adult resident citizen of Vieques, PR as tutor on behalf of Gaspar Alvira-Cruz, Jr. (ECN 4478).

3173.    Amparo Julian-Velez, an adult resident citizen of Vieques, PR as tutor on behalf of Roger Cruz-Ramos (ECN 4479).

3174.    Pedro Carrillo-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Pedro Carrillo-Maldonado (ECN 4480).

3175.    Pedro Carrillo-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Alevalerie Carrillo-Maldonado (ECN 4481).

3176.    Pedro Carrillo-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Nilsa Carrillo-Maldonado (ECN 4482).

3177.    Claribel melendez-Diaz, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Santana-Melendez (ECN 4483).

3178.    Gladys Mendez-Garay, an adult resident citizen of Vieques, PR, on behalf of minor child Katherine Rodriguez-Mendez (ECN 4485).

3179.    Luz Rodriguez-Mendez (ECN 4486) is an adult resident citizen of Vieques, PR.

3180.    Jesus Rodriguez-Mendez (ECN 4487) is an adult resident citizen of Vieques, PR.

3181.    Humberto Rodriguez-Mendez (ECN 4488) is an adult resident citizen of Vieques, PR.

3182.    Gladys Mendez-Garay, an adult resident citizen of Vieques, PR, on behalf of minor child Yarimar Rodriguez-Mendez (ECN 4489).

3183.    Gladys Mendez-Garay, an adult resident citizen of Vieques, PR, on behalf of minor child Marcos Rodriguez-Mendez (ECN 4490).

3184.    Carmen Salgado-Cruz (ECN 4491) is an adult resident citizen of Vieques, PR.

3185.    Luz Cruz-Rivera (ECN 4492) is an adult resident citizen of Vieques, PR.

3186.    Vilma Santiago-Julian (ECN 4493) is an adult resident citizen of Vieques, PR.

3187.    George Gilbert-Marin (ECN 4494) is an adult resident citizen of Vieques, PR.

3188.    Aleja Rivera-Soto (ECN 4495) is an adult resident citizen of Vieques, PR.

3189.    Walkyria Cruz-Porfil (ECN 4496) is an adult resident citizen of Vieques, PR.

3190.    Carlos Rivera-Alvarez (ECN 4497) is an adult resident citizen of Vieques, PR.

3191.    Alexis Saez-Rosario (ECN 4498) is an adult resident citizen of Vieques, PR.

3192.    Luz Ortiz-Feliciano (ECN 4499) is an adult resident citizen of Vieques, PR.

3193.    Luz Ortiz-Feliciano, an adult resident citizen of Vieques, PR, on behalf of minor child Franchellys Ortiz-Gerena (ECN 4501).

3194.    Victor Torres-Sanes (ECN 4502) is an adult resident citizen of Vieques, PR.

3195.    Josefina Santiago-Legrand (ECN 4503) is an adult resident citizen of Vieques, PR.

3196.    Sujeil Guzman-Torres (ECN 4504) is an adult resident citizen of Vieques, PR.

3197.    Miguel Guzman-Torres (ECN 4505) is an adult resident citizen of Vieques, PR.

3198.    Mariangeles Rivera-Rodriguez (ECN 4506) is an adult resident citizen of Vieques, PR.

3199.    Maria Cana-Soles (ECN 4507) is an adult resident citizen of Vieques, PR.

3200.    Manuel Serrano-Ortiz (ECN 4509) is an adult resident citizen of Vieques, PR.

3201.    Luis Rivera-Melendez (ECN 4510) is an adult resident citizen of Vieques, PR.

3202.    Jose Porfil-Alvarez (ECN 4511) is an adult resident citizen of Vieques, PR.

3203.    Jose Gerena-Corcino (ECN 4512) is an adult resident citizen of Vieques, PR.

3204.    Erick Sanes-Reyes (ECN 4513) is an adult resident citizen of Vieques, PR.

3205.    Rafael Bermudez-Encarnacion (ECN 4514) is an adult resident citizen of Vieques, PR.

3206.    Joaquin Bermudez-Santiago (ECN 4515) is an adult resident citizen of Vieques, PR.

3207.    Juan Quezada-De la Cruz (ECN 4516) is an adult resident citizen of Vieques, PR.

3208.    Agustin Felix-Miranda (ECN 4517) is an adult resident citizen of Vieques, PR.

3209.    Yaritza Carrasquillo-Santos (ECN 4518) is an adult resident citizen of Vieques, PR.

3210.    Yaritz Santos-Carrasquillo, an adult resident citizen of Vieques, PR, on behalf of minor child Darielybeth Vejerano-Carrasquillo (ECN 4519).

3211.    Ada Romero-Ilarraza, an adult resident citizen of Vieques, PR, on behalf of minor child Axel Acevedo-Romero (ECN 4520).

3212.    Angel Quinones-Roldan (ECN 4521) is an adult resident citizen of Vieques, PR.

3213.    Ruth Lopez-Guzman (ECN 4522) is an adult resident citizen of Vieques, PR.

3214.    Sheila Lopez-Guzman (ECN 4523) is an adult resident citizen of Vieques, PR.

3215.    Edwin Matta-Melendez (ECN 4524) is an adult resident citizen of Vieques, PR.

3216.    Juan Tapia-Willies (ECN 4526) is an adult resident citizen of Vieques, PR.

3217.    Ilda Christian-Garcia (ECN 4527) is an adult resident citizen of Vieques, PR.

3218.    Maria Guzman-Martinez (ECN 4528) is an adult resident citizen of Vieques, PR.

3219.    Carmen Ayala-Gonzalez (ECN 4529) is an adult resident citizen of Vieques, PR.

3220.    Ismael Cruz-Garay (ECN 4530) is an adult resident citizen of Vieques, PR.

3221.    Ibis Ramos-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Roberto Mateo-Ramos (ECN 4531).

3222.    Ibis Ramos-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Elier Mateo-Ramos (ECN 4532).

3223.    Ibis Ramos-Ortiz (ECN 4533) is an adult resident citizen of Vieques, PR.

3224.    Naiza Guzman-Mclat (ECN 4535) is an adult resident citizen of Vieques, PR.

3225.    Sharina Guzman-McLat (ECN 4536) is an adult resident citizen of Vieques, PR.

3226.    Ines Ayala-Belardo (ECN 4537) is an adult resident citizen of Ceiba, PR.

3227.    Diana Ivette-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Eliot Ramos-Torres (ECN 4538).

3228.    Ivette Torres-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Danellis Ramos-Torres (ECN 4539).

3229.    Elena Rodriguez-Nales (ECN 4540) is an adult resident citizen of Vieques, PR.

3230.    Elena Rodriguez-Nales, an adult resident citizen of Vieques, PR as tutor on behalf of Jorge Torres-Rodriguez (ECN 4541).

3231.    Herminia Molina-Nales (ECN 4542) is an adult resident citizen of Vieques, PR.

3232.      Elliot Guzman-Torres (ECN 4543) is an adult resident citizen of Vieques, PR.

3233.      Loris Aguayo-Rosa, an adult resident citizen of Vieques, PR, on behalf of minor child Yanira Deaza-Aguayo (ECN 4544).

3234.      Loris Aguayo-Rosa (ECN 4545) is an adult resident citizen of Vieques, PR.

3235.      Paulina Foster-Simons (ECN 4546) is an adult resident citizen of Vieques, PR.

3236.      Carlos Gonzalez-Foster (ECN 4547) is an adult resident citizen of Vieques, PR.

3237.      Gordon Gonzalez-Foster (ECN 4548) is an adult resident citizen of Vieques, PR.

3238.      Edson Nales-Aguayo (ECN 4549) is an adult resident citizen of Vieques, PR.

3239.      Sidon Colon-Soto (ECN 4550) is an adult resident citizen of Vieques, PR.

3240.      Lisabeth Cintron-Gonzalez (ECN 4551) is an adult resident citizen of Vieques, PR.

3241.      Lisbeth Gonzalez-Foster (ECN 4552) is an adult resident citizen of Vieques, PR.

3242.      Rose Guzman-Torres (ECN 4553) is an adult resident citizen of Vieques, PR.

3243.      David Carrasquillo-Vegerano (ECN 4554) is an adult resident citizen of Vieques, PR.

3244.      Ana Rivera-Cruz (ECN 4555) is an adult resident citizen of Vieques, PR.

3245.      Armando Crux-Felix, an adult resident citizen of Vieques, PR, on behalf of minor child Julio Cruz-Alonzo (ECN 4558).

3246.      Jorge Morales-Osorio (ECN 4559) is an adult resident citizen of Vieques, PR.

3247.      Awilda Moringlanes-Encarnacion (ECN 4560) is an adult resident citizen of Vieques, PR.

3248.      Irma Nieves-Melendez (ECN 4561) is an adult resident citizen of Vieques, PR.

3249.    Marilyn Lopez-Parrilla, an adult resident citizen of Vieques, PR, on behalf of minor child Joyce Ayala-Lopez (ECN 4562).

3250.    Edwin Diaz-Garcia, an adult resident citizen of Vieques, PR as tutor on behalf of Octavia Garcia-Gonzalez (ECN 4563).

3251.    Lucia Ayala-Gonzalez (ECN 4564) is an adult resident citizen of Vieques, PR.

3252.    Nestor Rios-Diaz (ECN 4565) is an adult resident citizen of Vieques, PR.

3253.    Juan Velazquez-Garcia (ECN 4566) is an adult resident citizen of Vieques, PR.

3254.    Aida Martinez-Lozano, an adult resident citizen of Vieques, PR, on behalf of minor child Lissaida Melendez-Martinez (ECN 4567).

3255.    Narcisa Maldonado-Andino (ECN 4568) is an adult resident citizen of Vieques, PR.

3256.    Aida Martinez-Lozano (ECN 4569) is an adult resident citizen of Vieques, PR.

3257.    Mercedes Lopez-Montanez (ECN 4570) is an adult resident citizen of Vieques, PR.

3258.    Carmen Rivera-Rosa (ECN 4571) is an adult resident citizen of Vieques, PR.

3259.    Roberto Fernandez-Perez (ECN 4572) is an adult resident citizen of Vieques, PR.

3260.    Eugenia Ortiz-Torres (ECN 4573) is an adult resident citizen of Vieques, PR.

3261.    Claudio Melendez-Ruiz (ECN 4574) is an adult resident citizen of Vieques, PR.

3262.    Feliciana Rivera-Rodriguez (ECN 4575) is an adult resident citizen of Vieques, PR.

3263.    Margarita Torres-Sanes (ECN 4577) is an adult resident citizen of Vieques, PR.

3264.    Isabel Fernandez-Lebron (ECN 4578) is an adult resident citizen of Vieques, PR.

3265.    Carmen Torres-Soto (ECN 4579) is an adult resident citizen of Vieques, PR.

3266.    Vivian Santos-San Kitts (ECN 4580) is an adult resident citizen of Vieques, PR.

3267.    Aubrey Boatright (ECN 4624) is an adult resident citizen of Vieques, PR.

3268.    Orlando Melendez-Rodriguez (ECN 4625) is an adult resident citizen of Vieques, PR.

3269.    Isidra Martinez-Barreto (ECN 4627) is an adult resident citizen of Vieques, PR.

3270.    Luis Ortiz-Garcia (ECN 4628) is an adult resident citizen of Ceiba, PR.

3271.    Roberto De Jesus-Carmona (ECN 4629) is an adult resident citizen of Luquillo, PR.

3272.    Maria Rivera-Simons (ECN 4630) is an adult resident citizen of Vieques, PR.

3273.    Iris Marin-Garcia (ECN 4632) is an adult resident citizen of Vieques, PR.

3274.    Xavier Parrilla-Sanchez (ECN 4633) is an adult resident citizen of Vieques, PR.

3275.    Gladys Caraballo-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Waleishka Bermudez-Caraballo (ECN 4634).

3276.    Jose Perez-Martinez (ECN 4635) is an adult resident citizen of Vieques, PR.

3277.    Ceciah Caraballo-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Yandell Parrilla-Caraballo (ECN 4636).

3278.    Judith Delgado-Marques, an adult resident citizen of Vieques, PR, on behalf of minor child Yohan Tirado-Cruz (ECN 4637).

3279.    Judith Delgado-Marques (ECN 4638) is an adult resident citizen of Vieques, PR.

3280.    Luis Parrilla-Sanes (ECN 4639) is an adult resident citizen of Vieques, PR.

3281.    Mercedez Fontanez-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Edwin Ruiz-Fontanez (ECN 4640).

3282.    Mercedez Fontanez-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Robles-Fontanez (ECN 4641).

3283.    Jose Acevedo-Velazquez (ECN 4642) is an adult resident citizen of Vieques, PR.

3284.    Flor Serrano-Robles (ECN 4643) is an adult resident citizen of Vieques, PR.

3285.    Mercedes Fontanez-Carmona (ECN 4644) is an adult resident citizen of Vieques, PR.

3286.    Nahiara Ramos-Martinez (ECN 4645) is an adult resident citizen of Vieques, PR.

3287.    Salvador Martinez-Corcino, Jr. (ECN 4646) is an adult resident citizen of Vieques, PR.

3288.    Luis Cruz-Gonzalez (ECN 4647) is an adult resident citizen of Vieques, PR.

3289.    Carlos Encarnacion-Rentas (ECN 4648) is an adult resident citizen of Vieques, PR.

3290.    Maria Garcia-Felix (ECN 4649) is an adult resident citizen of Vieques, PR.

3291.    Jose Carmona-Rivera (ECN 4650) is an adult resident citizen of Vieques, PR.

3292.    Hilda Cruz-Parrilla (ECN 4651) is an adult resident citizen of Vieques, PR.

3293.    Edna Parrilla-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Mercado-Parrilla (ECN 4652).

3294.    Francisco Estrada-Rodriguez (ECN 4653) is an adult resident citizen of Vieques, PR.

3295.    Waleska Ortiz-Esperanza, an adult resident citizen of Vieques, PR, on behalf of minor child Jocsan Parrilla-Ortiz (ECN 4654).

3296.    Waleska Ortiz-Esperanza (ECN 4655) is an adult resident citizen of Vieques, PR.

3297.    Hector Ayala-Acevedo (ECN 4656) is an adult resident citizen of Vieques, PR.

3298.    Arnaldo Encarnacion-Felix (ECN 4657) is an adult resident citizen of Vieques, PR.

3299.    Jose Tapia-Parrilla (ECN 4659) is an adult resident citizen of Vieques, PR.

3300.    Luzcelenia Perez-Mojica (ECN 4660) is an adult resident citizen of Vieques, PR.

3301.    Jesmary Marin-Serrano (ECN 4661) is an adult resident citizen of Vieques, PR.

3302.    Eleuterio Guzman-Maclat (ECN 4662) is an adult resident citizen of Vieques, PR.

3303.    Maribel Ilarraza-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Adelmaris Perez-Ilarraza (ECN 4663).

3304.    Nitza Caraballo-Torres (ECN 4664) is an adult resident citizen of Vieques, PR.

3305.    Saraih Carrasquillo-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Velez-Carrasquillo (ECN 4665).

3306.    Carmen Rivera-Fernandez (ECN 4667) is an adult resident citizen of Vieques, PR.

3307.    Miguel Guzman-Rivera (ECN 4668) is an adult resident citizen of Vieques, PR.

3308.    Jaime Migueles-Vazques (ECN 4669) is an adult resident citizen of Vieques, PR.

3309.    Vicenta Colon-Davila (ECN 4670) is an adult resident citizen of Vieques, PR.

3310.    Hector Santiago-Mercado (ECN 4671) is an adult resident citizen of Vieques, PR.

3311.    Eliodora Cruz-Felix (ECN 4672) is an adult resident citizen of Vieques, PR.

3312.    Eliodora Cruz-Felix, an adult resident citizen of Vieques, PR, on behalf of minor child Jennifer Melton-Cruz (ECN 4673).

3313.    Wilfredo Corcino-Rivera (ECN 4674) is an adult resident citizen of Vieques, PR.

3314.    Mariela Corcino-Rivera (ECN 4675) is an adult resident citizen of Stockton, CA.

3315.    Jeannette Ramos-Rivas (ECN 4676) is an adult resident citizen of Vieques, PR.

3316.    Jeannette Ramos-Rivas, an adult resident citizen of Vieques, PR, on behalf of minor child Jael Rosa-Ramos (ECN 4677).

3317.    Chery Felix-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of minor child Cherly Carrion-Felix (ECN 4678).

3318.    Josefina Maldonado-Betancourt (ECN 4679) is an adult resident citizen of Vieques, PR.

3319.    Ruth Rodriguez-Santana (ECN 4680) is an adult resident citizen of Vieques, PR.

3320.    Juan Rodriguez-Torres (ECN 4681) is an adult resident citizen of Vieques, PR.

3321.    Angel Acevedo-Velazquez (ECN 4682) is an adult resident citizen of Vieques, PR.

3322.    Arelis Fontanez-Santos (ECN 4683) is an adult resident citizen of Jacksonville, FL.

3323.    Ana Rivera-Cruz, an adult resident citizen of Vieques, PR as tutor on behalf of Eduardo Torres-Rodriguez (ECN 4684).

3324.    Isabel Porfil-Alvarez (ECN 4685) is an adult resident citizen of Vieques, PR.

3325.    Hector Millan-Ramos (ECN 4686) is an adult resident citizen of Vieques, PR.

3326.    Carmen Ramos-Cruz (ECN 4687) is an adult resident citizen of Vieques, PR.

3327.    Sulimar Millan-Ramos (ECN 4688) is an adult resident citizen of Vieques, PR.

3328.    Andres Lopez-Roger (ECN 4689) is an adult resident citizen of Vieques, PR.

3329.    Alberto Torres-Corcino (ECN 4690) is an adult resident citizen of Vieques, PR.

3330.    Paquita Sanes-Garcia (ECN 4691) is an adult resident citizen of Vieques, PR.

3331.    Felicidad Garcia-Rivera (ECN 4693) is an adult resident citizen of Vieques, PR.

3332.    Jose Reyes-Mercado (ECN 4694) is an adult resident citizen of Vieques, PR.

3333.     Eida Roldan-Garcia (ECN 4698) is an adult resident citizen of Vieques, PR.

3334.     Angela Rivas-Perez (ECN 4699) is an adult resident citizen of Vieques, PR.

3335.     Irma Osorio-Acosta (ECN 4700) is an adult resident citizen of Vieques, PR.

3336.     Antolino Roldan-De Jesus (ECN 4702) is an adult resident citizen of Vieques, PR.

3337.     Luis Rodriguez-Febus (ECN 4703) is an adult resident citizen of Vieques, PR.

3338.     Victor Medina-Soltero (ECN 4704) is an adult resident citizen of Vieques, PR.

3339.     Vicmari Encarnacion-Osorio (ECN 4706) is an adult resident citizen of Vieques, PR.

3340.     Josue Encarnacion-Saldana (ECN 4707) is an adult resident citizen of Vieques, PR.

3341.     Martha Santos-Cruz (ECN 4708) is an adult resident citizen of Vieques, PR.

3342.     Irene Velazquez-Acevedo (ECN 4709) is an adult resident citizen of Vieques, PR.

3343.     Jose Estrada-Cruz (ECN 4710) is an adult resident citizen of Vieques, PR.

3344.     Maria Suarez- (ECN 4711) is an adult resident citizen of Vieques, PR.

3345.     Jose Ramos-Rivera (ECN 4721) is an adult resident citizen of Vieques, PR.

3346.     Joshuan Rivera-Vega (ECN 4722) is an adult resident citizen of Vieques, PR.

3347.     Ana Vega-Ortiz (ECN 4723) is an adult resident citizen of Vieques, PR.

3348.     Yashira Santana-Carrasquillo (ECN 4724) is an adult resident citizen of Vieques, PR.

3349.     Angel Figueroa-Pena (ECN 4725) is an adult resident citizen of Vieques, PR.

3350.     Francisca de Leon-Lopez (ECN 4726) is an adult resident citizen of Vieques, PR.

3351.     Esteban Cotto-Garcia (ECN 4727) is an adult resident citizen of Vieques, PR.

3352.    Paquita Martinez-Melendez (ECN 4730) is an adult resident citizen of Fajardo, PR.

3353.    Paquita Martinez-Melendez, an adult resident citizen of Fajardo, PR as tutor on behalf of    Esteban Martinez-Melendez (ECN 4731).

3354.    Jose Ramos-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jarib Ramos-Vega (ECN 4732).

3355.    Carmen Ilarraza-Colon (ECN 4733) is an adult resident citizen of Vieques, PR.

3356.    Carmen Ilarraza-Colon, an adult resident citizen of Vieques, PR, on behalf of minor child Anierys Cruz-Ilarraza (ECN 4734).

3357.    Paquita Martinez-Melendez, an adult resident citizen of Fajardo, PR as tutor on behalf of    Carmelo Solero-Martinez (ECN 4735).

3358.    Luis Lugo-Diaz (ECN 4737) is an adult resident citizen of Vieques, PR.

3359.    Sulma Martinez-Molina (ECN 4738) is an adult resident citizen of Vieques, PR.

3360.    Lucrecia Alvarez-Lopez (ECN 4739) is an adult resident citizen of Vieques, PR.

3361.    Lucrecia Alvarez-Lopez, an adult resident citizen of Vieques, PR as tutor on behalf of Maria Lopez-Martinez (ECN 4740).

3362.    Evangelina Santiago-Bermudez (ECN 4742) is an adult resident citizen of Vieques, PR.

3363.    Esmeraldo Melendez-Cruz (ECN 4743) is an adult resident citizen of Vieques, PR.

3364.    Gladys Caraballo-Torres (ECN 4744) is an adult resident citizen of Vieques, PR.

3365.    Julia Velez-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Julissa Corcino-Velez (ECN 4745).

3366.    Julia Velez-Cruz (ECN 4746) is an adult resident citizen of Vieques, PR.

3367.    Jesus Paris-Tapia (ECN 4748) is an adult resident citizen of Vieques, PR.

3368.    Nayda Ortiz-Rosa (ECN 4750) is an adult resident citizen of Vieques, PR.

3369.    Alexis Abreu-Osorio (ECN 4751) is an adult resident citizen of Vieques, PR.

3370.    Itza Pereira-Mercado (ECN 4752) is an adult resident citizen of Vieques, PR.

3371.    Edwin Santiago-Ramos (ECN 4753) is an adult resident citizen of Vieques, PR.

3372.    Santa Rivera-Osorio, an adult resident citizen of Vieques, PR as guardian on behalf of Jesus Estrada-Cruz (ECN 4754).

3373.    Theodora Acosta-Martinez, an adult resident citizen of Vieques, PR as tutor on behalf of    Cecilio Ruiez-Mojica (ECN 4755).

3374.    Shirley Sanchez-Martinez (ECN 4756) is an adult resident citizen of Vieques, PR.

3375.    Shirley Sanchez-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Erick Felix-Sanchez (ECN 4757).

3376.    Jennifer Felix-Sanchez (ECN 4758) is an adult resident citizen of Vieques, PR.

3377.    Irma Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Erick Morales-Sanes (ECN 4759).

3378.    Angelita Cruz-Alejandro, an adult resident citizen of Vieques, PR as tutor on behalf of    Humberto Perea-Velazquez (ECN 4760).

3379.    Angelita Cruz-Alejandro (ECN 4761) is an adult resident citizen of Vieques, PR.

3380.    Daniel Carrasquillo-Perez (ECN 4762) is an adult resident citizen of Vieques, PR.

3381.    Yariel Romero-Ortiz (ECN 4763) is an adult resident citizen of Vieques, PR.

3382.    Adbimael Romero-Ortiz (ECN 4764) is an adult resident citizen of Vieques, PR.

3383.    Maria Lopez-Brache (ECN 4765) is an adult resident citizen of Vieques, PR.

3384.    Marcos Bennett-Tufino (ECN 4766) is an adult resident citizen of Vieques, PR.

3385.    Ernesto Pena-Acevedo (ECN 4767) is an adult resident citizen of Vieques, PR.

3386.    Frankie Rivera-Ayala (ECN 4768) is an adult resident citizen of Vieques, PR.

3387.    Maribel Osorio-Rosa (ECN 4769) is an adult resident citizen of Vieques, PR.

3388.    Maribel Rosa-Osorio, an adult resident citizen of Vieques, PR as tutor on behalf of Herminio Cordero-Encarnacion (ECN 4770).

3389.    Roberto Parrilla-Herrera (ECN 4771) is an adult resident citizen of Vieques, PR.

3390.    Jose Ayala-Ramos, an adult resident citizen of Vieques, PR as tutor on behalf of Esperanza Ramos-Williams (ECN 4772).

3391.    Ana Carmona-Torres (ECN 4773) is an adult resident citizen of Vieques, PR.

3392.    Ana Carmona-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Josean Maldonado-Carmona (ECN 4774).

3393.    Ana Roman-Monell (ECN 4775) is an adult resident citizen of Vieques, PR.

3394.    Veronica Hernandez-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Erick Hernandez-Hernandez (ECN 4776).

3395.    Veronica Hernandez-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Brandon Encarnacion-Hernandez (ECN 4777).

3396.    Iris Blondet-Nieves (ECN 4778) is an adult resident citizen of Vieques, PR.

3397.    Hector Perez-Fernandez (ECN 4779) is an adult resident citizen of Vieques, PR.

3398.    Sylkia Rodriguez-Munet (ECN 4780) is an adult resident citizen of Vieques, PR.

3399.    Ramon Diaz-Velazquez (ECN 4781) is an adult resident citizen of Vieques, PR.

3400.    Evelyn Mulero-Carrillo (ECN 4783) is an adult resident citizen of Vieques, PR.

3401.    Myrta Suarez-Ayala (ECN 4784) is an adult resident citizen of Vieques, PR.

3402.    Denisse de Leon-Rivera (ECN 4785) is an adult resident citizen of Vieques, PR.

3403.    Damaso Cepeda-Guzman (ECN 4786) is an adult resident citizen of Vieques, PR.

3404.    Carlos Bermudez-Gonzalez (ECN 4787) is an adult resident citizen of Vieques, PR.

3405.    Paulina Santana-Belardo (ECN 4788) is an adult resident citizen of Vieques, PR.

3406.    Evelyn Carillo-Mulero, an adult resident citizen of Vieques, PR, on behalf of minor child Shellim Calzada-Mulero (ECN 4789).

3407.    Evelyn Carillo-Mulero, an adult resident citizen of Vieques, PR, on behalf of minor child Iobed Calzada-Mulero (ECN 4790).

3408.    Evelyn Carillo-Mulero, an adult resident citizen of Vieques, PR as tutor on behalf of Sandra Monell-Mulero (ECN 4791).

3409.    Enrique Romero-Acevedo (ECN 4792) is an adult resident citizen of Vieques, PR.

3410.    Myrta Suarez, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Cintron-Suarez (ECN 4793).

3411.    Myrta Suarez, an adult resident citizen of Vieques, PR, on behalf of minor child Eldrik Cintron-Suarez (ECN 4794).

3412.    Peter Gerena-Carmona (ECN 4795) is an adult resident citizen of Vieques, PR.

3413.    Heidie Garcia-Rodriguez (ECN 4796) is an adult resident citizen of Vieques, PR.

3414.    Heidie Garcia-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Peter Gerena-Garcai (ECN 4797).

3415.    Yoralma Nales-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Marcos Rivera-Nales (ECN 4798).

3416.    Domingo Gandarilla-Romero (ECN 4799) is an adult resident citizen of Vieques, PR.

3417.    Moises Ventura-Ortiz (ECN 4800) is an adult resident citizen of Vieques, PR.

3418.    Ana Carmona-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Maldonado-Carmona (ECN 4816).

3419.    Margarita Alcantara-Sabala (ECN 4835) is an adult resident citizen of Vieques, PR.

3420.    Maria Santiago-Rivera (ECN 4967) is an adult resident citizen of Vieques, PR.

3421.    Bautista Rivera-Padilla (ECN 4996) is an adult resident citizen of Vieques, PR.

3422.    Yarelis Rosario-Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Ortiz-Reyes (ECN 5017).

3423.    Johannette Peterson-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Inashka Encarnacion-Peterson (ECN 5023).

3424.    Jose Bayron-Rivera (ECN 5076) is an adult resident citizen of Vieques, PR.

3425.    Annette Peterson-Rivera (ECN 5079) is an adult resident citizen of Vieques, PR.

3426.    Andrea Garcia-Ayala (ECN 5091) is an adult resident citizen of Vieques, PR.

3427.    Daniel Avillan-Carrion (ECN 5127) is an adult resident citizen of Vieques, PR.

3428.    Nilsa Marin-Blondet, an adult resident citizen of Vieques, PR, on behalf of minor child Hector Carrasquillo-Marin (ECN 5130).

3429.    Edwin Rosa-Gomez (ECN 5132) is an adult resident citizen of Vieques, PR.

3430.    Luisa Gonzalez-Soltio, an adult resident citizen of Vieques, PR, on behalf of minor child Clara Ros-Gonzalez (ECN 5133).

3431.    Jose Acevedo-Ortiz (ECN 5134) is an adult resident citizen of Vieques, PR.

3432.    Elisabet Lopez-Martinez (ECN 5135) is an adult resident citizen of Vieques, PR.

3433.    Luisa Gonzalez-Soltio, an adult resident citizen of Vieques, PR, on behalf of minor child Alexis Rosa-Gonzalez (ECN 5136).

3434.    Luisa Gonzalez-Soltio, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Rosa-Gonzalez (ECN 5137).

3435.    Edwin Rosa-Gonzalez (ECN 5138) is an adult resident citizen of Vieques, PR.

3436.    Maria Rosa-Gonzalez (ECN 5139) is an adult resident citizen of Vieques, PR.

3437.    Xavier Felix-Suarez (ECN 5140) is an adult resident citizen of Vieques, PR.

3438.    Christina Gonzalez (ECN 5141) is an adult resident citizen of Vieques, PR.

3439.    Hector Encarnacion-Solis (ECN 5143) is an adult resident citizen of Vieques, PR.

3440.    Denise Encarnacion-Camacho (ECN 5145) is an adult resident citizen of Vieques, PR.

3441.    Maritza Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Luz Lopez-Sanes (ECN 5146).

3442.    Gladys Rivera-Velazquez (ECN 5147) is an adult resident citizen of Vieques, PR.

3443.    Emerito Osorio-Boulogne (ECN 5148) is an adult resident citizen of Vieques, PR.

3444.    Yomari Reyes (ECN 5149) is an adult resident citizen of Vieques, PR.

3445.    Yomari Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Eulises Nales-Reyes (ECN 5150).

3446.    Yomari Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Carmen Romero-Reyes (ECN 5151).

3447.    Yomari Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Ellerik Romero-Reyes (ECN 5152).

3448.    Erica Cruz-Martinez (ECN 5153) is an adult resident citizen of Vieques, PR.

3449.    Ana Navarro-Cruz (ECN 5154) is an adult resident citizen of Vieques, PR.

3450.    Josefa Corcino-Perez (ECN 5155) is an adult resident citizen of Vieques, PR.

3451.    Josue Hernandez (ECN 5156) is an adult resident citizen of Vieques, PR.

3452.    Yarelis Guzman-Spooner, an adult resident citizen of Vieques, PR, on behalf of
minor child Joshuat Hernandez-Guzman (ECN 5157).

3453.    Yarelis Guzman-Spooner (ECN 5158) is an adult resident citizen of Vieques, PR.

3454.    Elizabeth Estrada-Barreto (ECN 5160) is an adult resident citizen of Vieques, PR.

3455.    Marta Rivera-Collado (ECN 5161) is an adult resident citizen of Orlando, FL.

3456.    Diana Camacho-de Jesus (ECN 5162) is an adult resident citizen of Vieques, PR.

3457.    Alberic Medina-Ramirez (ECN 5163) is an adult resident citizen of Vieques, PR.

3458.    Judith Ramires-Roldan (ECN 5164) is an adult resident citizen of Vieques, PR.

3459.    Eric Jouberti-Maldonado (ECN 5165) is an adult resident citizen of Vieques, PR.

3460.    Doris Brache-Torres, an adult resident citizen of Vieques, PR, on behalf of minor
child Ronny Davis-Brache (ECN 5166).

3461.    Dalia Garcia-Velazquez (ECN 5167) is an adult resident citizen of Vieques, PR.

3462.    Antonio Davis-Camacho (ECN 5168) is an adult resident citizen of Vieques, PR.

3463.    Antonio Ayala-Gonzalez (ECN 5169) is an adult resident citizen of Vieques, PR.

3464.    Jose Roldan-Roman (ECN 5170) is an adult resident citizen of Vieques, PR.

3465.    Sigfredo Ayala-Santos (ECN 5172) is an adult resident citizen of Vieques, PR.

3466.    Ana Encarnacion-Caraballo (ECN 5173) is an adult resident citizen of Vieques,
PR.

3467.    Yashira Torres-Abreu (ECN 5174) is an adult resident citizen of Vieques, PR.

3468.    Nimia Abreu-Camacho, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Torres-Abreu (ECN 5176).

3469.    Elizabeth Melendez-Saez (ECN 5177) is an adult resident citizen of Vieques, PR.

3470.    Madeline Melendez-Saez (ECN 5178) is an adult resident citizen of Vieques, PR.

3471.    Alejandro de Jesus-Camacho (ECN 5179) is an adult resident citizen of Vieques, PR.

3472.    Jose Ayala-Gonzalez (ECN 5180) is an adult resident citizen of Vieques, PR.

3473.    Maximo Ramos-Williams (ECN 5181) is an adult resident citizen of Vieques, PR.

3474.    Jose Ayala-Hernandez (ECN 5182) is an adult resident citizen of Vieques, PR.

3475.    Arcadio Perez-Cruz (ECN 5184) is an adult resident citizen of Vieques, PR.

3476.    Luis Perez-Perez (ECN 5185) is an adult resident citizen of Vieques, PR.

3477.    Petra Rodriguez-Feliciano (ECN 5186) is an adult resident citizen of Vieques, PR.

3478.    Socorro de Jesus-Camacho (ECN 5187) is an adult resident citizen of Vieques, PR.

3479.    Elba Camacho-de Jesus (ECN 5188) is an adult resident citizen of Vieques, PR.

3480.    Maria Rodriguez-Saez (ECN 5189) is an adult resident citizen of Vieques, PR.

3481.    Ilianette Soto-Camacho, an adult resident citizen of Vieques, PR, on behalf of minor child Alexis Martinez-Soto (ECN 5190).

3482.    Jose Silva-Quinones (ECN 5191) is an adult resident citizen of Vieques, PR.

3483.    Angel Melendez-Quinones (ECN 5192) is an adult resident citizen of Vieques, PR.

3484.    Luis Felix-Quinones (ECN 5193) is an adult resident citizen of Vieques, PR.

3485.    Jan Pereira-Ortiz (ECN 5194) is an adult resident citizen of Vieques, PR.

3486.    Jose Pereira-Ortiz (ECN 5195) is an adult resident citizen of Vieques, PR.

3487.    Ruben Pereira-Acevedo (ECN 5196) is an adult resident citizen of Vieques, PR.

3488.    Luz Camacho-Rodriguez (ECN 5197) is an adult resident citizen of Vieques, PR.

3489.    Luz Camacho-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of
minor child Lynette Soto-Camacho (ECN 5198).

3490.    Marcelino Soto-Laboy (ECN 5199) is an adult resident citizen of Vieques, PR.

3491.    Ilainette Soto-Camacho (ECN 5200) is an adult resident citizen of Vieques, PR.

3492.    Mirlas Lopez-Martinez, an adult resident citizen of Vieques, PR, on behalf of
minor child Danaily Santos-Lopez (ECN 5201).

3493.    Mirlas Santos-Lopez, an adult resident citizen of Vieques, PR, on behalf of minor
child Yadirisbeth Santos-Lopez (ECN 5202).

3494.    Mirlas Lopez-Martinez (ECN 5203) is an adult resident citizen of Vieques, PR.

3495.    Leonor Cruz-Osorio (ECN 5204) is an adult resident citizen of Vieques, PR.

3496.    Jose Villoda-Alejandro (ECN 5205) is an adult resident citizen of Vieques, PR.

3497.    Jose Silva-Mitchell (ECN 5206) is an adult resident citizen of Vieques, PR.

3498.    Jose Silva-Adorno, an adult resident citizen of Vieques, PR, on behalf of minor
child Jose Silva-Adorno, Jr. (ECN 5207).

3499.    Iliana Osorio-Melendez (ECN 5208) is an adult resident citizen of Vieques, PR.

3500.    David Rosa-Melendez (ECN 5209) is an adult resident citizen of Vieques, PR.

3501.    Elizeo Perez-Carrasquillo (ECN 5210) is an adult resident citizen of Vieques, PR.

3502.    Felix Acevedo-Olivencia (ECN 5211) is an adult resident citizen of Vieques, PR.

3503.    Viviana Olivencia-Pimentel (ECN 5212) is an adult resident citizen of Vieques,
PR.

3504.    Juan Cruz-Carmona (ECN 5213) is an adult resident citizen of Vieques, PR.

3505.    Carmen Pimentel-Parrilla (ECN 5214) is an adult resident citizen of Vieques, PR.

3506.    Nila Roldan-Cordero (ECN 5215) is an adult resident citizen of Vieques, PR.

3507.    Mayleane Lopez-Alejandro (ECN 5216) is an adult resident citizen of Vieques, PR.

3508.    Luz Garcia-Robles (ECN 5217) is an adult resident citizen of Vieques, PR.

3509.    Daniel Cotto-Davis (ECN 5218) is an adult resident citizen of Vieques, PR.

3510.    Elena Camacho-Perez (ECN 5221) is an adult resident citizen of Vieques, PR.

3511.    Marta Tirado-Carrasquillo (ECN 5222) is an adult resident citizen of Vieques, PR.

3512.    Rafael Morales-Torres (ECN 5223) is an adult resident citizen of Vieques, PR.

3513.    Ana Osorio-Boulogne (ECN 5224) is an adult resident citizen of Vieques, PR.

3514.    Edwin Carmona-Osorio (ECN 5225) is an adult resident citizen of Vieques, PR.

3515.    Victor Carmona-Osorio (ECN 5226) is an adult resident citizen of Vieques, PR.

3516.    Ana Osorio-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Carmona-Osorio (ECN 5227).

3517.    Mayra Lopez-Osorio (ECN 5228) is an adult resident citizen of Vieques, PR.

3518.    Ana Alejandro-Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Tiffany Lopez-Alejandro (ECN 5229).

3519.    Mayra Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Isabelo Peterson-Lopez (ECN 5230).

3520.    Rafael Parrilla-Corcino (ECN 5231) is an adult resident citizen of Vieques, PR.

3521.    Luis Ortiz-Ventura (ECN 5232) is an adult resident citizen of Vieques, PR.

3522.    Lorna Colon-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Emmanuel Diaz-Colon (ECN 5233).

3523.    Lorna Colon-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Cruz Diaz-Colon (ECN 5234).

3524.    Grisselle Diaz-Colon (ECN 5235) is an adult resident citizen of Vieques, PR.

3525.    Tashyma Ledesma-Melendez (ECN 5236) is an adult resident citizen of Vieques, PR.

3526.    David Encarnacion-Rodriguez (ECN 5237) is an adult resident citizen of Vieques, PR.

3527.    Luis Castaneda-Mercado (ECN 5238) is an adult resident citizen of Vieques, PR.

3528.    Nelson Avila-Ortiz (ECN 5239) is an adult resident citizen of Vieques, PR.

3529.    Veronica Cruz-Ponce (ECN 5240) is an adult resident citizen of Vieques, PR.

3530.    Andres Felix-Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Epson Felix-Cruz (ECN 5241).

3531.    Felix Osorio-Osorio (ECN 5242) is an adult resident citizen of Vieques, PR.

3532.    Kathy Gannett-Duff (ECN 5243) is an adult resident citizen of Vieques, PR.

3533.    Maritza Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Giovani Morales-Sanes (ECN 5244).

3534.    Elba Abreu-Corcino (ECN 5245) is an adult resident citizen of Vieques, PR.

3535.    Vincente Rosario-Melendez (ECN 5246) is an adult resident citizen of Vieques, PR.

3536.    Doraima Cintron-Solis (ECN 5247) is an adult resident citizen of Vieques, PR.

3537.    Felicita Solis-Solis (ECN 5248) is an adult resident citizen of Vieques, PR.

3538.    Josefa Ramos-Roger (ECN 5249) is an adult resident citizen of Vieques, PR.

3539.    Juanita Osorio-Boulogne, an adult resident citizen of Vieques, PR, on behalf of
minor child Josian Parrilla-Rivera (ECN 5250).

3540.    Deborah Rivera-Osorio (ECN 5251) is an adult resident citizen of Vieques, PR.

3541.    Karla Acevedo-Osorio (ECN 5252) is an adult resident citizen of Vieques, PR.

3542.    Juan Velez-Garcia (ECN 5253) is an adult resident citizen of Vieques, PR.

3543.    Lizmar Mojica-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of
minor child Tairis Velez-Mojica (ECN 5254).

3544.    Lizmar Mojica-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of
minor child Lizmarie Velez-Monjica (ECN 5255).

3545.    Gladys Velez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor
child Xavier Prospero-Velez (ECN 5256).

3546.    Abraham Velez-Torres (ECN 5257) is an adult resident citizen of Vieques, PR.

3547.    Migdalia Garcia-de la Rosa (ECN 5258) is an adult resident citizen of Vieques,
PR.

3548.    Jan Bayron-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor
child Luis Bayron-Garcia (ECN 5260) is an adult resident citizen of Vieques, PR.

3549.    Angelica Sanes-Alejandro (ECN 5261) is an adult resident citizen of Vieques, PR.

3550.    Leonor Cruz-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor
child Vanessa Castillo-Cruz (ECN 5262).

3551.    Cindy Ponce-Franco (ECN 5263) is an adult resident citizen of Vieques, PR.

3552.    Roberto Ortriz-Carle, an adult resident citizen of Vieques, PR as tutor on behalf
of Andrea Carle-Cadiz (ECN 5264).

3553.     Ramon Cruz-Hernandez (ECN 5265) is an adult resident citizen of Vieques, PR.

3554.     Maria Figueroa-Martinez (ECN 5266) is an adult resident citizen of Vieques, PR.

3555.     Elsa Sanes-Roldan (ECN 5268) is an adult resident citizen of Vieques, PR.

3556.     Vilma Franco-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Josuan Ponce-Franco (ECN 5269).

3557.     Vilma Franco-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Josean Ponce-Franco (ECN 5270).

3558.     Maria Garcia-Rodriguez (ECN 5271) is an adult resident citizen of Vieques, PR.

3559.     Nayda Ramos-Trinidad (ECN 5272) is an adult resident citizen of Vieques, PR.

3560.     Nayda Ramos-Trinidad, an adult resident citizen of Vieques, PR, on behalf of minor child Louie Ferrer-Ramos (ECN 5273).

3561.     Laureen Ramos-Fuentes, an adult resident citizen of Vieques, PR, on behalf of minor child Yamirelis Martinez-Ramos (ECN 5275).

3562.     Laureen Ramos-Fuentes (ECN 5277) is an adult resident citizen of Vieques, PR.

3563.     Aida Encarnacion-Saldana (ECN 5278) is an adult resident citizen of Vieques, PR.

3564.     Daniel Gonzalez-Rosa (ECN 5279) is an adult resident citizen of Vieques, PR.

3565.     Dolores Sanes-Ortiz (ECN 5280) is an adult resident citizen of Vieques, PR.

3566.     Carmen Cruz-Sanes (ECN 5281) is an adult resident citizen of Vieques, PR.

3567.     Jose Luz de Jesus-Parrilla (ECN 5282) is an adult resident citizen of Vieques, PR.

3568.     Maria Perez-Carrasquillo (ECN 5283) is an adult resident citizen of Vieques, PR.

3569.     Cruz Anduce-Acosta (ECN 5284) is an adult resident citizen of Vieques, PR.

3570.     Leonarda Tirado-Colon (ECN 5285) is an adult resident citizen of Vieques, PR.

3571.    Marcolina Maldonado-Soto (ECN 5286) is an adult resident citizen of Vieques, PR.

3572.    Jose Sanchez-Santiago (ECN 5287) is an adult resident citizen of Vieques, PR.

3573.    Luz Figueroa-Cruz (ECN 5288) is an adult resident citizen of Vieques, PR.

3574.    Pablo Rodriguez-Velez (ECN 5289) is an adult resident citizen of Vieques, PR.

3575.    Iris Soto-Cintron (ECN 5290) is an adult resident citizen of Vieques, PR.

3576.    Janitza Alejandro-Padilla (ECN 5291) is an adult resident citizen of Vieques, PR.

3577.    Cruz Encarnacion-Osorio (ECN 5292) is an adult resident citizen of Vieques, PR.

3578.    Mercy Boulogne-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Sharimar Felix-Boulogne (ECN 5293).

3579.    Mercy Boulogne-Gonzalez (ECN 5295) is an adult resident citizen of Vieques, PR.

3580.    Wilkin Rivera-Cintron (ECN 5296) is an adult resident citizen of Vieques, PR.

3581.    Dora Nieves-Osorio (ECN 5297) is an adult resident citizen of Vieques, PR.

3582.    Dora Nieves-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Jades Corcino-Nieves (ECN 5298).

3583.    Dora Nieves-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Soliann Corcino-Nieves (ECN 5299).

3584.    Adelaida Martinez-Cadiz (ECN 5300) is an adult resident citizen of Vieques, PR.

3585.    Louis Ferrer-Encarnacion (ECN 5301) is an adult resident citizen of Vieques, PR.

3586.    Maria Rodriguez-Cruz (ECN 5302) is an adult resident citizen of Vieques, PR.

3587.    Maria Rodriguez-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Yadiel Melendez-Rodriguez (ECN 5303).

3588.    Jose Colon-Vaez (ECN 5304) is an adult resident citizen of Vieques, PR.

3589.    Antonio Perez-Castro (ECN 5305) is an adult resident citizen of Vieques, PR.

3590.    Isidra Saez-Rosario (ECN 5306) is an adult resident citizen of Vieques, PR.

3591.    Yara Orono-Saez (ECN 5307) is an adult resident citizen of Vieques, PR.

3592.    Santo Rivera-Lopez (ECN 5308) is an adult resident citizen of Vieques, PR.

3593.    Genoveva Tirado-Estien (ECN 5309) is an adult resident citizen of Vieques, PR.

3594.    Luz Torres-Cruz (ECN 5310) is an adult resident citizen of Vieques, PR.

3595.    Grisel Cruz-Torres, an adult resident citizen of Vieques, PR, on behalf of minor
child Yahaira Abreu-Torres (ECN 5311).

3596.    Grisel Cruz-Torres, an adult resident citizen of Vieques, PR, on behalf of minor
child Yamaira Abreu-Torres (ECN 5312).

3597.    Mariel Rosa-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor
child Jailene Cintron-Rosa (ECN 5313).

3598.    Mariel Rosa-Osorio (ECN 5314) is an adult resident citizen of Vieques, PR.

3599.    Miguel Acevedo-Lopez (ECN 5316) is an adult resident citizen of Vieques, PR.

3600.    Paula Figueroa-Lugo (ECN 5317) is an adult resident citizen of Vieques, PR.

3601.    Eugenio Santos-Serrano (ECN 5318) is an adult resident citizen of Vieques, PR.

3602.    Clara Rosa-Gomez (ECN 5319) is an adult resident citizen of Vieques, PR.

3603.    Yadira Melendez-Rosa (ECN 5320) is an adult resident citizen of Vieques, PR.

3604.    Georgina Sanes-Acosta (ECN 5321) is an adult resident citizen of Vieques, PR.

3605.    Nilsa Rodriguez-Rivera (ECN 5323) is an adult resident citizen of Chicago, IL.

3606.    Nilsa Pimentel-Parrilla (ECN 5325) is an adult resident citizen of Vieques, PR.

3607.    Lydia Carmona-Parrilla, an adult resident citizen of Vieques, PR, on behalf of minor child Yolanda Davis-Parrilla (ECN 5326).

3608.    Kimba Davis-George (ECN 5327) is an adult resident citizen of Vieques, PR.

3609.    Lydia Parrilla-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Natianette Davis-Parrilla (ECN 5328).

3610.    Iris Castellano-Mulero (ECN 5331) is an adult resident citizen of Vieques, PR.

3611.    Bienvenido Torres-Sanes (ECN 5332) is an adult resident citizen of Vieques, PR.

3612.    Maria Perez-Olivencia (ECN 5333) is an adult resident citizen of Vieques, PR.

3613.    Flor Martinez-Burgos (ECN 5334) is an adult resident citizen of Vieques, PR.

3614.    Teofila Rivera-Gonzalez (ECN 5335) is an adult resident citizen of Vieques, PR.

3615.    Mario Castillo-Camacho (ECN 5336) is an adult resident citizen of Vieques, PR.

3616.    Dedislao Figueroa-Carrillo (ECN 5343) is an adult resident citizen of Vieques, PR.

3617.    Keila Carrasquillo-Martinez (ECN 5351) is an adult resident citizen of Vieques, PR.

3618.    Aurelia Gonzalez (ECN 5352) is an adult resident citizen of Vieques, PR.

3619.    Kelia Carrasquillo-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Netza Paris-Carrasquillo (ECN 5353).

3620.    Keila Carrasquillo-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Kevin Paris-Carrasquillo (ECN 5354).

3621.    Wilma Cintron-Carrillo (ECN 5355) is an adult resident citizen of Vieques, PR.

3622.    Epifanio Velazquez-Quinonez (ECN 5356) is an adult resident citizen of Vieques, PR.

3623.    Regalado Perez-Collazo, an adult resident citizen of Vieques, PR as tutor on behalf of Felicita Perez-Castro (ECN 5357).

3624.    Victorina Martinez-Carrion (ECN 5358) is an adult resident citizen of Vieques, PR.

3625.    Francisca Cancel-Mercado (ECN 5359) is an adult resident citizen of Vieques, PR.

3626.    Vincente Cancel-Clisotim (ECN 5360) is an adult resident citizen of Vieques, PR.

3627.    Betzaida Camacho-Santiago, an adult resident citizen of Vieques, PR as tutor on behalf of Inocensia Camacho-Camacho (ECN 5361).

3628.    Maria Tirado-Barreto, an adult resident citizen of Vieques, PR as tutor on behalf of Aurora Barreto-Monell (ECN 5362).

3629.    Betzaida Santiago-Camacho (ECN 5364) is an adult resident citizen of Vieques, PR.

3630.    Felipa Santos-Velazquez (ECN 5365) is an adult resident citizen of Vieques, PR.

3631.    Felipa Santo-Velazquez, an adult resident citizen of Vieques, PR as tutor on behalf of Brigida Velazquez-Guevara (ECN 5366).

3632.    Zaida Cruz-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Shaira Perez-Cruz (ECN 5367).

3633.    Zaida Cruz-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Noel Perez-Cruz (ECN 5368).

3634.    Zaida Cruz-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Zaida Perez-Cruz (ECN 5369).

3635.    Zaida Cruz-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Jenniffer Perez-Cruz (ECN 5370).

3636.    Noel Perez-Rodriguez (ECN 5371) is an adult resident citizen of Vieques, PR.

3637.    Ruth Ayala-Rivera (ECN 5372) is an adult resident citizen of Vieques, PR.

3638.    Ana Ayala-Rivera (ECN 5373) is an adult resident citizen of Vieques, PR.

3639.    Felipe Gonzalez-Diureaux (ECN 5374) is an adult resident citizen of Vieques, PR.

3640.    Mercedes Carrasquillo-Serrano (ECN 5375) is an adult resident citizen of Vieques, PR.

3641.    Juana Sanes-Ayala (ECN 5377) is an adult resident citizen of Vieques, PR.

3642.    Luis Cintron-Solis (ECN 5378) is an adult resident citizen of Vieques, PR.

3643.    Luz Solis-Davis (ECN 5379) is an adult resident citizen of Vieques, PR.

3644.    Alba Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Lopez (ECN 5380).

3645.    Alba Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Ilarraza-Lopez (ECN 5381).

3646.    Alba Lopez-Osorio (ECN 5382) is an adult resident citizen of Vieques, PR.

3647.    Hector Julian-Santiago (ECN 5383) is an adult resident citizen of Vieques, PR.

3648.    Quiabeth Julian-Santiago (ECN 5384) is an adult resident citizen of Vieques, PR.

3649.    Marie Serrano-Soto (ECN 5385) is an adult resident citizen of Vieques, PR.

3650.    Joel Molina-Rodriguez (ECN 5386) is an adult resident citizen of Vieques, PR.

3651.    Ivonne Melendez-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Dara Calzada-Melendez (ECN 5387).

3652.    Ivonne Melendez-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Danysha Calzada-Melendez (ECN 5388).

3653.    Jose Santana-Melendez (ECN 5389) is an adult resident citizen of Vieques, PR.

3654.    Nayda Perez-Guerra (ECN 5390) is an adult resident citizen of Vieques, PR.

3655.    Xiomara Delgado-Perez (ECN 5391) is an adult resident citizen of Vieques, PR.

3656.    Xiomara Delgado-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Alexis Flores-Delgado (ECN 5392).

3657.    Sheila Encarnacion-Perez (ECN 5393) is an adult resident citizen of Vieques, PR.

3658.    Josue Molina-Rodriguez (ECN 5394) is an adult resident citizen of Vieques, PR.

3659.    Norma Rodriguez-Otero (ECN 5395) is an adult resident citizen of Vieques, PR.

3660.    Miguel Rodriguez, an adult resident citizen of Vieques, PR as tutor on behalf of Irma Agosto-Robles (ECN 5396).

3661.    Benicio Romero-Guadalupe (ECN 5397) is an adult resident citizen of Vieques, PR.

3662.    Daritzabel Miguelez-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Valeria Fuentes-Miguelez (ECN 5398).

3663.    Daritzabel Migueles-Mercado (ECN 5399) is an adult resident citizen of Vieques, PR.

3664.    Ruth Perez-Guerra (ECN 5400) is an adult resident citizen of Vieques, PR.

3665.    Elba Santana-Torres (ECN 5401) is an adult resident citizen of Vieques, PR.

3666.    Juan Rosa-Maldonado (ECN 5402) is an adult resident citizen of Vieques, PR.

3667.    Edna Salgado-Corcino (ECN 5403) is an adult resident citizen of Vieques, PR.

3668.    Edna Salgado-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Rosa-Salgado (ECN 5404).

3669.    Eli Rosa-Salgado (ECN 5405) is an adult resident citizen of Vieques, PR.

3670.    Zuleika Rosa-Salgado (ECN 5406) is an adult resident citizen of Vieques, PR.

3671.    Eddie Acevedo-Rodriguez (ECN 5407) is an adult resident citizen of Vieques, PR.

3672.    Judith Cruz-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Marquez-Cruz (ECN 5408).

3673.    Emanuel Carambot-Carmona (ECN 5409) is an adult resident citizen of Vieques, PR.

3674.    Matilde Carmona-Fuentes (ECN 5410) is an adult resident citizen of Vieques, PR.

3675.    Manuel Velez-Monell (ECN 5411) is an adult resident citizen of Vieques, PR.

3676.    Manuel Velez-Bermudez (ECN 5412) is an adult resident citizen of Vieques, PR.

3677.    Julio Ayala-Gonzalez (ECN 5413) is an adult resident citizen of Vieques, PR.

3678.    Danny Wert-Ayala (ECN 5414) is an adult resident citizen of Vieques, PR.

3679.    Nuvia Ayala (ECN 5415) is an adult resident citizen of Vieques, PR.

3680.    Norma Figueroa-Santana (ECN 5417) is an adult resident citizen of Vieques, PR.

3681.    Norma Figueroa-Santana, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Alejandro-Figueroa (ECN 5418).

3682.    Norma Figueroa-Santana, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Alejandro-Figueroa (ECN 5419).

3683.    Marilyn Camacho-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Edgar Camacho-de Leon (ECN 5420).

3684.    Marilyn Camacho-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Camacho-de Leon (ECN 5421).

3685.    Enrique Camacho-de Leon (ECN 5422) is an adult resident citizen of Vieques, PR.

3686.    Milca Nieves-Santiago (ECN 5423) is an adult resident citizen of Vieques, PR.

3687.    Agapito Belardo-Salgado (ECN 5424) is an adult resident citizen of Vieques, PR.

3688.    Socorro Brache-Rivera (ECN 5425) is an adult resident citizen of Vieques, PR.

3689.    Atanacia Velez-Burgos (ECN 5426) is an adult resident citizen of Vieques, PR.

3690.    Julio Rosa-Cintrol (ECN 5427) is an adult resident citizen of Vieques, PR.

3691.    Jose Acosta-Sanes (ECN 5428) is an adult resident citizen of St. Croix, PR.

3692.    Arturo Abreu-Navarro (ECN 5429) is an adult resident citizen of Vieques, PR.

3693.    Catherine Quinonez-Oneill, an adult resident citizen of Vieques, PR, on behalf of minor child Siul Encarnacion-Muniz (ECN 5430).

3694.    Francisco Hernandez-Carpio (ECN 5431) is an adult resident citizen of Vieques, PR.

3695.    Jose Ortiz-Sanes (ECN 5432) is an adult resident citizen of Vieques, PR.

3696.    Nelson Alvarez-Sanes (ECN 5433) is an adult resident citizen of Vieques, PR.

3697.    Rogelio Melendez-Robles (ECN 5434) is an adult resident citizen of Vieques, PR.

3698.    Ana Ortiz-Carmona (ECN 5435) is an adult resident citizen of Vieques, PR.

3699.    Ada Romero-Martinez (ECN 5436) is an adult resident citizen of Vieques, PR.

3700.    Janira Velazquez-Ventura (ECN 5437) is an adult resident citizen of Vieques, PR.

3701.    Marin Vegerano-Melendez (ECN 5438) is an adult resident citizen of Vieques, PR.

3702.    Jose Santana-Serrano (ECN 5439) is an adult resident citizen of Vieques, PR.

3703.    Lourdes Lopez, an adult resident citizen of Vieques, PR, on behalf of minor child Taishamarie Ramos-Lopez (ECN 5440).

3704.    Lourdes Lope-Velazquez (ECN 5441) is an adult resident citizen of Vieques, PR.

3705.    Eunice Rodriguez-Galarza (ECN 5442) is an adult resident citizen of Vieques, PR.

3706.    Jose Martinez-Ruiz (ECN 5443) is an adult resident citizen of Vieques, PR.

3707.    Angel Oquendo-Melendez (ECN 5444) is an adult resident citizen of Vieques, PR.

3708.    Pedro Santiago-Santiago (ECN 5445) is an adult resident citizen of Vieques, PR.

3709.    Nora Osorio-Perez (ECN 5446) is an adult resident citizen of Vieques, PR.

3710.    Pedro Santiago-Osorio (ECN 5447) is an adult resident citizen of Vieques, PR.

3711.    Agustin Perez-Olivencia (ECN 5448) is an adult resident citizen of Vieques, PR.

3712.    Eunisis Encarnacion-Rodriguez (ECN 5449) is an adult resident citizen of Vieques, PR.

3713.    Carmen Cruz (ECN 5450) is an adult resident citizen of Vieques, PR.

3714.    Carmen Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Rivera-Cruz (ECN 5451).

3715.    Alexander Melendez-Cruz (ECN 5452) is an adult resident citizen of Vieques, PR.

3716.    Carmen Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Santiago-Cruz (ECN 5453).

3717.    Maria Adorno-Huertas (ECN 5454) is an adult resident citizen of Vieques, PR.

3718.    Iris Nieves-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Gary Gonzalez-Nieves (ECN 5455).

3719.    Nelson Figueroa-Melendez (ECN 5456) is an adult resident citizen of Vieques, PR.

3720.    Luis Tirado-Guevara (ECN 5457) is an adult resident citizen of Vieques, PR.

3721.    Carmen Ayala-Rodriguez (ECN 5458) is an adult resident citizen of Vieques, PR.

3722.    Luz Melendez-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Roman Cortez-Melendez (ECN 5459).

3723.    Raymond Cortez-Melendez (ECN 5460) is an adult resident citizen of Vieques, PR.

3724.    Luz Melendez-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Alicea-Melendez (ECN 5461).

3725.    Juana Melendez-Melendez (ECN 5462) is an adult resident citizen of Vieques, PR.

3726.    Elizabeth Maldonado-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Kevin Bolques-Maldonado (ECN 5463).

3727.    Janet Velazquez-Marrero (ECN 5464) is an adult resident citizen of Vieques, PR.

3728.    Zulariam Serrano, and adult resident citizen of Vieques, PR, on behalf of minor child Zulariam Serrano-Velazquez (ECN 5465).

3729.    Neftali Serrano-Melendez (ECN 5466) is an adult resident citizen of Vieques, PR.

3730.    Crusita Crispin-Santiago (ECN 5467) is an adult resident citizen of Bayamon, PR.

3731.    Elia Martinez-Ventura (ECN 5468) is an adult resident citizen of Vieques, PR.

3732.    Marcelino Diaz-Nieves (ECN 5469) is an adult resident citizen of Vieques, PR.

3733.    Maria Melendez, an adult resident citizen of Vieques, PR as tutor on behalf of Damaso Rivera-Cintron (ECN 5471).

3734.    Anastacia Mattos-Carmona (ECN 5472) is an adult resident citizen of Vieques, PR.

3735.    Raphael Almestica-Matos (ECN 5473) is an adult resident citizen of Vieques, PR.

3736.    Luz Betancourt-Robles (ECN 5475) is an adult resident citizen of Vieques, PR.

3737.    Anibal Rodriguez-Mercado (ECN 5476) is an adult resident citizen of Vieques, PR.

3738.    Marta Garcia-Gonzalez (ECN 5477) is an adult resident citizen of Vieques, PR.

3739.    Arcinio Corcino-Melendez (ECN 5479) is an adult resident citizen of Vieques, PR.

3740.    Abraham Cecilio-Maldonado (ECN 5480) is an adult resident citizen of Vieques, PR.

3741.    Genoveva Rosa-Cruz (ECN 5481) is an adult resident citizen of Vieques, PR.

3742.    Alberto Encarnacion-Saldana (ECN 5482) is an adult resident citizen of Vieques, PR.

3743.    Petra Saldana-Lopez (ECN 5483) is an adult resident citizen of Vieques, PR.

3744.    Luis Melendez-Serrano (ECN 5484) is an adult resident citizen of Vieques, PR.

3745.    Luis Cruz-Melendez (ECN 5486) is an adult resident citizen of Vieques, PR.

3746.    Ilia Alejandro-Ponce (ECN 5487) is an adult resident citizen of Vieques, PR.

3747.    Santiago Rodriguez-Cruz (ECN 5488) is an adult resident citizen of Vieques, PR.

3748.    Miguel Cruz-Montanez (ECN 5491) is an adult resident citizen of Vieques, PR.

3749.    Isabelo Rosario-Cecilio (ECN 5492) is an adult resident citizen of Vieques, PR.

3750.     Regalado Perez-Collazo (ECN 5493) is an adult resident citizen of Vieques, PR.

3751.     Margarita Camacho-Robles (ECN 5494) is an adult resident citizen of Vieques, PR.

3752.     Ignacio Cruz-Feliciano (ECN 5495) is an adult resident citizen of Vieques, PR.

3753.     Carmen Ramos-Rivera (ECN 5496) is an adult resident citizen of Vieques, PR.

3754.     Carmen Ortiz-Sanes (ECN 5497) is an adult resident citizen of Vieques, PR.

3755.     Isabelo Medina-Soltero (ECN 5498) is an adult resident citizen of Vieques, PR.

3756.     Josue Ponce-Franco (ECN 5499) is an adult resident citizen of Vieques, PR.

3757.     Jose Acevedo-Ayala (ECN 5500) is an adult resident citizen of Vieques, PR.

3758.     Algeo Caraballo-Ojeda (ECN 5501) is an adult resident citizen of Vieques, PR.

3759.     Wilnelia Garcia-Perez (ECN 5503) is an adult resident citizen of Vieques, PR.

3760.     Wilberto Garcia-Perez (ECN 5504) is an adult resident citizen of Vieques, PR.

3761.     Zaida Cruz-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Perez-Cruz (ECN 5505).

3762.     Zaida Cruz-Ayala (ECN 5506) is an adult resident citizen of Vieques, PR.

3763.     Alexandra Gonzalez-Vega (ECN 5507) is an adult resident citizen of Vieques, PR.

3764.     Luz Villafane-Cardona (ECN 5508) is an adult resident citizen of Vieques, PR.

3765.     Epifanio Benitez-Martinez (ECN 5509) is an adult resident citizen of Margate, FL.

3766.     Socorro Gonzalez-Borras (ECN 5510) is an adult resident citizen of Margate, FL.

3767.     Lelsey Felix-Mendoza (ECN 5511) is an adult resident citizen of Vieques, PR.

3768.     Angel Torres-Martinez (ECN 5512) is an adult resident citizen of Vieques, PR.

3769.    Joanaly Belford-Rivera (ECN 5513) is an adult resident citizen of Vieques, PR.

3770.    Rosa Ruiz-Escobar (ECN 5514) is an adult resident citizen of Vieques, PR.

3771.    Carlos Perez-Barreto (ECN 5515) is an adult resident citizen of Vieques, PR.

3772.    Jesus Santiago-Refach (ECN 5516) is an adult resident citizen of San Antonio, PR.

3773.    Raul Cruz-Ayala (ECN 5517) is an adult resident citizen of Vieques, PR.

3774.    Luar Cruz-Garcia (ECN 5518) is an adult resident citizen of Vieques, PR.

3775.    Lydia Ortiz-Ayala (ECN 5519) is an adult resident citizen of Vieques, PR.

3776.    Luis Maldonado-Ortiz (ECN 5520) is an adult resident citizen of Vieques, PR.

3777.    Nydia Ramos-Lopez (ECN 5521) is an adult resident citizen of Vieques, PR.

3778.    Jose Cordero-Matta, an adult resident citizen of Vieques, PR, on behalf of minor child Daniela Cordero-Torres (ECN 5523).

3779.    Erin Provost-Ambrosino (ECN 5524) is an adult resident citizen of Vieques, PR.

3780.    Omar Perez-Soto (ECN 5525) is an adult resident citizen of Vieques, PR.

3781.    Edith Rivera-Maldonado (ECN 5526) is an adult resident citizen of Vieques, PR.

3782.    Abigail Santiago-Rucci (ECN 5527) is an adult resident citizen of Vieques, PR.

3783.    Rosa Carrasquillo-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Ramses Rosa-Carrasquillo (ECN 5529).

3784.    Gloria Nales-Figueroa (ECN 5530) is an adult resident citizen of Vieques, PR.

3785.    Olga de Jesus-Perez (ECN 5531) is an adult resident citizen of Vieques, PR.

3786.    James Gastineau-Swindell (ECN 5532) is an adult resident citizen of Vieques, PR.

3787.    Elba Montes-Lima (ECN 5533) is an adult resident citizen of Vieques, PR.

3788.    Jose Alejandro-Ortiz (ECN 5534) is an adult resident citizen of Vieques, PR.

3789.    Miguelina Ponce-Roldan (ECN 5535) is an adult resident citizen of Vieques, PR.

3790.    Zoraida Ortiz-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Zoriann Pabon-Ortiz (ECN 5536).

3791.    Angel Perez-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Zorialys Perez-Ortiz (ECN 5537).

3792.    Angel Perez-Rivera (ECN 5538) is an adult resident citizen of Vieques, PR.

3793.    Zoraida Ortiz-Martinez (ECN 5539) is an adult resident citizen of Vieques, PR.

3794.    Alma Torres-Sanes (ECN 5540) is an adult resident citizen of Vieques, PR.

3795.    Emir Mercado-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Yamir Mercado-Maldonado (ECN 5541).

3796.    Emir Mercado-Martinez (ECN 5542) is an adult resident citizen of Vieques, PR.

3797.    Emir Mercado-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Mercado-Melendez (ECN 5543).

3798.    Fabian Martinez-Rivera (ECN 5544) is an adult resident citizen of Vieques, PR.

3799.    Jose Brignoni-Ortiz (ECN 5545) is an adult resident citizen of Vieques, PR.

3800.    Itza Perez-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Cordero-Perez (ECN 5546).

3801.    Maritza Hernandez-Degros (ECN 5549) is an adult resident citizen of Vieques, PR.

3802.    Wilma Olmedo-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jesus Torres-Olmedo (ECN 5550).

3803.    Xiomaliz Rivera-Olmedo (ECN 5551) is an adult resident citizen of Vieques, PR.

3804.    Wilma Olmedo-Rivera (ECN 5552) is an adult resident citizen of Vieques, PR.

3805.    Carmen Torres-Rosa (ECN 5553) is an adult resident citizen of Vieques, PR.

3806.    Jose Santiago-Flores (ECN 5554) is an adult resident citizen of Vieques, PR.

3807.    Coraly Melendez-Quinonez (ECN 5555) is an adult resident citizen of Vieques, PR.

3808.    Carmen Ramos-Trinidad, an adult resident citizen of Vieques, PR, on behalf of minor child Neysa Bonano-Ramos (ECN 5556).

3809.    Carmen Ramos-Trinidad (ECN 5557) is an adult resident citizen of Vieques, PR.

3810.    Enith Encarnacion-Maldonado (ECN 5558) is an adult resident citizen of Vieques, PR.

3811.    Carlos Barreras-Nieves (ECN 5559) is an adult resident citizen of Vieques, PR.

3812.    Jaryam Acevedo-Mulero (ECN 5560) is an adult resident citizen of Vieques, PR.

3813.    Juan Castano-Pimentel (ECN 5562) is an adult resident citizen of Gainesville, FL.

3814.    Mariano Brache-Pimentel (ECN 5565) is an adult resident citizen of Vieques, PR.

3815.    Enrique Rivera-Osorio (ECN 5566) is an adult resident citizen of Vieques, PR.

3816.    Juan Rosario-Cecilio (ECN 5567) is an adult resident citizen of Vieques, PR.

3817.    Hector Carmona-Cruz (ECN 5568) is an adult resident citizen of Vieques, PR.

3818.    Elizabeth Ramirez-Carrasquillo (ECN 5569) is an adult resident citizen of Vieques, PR.

3819.    Wigberto Melendez-Corcino (ECN 5570) is an adult resident citizen of Vieques, PR.

3820.    Virgen Garcia-Lopez (ECN 5571) is an adult resident citizen of Vieques, PR.

3821.    Josefa Roman-Monell (ECN 5572) is an adult resident citizen of Vieques, PR.

3822.    Erick Ayala-Roman (ECN 5574) is an adult resident citizen of Vieques, PR.

3823.    Ivan Ayala-Santos (ECN 5575) is an adult resident citizen of Vieques, PR.

3824.    Jose Encarnacion-Ayala (ECN 5576) is an adult resident citizen of Vieques, PR.

3825.    Sheila Bermudez-Gonzalez (ECN 5577) is an adult resident citizen of Vieques, PR.

3826.    Shaeila Bermudez-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Lawrence Garcia-Bermudez (ECN 5578).

3827.    Sheila Bermudez-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Josue Garcia-Bermudez (ECN 5579).

3828.    Elias Colzada-Colon (ECN 5580) is an adult resident citizen of Vieques, PR.

3829.    Aurelio Rosa-Torres (ECN 5581) is an adult resident citizen of Vieques, PR.

3830.    Olga Garcia-Sanes (ECN 5582) is an adult resident citizen of Vieques, PR.

3831.    Minerva Carambot-Santos (ECN 5583) is an adult resident citizen of Juana Diaz, PR.

3832.    Alicia Santiago-Legrand (ECN 5584) is an adult resident citizen of Vieques, PR.

3833.    Jose Ayala-Ayala (ECN 5585) is an adult resident citizen of Vieques, PR.

3834.    Heriberto Cruz-Colon (ECN 5586) is an adult resident citizen of Vieques, PR.

3835.    Maria Bonano-Pizarro (ECN 5587) is an adult resident citizen of Vieques, PR.

3836.    Gilberto Estien, an adult resident citizen of Brooklyn, NY as tutor on behalf of Norberto    Estien-Pizarro (ECN 5588).

3837.    Luz Cruz-Hernandez (ECN 5590) is an adult resident citizen of Vieques, PR.

3838.    Carmelo Perez-Serrano (ECN 5591) is an adult resident citizen of Vieques, PR.

3839.    Roberto Navarro-Avillan (ECN 5592) is an adult resident citizen of Vieques, PR.

3840.    Jose Padilla-Candelario (ECN 5593) is an adult resident citizen of Vieques, PR.

3841.    Jose Paris-Tapia (ECN 5594) is an adult resident citizen of Vieques, PR.

3842.    Hector Walton-Sanes (ECN 5595) is an adult resident citizen of Vieques, PR.

3843.    Jean Hoffman-Dawes (ECN 5596) is an adult resident citizen of Vieques, PR.

3844.    Yesenia Rodriguez-Carambot, an adult resident citizen of Vieques, PR, on behalf
of minor child Joshua Robinson-Rodriguez (ECN 5597).

3845.    Yetzaira Rodriguez-Carambot (ECN 5598) is an adult resident citizen of Vieques,
PR.

3846.    Yesenia Rodriguez-Carambot (ECN 5599) is an adult resident citizen of Vieques,
PR.

3847.    Yesenia Rodriguez-Carambot, an adult resident citizen of Vieques, PR, on behalf
of minor child Isahias Robinson-Rodriguez (ECN 5600).

3848.    Wanda Ramos-Gonzalez (ECN 5601) is an adult resident citizen of Vieques, PR.

3849.    Felicidad Lopez-Bermudez (ECN 5602) is an adult resident citizen of Vieques,
PR.

3850.    Roberto Martinez-Maldonado (ECN 5603) is an adult resident citizen of Vieques,
PR.

3851.    George Valencia-Armijo (ECN 5604) is an adult resident citizen of Vieques, PR.

3852.    Juanita Guerra-Mercado (ECN 5606) is an adult resident citizen of Puerto Real,
PR.

3853.    Lolin Vasques-Danois (ECN 5607) is an adult resident citizen of Vieques, PR.

3854.    Luz Montanez-Rodriguez (ECN 5608) is an adult resident citizen of Vieques, PR.

3855.    Juanita Perez-Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Delia Garcia-Perez (ECN 5609).

3856.    Paul Garcia-Castillo (ECN 5610) is an adult resident citizen of Vieques, PR.

3857.    Juanita Perez-Reyes (ECN 5611) is an adult resident citizen of Vieques, PR.

3858.    Jose Perez-Acevedo (ECN 5612) is an adult resident citizen of Vieques, PR.

3859.    Angel Perez-Carrasquillo (ECN 5613) is an adult resident citizen of Vieques, PR.

3860.    Edna Cruz-Felix, an adult resident citizen of Vieques, PR, on behalf of minor child Aresray Acevedo-Cruz (ECN 5614).

3861.    Luz Santana-Serrano (ECN 5615) is an adult resident citizen of Vieques, PR.

3862.    Laura Quinonez-Pimentel, an adult resident citizen of Vieques, PR, on behalf of minor child Abdiel Carmona-Quinonez (ECN 5617).

3863.    Laura Quinonez-Pimentel, an adult resident citizen of Vieques, PR, on behalf of minor child Hector Carmona-Quinonez (ECN 5618).

3864.    Argenis Carmona-Alejandro (ECN 5619) is an adult resident citizen of Vieques, PR.

3865.    Carmen Mitchell-Figueroa (ECN 5620) is an adult resident citizen of Vieques, PR.

3866.    Victor Silva-Casanova (ECN 5621) is an adult resident citizen of Vieques, PR.

3867.    Aracelis Parrilla-Castro (ECN 5623) is an adult resident citizen of Vieques, PR.

3868.    Susjeily Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Abner Martinez-Torres (ECN 5624).

3869.    Olga Rodriguez-Santana (ECN 5625) is an adult resident citizen of Vieques, PR.

3870.    Evelyn Cruz-Ruiz (ECN 5626) is an adult resident citizen of Vieques, PR.

3871.     Maria Bermudez-Perea (ECN 5627) is an adult resident citizen of Vieques, PR.

3872.     Mariela Perez-Roman, an adult resident citizen of Vieques, PR, on behalf of minor child Jesus Molina-Perez (ECN 5628).

3873.     Mariela Perez-Roman (ECN 5629) is an adult resident citizen of Vieques, PR.

3874.     Angie Robinson-Martinez (ECN 5630) is an adult resident citizen of Vieques, PR.

3875.     Wanda Quinonez-Pimentel (ECN 5631) is an adult resident citizen of Vieques, PR.

3876.     Feliciana Rivera-Rodriguez, an adult resident citizen of Vieques, PR as tutor on behalf of        Octavio Rivera-Rodriguez (ECN 5633).

3877.     Norma Becerril-Gonzalez (ECN 5634) is an adult resident citizen of Vieques, PR.

3878.     Emma Torres-Corcino (ECN 5635) is an adult resident citizen of Vieques, PR.

3879.     Ivelisse Perez-Acevedo, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Maldonado-Perez (ECN 5637).

3880.     Luciano Monjica-Santos (ECN 5638) is an adult resident citizen of Vieques, PR.

3881.     Maria Antuna- (ECN 5639) is an adult resident citizen of Vieques, PR.

3882.     Marcos Rodriguez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Ada Rodriguez-Antuna (ECN 5640) is an adult resident citizen of Vieques, PR.

3883.     Marcos Rodriguez-Garcia (ECN 5641) is an adult resident citizen of Vieques, PR.

3884.     Elymar Torres-Acevedo (ECN 5642) is an adult resident citizen of Vieques, PR.

3885.     Ana Carrion-Santiago (ECN 5644) is an adult resident citizen of Vieques, PR.

3886.     Hector Lanzo-Rivera (ECN 5646) is an adult resident citizen of Vieques, PR.

3887.     David Salgado-Sanes (ECN 5647) is an adult resident citizen of Vieques, PR.

3888.    Carlos Gonzalez-Miranda (ECN 5648) is an adult resident citizen of Vieques, PR.

3889.    Ana Ilarraza-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Millan-Ilarraza (ECN 5649).

3890.    Carmen Ortiz-Medina (ECN 5650) is an adult resident citizen of Vieques, PR.

3891.    Ricardo Rivera-Belardo (ECN 5651) is an adult resident citizen of Vieques, PR.

3892.    Juan Lopez-Rivera (ECN 5652) is an adult resident citizen of Vieques, PR.

3893.    Juan Cruz-Corcino (ECN 5653) is an adult resident citizen of Vieques, PR.

3894.    Jose Acevedo-Velazquez (ECN 5654) is an adult resident citizen of Vieques, PR.

3895.    Luis Ayala-Tapia (ECN 5655) is an adult resident citizen of Vieques, PR.

3896.    Crucita Acevedo-Velazquez (ECN 5656) is an adult resident citizen of Vieques, PR.

3897.    Maria Rincon-Ramirez (ECN 5657) is an adult resident citizen of Vieques, PR.

3898.    Cruz Soto-Ramos (ECN 5658) is an adult resident citizen of Vieques, PR.

3899.    Amelina Santos-Rios (ECN 5659) is an adult resident citizen of Vieques, PR.

3900.    Guillermo Carmona-Rosario (ECN 5660) is an adult resident citizen of Vieques, PR.

3901.    Dominga Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Christian Lopez-Belardo (ECN 5661).

3902.    Dominga Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Edgardo Lopez-Belardo (ECN 5662).

3903.    Dominga Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Vionette Lopez-Belardo (ECN 5663).

3904.    Edgardo Ayala-Belardo (ECN 5664) is an adult resident citizen of Vieques, PR.

3905.    Dominga Osorio-Lopez (ECN 5665) is an adult resident citizen of Vieques, PR.

3906.    Sheila Mulero-Monell (ECN 5666) is an adult resident citizen of Vieques, PR.

3907.    Jose Sanes-Garcia (ECN 5667) is an adult resident citizen of Vieques, PR.

3908.    Iris Bermudez-Felix (ECN 5668) is an adult resident citizen of Camden, NJ.

3909.    Lisbett Padilla-Romero (ECN 5669) is an adult resident citizen of Camden, NJ.

3910.    Hector Gavino-Rivera (ECN 5670) is an adult resident citizen of Vieques, PR.

3911.    Juanita Rodriguez-Diaz, an adult resident citizen of Vieques, PR, on behalf of minor child Eddiberto Julian-Rodriguez (ECN 5671).

3912.    Jose Ortiz-Melendez (ECN 5672) is an adult resident citizen of Vieques, PR.

3913.    Mercedez Sanes-Rodriguez (ECN 5673) is an adult resident citizen of Vieques, PR.

3914.    Juanita Rodriguez-Diaz (ECN 5674) is an adult resident citizen of Vieques, PR.

3915.    Felix Julian-Camacho (ECN 5675) is an adult resident citizen of Vieques, PR.

3916.    Cesar Lopez-Rivera (ECN 5676) is an adult resident citizen of Vieques, PR.

3917.    Manuel Camacho-Rivera (ECN 5677) is an adult resident citizen of Vieques, PR.

3918.    Glenda Felix-Ayala (ECN 5678) is an adult resident citizen of Vieques, PR.

3919.    Luisa Bermudez-Encarnacion (ECN 5679) is an adult resident citizen of Vieques, PR.

3920.    Elba Monell-Ilarraza (ECN 5680) is an adult resident citizen of Vieques, PR.

3921.    Juanita Rodriguez-Diaz, an adult resident citizen of Vieques, PR, on behalf of minor child Maytee Julian-Rodriguez (ECN 5681).

3922.    Jose Maldonado-Rosa (ECN 5682) is an adult resident citizen of Vieques, PR.

3923.    Ratiba Yosef-Mohainad (ECN 5683) is an adult resident citizen of Vieques, PR.

3924.    Ibrahim Fehmi-Jebara (ECN 5684) is an adult resident citizen of Vieques, PR.

3925.    Fadwa Fehmi-Ibrahim (ECN 5685) is an adult resident citizen of Vieques, PR.

3926.    Orlando Sanes-Rodriguez (ECN 5686) is an adult resident citizen of Vieques, PR.

3927.    Lilliam Rivera-Serrano (ECN 5687) is an adult resident citizen of Vieques, PR.

3928.    Hector Julian-Camacho (ECN 5688) is an adult resident citizen of Vieques, PR.

3929.    Julmarie Lopez-Alvarado (ECN 5689) is an adult resident citizen of Vieques, PR.

3930.    Candido Alvarado, an adult resident citizen of Vieques, PR, on behalf of minor child Nastassja Lopez-Alvarado (ECN 5690).

3931.    Candida Alvarado-Ayala (ECN 5691) is an adult resident citizen of Vieques, PR.

3932.    Camelia Santos (ECN 5692) is an adult resident citizen of Vieques, PR.

3933.    Julio Perez-Serrano (ECN 5693) is an adult resident citizen of Vieques, PR.

3934.    Jasmine Ramirez-Santos (ECN 5696) is an adult resident citizen of Vieques, PR.

3935.    Miguel Rucci-Santos (ECN 5697) is an adult resident citizen of Vieques, PR.

3936.    Demaris Gerena-Alicea (ECN 5698) is an adult resident citizen of Vieques, PR.

3937.    Roberto Belardo-Navarro (ECN 5699) is an adult resident citizen of Vieques, PR.

3938.    Teresa Carmona-Fuentes (ECN 5700) is an adult resident citizen of Vieques, PR.

3939.    Louis Sanes-Ramos (ECN 5701) is an adult resident citizen of Vieques, PR.

3940.    Clara Gomez-Villafana (ECN 5702) is an adult resident citizen of Vieques, PR.

3941.    Maritza Osorio (ECN 5703) is an adult resident citizen of Vieques, PR.

3942.    Lydia Perez-Olivencia (ECN 5704) is an adult resident citizen of Vieques, PR.

3943.    Sandra Miro-Corcino (ECN 5705) is an adult resident citizen of Vieques, PR.

3944.    Migdalia Cruz-Colon, an adult resident citizen of Vieques, PR, on behalf of minor child Maylin Gonzalez-Cruz (ECN 5706).

3945.    Joshua Soto-Cruz (ECN 5707) is an adult resident citizen of Vieques, PR.

3946.    Nelida Cardona-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Montanez-Cardona (ECN 5708).

3947.    Domingo Felix-Saldana (ECN 5709) is an adult resident citizen of Vieques, PR.

3948.    Consuelo Ortiz-Rodriguez (ECN 5710) is an adult resident citizen of Vieques, PR.

3949.    Griselle Fernandez-Perez (ECN 5711) is an adult resident citizen of Vieques, PR.

3950.    Griselle Fernandez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Yailene Maldonado-Fernandez (ECN 5712).

3951.    Maria Quinonez-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Alexis Rosa-Quinonez (ECN 5713).

3952.    Hector Perez-Pacheco (ECN 5714) is an adult resident citizen of Vieques, PR.

3953.    Francisco Vazquez-Santos (ECN 5715) is an adult resident citizen of Vieques, PR.

3954.    Alberto Ramirez-Feliciano (ECN 5717) is an adult resident citizen of Vieques, PR.

3955.    Luz Rivera-Figueroa (ECN 5718) is an adult resident citizen of Vieques, PR.

3956.    Alida Ramirez-Rivera (ECN 5719) is an adult resident citizen of Vieques, PR.

3957.    Leidy Carrasquillo-Fernandez (ECN 5721) is an adult resident citizen of Vieques, PR.

3958.    Carmen Alvarez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Yamiles Ortiz-Alvarez (ECN 5722).

3959.     Carmen Alvarez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Keyshla Ortiz-Alvarez (ECN 5723).

3960.     Carmen Alvarez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Abdiel Ortiz-Alvarez (ECN 5724).

3961.     Leyla Rivera-Acosta (ECN 5725) is an adult resident citizen of Vieques, PR.

3962.     Leyla Rivera-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Leishdali Rivera-Ortuzar (ECN 5726).

3963.     Nelly Martinez-Rodriguez (ECN 5727) is an adult resident citizen of Vieques, PR.

3964.     Cristian de Jesus-Martinez (ECN 5728) is an adult resident citizen of Vieques, PR.

3965.     Nilsa Rodriguez (ECN 5729) is an adult resident citizen of Vieques, PR.

3966.     Christopher de Jesus-Martinez (ECN 5731) is an adult resident citizen of Vieques, PR.

3967.     Paula Vazquez-Matos (ECN 5732) is an adult resident citizen of Vieques, PR.

3968.     Carmen Alvarez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Abner Ortiz-Alvarez (ECN 5733).

3969.     Rosalina Melendez-Agustin (ECN 5734) is an adult resident citizen of Vieques, PR.

3970.     Jose Cartagena-Serrano (ECN 5735) is an adult resident citizen of Vieques, PR.

3971.     Ruth Serrano-Melendez (ECN 5737) is an adult resident citizen of Vieques, PR.

3972.     Margarite Boulogne-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Yahkeylee Bess-Boulogne (ECN 5738).

3973.     Margarite Boulogne-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Nazareth Boulogne (ECN 5739.

3974.     Santa Martinez-Navarro (ECN 5741) is an adult resident citizen of Vieques, PR.

3975.     Crestencio Colon-Pomales (ECN 5742) is an adult resident citizen of Vieques, PR.

3976.     Justina Velez-Rivera (ECN 5743) is an adult resident citizen of Vieques, PR.

3977.     Myrna Crispin-Tirado (ECN 5744) is an adult resident citizen of Vieques, PR.

3978.     Maria Guerra-Santiago (ECN 5745) is an adult resident citizen of Vieques, PR.

3979.     Nestor Camacho-Cabret-an adult resident citizen of Vieques, PR, on behalf of minor child Zorailys Camacho-Burgos (ECN 5746.

3980.     Nestor Camacho-Cabret (ECN 5747) is an adult resident citizen of Vieques, PR.

3981.     Nestor Camacho-Cabret, an adult resident citizen of Vieques, PR, on behalf of minor child Nestor Camacho-Burgos (ECN 5748).

3982.     Maria Burgos-Corcino (ECN 5749) is an adult resident citizen of Vieques, PR.

3983.     Felipe Fuentes-Dedis (ECN 5750) is an adult resident citizen of Vieques, PR.

3984.     Camelia Ruiz-Diaz (ECN 5751) is an adult resident citizen of Vieques, PR.

3985.     Giovannie Ledesma-Santo (ECN 5752) is an adult resident citizen of Vieques, PR.

3986.     Jose Torres-Soto (ECN 5753) is an adult resident citizen of Vieques, PR.

3987.     Jorge Ortiz-Torres (ECN 5754) is an adult resident citizen of Vieques, PR.

3988.     Maria Rosario-Osorio, an adult resident citizen of Vieques, PR as tutor on behalf of     Jomayra Perez-Rosario (ECN 5755).

3989.     Jose Garcia-Aloyo (ECN 5757) is an adult resident citizen of Naguabo, PR.

3990.     Vivian Camacho-Vazquez (ECN 5758) is an adult resident citizen of Vieques, PR.

3991.     Sonia Vazquez-Aponte (ECN 5759) is an adult resident citizen of Vieques, PR.

3992.     Nilda Sanes-Burgos (ECN 5760) is an adult resident citizen of Vieques, PR.

3993.     Maria Carrillo-Ortiz (ECN 5761) is an adult resident citizen of Vieques, PR.

3994.     Ana Calderon-Rivera (ECN 5763) is an adult resident citizen of Vieques, PR.

3995.     America Rivera-Felix (ECN 5764) is an adult resident citizen of Vieques, PR.

3996.     Corporina Rodriguez-Sanes (ECN 5765) is an adult resident citizen of Vieques, PR.

3997.     Marcos Cruz-Santana (ECN 5766) is an adult resident citizen of Vieques, PR.

3998.     Ulpiana Roldan-Ayala (ECN 5767) is an adult resident citizen of Vieques, PR.

3999.     Carmelina Sanes-Roldan (ECN 5768) is an adult resident citizen of Vieques, PR.

4000.     Candida Alvarado, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Lopez-Alvarado (ECN 5769).

4001.     Hector Ilarraza-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Yomairi Ilarraza-Carmona (ECN 5770).

4002.     Xiomara Ilarraza-Carmona (ECN 5771) is an adult resident citizen of Vieques, PR.

4003.     Maria Carmona-de Jesus (ECN 5772) is an adult resident citizen of Vieques, PR.

4004.     Carmen Lopez-Ramos, an adult resident citizen of Vieques, PR as tutor on behalf of Francisca Ramos (ECN 5774).

4005.     Hector Ilarraza-Cruz (ECN 5775) is an adult resident citizen of Vieques, PR.

4006.     Wilmarie Miro-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Alexis Santos-Miro (ECN 5776).

4007.     Wilmarie Miro-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Mariangelys Santos-Miro (ECN 5777).

4008.     Wilmarie Miro-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Isa Santos-Miro (ECN 5778).

4009.     Wilmarie Miro-Hernandez (ECN 5779) is an adult resident citizen of Vieques, PR.

4010.     William Miro-Hernandez (ECN 5780) is an adult resident citizen of Vieques, PR.

4011.     Miguel Sanes-Rodriguez (ECN 5781) is an adult resident citizen of Vieques, PR.

4012.     Maria Perez-Rodriguez (ECN 5782) is an adult resident citizen of Vieques, PR.

4013.     Glorielys Bermudez-Sanes (ECN 5783) is an adult resident citizen of Vieques, PR.

4014.     Elsie Quijano-Maisonet, an adult resident citizen of Vieques, PR, on behalf of minor child Edwood Rodriguez-Feliciano (ECN 5784).

4015.     Edgardo Rodriguez-Reyes (ECN 5785) is an adult resident citizen of Vieques, PR.

4016.     Luis Mercado-Monsegur (ECN 5786) is an adult resident citizen of Vieques, PR.

4017.     Diana Zayas-Cruz (ECN 5787) is an adult resident citizen of Vieques, PR.

4018.     Gregorio Aponte-Jiminez (ECN 5788) is an adult resident citizen of Vieques, PR.

4019.     Rosa Bermudez-Encarnacion (ECN 5789) is an adult resident citizen of Vieques, PR.

4020.    Consuelo Bermudez-Encarnacion (ECN 5790) is an adult resident citizen of Vieques, PR.

4021.    Rogelia Lopez-Bermudez (ECN 5791) is an adult resident citizen of Rio Grande, PR.

4022.    Carmen Santiago-Bermudez (ECN 5793) is an adult resident citizen of Rio Grande, PR.

4023.    Elsie Quijano-Maysonet (ECN 5794) is an adult resident citizen of Vieques, PR.

4024.    Juan Ortiz-Melendez (ECN 5795) is an adult resident citizen of Vieques, PR.

4025.    Armando Cruz-de Jesus (ECN 5796) is an adult resident citizen of Vieques, PR.

4026.    Flor Ortiz-Melendez (ECN 5797) is an adult resident citizen of Vieques, PR.

4027.    Ruth Noemi Perez-Garcia (ECN 5798) is an adult resident citizen of Vieques, PR.

4028.    Anubis Quinonez-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Kiara Oneill-Quinonez (ECN 5799).

4029.    Suhail Quinonez-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Belardo-Quinonez (ECN 5800).

4030.    Armando Belardo-Belford (ECN 5801) is an adult resident citizen of Vieques, PR.

4031.    Gloria Sanes-Rodriguez (ECN 5802) is an adult resident citizen of Vieques, PR.

4032.    Magdalena Sanes-Rodriguez (ECN 5803) is an adult resident citizen of Vieques, PR.

4033.    Edwin Brignoni-Santiago (ECN 5804) is an adult resident citizen of Cidra, PR.

4034.    Noemi Santiago-Bermudez, an adult resident citizen of Vieques, PR as tutor on behalf of     Alina Brignoni-Santiago (ECN 5805).

4035.    Noemi Santiago-Bermudez (ECN 5806) is an adult resident citizen of Cidra, PR.

4036.    Maria Santiago-Bermudez (ECN 5807) is an adult resident citizen of Rio Grande, PR.

4037.    Noemi Santiago-Bermudez, an adult resident citizen of Vieques, PR as tutor on behalf of      Carmen Bermudez-Berrios (ECN 5808).

4038.    Maricela Alicea-Santana (ECN 5809) is an adult resident citizen of Vieques, PR.

4039.    Hector Gerena-Alicea (ECN 5810) is an adult resident citizen of Vieques, PR.

4040.    Hector Gerena-Corcino (ECN 5811) is an adult resident citizen of Vieques, PR.

4041.    Gregorio Quinonez-Perez (ECN 5812) is an adult resident citizen of Vieques, PR.

4042.    Moies Asia-Ocasio (ECN 5813) is an adult resident citizen of Vieques, PR.

4043.    Jean Guerra-Garcia (ECN 5814) is an adult resident citizen of Vieques, PR.

4044.    Alberto Estrada-Williams (ECN 5815) is an adult resident citizen of Vieques, PR.

4045.    Vina Silva-Tufino, an adult resident citizen of Vieques, PR as tutor on behalf of Ana Ramos-Lopez (ECN 5816).

4046.    Ramon Garcia-Perez (ECN 5817) is an adult resident citizen of Vieques, PR.

4047.    Barbara Marin-Velez, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Del Valle-Marin (ECN 5818).

4048.    Barbara Marin-Velez (ECN 5819) is an adult resident citizen of Vieques, PR.

4049.    Lilliam Garcia-Perez (ECN 5820) is an adult resident citizen of Vieques, PR.

4050.    Judith Velazquez-Maldonado (ECN 5822) is an adult resident citizen of Vieques, PR.

4051.    Carmelo Montes-Rivera (ECN 5823) is an adult resident citizen of Vieques, PR.

4052.    Roberto Parrilla-Laboy (ECN 5826) is an adult resident citizen of Vieques, PR.

4053.    Felix Rodriguez-Pagan (ECN 5827) is an adult resident citizen of Vieques, PR.

4054.    Delia Silva-Velazquez (ECN 5828) is an adult resident citizen of Vieques, PR.

4055.    Miguel Alejandro-Torres (ECN 5829) is an adult resident citizen of Vieques, PR.

4056.    Maria Vazquez-Ojeda (ECN 5830) is an adult resident citizen of Vieques, PR.

4057.    Rita Del Orbe-Guillen (ECN 5831) is an adult resident citizen of Vieques, PR.

4058.    Luz Carrion-Melendez (ECN 5832) is an adult resident citizen of Vieques, PR.

4059.    Jorge Sanchez-Pagan (ECN 5833) is an adult resident citizen of Vieques, PR.

4060.    Caridad Silva-Rentas (ECN 5836) is an adult resident citizen of Vieques, PR.

4061.    Martina Collazo-de Jesus (ECN 5837) is an adult resident citizen of Vieques, PR.

4062.    Marcelina Ramos-Melendez (ECN 5838) is an adult resident citizen of Vieques, PR.

4063.    Inocensia Rentas-Ramos (ECN 5839) is an adult resident citizen of Vieques, PR.

4064.    Ruth Caraballo-Cruz (ECN 5840) is an adult resident citizen of Vieques, PR.

4065.    Carlos Vazquez-Gonzalez (ECN 5841) is an adult resident citizen of Vieques, PR.

4066.    Marie Myman-Rivera (ECN 5842) is an adult resident citizen of Vieques, PR.

4067.    Yelena Myman-Rivera (ECN 5843) is an adult resident citizen of Vieques, PR.

4068.    Jesus Thompson-Corcino (ECN 5844) is an adult resident citizen of Vieques, PR.

4069.    Luzaida Maldonado-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child George Ortiz-Maldonado (ECN 5845).

4070.    Luzaida Maldonado-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Joseph Thompson-Maldonado (ECN 5846).

4071.    Luzaida Maldonado-Santiago (ECN 5847) is an adult resident citizen of Vieques, PR.

4072.    Mariangely Encarnacion-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Torres-Encarnacion (ECN 5849).

4073.    Rafael Torres-Encarnacion (ECN 5850) is an adult resident citizen of Vieques, PR.

4074.    Glenda Peterson-Monell, an adult resident citizen of Vieques, PR, on behalf of minor child Juleinny Peterson (ECN 5851).

4075.    Glenda Peterson-Monell (ECN 5853) is an adult resident citizen of Vieques, PR.

4076.    Pablo Peterson-Castro (ECN 5854) is an adult resident citizen of Vieques, PR.

4077.    Juanita Monell-Ilarraza (ECN 5855) is an adult resident citizen of Vieques, PR.

4078.    Jose Reyes-Oquendo (ECN 5857) is an adult resident citizen of Vieques, PR.

4079.    Nilda Lopez-Colon (ECN 5858) is an adult resident citizen of Fajardo, PR.

4080.    Tereza Ayala-Sanes, an adult resident citizen of Vieques, PR as tutor on behalf of Victorino Ayala-Sanes (ECN 5859).

4081.    Maria Pimentel-Parilla (ECN 5860) is an adult resident citizen of Vieques, PR.

4082.    Luis Martinez-Carlo (ECN 5861) is an adult resident citizen of Vieques, PR.

4083.    Aurora Torres-Parrilla (ECN 5862) is an adult resident citizen of Vieques, PR.

4084.    Juan Ortiz-Sanes (ECN 5863) is an adult resident citizen of Vieques, PR.

4085.    Crucita Abril-Delgado (ECN 5864) is an adult resident citizen of Vieques, PR.

4086.    Ivette Camacho-Rivera (ECN 5865) is an adult resident citizen of Vieques, PR.

4087.    Hector Legrand-Sanes, an adult resident citizen of Vieques, PR as tutor on behalf of Felicito Legrand-Soto (ECN 5866).

4088.    Marta Acevedo-Feliciano (ECN 5867) is an adult resident citizen of Vieques, PR.

4089.    Marta Acevedo-Feliciano, an adult resident citizen of Vieques, PR, on behalf of minor child Alanis Martinez-Acevedo (ECN 5868).

4090.    Yasmin Ayala-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Yamileishka Alvarez-Ayala (ECN 5869).

4091.    Xiomara Alvarez-Rodriguez (ECN 5870) is an adult resident citizen of Vieques, PR.

4092.    Efrain Torres-Diaz (ECN 5871) is an adult resident citizen of Vieques, PR.

4093.    Diana Santiago-Rosario (ECN 5872) is an adult resident citizen of Vieques, PR.

4094.    Isabel Saldana-Lopez, an adult resident citizen of Vieques, PR, on behalf of minor child Yariel Ayala-Saldana (ECN 5873).

4095.    Isabel Saldana-Lopez (ECN 5874) is an adult resident citizen of Vieques, PR.

4096.    Maria Sanes-Boulogne (ECN 5875) is an adult resident citizen of Vieques, PR.

4097.    Maria Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Jasmin Perez-Sanes (ECN 5877).

4098.    Maria Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Yamadiel Perez-Sanes (ECN 5878).

4099.    Jose Porfil-Quinones (ECN 5879) is an adult resident citizen of Camden, NJ.

4100.    Evelyn Rosa-Cruz (ECN 5880) is an adult resident citizen of Camden, NJ.

4101.    Ana Martinez-Caraballo (ECN 5881) is an adult resident citizen of Vieques, PR.

4102.    Jorge Esquiabro-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor childNashaly Esquiabro-Rios (ECN 5882).

4103.    Jorge Esquiabro-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Giovanny Esquiabro-Salcedo (ECN 5884).

4104.     Jorge Esquiabro-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Mireylis Esquiabro-Salcedo (ECN 5886).

4105.     Hilda Carambot-Monell (ECN 5887) is an adult resident citizen of Vieques, PR.

4106.     Angel Rivera-Alvarez (ECN 5888) is an adult resident citizen of Vieques, PR.

4107.     Mayra Maysonet (ECN 5889) is an adult resident citizen of Camden, NJ.

4108.     Benedicta Camacho-Diaz, an adult resident citizen of Vieques, PR, on behalf of minor child Oneida Ayala-Camacho (ECN 5891).

4109.     Janitza Rios-Rosario (ECN 5892) is an adult resident citizen of Vieques, PR.

4110.     Jorge Esquiabro-Cruz (ECN 5893) is an adult resident citizen of Vieques, PR.

4111.     Lucia Melendez-Sanes (ECN 5894) is an adult resident citizen of Vieques, PR.

4112.     Myrta Garcia-Acevedo (ECN 5895) is an adult resident citizen of Vieques, PR.

4113.     Jenny Osorio-Cruz (ECN 5896) is an adult resident citizen of Vieques, PR.

4114.     Hector Miro-Hodge (ECN 5897) is an adult resident citizen of Vieques, PR.

4115.     Marie Velez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Edwardo Alvarado-Velez (ECN 5898).

4116.     Haide Torres-Gonzalez, an adult resident citizen of Vieques, PR as tutor on behalf of Gilberto Ortiz-Torres (ECN 5899).

4117.     Gilberto Ortiz-Sanes (ECN 5900) is an adult resident citizen of Vieques, PR.

4118.     Haide Torres-Gonzalez (ECN 5901) is an adult resident citizen of Vieques, PR.

4119.     Emilia Acosta-Sanes (ECN 5902) is an adult resident citizen of St. Croix, VI.

4120.     Joan Rivera-Campos, an adult resident citizen of Vieques, PR, on behalf of minor child Jean Martinez-Rivera (ECN 5903).

4121.     Joan Rivera-Campos (ECN 5904) is an adult resident citizen of Vieques, PR.

4122.    Lucy Corcino-Ayala (ECN 5938) is an adult resident citizen of Vieques, PR.

4123.    Julio Melendez-Santana (ECN 6031) is an adult resident citizen of Fajardo, PR.

4124.    Mitchell Wolfrom-de Jesus (ECN 6111) is an adult resident citizen of Vieques, PR.

4125.    Stephanie Wolfrom-Velez (ECN 6112) is an adult resident citizen of Vieques, PR.

4126.    Gladys Garay-Parrilla (ECN 6114) is an adult resident citizen of Vieques, PR.

4127.    Gladys Parrilla-Garay, an adult resident citizen of Vieques, PR as tutor on behalf of Maria Garay-Rivera (ECN 6115).

4128.    Gladys Velez-Parrilla (ECN 6116) is an adult resident citizen of Vieques, PR.

4129.    Daisy Mercado-Madera (ECN 6117) is an adult resident citizen of Vieques, PR.

4130.    Cristobal Velazquez-Rijos (ECN 6118) is an adult resident citizen of Vieques, PR.

4131.    Carmen Rivera-Denis (ECN 6119) is an adult resident citizen of Vieques, PR.

4132.    Carlos Martinez-Osorio (ECN 6120) is an adult resident citizen of Vieques, PR.

4133.    Waldemar Felix-Mulero (ECN 6121) is an adult resident citizen of Vieques, PR.

4134.    Naleane Lopez-Garcia (ECN 6122) is an adult resident citizen of Vieques, PR.

4135.    Victor Carrasquillo-Serrano (ECN 6123) is an adult resident citizen of Vieques, PR.

4136.    Noel Encarnacion-Saldana (ECN 6125) is an adult resident citizen of Vieques, PR.

4137.    Carmen Bruno-Cruz (ECN 6126) is an adult resident citizen of Vieques, PR.

4138.    Carmen Bruno-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Nomarys Encarnacion-Bruno (ECN 6127).

4139.    Adalberto Sanes-Boulogne (ECN 6128) is an adult resident citizen of Vieques, PR.

4140.    Rose Ferwalt-Colon (ECN 6129) is an adult resident citizen of Baton Rouge, LA.

4141.    Juan Perez-Monell (ECN 6130) is an adult resident citizen of Vieques, PR.

4142.    Emmanuel Corcino-Matta (ECN 6131) is an adult resident citizen of Vieques, PR.

4143.    Mercedez Carambot-Romero (ECN 6132) is an adult resident citizen of Cayey, PR.

4144.    Manuela Carambot-Romero (ECN 6133) is an adult resident citizen of Guaynabo, PR.

4145.    Stanley Gonzalez-Rivera (ECN 6134) is an adult resident citizen of Guaynabo, PR.

4146.    Dolores Rivera-Colon (ECN 6135) is an adult resident citizen of San Juan, PR.

4147.    Esteban Carle-Barretto (ECN 6136) is an adult resident citizen of Vieques, PR.

4148.    Carmen Perez-Rosario (ECN 6137) is an adult resident citizen of San Juan, PR.

4149.    Eneida de Castro-Rosario (ECN 6138) is an adult resident citizen of San Juan, PR.

4150.    Santiago Boulogne-Melendez (ECN 6139) is an adult resident citizen of Vieques, PR.

4151.    Angelica Santos-Rios (ECN 6141) is an adult resident citizen of Vieques, PR.

4152.    Fe' Lavergne-Colon (ECN 6142) is an adult resident citizen of Vieques, PR.

4153.    Lillian Osorio-Garcia (ECN 6143) is an adult resident citizen of Vieques, PR.

4154.    Beatriz Garcia-Perez (ECN 6144) is an adult resident citizen of Vieques, PR.

4155.    Cesar Caraballo-Velez (ECN 6145) is an adult resident citizen of Vieques, PR.

4156.    Virginia Torres-Carrasquillo (ECN 6146) is an adult resident citizen of Vieques, PR.

4157.    Edwin Cepeda-Soto (ECN 6147) is an adult resident citizen of Vieques, PR.

4158.    Yarelis Reyes-Rosario (ECN 6148) is an adult resident citizen of Vieques, PR.

4159.    Carmen Rodriguez-Ortiz, an adult resident citizen of Vieques, PR as tutor on behalf of        Eulogia Rodriguez-Camacho (ECN 6150).

4160.    Aida Rodriguez-Cortes (ECN 6153) is an adult resident citizen of Vieques, PR.

4161.    Carlos Casillas-Ortiz (ECN 6157) is an adult resident citizen of Vieques, PR.

4162.    Pedro Encarnacion-Renta (ECN 6158) is an adult resident citizen of Vieques, PR.

4163.    Johannette Peterson-Rivera (ECN 6159) is an adult resident citizen of Vieques, PR.

4164.    Johannette Peterson-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Arnaldo Encarnacion-Peterson (ECN 6160).

4165.    Hilda Rivera-Cordero (ECN 6161) is an adult resident citizen of Vieques, PR.

4166.    Luis Rivera-Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Rivera-Escobar (ECN 6162).

4167.    Luis Rivera-Maldonado (ECN 6163) is an adult resident citizen of Vieques, PR.

4168.    Clarissa melendez-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Jorge Ramirez-Melendez (ECN 6164).

4169.    Clarissa Melendez-Santiago (ECN 6165) is an adult resident citizen of Vieques, PR.

4170.    Juan Rosario-Melendez (ECN 6166) is an adult resident citizen of Vieques, PR.

4171.    Blanca Rosa-Rivera (ECN 6167) is an adult resident citizen of Vieques, PR.

4172.    Frances Rosario-Cecilio (ECN 6168) is an adult resident citizen of Vieques, PR.

4173.    Clara Gomez-Melendez (ECN 6169) is an adult resident citizen of Vieques, PR.

4174.    Mariana Gomez-Melendez (ECN 6170) is an adult resident citizen of Vieques, PR.

4175.    Maria Feliciano-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Yareliz Rosa-Feliciano (ECN 6171).

4176.    Maria Feliciano-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Jorge Rosa-Feliciano (ECN 6172).

4177.    Maria Feliciano-Santos (ECN 6173) is an adult resident citizen of Vieques, PR.

4178.    Nicolaza Belardo-Ayala (ECN 6174) is an adult resident citizen of Vieques, PR.

4179.    Luis Colon-Molina (ECN 6175) is an adult resident citizen of Vieques, PR.

4180.    Roxannette Peterson-Rivera (ECN 6176) is an adult resident citizen of Vieques, PR.

4181.    Altimina Navarro-Gonzalez (ECN 6177) is an adult resident citizen of San Juan, PR.

4182.    Maria Colon-Ortiz (ECN 6178) is an adult resident citizen of Vieques, PR.

4183.    Carmen Cruz-Hernandez (ECN 6180) is an adult resident citizen of Vieques, PR.

4184.    Juan Peterson-Castro (ECN 6181) is an adult resident citizen of Vieques, PR.

4185.    Maria Tirado-Barreto (ECN 6182) is an adult resident citizen of Vieques, PR.

4186.    Lin Martinez-Tirado (ECN 6183) is an adult resident citizen of Vieques, PR.

4187.    Nelida Escobar-Ayala (ECN 6184) is an adult resident citizen of Vieques, PR.

4188.    Ada Brignoni-Ortiz (ECN 6185) is an adult resident citizen of Canovanas, PR.

4189.    Esther Padilla-Morales (ECN 6188) is an adult resident citizen of Vieques, PR.

4190.    Carmen Bonano-Pizarro (ECN 6189) is an adult resident citizen of Vieques, PR.

4191.    Armando Gonzalez-Lopez (ECN 6190) is an adult resident citizen of Vieques, PR.

4192.    Angel Hernandez-Lopez (ECN 6191) is an adult resident citizen of Vieques, PR.

4193.    Agustin Cruz-Calcano (ECN 6192) is an adult resident citizen of Vieques, PR.

4194.    Nayda Maldonado-Bermudez (ECN 6193) is an adult resident citizen of Vieques, PR.

4195.    Ahmed Pimentel-Maldonado (ECN 6194) is an adult resident citizen of Vieques, PR.

4196.    Nelly Peterson-Castro (ECN 6195) is an adult resident citizen of Vieques, PR.

4197.    Rosanna Velez-Peterson (ECN 6197) is an adult resident citizen of Vieques, PR.

4198.    Nelly Peterson-Castro, an adult resident citizen of Vieques, PR, on behalf of minor child Alexander Velez-Peterson (ECN 6198).

4199.    Rosa Bermudez-Moralez (ECN 6199) is an adult resident citizen of San Juan, PR.

4200.    Guillermo Rivera-Bermudez (ECN 6200) is an adult resident citizen of San Juan, PR.

4201.    Karina Melendez-Pereira (ECN 6201) is an adult resident citizen of Vieques, PR.

4202.    Joseph Rivera-Henderson (ECN 6202) is an adult resident citizen of Vieques, PR.

4203.    Yolanda Suarez-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Johnnuelle Ponce-Navarro (ECN 6205).

4204.    Juan Belardo-Navarro (ECN 6206) is an adult resident citizen of Vieques, PR.

4205.    Juanita Hernandez-Martinez (ECN 6207) is an adult resident citizen of Vieques, PR.

4206.    Yesenia Legrand-Camacho (ECN 6208) is an adult resident citizen of Vieques, PR.

4207.    Ramona Rios-Ledesma (ECN 6209) is an adult resident citizen of Vieques, PR.

4208.    Raquel Velazquez-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Jorge Gavino-Velazquez (ECN 6212).

4209.    Edwin Solis-Suarez (ECN 6213) is an adult resident citizen of Vieques, PR.

4210.    Xiomara Belardo-Navarro (ECN 6214) is an adult resident citizen of Vieques, PR.

4211.    Walmer Cruz-Ilarraza (ECN 6215) is an adult resident citizen of Vieques, PR.

4212.    Jose Cruz-Sanes (ECN 6216) is an adult resident citizen of Vieques, PR.

4213.    Wilfredo Alvarado-Cordero (ECN 6217) is an adult resident citizen of Vieques, PR.

4214.    Diane Rivas-Serrano (ECN 6218) is an adult resident citizen of Vieques, PR.

4215.    Diane Rivas-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Gerick Santiago-Rivas (ECN 6219).

4216.    Edgardo Cirino-Garay (ECN 6220) is an adult resident citizen of Vieques, PR.

4217.    Maria Garay-Rivera (ECN 6221) is an adult resident citizen of Vieques, PR.

4218.    Olga Martinez-Colon (ECN 6222) is an adult resident citizen of Vieques, PR.

4219.    Wanda Ilaraza-Cruz (ECN 6223) is an adult resident citizen of Vieques, PR.

4220.    Jean Rodriguez-Ilarraza (ECN 6224) is an adult resident citizen of Vieques, PR.

4221.    Wanda Ilarraza-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Aylwin Rodriguez-Ilarraza (ECN 6225).

4222.    Eulogia Santos-Maldonado (ECN 6226) is an adult resident citizen of Vieques, PR.

4223.    Eulogia Santos-Maldonado, an adult resident citizen of Vieques, PR as tutor on behalf of        Carmelo Colon-Maldonado (ECN 6227).

4224.    Neysa Figueroa-Tapia, an adult resident citizen of Vieques, PR, on behalf of minor child Kelvin Cruz-Figueroa (ECN 6228).

4225.    Alejandro Robles-Ortiz (ECN 6229) is an adult resident citizen of Vieques, PR.

4226.    Sherlymar Colon-Morales (ECN 6230) is an adult resident citizen of Vieques, PR.

4227.    Zoraida Morales-Cruz (ECN 6232) is an adult resident citizen of Vieques, PR.

4228.    Alibe Perez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Arain Cruz-Perez (ECN 6233).

4229.    Lydia Martinez-Martinez (ECN 6234) is an adult resident citizen of Vieques, PR.

4230.    Josuan Molina-Ayala (ECN 6235) is an adult resident citizen of Vieques, PR.

4231.    Maria Molina-Rodriguez, an adult resident citizen of Vieques, PR as tutor on behalf of        Pedro Fuentes-Molina (ECN 6237).

4232.    Gregorio Velazquez-Rivera (ECN 6238) is an adult resident citizen of Vieques, PR.

4233.    Mercedes Perez-Tapia (ECN 6239) is an adult resident citizen of Vieques, PR.

4234.    Alexis Velazquez-Parrilla (ECN 6240) is an adult resident citizen of Vieques, PR.

4235.    Jose Maldonado-Caraballo (ECN 6241) is an adult resident citizen of Vieques, PR.

4236.    Sylvia Alejandro-Hodge (ECN 6242) is an adult resident citizen of Vieques, PR.

4237.    Jaime Lopez-Neris (ECN 6243) is an adult resident citizen of Vieques, PR.

4238.    Clariluz Parrilla-Herrera (ECN 6244) is an adult resident citizen of Vieques, PR.

4239.    Blanca Gavino-Rivera (ECN 6245) is an adult resident citizen of Vieques, PR.

4240.    Margarita Figueroa-Navarro (ECN 6246) is an adult resident citizen of Vieques, PR.

4241.    Neftali Flores-Ayala (ECN 6247) is an adult resident citizen of Vieques, PR.

4242.    Moises Flores-Nasario, an adult resident citizen of Vieques, PR, on behalf of minor child Jasmin Flores-Ayala (ECN 6248).

4243.    Luz Ayala-Torres (ECN 6249) is an adult resident citizen of Vieques, PR.

4244.    Otoniel Flores-Ayala (ECN 6250) is an adult resident citizen of Vieques, PR.

4245.    Aurelio Rosa-Acosta (ECN 6251) is an adult resident citizen of Vieques, PR.

4246.    Kimberly Pellot-Colon (ECN 6252) is an adult resident citizen of Vieques, PR.

4247.    Hector Nieves-Ayala (ECN 6253) is an adult resident citizen of Vieques, PR.

4248.    Kimberly Lindsey-Rivera (ECN 6254) is an adult resident citizen of Vieques, PR.

4249.    Edermar Rodriguez-Torres (ECN 6255) is an adult resident citizen of Vieques, PR.

4250.    Hector Nieves-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Abigail Nieves-Santiago (ECN 6256).

4251.    Ana Nieves-Santiago (ECN 6257) is an adult resident citizen of Vieques, PR.

4252.    Hector Nieves-Santiago (ECN 6258) is an adult resident citizen of Vieques, PR.

4253.    Rebeca Nieves-Santiago (ECN 6259) is an adult resident citizen of Vieques, PR.

4254.    Carmen Santiago-Robles (ECN 6260) is an adult resident citizen of Vieques, PR.

4255.    Eustacia Perez-Olivencia (ECN 6261) is an adult resident citizen of Vieques, PR.

4256.    Zayra Maysonet-Robles (ECN 6262) is an adult resident citizen of Vieques, PR.

4257.    Maria Mercado-Perez (ECN 6263) is an adult resident citizen of Vieques, PR.

4258.    Norberto Carrasquillo-Rivera (ECN 6264) is an adult resident citizen of Vieques, PR.

4259.    Helen Monserrate-Negron (ECN 6266) is an adult resident citizen of Vieques, PR.

4260.    Eva Carrasquillo-Rivera (ECN 6267) is an adult resident citizen of Vieques, PR.

4261.    Jose Ortozar-Mauri (ECN 6268) is an adult resident citizen of Vieques, PR.

4262.    Irma Ortiz-Sanes (ECN 6269) is an adult resident citizen of Vieques, PR.

4263.    Jose Calderon-Perez (ECN 6270) is an adult resident citizen of Vieques, PR.

4264.    Clara Villafana-Vazquez (ECN 6271) is an adult resident citizen of Vieques, PR.

4265.    Glenda Mermudez-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Adglen Benjamin-Bermudez (ECN 6272).

4266.    Glenda Bermudez-Soto (ECN 6273) is an adult resident citizen of Vieques, PR.

4267.    Raimundo Benjamin-Rivera (ECN 6274) is an adult resident citizen of Vieques, PR.

4268.    Janice Velazquez-Carrion, an adult resident citizen of Vieques, PR, on behalf of minor child Edwin Ruiz-Velazquez, Jr. (ECN 6275).

4269.    Janice Velazquez-Carrion, an adult resident citizen of Vieques, PR, on behalf of minor child Tainice Robles-Velazquez (ECN 6276).

4270.    Janice Velazquez-Carrion (ECN 6277) is an adult resident citizen of Vieques, PR.

4271.    Mireya Acevedo-Sanes (ECN 6279) is an adult resident citizen of Vieques, PR.

4272.    Marcus Matuscsak-Silva (ECN 6281) is an adult resident citizen of Vieques, PR.

4273.    Noraida Martinez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Vladimir Matuscsak-Martinez (ECN 6282).

4274.    Noraida Martinez-Osorio (ECN 6283) is an adult resident citizen of Vieques, PR

4275.     Severino Lopez-Diaz (ECN 6284) is an adult resident citizen of Vieques, PR.

4276.     Edwin Ruiz-Garcia (ECN 6285) is an adult resident citizen of Vieques, PR.

4277.     Maria Serrano-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Jedm Mulero-Serrano (ECN 6286).

4278.     Maria Serrano-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child David Mulero-Serrano (ECN 6287).

4279.     Jose Mulero-Serrano (ECN 6288) is an adult resident citizen of Vieques, PR.

4280.     Carmen Diaz-Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Acencio-Camacho (ECN 6289).

4281.     Carmen Diaz-Ramos (ECN 6290) is an adult resident citizen of Vieques, PR.

4282.     Angel Camacho-Colon (ECN 6291) is an adult resident citizen of Vieques, PR.

4283.     Jesus Serrano-Maldonado (ECN 6292) is an adult resident citizen of Vieques, PR.

4284.     Mayra Roldan-Roman (ECN 6293) is an adult resident citizen of Vieques, PR.

4285.     Beatriz Miranda-Tapia (ECN 6294) is an adult resident citizen of Vieques, PR.

4286.     Beatriz Miranda-Tapia, an adult resident citizen of Vieques, PR as tutor on behalf of Jose Gonzalez-Miranda (ECN 6295).

4287.     Luz Calderon-Rivera (ECN 6297) is an adult resident citizen of Vieques, PR.

4288.     Maribel Rosa-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Roman-Rosa (ECN 6298).

4289.     Maribel Rosa-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Jeancarlos Rivera-Rosa (ECN 6299).

4290.     Maribel Rosa-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Richard Rivera-Rosa (ECN 6300).

4291.     Luis Maysonet-Robles (ECN 6301) is an adult resident citizen of Vieques, PR.

4292.     Jesus Gavino-Gonzalez (ECN 6303) is an adult resident citizen of Vieques, PR.

4293.     Roberto Bermudez-Ramos (ECN 6304) is an adult resident citizen of Vieques, PR.

4294.     Elba Ramos-Ayala (ECN 6305) is an adult resident citizen of Vieques, PR.

4295.     Roberto Bermudez-Soto (ECN 6306) is an adult resident citizen of Vieques, PR.

4296.     Orlando Escobar-Ayala (ECN 6307) is an adult resident citizen of Vieques, PR.

4297.     Orlando Escobar-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Naisha Escobar-Rivera (ECN 6308).

4298.     Priscila Flores-Osorio (ECN 6309) is an adult resident citizen of Vieques, PR.

4299.     Priscila Flores-Osorio, an adult resident citizen of Vieques, PR as tutor on behalf of Bienvenido Flores-Rivera (ECN 6310).

4300.     Jorge Mercado-Flores (ECN 6311) is an adult resident citizen of Vieques, PR.

4301.     Victor Guerra (ECN 6312) is an adult resident citizen of Vieques, PR.

4302.     Rosa Oliver-Castro (ECN 6313) is an adult resident citizen of Vieques, PR.

4303.     Jose Hernandez-Martinez (ECN 6314) is an adult resident citizen of Vieques, PR.

4304.     Gustavo Marin-Bermudez (ECN 6317) is an adult resident citizen of Vieques, PR.

4305.     Rafael Agosto-Alvarez (ECN 6318) is an adult resident citizen of Vieques, PR.

4306.     Keila Diaz-Ventura (ECN 6319) is an adult resident citizen of Vieques, PR.

4307.     Keila Diaz-Ventura, an adult resident citizen of Vieques, PR, on behalf of minor child Christian Sanes-Diaz (ECN 6320).

4308.     Silverio Sanes-Rodriguez (ECN 6321) is an adult resident citizen of Vieques, PR.

4309.     Juan Sherman-Ayala (ECN 6322) is an adult resident citizen of Vieques, PR.

4310.   Jesus Penzort (ECN 6323) is an adult resident citizen of Vieques, PR.

4311.   Edwin Sherman-Estrada (ECN 6324) is an adult resident citizen of Vieques, PR.

4312.   Cecilia Estrada-Penzort (ECN 6325) is an adult resident citizen of Vieques, PR.

4313.   Xavier Martinez-Lao (ECN 6326) is an adult resident citizen of Vieques, PR.

4314.   Fernando Mercado-Camacho (ECN 6327) is an adult resident citizen of Vieques, PR.

4315.   Loyda Ventura-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Derek Velazquez-Ventura (ECN 6329).

4316.   Loyda Ventura-Ortiz (ECN 6330) is an adult resident citizen of Vieques, PR.

4317.   Luis Rivera-Cordero (ECN 6331) is an adult resident citizen of Vieques, PR.

4318.   Maria Guerra-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Naira Mercado-Guerra (ECN 6333).

4319.   Asuncion Rivera-Cintron (ECN 6334) is an adult resident citizen of Vieques, PR.

4320.   Emanuel Perez-Hernandez (ECN 6335) is an adult resident citizen of Vieques, PR.

4321.   Gerardo Diaz-Perlon, an adult resident citizen of Vieques, PR, on behalf of minor child Irwin Diaz-Sanes (ECN 6336).

4322.   Ana Sanes-Martinez (ECN 6337) is an adult resident citizen of Vieques, PR.

4323.   Jose Burgos-Marcial (ECN 6338) is an adult resident citizen of Vieques, PR.

4324.   Enid Lopez-Romero (ECN 6339) is an adult resident citizen of Vieques, PR.

4325.   Bernice Rivera-Gonzalez (ECN 6340) is an adult resident citizen of Vieques, PR.

4326.   Elba Camacho-Ventura (ECN 6341) is an adult resident citizen of Vieques, PR.

4327.   Lourdes Roldan-Rivera (ECN 6342) is an adult resident citizen of Vieques, PR.

4328.    Janice Ramos-Lopez (ECN 6343) is an adult resident citizen of Vieques, PR.

4329.    Aned Ramos-Lopez (ECN 6344) is an adult resident citizen of Vieques, PR.

4330.    Edwin Rivera-Vilanova (ECN 6347) is an adult resident citizen of Vieques, PR.

4331.    Victor Parrilla-Rivera (ECN 6348) is an adult resident citizen of Vieques, PR.

4332.    Nancy Camacho-Vioude (ECN 6349) is an adult resident citizen of Vieques, PR.

4333.    Sergio Camacho-Diaz (ECN 6350) is an adult resident citizen of Vieques, PR.

4334.    Miguel Oliveras-Lopez (ECN 6351) is an adult resident citizen of Vieques, PR.

4335.    Adriano Melendez-Agustin (ECN 6352) is an adult resident citizen of Vieques, PR.

4336.    Angel Quinonez-Melendez (ECN 6353) is an adult resident citizen of Vieques, PR.

4337.    Wanda Rodriguez-Cadiz, an adult resident citizen of Vieques, PR, on behalf of minor child Yonatash Quinonez-Rodriguez (ECN 6355).

4338.    Mirza Ayala-Abreu, an adult resident citizen of Vieques, PR, on behalf of minor child Ransel Leguillow-Ayala (ECN 6356).

4339.    Roysel Leguillow-Lopez (ECN 6357) is an adult resident citizen of Vieques, PR.

4340.    Mirza Ayala-Abreu (ECN 6358) is an adult resident citizen of Vieques, PR.

4341.    Jorge Bermudez-Parrilla (ECN 6359) is an adult resident citizen of Vieques, PR.

4342.    Marta Martinez-Torres (ECN 6360) is an adult resident citizen of Vieques, PR.

4343.    Oliva Martinez-Ortiz (ECN 6361) is an adult resident citizen of Vieques, PR.

4344.    Julian Garcia-Ayala (ECN 6362) is an adult resident citizen of Vieques, PR.

4345.    Jonathan Guerra-Garcia (ECN 6363) is an adult resident citizen of Vieques, PR.

4346.    Carmen Sanes-Rodriguez (ECN 6364) is an adult resident citizen of Vieques, PR.

4347.    Tomas Fuentes-Osorio (ECN 6365) is an adult resident citizen of Vieques, PR.

4348.    Asuncion Rivera-Cintron, an adult resident citizen of Vieques, PR, on behalf of minor child Karibmar Gonzalez-Rivera (ECN 6366).

4349.    Xana Connelly-Pagan (ECN 6367) is an adult resident citizen of Vieques, PR.

4350.    Domingo Nieves-Ortiz (ECN 6368) is an adult resident citizen of Vieques, PR.

4351.    Felicita Morales-Santiago (ECN 6370) is an adult resident citizen of Vieques, PR.

4352.    Luz Perez-Lopez (ECN 6371) is an adult resident citizen of Vieques, PR.

4353.    Lucia Perez-Oneill, an adult resident citizen of Vieques, PR, on behalf of minor child Aurelio Maldonado-Perez, Jr. (ECN 6372).

4354.    Yamira Irizairy-Soto (ECN 6373) is an adult resident citizen of Vieques, PR.

4355.    Gloria Irizarry-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Camila Cruz-Irizarry (ECN 6374).

4356.    Gloria Irizarry-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Cruz-Irizarry (ECN 6375).

4357.    Gloria Irizarry-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Yadiel Miranda-Irizarry (ECN 6376).

4358.    Donna Quinones-Rosas (ECN 6377) is an adult resident citizen of Vieques, PR.

4359.    Karina Rodriguez-Quinones (ECN 6378) is an adult resident citizen of Vieques, PR.

4360.    Dana Rosas, an adult resident citizen of Vieques, PR, on behalf of minor child Bryan Rodriguez-Quinones (ECN 6379).

4361.    Nyrma Sanchez-Pereira (ECN 6381) is an adult resident citizen of Vieques, PR.

4362.    Nyrma Carrasquillo-Sanchez (ECN 6382) is an adult resident citizen of Vieques, PR.

4363.    Jose Carrasquillo-Sanchez (ECN 6383) is an adult resident citizen of Vieques, PR.

4364.    Yolanda Escobar-Ayala, an adult resident citizen of Vieques, PR as tutor on behalf of Escobar-Ayala (ECN 6384).

4365.    Yolanda Escobar-Ayala, an adult resident citizen of Vieques, PR as tutor on behalf of Virgenmina Escobar-Ayala (ECN 6385).

4366.    Luis Diaz-Carmona (ECN 6386) is an adult resident citizen of Vieques, PR.

4367.    Denise Kenezvich-Pecoraro (ECN 6387) is an adult resident citizen of Vieques, PR.

4368.    Ishmael Rivas-Serrano (ECN 6388) is an adult resident citizen of Vieques, PR.

4369.    Santos Rios-Burgos (ECN 6389) is an adult resident citizen of Vieques, PR.

4370.    Norma Medina-Melendez (ECN 6390) is an adult resident citizen of Staten Island, NY.

4371.    Francisco Rivera-Cruz (ECN 6391) is an adult resident citizen of Vieques, PR.

4372.    Yolanda Escobar-Ayala, an adult resident citizen of Vieques, PR as tutor on behalf of Angel Escobar-Ayala (ECN 6392).

4373.    Isabelina Martinez-Carles (ECN 6393) is an adult resident citizen of Vieques, PR.

4374.    Obed Flores-Ayala (ECN 6395) is an adult resident citizen of Vieques, PR.

4375.    Moises Flores-Nasario (ECN 6396) is an adult resident citizen of Vieques, PR.

4376.    Iris Osorio-Rivera (ECN 6397) is an adult resident citizen of Vieques, PR.

4377.    Alba Sanchez-Santos (ECN 6399) is an adult resident citizen of Vieques, PR.

4378.    Waldemar Parrilla-Sanchez (ECN 6401) is an adult resident citizen of Vieques, PR.

4379.    Jorge Ramos-Medina (ECN 6403) is an adult resident citizen of Vieques, PR.

4380.    Morayma Medina-Perez (ECN 6404) is an adult resident citizen of Vieques, PR.

4381.    Morayma Medina-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Yeraima Felix-Medina (ECN 6405).

4382.    Luz Asencio-Diaz (ECN 6406) is an adult resident citizen of Vieques, PR.

4383.    Samuel Huertas-Cruz (ECN 6407) is an adult resident citizen of Vieques, PR.

4384.    Juan Aponte-Santos (ECN 6410) is an adult resident citizen of Vieques, PR.

4385.    Edelmira Velazquez-Velardo (ECN 6411) is an adult resident citizen of Vieques, PR.

4386.    Nilka Santos-Garcia (ECN 6412) is an adult resident citizen of Vieques, PR.

4387.    Arlene Cruz-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Jeilyn Santiago-Cruz (ECN 6413).

4388.    Arlene Cruz-Ayala (ECN 6414) is an adult resident citizen of Vieques, PR.

4389.    Antonia Huertas-Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Eric Ayala-Huerta (ECN 6417).

4390.    Erika Ayala-Huertas (ECN 6418) is an adult resident citizen of Vieques, PR.

4391.    Maria Felix, an adult resident citizen of St. Croix, VI, on behalf of minor child Erick Acosta-Felix (ECN 6462).

4392.    Julio Perez-Castro (ECN 6538) is an adult resident citizen of Vieques, PR.

4393.    Enrique Ortiz-Garcia (ECN 6618) is an adult resident citizen of Naguabo, PR.

4394.    Jesus Davila-Rosa (ECN 6647) is an adult resident citizen of Naguabo, PR.

4395.    Angel Lanzo-Encarnacion (ECN 6693) is an adult resident citizen of Vieques, PR.

4396.    Maria Williams-Saldana (ECN 6696) is an adult resident citizen of Vieques, PR.

4397.    Maria Williams-Saldana, an adult resident citizen of Vieques, PR, on behalf of minor child Tanyia Cardona-Williams (ECN 6697).

4398.    Felicita Garcia-Ortiz, an adult resident citizen of Vieques, PR as tutor on behalf of Arciana Ortiz-Martinez (ECN 6698).

4399.    Felicita Garcia-Ortiz (ECN 6699) is an adult resident citizen of Vieques, PR.

4400.    Ivelisa Garcia-Garcia (ECN 6700) is an adult resident citizen of Vieques, PR.

4401.    Victor Gonzalez-Martinez (ECN 6701) is an adult resident citizen of Vieques, PR.

4402.    Ramona Martinez-Navarro (ECN 6702) is an adult resident citizen of Vieques, PR.

4403.    Rafael Fraguade-Abril (ECN 6704) is an adult resident citizen of Vieques, PR.

4404.    Maria Padilla-de Leon (ECN 6706) is an adult resident citizen of Vieques, PR.

4405.    Juan Irizarry-Lopez (ECN 6707) is an adult resident citizen of Vieques, PR.

4406.    Victorino Melendez-Melendez (ECN 6708) is an adult resident citizen of Fajardo, PR.

4407.    Wanda Garcia-Padilla (ECN 6709) is an adult resident citizen of Vieques, PR.

4408.    Dolores Melendez-Melendez (ECN 6710) is an adult resident citizen of Vieques, PR.

4409.    Yadira Luis-Acosta (ECN 6711) is an adult resident citizen of Vieques, PR.

4410.    Yadira Luis-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Yashira Marin-Luis (ECN 6712).

4411.    Yadria Luis-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Raymond Marin-Luis (ECN 6713).

4412.    Jose Garcia-Torres (ECN 6714) is an adult resident citizen of Vieques, PR.

4413.    Carmelo Sanes-Belardo (ECN 6715) is an adult resident citizen of Vieques, PR.

4414.    Esteban Carle-Martinez (ECN 6716) is an adult resident citizen of Vieques, PR.

4415.    Ramona Avenancio-Lugo (ECN 6717) is an adult resident citizen of Vieques, PR.

4416.    Luz Avenacio-Lugo (ECN 6718) is an adult resident citizen of Vieques, PR.

4417.    Emily Lopez, an adult resident citizen of Vieques, PR, on behalf of minor child Javier Feliciano-Lopez (ECN 6720).

4418.    Luz Monel-Parrilla (ECN 6722) is an adult resident citizen of Vieques, PR.

4419.    Maria Ramos-Ortiz (ECN 6724) is an adult resident citizen of Vieques, PR.

4420.    Sonia Lopez-Ruiz, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Perez-Lopez (ECN 6725).

4421.    Sonia Lopez-Ruiz, an adult resident citizen of Vieques, PR, on behalf of minor child Migdalia Charriez-Lopez (ECN 6726).

4422.    Claudio Hernandez-Lopez (ECN 6729) is an adult resident citizen of Vieques, PR.

4423.    Brenda Ortiz-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Perez-Ortiz (ECN 6730).

4424.    Felicita Galloway-Parrilla (ECN 6731) is an adult resident citizen of Vieques, PR.

4425.    Herminia Pimentel-Romero (ECN 6732) is an adult resident citizen of Vieques, PR.

4426.    Maria Boulogne- (ECN 6733) is an adult resident citizen of Vieques, PR.

4427.    Luis Garcia-Escobar (ECN 6734) is an adult resident citizen of Vieques, PR.

4428.    Esther Escobar-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Yolimar Garcia- (ECN 6735).

4429.    Esther Escobar-Melendez (ECN 6736) is an adult resident citizen of Vieques, PR.

4430.    Luis Garcia-Encarnacion (ECN 6737) is an adult resident citizen of Vieques, PR.

4431.    Myrna Torres-Parrilla (ECN 6739) is an adult resident citizen of Vieques, PR.

4432.    Luis Cepeda-Pina (ECN 6740) is an adult resident citizen of Vieques, PR.

4433.    Carmen Milagro-Boulogne (ECN 6741) is an adult resident citizen of Vieques, PR.

4434.    Carmen Lopez-Ayala (ECN 6742) is an adult resident citizen of Vieques, PR.

4435.    Julia Lopez-Ayala (ECN 6743) is an adult resident citizen of Vieques, PR.

4436.    Carmen Acevedo-Ayala (ECN 6744) is an adult resident citizen of Vieques, PR.

4437.    Consuelo Velazquez-Ayala (ECN 6745) is an adult resident citizen of Vieques, PR.

4438.    Roberto Lopez-Ayala (ECN 6746) is an adult resident citizen of Vieques, PR.

4439.    Alexia Prez-Santiago (ECN 6747) is an adult resident citizen of Vieques, PR.

4440.    Maria Ayala-Padilla (ECN 6748) is an adult resident citizen of Vieques, PR.

4441.    Tammy White-Ayala (ECN 6749) is an adult resident citizen of Vieques, PR.

4442.    Margarita Blondet-Nieves (ECN 6750) is an adult resident citizen of Vieques, PR.

4443.    Angel Roldan-Velazquez (ECN 6751) is an adult resident citizen of Vieques, PR.

4444.    Yaritza Roldan-Velazquez (ECN 6752) is an adult resident citizen of Vieques, PR.

4445.    Sonia Torres-Fontanez (ECN 6753) is an adult resident citizen of Vieques, PR.

4446.    Aurea Santiago-Maldonado (ECN 6754) is an adult resident citizen of Vieques, PR.

4447.    Haydee Cruz-Rivera (ECN 6755) is an adult resident citizen of Vieques, PR.

4448.    Joel Pizarro-Santiago (ECN 6756) is an adult resident citizen of Vieques, PR.

4449.    Arcadia Santos-Ortiz (ECN 6758) is an adult resident citizen of Vieques, PR.

4450.    Angelina Navarro-Cruz (ECN 6759) is an adult resident citizen of Vieques, PR.

4451.    Agustin Perez-Rodriguez (ECN 6761) is an adult resident citizen of Vieques, PR.

4452.    Armando Alvarez-Perez (ECN 6763) is an adult resident citizen of Vieques, PR.

4453.    Juanita Nieves-Torrens (ECN 6765) is an adult resident citizen of Vieques, PR.

4454.    Yanira Sanchez-Sanchez, an adult resident citizen of Vieques, PR, on behalf of minor child Eliam Cruz-Sanchez (ECN 6766).

4455.    Yomary Ayala-Gerena (ECN 6767) is an adult resident citizen of Vieques, PR.

4456.    Yanira Sanchez-Sanchez (ECN 6768) is an adult resident citizen of Vieques, PR.

4457.    Aracelis Rodriguez-Morales (ECN 6769) is an adult resident citizen of Vieques, PR.

4458.    Jesus Caraballo-Velez (ECN 6770) is an adult resident citizen of Vieques, PR.

4459.    Rudgardo Velazquez-Acosta (ECN 6771) is an adult resident citizen of Vieques, PR.

4460.    Adalberto Rodriguez-Perez (ECN 6773) is an adult resident citizen of Vieques, PR.

4461.    Ivonne Aponte-John, an adult resident citizen of Vieques, PR, on behalf of minor child Zuleika Vazquez-Aponte (ECN 6775).

4462.    Ivonne Aponte-John, an adult resident citizen of Vieques, PR, on behalf of minor child Natacha Vazquez-Aponte (ECN 6777).

4463.    Melba Mercado-Pereira, an adult resident citizen of Vieques, PR, on behalf of minor child Deis Sanchez-Pereira (ECN 6778).

4464.    Alfredo Mercado-Ayala (ECN 6779) is an adult resident citizen of Vieques, PR.

4465.    Carmen Boulogne-Garcia (ECN 6780) is an adult resident citizen of Vieques, PR.

4466.    Melba Mercado-Pereira, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Sanchez-Pereira (ECN 6781).

4467.    Melba Pereira-Mercado (ECN 6782) is an adult resident citizen of Vieques, PR.

4468.    Maria Ruiz-Marin (ECN 6783) is an adult resident citizen of Vieques, PR.

4469.    Miguel Rosa-Torres (ECN 6784) is an adult resident citizen of Vieques, PR.

4470.    Miriam Penzport-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Mitzie Rosa-Penzort (ECN 6785).

4471.    Miriam Penzport-Mercado (ECN 6786) is an adult resident citizen of Vieques, PR.

4472.    Miriam Penzport-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Liza Rosa-Penzort (ECN 6787).

4473.    Wilda Nieves-Sanes (ECN 6788) is an adult resident citizen of Vieques, PR.

4474.    Marcos Perez-Guadalupe (ECN 6791) is an adult resident citizen of Vieques, PR.

4475.    Pablo Solis-Rios (ECN 6792) is an adult resident citizen of Fajardo, PR.

4476.    Maria M. Benitez-Flores (ECN 6793) is an adult resident citizen of Vieques, PR.

4477.    Ana Perez-Benitez (ECN 6794) is an adult resident citizen of Vieques, PR.

4478.    Marta Tirado-Carrasquillo, an adult resident citizen of Vieques, PR, on behalf of minor child Alejandra Figueroa-Tirado (ECN 6797).

4479.     Yerika Ventura-Sanes (ECN 6798) is an adult resident citizen of Vieques, PR.

4480.     Paulina Benitez-Cayeres (ECN 6799) is an adult resident citizen of High Point, NC.

4481.     Patria Benitez-Cayero (ECN 6800) is an adult resident citizen of High Point, NC.

4482.     Eugene Lindsey-Rivera (ECN 6801) is an adult resident citizen of Vieques, PR.

4483.     Lizbeth Soto-Ledesma (ECN 6802) is an adult resident citizen of Vieques, PR.

4484.     Candita Ayala-Rivera (ECN 6803) is an adult resident citizen of Vieques, PR.

4485.     Francisca Rodriguez-Fernandez (ECN 6804) is an adult resident citizen of Vieques, PR.

4486.     Amparo Flores-Rodriguez (ECN 6805) is an adult resident citizen of Vieques, PR.

4487.     Adonias Santiago-Lopez (ECN 6806) is an adult resident citizen of Vieques, PR.

4488.     Felicita Hernandez-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Julie Rivera-Hernandez (ECN 6807).

4489.     Felicita Hernandez-Carmona (ECN 6808) is an adult resident citizen of Vieques, PR.

4490.     Morgan Rivera-Perez (ECN 6810) is an adult resident citizen of Vieques, PR.

4491.     Bienvenida Herrera-Caballero (ECN 6811) is an adult resident citizen of Vieques, PR.

4492.     Candida Cordero-Acosta (ECN 6812) is an adult resident citizen of Vieques, PR.

4493.     Jose Lopez-Ramos (ECN 6813) is an adult resident citizen of Vieques, PR.

4494.     Dali Acosta-Lugo (ECN 6814) is an adult resident citizen of Vieques, PR.

4495.     Elba Burgos-Serrano (ECN 6817) is an adult resident citizen of Vieques, PR.

4496.     Virginia Reyes-Santos (ECN 6818) is an adult resident citizen of Vieques, PR.

4497.    Obed Santiago-Carrasquillo (ECN 6819) is an adult resident citizen of Vieques, PR.

4498.    Heidy Delerme-Rosa (ECN 6821) is an adult resident citizen of Vieques, PR.

4499.    Zaida Rosa-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Miredis Delerme-Rosa (ECN 6822).

4500.    Eileen Magras-Quetel (ECN 6823) is an adult resident citizen of Vieques, PR.

4501.    Providencia Conde-Encarnacion (ECN 6824) is an adult resident citizen of Vieques, PR.

4502.    Hector Ayala-Rivera (ECN 6825) is an adult resident citizen of Vieques, PR.

4503.    Epifania Hill-de Jesus (ECN 6826) is an adult resident citizen of Vieques, PR.

4504.    Saturnina Lanzo-Santiago (ECN 6827) is an adult resident citizen of Vieques, PR.

4505.    Edgardo Sanes-Rodriguez (ECN 6829) is an adult resident citizen of Vieques, PR.

4506.    Daritzabel Martinez-Alvarado (ECN 6830) is an adult resident citizen of Vieques, PR.

4507.    Teresa Tapia-Rivera (ECN 6831) is an adult resident citizen of Vieques, PR.

4508.    Miguel Santiago-Estien (ECN 6832) is an adult resident citizen of Vieques, PR.

4509.    Carmen Julian-Camacho (ECN 6833) is an adult resident citizen of Vieques, PR.

4510.    Silverio Sanes-Garcia (ECN 6834) is an adult resident citizen of Vieques, PR.

4511.    Iowanda Perez-Rosano (ECN 6835) is an adult resident citizen of Vieques, PR.

4512.    Mary Sanes-Rodriguez (ECN 6836) is an adult resident citizen of Vieques, PR.

4513.    Nashira Pimentel-Rodriguez (ECN 6837) is an adult resident citizen of Vieques, PR.

4514.    Rebecca Garcia-Gonzalez (ECN 6838) is an adult resident citizen of Vieques, PR.

4515.    Eusebio Rodriguez-Mercado (ECN 6839) is an adult resident citizen of Vieques, PR.

4516.    Matilde Mercado-Cintrol (ECN 6840) is an adult resident citizen of Vieques, PR.

4517.    Rosalia Carmona-Fuentes (ECN 6841) is an adult resident citizen of Vieques, PR.

4518.    Tanya Robles-Carmona (ECN 6842) is an adult resident citizen of Vieques, PR.

4519.    Luis Robles-Cordero (ECN 6843) is an adult resident citizen of Vieques, PR.

4520.    Luis Robles-Carmona (ECN 6844) is an adult resident citizen of Vieques, PR.

4521.    Luis Robles-Carmona (ECN 6845) is an adult resident citizen of Vieques, PR.

4522.    Jasmin Ilarraza-Boulogne (ECN 6846) is an adult resident citizen of Pennsauken, NJ.

4523.    Arcadio Sampayo-Garcia (ECN 6847) is an adult resident citizen of Rio Grande, PR.

4524.    Christina Hemberger-Tomlison (ECN 6850) is an adult resident citizen of Vieques, PR.

4525.    Christina Hemberger-Tomlison, an adult resident citizen of Vieques, PR, on behalf of minor child Ruben Cruz-Hemberger (ECN 6851).

4526.    Victor Ayala-Leguillou (ECN 6853) is an adult resident citizen of Vieques, PR.

4527.    Carlos Vazquez-Perez (ECN 6855) is an adult resident citizen of Ceiba, PR.

4528.    Maria Torres-Vazquez (ECN 6856) is an adult resident citizen of Ceiba, PR.

4529.    Angelina Romero-Carrasquillo (ECN 6857) is an adult resident citizen of Vieques, PR.

4530.    Elvin Davila-Melendez (ECN 6858) is an adult resident citizen of Naguabo, PR.

4531.    Carlos Lopez-Rivera (ECN 6859) is an adult resident citizen of Ceiba, PR.

4532.    Ernesto Serrano-Encarnacion (ECN 6860) is an adult resident citizen of Vieques, PR.

4533.    Luis Melendez-Corcino (ECN 6861) is an adult resident citizen of Vieques, PR.

4534.    Jennifer Loredo-Calderon (ECN 6862) is an adult resident citizen of Vieques, PR.

4535.    Emmanuel Lopez-Osorio (ECN 6863) is an adult resident citizen of Vieques, PR.

4536.    Sonia Osorio-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Laiza Acevedo-Osorio (ECN 6864).

4537.    Marisol Fernandez-Perez (ECN 6865) is an adult resident citizen of Vieques, PR.

4538.    Angel Monell-Fernandez (ECN 6866) is an adult resident citizen of Vieques, PR.

4539.    Ana Adams-Porfil (ECN 6868) is an adult resident citizen of Vieques, PR.

4540.    Iliana Pimentel-Porfil (ECN 6869) is an adult resident citizen of Vieques, PR.

4541.    Eva Melendez-Diaz (ECN 6870) is an adult resident citizen of Vieques, PR.

4542.    Anita Cortijo-Witten (ECN 6871) is an adult resident citizen of Ceiba, PR.

4543.    Joel Ehmke-Felix (ECN 6872) is an adult resident citizen of Vieques, PR.

4544.    Sylvia Martinez-Burgos (ECN 6873) is an adult resident citizen of Vieques, PR.

4545.    Isolina Rivera-Belardo (ECN 6874) is an adult resident citizen of Vieques, PR.

4546.    Emma Ortiz-Melendez (ECN 6875) is an adult resident citizen of Vieques, PR.

4547.    Rosa Ponce-Monell (ECN 6876) is an adult resident citizen of Vieques, PR.

4548.    Luis Cepeda-Perez (ECN 6877) is an adult resident citizen of Vieques, PR.

4549.    Wanda Rosario-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Perez-Rosario (ECN 6881).

4550.    Wanda Rosario-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Samuel Perez-Rosario (ECN 6882).

4551.    Leila Perez-Cruz (ECN 6883) is an adult resident citizen of Vieques, PR.

4552.    Emil Ehmke-Felix (ECN 6884) is an adult resident citizen of Vieques, PR.

4553.    Mirna Felix-Roman (ECN 6885) is an adult resident citizen of Vieques, PR.

4554.    Emilio Ehmke-Perez (ECN 6886) is an adult resident citizen of Vieques, PR.

4555.    Astryd Ayala-Roman (ECN 6887) is an adult resident citizen of Vieques, PR.

4556.    Juana Roman-Monell (ECN 6888) is an adult resident citizen of Vieques, PR.

4557.    Jeannette Ventura-Comas (ECN 6889) is an adult resident citizen of Vieques, PR.

4558.    Juanita Perez-Carrasquillo (ECN 6890) is an adult resident citizen of Vieques, PR.

4559.    Rafael Perez-Perez (ECN 6891) is an adult resident citizen of Vieques, PR.

4560.    Fernando Robinson-Ortiz, an adult resident citizen of Vieques, PR as tutor on behalf of        Cristobal Robinson-Ortiz (ECN 6892).

4561.    Jeannette Gonzalez-Roldan (ECN 6893) is an adult resident citizen of Vieques, PR.

4562.    Gertrudis Cruz-Bermudez (ECN 6894) is an adult resident citizen of Vieques, PR.

4563.    Jose Ilarraza-Melendez (ECN 6895) is an adult resident citizen of Vieques, PR.

4564.    Horvin Romero-Ilarraza (ECN 6896) is an adult resident citizen of Vieques, PR.

4565.    Luis Ayala-Hernandez (ECN 6897) is an adult resident citizen of Vieques, PR.

4566.    Pedro Perez-Nieves (ECN 6898) is an adult resident citizen of Vieques, PR.

4567.    Maria Ortiz-Robles, an adult resident citizen of Vieques, PR, on behalf of minor child Kenia Diaz-Gavino (ECN 6899).

4568.    Norma Torres-Osorio (ECN 6902) is an adult resident citizen of Vieques, PR.

4569.    Miriam de Jesus-Huertas, an adult resident citizen of Vieques, PR as tutor on behalf of    Epifania Huertas-Ayala (ECN 6904).

4570.    Luz Camacho-Colon (ECN 6905) is an adult resident citizen of Vieques, PR.

4571.    Anastacia Camacho-Colon (ECN 6906) is an adult resident citizen of Vieques, PR.

4572.    Elbia Gavino-Robles (ECN 6907) is an adult resident citizen of Vieques, PR.

4573.    Panchita Melendez-Torres (ECN 6908) is an adult resident citizen of Vieques, PR.

4574.    Janice Ayala-Cruz (ECN 6909) is an adult resident citizen of Vieques, PR.

4575.    Teodoro Escobar-Ayala (ECN 6910) is an adult resident citizen of Vieques, PR.

4576.    Carmen Osorio-Torres (ECN 6911) is an adult resident citizen of Vieques, PR.

4577.    Arcadia Torres-Osorio (ECN 6912) is an adult resident citizen of Vieques, PR.

4578.    Ruben Cruz-Matienzo (ECN 6913) is an adult resident citizen of Vieques, PR.

4579.    Ruth Jiminez-Ramos (ECN 6914) is an adult resident citizen of Vieques, PR.

4580.    Aurio Torres-Gonzalez (ECN 6915) is an adult resident citizen of Vieques, PR.

4581.    Edwin Morales-Rosa (ECN 6916) is an adult resident citizen of Vieques, PR.

4582.    Iris Osorio-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Ayala-Osorio (ECN 6917).

4583.    Iris Osorio-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jaselyn Ayala-Osorio (ECN 6918).

4584.    Lorna Colon-Sanes (ECN 6920) is an adult resident citizen of Vieques, PR.

4585.    Tito Felix-Ortiz (ECN 6921) is an adult resident citizen of Vieques, PR.

4586.    Lynda Bayron-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Carmen Rosa (ECN 6923).

4587.    Maria Calderon-Rivera (ECN 6924) is an adult resident citizen of Vieques, PR.

4588.    Iris Perez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Ramos-Perez (ECN 6925).

4589.    Iris Perez-Perez (ECN 6926) is an adult resident citizen of Vieques, PR.

4590.    Miguel Cruz-Navarro (ECN 6927) is an adult resident citizen of Vieques, PR.

4591.    Xavier Ramos-Carmona (ECN 6929) is an adult resident citizen of Vieques, PR.

4592.    Joseph de Jesus-Martinez (ECN 6930) is an adult resident citizen of Vieques, PR.

4593.    Ivette Hernandez-Santos (ECN 6931) is an adult resident citizen of Vieques, PR.

4594.    Francisco Castano-Pimentel, an adult resident citizen of Vieques, PR, on behalf of minor child Francisco Castano-Hernandez (ECN 6932).

4595.    Francisco Castano-Pimentel, an adult resident citizen of Vieques, PR, on behalf of minor child Charlene Castano-Hernandez (ECN 6933).

4596.    Karina Melendez-Pereira, an adult resident citizen of Vieques, PR, on behalf of minor child Zabdiel Rivera-Melendez (ECN 6934).

4597.    Edwin Hernandez-Perez (ECN 6935) is an adult resident citizen of Vieques, PR.

4598.    Justina Corcino-Camacho (ECN 6936) is an adult resident citizen of Vieques, PR.

4599.    Victor Silva-Soto (ECN 6938) is an adult resident citizen of Vieques, PR.

4600.    Hilda Torres-Cruz (ECN 6939) is an adult resident citizen of Vieques, PR.

4601.    Nancy Carr-Shuman (ECN 6940) is an adult resident citizen of Vieques, PR.

4602.    Normarie Adorno-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Francisco Hernandez-Adorno (ECN 6943).

4603.    Jose Velez-Santos (ECN 6945) is an adult resident citizen of Vieques, PR.

4604.    Victor Carmona-Cruz (ECN 6946) is an adult resident citizen of Vieques, PR.

4605.    Maria Lopez-Torres (ECN 6947) is an adult resident citizen of Vieques, PR.

4606.    Carlos Ilarraza-Cruz (ECN 6948) is an adult resident citizen of Vieques, PR.

4607.    Jose Ilarraza-Cruz (ECN 6949) is an adult resident citizen of Vieques, PR.

4608.    Matilde Roman-Vega (ECN 6950) is an adult resident citizen of Vieques, PR.

4609.    Nestor Lopez-Ruiz (ECN 6951) is an adult resident citizen of Vieques, PR.

4610.    Teresa Osorio-Rodriguez (ECN 6952) is an adult resident citizen of Vieques, PR.

4611.    Maria Brazzorotto-Turola (ECN 6954) is an adult resident citizen of Vieques, PR.

4612.    Agustina Perez-Ayala (ECN 6955) is an adult resident citizen of Vieques, PR.

4613.    Diana Cepeda-Perez (ECN 6956) is an adult resident citizen of Vieques, PR.

4614.    Lillian Cepeda-Perez (ECN 6957) is an adult resident citizen of Vieques, PR.

4615.    Nilsa Garcia-Franco (ECN 6958) is an adult resident citizen of Vieques, PR.

4616.    Carmen Preez-Tapia (ECN 6959) is an adult resident citizen of Vieques, PR.

4617.    Isaias Perez-Olivencia (ECN 6960) is an adult resident citizen of Vieques, PR.

4618.    Juan Cirilo-Garcia (ECN 6961) is an adult resident citizen of Vieques, PR.

4619.    Edwin Hernandez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Hernandez-Bermudez (ECN 6964).

4620.    Jesus Perez-Fernandez (ECN 6965) is an adult resident citizen of Vieques, PR.

4621.    Amparo Lopez-Osorio (ECN 6966) is an adult resident citizen of Vieques, PR.

4622.    Amparo Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Velez-Lopez (ECN 6967).

4623.    Ana Crispin-Encarnacion (ECN 6968) is an adult resident citizen of Vieques, PR.

4624.    Mariano Crispin-Santiago (ECN 6969) is an adult resident citizen of Vieques, PR.

4625.    Ivonne Aponte-John (ECN 6970) is an adult resident citizen of Vieques, PR.

4626.    Marilu Huertas-Rivas (ECN 6971) is an adult resident citizen of Vieques, PR.

4627.    Elvin Miro-Pereira (ECN 6972) is an adult resident citizen of Vieques, PR.

4628.    Ruth Flores-Torres (ECN 6973) is an adult resident citizen of Vieques, PR.

4629.    Liberato Cepeda-Perez (ECN 6974) is an adult resident citizen of Vieques, PR.

4630.    Julia Cruz-Rios (ECN 6975) is an adult resident citizen of Vieques, PR.

4631.    Jose Garcias-Carambot (ECN 6976) is an adult resident citizen of Vieques, PR.

4632.    Glenda Corcino-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Josue Colon-Corcino (ECN 6977).

4633.    Kenneth Crabb-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Aimee Crabb-Felix (ECN 6978).

4634.    Myrta Perez-Barreto (ECN 6979) is an adult resident citizen of Vieques, PR.

4635.    Mildred Gonzalez-Valencia (ECN 6981) is an adult resident citizen of Vieques, PR.

4636.    Sonia Lopez-Ruiz (ECN 6982) is an adult resident citizen of Vieques, PR.

4637.    Luis Gonzalez-Gerena (ECN 6983) is an adult resident citizen of Vieques, PR.

4638.    Wilfredo Quintana-Ruiz (ECN 6985) is an adult resident citizen of Orlando, FL.

4639.    Jose Rodriguez-Ocasio (ECN 6986) is an adult resident citizen of Vieques, PR.

4640.    Jose Santos-Figueroa (ECN 6987) is an adult resident citizen of Vieques, PR.

4641.    Adela Cabret-Camacho (ECN 6988) is an adult resident citizen of Vieques, PR.

4642.    Lydia Carmona-Cruz (ECN 6990) is an adult resident citizen of Vieques, PR.

4643.    Angel Marterell-Padilla (ECN 6991) is an adult resident citizen of Vieques, PR.

4644.    Juanita Cepeda-Avila (ECN 6992) is an adult resident citizen of Vieques, PR.

4645.    Deborah Gonzalez-Hall (ECN 6993) is an adult resident citizen of Orlando, FL.

4646.    Rosa Ruiz-Escobar (ECN 6994) is an adult resident citizen of Guaynabo, PR.

4647.    Rosa Ruiz-Escobar, an adult resident citizen of Vieques, PR, on behalf of minor child Karla Vazquez-Ruiz (ECN 6995).

4648.    Alba Melendez-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Kenny Medina-Melendez (ECN 6997).

4649.    Carmiann Cespedes-Melendez (ECN 6999) is an adult resident citizen of Vieques, PR.

4650.    Alba Melendez-Ayala (ECN 7000) is an adult resident citizen of Vieques, PR.

4651.    Domingo Ramos-Valentin (ECN 7001) is an adult resident citizen of Vieques, PR.

4652.    Cecilia Suarez-Cintron (ECN 7002) is an adult resident citizen of Vieques, PR.

4653.    Brigida Pizarro-Benitez (ECN 7003) is an adult resident citizen of Vieques, PR.

4654.    Jose Mendez-Garay (ECN 7004) is an adult resident citizen of Vieques, PR.

4655.    Jose Orona-Saez (ECN 7007) is an adult resident citizen of Vieques, PR.

4656.    Leishla Perez-Figueroa (ECN 7008) is an adult resident citizen of Vieques, PR.

4657.    Rosamary Figueroa-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Yelitza Perez-Figueroa (ECN 7009).

4658.    Maria Torres-Ortiz (ECN 7010) is an adult resident citizen of Vieques, PR.

4659.    Angel Silva-Torres (ECN 7011) is an adult resident citizen of Vieques, PR.

4660.    Maria Felix-Guadalupe (ECN 7012) is an adult resident citizen of St. Croix, VI.

4661.    Carmen Melendez-Melendez (ECN 7013) is an adult resident citizen of Vieques, PR.

4662.    Sorayma Hernandez-Melendez (ECN 7014) is an adult resident citizen of Vieques, PR.

4663.    Marcos Rodriguez-Ramos (ECN 7015) is an adult resident citizen of Vieques, PR.

4664.    Juana Colon-Esperanza (ECN 7016) is an adult resident citizen of Vieques, PR.

4665.    Miguel Brache-Rosa (ECN 7017) is an adult resident citizen of Vieques, PR.

4666.    Jose Brache-Rosa (ECN 7018) is an adult resident citizen of Vieques, PR.

4667.    Paula Castro-Rodriguez (ECN 7019) is an adult resident citizen of Vieques, PR.

4668.    Brunilda Osorio-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Samuel Santiago-Osorio (ECN 7020).

4669.    Victorina Serrano-Diaz (ECN 7021) is an adult resident citizen of Vieques, PR.

4670.    Iris Velez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Dylan Vazques-Velez (ECN 7022).

4671.    Iris Velez, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Vazquez-Velez (ECN 7023).

4672.    Iris Velez-Osorio (ECN 7024) is an adult resident citizen of Vieques, PR.

4673.    Julimar Santos-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Yency Santos-Santos (ECN 7025).

4674.    Julimar Santos-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Yariel Santos-Santos (ECN 7026).

4675.    Yancy Santos-Alejandro (ECN 7027) is an adult resident citizen of Vieques, PR.

4676.    Samuel Velazquez-Oyola (ECN 7028) is an adult resident citizen of Vieques, PR.

4677.    Raul Santana-Tapia (ECN 7029) is an adult resident citizen of Ceiba, PR.

4678.    Joao Rosario-Fernandez (ECN 7031) is an adult resident citizen of Vieques, PR.

4679.    Carmen Cruz-Tirado (ECN 7032) is an adult resident citizen of Vieques, PR.

4680.    Zilka Batistini-Ramirez (ECN 7033) is an adult resident citizen of Vieques, PR.

4681.    Domingo Grillasca-Bauza (ECN 7034) is an adult resident citizen of Vieques, PR.

4682.    Domingo Grillasca-Batistini (ECN 7035) is an adult resident citizen of Vieques, PR.

4683.    Francisco Grillasca-Batistini (ECN 7036) is an adult resident citizen of Vieques, PR.

4684.    Roger Velazquez-Rivera (ECN 7037) is an adult resident citizen of Vieques, PR.

4685.    Vilmarie Felix-Guadalupe (ECN 7040) is an adult resident citizen of Kissimmee, FL.

4686.    Teodosia Carambot-Garcia (ECN 7041) is an adult resident citizen of Vieques, PR.

4687.    Yadira Sanchez-Rosario, an adult resident citizen of Vieques, PR, on behalf of minor child Yahaira Melendez-Sanchez (ECN 7042).

4688.    Carmen de Jesus-Rosa (ECN 7043) is an adult resident citizen of Vieques, PR.

4689.    Juan Camacho-Ortiz (ECN 7044) is an adult resident citizen of Vieques, PR.

4690.    Saturnino Torres-Maldonado (ECN 7045) is an adult resident citizen of Vieques, PR.

4691.    Bernarda Rosario-Rivera (ECN 7046) is an adult resident citizen of Vieques, PR.

4692.    Pedro Sanchez-Colon (ECN 7047) is an adult resident citizen of Vieques, PR.

4693.     Dinoshka Melendez-Santana (ECN 7048) is an adult resident citizen of Vieques, PR.

4694.     Vilma Santana-Torres (ECN 7050) is an adult resident citizen of Vieques, PR.

4695.     Alfredo Osorio-Rodriguez (ECN 7053) is an adult resident citizen of Vieques, PR.

4696.     Yadira Santos-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Josyan Mendez-Santos (ECN 7054).

4697.     Juan Tapia-Rivera (ECN 7058) is an adult resident citizen of Vieques, PR.

4698.     Arnaldo Mercado-Tapia (ECN 7059) is an adult resident citizen of Vieques, PR.

4699.     Jessica Ventura-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Denisse Rivera-Ventura (ECN 7062).

4700.     Margarita Diaz-Garcia (ECN 7064) is an adult resident citizen of Vieques, PR.

4701.     Julimar Santos-Perez (ECN 7067) is an adult resident citizen of Vieques, PR.

4702.     Daniel Rivera-Cordero (ECN 7068) is an adult resident citizen of Fajardo, PR.

4703.     Yanuel Reyes-Ortiz (ECN 7069) is an adult resident citizen of Vieques, PR.

4704.     Helson Reyes-Ortiz (ECN 7070) is an adult resident citizen of Vieques, PR.

4705.     Jesus Molina-Torres (ECN 7071) is an adult resident citizen of Vieques, PR.

4706.     Angel Rivera-Gonzalez (ECN 7072) is an adult resident citizen of Vieques, PR.

4707.     Julita Hernandez-Martinez (ECN 7073) is an adult resident citizen of Vieques, PR.

4708.     Carmen Ortiz-Sanes (ECN 7074) is an adult resident citizen of Vieques, PR.

4709.     Benigno Rodriguez-Penzort (ECN 7075) is an adult resident citizen of Vieques, PR.

4710.    Luisa Camacho-Camacho (ECN 7076) is an adult resident citizen of Vieques, PR.

4711.    Tomasa Robles-Aponte (ECN 7077) is an adult resident citizen of Vieques, PR.

4712.    Luz Rivera-Velazquez (ECN 7078) is an adult resident citizen of Vieques, PR.

4713.    Maritza Bermudez-Perez (ECN 7079) is an adult resident citizen of Vieques, PR.

4714.    Maritza Bermudez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Bennie Santos-Bermudez (ECN 7080).

4715.    Carmen Nieves-Sanes (ECN 7081) is an adult resident citizen of Vieques, PR.

4716.    Jorge Mercado-Rosa (ECN 7082) is an adult resident citizen of Vieques, PR.

4717.    Aleida Tolentino-Guevara (ECN 7083) is an adult resident citizen of Vieques, PR.

4718.    Jesus Alvarado-Christian (ECN 7084) is an adult resident citizen of Vieques, PR.

4719.    Damariz Alvarado-Diaz (ECN 7086) is an adult resident citizen of Vieques, PR.

4720.    Jesus Christian-Cepeda (ECN 7087) is an adult resident citizen of Vieques, PR.

4721.    Enrique Marin-Asencio (ECN 7089) is an adult resident citizen of Vieques, PR.

4722.    Emilia Asencio-Ponce (ECN 7090) is an adult resident citizen of Vieques, PR.

4723.    Raimundo Marin-Asencio (ECN 7091) is an adult resident citizen of Vieques, PR.

4724.    Lydia Sanches-Gonzalez (ECN 7092) is an adult resident citizen of Vieques, PR.

4725.    Sandra Alejandro-Hodge (ECN 7093) is an adult resident citizen of Vieques, PR.

4726.    Edgardo Saldana-Moringlanes (ECN 7094) is an adult resident citizen of Vieques, PR.

4727.    Miguel Torres-Sanes (ECN 7095) is an adult resident citizen of Vieques, PR.

4728.    Oscar Bermudez-Justiniano (ECN 7096) is an adult resident citizen of Vieques, PR.

4729.    Brunilda Soto-Sanes (ECN 7098) is an adult resident citizen of Vieques, PR.

4730.    Emma Sanchez, an adult resident citizen of Camden, NJ, on behalf of minor child Wanda Martinez-Sanchez (ECN 7099).

4731.    Judith Adams-Perez (ECN 7101) is an adult resident citizen of Vieques, PR.

4732.    Marilyn Rodriguez-Torres (ECN 7102) is an adult resident citizen of Vieques, PR.

4733.    Santos Rivera-Ortiz (ECN 7103) is an adult resident citizen of Vieques, PR.

4734.    Jose Nales-Ramos (ECN 7104) is an adult resident citizen of Vieques, PR.

4735.    Yarexis Ruiz-Ojeda (ECN 7106) is an adult resident citizen of Vieques, PR.

4736.    Lydia Fernandez-Marin (ECN 7107) is an adult resident citizen of Vieques, PR.

4737.    Victorina Gonzalez-Marin (ECN 7108) is an adult resident citizen of Vieques, PR.

4738.    Ermalinda Pagan-Lanzo (ECN 7109) is an adult resident citizen of Vieques, PR.

4739.    Lucresia Perez-Castro (ECN 7110) is an adult resident citizen of Vieques, PR.

4740.    Moises Solis-Solis (ECN 7111) is an adult resident citizen of Vieques, PR.

4741.    Leonilda Diaz-Ramirez (ECN 7112) is an adult resident citizen of Vieques, PR.

4742.    Dolores Cruz-Mercado (ECN 7113) is an adult resident citizen of Vieques, PR.

4743.    Nancy Cruz-Cruz (ECN 7114) is an adult resident citizen of Vieques, PR.

4744.    Rashaira Morales-Rosa (ECN 7115) is an adult resident citizen of Vieques, PR.

4745.    Nelson Melendez-Montanez (ECN 7117) is an adult resident citizen of Maunabo, PR.

4746.    Carmen Robles-Perez (ECN 7118) is an adult resident citizen of Brooklyn, NY.

4747.    Roquel Rivera-Morales (ECN 7119) is an adult resident citizen of Vieques, PR.

4748.    Pedro Medina-Rucci (ECN 7120) is an adult resident citizen of Vieques, PR.

4749.    Jorge Santos-Serrano (ECN 7121) is an adult resident citizen of Vieques, PR.

4750.    Edilberto Cardona-Felix (ECN 7126) is an adult resident citizen of Vieques, PR.

4751.    Ana Carmona-Torres (ECN 7127) is an adult resident citizen of Vieques, PR.

4752.    Wanda Carmona-Porfil (ECN 7128) is an adult resident citizen of Vieques, PR.

4753.    Nelly Rodriguez-Profil (ECN 7129) is an adult resident citizen of Vieques, PR.

4754.    Faustino Torres-Osorio (ECN 7130) is an adult resident citizen of Vieques, PR.

4755.    Maria Matta-Estien, an adult resident citizen of Vieques, PR, on behalf of minor child Elvis Chaparo-Matta (ECN 7131).

4756.    Cecilia Rangel-de Jesus (ECN 7134) is an adult resident citizen of Vieques, PR.

4757.    Reinaldo Caraballo-Monel (ECN 7135) is an adult resident citizen of Vieques, PR.

4758.    Morgan Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Omar Rivera-Merced (ECN 7136).

4759.    Hilda Carle-Garcia (ECN 7137) is an adult resident citizen of Vieques, PR.

4760.    Julio Carambot-Ortiz (ECN 7138) is an adult resident citizen of Vieques, PR.

4761.    Jose Reyes-Ruiz, an adult resident citizen of Vieques, PR as tutor on behalf of Leandra Ruiz-Casillas (ECN 7139).

4762.    Victor Adams-Colon (ECN 7140) is an adult resident citizen of Vieques, PR.

4763.    Angel Perez-Rodriguez (ECN 7141) is an adult resident citizen of Vieques, PR.

4764.    Jose Feliciano-Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Ian Feliciano-Gonzalez (ECN 7142).

4765.    David Castro-Lee (ECN 7143) is an adult resident citizen of Vieques, PR.

4766.    Maribel Vazquez-Hernandez (ECN 7144) is an adult resident citizen of Vieques, PR.

4767.    Mario Abreu-Santiago (ECN 7145) is an adult resident citizen of Vieques, PR.

4768.    Felicita Carle-Garcia (ECN 7146) is an adult resident citizen of Vieques, PR.

4769.    Ivette Santos-Figueroa (ECN 7148) is an adult resident citizen of Vieques, PR.

4770.    Ivette Santos-Figueroa, an adult resident citizen of Vieques, PR, on behalf of minor child Sara Encarnacion-Santos (ECN 7149).

4771.    Ivette Santos-Figueroa, an adult resident citizen of Vieques, PR, on behalf of minor child Kalismarie Encarnacion-Santos (ECN 7150).

4772.    Adriana Rodriguez-Cruz (ECN 7151) is an adult resident citizen of Vieques, PR.

4773.    Nephtali Camacho-Feliciano (ECN 7152) is an adult resident citizen of Vieques, PR.

4774.    Ana Martinez-Flores (ECN 7153) is an adult resident citizen of Vieques, PR.

4775.    Jeremy Rodriguez-Camacho (ECN 7154) is an adult resident citizen of Vieques, PR.

4776.    German Santiago-Velazquez (ECN 7155) is an adult resident citizen of Vieques, PR.

4777.    Aurio Ayala-Rivera (ECN 7156) is an adult resident citizen of Vieques, PR.

4778.    Antonio Velez-Gavino (ECN 7157) is an adult resident citizen of Vieques, PR.

4779.    Amparo Osorio-Perez (ECN 7158) is an adult resident citizen of Vieques, PR.

4780.    Nancy Ortiz-Reyes (ECN 7159) is an adult resident citizen of Vieques, PR.

4781.    Maria Santiago-Martinez (ECN 7160) is an adult resident citizen of Vieques, PR.

4782.    Maria Cruz-Roman (ECN 7161) is an adult resident citizen of Vieques, PR.

4783.     Lydia Diaz-Nieves (ECN 7162) is an adult resident citizen of Vieques, PR.

4784.     Hector Lopez-Slanda (ECN 7163) is an adult resident citizen of Vieques, PR.

4785.     Herma Cruz-Centeno, an adult resident citizen of Vieques, PR as tutor on behalf
of Herminia Friedman (ECN 7164).

4786.     Herma Cruz-Centeno (ECN 7165) is an adult resident citizen of Vieques, PR.

4787.     Ricardo Ortiz-Cruz (ECN 7166) is an adult resident citizen of Vieques, PR.

4788.     Ruth Cecilio-de Leon (ECN 7167) is an adult resident citizen of Vieques, PR.

4789.     Eugenia Navarro-Cruz (ECN 7168) is an adult resident citizen of Vieques, PR.

4790.     Eulogio Perez-Irizarry (ECN 7169) is an adult resident citizen of Vieques, PR.

4791.     Angelina Torres-Sanes (ECN 7170) is an adult resident citizen of Vieques, PR.

4792.     Diomedes Ortiz-Navarro (ECN 7171) is an adult resident citizen of Vieques, PR.

4793.     Jose Santo-Rosado (ECN 7172) is an adult resident citizen of Vieques, PR.

4794.     Isabelo Osorio-Ramos (ECN 7174) is an adult resident citizen of Vieques, PR.

4795.     Enrique Fontanez-Carrion (ECN 7175) is an adult resident citizen of Vieques, PR.

4796.     Flor Fuentes-Molina (ECN 7176) is an adult resident citizen of Vieques, PR.

4797.     Maria Alvarez-Lopez (ECN 7177) is an adult resident citizen of Vieques, PR.

4798.     Yerika Ventra-Sanes, an adult resident citizen of Vieques, PR on behalf of minor
child Hector Perez-Ventura (ECN 7178).

4799.     Leslie Acosta-Santos, an adult resident citizen of Vieques, PR, on behalf of minor
child Cristian Acosta (ECN 7179).

4800.     Modesto Perez-Diaz (ECN 7180) is an adult resident citizen of Vieques, PR.

4801.     Ana Felix-Cruz (ECN 7181) is an adult resident citizen of Vieques, PR.

4802.     Wilfredo Cruz-Ayala (ECN 7183) is an adult resident citizen of Vieques, PR.

4803.    Iris Carrasquillo-Vegerano (ECN 7298) is an adult resident citizen of Lindsay, CA.

4804.    Abraham Martinez-Ventura (ECN 7304) is an adult resident citizen of Vieques, PR.

4805.    Natanael Rivera-Anduce (ECN 7305) is an adult resident citizen of Vieques, PR.

4806.    Juan Cecilio-de Leon (ECN 7306) is an adult resident citizen of Vieques, PR.

4807.    Ernesto Salgado-Sanes (ECN 7307) is an adult resident citizen of Vieques, PR.

4808.    Petra Torres-Leon (ECN 7308) is an adult resident citizen of Vieques, PR.

4809.    Maria Del Vando-Iminge (ECN 7309) is an adult resident citizen of Vieques, PR.

4810.    Rafaelina Quinonez-Concepcion (ECN 7310) is an adult resident citizen of Vieques, PR.

4811.    Indalecio Tirado-Rosa (ECN 7311) is an adult resident citizen of Vieques, PR.

4812.    Elsa Tirado-Quinonez (ECN 7312) is an adult resident citizen of Vieques, PR.

4813.    Nauri Rivera-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Raddy Tapia-Rivera (ECN 7314).

4814.    Elizabeth Carrion-Perez (ECN 7316) is an adult resident citizen of Vieques, PR.

4815.    Maria Perez-Cruz (ECN 7317) is an adult resident citizen of Vieques, PR.

4816.    Antonia Garcia-Ortiz (ECN 7318) is an adult resident citizen of Vieques, PR.

4817.    Loida Torres-Delgado (ECN 7319) is an adult resident citizen of Vieques, PR.

4818.    Sandra Melendez-Rosario, an adult resident citizen of Vieques, PR, on behalf of minor child Charis Melendez-Melendez (ECN 7320).

4819.    Sandra Melendez-Rosario (ECN 7321) is an adult resident citizen of Vieques, PR.

4820.    Jose Parrilla-Herrera (ECN 7322) is an adult resident citizen of Lancaster, PA.

4821.    Iliana Santiago-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Garcia-Santiago (ECN 7323).

4822.    Luz Mercado-Acencio, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Medina-Mercado (ECN 7324).

4823.    Carmen Benjamin-Maldonado (ECN 7325) is an adult resident citizen of Vieques, PR.

4824.    Petra Romero-Torrens (ECN 7326) is an adult resident citizen of Vieques, PR.

4825.    Humberto Olivencia-Pimentel (ECN 7327) is an adult resident citizen of Vieques, PR.

4826.    Oswaldo Abreu-Rivera (ECN 7328) is an adult resident citizen of Vieques, PR.

4827.    Damarys Ortiz-Negron (ECN 7329) is an adult resident citizen of Vieques, PR.

4828.    Odalys Tapia-Soto (ECN 7330) is an adult resident citizen of Vieques, PR.

4829.    Carmen Alvira-Arzon, an adult resident citizen of Vieques, PR, on behalf of minor child Sandra Gomez-Alvira (ECN 7362).

4830.    Julio Ilarraza-Rodriguez (ECN 7372) is an adult resident citizen of Vieques, PR.

4831.    Olga Marin-Pimentel (ECN 7376) is an adult resident citizen of Vieques, PR.

4832.    Ruth Garcia-Gonzalez (ECN 7387) is an adult resident citizen of Vieques, PR.

4833.    Elias Rivera-Maldonado (ECN 7390) is an adult resident citizen of Fajardo, PR.

4834.    Isolina Martinez-Cruz (ECN 7416) is an adult resident citizen of Vieques, PR.

4835.    Carmen Rivera-Pagan (ECN 7424) is an adult resident citizen of Vieques, PR.

4836.    Angel Ruiz-Perez (ECN 7434) is an adult resident citizen of Vieques, PR.

4837.    Maria Ayala-Osorio (ECN 7582) is an adult resident citizen of Vieques, PR.

4838.   Dolores Camacho-Gonzalez (ECN 7940) is an adult resident citizen of Vieques, PR.

4839.   Cesar Santiago-Tolentino (ECN 7962) is an adult resident citizen of Vieques, PR.

4840.   Jesus Nieves-Soto, Jr. (ECN 7982) is an adult resident citizen of Vieques, PR.

4841.   Hector Bonano-Belardo (ECN 8009) is an adult resident citizen of Carolina, PR.

4842.   Roberto Garcia-Parrilla (ECN 8025) is an adult resident citizen of Vieques, PR.

4843.   Candida Soto-Sanes (ECN 8036) is an adult resident citizen of Vieques, PR.

4844.   Luisa Colon-Ponce (ECN 8072) is an adult resident citizen of St. Croix, VI.

4845.   Guillermina Santiago-Encarnacion (ECN 8152) is an adult resident citizen of Brooklyn,     NY.

4846.   Eneida Melendez-Collazo (ECN 8155) is an adult resident citizen of Miramar, FL.

4847.   Silveria Arroyo-Velazquez (ECN 8165) is an adult resident citizen of New York, NY.

4848.   Gladys Rivera-Rivera (ECN 8172) is an adult resident citizen of Vieques, PR.

4849.   Julia Torres-Rivera (ECN 8214) is an adult resident citizen of St. Croix, VI.

4850.   Juana Acosta-Mercado (ECN 8228) is an adult resident citizen of St. Croix, VI.

4851.   Maria Melendez-Quinonez (ECN 8254) is an adult resident citizen of St. Croix, VI.

4852.   Antonia Serrano-Robles (ECN 8287) is an adult resident citizen of Vieques, PR.

4853.   Ruben Paris-Tapia (ECN 8289) is an adult resident citizen of Vieques, PR.

4854.   Elias Torres-Osorio (ECN 8342) is an adult resident citizen of St. Croix, VI.

4855.   Gregoria Colon-Camacho (ECN 8344) is an adult resident citizen of St. Croix, VI.

4856.    Jose Carrion-Rosa (ECN 8349) is an adult resident citizen of St. Croix, VI.

4857.    Ana Saez-Alonzo (ECN 8356) is an adult resident citizen of St. Croix, VI.

4858.    Maria Acosta-Cepeda (ECN 8357) is an adult resident citizen of St. Croix, VI.

4859.    Carlos Colon-Marrero (ECN 8367) is an adult resident citizen of Fajardo, PR.

4860.    Anibal Rodriguez-Garcia (ECN 8370) is an adult resident citizen of Vieques, PR.

4861.    Felix Anduce-Hodge (ECN 8378) is an adult resident citizen of Vieques, PR.

4862.    Noemi Ventura-Ortiz (ECN 8380) is an adult resident citizen of Vieques, PR.

4863.    Lumin Feliciano-Castillo (ECN 8385) is an adult resident citizen of St. Croix, VI.

4864.    Cynthia MacKinnon-Oliver (ECN 8408) is an adult resident citizen of Vieques, PR.

4865.    Rolando Garcia-Silvestre (ECN 8413) is an adult resident citizen of Vieques, PR.

4866.    Ferdinand Almodovar-Pacheco (ECN 8414) is an adult resident citizen of Vieques, PR.

4867.    Michael Perry-Rice (ECN 8415) is an adult resident citizen of Vieques, PR.

4868.    Danuta Schwarzwald (ECN 8416) is an adult resident citizen of Vieques, PR.

4869.    Edwin Martinez-Roldan (ECN 8417) is an adult resident citizen of Vieques, PR.

4870.    Rosalia Rivera-Renta (ECN 8427) is an adult resident citizen of Brooklyn, NY.

4871.    Armando Ventura-Melendez (ECN 8432) is an adult resident citizen of Vieques, PR.

4872.    Samuel Garcia-Ventura (ECN 8433) is an adult resident citizen of Vieques, PR.

4873.    Luz Parrilla-Ortiz (ECN 8434) is an adult resident citizen of St. Croix, VI.

4874.    Barbara Baker (ECN 8466) is an adult resident citizen of Vieques, PR.

4875.    Irmo Rivera-Lugo (ECN 8467) is an adult resident citizen of Vieques, PR.

4876.    Ricardo Pena-Acevedo (ECN 8468) is an adult resident citizen of Vieques, PR.

4877.    Fermin Rivera-Torres (ECN 8470) is an adult resident citizen of Vieques, PR.

4878.    Aida Peralta-Martinez (ECN 8471) is an adult resident citizen of Vieques, PR.

4879.    Jose Fuentes-Cruz (ECN 8474) is an adult resident citizen of Vieques, PR.

4880.    Eugenio Felix-Melendez (ECN 8476) is an adult resident citizen of Vieques, PR.

4881.    Carlos Plumey-Navarro (ECN 8477) is an adult resident citizen of Vieques, PR.

4882.    Jose Ordonez-Araque (ECN 8478) is an adult resident citizen of Vieques, PR.

4883.    Juana Santiago-Diaz (ECN 8479) is an adult resident citizen of Vieques, PR.

4884.    Burr Vail-Dublow (ECN 8480) is an adult resident citizen of Vieques, PR.

4885.    Caridad Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Whesley Rivera-Maldonado (ECN 8481).

4886.    Socorro Lopez-Osorio (ECN 8503) is an adult resident citizen of Fajardo, PR.

4887.    Caridad Rivera-Maldonado (ECN 8523) is an adult resident citizen of Vieques, PR.

4888.    Agapito Rodriguez-Rivera (ECN 8525) is an adult resident citizen of Ceiba, PR.

4889.    Fernando Quinones-Cruz (ECN 8529) is an adult resident citizen of Humacao, PR.

4890.    Raymond Melendez-Roman (ECN 8534) is an adult resident citizen of Rio Grande, PR.

4891.    Luz Camacho-Avila (ECN 8556) is an adult resident citizen of St. Croix, VI.

4892.    Norma Tirado-Camacho (ECN 8559) is an adult resident citizen of Vieques, PR.

4893.    Jose McLat-Quinonez (ECN 8561) is an adult resident citizen of Vieques, PR.

4894.    Jaime Lopez-Roger (ECN 8574) is an adult resident citizen of Fajardo, PR.

4895.    Gladys Garcia-Guerra (ECN 8604) is an adult resident citizen of Brooklyn, NY.

4896.    Isidra Saez-Rosario, an adult resident citizen of Vieques, PR, on behalf of minor child Dayana Cotto-Saez (ECN 8612).

4897.    Katherine Orona-Saez (ECN 8613) is an adult resident citizen of Vieques, PR.

4898.    Wilma Maldonado-Gorgas, an adult resident citizen of Vieques, PR, on behalf of minor child Thais Guadalupe-Maldonado (ECN 8617).

4899.    Wilma Maldonado-Gorgas, an adult resident citizen of Vieques, PR, on behalf of minor child Ilandra Guadalupe-Maldonado (ECN 8618).

4900.    Elba Maldonado-Rivera (ECN 0355) is an adult resident citizen of Vieques, PR.

4901.    Ismael Rivera-Ayala (ECN 0441) is an adult resident citizen of Vieques, PR.

4902.    Armando Felix-Ramos (ECN 0449) is an adult resident citizen of Vieques, PR.

4903.    Hector Corcino-Carmona (ECN 0451) is an adult resident citizen of Vieques, PR.

4904.    Melvin Santiago (ECN 0452) is an adult resident citizen of Vieques, PR.

4905.    Felicita Carmona-Encarnacion (ECN 0454) is an adult resident citizen of Vieques, PR.

4906.    Victor Meledez-Ortiz (ECN 0455) is an adult resident citizen of Vieques, PR.

4907.    Inia Cruz-Hernandez (ECN 0456) is an adult resident citizen of Vieques, PR.

4908.    Jorge Rosa-Pera (ECN 0463) is an adult resident citizen of Vieques, PR.

4909.    Sonia Rosa-Cruz (ECN 0464) is an adult resident citizen of Vieques, PR.

4910.    Glenda Santana-Carrasquillo (ECN 0473) is an adult resident citizen of Vieques, PR.

4911.    Jaime Carrion-Carmona (ECN 0502) is an adult resident citizen of Vieques, PR.

4912.    Dolores Cruz-Centeno (ECN 0508) is an adult resident citizen of Vieques, PR.

4913.    Georgina Cruz-Rivera (ECN 0511) is an adult resident citizen of Vieques, PR.

4914.    Pedro Garcia-Rodriguez (ECN 0530) is an adult resident citizen of Vieques, PR.

4915.    Feliciano Garcia-Rodriguez (ECN 0533) is an adult resident citizen of Vieques, PR.

4916.    Morayma Cruz-Diaz (ECN 0553) is an adult resident citizen of Vieques, PR.

4917.    Andres Acosta-Cepeda (ECN 0561) is an adult resident citizen of Vieques, PR.

4918.    Alfredo Lopez-Bermudez (ECN 0562) is an adult resident citizen of Vieques, PR.

4919.    Roberto Lopez-Bermudez (ECN 0563) is an adult resident citizen of Vieques, PR.

4920.    Eric Box-Hardin (ECN 0565) is an adult resident citizen of Vieques, PR.

4921.    Nilsa Acevedo-Torres (ECN 0576) is an adult resident citizen of Vieques, PR.

4922.    Carlos Encarnacion-Rents (ECN 0586) is an adult resident citizen of Vieques, PR.

4923.    Marcos Rivera-Acevedo (ECN 0593) is an adult resident citizen of Vieques, PR.

4924.    Hector Bermudez-Roman (ECN 0598) is an adult resident citizen of Vieques, PR.

4925.    Esteban Ortiz-Torres (ECN 0600) is an adult resident citizen of Vieques, PR.

4926.    William Felix-Felix (ECN 0610) is an adult resident citizen of Vieques, PR.

4927.    Lujina Felix-Ortiz (ECN 0612) is an adult resident citizen of Vieques, PR.

4928.    Nilda Rivera-Roja (ECN 0615) is an adult resident citizen of Vieques, PR.

4929.    Esther Ramirez-Carrion (ECN 0616) is an adult resident citizen of Vieques, PR.

4930.    Deudedis Ayala-Abreu (ECN 0623) is an adult resident citizen of Vieques, PR.

4931.    Nazario Velazquez-Santiago (ECN 0626) is an adult resident citizen of Vieques, PR.

4932.    Ramona Quinones-Nieves, an adult resident citizen of Vieques, PR, on behalf of minor child Jaime Feliciana-Quinones (ECN 0631).

4933.     Vilma Franco-Cruz (ECN 0637) is an adult resident citizen of Vieques, PR.

4934.     Jonathan Camacho-Diaz (ECN 0639) is an adult resident citizen of Vieques, PR.

4935.     Alexander Muniz-Quinonez (ECN 0640) is an adult resident citizen of Vieques, PR.

4936.     Ramona Quinones-Nieves, an adult resident citizen of Vieques, PR, on behalf of minor child Shaquille Feliciano-Quinones (ECN 0642).

4937.     Roxana Flores-Adams, an adult resident citizen of Vieques, PR, on behalf of minor child Raymond Velez-Flores (ECN 0644).

4938.     Angel Ventura-Melendez (ECN 0647) is an adult resident citizen of Vieques, PR.

4939.     Felix Ayala-Velazquez (ECN 0672) is an adult resident citizen of Vieques, PR.

4940.     Aixza Bermudez-Ortiz (ECN 0689) is an adult resident citizen of Vieques, PR.

4941.     Ricky Coss-Carmona (ECN 0698) is an adult resident citizen of Vieques, PR.

4942.     Alfonso Garcia-Acevedo (ECN 0701) is an adult resident citizen of Vieques, PR.

4943.     Alicia Ortiz-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Pablo Santiago-Ortiz (ECN 0709).

4944.     Cynthia Flores-Ortiz (ECN 0710) is an adult resident citizen of Vieques, PR.

4945.     Edgardo Rosa-Corcino (ECN 0711) is an adult resident citizen of Vieques, PR.

4946.     Trinidad Rivera-Corsino (ECN 0714) is an adult resident citizen of Vieques, PR.

4947.     Alexa Vasquez-Maldonado (ECN 0718) is an adult resident citizen of Vieques, PR.

4948.     Alicia Rentas-Belando (ECN 0719) is an adult resident citizen of Vieques, PR.

4949.     Alexa Vazquez-Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Alexa Camacho-Vazquez (ECN 0721).

4950.    Alexa Vazquez-Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Camacho-Vazquez (ECN 0722).

4951.    Maria Ayala-Melendez (ECN 0724) is an adult resident citizen of Vieques, PR.

4952.    Cesar Sanes-Rosario (ECN 0726) is an adult resident citizen of Vieques, PR.

4953.    Eulogia Guzman-Ayala (ECN 0729) is an adult resident citizen of Vieques, PR.

4954.    Edgar Acevedo-Martinez (ECN 0730) is an adult resident citizen of Vieques, PR.

4955.    Nereida Suarez-Asencio (ECN 0731) is an adult resident citizen of Vieques, PR.

4956.    Georgina Porfil-Suarez (ECN 0732) is an adult resident citizen of Vieques, PR.

4957.    Nereida Suarez-Ascencio, an adult resident citizen of Vieques, PR, on behalf of minor child Jessica Porfil-Suarez (ECN 0733).

4958.    Miguel Porfil-Suarez (ECN 0734) is an adult resident citizen of Vieques, PR.

4959.    Lourdes Serrano-Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Victor Torres-Serrano (ECN 0737).

4960.    Hector Ayala-Melendez (ECN 0741) is an adult resident citizen of Vieques, PR.

4961.    Saicha Torres-Serrano (ECN 0744) is an adult resident citizen of Vieques, PR.

4962.    Lourdes Quinonez-Maldonado (ECN 0745) is an adult resident citizen of Vieques, PR.

4963.    Angel Alvarez-Serrano (ECN 0746) is an adult resident citizen of Vieques, PR.

4964.    Alicia Ortiz-Torrez, an adult resident citizen of Vieques, PR, on behalf of minor child Aida Santiago-Ortiz (ECN 0749).

4965.    Noemi Nieves-Romero (ECN 0752) is an adult resident citizen of Vieques, PR.

4966.    Luis Cintron-Nogueras (ECN 0753) is an adult resident citizen of Vieques, PR.

4967.    Manuel Cuenca-Parrilla (ECN 0754) is an adult resident citizen of Vieques, PR.

4968.    Maximina Roldan-De Jesus (ECN 0757) is an adult resident citizen of Vieques, PR.

4969.    Gumercindo Ponce-Rosa (ECN 0759) is an adult resident citizen of Vieques, PR.

4970.    Manuel Cruz-Belardo (ECN 0766) is an adult resident citizen of Vieques, PR.

4971.    Jesus Ventura-Ortiz (ECN 0767) is an adult resident citizen of Vieques, PR.

4972.    Aracelis Gevena-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Maria Jimenez-Gevena (ECN 0769).

4973.    Aracelis Gevena-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Brenda Concepcion-Gevena (ECN 0770).

4974.    Suhey Landro-Medina (ECN 0775) is an adult resident citizen of Vieques, PR.

4975.    Nydia Medina-Diaz (ECN 0777) is an adult resident citizen of Vieques, PR.

4976.    Jose Sampayo-Garcia (ECN 0778) is an adult resident citizen of Vieques, PR.

4977.    Eddie Acevedo-Torres (ECN 0779) is an adult resident citizen of Vieques, PR.

4978.    Sonia Perez-Castro, an adult resident citizen of Vieques, PR, on behalf of minor child Edson Ruiz-Perez (ECN 0781).

4979.    Nelida Cruz-Feliciano (ECN 0790) is an adult resident citizen of Vieques, PR.

4980.    David Molina-Encarnacion (ECN 0792) is an adult resident citizen of Vieques, PR.

4981.    Carmen Molina-Ortiz (ECN 0796) is an adult resident citizen of Vieques, PR.

4982.    Suleimi Solis-Perez (ECN 0803) is an adult resident citizen of Vieques, PR.

4983.    Jose Corcino-Acevedo (ECN 0818) is an adult resident citizen of Vieques, PR.

4984.    Lina Silva-Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Oscar Orama-Silva (ECN 0822).

4985.    Daniel Rivera-Camacho (ECN 0827) is an adult resident citizen of Vieques, PR.

4986.    Jose Peralta-Martinez (ECN 0828) is an adult resident citizen of Vieques, PR.

4987.    Modesta Santos-Maldonado (ECN 0832) is an adult resident citizen of Vieques, PR.

4988.    Rafael Corcino-Ortiz (ECN 0844) is an adult resident citizen of Vieques, PR.

4989.    Cheila Santiago-Roldan, an adult resident citizen of Vieques, PR, on behalf of minor child Alex Rivera-Santiago (ECN 0846).

4990.    Cheila Santiago-Roldan, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Rivera-Santiago (ECN 0847).

4991.    Cheila Santiago-Roldan, an adult resident citizen of Vieques, PR, on behalf of minor child Emanuel Rivera-Santiago (ECN 0848).

4992.    Cheila Santiago-Roldan (ECN 0850) is an adult resident citizen of Vieques, PR.

4993.    Cheila Santiago-Roldan, an adult resident citizen of Vieques, PR, on behalf of minor child Edgar Rivera-Santiago (ECN 0851).

4994.    Maritza Salgado-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Xadiev Belardo-Salgado (ECN 0854).

4995.    Erika Montanez-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Zorymar Rivera-Montanez (ECN 0861).

4996.    Jacob Bonano-Melende (ECN 0867) is an adult resident citizen of Vieques, PR.

4997.    Carmen Gorgas-Santos (ECN 0874) is an adult resident citizen of Vieques, PR.

4998.    Angel De Leon-Colon (ECN 0887) is an adult resident citizen of Vieques, PR.

4999.    Elias Maldonado-Roldan (ECN 0889) is an adult resident citizen of Vieques, PR.

5000.    Pedro Sanchez-Torres (ECN 0893) is an adult resident citizen of Vieques, PR.

5001.    Apolinaria Soto-Cruz (ECN 0894) is an adult resident citizen of Vieques, PR.

5002.    Joseph Vargas-Garcia (ECN 0898) is an adult resident citizen of Vieques, PR.

5003.    Olga Garcia-Rosario, an adult resident citizen of Vieques, PR, on behalf of minor child Sarah Garcia-Oliver (ECN 0900).

5004.    Angel Maldonado-Ayala (ECN 0901) is an adult resident citizen of Vieques, PR.

5005.    Gloria Escobar-de Aloyo (ECN 0902) is an adult resident citizen of Vieques, PR.

5006.    Belen Rosario-Rivera (ECN 0906) is an adult resident citizen of Vieques, PR.

5007.    Miguel Ayala-Perez (ECN 0910) is an adult resident citizen of Vieques, PR.

5008.    Sabel Vargas-Garcia (ECN 0911) is an adult resident citizen of Vieques, PR.

5009.    Marilyn Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Kristina Sanchez-Sanes (ECN 0915).

5010.    Marilyn Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child David Fernandez-Sanes (ECN 0917).

5011.    Juan Velez-Cruz (ECN 0918) is an adult resident citizen of Vieques, PR.

5012.    Aida Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Velez-Sanes (ECN 0919).

5013.    Yorelis Santos-Barbosa, an adult resident citizen of Vieques, PR, on behalf of minor child Zuleima Acevedo-Barbosa (ECN 0925).

5014.    Brenda Sanes-Boulogne (ECN 0927) is an adult resident citizen of Vieques, PR.

5015.    Brenda Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Luz Robles-Sanes (ECN 0928).

5016.    Marilyn Sanes-Boulogne (ECN 0929) is an adult resident citizen of Vieques, PR.

5017.    Marilyn Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Natasha Yaris-Sanes (ECN 0930).

5018.    Miguel Osorio-Serrano (ECN 0932) is an adult resident citizen of Vieques, PR.

5019.    Zulma Carrasquillo-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Nashaly Carrasquillo (ECN 0933).

5020.    Zulma Carrasquillo-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Kevin Brignoni-Carrasquillo (ECN 0934).

5021.    Katiria Cotto-Garcia (ECN 0939) is an adult resident citizen of Vieques, PR.

5022.    Lucia Carambot-Romero (ECN 0942) is an adult resident citizen of Vieques, PR.

5023.    Hector Cepeda-Perez (ECN 0951) is an adult resident citizen of Vieques, PR.

5024.    Maria Garcia-Ledesma (ECN 0952) is an adult resident citizen of Vieques, PR.

5025.    Aida Sanes-Boulogne (ECN 0956) is an adult resident citizen of Vieques, PR.

5026.    Marilyn Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Jessica Fernandez-Sanes (ECN 0959).

5027.    Marilyn Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Gisselle Sanes-Fernandez (ECN 0960).

5028.    Blanca Gonzalez-Miranda (ECN 0963) is an adult resident citizen of Vieques, PR.

5029.    Raymond Hill-Gutierrez (ECN 0964) is an adult resident citizen of Vieques, PR.

5030.    Rolando Lopez-Osorio (ECN 0967) is an adult resident citizen of Vieques, PR.

5031.    John Hill-Gutierrez (ECN 0969) is an adult resident citizen of Vieques, PR.

5032.    Reyna Hernandez-Honore (ECN 0970) is an adult resident citizen of Vieques, PR.

5033.    Reyna Hernandez-Honore', an adult resident citizen of Vieques, PR, on behalf of minor child Adiel Martinez-Hernandez (ECN 0972).

5034.     Maria Torres-Cruz (ECN 0975) is an adult resident citizen of Vieques, PR.

5035.     Andrea Torres-Fuentes (ECN 0982) is an adult resident citizen of Vieques, PR.

5036.     Jose Martinez-Ventura (ECN 0983) is an adult resident citizen of Vieques, PR.

5037.     Domingo Peterson-Castro (ECN 0989) is an adult resident citizen of Vieques, PR.

5038.     Taina Felix-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor

child Tainalie Ortiz-Felix (ECN 0992).

5039.     Magalis Santana-Medina (ECN 0995) is an adult resident citizen of Vieques, PR.

5040.     Miguel Quintana-Ruiz (ECN 1000) is an adult resident citizen of Vieques, PR.

5041.     Dennis Flores-Osorio (ECN 1003) is an adult resident citizen of Vieques, PR.

5042.     Nelson Martinez-De Jesus (ECN 1004) is an adult resident citizen of Vieques, PR.

5043.     Salvador Martinez-Ventura (ECN 1006) is an adult resident citizen of Vieques,

PR.

5044.     Elia Martinez-Corcino (ECN 1007) is an adult resident citizen of Vieques, PR.

5045.     Reyna Hernandez-Honore', an adult resident citizen of Vieques, PR, on behalf of

minor child Yerania Hernandez-Martinez (ECN 1011).

5046.     Alexis Quintana-Ruiz (ECN 1020) is an adult resident citizen of Vieques, PR.

5047.     Jesus Quintana-Ruiz (ECN 1021) is an adult resident citizen of Vieques, PR.

5048.     Teresa Ayala-Sanes (ECN 1023) is an adult resident citizen of Vieques, PR.

5049.     Arsenia Centeno-Cruz (ECN 1025) is an adult resident citizen of Vieques, PR.

5050.     Barna Medina-Medina (ECN 1026) is an adult resident citizen of Vieques, PR.

5051.     Jose Rosa-Guadalupe (ECN 1035) is an adult resident citizen of Vieques, PR.

5052.     Juan Rodriguez-Santana (ECN 1038) is an adult resident citizen of Vieques, PR.

5053.     Milan Camacho-de Jesus, an adult resident citizen of Vieques, PR, on behalf of minor child Michelle Velez-Camacho (ECN 1041).

5054.     Rogelio Romero-Bermudez (ECN 1052) is an adult resident citizen of Vieques, PR.

5055.     Pricila Maldonado-Santiago (ECN 1061) is an adult resident citizen of Vieques, PR.

5056.     Priscila Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Amaury Delerme-Maldonado (ECN 1064).

5057.     Priscila Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Giovanni Delerme-Maldonado (ECN 1065).

5058.     Rafael Acevedo-Garcia (ECN 1066) is an adult resident citizen of Vieques, PR.

5059.     Luz Silva-Carle (ECN 1069) is an adult resident citizen of Vieques, PR.

5060.     Alfonzo Serrano-Lopez (ECN 1083) is an adult resident citizen of Vieques, PR.

5061.     Yahaira Rios-Rodriguez (ECN 1085) is an adult resident citizen of Vieques, PR.

5062.     Yadira Rios-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Kisha Rivera-Rios (ECN 1088).

5063.     Ana Escobar-John (ECN 1091) is an adult resident citizen of Vieques, PR.

5064.     Carmen Morales-Nieves (ECN 1094) is an adult resident citizen of Vieques, PR.

5065.     Eduardo Rivera-Navarro (ECN 1097) is an adult resident citizen of Vieques, PR.

5066.     Monserrate Madera-Garcia (ECN 1106) is an adult resident citizen of Vieques, PR.

5067.     Nora Morales-Rosa (ECN 1114) is an adult resident citizen of Vieques, PR.

5068.    Jellyca Gerena, an adult resident citizen of Vieques, PR, on behalf of minor child Maria Osorio-Gevena (ECN 1120).

5069.    Gladys Melendez-Acevedo (ECN 1128) is an adult resident citizen of Vieques, PR.

5070.    Juan Reyes-Rosario (ECN 1129) is an adult resident citizen of Vieques, PR.

5071.    Monserate Madera-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Jorge Ventura-Madera (ECN 1131).

5072.    Alexander Medina-Carmona (ECN 1133) is an adult resident citizen of Vieques, PR.

5073.    Carmen Carmona-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Marvin Velez-Carmona (ECN 1135).

5074.    Carmen Carmona-Cruz (ECN 1137) is an adult resident citizen of Vieques, PR.

5075.    Hilda Rivera-Navarro (ECN 1138) is an adult resident citizen of Vieques, PR.

5076.    Maribel Perez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Yarielis Torres-Perez (ECN 1142).

5077.    Maribel Perez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Eliezer Torres-Perez (ECN 1143).

5078.    Carmelo Carmona-Rosario (ECN 1144) is an adult resident citizen of Vieques, PR.

5079.    Elena Torres-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Grace Torres-Martinez (ECN 1149).

5080.    Elena Torres-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Noel Miranda-Torres (ECN 1150).

5081.    Elena Torres-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Felicita Miranda-Torres (ECN 1151).

5082.    Elena Torres-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Miranda-Torres (ECN 1152).

5083.    Elena Torres-Martinez (ECN 1154) is an adult resident citizen of Vieques, PR.

5084.    Ana Boulogne-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Sabrina Boulogne-Martinez (ECN 1158).

5085.    Ana Boulogne-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Adelaida Boulogne-Martinez (ECN 1159).

5086.    Cynthia Carrasquillo-Santos (ECN 1161) is an adult resident citizen of Vieques, PR.

5087.    Cynthia Carrasquillo-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Rivera-Carrasquillo (ECN 1162).

5088.    Cynthia Carrasquillo-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Zuheiry Carrasquillo-Rivera (ECN 1163).

5089.    Cynthia Carrasquillo-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Jariel Rivera-Carrasquillo (ECN 1164).

5090.    Luz Colon-Velez (ECN 1168) is an adult resident citizen of Vieques, PR.

5091.    Raquel Torres-Soto (ECN 1169) is an adult resident citizen of Vieques, PR.

5092.    Juan Castro-Torres (ECN 1170) is an adult resident citizen of Vieques, PR.

5093.    Raquel Torres-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Soto-Torres (ECN 1172).

5094.    Jesus Ramos-Diaz (ECN 1174) is an adult resident citizen of Vieques, PR.

5095.     Luz Soto-Garcia (ECN 1175) is an adult resident citizen of Vieques, PR.

5096.     Luz Soto-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Ashley Dianne-Soto (ECN 1176).

5097.     Luz Soto-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Edward Ramos-Soto (ECN 1177).

5098.     Luz Soto-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Jesus Ramos-Soto (ECN 1178).

5099.     Luz Soto-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Pedro Ramos-Soto (ECN 1179).

5100.     Aleida Encarnacion-Rivera (ECN 1182) is an adult resident citizen of Vieques, PR.

5101.     Aulino Rosa-Brache (ECN 1183) is an adult resident citizen of Vieques, PR.

5102.     Petra Encarnacion-Rivera (ECN 1185) is an adult resident citizen of Vieques, PR.

5103.     Nydia Roldan-Tapia, an adult resident citizen of Vieques, PR, on behalf of minor child Kenneth Quinones-Roldan (ECN 1188).

5104.     Juan Cruz-Aloyo (ECN 1191) is an adult resident citizen of Vieques, PR.

5105.     Luz Roldan-Roman (ECN 1192) is an adult resident citizen of Vieques, PR.

5106.     Maria Carmona-Torres (ECN 1196) is an adult resident citizen of Vieques, PR.

5107.     Luis Ayala-Carmona (ECN 1203) is an adult resident citizen of Vieques, PR.

5108.     Victor Molina-Nales (ECN 1207) is an adult resident citizen of Vieques, PR.

5109.     Hugo Quiles-Martinez (ECN 1209) is an adult resident citizen of Vieques, PR.

5110.     Edna Vega-Garcia (ECN 1211) is an adult resident citizen of Vieques, PR.

5111.     Soraya Santos-Ayala (ECN 1212) is an adult resident citizen of Vieques, PR.

5112.    Richard Quinones (ECN 1214) is an adult resident citizen of Vieques, PR.

5113.    Nydia Roldan-Tapia, an adult resident citizen of Vieques, PR, on behalf of minor child Richard Quinones-Roldan, Jr. (ECN 1215).

5114.    Anibal Diaz-Rivera (ECN 1222) is an adult resident citizen of Vieques, PR.

5115.    Aida Ruiz-Serrano (ECN 1223) is an adult resident citizen of Vieques, PR.

5116.    Olga Acosta-Carrasquillo (ECN 1225) is an adult resident citizen of Vieques, PR.

5117.    Wilfredo Gonzalez-Melendez (ECN 1227) is an adult resident citizen of Vieques, PR.

5118.    Roman Rentas-Ramos (ECN 1230) is an adult resident citizen of Vieques, PR.

5119.    Roman Rentas-Davis (ECN 1231) is an adult resident citizen of Vieques, PR.

5120.    Yashira Rentas-Davis (ECN 1232) is an adult resident citizen of Vieques, PR.

5121.    Beatriz Molina-Moralez (ECN 1233) is an adult resident citizen of Vieques, PR.

5122.    Orealis Cuenca-Velez (ECN 1234) is an adult resident citizen of Vieques, PR.

5123.    Anna Velez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Agsmir Cuenca-Velez (ECN 1235).

5124.    Isel Jair Cuenca-Velez (ECN 1236) is an adult resident citizen of Vieques, PR.

5125.    Carlos Melendez-Alejandro (ECN 1237) is an adult resident citizen of Vieques, PR.

5126.    Ana Velez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Itariam Cuenca-Velez (ECN 1239).

5127.    Arioc Cuenca-Velez (ECN 1240) is an adult resident citizen of Vieques, PR.

5128.    Anna Velez-Garcia (ECN 1241) is an adult resident citizen of Vieques, PR.

5129.    Jackeline Melendez-Rivera (ECN 1246) is an adult resident citizen of Vieques, PR.

5130.    Neysa Figueroa-Tapia (ECN 1247) is an adult resident citizen of Vieques, PR.

5131.    Neysa Figueroa-Tapia, an adult resident citizen of Vieques, PR, on behalf of minor child Janeylis Cruz-Figueroa (ECN 1248).

5132.    Digna Rivera-Barbosa, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Melendez-Rivera (ECN 1249).

5133.    Diana Rivera-Barbosa, an adult resident citizen of Vieques, PR, on behalf of minor child Myrna Melendez-Rivera (ECN 1250).

5134.    Norma Rivera-Gonzales (ECN 1251) is an adult resident citizen of Vieques, PR.

5135.    Norma Rivera-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Imalai Rivera-Gonzalez (ECN 1253).

5136.    Hector Boulogne-Garcia (ECN 1265) is an adult resident citizen of Vieques, PR.

5137.    Ivelis Rodriguez-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Carrasquillo-Rodriguez (ECN 1266).

5138.    Ivelis Rodriguez-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Kimberly Carrasquillo-Rodriguez (ECN 1267).

5139.    Maria Avillan-Fanfan (ECN 1273) is an adult resident citizen of Vieques, PR.

5140.    Nilda Acevedo-Velazquez, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Romero-Rivera (ECN 1278).

5141.    Aida Gomez-Rivera (ECN 1280) is an adult resident citizen of Vieques, PR.

5142.    Lydia Cordero-Gomez (ECN 1281) is an adult resident citizen of Vieques, PR.

5143.    Jorge Belardo-Cuenca (ECN 1284) is an adult resident citizen of Vieques, PR.

5144.     Sacha Boulognes-Gonzales (ECN 1289) is an adult resident citizen of Vieques, PR.

5145.     Jenny De Jesus-Soto (ECN 1290) is an adult resident citizen of Vieques, PR.

5146.     Dennis Boulogne-De Jesus (ECN 1292) is an adult resident citizen of Vieques, PR.

5147.     Susana Brache-Castro (ECN 1296) is an adult resident citizen of Vieques, PR.

5148.     Nestor Rios-Lopez (ECN 1304) is an adult resident citizen of Vieques, PR.

5149.     Elvis Rivera-Pacheco (ECN 1305) is an adult resident citizen of Vieques, PR.

5150.     Olga Torres-Fontanez (ECN 1308) is an adult resident citizen of Vieques, PR.

5151.     Hector De Leon-Torres (ECN 1309) is an adult resident citizen of Vieques, PR.

5152.     Miriam Rodriguez-Perez (ECN 1310) is an adult resident citizen of Vieques, PR.

5153.     Wilfredo Rodriguez-Perez (ECN 1312) is an adult resident citizen of Vieques, PR.

5154.     Nery Encarnacion-Padro (ECN 1314) is an adult resident citizen of Vieques, PR.

5155.     Angel Roldan-Roman (ECN 1323) is an adult resident citizen of Vieques, PR.

5156.     Amado Bueno-Castillo (ECN 1324) is an adult resident citizen of Vieques, PR.

5157.     Jonathan Rodriguez-Coto (ECN 1326) is an adult resident citizen of Vieques, PR.

5158.     Aida Torres-Zenon (ECN 1332) is an adult resident citizen of Vieques, PR.

5159.     Carmen Mata-Burgos (ECN 1338) is an adult resident citizen of Vieques, PR.

5160.     Josue Tirado-Cruz (ECN 1342) is an adult resident citizen of Vieques, PR.

5161.     Carmen Mata-Burgos, an adult resident citizen of Vieques, PR, on behalf of minor child Janes Guerra-Mata (ECN 1344).

5162.     Ines Gonzalez-Soto (ECN 1345) is an adult resident citizen of Vieques, PR.

5163.    Troy Rodriguez-Pereira, Jr. (ECN 1350) is an adult resident citizen of Vieques, PR.

5164.    Leisha Rodriguez-Pimentel (ECN 1351) is an adult resident citizen of Vieques, PR.

5165.    Victoria Torres-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Olga Bermudez-Pereira (ECN 1357).

5166.    Luz Molina-Montes, an adult resident citizen of Vieques, PR, on behalf of minor child Taisha Ramirez-Molina (ECN 1360).

5167.    Jackeline Quinones-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Jimmy Garcia-Quinones (ECN 1362).

5168.    Jackeline Quinones-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Ashley Garcia-Quinones (ECN 1364).

5169.    Yahaira Osorio (ECN 1366) is an adult resident citizen of Vieques, PR.

5170.    Yahaira Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Maldonado-Osorio (ECN 1368).

5171.    Maria Avarado-Villfena (ECN 1370) is an adult resident citizen of Vieques, PR.

5172.    Juan Perez-Estien (ECN 1372) is an adult resident citizen of Vieques, PR.

5173.    Juana Rucci-Vazquez (ECN 1379) is an adult resident citizen of Vieques, PR.

5174.    Juana Rucci-Vazquez, an adult resident citizen of Vieques, PR, on behalf of minor child Olvin Romero-Rucci (ECN 1380).

5175.    Joel Hernandez-Cruz (ECN 1381) is an adult resident citizen of Vieques, PR.

5176.    Ketzy Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Ketsy Sanchez-Lopez (ECN 1383).

5177.     Cruz Diaz-Soto (ECN 1384) is an adult resident citizen of Vieques, PR.

5178.     Emilia hernandez-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Tanisha Rivera-Hernandez (ECN 1385).

5179.     George Santos-Oyola (ECN 1388) is an adult resident citizen of Vieques, PR.

5180.     Jorge Santos-Oyola (ECN 1389) is an adult resident citizen of Vieques, PR.

5181.     Johana Ramirez-Oyola (ECN 1390) is an adult resident citizen of Vieques, PR.

5182.     Jorge Santo-Cintron (ECN 1392) is an adult resident citizen of Vieques, PR.

5183.     Jose Rivera-Acosta (ECN 1393) is an adult resident citizen of Vieques, PR.

5184.     Emilia Hernandez-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Irashey Rivera-Hernandez (ECN 1394).

5185.     Emilia Hernandez-Carmona, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Rivera-Hernandez (ECN 1395).

5186.     Emilia Hernandez-Carmona (ECN 1396) is an adult resident citizen of Vieques, PR.

5187.     Carolina Cruz-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Tanyai Garcia-Cruz (ECN 1397).

5188.     Carolina Cruz-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Taishany Mercado-Cruz (ECN 1398).

5189.     Carolina Cruz-Osorio (ECN 1399) is an adult resident citizen of Vieques, PR.

5190.     Ketsy Lopez-Osorio (ECN 1401) is an adult resident citizen of Vieques, PR.

5191.     Ketsy Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Sanchez-Lopez (ECN 1402).

5192.     Cynthia Melendez-Osorio (ECN 1403) is an adult resident citizen of Vieques, PR.

5193.    Rafael Bermudez-Ramos (ECN 1404) is an adult resident citizen of Vieques, PR.

5194.    Luis Hernandez-Cruz (ECN 1405) is an adult resident citizen of Vieques, PR.

5195.    Luz Molina-Monte, an adult resident citizen of Vieques, PR, on behalf of minor child Gisell Ramirez-Molina (ECN 1408).

5196.    Juana Russi-Vazques, an adult resident citizen of Vieques, PR, on behalf of minor child Maria Romero-Rucci (ECN 1410).

5197.    Lydia Miranda-Carmona (ECN 1411) is an adult resident citizen of Vieques, PR.

5198.    Jorge Cruz-Rodriguez (ECN 1416) is an adult resident citizen of Vieques, PR.

5199.    Alexis Bermudez-Ramos (ECN 1417) is an adult resident citizen of Vieques, PR.

5200.    Lucerito Perez-Estien (ECN 1420) is an adult resident citizen of Vieques, PR.

5201.    Luisa Gonzalez-Perez (ECN 1421) is an adult resident citizen of Vieques, PR.

5202.    Dianolis Perez-Estien (ECN 1422) is an adult resident citizen of Vieques, PR.

5203.    Cynthia Melendez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Bermudez-Melendez (ECN 1425).

5204.    Betzaida Torres-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Delwine Nales-Torres (ECN 1429).

5205.    Betzaida Torres-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Obed Ruiz-Torres (ECN 1430).

5206.    Betzaida Torres-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Gabriel Negron-Torres (ECN 1431).

5207.    Andres Sanes-Rodriguez (ECN 1432) is an adult resident citizen of Vieques, PR.

5208.    Miguel Varreras-Nieves (ECN 1433) is an adult resident citizen of Vieques, PR.

5209.    Miguel Perez-Barreto (ECN 1436) is an adult resident citizen of Vieques, PR.

5210.    Deborah Perez-Medina (ECN 1437) is an adult resident citizen of Vieques, PR.

5211.    Aida Medina-Soltero, an adult resident citizen of Vieques, PR, on behalf of minor

child Juan Perez-Medina (ECN 1438).

5212.    Armando Garcia-Morales (ECN 1442) is an adult resident citizen of Vieques, PR.

5213.    Efrain Ortiz-Nieves (ECN 1450) is an adult resident citizen of Vieques, PR.

5214.    Maria Velazquez-Rijos (ECN 1456) is an adult resident citizen of Vieques, PR.

5215.    Harim Felix-Velazquez (ECN 1458) is an adult resident citizen of Vieques, PR.

5216.    Luis Alberto -Colon (ECN 1462) is an adult resident citizen of Vieques, PR.

5217.    Teodoro Rivera-Cintron (ECN 1474) is an adult resident citizen of Vieques, PR.

5218.    Jesusa Encarnacion-Lebro (ECN 1483) is an adult resident citizen of Vieques, PR.

5219.    Yamilette Melendez-Torres (ECN 1488) is an adult resident citizen of Vieques,

PR.

5220.    Josue Carrasquillo-Santiago (ECN 1489) is an adult resident citizen of Vieques,

PR.

5221.    Emilio Figueroa-Encarnacion (ECN 1493) is an adult resident citizen of Vieques,

PR.

5222.    Jaqueline Cruz-Torres (ECN 1494) is an adult resident citizen of Vieques, PR.

5223.    Gloria Aloyo-Escobar (ECN 1495) is an adult resident citizen of Vieques, PR.

5224.    Miguel Olivera-Vega (ECN 1496) is an adult resident citizen of Vieques, PR.

5225.    Guillermo Cruz-Rosa (ECN 1523) is an adult resident citizen of Vieques, PR.

5226.    Flor Maldonado-Rosa (ECN 1524) is an adult resident citizen of Vieques, PR.

5227.    Jorge Romero-Navarro (ECN 1525) is an adult resident citizen of Vieques, PR.

5228.    Maria Romero-Navarro (ECN 1526) is an adult resident citizen of Vieques, PR.

5229.    Rosa Navarro-Diaz (ECN 1527) is an adult resident citizen of Vieques, PR.

5230.    Jorge Romero-Velez (ECN 1528) is an adult resident citizen of Vieques, PR.

5231.    Sandra Santiago-Santiago (ECN 1535) is an adult resident citizen of Vieques, PR.

5232.    Marcelino Quinonez-Melendez (ECN 1545) is an adult resident citizen of Vieques, PR.

5233.    Jose Gomez-Morales (ECN 1556) is an adult resident citizen of Vieques, PR.

5234.    Yasmin Ayala-Rivera (ECN 1558) is an adult resident citizen of Vieques, PR.

5235.    Germaine Davila-Rivas (ECN 1568) is an adult resident citizen of Vieques, PR.

5236.    Hector Portela-Costa (ECN 1569) is an adult resident citizen of Vieques, PR.

5237.    Joel Mercado-Guadalupe (ECN 1570) is an adult resident citizen of Vieques, PR.

5238.    Sandra Padilla-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Alejandro-Padilla (ECN 1573).

5239.    Sandra Padilla-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Jean Alejandro-Padilla (ECN 1574).

5240.    Jonathan Alejandro-Padilla (ECN 1575) is an adult resident citizen of Vieques, PR.

5241.    Sandra Padilla-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Alejandro-Padilla (ECN 1576).

5242.    Loyda Melendez-Robles, an adult resident citizen of Vieques, PR, on behalf of minor child Maria Martinez-Melendez (ECN 1578).

5243.    Iris Velia -Rivera (ECN 1581) is an adult resident citizen of Vieques, PR.

5244.    Maria Montanez-Diaz (ECN 1584) is an adult resident citizen of Vieques, PR.

5245.    Glenda Reyes-Ortiz (ECN 1585) is an adult resident citizen of Vieques, PR.

5246.    Glenda Reyes-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Keishly Melendez-Reyes (ECN 1586).

5247.    Glenda Reyes-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Isander Santiago-Reyes (ECN 1587).

5248.    Ismael Santiago-Maldonado (ECN 1588) is an adult resident citizen of Vieques, PR.

5249.    Sandra Padilla-Romero (ECN 1589) is an adult resident citizen of Vieques, PR.

5250.    Eliezer Alejandro-Ramos (ECN 1590) is an adult resident citizen of Vieques, PR.

5251.    Eliezer Alejandro-Padilla (ECN 1591) is an adult resident citizen of Vieques, PR.

5252.    Esteban Acevedo-Torres (ECN 1593) is an adult resident citizen of Vieques, PR.

5253.    Manuela Molina-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Aponte-Molina (ECN 1595).

5254.    Manuela Molina-Osorio (ECN 1598) is an adult resident citizen of Vieques, PR.

5255.    Mary Gavino-Medina (ECN 1599) is an adult resident citizen of Vieques, PR.

5256.    Mary Gavino-Medina, an adult resident citizen of Vieques, PR, on behalf of minor child Arielys Medina-Rosa (ECN 1600).

5257.    Noaby Rodriguez-Torres (ECN 1603) is an adult resident citizen of Vieques, PR.

5258.    Noaby Rodriguez-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Belmaria Velazquez-Rodriguez (ECN 1604).

5259.    Noaby Rodriguez-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Velazquez-Rodriguez (ECN 1605).

5260.    Cecilia Boulogne-Martinez (ECN 1609) is an adult resident citizen of Vieques, PR.

5261.    Maymari Silva-Acosta, an adult resident citizen of Vieques, PR, on behalf of minor child Hector Cruz-Silva (ECN 1613).

5262.    Abraham Galloway-Quinonez (ECN 1616) is an adult resident citizen of Vieques, PR.

5263.    Cecilia Boulogne-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Gerardo Boulogne-Martinez (ECN 1617).

5264.    Luis Ramos-Boulogne (ECN 1619) is an adult resident citizen of Vieques, PR.

5265.    Jinette Colon-Boulogne (ECN 1621) is an adult resident citizen of Vieques, PR.

5266.    Iris Gardarilla-Castellano (ECN 1622) is an adult resident citizen of Vieques, PR.

5267.    Eladio Diaz-Nieves (ECN 1634) is an adult resident citizen of Vieques, PR.

5268.    Nydia Carrasquillo-Vejerano (ECN 1639) is an adult resident citizen of Vieques, PR.

5269.    Alexis Diaz-Carrasquillo (ECN 1640) is an adult resident citizen of Vieques, PR.

5270.    Alexander Diaz-Carrasquillo (ECN 1641) is an adult resident citizen of Vieques, PR.

5271.    Alexandra Diaz-Carrasquillo (ECN 1642) is an adult resident citizen of Vieques, PR.

5272.    Nydia Carrasquillo-Vejerano, an adult resident citizen of Vieques, PR, on behalf of minor child Xulaika Diaz-Carrasquillo (ECN 1643).

5273.    Benjamin Rodriguez-Moreira (ECN 1644) is an adult resident citizen of Vieques, PR.

5274.    Marcos Oneill-Rosa (ECN 1649) is an adult resident citizen of Vieques, PR.

5275.    Mikasio Garcia-Ortiz (ECN 1655) is an adult resident citizen of Vieques, PR.

5276.    Benjamin Huertas-Cruz (ECN 1657) is an adult resident citizen of Vieques, PR.

5277.    Miriam Rivera-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of minor child Jaileen Ramos-Rivera (ECN 1663).

5278.    Sara Velazquez-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Abdiel Rivera-Velazquez (ECN 1674).

5279.    Karina Ayala-Velazquez (ECN 1675) is an adult resident citizen of Vieques, PR.

5280.    Juan Garcia-Torres (ECN 1677) is an adult resident citizen of Vieques, PR.

5281.    Alex Cordero-Torres (ECN 1694) is an adult resident citizen of Vieques, PR.

5282.    Zaimara Quinonez-Torres (ECN 1695) is an adult resident citizen of Vieques, PR.

5283.    Carmen Torres-Cruz (ECN 1696) is an adult resident citizen of Vieques, PR.

5284.    Carlos Ruiz-Perez (ECN 1699) is an adult resident citizen of Vieques, PR.

5285.    Ivette Serrano-Maldonado (ECN 1792) is an adult resident citizen of Vieques, PR.

5286.    Juan Torres-Perez (ECN 1809) is an adult resident citizen of Vieques, PR.

5287.    Jose Rivera-Rosario (ECN 1810) is an adult resident citizen of Vieques, PR.

5288.    Federico Campos-Lopez (ECN 1811) is an adult resident citizen of Vieques, PR.

5289.    Julio Rosa-Ponce (ECN 1814) is an adult resident citizen of Vieques, PR.

5290.    Elizabeth Vegerano-Asencio (ECN 1815) is an adult resident citizen of Vieques, PR.

5291.    Federico Adorno-Ventura (ECN 1816) is an adult resident citizen of Vieques, PR.

5292.    Carlos Adono-Ventura (ECN 1817) is an adult resident citizen of Vieques, PR.

5293.    Federico Adorno-Rivera (ECN 1818) is an adult resident citizen of Vieques, PR.

5294.    Juan Belardo-Ayala (ECN 1820) is an adult resident citizen of Vieques, PR.

5295.    Angel Rivera-Font (ECN 1822) is an adult resident citizen of Vieques, PR.

5296.    Miguel Quinones-Torres (ECN 1823) is an adult resident citizen of Vieques, PR.

5297.    Jesus Paris-Rosa (ECN 1824) is an adult resident citizen of Vieques, PR.

5298.    Carlos Rivera-Morales (ECN 1825) is an adult resident citizen of Vieques, PR.

5299.    Luis Martinez-Roldan (ECN 1826) is an adult resident citizen of Vieques, PR.

5300.    David Gonzalez-Rosario, an adult resident citizen of Vieques, PR, on behalf of minor child David Gonzalez-Melendez (ECN 1832).

5301.    David Gonzalez-Rosario (ECN 1833) is an adult resident citizen of Vieques, PR.

5302.    Felicita Perez-Encarnacion (ECN 1834) is an adult resident citizen of Vieques, PR.

5303.    Felicita Perez-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of minor child Elianette Sanchez-Perez (ECN 1835).

5304.    Damiana Estien-Bonano (ECN 1836) is an adult resident citizen of Vieques, PR.

5305.    Naomi Felix-Vasquez, an adult resident citizen of Vieques, PR, on behalf of minor child Ian Hill-Felix (ECN 1837).

5306.    Ana Torrens-Hernandez (ECN 1839) is an adult resident citizen of Vieques, PR.

5307.    Jessica Montanez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Jesse Quinonez-Montanez, Jr. (ECN 1840).

5308.    Jessica Montanez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Ivette Quinonez-Montanez (ECN 1841).

5309.    Jessica Montanez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Johana Quinonez-Montanez (ECN 1842).

5310.    Jessica Montanez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Ivellisse Quinonez-Montanez (ECN 1844).

5311.     Isabelo Peterson-Castro (ECN 1845) is an adult resident citizen of Vieques, PR.

5312.     Abraham Velez-Garcia (ECN 1846) is an adult resident citizen of Vieques, PR.

5313.     Sergio Garcia-Mojica (ECN 1847) is an adult resident citizen of Vieques, PR.

5314.     Carmen Quinonez-Garcia (ECN 1848) is an adult resident citizen of Vieques, PR.

5315.     Hector de Jesus-Guishard, an adult resident citizen of Vieques, PR, on behalf of minor child Maria de Jesus-Gonzalez (ECN 1849).

5316.     Karla Perez-Huertas (ECN 1851) is an adult resident citizen of Vieques, PR.

5317.     Jose Perez-Huertas (ECN 1852) is an adult resident citizen of Vieques, PR.

5318.     Iris Huertas-Maldonado (ECN 1854) is an adult resident citizen of Vieques, PR.

5319.     Alexandra Emeric-Clemente (ECN 1855) is an adult resident citizen of Vieques, PR.

5320.     Francisco Belardo-Colon (ECN 1856) is an adult resident citizen of Vieques, PR.

5321.     Maria Almestica-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Elba Cepeda-Almestica (ECN 1858).

5322.     Maria Almestica-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Jesus Cepeda-Almestica (ECN 1859).

5323.     Amly Martinez-Cruz (ECN 1860) is an adult resident citizen of Vieques, PR.

5324.     Efrain Carmona-Corcino (ECN 1861) is an adult resident citizen of Vieques, PR.

5325.     Jesenia Penzort-Mercado (ECN 1862) is an adult resident citizen of Vieques, PR.

5326.     Ada Vargas-Torres (ECN 1863) is an adult resident citizen of Vieques, PR.

5327.     Julio Rivera-Otero, an adult resident citizen of Vieques, PR, on behalf of minor child Julio Rivera-Cruz (ECN 1864).

5328.     Maria del Carmen-Alicea, an adult resident citizen of Vieques, PR, on behalf of minor child Nesmar Rios-Alicea (ECN 1865).

5329.     Marco Carzada-Colon (ECN 1866) is an adult resident citizen of Vieques, PR.

5330.     Maritza Cruz-Roman (ECN 1867) is an adult resident citizen of Vieques, PR.

5331.     Marta Rivera-Melendez (ECN 1868) is an adult resident citizen of Vieques, PR.

5332.     Maria Osorio-Torres (ECN 1869) is an adult resident citizen of Vieques, PR.

5333.     Marta Rivera-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Liz Perez-Rivera (ECN 1871).

5334.     Marta Rivera-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Kenia Perez-Rivera (ECN 1872).

5335.     Francisco Paris-Tapia (ECN 1873) is an adult resident citizen of Vieques, PR.

5336.     Gloria Reyes-Melendez (ECN 1874) is an adult resident citizen of Vieques, PR.

5337.     Taina Reyes-Corcino (ECN 1876) is an adult resident citizen of Vieques, PR.

5338.     Susana Reyes-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Shasnai Carrasquilllo-Corcino (ECN 1877).

5339.     Deborah Carmona-Caraballo (ECN 1880) is an adult resident citizen of Vieques, PR.

5340.     Jorge Carmona-Caraballo (ECN 1881) is an adult resident citizen of Vieques, PR.

5341.     Samaris Sierra-Rosario (ECN 1882) is an adult resident citizen of Vieques, PR.

5342.     Reynaldo Felix-Millan (ECN 1883) is an adult resident citizen of Vieques, PR.

5343.     Rafael Santos-Monell (ECN 1884) is an adult resident citizen of Vieques, PR.

5344.     Inez Monell-Velez (ECN 1885) is an adult resident citizen of Vieques, PR.

5345.    Anerys Jimenez-Encarnacion (ECN 1886) is an adult resident citizen of Vieques, PR.

5346.    Emma Rentas-Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Jimenez-Encarnacion (ECN 1887).

5347.    Angel Pizarro-Cintron (ECN 1889) is an adult resident citizen of Vieques, PR.

5348.    Yesenia Lozada-Santos (ECN 1892) is an adult resident citizen of Vieques, PR.

5349.    Yasmin Lozada-Santos (ECN 1893) is an adult resident citizen of Vieques, PR.

5350.    Alexsandra Zenon-Santos (ECN 1894) is an adult resident citizen of Vieques, PR.

5351.    Wilma Santos-Monell (ECN 1895) is an adult resident citizen of Vieques, PR.

5352.    Felicita Garcia-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Barbara Garcia-Velazquez (ECN 1896).

5353.    Felicita Garcia-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Solmarie Melendez-Garcia (ECN 1897).

5354.    Zuleima Bermudez-Garcia (ECN 1898) is an adult resident citizen of Vieques, PR.

5355.    Josue Cotto-Garcia (ECN 1899) is an adult resident citizen of Vieques, PR.

5356.    Yamil Cotto-Garcia (ECN 1900) is an adult resident citizen of Vieques, PR.

5357.    Jekisha Diaz-de Jesus, an adult resident citizen of Vieques, PR, on behalf of minor child Steven Cardona-Diaz (ECN 1901).

5358.    Jekisha Diaz-de Jesus (ECN 1902) is an adult resident citizen of Vieques, PR.

5359.    Julio Carmona-Corcino (ECN 1903) is an adult resident citizen of Vieques, PR.

5360.    Miriam Encarnacion-Rentas, an adult resident citizen of Vieques, PR, on behalf of minor child Carmen Felix-Encarnacion (ECN 1904).

5361.     Cherymar Felix-Encarnacion (ECN 1905) is an adult resident citizen of Vieques, PR.

5362.     Miriam Encarnacion-Rentas (ECN 1906) is an adult resident citizen of Vieques, PR.

5363.     Juan Felix-Encarnacion (ECN 1907) is an adult resident citizen of Vieques, PR.

5364.     Lizandra Ramos-Rivera (ECN 1909) is an adult resident citizen of Vieques, PR.

5365.     Jennice Quinones-Ramos (ECN 1910) is an adult resident citizen of Vieques, PR.

5366.     Wilma Ramos-Rivera (ECN 1911) is an adult resident citizen of Vieques, PR.

5367.     Iris Concepcion, an adult resident citizen of Vieques, PR, on behalf of minor child Jailyn Delgado-Concepcion (ECN 1912).

5368.     Ydeysha Melendez-Reyes (ECN 1913) is an adult resident citizen of Vieques, PR.

5369.     Benjamin Feliciano-Reyes (ECN 1914) is an adult resident citizen of Vieques, PR.

5370.     Sonia Feliciano-Reyes (ECN 1915) is an adult resident citizen of Vieques, PR.

5371.     Xiomara Feliciano-Reyes (ECN 1916) is an adult resident citizen of Vieques, PR.

5372.     Milda Villafana-Vazquez (ECN 1919) is an adult resident citizen of Vieques, PR.

5373.     Emmarosa Rivera-Alejandro (ECN 1920) is an adult resident citizen of Vieques, PR.

5374.     Wilma Ramos-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Janilet Quinones-Ramos (ECN 1921).

5375.     Julio Cruz-Santos (ECN 1922) is an adult resident citizen of Vieques, PR.

5376.     Alejandrino Willams-Brache (ECN 1924) is an adult resident citizen of Vieques, PR.

5377.    Maribel Williams-Garcia (ECN 1925) is an adult resident citizen of Vieques, PR.

5378.    Kamalys Williams-Garcia (ECN 1926) is an adult resident citizen of Vieques, PR.

5379.    Brenda Ortiz-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Lizreida Perez-Ortiz (ECN 1927).

5380.    Linda Velazquez-Tapia (ECN 1930) is an adult resident citizen of Vieques, PR.

5381.    Jovito Gonzalez-Carambot (ECN 1931) is an adult resident citizen of Vieques, PR.

5382.    Nilda Medina-Diaz (ECN 1932) is an adult resident citizen of Vieques, PR.

5383.    Severina Guadalupe-Guadalupe (ECN 1933) is an adult resident citizen of Vieques, PR.

5384.    Lidiana Cruz-Emeric (ECN 1934) is an adult resident citizen of Vieques, PR.

5385.    Teofilo Bermudez-Garay (ECN 1935) is an adult resident citizen of Vieques, PR.

5386.    Wilfredo Corcino-Matta (ECN 1937) is an adult resident citizen of Vieques, PR.

5387.    Ivan Melendez-Lopez (ECN 1938) is an adult resident citizen of Vieques, PR.

5388.    Marta Galloway-Melendez (ECN 1939) is an adult resident citizen of Vieques, PR.

5389.    Alba Avillan-Fan Fan, an adult resident citizen of Vieques, PR, on behalf of minor child Ana Miro-Avillan (ECN 1940).

5390.    Diana Ramos-Bermudez (ECN 1945) is an adult resident citizen of Vieques, PR.

5391.    Eduardo Belford-Benitez (ECN 1946) is an adult resident citizen of Vieques, PR.

5392.    Marta Melendez-Ortiz (ECN 1947) is an adult resident citizen of Vieques, PR.

5393.    Tito Osorio-Boulogne (ECN 1949) is an adult resident citizen of Vieques, PR.

5394.    Zonia Amadeo-Alicea, an adult resident citizen of Vieques, PR, on behalf of minor child Joyce Osorio-Amadeo (ECN 1950).

5395.    Angel Miranda-Guadalupe (ECN 1951) is an adult resident citizen of Vieques, PR.

5396.    Ramona Padilla-Morales (ECN 1952) is an adult resident citizen of Vieques, PR.

5397.    Shaira Rodriguez-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Shanaira Flores-Rodriguez (ECN 1953).

5398.    Josue Flores-de Jesus (ECN 1954) is an adult resident citizen of Vieques, PR.

5399.    Glorimar Morales-Lopez (ECN 1955) is an adult resident citizen of Vieques, PR.

5400.    Glorimar Morales-Lopez, an adult resident citizen of Vieques, PR, on behalf of minor child Kiani Morales-Lopez (ECN 1956).

5401.    Vivian Rash-Garcia (ECN 1957) is an adult resident citizen of Vieques, PR.

5402.    Melvin Rash-Reyes (ECN 1958) is an adult resident citizen of Vieques, PR.

5403.    Isabel Encarnacion-Felix (ECN 1959) is an adult resident citizen of Vieques, PR.

5404.    Sujeily Torres-Melendez (ECN 1960) is an adult resident citizen of Vieques, PR.

5405.    Marilyn Mendez-Serrano (ECN 1963) is an adult resident citizen of Vieques, PR.

5406.    Jinette Mendez-Serrano (ECN 1964) is an adult resident citizen of Vieques, PR.

5407.    Enid Serrano-Nancy, an adult resident citizen of Vieques, PR, on behalf of minor child Eliezer Mendez-Serrano (ECN 1965).

5408.    Nancy Enid Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Valeria Mendez-Serrano (ECN 1966).

5409.    Gloria Huertas-Maldonado (ECN 1967) is an adult resident citizen of Vieques, PR.

5410.    Glorimar Morales-Lopez, an adult resident citizen of Vieques, PR, on behalf of minor child Stephanie Neco-Morales (ECN 1968).

5411.    Julio Rivera-Otero, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Rivera-Cruz (ECN 1969).

5412.    Aiza Bermudez-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Aitshalee Bermudez (ECN 1975).

5413.    Iris Concepcion, an adult resident citizen of Vieques, PR, on behalf of minor child Natalie Delgado-Concepcion (ECN 1977).

5414.    Antonio Mendez-Garay (ECN 1978) is an adult resident citizen of Vieques, PR.

5415.    Nancy Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Melvin Mendez-Serrano (ECN 1979).

5416.    Maria Avillan-Fan Fan, an adult resident citizen of Vieques, PR, on behalf of minor child Marino Avillan-Marcelino (ECN 1981).

5417.    Maria Avillan-Fan Fan, an adult resident citizen of Vieques, PR, on behalf of minor child Rogelyn Avillan-Marcelino (ECN 1982).

5418.    Maria Avillan-Fan Fan, an adult resident citizen of Vieques, PR, on behalf of minor child Erickson Marcelino (ECN 1983).

5419.    Maria Avillan-Fan Fan, an adult resident citizen of Vieques, PR, on behalf of minor child Julio Lopez-Avillan (ECN 1984).

5420.    Steven Diaz-Rosario (ECN 1985) is an adult resident citizen of Vieques, PR.

5421.    Efrain Rivera-Cordero, an adult resident citizen of Vieques, PR, on behalf of minor child Yashira Rivera-Medina (ECN 1986).

5422.    Aida Medina-Cruz (ECN 1988) is an adult resident citizen of Vieques, PR.

5423.    Rosa Caraballa-Zacarias (ECN 1989) is an adult resident citizen of Vieques, PR.

5424.    Eucebio Caraballo-Ojeda (ECN 1990) is an adult resident citizen of Vieques, PR.

5425.    Alma Zacarias-Hernandez (ECN 1991) is an adult resident citizen of Vieques, PR.

5426.    Alma Caraballa-Zacarias (ECN 1992) is an adult resident citizen of Vieques, PR.

5427.    Ismael Cardona-Oneil (ECN 1994) is an adult resident citizen of Vieques, PR.

5428.    Irma Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Johndivine Rivera-Torres (ECN 1995).

5429.    Loyda Velez-Barbosa (ECN 1996) is an adult resident citizen of Vieques, PR.

5430.    Lisa Belardo-Rivera (ECN 1997) is an adult resident citizen of Vieques, PR.

5431.    Airamzul Cabral-Guadalupe (ECN 1998) is an adult resident citizen of Vieques, PR.

5432.    Victor Carrasquillo-Felix (ECN 1999) is an adult resident citizen of Vieques, PR.

5433.    Carmen Lopez-Alvarez, an adult resident citizen of Vieques, PR, on behalf of minor child Daniel Lopez-Alvarez (ECN 2000).

5434.    Susana Reyes-Corcino (ECN 2001) is an adult resident citizen of Vieques, PR.

5435.    Dalila Bermudez-Garcia (ECN 2002) is an adult resident citizen of Vieques, PR.

5436.    Claribel Alvarez-Vega (ECN 2003) is an adult resident citizen of Vieques, PR.

5437.    Luis Perez-Estien (ECN 2004) is an adult resident citizen of Vieques, PR.

5438.    Remma Rentas-Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Roberto Jiminez-Encarnacion (ECN 2005).

5439.    Jorge Ortiz-Ventura (ECN 2006) is an adult resident citizen of Vieques, PR.

5440.    Ivette Aponte-John, an adult resident citizen of Vieques, PR, on behalf of minor child Javier Rodriguez-Aponte (ECN 2008).

5441.    Mariglory Acosta-Torres (ECN 2011) is an adult resident citizen of Vieques, PR.

5442.    Josefina Garcia-Mojica (ECN 2012) is an adult resident citizen of Vieques, PR.

5443.    Wilvyn Alvarez-Rodriguez (ECN 2013) is an adult resident citizen of Vieques, PR.

5444.    Jasmin Rivera-Almestica (ECN 2014) is an adult resident citizen of Vieques, PR.

5445.    Wilberto Jerack Ledesma-Santos (ECN 2016) is an adult resident citizen of Vieques, PR.

5446.    Jorge Medina-Gonzalez (ECN 2017) is an adult resident citizen of Vieques, PR.

5447.    Wilma Ramos-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Ilarraza-Ramos (ECN 2018).

5448.    Wilma Ramos-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Jannice Quinones-Ramos (ECN 2019).

5449.    Felix Mojica-Feliciano, Jr. (ECN 2021) is an adult resident citizen of Vieques, PR.

5450.    Edna Parrilla-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Nidsabell Garcia-Parilla (ECN 2024).

5451.    Jesus Paris-Tapia, an adult resident citizen of Vieques, PR, on behalf of minor child Hector Paris-Serrano (ECN 2025).

5452.    Reynaldo Camacho-Rodriguez (ECN 2027) is an adult resident citizen of Vieques, PR.

5453.    Lisette Torres-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Desteny Pisarro-Torres (ECN 2028).

5454.    Marilyn Santiago-Cepeda (ECN 2029) is an adult resident citizen of Vieques, PR.

5455.    Miriam Garcia-Franco (ECN 2030) is an adult resident citizen of Vieques, PR.

5456.    Alex Perez-Lopez (ECN 2033) is an adult resident citizen of Vieques, PR.

5457.    Angel Feliciano-Rodriguez (ECN 2034) is an adult resident citizen of Vieques, PR.

5458.    Maria Del Carmen-Alicea (ECN 2035) is an adult resident citizen of Vieques, PR.

5459.    Guillermo Benitez-Flores (ECN 2037) is an adult resident citizen of Vieques, PR.

5460.    Eulocia Maldonado-Velez (ECN 2038) is an adult resident citizen of Vieques, PR.

5461.    Carlos Ventura-Melendez (ECN 2039) is an adult resident citizen of Vieques, PR.

5462.    Antonio Ponce-Rosa (ECN 2040) is an adult resident citizen of Vieques, PR.

5463.    Zulma Castro-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Antonio Ponce-Castro (ECN 2041).

5464.    Zulma Castro-Melendez (ECN 2042) is an adult resident citizen of Vieques, PR.

5465.    Zulma Castro-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Ivania Ponce-Castro (ECN 2043).

5466.    Mei-Ling Casanova-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Mileisy Torres-Casanova (ECN 2045).

5467.    Mei-Ling Casanova-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Amaro-Casanova (ECN 2046).

5468.    Mei-Ling Casanova-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Meiling Amaro-Casanova (ECN 2047).

5469.    Iza Ortiz-Rivera (ECN 2048) is an adult resident citizen of Vieques, PR.

5470.    Victor Ortiz-Melendez (ECN 2049) is an adult resident citizen of Vieques, PR.

5471.    Juan Ortiz-Rivera (ECN 2050) is an adult resident citizen of Vieques, PR.

5472.     Victor Reyes-Corcino (ECN 2053) is an adult resident citizen of Vieques, PR.

5473.     Vilma Hernandez-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Veronica Torrens-Hernandez (ECN 2054).

5474.     Hector Reyes-Corcino (ECN 2055) is an adult resident citizen of Vieques, PR.

5475.     Hector Melendez-Bejerano (ECN 2056) is an adult resident citizen of Vieques, PR.

5476.     Emely Boulogne-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Edmanuel Diaz-Boulgne (ECN 2057).

5477.     Emily Boulgne-Santos (ECN 2058) is an adult resident citizen of Vieques, PR.

5478.     Emely Santos-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Eduan Molina-Boulgne (ECN 2059).

5479.     Irma Rodriguez-Camacho (ECN 2060) is an adult resident citizen of Vieques, PR.

5480.     Maria del Carmen-Cepeda (ECN 2061) is an adult resident citizen of Vieques, PR.

5481.     Maria Diaz-Cepeda (ECN 2062) is an adult resident citizen of Vieques, PR.

5482.     Felipe Diaz-Rodriguez (ECN 2063) is an adult resident citizen of Vieques, PR.

5483.     Felix Diaz-Melendez (ECN 2064) is an adult resident citizen of Vieques, PR.

5484.     Pedro Molina-Montes (ECN 2065) is an adult resident citizen of Vieques, PR.

5485.     Luz Hernandez (ECN 2067) is an adult resident citizen of Vieques, PR.

5486.     Aida Lopez-Garcia (ECN 2068) is an adult resident citizen of Vieques, PR.

5487.     Lizianette Casanova-Serrano (ECN 2069) is an adult resident citizen of Vieques, PR.

5488.     Jose Rivera-Perez (ECN 2070) is an adult resident citizen of Vieques, PR.

5489.    Noelia Carmona-Cruz (ECN 2071) is an adult resident citizen of Vieques, PR.

5490.    Bradley Sheffield (ECN 2075) is an adult resident citizen of Vieques, PR.

5491.    Mary Reinhart-Mora (ECN 2076) is an adult resident citizen of Vieques, PR.

5492.    Amy Gray (ECN 2077) is an adult resident citizen of Vieques, PR.

5493.    Maria Del Carmen-Vegerano (ECN 2083) is an adult resident citizen of Vieques,
PR.

5494.    Jose Cordero-Santiago (ECN 2095) is an adult resident citizen of Vieques, PR.

5495.    Soba Hepziba-Torres, an adult resident citizen of Vieques, PR, on behalf of minor
child Hepzilee Maldonado-Torres (ECN 2100).

5496.    Maria Navaro-Brache, an adult resident citizen of Vieques, PR, on behalf of
minor child Jose Cruz-Navarro (ECN 2111).

5497.    Daisy Gonzalez-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of
minor child Daysha Gonzalez-Melendez (ECN 2115).

5498.    Michael Garcia-Ventura (ECN 2117) is an adult resident citizen of Vieques, PR.

5499.    Vanessa Medina-Maldonado (ECN 2123) is an adult resident citizen of Vieques,
PR.

5500.    Vanessa Medina-Maldonado, an adult resident citizen of Vieques, PR, on behalf
of minor child Yaneza Castro-Medina (ECN 2124).

5501.    Zayra Lopez-Lequillou (ECN 2127) is an adult resident citizen of Vieques, PR.

5502.    Daisy Gonzalez-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of
minor child Yasset Melendez-Gonzalez (ECN 2130).

5503.    Armando Cruz-Felix (ECN 2139) is an adult resident citizen of Vieques, PR.

5504.     Ruth Camacho-Rosa, an adult resident citizen of Vieques, PR, on behalf of minor child Lizette Camacho-Rosa (ECN 2145).

5505.     Zaicha Mirander-Guadalupe (ECN 2147) is an adult resident citizen of Vieques, PR.

5506.     Carmin Gonzalez (ECN 2175) is an adult resident citizen of Vieques, PR.

5507.     Francisco Peterson-Ramirez (ECN 2178) is an adult resident citizen of Vieques, PR.

5508.     Leticia Ramirez-Benitez, an adult resident citizen of Vieques, PR, on behalf of minor child Laussel Peterson-Ramirez (ECN 2180).

5509.     Carmen Ayala-Nieves (ECN 2184) is an adult resident citizen of Vieques, PR.

5510.     Jose Lopez-Bayron (ECN 2190) is an adult resident citizen of Vieques, PR.

5511.     Guillermo Camacho-Diaz (ECN 2192) is an adult resident citizen of Vieques, PR.

5512.     Iris Corcino-Santiago (ECN 2196) is an adult resident citizen of Vieques, PR.

5513.     Wilfredo Cruz-Sanchez (ECN 2208) is an adult resident citizen of Vieques, PR.

5514.     Yariel Castro-Medina, an adult resident citizen of Vieques, PR, on behalf of minor child Vanesa Medina-Maldonado (ECN 2210).

5515.     Olga Silva-Madera, an adult resident citizen of Vieques, PR, on behalf of minor child Carla Encarnacion-Madera (ECN 2237).

5516.     Carmen Miro-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Emanuel Corcino-Miro (ECN 2252).

5517.     Hector Cintron-Cruz (ECN 2257) is an adult resident citizen of Vieques, PR.

5518.     Carlos Zenon-Rodriguez (ECN 2264) is an adult resident citizen of Vieques, PR.

5519.     Juan Torres-Torres (ECN 2266) is an adult resident citizen of Vieques, PR.

5520.    Jorge Mercado-Guadalupe (ECN 2267) is an adult resident citizen of Vieques, PR.

5521.    Sandra Torres-Torres (ECN 2283) is an adult resident citizen of Vieques, PR.

5522.    Francisco Perez-Rosario (ECN 2287) is an adult resident citizen of Vieques, PR.

5523.    Hector Ortiz-Adams (ECN 2289) is an adult resident citizen of Vieques, PR.

5524.    Bienbenido Flores-Acevedo (ECN 2292) is an adult resident citizen of Vieques, PR.

5525.    Ernesto Serrano-Lopez (ECN 2294) is an adult resident citizen of Vieques, PR.

5526.    Jorge Gavino-Medina (ECN 2319) is an adult resident citizen of Vieques, PR.

5527.    Yabureibo Zenon-Encarnacion (ECN 2330) is an adult resident citizen of Vieques, PR.

5528.    Diana Maldonado-Brache, an adult resident citizen of Vieques, PR, on behalf of minor child Cristian Figueroa-Maldonado (ECN 2332).

5529.    Angel Melendez-Gonzalez (ECN 2351) is an adult resident citizen of Vieques, PR.

5530.    Jose Velez-Maldonado (ECN 2355) is an adult resident citizen of Vieques, PR.

5531.    Leticia Ramirez-Benitez (ECN 2361) is an adult resident citizen of Vieques, PR.

5532.    Carla Rosa, an adult resident citizen of Vieques, PR, on behalf of minor child Alexis Maldonado-Rosa (ECN 2367).

5533.    Carla Rosa-Esperanza (ECN 2368) is an adult resident citizen of Vieques, PR.

5534.    Carlos Soto-Maldonado (ECN 2369) is an adult resident citizen of Vieques, PR.

5535.    Silvana Rosa-Ramos (ECN 2380) is an adult resident citizen of Vieques, PR.

5536.    Teresa Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child William Rodriguez-Nieves (ECN 2392).

5537.    Gladys Costa-Martinez (ECN 2453) is an adult resident citizen of Vieques, PR.

5538.    Ana Maldonado-Brache, an adult resident citizen of Vieques, PR, on behalf of minor child Melvin Guzman-Maldonado (ECN 2457).

5539.    Kathia Tirado-Feliciano (ECN 2466) is an adult resident citizen of Vieques, PR.

5540.    Carla Rosa, an adult resident citizen of Vieques, PR, on behalf of minor child Yaideliz Maldonado-Rosa (ECN 2495).

5541.    Jose Ventura-Salgado (ECN 2530) is an adult resident citizen of Vieques, PR.

5542.    Jose Ventura-Melendez (ECN 2540) is an adult resident citizen of Vieques, PR.

5543.    Iris Ventura-Acosta (ECN 2733) is an adult resident citizen of Vieques, PR.

5544.    Eulogio Bermudez-Romero (ECN 2735) is an adult resident citizen of Vieques, PR.

5545.    Angel Torres-Colon (ECN 2738) is an adult resident citizen of Vieques, PR.

5546.    Juan Melendez-Rivera (ECN 2739) is an adult resident citizen of Vieques, PR.

5547.    Rafael Noringlanes-Tomasco (ECN 2741) is an adult resident citizen of Vieques, PR.

5548.    Penny Miller (ECN 2743) is an adult resident citizen of Vieques, PR.

5549.    Iris Camacho-Maldonado (ECN 2747) is an adult resident citizen of Vieques, PR.

5550.    Linda Ramirez-Sanchez (ECN 2749) is an adult resident citizen of Vieques, PR.

5551.    Polva Felix-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Katherine Nanton-Rivera-Felix (ECN 2750).

5552.    Juan Rivera-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor

child Shainiska Rivera-Garcai (ECN 2751).

5553.    Brenda Corcino-Rosa (ECN 2752) is an adult resident citizen of Vieques, PR.

5554.    Reuben McAuley (ECN 2753) is an adult resident citizen of Vieques, PR.

5555.    Edgar Sanchez (ECN 2755) is an adult resident citizen of Vieques, PR.

5556.    Flavio Silva-Casanova (ECN 2756) is an adult resident citizen of Vieques, PR.

5557.    Guillermo Garcia-Cordero (ECN 2758) is an adult resident citizen of Vieques,

PR.

5558.    Sofia Belardo-Ayala (ECN 2760) is an adult resident citizen of Vieques, PR.

5559.    Jose Ayala-Gonzales (ECN 2761) is an adult resident citizen of Vieques, PR.

5560.    Antonia Aloyo-Belardo (ECN 2762) is an adult resident citizen of Vieques, PR.

5561.    Xavier Ventura-Salgado (ECN 2819) is an adult resident citizen of Vieques, PR.

5562.    Vivian Acevedo-Rivera (ECN 2837) is an adult resident citizen of Vieques, PR.

5563.    Yimarie Rivera-Acevedo (ECN 2838) is an adult resident citizen of Vieques, PR.

5564.    Elias Rosa-Sanchez (ECN 2839) is an adult resident citizen of Vieques, PR.

5565.    Juan Oliver-Castro (ECN 2840) is an adult resident citizen of Vieques, PR.

5566.    Jobito Melendez-Abreu (ECN 2842) is an adult resident citizen of Vieques, PR.

5567.    Alexis Alejandro-Mercado (ECN 2844) is an adult resident citizen of Vieques,

PR.

5568.    Juan Rivera-Garcia (ECN 2846) is an adult resident citizen of Vieques, PR.

5569.    Huascar Silva-Abreu (ECN 2847) is an adult resident citizen of Vieques, PR.

5570.    Ruben Reyes-Perez (ECN 2848) is an adult resident citizen of Vieques, PR.

5571.    Kelly Sanes-Martinez (ECN 2849) is an adult resident citizen of Vieques, PR.

5572.    Noelia Carmona-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Edward Rivers-Carmona (ECN 2868).

5573.    Julio Garcia-Osorio (ECN 2942) is an adult resident citizen of Virginia Beach, VA.

5574.    Mairya Tejada-Roldan (ECN 2946) is an adult resident citizen of Vieques, PR.

5575.    Samuel Castro-Roldan (ECN 2981) is an adult resident citizen of Vieques, PR.

5576.    Juan Rosa-Torres (ECN 2982) is an adult resident citizen of Vieques, PR.

5577.    Gamalier Martinez-Melendez (ECN 3028) is an adult resident citizen of Vieques, PR.

5578.    Wanda Caraballo-Torres (ECN 3032) is an adult resident citizen of Vieques, PR.

5579.    Yarilis Garcia-Ortiz (ECN 3036) is an adult resident citizen of Vieques, PR.

5580.    Miguel Matta-Melendez (ECN 3037) is an adult resident citizen of Vieques, PR.

5581.    Jennifer Dehner (ECN 3039) is an adult resident citizen of Vieques, PR.

5582.    Jose Torres-Rodriguez (ECN 3040) is an adult resident citizen of Vieques, PR.

5583.    Alexi Garcia-Ortiz (ECN 3041) is an adult resident citizen of Vieques, PR.

5584.    Julian Garcia-Martinez (ECN 3042) is an adult resident citizen of Vieques, PR.

5585.    Anthony Acevedo-Martinez (ECN 3043) is an adult resident citizen of Vieques, PR.

5586.    Jorge Ponce-Muniz (ECN 3044) is an adult resident citizen of Vieques, PR.

5587.    Ernesto Calzada-Colon (ECN 3046) is an adult resident citizen of Vieques, PR.

5588.    Gladys Soto-Pacheco (ECN 3062) is an adult resident citizen of Vieques, PR.

5589.    Miguel Gonzalez-Rodriguez (ECN 3067) is an adult resident citizen of Vieques, PR.

5590.    Edrick Melendez-Rosa (ECN 3075) is an adult resident citizen of Vieques, PR.

5591.    Margarita Santos-Osorio (ECN 3082) is an adult resident citizen of Vieques, PR.

5592.    Gladys Soto-Pacheco, an adult resident citizen of Vieques, PR, on behalf of minor child Tanery Flores-Soto (ECN 3117).

5593.    Moraina Gutierrez-Guadalupe, an adult resident citizen of Vieques, PR, on behalf of minor child Abdel Perez-Gutierrez (ECN 3145).

5594.    Moraina Gutierrez-Guadalupe, an adult resident citizen of Vieques, PR, on behalf of minor child Nayira Gavido-Gutierrez (ECN 3146).

5595.    Migdalia Belardo-Williams, an adult resident citizen of Vieques, PR, on behalf of minor child Cristina Adorno-Belardo (ECN 3149).

5596.    Irmairys Rosa-Gomez (ECN 3153) is an adult resident citizen of Vieques, PR.

5597.    Calletano Romero-Carambot (ECN 3154) is an adult resident citizen of Vieques, PR.

5598.    Corrado Torres (ECN 3171) is an adult resident citizen of Vieques, PR.

5599.    Dolores Perez-Encarnacion (ECN 3172) is an adult resident citizen of Vieques, PR.

5600.    Irma Santos-Ledesma (ECN 3173) is an adult resident citizen of Vieques, PR.

5601.    Irma Osorio-Santos (ECN 3174) is an adult resident citizen of Vieques, PR.

5602.    Samuel Santos-Ledesma (ECN 3175) is an adult resident citizen of Vieques, PR.

5603.    Hector Acosta-Serrano (ECN 3176) is an adult resident citizen of Vieques, PR.

5604.    Vanessa Lozada-Fernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Aira Fernandez-Encarnacion (ECN 3188).

5605.    Eladio Diaz-Rivera (ECN 3207) is an adult resident citizen of Vieques, PR.

5606.    Samuel Rivera-Santiago (ECN 3235) is an adult resident citizen of Vieques, PR.

5607.    Daniel Felix-Romero (ECN 3236) is an adult resident citizen of Vieques, PR.

5608.    Carlos Rieckehoff-Velez (ECN 3276) is an adult resident citizen of Vieques, PR.

5609.    Sonia Adorno-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Sara Adorno-Rucci (ECN 3313).

5610.    Elena Torres-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Arnaldo Miranda-Torres (ECN 3314).

5611.    Iris Camacho-Rivera (ECN 3353) is an adult resident citizen of Vieques, PR.

5612.    Victor Torres-Fontanez (ECN 3373) is an adult resident citizen of Vieques, PR.

5613.    Carlos Rivera-Roldan (ECN 3376) is an adult resident citizen of Vieques, PR.

5614.    Sonia Rivera-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of minor child Keila Rivera-Roldan (ECN 3378).

5615.    Rosalia Rodriguez-Crispin (ECN 3397) is an adult resident citizen of Vieques, PR.

5616.    Kevin Orlando-Matta (ECN 3417) is an adult resident citizen of Vieques, PR.

5617.    Miguel Robles-Acosta (ECN 3431) is an adult resident citizen of Vieques, PR.

5618.    Vilma Gonzalez-Otero, an adult resident citizen of Vieques, PR, on behalf of minor child Felix Gonzalez-Medina (ECN 3446).

5619.    Lidia Ayala-Otero, an adult resident citizen of Vieques, PR, on behalf of minor child Lourdes Ayala-Sanchez (ECN 3448).

5620.    Samuel Santos-Garcia (ECN 3490) is an adult resident citizen of Vieques, PR.

5621.    Sandra laboy-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Esteban Ortiz-Laboy (ECN 3495).

5622.    Sandra Laboy-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Kevin Ortiz-Dubay (ECN 3496).

5623.    Noemi Melendez-Bonano, an adult resident citizen of Vieques, PR, on behalf of minor child Noeli Padro-Melendez (ECN 3498).

5624.    Melvin Rosa-Esperanza (ECN 3500) is an adult resident citizen of Vieques, PR.

5625.    Rosa Garcia-Torres (ECN 3518) is an adult resident citizen of Vieques, PR.

5626.    Nathanael Burgos-Gutierrez (ECN 3525) is an adult resident citizen of Humacao, PR.

5627.    Carmen Leguillou-Parrilla (ECN 3537) is an adult resident citizen of Vieques, PR.

5628.    Michael Diaz-Oveschak (ECN 3540) is an adult resident citizen of Vieques, PR.

5629.    Hugo Encarnacion-Quiles (ECN 3544) is an adult resident citizen of Vieques, PR.

5630.    Maxwell Love (ECN 3558) is an adult resident citizen of Vieques, PR.

5631.    Angel Figueroa-Maldonado (ECN 3559) is an adult resident citizen of Vieques, PR.

5632.    Diana Figueroa-Maldonado (ECN 3560) is an adult resident citizen of Vieques, PR.

5633.    Erika Montanez-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Colon-Montanez (ECN 3561).

5634.    Joann Woods (ECN 3562) is an adult resident citizen of Vieques, PR.

5635.    Carlos Reyes-Rivera (ECN 3563) is an adult resident citizen of Vieques, PR.

5636.    Olga Figueroa-Garcia (ECN 3589) is an adult resident citizen of Vieques, PR.

5637.    Olga Garcia-Figueroa, an adult resident citizen of Vieques, PR, on behalf of minor child Ideisha Garcia-Cepeda (ECN 3591).

5638.    Rafael Silva-Lozada (ECN 3604) is an adult resident citizen of Vieques, PR.

5639.    Ismael Amaro-Morales (ECN 3615) is an adult resident citizen of Vieques, PR.

5640.    Delia Ayala-Rivera (ECN 3616) is an adult resident citizen of Vieques, PR.

5641.    Carolina Cruz-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Taishmaly Cruz-Ramos (ECN 3620).

5642.    Rosa Barreto-Perez (ECN 3633) is an adult resident citizen of Vieques, PR.

5643.    Marilu Cintron-Solis, an adult resident citizen of Vieques, PR, on behalf of minor child Dayivette Cintron-Carrasquillo (ECN 3641).

5644.    Maria Gonzales-Bermudez, an adult resident citizen of Vieques, PR, on behalf of minor child Victoria Santiago-Cruz (ECN 3660).

5645.    Liza Bermudez-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Minerva Rivera-Bermudez (ECN 3675).

5646.    Liza Bermudez-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Liza Rivera-Bermudez (ECN 3679).

5647.    Obed Felix-Velazquez (ECN 3683) is an adult resident citizen of Vieques, PR.

5648.    Marie Humphries (ECN 3694) is an adult resident citizen of Vieques, PR.

5649.    Jose Mojica-Garcia (ECN 3696) is an adult resident citizen of Vieques, PR.

5650.    Francisco Gonzalez-Pico (ECN 3698) is an adult resident citizen of Vieques, PR.

5651.    Mark Martin (ECN 3699) is an adult resident citizen of Vieques, PR.

5652.    Scott Michael -Martin (ECN 3701) is an adult resident citizen of Vieques, PR.

5653.    Nestor Carmona-Fuentes (ECN 3706) is an adult resident citizen of Vieques, PR.

5654.     Wilberto Corcino-Matta (ECN 3722) is an adult resident citizen of Vieques, PR.

5655.     Joshua Bermudez-Ventura (ECN 3745) is an adult resident citizen of Vieques, PR.

5656.     Evelyn Monell-Rivera (ECN 3749) is an adult resident citizen of Vieques, PR.

5657.     Oscar Avila-Garcia (ECN 3750) is an adult resident citizen of Vieques, PR.

5658.     Oscar Avila-Monell (ECN 3751) is an adult resident citizen of Vieques, PR.

5659.     Luis Avila-Monell (ECN 3752) is an adult resident citizen of Vieques, PR.

5660.     Evelyn Monell, an adult resident citizen of Vieques, PR, on behalf of minor child Roberto Avila-Monell (ECN 3753).

5661.     Evelyn Monell, an adult resident citizen of Vieques, PR, on behalf of minor child Javier Avila-Monell (ECN 3754).

5662.     Evelyn Monell, an adult resident citizen of Vieques, PR, on behalf of minor child Calibeth Avila-Monell (ECN 3755).

5663.     Joshua Climent-Garcia (ECN 3757) is an adult resident citizen of Fajardo, PR.

5664.     Maria Nunez-Ventura, an adult resident citizen of Vieques, PR, on behalf of minor child Josymar Olivieri-Ventura (ECN 3759).

5665.     Maria Nunez-Ventura, an adult resident citizen of Vieques, PR, on behalf of minor child Marena Olivieri-Ventura (ECN 3760).

5666.     Maria Ventura-Nunez (ECN 3763) is an adult resident citizen of Vieques, PR.

5667.     Maria Nunez-Ventura, an adult resident citizen of Vieques, PR, on behalf of minor child Marakiani Olivieri-Ventura (ECN 3764).

5668.     Luis Rivera-Ayala (ECN 3766) is an adult resident citizen of Vieques, PR.

5669.     Eunice Romero-Penzort (ECN 3767) is an adult resident citizen of Vieques, PR.

5670.    Garry Bermudez-Romero (ECN 3769) is an adult resident citizen of Vieques, PR.

5671.    Wanda Bermudez, an adult resident citizen of Vieques, PR, on behalf of minor child Alejandro Bermudez-Martinez (ECN 3770).

5672.    Nestor de Jesus-Guishard (ECN 3776) is an adult resident citizen of Vieques, PR.

5673.    Johana Alvarez-Felix (ECN 3779) is an adult resident citizen of Vieques, PR.

5674.    Johane Alvar-Felix, an adult resident citizen of Vieques, PR, on behalf of minor child Roselee Colon-Monell (ECN 3780).

5675.    Erick Alvarez-Felix (ECN 3781) is an adult resident citizen of Vieques, PR.

5676.    Osvaldo Sanes-Cotto (ECN 3782) is an adult resident citizen of Vieques, PR.

5677.    Elvin Santos-Barbosa (ECN 3784) is an adult resident citizen of Vieques, PR.

5678.    Gregorio Santiago-Santiago (ECN 3787) is an adult resident citizen of Vieques, PR.

5679.    Diana Rodriguez-Aponte (ECN 3788) is an adult resident citizen of Vieques, PR.

5680.    Claribel Sanes-Roldan, an adult resident citizen of Vieques, PR, on behalf of minor child Xolishwa Melendez (ECN 3789).

5681.    Luis Suarez-Rivera (ECN 3791) is an adult resident citizen of Vieques, PR.

5682.    Naida Ayala-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Liznayeli Osoroio-Ayala (ECN 3792).

5683.    Maria Ortiz-Rosario, an adult resident citizen of Vieques, PR, on behalf of minor child Jesus Molina-Ortiz (ECN 3794).

5684.    Ismael Gerena-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Kelvin Albert-Gerena (ECN 3795).

5685.     Mirellys Reyes-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Magdiel Carmona-Reyes (ECN 3796).

5686.     Menelio Soto-Maldonado (ECN 3797) is an adult resident citizen of Vieques, PR.

5687.     Hector Bermudez-Alicea (ECN 3798) is an adult resident citizen of Vieques, PR.

5688.     Miguel Ayala-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Estephanie Ayala-Rodrigez (ECN 3799).

5689.     Miguel Ayala-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Ayala-Rodriguez (ECN 3800).

5690.     Hector Rodriguez-Corcino (ECN 3801) is an adult resident citizen of Vieques, PR.

5691.     Miguel Ayala-Perez (ECN 3802) is an adult resident citizen of Vieques, PR.

5692.     Olga Rodriguez-Suarez (ECN 3803) is an adult resident citizen of Vieques, PR.

5693.     Patria Soto-Sanes (ECN 3804) is an adult resident citizen of Vieques, PR.

5694.     Flor Carrasquillo-Garcia (ECN 3805) is an adult resident citizen of Vieques, PR.

5695.     Carlos Santiago-Rivera (ECN 3806) is an adult resident citizen of Vieques, PR.

5696.     Carlos Reyes-Ruiz (ECN 3807) is an adult resident citizen of Vieques, PR.

5697.     Clarivel Sanes-Roldan, an adult resident citizen of Vieques, PR, on behalf of minor child Jashmarie Melendez (ECN 3808).

5698.     Miriam de Jesus-Huertas, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Rosa-de Jesus (ECN 3809).

5699.     Maria Santiago-Davis (ECN 3810) is an adult resident citizen of Vieques, PR.

5700.     Merary Lopez-Sanchez (ECN 3811) is an adult resident citizen of Vieques, PR.

5701.     Juanita Sanchez-Romero (ECN 3812) is an adult resident citizen of Vieques, PR.

5702.    Maira Rucci-Esperanza, an adult resident citizen of Vieques, PR, on behalf of minor child Neysha Rucci-Boulogne (ECN 3813).

5703.    Yolanta Horta-Encarnacion (ECN 3814) is an adult resident citizen of Vieques, PR.

5704.    Pedro Horta-Perez (ECN 3815) is an adult resident citizen of Vieques, PR.

5705.    Sheila Marquez-Guadalupe (ECN 3816) is an adult resident citizen of Vieques, PR.

5706.    Sheila Marquez-Guadalupe, an adult resident citizen of Vieques, PR, on behalf of minor child Cristian Cortez-Marquez (ECN 3817).

5707.    Yanuel Rosa-Encarnacion (ECN 3818) is an adult resident citizen of Vieques, PR.

5708.    Juanita Santos-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Christopher Santos-Martinez (ECN 3819).

5709.    Clara Martinez-Santos (ECN 3820) is an adult resident citizen of Vieques, PR.

5710.    Juanita Santos-Martinez (ECN 3821) is an adult resident citizen of Vieques, PR.

5711.    Moira Martinez-Santos (ECN 3822) is an adult resident citizen of Vieques, PR.

5712.    Hector Garcia-Torres (ECN 3823) is an adult resident citizen of Vieques, PR.

5713.    Carmen Velazquez-Rijos (ECN 3824) is an adult resident citizen of Vieques, PR.

5714.    Luis Martinez-Ortiz (ECN 3825) is an adult resident citizen of Vieques, PR.

5715.    Sheila Spooner-O'Neill (ECN 3826) is an adult resident citizen of Vieques, PR.

5716.    Elizabeth Davis-Pumpkinseed (ECN 3827) is an adult resident citizen of Vieques, PR.

5717.    Sheila Spooner-O'Neill, an adult resident citizen of Vieques, PR, on behalf of minor child Vilma Fuentes-Spooner (ECN 3828).

5718.    Nancy Huertas-Perez (ECN 3829) is an adult resident citizen of Vieques, PR.

5719.    Carlos Acevedo-Pizarro (ECN 3830) is an adult resident citizen of Vieques, PR.

5720.    Luis Santos-Maldonado (ECN 3832) is an adult resident citizen of Vieques, PR.

5721.    Enelida Ayala-Salgado (ECN 3833) is an adult resident citizen of Vieques, PR.

5722.    Minerva Ayala-Salgado (ECN 3834) is an adult resident citizen of Vieques, PR.

5723.    Maria Rodriguez-Suarez (ECN 3835) is an adult resident citizen of Vieques, PR.

5724.    Saul Sanchez-Carambot (ECN 3836) is an adult resident citizen of Vieques, PR.

5725.    Luis Sanchez-Carambot (ECN 3837) is an adult resident citizen of Vieques, PR.

5726.    Jose Acevedo-Garcia (ECN 3838) is an adult resident citizen of Vieques, PR.

5727.    Enrique Sanes-Rodriguez (ECN 3839) is an adult resident citizen of Vieques, PR.

5728.    Felix Paris-Tapia (ECN 3840) is an adult resident citizen of Vieques, PR.

5729.    Jesenia Alejandro-Garcia (ECN 3841) is an adult resident citizen of Vieques, PR.

5730.    Elizabeth Garcia-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Nilka Navarro-Garcia (ECN 3842).

5731.    Matilde Ayala-Parrilla (ECN 3843) is an adult resident citizen of Vieques, PR.

5732.    Carlos Lopez-Baloco (ECN 3844) is an adult resident citizen of Vieques, PR.

5733.    Marilia Santana-Lao (ECN 3845) is an adult resident citizen of Vieques, PR.

5734.    Maritza Santana-Lao, an adult resident citizen of Vieques, PR, on behalf of minor child Lucas Ventura-Santana (ECN 3846).

5735.    Maritza Santana-Lao, an adult resident citizen of Vieques, PR, on behalf of minor child Talia Ventura-Santana (ECN 3847).

5736.    Maritza Santana-Lao (ECN 3848) is an adult resident citizen of Vieques, PR.

5737.    Luz Serrano-Rosa, an adult resident citizen of Vieques, PR, on behalf of minor child Abdiel Serrano-Serrano (ECN 3849).

5738.    Efrain Figueroa-Serrano (ECN 3850) is an adult resident citizen of Vieques, PR.

5739.    Ada Rodriguez-Ortiz (ECN 3851) is an adult resident citizen of Vieques, PR.

5740.    Jazmin Fernandez-Rodriguez (ECN 3852) is an adult resident citizen of Vieques, PR.

5741.    Ada Rodriguez-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Suanya Ramos-Rodriguez (ECN 3853).

5742.    Jose Ramos-Perez (ECN 3854) is an adult resident citizen of Vieques, PR.

5743.    Ludymar Santiago-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Nemesis Velazquez-Santiago (ECN 3855).

5744.    Angel Cruz-Ayala (ECN 3856) is an adult resident citizen of Vieques, PR.

5745.    Tomas Camacho-Lopez (ECN 3857) is an adult resident citizen of Vieques, PR.

5746.    Elizabeth Lappost, an adult resident citizen of Vieques, PR, on behalf of minor child Limarie Lappost (ECN 3858).

5747.    Elizabeth Lappost-Gonzalez (ECN 3859) is an adult resident citizen of Vieques, PR.

5748.    Elizabeth Lappost, an adult resident citizen of Vieques, PR, on behalf of minor child Jenifer Nolasco-Lappost (ECN 3860).

5749.    Efrain Rivera-Cordero, an adult resident citizen of Vieques, PR, on behalf of minor child Abdiel Rivera-Medina (ECN 3861).

5750.    Eddie perez-Guerra, an adult resident citizen of Vieques, PR, on behalf of minor child Cecilia Perez-Perez (ECN 3862).

5751.    Eddie Perez-Guerra, an adult resident citizen of Vieques, PR, on behalf of minor child Manuel Perez-Perez (ECN 3863).

5752.    Yashira Perez-Perez (ECN 3864) is an adult resident citizen of Vieques, PR.

5753.    Luis Sanchez-Perez (ECN 3865) is an adult resident citizen of Vieques, PR.

5754.    Marie Gonzalez-Bermudez, an adult resident citizen of Vieques, PR, on behalf of minor child Brenda Gonzalez-Cruz (ECN 3866).

5755.    Julio Ortiz-Garcia (ECN 3867) is an adult resident citizen of Vieques, PR.

5756.    Mildred Salgado-Mercado (ECN 3868) is an adult resident citizen of Vieques, PR.

5757.    Jesus Quinones-Cruz (ECN 3869) is an adult resident citizen of Vieques, PR.

5758.    Maria Lao-Perez (ECN 3870) is an adult resident citizen of Vieques, PR.

5759.    Francisco Lopez-Roger (ECN 3871) is an adult resident citizen of Vieques, PR.

5760.    Modesto Perez-Guadalupe (ECN 3872) is an adult resident citizen of Vieques, PR.

5761.    Angel Romero-Felix (ECN 3873) is an adult resident citizen of Vieques, PR.

5762.    Marie Velazquez-Rijos, an adult resident citizen of Vieques, PR, on behalf of minor child Ellie Torres-Felix (ECN 3874).

5763.    Maria Velazquez-Rijos, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Torres-Felix (ECN 3875).

5764.    Ismael Pena-Mercado (ECN 3876) is an adult resident citizen of Vieques, PR.

5765.    Janet Cruz-Orozco (ECN 3877) is an adult resident citizen of Vieques, PR.

5766.    Roberto Garcia-Cabret (ECN 3878) is an adult resident citizen of Vieques, PR.

5767.    Junior Cabret-Rosario (ECN 3879) is an adult resident citizen of Vieques, PR.

5768.    Kelsa Rosario-Cabret (ECN 3880) is an adult resident citizen of Vieques, PR.

5769.    Luz Cabret-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Angelica Cabret (ECN 3881).

5770.    Miguel Osorio-Melendez (ECN 3882) is an adult resident citizen of Vieques, PR.

5771.    Gypsy Cordova-Garcia (ECN 3883) is an adult resident citizen of Vieques, PR.

5772.    Maria Carmona-Pizarro (ECN 3884) is an adult resident citizen of Vieques, PR.

5773.    Maria Carmona-Pizarro, an adult resident citizen of Vieques, PR, on behalf of minor child Julie Ledesma-Carmona (ECN 3885).

5774.    Juan Cruz-Hernandez (ECN 3886) is an adult resident citizen of Vieques, PR.

5775.    Alba Fernandez-Nieves (ECN 3887) is an adult resident citizen of Vieques, PR.

5776.    Grimilda Ayala-Salgado, an adult resident citizen of Vieques, PR, on behalf of minor child Eduardo Marquez-Ayala (ECN 3888).

5777.    Grimilda Ayala-Salgado (ECN 3889) is an adult resident citizen of Vieques, PR.

5778.    Aixa Molina-Spooner (ECN 3891) is an adult resident citizen of Vieques, PR.

5779.    Hector Figueroa-Martinez (ECN 3892) is an adult resident citizen of Vieques, PR.

5780.    Keila Corcino-Cruz (ECN 3893) is an adult resident citizen of Vieques, PR.

5781.    Norman Danois-Rivera (ECN 3894) is an adult resident citizen of Vieques, PR.

5782.    Fernando Roldan-de Jesus (ECN 3895) is an adult resident citizen of Vieques, PR.

5783.    Alfredo Torres-Gomez (ECN 3896) is an adult resident citizen of Vieques, PR.

5784.    Celia Serrano-Rosa (ECN 3897) is an adult resident citizen of Vieques, PR.

5785.    Orlando Matta-Rosa (ECN 3898) is an adult resident citizen of Vieques, PR.

5786.    Carmen Centeno-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Melanie Santos-Hill (ECN 3899).

5787.    Juan Santos-Ortiz (ECN 3900) is an adult resident citizen of Vieques, PR.

5788.    Jose Santos-Centeno (ECN 3901) is an adult resident citizen of Vieques, PR.

5789.    Luis Santos-Ayala (ECN 3902) is an adult resident citizen of Vieques, PR.

5790.    Diana Figueroa-Serrano (ECN 3903) is an adult resident citizen of Vieques, PR.

5791.    Diana Figueroa-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Jaxier Santos-Figueroa (ECN 3904).

5792.    Carmen Santana-Lao, an adult resident citizen of Vieques, PR, on behalf of minor child Gretchen Ilarraza-Santan (ECN 3905).

5793.    Carmen Santana-Lao (ECN 3906) is an adult resident citizen of Vieques, PR.

5794.    Yasaira Rodriguez-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Kevin Rodriguez- (ECN 3907).

5795.    Victor Hernandez-Lozada (ECN 3908) is an adult resident citizen of Vieques, PR.

5796.    Jose Rodriguez-Cruz (ECN 3909) is an adult resident citizen of Vieques, PR.

5797.    Jarely Bernabel-Pena (ECN 3910) is an adult resident citizen of Vieques, PR.

5798.    Jarely Pena-Bernabel, an adult resident citizen of Vieques, PR, on behalf of minor child Jazmin Rodriguez-Bernabel (ECN 3911).

5799.    Jarely Pena-Bernabel, an adult resident citizen of Vieques, PR, on behalf of minor child Nashalies Rucci-Bernabel (ECN 3912).

5800.    Jose Ilarraza-Gautier (ECN 3913) is an adult resident citizen of Vieques, PR.

5801.    Carmen Santana-Lao, an adult resident citizen of Vieques, PR, on behalf of minor child Anushka Ilarraza-Santana (ECN 3914).

5802.    Hector Rodriguez-Cruz (ECN 3915) is an adult resident citizen of Vieques, PR.

5803.    Juan Santos-Centeno (ECN 3916) is an adult resident citizen of Vieques, PR.

5804.    Olga Alvarez-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Dinoyshka Burke-Alvarez (ECN 3917).

5805.    Ramona Melendez-Cruz (ECN 4043) is an adult resident citizen of Vieques, PR.

5806.    Osvaldo Esquerete-Cecilio (ECN 4208) is an adult resident citizen of Vieques, PR.

5807.    Brenda Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Kahleem Davis-Rivera (ECN 4213).

5808.    Ana Adam-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Aisha Ramos-Adams (ECN 4239).

5809.    Jody Melton-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Keiram Acevedo-Melton (ECN 4240).

5810.    Brunilda Figueroa-Rosa (ECN 4241) is an adult resident citizen of Vieques, PR.

5811.    Wilberto Cruz-Ayala (ECN 4242) is an adult resident citizen of Vieques, PR.

5812.    Raul Belardo-Encarnacion (ECN 4243) is an adult resident citizen of Vieques, PR.

5813.    Anna Ventura-Santana, an adult resident citizen of Vieques, PR, on behalf of minor child Gieon Morales-Torres (ECN 4244).

5814.    Lilymarie Marin-Ramos (ECN 4245) is an adult resident citizen of Vieques, PR.

5815.    Somara Cotto-Garcia (ECN 4246) is an adult resident citizen of Vieques, PR.

5816.    Dimas Torres-Quinones (ECN 4247) is an adult resident citizen of Vieques, PR.

5817.    Orlando Garcia-Corcino (ECN 4248) is an adult resident citizen of Vieques, PR.

5818.    Jesmarie Saldana-Olivencia (ECN 4249) is an adult resident citizen of Vieques, PR.

5819.    Elizabeth Olivencia-Pimentel, an adult resident citizen of Vieques, PR, on behalf of minor child Dalisa Saldana-Olivencia (ECN 4250).

5820.    Demencia Rosa-Gomez, an adult resident citizen of Vieques, PR, on behalf of minor child Reynaldo Perez-Roldan (ECN 4251).

5821.    Demencia Rosa-Gomez, an adult resident citizen of Vieques, PR, on behalf of minor child Raymond Perez-Roldan (ECN 4252).

5822.    Rigoberto Perez-De Jesus (ECN 4253) is an adult resident citizen of Vieques, PR.

5823.    Ana Guiterrez-Guadalupe, an adult resident citizen of Vieques, PR, on behalf of minor child Nara Rodriguez-Gutierrez (ECN 4254).

5824.    Noemi Alvarez-Lopez (ECN 4255) is an adult resident citizen of Vieques, PR.

5825.    Elbia Fernandez-Cruz (ECN 4256) is an adult resident citizen of Vieques, PR.

5826.    Jorge Huertas-Perez (ECN 4257) is an adult resident citizen of Vieques, PR.

5827.    Iluminada Ramos-Estien (ECN 4258) is an adult resident citizen of Vieques, PR.

5828.    Gabriel Cordero-Perez (ECN 4259) is an adult resident citizen of Vieques, PR.

5829.    Manuel Garcia-De Jesus (ECN 4260) is an adult resident citizen of Vieques, PR.

5830.    Jose Acosta-Martinez (ECN 4261) is an adult resident citizen of Vieques, PR.

5831.    Nilsa Acevedo-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Acosta-Acevedo (ECN 4262).

5832.    Jessica Cabesudo-Colon (ECN 4263) is an adult resident citizen of Vieques, PR.

5833.    Dilywanh Rosa-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Marcos Vega-Rosa (ECN 4264).

5834.    Dilywamh Rosa-Rivera (ECN 4265) is an adult resident citizen of Vieques, PR.

5835.    Dilywamh Rosa-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Vega-Rosa (ECN 4266).

5836.    Nelida Torres-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Nelitza Perez-Cruz (ECN 4267).

5837.    Sylvia Martinez-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Yarima Acevedo-Torres (ECN 4269).

5838.    Emmanuel Cruz-Torres (ECN 4270) is an adult resident citizen of Vieques, PR.

5839.    Sylvia Martinez-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Shalimar Soto-Torres (ECN 4271).

5840.    Nelida Cruz-Torres (ECN 4272) is an adult resident citizen of Vieques, PR.

5841.    Juan Guishard-Cecilio (ECN 4273) is an adult resident citizen of Vieques, PR.

5842.    Arlene Torres-Acevedo, an adult resident citizen of Vieques, PR, on behalf of minor child Charlene Silva-Acevedo (ECN 4274).

5843.    Pedro Morales-Ventura, III (ECN 4415) is an adult resident citizen of Vieques, PR.

5844.    Anna Ventura-Santana, an adult resident citizen of Vieques, PR, on behalf of minor child Yoliana Morales-Ventura (ECN 4416).

5845.    Anna Ventura-Santana, an adult resident citizen of Vieques, PR, on behalf of minor child Erick Morales-Ventura (ECN 4417).

5846.    Saraih Carrasquillo-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Edgar Velez-Carrasquillo (ECN 4431).

5847.    Marcelino Cruz-Carrasquillo (ECN 4432) is an adult resident citizen of Vieques, PR.

5848.      Griselle Cruz-Christian (ECN 4433) is an adult resident citizen of Vieques, PR.

5849.      Griselle Cruz-Christian, an adult resident citizen of Vieques, PR, on behalf of minor child Malik Carrasquillo-Cruz (ECN 4434).

5850.      Nastor Carrasquillo-Morales (ECN 4435) is an adult resident citizen of Vieques, PR.

5851.      Griselle Cruz-Christian, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Karlos Rodriguez-Cruz (ECN 4436).

5852.      Aurelio Rosa-Perez (ECN 4437) is an adult resident citizen of Vieques, PR.

5853.      Johanna Velez-Cruz (ECN 4438) is an adult resident citizen of Vieques, PR.

5854.      Jose Velez-Cruz (ECN 4439) is an adult resident citizen of Vieques, PR.

5855.      Alberto Sanchez-Morales (ECN 4440) is an adult resident citizen of Vieques, PR.

5856.      Gregoria Maldonado-Rosa (ECN 4441) is an adult resident citizen of Vieques, PR.

5857.      Efrain Garcia-Gonzalez (ECN 4442) is an adult resident citizen of Vieques, PR.

5858.      Sharina Guzman-Miclat, an adult resident citizen of Vieques, PR, on behalf of minor child Kalia Cruz-Guzman (ECN 4443).

5859.      Walkiria Cruz-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Ytalish Delerme-Cruz (ECN 4444).

5860.      Victor Carrasquillo-Vejerano (ECN 4445) is an adult resident citizen of Vieques, PR.

5861.      Diana Ruiz-Garcia (ECN 4446) is an adult resident citizen of Vieques, PR.

5862.      Waldemar Velilla-Perez (ECN 4447) is an adult resident citizen of Vieques, PR.

5863.      Waldemar Velilla-Zayas (ECN 4448) is an adult resident citizen of Vieques, PR.

5864.    Ramshar Rodriguez-Torres (ECN 4449) is an adult resident citizen of Vieques, PR.

5865.    Luz Rosa-Camacho (ECN 4450) is an adult resident citizen of Vieques, PR.

5866.    Norca Solis-Rivera (ECN 4451) is an adult resident citizen of Vieques, PR.

5867.    Marilyn Lopez-Parrilla (ECN 4452) is an adult resident citizen of Vieques, PR.

5868.    Yasheira Porfil-Suarez (ECN 4453) is an adult resident citizen of Vieques, PR.

5869.    Yasheira Profil-Suarez, an adult resident citizen of Vieques, PR, on behalf of minor child Yeika Morales-Porfil (ECN 4454).

5870.    Armando Cruz-Felix, an adult resident citizen of Vieques, PR, on behalf of minor child River Cruz-Alonzo (ECN 4455).

5871.    Jormarie Acevedo-Torres (ECN 4456) is an adult resident citizen of Vieques, PR.

5872.    Jose Feliciano-DeJesus (ECN 4457) is an adult resident citizen of Vieques, PR.

5873.    Sulmarie Perez-Martinez (ECN 4458) is an adult resident citizen of Vieques, PR.

5874.    Rolando Garcia-Gerena, an adult resident citizen of Vieques, PR, on behalf of minor child Edgardo Torres-Ruiz (ECN 4459).

5875.    Dina Torres-Sanes (ECN 4460) is an adult resident citizen of Vieques, PR.

5876.    Wilkin Lopez-Vazquez (ECN 4461) is an adult resident citizen of Vieques, PR.

5877.    Pedro Melendez-Torres (ECN 4462) is an adult resident citizen of Vieques, PR.

5878.    Joannalee Maldonado-Lopez (ECN 4463) is an adult resident citizen of Vieques, PR.

5879.    Daniel Gerena-Navarro (ECN 4464) is an adult resident citizen of Vieques, PR.

5880.    Maribel Ilarraza-Cruz (ECN 4465) is an adult resident citizen of Vieques, PR.

5881.    Carlos Navarro-Bonano (ECN 4466) is an adult resident citizen of Vieques, PR.

5882.     Nehemias Velazquez-Rijos (ECN 4467) is an adult resident citizen of Vieques, PR.

5883.     Saraih Carrasquillo-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Rodriguez-Carrasquillo (ECN 4468.

5884.     Ceciah Caraballo-Torres (ECN 4581) is an adult resident citizen of Vieques, PR.

5885.     Abajomy Alvarez-Parrilla (ECN 4582) is an adult resident citizen of Vieques, PR.

5886.     Sulma Martinez-Molina, an adult resident citizen of Vieques, PR, on behalf of minor child Adalberto Perez-Martinez (ECN 4583).

5887.     Sulma Martinez-Molina, an adult resident citizen of Vieques, PR, on behalf of minor child Raysa Perez-Martinez (ECN 4584).

5888.     Jose Robles-Legrand (ECN 4585) is an adult resident citizen of Vieques, PR.

5889.     Elia Martinez-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Cruz-Martinez (ECN 4586).

5890.     Lisette Ortiz-Torres (ECN 4587) is an adult resident citizen of Vieques, PR.

5891.     Lissette Ortiz-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Legrand-Ortiz (ECN 4588).

5892.     Jafet Legrand-Ortiz (ECN 4589) is an adult resident citizen of Vieques, PR.

5893.     Pascasio Legrand-Delgado (ECN 4590) is an adult resident citizen of Vieques, PR.

5894.     Rosa Rivera-Perez (ECN 4591) is an adult resident citizen of Vieques, PR.

5895.     Angel Medina-Serrano (ECN 4592) is an adult resident citizen of Vieques, PR.

5896.     Natasha Belardo-Nicholson, an adult resident citizen of Vieques, PR, on behalf of minor child Deyaneira Perez-Belardo (ECN 4593).

5897.    Natasha Belardo-Nicholson (ECN 4594) is an adult resident citizen of Vieques, PR.

5898.    Natasha Belardo-Nicholson, an adult resident citizen of Vieques, PR, on behalf of minor child Keishla Perez-Belardo (ECN 4595).

5899.    Juan Perez (ECN 4596) is an adult resident citizen of Vieques, PR.

5900.    Rolando Garcia-Gerena (ECN 4597) is an adult resident citizen of Vieques, PR.

5901.    Diana Ruiz Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Ashleyris Torres-Ruiz (ECN 4598).

5902.    Irvin Mercado-Gonzalez (ECN 4599) is an adult resident citizen of Vieques, PR.

5903.    Adam Van Iwaarden-Heersink (ECN 4600) is an adult resident citizen of Vieques, PR.

5904.    Jose Munoz-Serrano (ECN 4601) is an adult resident citizen of Vieques, PR.

5905.    Rosa Correa-Santos (ECN 4602) is an adult resident citizen of Vieques, PR.

5906.    Maribel Ilarraza-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Wanda Torres-Ilarraza (ECN 4603).

5907.    Maribel Ilarraza-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Zulinette Perez-Ilarraza (ECN 4604).

5908.    Saraih Carrasquillo-Santos (ECN 4605) is an adult resident citizen of Vieques, PR.

5909.    Naila Guzman-Rivera (ECN 4606) is an adult resident citizen of Vieques, PR.

5910.    Ada Romero Ilarraza, an adult resident citizen of Vieques, PR, on behalf of minor child Anthony Acevedo-Romero (ECN 4607).

5911.    Edwin Navarro-Avillan (ECN 4608) is an adult resident citizen of Vieques, PR.

5912.    Alvy Acevedo-Cruz (ECN 4610) is an adult resident citizen of Vieques, PR.

5913.    Jeannette Ramos-Rivas, an adult resident citizen of Vieques, PR, on behalf of
minor child Janet Felix-Ramos (ECN 4611).

5914.    Victor Ayala-Salgado (ECN 4612) is an adult resident citizen of Vieques, PR.

5915.    Miguel Avila-Martinez (ECN 4613) is an adult resident citizen of Vieques, PR.

5916.    Maria Lopez-Osorio (ECN 4614) is an adult resident citizen of Vieques, PR.

5917.    Juan Rivera-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor
child Shanelis Rivea-Soto (ECN 4615).

5918.    Nilsa Cruz-Rivera (ECN 4616) is an adult resident citizen of Vieques, PR.

5919.    Carmen Carmona-Fontanez (ECN 4617) is an adult resident citizen of
Jacksonville, FL.

5920.    Gerardo Perez-Acevedo, an adult resident citizen of Jacksonville, FL, on behalf of
minor child Jan Fontanez-Perez (ECN 4618).

5921.    Gerardo Perez-Acevedo, an adult resident citizen of Jacksonville, FL, on behalf of
minor child Jonathan Fontanez-Perez (ECN 4619).

5922.    Eida Roldan-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor
child Mirelis Roldan-Garcia (ECN 4620).

5923.    Jorge Nales-Rodriguez (ECN 4621) is an adult resident citizen of Vieques, PR.

5924.    Maria Tapia-Franco, an adult resident citizen of Vieques, PR, on behalf of minor
child Danidsha Ayala-Aloyo (ECN 4622).

5925.    Eladia Serrano-Ramirez (ECN 4623) is an adult resident citizen of Vieques, PR.

5926.    Brenda Rodriguez-Carrasquillo (ECN 4801) is an adult resident citizen of
Vieques, PR.

5927.    Eulogio Ayala-Ayala (ECN 4802) is an adult resident citizen of Vieques, PR.

5928.    Milagros Serrano-Gonzalez (ECN 4803) is an adult resident citizen of Vieques, PR.

5929.    Carmen Ilarraza-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Emilio Cruz-Ilarraza (ECN 4804).

5930.    Sonia Ortiz-Torres (ECN 4805) is an adult resident citizen of Mt. Dora, FL.

5931.    Jodie Allspach-Lovett (ECN 4806) is an adult resident citizen of Mt. Dora, FL.

5932.    Andres Bermudez-Ortiz (ECN 4807) is an adult resident citizen of Vieques, PR.

5933.    Julia Velez-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Javier Corcino-Cruz (ECN 4808).

5934.    Carlos Morales-Avila (ECN 4809) is an adult resident citizen of Vieques, PR.

5935.    Zulemie Perez-Perez (ECN 4810) is an adult resident citizen of Vieques, PR.

5936.    Eladio Acosta-Mojica (ECN 4811) is an adult resident citizen of Vieques, PR.

5937.    Yarelis Santana-Carrasquillo (ECN 4812) is an adult resident citizen of Vieques, PR.

5938.    Ruben Santana-Perez (ECN 4813) is an adult resident citizen of Vieques, PR.

5939.    Yarelis Santana-Carrasquillo, an adult resident citizen of Vieques, PR, on behalf of minor child Waleska Carrasquillo-Santana (ECN 4814).

5940.    Camille Ortiz-Torres (ECN 4815) is an adult resident citizen of Callaway, NE.

5941.    Jessdenia Penzort-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Cristian Lopez-Penzort (ECN 4817).

5942.    Veronica Hernandez-Navarro (ECN 4818) is an adult resident citizen of Vieques, PR.

5943.    Sylkia Rodriguez-Munet, an adult resident citizen of Vieques, PR, on behalf of minor child Bianca Garcia (ECN 4819).

5944.    Julie Monell-Mulero (ECN 4820) is an adult resident citizen of Vieques, PR.

5945.    Juan Cintron-Giraud (ECN 4821) is an adult resident citizen of Vieques, PR.

5946.    Carlos Bermudez-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Abdel Bermudez-de Leon (ECN 4822).

5947.    Juan Santiago-Bermudez (ECN 4823) is an adult resident citizen of Vieques, PR.

5948.    Yoralma Nales-Rodriguez (ECN 4824) is an adult resident citizen of Vieques, PR.

5949.    Andres Gonzalez-Garcia (ECN 4825) is an adult resident citizen of Vieques, PR.

5950.    Kaara Bermudez-de Leon (ECN 4826) is an adult resident citizen of Vieques, PR.

5951.    Brenda Carrasquillo-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Dieppa-Rodriguez (ECN 4827).

5952.    Somara Cotto-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Lizmaria Valdez-Cotto (ECN 4828).

5953.    Edith Rivera-Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Yuixa Marie Perez-Rivera (ECN 4834).

5954.    Margarita Sabala-Alcantara, an adult resident citizen of Vieques, PR, on behalf of minor child Cleyvi Luciano-Alcantara (ECN 4836).

5955.    Waldemar Felix-Gonzales (ECN 4837) is an adult resident citizen of Vieques, PR.

5956.    Gilberto Carrasquillo-Roldan (ECN 4838) is an adult resident citizen of Vieques, PR.

5957.    Julia Legrand-Delgado (ECN 4839) is an adult resident citizen of Vieques, PR.

5958.    Luis Rosa-Torres (ECN 4840) is an adult resident citizen of Vieques, PR.

5959.    Luz Santos-Osorio (ECN 4841) is an adult resident citizen of Vieques, PR.

5960.    Maria Perez-Cruz (ECN 4842) is an adult resident citizen of Vieques, PR.

5961.    Pablo Camacho-Diaz (ECN 4843) is an adult resident citizen of Vieques, PR.

5962.    Reynaldo Camacho-Ayala (ECN 4844) is an adult resident citizen of Vieques, PR.

5963.    Pedro Camacho-Ayala (ECN 4845) is an adult resident citizen of Vieques, PR.

5964.    Jean Gonzalez-Escobar (ECN 4846) is an adult resident citizen of Vieques, PR.

5965.    Lucia Acevedo-Velazquez (ECN 4848) is an adult resident citizen of Vieques, PR.

5966.    Emilia Santiago-Legrand (ECN 4849) is an adult resident citizen of Vieques, PR.

5967.    Marie Serrano-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Diakalee Lebron-Serrano (ECN 4850).

5968.    Maria Serrano-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Francisco Nunez-Serrano (ECN 4851).

5969.    Ivonne Melendez-Ortiz (ECN 4852) is an adult resident citizen of Vieques, PR.

5970.    Xiomara Delgado-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Jason Santiago-Delgado (ECN 4853).

5971.    Juan Ayala-Perez (ECN 4854) is an adult resident citizen of Vieques, PR.

5972.    Sylvia Sanchez-Santiago (ECN 4855) is an adult resident citizen of Vieques, PR.

5973.    Mirla Rodriguez-Navarro (ECN 4856) is an adult resident citizen of Vieques, PR.

5974.    Angel Marquez-Torres (ECN 4857) is an adult resident citizen of Vieques, PR.

5975.    Maria Perez-Velazquez (ECN 4858) is an adult resident citizen of Vieques, PR.

5976.    Maria Perez-Velazquez, an adult resident citizen of Vieques, PR, on behalf of minor child Joseph Perez- (ECN 4859).

5977.    Jose Perez-Perez (ECN 4860) is an adult resident citizen of Vieques, PR.

5978.    Carlos Camacho-Ayala (ECN 4861) is an adult resident citizen of Vieques, PR.

5979.    Jessenia Penzort-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Lizmarie Rodriguez-Penzort (ECN 4862).

5980.    Marilyn Ayala-Camacho (ECN 4863) is an adult resident citizen of Vieques, PR.

5981.    Dina Garcia-Franco, an adult resident citizen of Vieques, PR, on behalf of minor child Ashley Monell-Garcia (ECN 4864).

5982.    Ana Felix-Vazquez (ECN 4865) is an adult resident citizen of Vieques, PR.

5983.    Eloisa Martinez-Ramirez (ECN 4866) is an adult resident citizen of Vieques, PR.

5984.    Eloisa Martinez-Ramirez, an adult resident citizen of Vieques, PR, on behalf of minor child Lester Velazquez (ECN 4867).

5985.    Eloisa Martinez-Ramirez, an adult resident citizen of Vieques, PR, on behalf of minor child Hilda Velazquez-Martinez (ECN 4868).

5986.    Eloisa Martinez-Ramirez, an adult resident citizen of Vieques, PR, on behalf of minor child Billy Velazquez-Martinez (ECN 4869).

5987.    Carlos Navarro-Cruz (ECN 4870) is an adult resident citizen of Vieques, PR.

5988.    Luis Ayala-Cecilio (ECN 4871) is an adult resident citizen of Vieques, PR.

5989.    Joselito Ayala-Cecilio (ECN 4872) is an adult resident citizen of Vieques, PR.

5990.    Ruth Ayala-Cecilio (ECN 4873) is an adult resident citizen of Vieques, PR.

5991.    Julio Ayala-Cecilio (ECN 4874) is an adult resident citizen of Vieques, PR.

5992.    Johanna Ayala-Cecilio (ECN 4875) is an adult resident citizen of Vieques, PR.

5993.    Brunilda Comas-Castillo (ECN 4876) is an adult resident citizen of Vieques, PR.

5994.    Marianel Ventura-Comas, an adult resident citizen of Vieques, PR, on behalf of minor child Edwin Robles-Ventura (ECN 4877).

5995.    Edwin Robles-Quinones (ECN 4878) is an adult resident citizen of Vieques, PR.

5996.    Carlos Velazquez-Ventura (ECN 4879) is an adult resident citizen of Vieques, PR.

5997.    Enilda Velazquez-Ventura (ECN 4880) is an adult resident citizen of Vieques, PR.

5998.    Marianela Ventura-Comas (ECN 4881) is an adult resident citizen of Vieques, PR.

5999.    Marianela Ventura Comas, an adult resident citizen of Vieques, PR, on behalf of minor child Yamilet Robles-Ventura (ECN 4882).

6000.    Merary Herrera-Santos (ECN 4883) is an adult resident citizen of Vieques, PR.

6001.    Nora Osorio-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Santiago-Osorio (ECN 4884).

6002.    Olga Rodriguez-Ramos (ECN 4885) is an adult resident citizen of Vieques, PR.

6003.    Olga Rodriguez-Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Henry Axtmayer-Rodriguez (ECN 4886).

6004.    Wilfredo Santiago-Gerena (ECN 4887) is an adult resident citizen of Vieques, PR.

6005.    Liana Tirado-Ayala (ECN 4888) is an adult resident citizen of Vieques, PR.

6006.    Elizabeth Maldonado-Perez (ECN 4889) is an adult resident citizen of Vieques, PR.

6007.     Maria Santos-Alvarado, an adult resident citizen of Vieques, PR, on behalf of minor child John Guerra-Santos (ECN 4890).

6008.     Anibal Carmona-Cruz (ECN 4891) is an adult resident citizen of Vieques, PR.

6009.     Julio Becerril-Gonzalez (ECN 4892) is an adult resident citizen of Vieques, PR.

6010.     Angela Parrilla-Matta (ECN 4893) is an adult resident citizen of Vieques, PR.

6011.     Gabriel Abreu-Santiago (ECN 4894) is an adult resident citizen of Vieques, PR.

6012.     Carmen Felix-Rosario (ECN 4895) is an adult resident citizen of Vieques, PR.

6013.     Antonio Cruz-Melendez (ECN 4896) is an adult resident citizen of Vieques, PR.

6014.     Meraris Cordero-Gomez, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Velazquez-Cordero (ECN 4897).

6015.     Meraris Cordero-Gomez (ECN 4898) is an adult resident citizen of Vieques, PR.

6016.     Meraris Cordero-Gomez, an adult resident citizen of Vieques, PR, on behalf of minor child Jadira Velazquez-Cordero (ECN 4899).

6017.     Meraris Cordero-Gomez, an adult resident citizen of Vieques, PR, on behalf of minor child Jaleishka Velazquez-Cordero (ECN 4900).

6018.     Jackeline Rodriguez (ECN 4901) is an adult resident citizen of Vieques, PR.

6019.     David Encarnacion-Saldana (ECN 4902) is an adult resident citizen of Vieques, PR.

6020.     Aivy Ortiz-Torres (ECN 4903) is an adult resident citizen of Ponce, PR.

6021.     Luis Melendez-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Yihana Melendez-Alejandro (ECN 4904).

6022.     Joaquin Ayala-Melendez (ECN 4905) is an adult resident citizen of Vieques, PR.

6023.     Ana Vega-Lugo (ECN 4906) is an adult resident citizen of Vieques, PR.

6024.    Glenda Santana-Carrasquillo, an adult resident citizen of Vieques, PR, on behalf of minor child Januel Cruz-Santana (ECN 4907).

6025.    Angel Cruz-Navarro (ECN 4908) is an adult resident citizen of Vieques, PR.

6026.    Omayra Serrano-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Christian Acosta-Serrano (ECN 4909).

6027.    Omayra Serrano-Soto (ECN 4910) is an adult resident citizen of Vieques, PR.

6028.    Omayra Serrano-Soto, an adult resident citizen of Vieques, PR, on behalf of minor child Dilka Acosta-Serrano (ECN 4911).

6029.    Celestino Otero-Rijos (ECN 4912) is an adult resident citizen of Vieques, PR.

6030.    Luisa Ortiz-Torres (ECN 4913) is an adult resident citizen of Montgomery, AL.

6031.    Nydia Feliciano-Santos (ECN 4914) is an adult resident citizen of Vieques, PR.

6032.    Mirla Rodriguez-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Daysha de Jesus-Rodriguez (ECN 4915).

6033.    George Moringlanes-Tomasco (ECN 4916) is an adult resident citizen of Vieques, PR.

6034.    Brenda Molina-Matos, an adult resident citizen of Vieques, PR, on behalf of minor child Alysa Agosto-Molina (ECN 4917).

6035.    Eudes Mercado-Amadeo (ECN 4918) is an adult resident citizen of Vieques, PR.

6036.    Luz Garcia-Figueroa (ECN 4919) is an adult resident citizen of Vieques, PR.

6037.    Luz Garcia-Figueroa, an adult resident citizen of Vieques, PR, on behalf of minor child Aylin Mercado-Garcia (ECN 4920).

6038.    Luz Garcia-Figueroa, an adult resident citizen of Vieques, PR, on behalf of minor child Eudes Mercado-Garcia (ECN 4921).

6039.    Onedys Osorio-Melendez (ECN 4922) is an adult resident citizen of Vieques, PR.

6040.    Jose Williams (ECN 4923) is an adult resident citizen of Vieques, PR.

6041.    Maritza Martinez-Molina (ECN 4924) is an adult resident citizen of Vieques, PR.

6042.    Magdalena Molina-Cedeno, an adult resident citizen of Vieques, PR, on behalf of
minor child Jenniffer Martinez-Molina (ECN 4925).

6043.    Magdalena Molina-Cedeno (ECN 4926) is an adult resident citizen of Vieques,
PR.

6044.    Luz Cabret-Sanes (ECN 4927) is an adult resident citizen of Vieques, PR.

6045.    Julio Pujols-Girald (ECN 4928) is an adult resident citizen of Vieques, PR.

6046.    Maria Rios-Simmons (ECN 4929) is an adult resident citizen of Vieques, PR.

6047.    Julie Paruolo-Rios (ECN 4930) is an adult resident citizen of Vieques, PR.

6048.    Juan Perez-Perez (ECN 4931) is an adult resident citizen of Vieques, PR.

6049.    Itza Perez-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor
child Ichmael Boulogne-Perez (ECN 4932).

6050.    Jonathan Cordero-Cruz (ECN 4933) is an adult resident citizen of Vieques, PR.

6051.    Daysy Cruz-Christian (ECN 4934) is an adult resident citizen of Vieques, PR.

6052.    Daysy Cruz-Christian, an adult resident citizen of Vieques, PR, on behalf of
minor child Gabriella Cruz-Christian (ECN 4935).

6053.    Daysy Cruz-Christian, an adult resident citizen of Vieques, PR, on behalf of
minor child Nelidith Rivera-Cruz (ECN 4936).

6054.    Wilma Olmedo-Rivera, an adult resident citizen of Vieques, PR, on behalf of
minor child Iris Torres-Olmedo (ECN 4937).

6055.    Wilma Olmedo-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Edgardo Olmedo (ECN 4938).

6056.    Wilma Olmedo-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Nelson Torres-Olmedo (ECN 4939).

6057.    Carlos Barreras-Nieves, an adult resident citizen of Vieques, PR, on behalf of minor child Ydiaziry Barreras-Belford (ECN 4940).

6058.    Carmen Rosa-Acosta (ECN 4941) is an adult resident citizen of Gainesville, FL.

6059.    Irasemia Rivera-Acosta (ECN 4942) is an adult resident citizen of Vieques, PR.

6060.    Javier Torres-Acevedo (ECN 4943) is an adult resident citizen of Vieques, PR.

6061.    Angel Torres-Cruz (ECN 4944) is an adult resident citizen of Vieques, PR.

6062.    Angie Robinson-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Torres-Robinson (ECN 4945).

6063.    Angie Robinson-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Rashell Torres-Robinson (ECN 4946).

6064.    Emanuel Melendez-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Yaset Melendez-Miranda (ECN 4947).

6065.    Emanuel Melendez-Rivera (ECN 4948) is an adult resident citizen of Vieques, PR.

6066.    Wilmer Melendez-Rivera (ECN 4949) is an adult resident citizen of Vieques, PR.

6067.    Maria Rivera-Ilarraza (ECN 4950) is an adult resident citizen of Vieques, PR.

6068.    Hiram Melendez-Serrano (ECN 4951) is an adult resident citizen of Vieques, PR.

6069.    Lydia Serrano-Amaro (ECN 4952) is an adult resident citizen of Vieques, PR.

6070.     Hector Melendez-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Gladirah Melendez-Perez (ECN 4953).

6071.     Hector Melendez-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Francheska Melendez-Perez (ECN 4954).

6072.     Hector Melendez-Serrano (ECN 4955) is an adult resident citizen of Vieques, PR.

6073.     Gladys Perez-Robles (ECN 4956) is an adult resident citizen of Vieques, PR.

6074.     Haydee Gonzalez-Garcia (ECN 4957) is an adult resident citizen of Vieques, PR.

6075.     Leila Bermudez-Gonzalez (ECN 4958) is an adult resident citizen of Vieques, PR.

6076.     Leila Bermudez, an adult resident citizen of Vieques, PR, on behalf of minor child Gibran Caraballo-Bermudez (ECN 4959).

6077.     Aristides Romero-Carrasquillo (ECN 4961) is an adult resident citizen of Vieques, PR.

6078.     Elisa Guerra-Navedo, an adult resident citizen of Vieques, PR, on behalf of minor child Ramsel Morales-Guerra (ECN 4962).

6079.     Anastacio Sanchez-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Sanchez-Santos (ECN 4963).

6080.     Ivon Sanchez-Santos (ECN 4964) is an adult resident citizen of Vieques, PR.

6081.     Nelivys Sanchez-Santos (ECN 4965) is an adult resident citizen of Vieques, PR.

6082.     Anastacio Sanchez-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Glenda Sanchez-Santos (ECN 4966).

6083.     Cesar Abreu-Santiago (ECN 4970) is an adult resident citizen of Vieques, PR.

6084.     Norma Abreu-Santiago (ECN 4971) is an adult resident citizen of Vieques, PR.

6085.     Jose Osorio-Santiago (ECN 4972) is an adult resident citizen of Vieques, PR.

6086.    Katiria Cotto-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Antony Parrilla-Cotto (ECN 4973).

6087.    Elisa Colon-Esperanza (ECN 4974) is an adult resident citizen of Vieques, PR.

6088.    Wigberto Melendez-Rivera (ECN 4975) is an adult resident citizen of Vieques, PR.

6089.    Francisco Melendez-Rivera (ECN 4976) is an adult resident citizen of Vieques, PR.

6090.    Sol Miranda-Carmona (ECN 4977) is an adult resident citizen of Vieques, PR.

6091.    Tania Cruz-Morales (ECN 4978) is an adult resident citizen of Vieques, PR.

6092.    Delisa Miro-Pereira (ECN 4979) is an adult resident citizen of Vieques, PR.

6093.    Axel Rivera-Cintron (ECN 4980) is an adult resident citizen of Vieques, PR.

6094.    Severino Encarnacion-Osorio (ECN 4981) is an adult resident citizen of Vieques, PR.

6095.    Juanita Perez-Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Yashira Garcia-Perez (ECN 4982).

6096.    Andres Rosario-Santiago (ECN 4983) is an adult resident citizen of Vieques, PR.

6097.    Nativette Carmona-Quinonez (ECN 4984) is an adult resident citizen of Vieques, PR.

6098.    Laura Quinonez-Pimentel (ECN 4985) is an adult resident citizen of Vieques, PR.

6099.    Yesenia Rosa-Rodriguez (ECN 4986) is an adult resident citizen of Vieques, PR.

6100.    Alfredo Rosa-Santiago (ECN 4987) is an adult resident citizen of Vieques, PR.

6101.    Olga Rodriguez-Santana, an adult resident citizen of Vieques, PR, on behalf of minor child Yadisha Rosa-Rodriguez (ECN 4988).

6102.    Deudedis Abreu-Santiago (ECN 4989) is an adult resident citizen of Vieques, PR.

6103.    Olga Rodriguez-Santan, an adult resident citizen of Vieques, PR, on behalf of minor child Alfredo Rosa-Rodriguez, Jr. (ECN 4990).

6104.    Luis Ayala-Perez (ECN 4991) is an adult resident citizen of Vieques, PR.

6105.    Mariela Perez-Roman, an adult resident citizen of Vieques, PR, on behalf of minor child Christian Molina-Perez (ECN 4992).

6106.    Ivelisse Perez-Acevedo, an adult resident citizen of Vieques, PR, on behalf of minor child Gabriel Torres-Perez (ECN 4993).

6107.    Juanita Perez-Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Paula Garcia-Perez (ECN 4994).

6108.    Raymond Acevedo-Garcia (ECN 4995) is an adult resident citizen of Vieques, PR.

6109.    Ana Ilarraza-Cruz (ECN 4997) is an adult resident citizen of Vieques, PR.

6110.    Eliezer Cordero-Gomez, an adult resident citizen of Vieques, PR, on behalf of minor child Wilfred Corder-Feliciano (ECN 4998).

6111.    Eliezer Cordero-Gomez (ECN 4999) is an adult resident citizen of Vieques, PR.

6112.    Andre Molina-Nales (ECN 5000) is an adult resident citizen of Vieques, PR.

6113.    Jesus Rivera-Rosa (ECN 5001) is an adult resident citizen of Vieques, PR.

6114.    Evelis Boulogne-Santos (ECN 5002) is an adult resident citizen of Vieques, PR.

6115.    Daniel Vega-Garcia (ECN 5004) is an adult resident citizen of Vieques, PR.

6116.    Lillian Osorio-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Oscar Arsinzoni-Osorio (ECN 5005).

6117.    Orlando Vega-Garcia (ECN 5006) is an adult resident citizen of Vieques, PR.

6118.    Antonio Mercado-Garcia (ECN 5007) is an adult resident citizen of Vieques, PR.

6119.    Amelia Perez-Fernandez (ECN 5008) is an adult resident citizen of Vieques, PR.

6120.    Arnaldo Garcia-Silvestre (ECN 5009) is an adult resident citizen of Vieques, PR.

6121.    Roberto Nieves-Zayas (ECN 5010) is an adult resident citizen of Vieques, PR.

6122.    Olga Zayas-de Leon (ECN 5011) is an adult resident citizen of Vieques, PR.

6123.    Roberto Nieves-Gomez (ECN 5012) is an adult resident citizen of Vieques, PR.

6124.    Luzaida Ortiz-Encarnacion, an adult resident citizen of Vieques, PR, on behalf of minor child Jeremy Portela-Ortiz (ECN 5013).

6125.    Astacio Caraballo-Serrano (ECN 5015) is an adult resident citizen of Vieques, PR.

6126.    Yarelis Rosario-Reyes, an adult resident citizen of Vieques, PR, on behalf of minor child Yanelis Ortiz-Reyes (ECN 5016).

6127.    Luis Ortiz-Torres (ECN 5018) is an adult resident citizen of Vieques, PR.

6128.    Diana Rivera-Lopez (ECN 5019) is an adult resident citizen of Vieques, PR.

6129.    Samuel Felix-Salgado, Jr. (ECN 5020) is an adult resident citizen of Vieques, PR.

6130.    Maria Ortiz-Casillas, an adult resident citizen of Vieques, PR, on behalf of minor child Pedro Encarnacion-Casillas (ECN 5021).

6131.    Carmen Cruz-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Betzaida Lao-Sanes (ECN 5022).

6132.    Luis Rivera-Maldonado, an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Rivera-Escobar (ECN 5024).

6133.    Claribel Vega-Alvarez (ECN 5025) is an adult resident citizen of Vieques, PR.

6134.    Israel Ayala-Ramos (ECN 5026) is an adult resident citizen of Vieques, PR.

6135.     Adrienne Maldonado-Brache (ECN 5027) is an adult resident citizen of Vieques, PR.

6136.     Noemi Melendez-Bonano, an adult resident citizen of Vieques, PR, on behalf of minor child Ibelmari Padro-Melendez (ECN 5028).

6137.     Jessica Zayas-Landrum (ECN 5029) is an adult resident citizen of Vieques, PR.

6138.     Jorge Acevedo-Torres (ECN 5030) is an adult resident citizen of Vieques, PR.

6139.     Carmen Cruz-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Jackelyn Lao-Sanes (ECN 5031).

6140.     Carmen Cruz-Hernandez, an adult resident citizen of Vieques, PR, on behalf of minor child Carmen Lao-Sanes (ECN 5032).

6141.     Jean Migueles-Mercado (ECN 5033) is an adult resident citizen of Vieques, PR.

6142.     Eliasib Utreras-Mercado (ECN 5034) is an adult resident citizen of Vieques, PR.

6143.     Emmanuel Utreras-Mercado (ECN 5036) is an adult resident citizen of Vieques, PR.

6144.     Colleen McNamara-Allen (ECN 5037) is an adult resident citizen of Vieques, PR.

6145.     Noemi Melendez-Bonano (ECN 5038) is an adult resident citizen of Vieques, PR.

6146.     David Ramirez-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Yanelis Ramirez-Quinones (ECN 5039).

6147.     David Ramirez-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Ramirez-Quinones (ECN 5040).

6148.     David Ramirez-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Yamairis Ramirez-Quinones (ECN 5041).

6149.     David Ramirez-Santos (ECN 5042) is an adult resident citizen of Vieques, PR.

6150.    David Ramirez-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Yanisha Ramriez-Quinones (ECN 5043).

6151.    Carlos Velazquez-Rijos (ECN 5044) is an adult resident citizen of Vieques, PR.

6152.    Tomas Rivas-Legrand (ECN 5045) is an adult resident citizen of Vieques, PR.

6153.    Maria Gerena-Molina (ECN 5046) is an adult resident citizen of Vieques, PR.

6154.    Hector Melendez-Rosa (ECN 5047) is an adult resident citizen of Vieques, PR.

6155.    Bartolome Rodriguez-Crispin (ECN 5048) is an adult resident citizen of Chicago, IL.

6156.    Juan Felix-Ramos (ECN 5049) is an adult resident citizen of Vieques, PR.

6157.    Aimee Vargas-Vergeli (ECN 5050) is an adult resident citizen of Vieques, PR.

6158.    Aimee Vargas-Vergeli, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Martines-Vargas (ECN 5051).

6159.    Aimee Vargas-Vergeli, an adult resident citizen of Vieques, PR, on behalf of minor child Rodolfo Martinez-Vargas (ECN 5052).

6160.    Adelaida Martinez-Cadiz, an adult resident citizen of Vieques, PR, on behalf of minor child Shaquille Melendez-Martinez (ECN 5053).

6161.    Mercy Boulogne-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Sharelis Felix-Boulogne (ECN 5054).

6162.    Angel Melendez-Serrano (ECN 5055) is an adult resident citizen of Vieques, PR.

6163.    Adelaida Martinez-Cadiz, an adult resident citizen of Vieques, PR, on behalf of minor child Deyshmarie Melendez-Martinez (ECN 5056).

6164.    Valentin Carrion-Felix (ECN 5057) is an adult resident citizen of Vieques, PR.

6165.    Ana Rosario-Cecilio (ECN 5058) is an adult resident citizen of Vieques, PR.

6166.    Jose Cintron-Torres (ECN 5060) is an adult resident citizen of Vieques, PR.

6167.    Jose Reyes-Mercado (ECN 5061) is an adult resident citizen of Vieques, PR.

6168.    Mariel Rosa-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor
child Ninoshka Cintron-Rosa (ECN 5062).

6169.    Dwight Santiago-Mulero (ECN 5063) is an adult resident citizen of Vieques, PR.

6170.    Morayma Camacho-Cuenca, an adult resident citizen of Vieques, PR, on behalf of
minor child Karelis Oquendo-Camacho (ECN 5064).

6171.    Morayma Camacho-Cuenca (ECN 5065) is an adult resident citizen of Vieques,
PR.

6172.    Luis de Jesus-Carmona (ECN 5066) is an adult resident citizen of Vieques, PR.

6173.    Juanita Osorio-Boulogne, an adult resident citizen of Vieques, PR, on behalf of
minor child Kiara Acevedo-Osorio (ECN 5067).

6174.    Juanita Osorio-Boulogne, an adult resident citizen of Vieques, PR, on behalf of
minor child Kassandra Acevedo-Osorio (ECN 5068).

6175.    Mario Osorio (ECN 5069) is an adult resident citizen of Vieques, PR.

6176.    Juanita Osorio Boulogne, an adult resident citizen of Vieques, PR, on behalf of
minor child Karina Acevedo-Osorio (ECN 5070).

6177.    Juanita Osorio-Boulogne (ECN 5071) is an adult resident citizen of Vieques, PR.

6178.    Hector Silva-Suarez (ECN 5072) is an adult resident citizen of Vieques, PR.

6179.    Lizmar Mojica-Rodriguez (ECN 5073) is an adult resident citizen of Vieques, PR.

6180.    Angel Colon-Bermudez (ECN 5074) is an adult resident citizen of Vieques, PR.

6181.    Gladys Velez-Garcia (ECN 5075) is an adult resident citizen of Vieques, PR.

6182.    Kassandra Castillo-Cruz (ECN 5077) is an adult resident citizen of Vieques, PR.

6183.    Leonor Cruz-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Nicole Castillio-Cruz (ECN 5078).

6184.    Abdiel Perez-Sanes (ECN 5080) is an adult resident citizen of Vieques, PR.

6185.    Laureen Ramos-Fuentes, an adult resident citizen of Vieques, PR, on behalf of minor child Januel Martinez-Ramos (ECN 5081).

6186.    Sara Cruz-Tapia (ECN 5082) is an adult resident citizen of Vieques, PR.

6187.    Noelia Medina-Velazquez (ECN 5083) is an adult resident citizen of Vieques, PR.

6188.    Carmen Robinson-Torres (ECN 5084) is an adult resident citizen of Vieques, PR.

6189.    Carmen Robinson-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Ralddy Camacho-Robinson (ECN 5085).

6190.    Carmen Robinson-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Antonio Camacho-Robinson (ECN 5086).

6191.    Jose Silva-Mitchell, an adult resident citizen of Vieques, PR, on behalf of minor child Emmanuel Silva-Adorno (ECN 5087).

6192.    Viviana Olivencia-Pimentel, an adult resident citizen of Vieques, PR, on behalf of minor child Franchesca Acevedo-Olivencia (ECN 5088).

6193.    Ana Alejandro-Ramos (ECN 5089) is an adult resident citizen of Vieques, PR.

6194.    Maria Santiago-Martinez (ECN 5090) is an adult resident citizen of Vieques, PR.

6195.    Johana Ramirez-Oyola, an adult resident citizen of Vieques, PR, on behalf of minor child Paola Ortiz-Ramirez (ECN 5092).

6196.    Epifanio Perez-Figueroa (ECN 5093) is an adult resident citizen of Vieques, PR.

6197.    Austria Figueroa-Perez (ECN 5094) is an adult resident citizen of Vieques, PR.

6198.    Francisca Perez (ECN 5095) is an adult resident citizen of Vieques, PR.

6199.     Luis Figueroa-Perez (ECN 5096) is an adult resident citizen of Vieques, PR.

6200.     Mayra Lopez-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Karissa Peterson-Lopez (ECN 5097).

6201.     Ana Alejandro Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Melyssa Lopez-Alejandro (ECN 5098).

6202.     Nathanael Velazquez-Santos (ECN 5099) is an adult resident citizen of Vieques, PR.

6203.     Roberto Parrilla-Sanchez (ECN 5100) is an adult resident citizen of Vieques, PR.

6204.     Sonia Osorio-Boulogne (ECN 5101) is an adult resident citizen of Vieques, PR.

6205.     Samuel Encarnacion-Rodriguez (ECN 5102) is an adult resident citizen of Vieques, PR.

6206.     Andres Felix-Ramos (ECN 5103) is an adult resident citizen of Vieques, PR.

6207.     Andres Felix-Ramos, an adult resident citizen of Vieques, PR, on behalf of minor child Jahriana Felix-Cruz (ECN 5104).

6208.     Miguel Encarnacion-Cirilo (ECN 5105) is an adult resident citizen of Vieques, PR.

6209.     Raul Felix-Melendez (ECN 5106) is an adult resident citizen of Vieques, PR.

6210.     Ivan Camacho-de Jesus (ECN 5107) is an adult resident citizen of Vieques, PR.

6211.     Antonio Camacho-de Jesus (ECN 5108) is an adult resident citizen of Vieques, PR.

6212.     Maritza Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Nayda Morales-Sanes (ECN 5109).

6213.     Maritza Sanes-Boulogne (ECN 5110) is an adult resident citizen of Vieques, PR.

6214.    Maritza Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Pablo Morales-Sanes, Jr. (ECN 5111).

6215.    Dayna Hernandez (ECN 5112) is an adult resident citizen of Vieques, PR.

6216.    Vincente Peralta-Martinez (ECN 5113) is an adult resident citizen of Vieques, PR.

6217.    Bredali Maldonado-Colon (ECN 5114) is an adult resident citizen of Vieques, PR.

6218.    Brendali Maldonado-Colon, an adult resident citizen of Vieques, PR, on behalf of minor child Yelitza Encarnacion-Maldonado (ECN 5115).

6219.    Suzette Camacho-Maldonado (ECN 5116) is an adult resident citizen of Vieques, PR.

6220.    Brendali Maldonado-Colon, an adult resident citizen of Vieques, PR, on behalf of minor child Jean Camacho-Maldonado (ECN 5117).

6221.    Marian Hendrick-Guzman (ECN 5118) is an adult resident citizen of Vieques, PR.

6222.    Luzaida Encarnacion-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Elian Fernandez-Ortiz (ECN 5119).

6223.    Luzaida Ortiz-Encarnacion (ECN 5120) is an adult resident citizen of Vieques, PR.

6224.    Carmelo Cruz-Matienzo (ECN 5121) is an adult resident citizen of Vieques, PR.

6225.    Yamira Quinones-Roldan (ECN 5122) is an adult resident citizen of Vieques, PR.

6226.    Hector Santillan-Guerrero (ECN 5123) is an adult resident citizen of Vieques, PR.

6227.    Angel Carmona-Tapia (ECN 5124) is an adult resident citizen of Vieques, PR.

6228.    Luz Ortiz-Torres (ECN 5125) is an adult resident citizen of Vieques, PR.

6229.    Jose Santos-Figueroa (ECN 5126) is an adult resident citizen of Vieques, PR.

6230.    Mercy Boulogne-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of

minor child Roberto Felix-Boulogne (ECN 5294).

6231.    Sarahi Herrera-Santos (ECN 5315) is an adult resident citizen of Vieques, PR.

6232.    Carlos Cruz-Morales (ECN 5474) is an adult resident citizen of Vieques, PR.

6233.    Saida Torres-Rodriguez (ECN 5478) is an adult resident citizen of Vieques, PR.

6234.    John Hill-de Jesus (ECN 5489) is an adult resident citizen of Vieques, PR.

6235.    Carmen Vazquez-Ojeda (ECN 5490) is an adult resident citizen of Vieques, PR.

6236.    Gabriela Martinez-Molina (ECN 5522) is an adult resident citizen of Vieques, PR.

6237.    Marian Encarnacion-Osorio (ECN 5528) is an adult resident citizen of Vieques,

PR.

6238.    Itza Perez-Hernandez (ECN 5547) is an adult resident citizen of Vieques, PR.

6239.    Juan Perez-Hernandez (ECN 5548) is an adult resident citizen of Vieques, PR.

6240.    Jose Ayala-Roman (ECN 5573) is an adult resident citizen of Vieques, PR.

6241.    Edgar Ayala-Roman (ECN 5605) is an adult resident citizen of Vieques, PR.

6242.    Marvin Garcia-Quinonez (ECN 5616) is an adult resident citizen of Vieques, PR.

6243.    Felicito Cecilio-de Leon (ECN 5622) is an adult resident citizen of Vieques, PR.

6244.    Ivelisse Perez-Acevedo (ECN 5636) is an adult resident citizen of Vieques, PR.

6245.    Camelia Santos, an adult resident citizen of Vieques, PR, on behalf of minor child

Itzy Perez-Santos (ECN 5694).

6246.    Ninoshka de Jesus-Martinez (ECN 5730) is an adult resident citizen of Vieques,

PR.

6247.    Angel Cartagena-Serrano (ECN 5736) is an adult resident citizen of Vieques, PR.

6248.     Margarita Boulogne-Gonzalez (ECN 5740) is an adult resident citizen of Vieques, PR.

6249.     Margarite Boulogne-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child Jahmande Bess-Boulogne (ECN 5756).

6250.     Lucrecia Torres-Rosa (ECN 5762) is an adult resident citizen of Vieques, PR.

6251.     Luis Ruiz-Martinez (ECN 5825) is an adult resident citizen of Vieques, PR.

6252.     Rafael Torres-Soto (ECN 5848) is an adult resident citizen of Vieques, PR.

6253.     Leslie Denton-Quinonez, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Reyes-Denton (ECN 5856).

6254.     Maria Sanes-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Luz Perez-Sanes (ECN 5876).

6255.     Jorge Esquiabro-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Esquiabro-Rios (ECN 5883).

6256.     Jorge Esquiabro-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Jeffrey Esquiabro-Salcedo (ECN 5885).

6257.     Benedicta Camacho-Diaz, an adult resident citizen of Vieques, PR, on behalf of minor child Dayaneira Ayala-Camacho (ECN 5890).

6258.     Luis Acevedo-Martines, an adult resident citizen of Vieques, PR, on behalf of minor child Alanis Acevedo-Felix (ECN 5907).

6259.     Maria Romero-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Israil Pagan-Romero (ECN 5908).

6260.     Vivian Camacho-Vazquez, an adult resident citizen of Vieques, PR, on behalf of minor child Natalie Morales-Camacho (ECN 5909).

6261.    Vivian Camacho-Vazquez, an adult resident citizen of Vieques, PR, on behalf of minor child Kiara Morales-Camacho (ECN 5910).

6262.    Nannette Rivera-Perez (ECN 5912) is an adult resident citizen of Vieques, PR.

6263.    Nannette Rivera-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Neysha Padilla-Rivera (ECN 5913).

6264.    Nannette Rivera-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Padilla-Rivera (ECN 5914).

6265.    Julio Fontanez-Gonzalez (ECN 5915) is an adult resident citizen of Vieques, PR.

6266.    Hector Melendez-Corcino (ECN 5916) is an adult resident citizen of Vieques, PR.

6267.    Isabel Osorio-Rodriguez (ECN 5917) is an adult resident citizen of Vieques, PR.

6268.    Luis Bermudez-Portela (ECN 5918) is an adult resident citizen of Vieques, PR.

6269.    Angel Santiago-Ramos (ECN 5919) is an adult resident citizen of Vieques, PR.

6270.    Gerardo Rosario (ECN 5920) is an adult resident citizen of Vieques, PR.

6271.    Maria Rosario-Osorio (ECN 5921) is an adult resident citizen of Vieques, PR.

6272.    Kenneth Crabb-Romero (ECN 5922) is an adult resident citizen of Vieques, PR.

6273.    Juan Rivera-Figueroa (ECN 5923) is an adult resident citizen of Vieques, PR.

6274.    Wilfredo Carmona-Fuentes (ECN 5924) is an adult resident citizen of St. Croix, VI.

6275.    Luis Melendez-Saez (ECN 5925) is an adult resident citizen of Vieques, PR.

6276.    Marie Velez-Garcia, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Alvarado-Velez (ECN 5926).

6277.    Marie Velez-Garcia (ECN 5927) is an adult resident citizen of Vieques, PR.

6278.    Jose Alvarado-Cordero (ECN 5928) is an adult resident citizen of Vieques, PR.

6279.     Misael Carrasquillo-Santiago (ECN 5929) is an adult resident citizen of Vieques, PR.

6280.     Juan Rodriguez-Rivera (ECN 5930) is an adult resident citizen of Vieques, PR.

6281.     Victor Ayala-Santos (ECN 5931) is an adult resident citizen of Vieques, PR.

6282.     Benedicta Camacho-Diaz (ECN 5932) is an adult resident citizen of Vieques, PR.

6283.     William Meacham-Godsey (ECN 5933) is an adult resident citizen of Vieques, PR.

6284.     Natividad Diaz-Encarnacion (ECN 5934) is an adult resident citizen of Vieques, PR.

6285.     Maritza Montanez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Samuel Castro-Montanez (ECN 5935).

6286.     Maritza Montanez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Zulmarie Castro-Montanez (ECN 5936).

6287.     Maritza Montanez-Sanes (ECN 5937) is an adult resident citizen of Vieques, PR.

6288.     Jose Mirando-Carmona (ECN 5939) is an adult resident citizen of Vieques, PR.

6289.     Ismael Morales-Carambot (ECN 5944) is an adult resident citizen of Vieques, PR.

6290.     Jose Brignoni-Santiago, Jr. (ECN 5945) is an adult resident citizen of Brooklyn, NY.

6291.     Maria Casillas-Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Cristal Encarnacion-Casillas (ECN 5946).

6292.     Hector Melendez-Osorio (ECN 5947) is an adult resident citizen of Vieques, PR.

6293.     Suhail Quinonez-Torres (ECN 5948) is an adult resident citizen of Vieques, PR.

6294.     Jose Osorio-Santiago (ECN 5949) is an adult resident citizen of Vieques, PR.

6295.	Hector Nieves-Solis (ECN 5950) is an adult resident citizen of Vieques, PR.

6296.	Guillermo Nieves-Solis (ECN 5951) is an adult resident citizen of Vieques, PR.

6297.	Amelina Santos-Rios, an adult resident citizen of Vieques, PR, on behalf of minor child Juan Tapia-Boulogne, IV (ECN 5952).

6298.	Miguel Carmona-Santos (ECN 5953) is an adult resident citizen of Vieques, PR.

6299.	Marisol Carmona-Santos (ECN 5954) is an adult resident citizen of Vieques, PR.

6300.	Marisol Carmona-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Gonzalez-Carmona (ECN 5955).

6301.	Marisol Carmona-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Alex Gonzalez-Carmona (ECN 5956).

6302.	Reimar Illaraza-Colon (ECN 5957) is an adult resident citizen of Vieques, PR.

6303.	Lisbett Padilla-Romeo, an adult resident citizen of Camden, NJ, on behalf of minor child Jeffrey Gonzalez-Padilla (ECN 5958).

6304.	Lisbett Padilla-Romeo, an adult resident citizen of Camden, NJ, on behalf of minor child Genesis Gonzalez-Padilla (ECN 5959).

6305.	Lisbett Padilla-Romeo, an adult resident citizen of Camden, NJ, on behalf of minor child Emmanuelle Gonzales-Padilla (ECN 5960).

6306.	Lisbett Padilla-Romeo, an adult resident citizen of Camden, NJ, on behalf of minor child Jose Gonzalez-Padilla (ECN 5961).

6307.	Iris Bermudez-Felix, an adult resident citizen of Camden, NJ, on behalf of minor child Yesenia Burgos-Bermudez (ECN 5962).

6308.	Midga Cruz-Barreto (ECN 5963) is an adult resident citizen of Miami, FL.

6309.	Olga Romero-Martinez (ECN 5964) is an adult resident citizen of Vieques, PR.

6310.    Hilda Padilla-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Yaireishka Padilla-Morales (ECN 5965).

6311.    Hilda Padilla-Romero (ECN 5966) is an adult resident citizen of Vieques, PR.

6312.    Maria Romero-Martinez (ECN 5967) is an adult resident citizen of Caguas, PR.

6313.    Lourdes Roldan-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Khaleb Perez-Roldan (ECN 5968).

6314.    Lourdes Roldan-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Tayche Perez-Roldan (ECN 5969).

6315.    Frankie Perez-Rivera (ECN 5970) is an adult resident citizen of Vieques, PR.

6316.    Wanda Martinez-Molina (ECN 5971) is an adult resident citizen of Vieques, PR.

6317.    Hector Lopez-Williams, an adult resident citizen of Vieques, PR, on behalf of minor child Denissa Lopez-Saldana (ECN 5972).

6318.    Hector Lopez-Williams (ECN 5973) is an adult resident citizen of Vieques, PR.

6319.    Evelyn Saldana-Nieves (ECN 5974) is an adult resident citizen of Vieques, PR.

6320.    Hector Lopez-Saldana (ECN 5975) is an adult resident citizen of Vieques, PR.

6321.    Carmelo Sanes-Rodriguez (ECN 5976) is an adult resident citizen of Vieques, PR.

6322.    Sandra Miro-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Casandra Sanes-Miro (ECN 5977).

6323.    Sandra Miro-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Keishla Sanes-Miro (ECN 5978).

6324.    Janice Rucci-Cruz (ECN 5979) is an adult resident citizen of Vieques, PR.

6325.    Migdalia Cruz-Colon, an adult resident citizen of Vieques, PR, on behalf of minor child Karina Cruz-Cruz (ECN 5980).

6326.    Xiomara Cardona-Ayala (ECN 5981) is an adult resident citizen of Vieques, PR.

6327.    Carmen Ayala-Velez (ECN 5982) is an adult resident citizen of Vieques, PR.

6328.    Nelida Cardona-Ayala (ECN 5983) is an adult resident citizen of Vieques, PR.

6329.    Luis Acevedo-Martinez (ECN 5984) is an adult resident citizen of Vieques, PR.

6330.    Luis Acevedo-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Adriana Acevedo-Felix (ECN 5985).

6331.    Bienvenida Felix-Vazquez (ECN 5986) is an adult resident citizen of Vieques, PR.

6332.    Jose Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Corcino-Rosa (ECN 5987).

6333.    Grisselle Fernandez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Joselyn Barreto-Fernandez (ECN 5988).

6334.    Carmen Rivera-Cruz (ECN 5989) is an adult resident citizen of Vieques, PR.

6335.    Maria Quinones-Cruz (ECN 5990) is an adult resident citizen of Vieques, PR.

6336.    Maria Quinonez-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Hermes Rosa-Quinonez (ECN 5991).

6337.    Maria Quinonez-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Giovanny Rosa-Quinonez (ECN 5992).

6338.    Maria Quinonez-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Yamil Rosa-Quinonez (ECN 5993).

6339.    Hector Colon-Maldonado (ECN 5994) is an adult resident citizen of Vieques, PR.

6340.    Ivan Perez-Rivera (ECN 5995) is an adult resident citizen of Vieques, PR.

6341.    Carmen Alvarez-Sanes (ECN 5996) is an adult resident citizen of Vieques, PR.

6342.    Luz Carrasquillo-Tirado, an adult resident citizen of Vieques, PR, on behalf of minor child Victor Quiles-Tirado (ECN 5997).

6343.    Luz Esther Carrasquillo-Tirado, an adult resident citizen of Vieques, PR, on behalf of minor child Lorell Quiles-Tirado (ECN 5998).

6344.    Luz Carrasquillo-Tirado, an adult resident citizen of Vieques, PR, on behalf of minor child Yadiel Quiles-Tirado (ECN 5999).

6345.    Luz Carrasquillo-Tirado (ECN 6000) is an adult resident citizen of Vieques, PR.

6346.    Tamara Guzman-Boulogne (ECN 6001) is an adult resident citizen of Vieques, PR.

6347.    Ramon Garcia-Guerra (ECN 6002) is an adult resident citizen of Vieques, PR.

6348.    Wilfredo Matos-Vazquez, Jr. (ECN 6003) is an adult resident citizen of Vieques, PR.

6349.    Francisco Vazquez-Ojeda (ECN 6004) is an adult resident citizen of Vieques, PR.

6350.    Angel Molina-Montes (ECN 6005) is an adult resident citizen of Vieques, PR.

6351.    Jose Velez-Cruz (ECN 6006) is an adult resident citizen of Vieques, PR.

6352.    Carmen Rivera-Velazquez (ECN 6007) is an adult resident citizen of New York, NY.

6353.    Hector Rodriguez-Rivera (ECN 6008) is an adult resident citizen of Vieques, PR.

6354.    Felipe Martinez-Torres (ECN 6009) is an adult resident citizen of Vieques, PR.

6355.    Hilda Burgos-Garcia (ECN 6010) is an adult resident citizen of Vieques, PR.

6356.    Carmen Ramos-Vega, an adult resident citizen of Vieques, PR, on behalf of minor child Shelly Sanes-Ramos (ECN 6011).

6357.    Carmen Ramos-Vega (ECN 6012) is an adult resident citizen of Vieques, PR.

6358.    Mayli Romero-Santos (ECN 6013) is an adult resident citizen of Vieques, PR.

6359.    Mayli Romero-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Almestica-Romero (ECN 6014).

6360.    Manuel Medina-Rucci (ECN 6015) is an adult resident citizen of Vieques, PR.

6361.    Pedro Ponce-Roldan (ECN 6016) is an adult resident citizen of Vieques, PR.

6362.    Margarita Figueroa-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Santiago-Figueroa (ECN 6017).

6363.    Hector Legrand-Sanes (ECN 6018) is an adult resident citizen of Vieques, PR.

6364.    Lydia Soto-Carino (ECN 6019) is an adult resident citizen of Vieques, PR.

6365.    Yasmin Ayala-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Joiarib Alvarez-Ayala (ECN 6020).

6366.    Obed Corcino-Hernandez (ECN 6021) is an adult resident citizen of Vieques, PR.

6367.    Kelly Martinez-Sanes, an adult resident citizen of Vieques, PR, on behalf of minor child Francis Abreu-Martinez (ECN 6022).

6368.    Neftali Flores-Ayala and Yarexis Ojeda-Ruiz, adult resident citizens of Vieques, PR, on behalf of minor child Yarinet Flores-Ruiz (ECN 6023).

6369.    Kimberly Lindsey-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Shaskia Rodriguez-Lindsey (ECN 6024).

6370.    Kimberly Lindsey-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Saisha Rodriguez-Lindsey (ECN 6025).

6371.    Zayra Maysonet-Robles, an adult resident citizen of Vieques, PR, on behalf of minor child Geraldo Felix-Maysonet (ECN 6026).

6372.    Tyrone Thompson-de Jesus (ECN 6027) is an adult resident citizen of Vieques, PR.

6373.    Juanita Molina-Nales (ECN 6032) is an adult resident citizen of Vieques, PR.

6374.    Jose Molina-Nales (ECN 6033) is an adult resident citizen of Vieques, PR.

6375.    Encarnacion Ventura-Ortiz (ECN 6034) is an adult resident citizen of Vieques, PR.

6376.    Brian de Jesus-Martinez (ECN 6035) is an adult resident citizen of Vieques, PR.

6377.    Wilfredo Rosa-Corcino (ECN 6036) is an adult resident citizen of Vieques, PR.

6378.    Maria Serrano-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Mulero-Serrano (ECN 6037).

6379.    Maria Serrano-Melendez (ECN 6038) is an adult resident citizen of Vieques, PR.

6380.    Maria Serrano-Melendez, an adult resident citizen of Vieques, PR, on behalf of minor child Edwin Mulero-Serrano (ECN 6039).

6381.    Sol Diaz-Felix, an adult resident citizen of Vieques, PR, on behalf of minor child Agnel Roman-Rosa (ECN 6040).

6382.    Porfinio Saez-Rodriguez (ECN 6041) is an adult resident citizen of Vieques, PR.

6383.    Ignacio Diaz-Donawald (ECN 6042) is an adult resident citizen of Vieques, PR.

6384.    Elba Ramos-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Roberto Bermudez-Ramos (ECN 6043).

6385.    Roberto Bermudez-Ramos (ECN 6044) is an adult resident citizen of Vieques, PR.

6386.    Ernesto Rodriguez-Cruz (ECN 6045) is an adult resident citizen of Vieques, PR.

6387.    Luis Roman-Flores (ECN 6046) is an adult resident citizen of Vieques, PR.

6388.     Julio Mercado-Flores (ECN 6047) is an adult resident citizen of Vieques, PR.

6389.     Manuela Flores-Osorio (ECN 6048) is an adult resident citizen of Vieques, PR.

6390.     Keila Diaz-Ventura, an adult resident citizen of Vieques, PR, on behalf of minor child Katherine Sanes-Diaz (ECN 6049).

6391.     Gerardo Diaz-Perlon (ECN 6050) is an adult resident citizen of Vieques, PR.

6392.     Georgina Gonzalez-Soto (ECN 6051) is an adult resident citizen of Vieques, PR.

6393.     Jose Fernandez-Sanes (ECN 6052) is an adult resident citizen of Vieques, PR.

6394.     Maria Boulogne-Osorio (ECN 6053) is an adult resident citizen of Vieques, PR.

6395.     Nelson Cintron-Diaz (ECN 6054) is an adult resident citizen of Vieques, PR.

6396.     Milanerys Cintron-Rodriguez (ECN 6055) is an adult resident citizen of Vieques, PR.

6397.     Milagros Diaz-Cintron (ECN 6056) is an adult resident citizen of Vieques, PR.

6398.     Miguel Rivera-Melendez (ECN 6057) is an adult resident citizen of Vieques, PR.

6399.     Brizeida Camacho-Cuenca (ECN 6058) is an adult resident citizen of Vieques, PR.

6400.     Brizedia Camacho-Cuenca, an adult resident citizen of Vieques, PR, on behalf of minor child Brizeida Rivera-Camacho (ECN 6059).

6401.     Francisco Ortiz-Gomez (ECN 6060) is an adult resident citizen of Vieques, PR.

6402.     Manuel Osorio-Melendez (ECN 6061) is an adult resident citizen of Vieques, PR.

6403.     Wanda Rodriguez-Cadiz (ECN 6062) is an adult resident citizen of Vieques, PR.

6404.     Marcial Sanes-Roldan (ECN 6063) is an adult resident citizen of Vieques, PR.

6405.     Carmen Sanes-Rodriguez, an adult resident citizen of Vieques, PR, on behalf of minor child Edwin Ocasio-Sanes (ECN 6064).

6406.    Ramon Garcia-Osorio (ECN 6065) is an adult resident citizen of Vieques, PR.

6407.    Heriberta Burgos-Rivera (ECN 6066) is an adult resident citizen of Vieques, PR.

6408.    Luis Zenon-Santos (ECN 6067) is an adult resident citizen of Vieques, PR.

6409.    Caciano Rodriguez-Cruz (ECN 6068) is an adult resident citizen of Vieques, PR.

6410.    Aurelio Maldonado-Brache (ECN 6069) is an adult resident citizen of Vieques, PR.

6411.    Veronica Maldonado-Perez (ECN 6070) is an adult resident citizen of Vieques, PR.

6412.    Lucia Perez-Oneill (ECN 6071) is an adult resident citizen of Vieques, PR.

6413.    Robert Rodriguez-Cordova (ECN 6072) is an adult resident citizen of Vieques, PR.

6414.    Carlos Gerena-Gomez (ECN 6073) is an adult resident citizen of Vieques, PR.

6415.    Morayma Medina-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Ramos-Medina (ECN 6078).

6416.    Eric Ayala-Padilla (ECN 6079) is an adult resident citizen of Vieques, PR.

6417.    Antonia Huertas-Maldonado (ECN 6080) is an adult resident citizen of Vieques, PR.

6418.    Yolanda Escobar-Ayala (ECN 6081) is an adult resident citizen of Vieques, PR.

6419.    Betzaida Alvira-Corcino (ECN 6082) is an adult resident citizen of Vieques, PR.

6420.    Iraida Alvira-Corcino (ECN 6083) is an adult resident citizen of Vieques, PR.

6421.    Eliut Parrilla-Sanchez (ECN 6084) is an adult resident citizen of Vieques, PR.

6422.    Susana Reyes-Corcino, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Diaz-Reyes (ECN 6085).

6423.    Yolanda Escobar-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Rivera-Escobar (ECN 6086).

6424.    Yolanda Escobar-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Arelys Rivera-Escobar (ECN 6087).

6425.    Sonia Adorno-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Sonia Adorno (ECN 6088).

6426.    Dagmaris Escobar-Ayala (ECN 6089) is an adult resident citizen of Vieques, PR.

6427.    Luis Torres (ECN 6090) is an adult resident citizen of Vieques, PR.

6428.    Andres Sanes-Figueroa (ECN 6091) is an adult resident citizen of Vieques, PR.

6429.    Alex Corcino-Hernandez (ECN 6092) is an adult resident citizen of Vieques, PR.

6430.    Lizbeth Osorio-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Deyaneira Silva-Osorio (ECN 6093).

6431.    Lizbeth Osorio-Rivera, an adult resident citizen of Vieques, PR, on behalf of minor child Isamaris Silva-Osorio (ECN 6094).

6432.    Yadiara Roman-de Leon (ECN 6095) is an adult resident citizen of Vieques, PR.

6433.    Raquel Velazquez-Mercado (ECN 6096) is an adult resident citizen of Vieques, PR.

6434.    Raquel Velazquez-Mercado, an adult resident citizen of Vieques, PR, on behalf of minor child Erielis Torres-Velazquez (ECN 6097).

6435.    Xiomara Belardo-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Edwin Solis-Belardo (ECN 6098).

6436.    Ada Ilarraza-Cruz (ECN 6099) is an adult resident citizen of Vieques, PR.

6437.    Hector Colon-Ortiz (ECN 6100) is an adult resident citizen of Vieques, PR.

6438.     Hector Garcia-Acevedo (ECN 6101) is an adult resident citizen of Vieques, PR.

6439.     Angel Rodriguez-Cruz (ECN 6102) is an adult resident citizen of Vieques, PR.

6440.     Alibe Perez-Perez (ECN 6103) is an adult resident citizen of Vieques, PR.

6441.     Alibe Perez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Monica Cruz-Perez (ECN 6104).

6442.     Jose Cruz-Perez (ECN 6105) is an adult resident citizen of Vieques, PR.

6443.     Cruz Ramos-Cirilo (ECN 6106) is an adult resident citizen of Vieques, PR.

6444.     Jose Perez-Perez (ECN 6107) is an adult resident citizen of Vieques, PR.

6445.     Daniel Alejandro (ECN 6108) is an adult resident citizen of Vieques, PR.

6446.     Andres Sanes-Figueroa (ECN 6110) is an adult resident citizen of Vieques, PR.

6447.     Gladys Garay-Parilla, an adult resident citizen of Vieques, PR, on behalf of minor child Mitchell Wolfrom-Velez (ECN 6113).

6448.     Brunilda Santos-Rios (ECN 6140) is an adult resident citizen of Vieques, PR.

6449.     Maria Casillas-Ortiz (ECN 6156) is an adult resident citizen of Vieques, PR.

6450.     Edwin Rosa-Ortiz (ECN 6196) is an adult resident citizen of Vieques, PR.

6451.     Claribel Roman-de Leon (ECN 6204) is an adult resident citizen of Vieques, PR.

6452.     Israel Arbelo-Encarnacion (ECN 6296) is an adult resident citizen of Vieques, PR.

6453.     Jesus Gavino-Robles (ECN 6302) is an adult resident citizen of Vieques, PR.

6454.     Gerardo Diaz-Perlon, an adult resident citizen of Vieques, PR, on behalf of minor child Shayra Diaz-Sanes (ECN 6328).

6455.     Omar Mercado-Guerra (ECN 6332) is an adult resident citizen of Vieques, PR.

6456.     Cesar Melendez-Lopez (ECN 6345) is an adult resident citizen of Vieques, PR.

6457.    Carmen Gavino-Cruz (ECN 6398) is an adult resident citizen of Vieques, PR.

6458.    Alba Sanchez-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Yanuel Parrilla-Sanchez (ECN 6400).

6459.    Morayma Medina-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Guillermo Ramos-Medina (ECN 6408).

6460.    Arlene Cruz-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Virmary Melendez-Cruz (ECN 6415).

6461.    Arlene Cruz-Ayala, an adult resident citizen of Vieques, PR, on behalf of minor child Dailyn Melendez-Cruz (ECN 6416).

6462.    Isabelo Peterson-Osorio (ECN 6419) is an adult resident citizen of Vieques, PR.

6463.    Jorge Peterson-Osorio (ECN 6420) is an adult resident citizen of Vieques, PR.

6464.    Carmen Cruz-Tirado, an adult resident citizen of Vieques, PR, on behalf of minor child Joad Rosario-Cruz (ECN 6422).

6465.    Juan Carmona-Cruz (ECN 6424) is an adult resident citizen of Vieques, PR.

6466.    Nehemias Huertas-Cruz (ECN 6425) is an adult resident citizen of Vieques, PR.

6467.    Sandra Cepeda-Flores (ECN 6426) is an adult resident citizen of Vieques, PR.

6468.    Alexis Cepeda-Flores (ECN 6427) is an adult resident citizen of Vieques, PR.

6469.    Jose Colon-Rios (ECN 6428) is an adult resident citizen of Vieques, PR.

6470.    Glenda Corcino-Osorio (ECN 6429) is an adult resident citizen of Vieques, PR.

6471.    Glenda Corcino-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Jessica Corcino-Osorio (ECN 6430).

6472.    Josue Colon-Rios (ECN 6431) is an adult resident citizen of Vieques, PR.

6473. Kenneth Crabb-Romero, an adult resident citizen of Vieques, PR, on behalf of minor child Kachesca Crabb-Felix (ECN 6432).

6474. Carmen Valencia-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Adamaris Cruz-Sanchez (ECN 6433).

6475. Rafael Gonzalez-Valencia (ECN 6434) is an adult resident citizen of Vieques, PR.

6476. Yameila Diaz-Carmona (ECN 6435) is an adult resident citizen of Vieques, PR.

6477. Leoncio Colon-Encarnacion (ECN 6436) is an adult resident citizen of Vieques, PR.

6478. Rose Vazquez-Cintron (ECN 6437) is an adult resident citizen of Vieques, PR.

6479. Mary Orona-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Cristopher Rodriguez-Orono (ECN 6438).

6480. Mary Orona-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Reniel Rodriguez-Orona (ECN 6439).

6481. Mary Orona-Osorio (ECN 6440) is an adult resident citizen of Vieques, PR.

6482. Felix Melendez-Estrada (ECN 6441) is an adult resident citizen of Vieques, PR.

6483. Isamary Rodriguez-Ocasio (ECN 6442) is an adult resident citizen of Vieques, PR.

6484. Julio Martinez-Torres (ECN 6443) is an adult resident citizen of Vieques, PR.

6485. Glory Martinez-Mercado (ECN 6444) is an adult resident citizen of Vieques, PR.

6486. Sandra Reyes-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Shalianys Velez-Reyes (ECN 6445).

6487. Antonio Velez-Garcia (ECN 6446) is an adult resident citizen of Vieques, PR.

6488. Irma Clark-Camacho (ECN 6447) is an adult resident citizen of Vieques, PR.

6489.    Delisa Miro-Pereira, an adult resident citizen of Vieques, PR, on behalf of minor child Edcel Melendez-Miro (ECN 6448).

6490.    Rosa Ruiz-Escobar, an adult resident citizen of Vieques, PR, on behalf of minor child Carlos Vazquez-Ruiz (ECN 6449).

6491.    Crucita Torres-Martinez (ECN 6450) is an adult resident citizen of Vieques, PR.

6492.    Rosamary Figueroa-Navarro (ECN 6451) is an adult resident citizen of Vieques, PR.

6493.    Rosamary Figueroa-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Shakira Perez-Figueroa (ECN 6452).

6494.    Rosamary Figueroa-Navarro, an adult resident citizen of Vieques, PR, on behalf of minor child Sashaily Perez-Figueroa (ECN 6453).

6495.    Segunda Garcia-Gonzalez, an adult resident citizen of Vieques, PR, on behalf of minor child David Caraballo-Garcia (ECN 6454).

6496.    Jose Torres-Ortiz (ECN 6455) is an adult resident citizen of Vieques, PR.

6497.    Jose Ortiz-Cruz (ECN 6456) is an adult resident citizen of Vieques, PR.

6498.    Omar Ortiz-Cruz (ECN 6457) is an adult resident citizen of Vieques, PR.

6499.    Geraldo Vazquez-Perez (ECN 6458) is an adult resident citizen of Vieques, PR.

6500.    Higinio Figueroa-Navarro (ECN 6459) is an adult resident citizen of Vieques, PR.

6501.    Crucita Torres-Martinez, an adult resident citizen of Vieques, PR, on behalf of minor child Nagelly Figueroa-Torres (ECN 6460).

6502.    Maria Felix, an adult resident citizen of St. Croix, VI, on behalf of minor child Nizbeth Acosta-Felix (ECN 6461).

6503.    Janeli Melendez-Estrada (ECN 6463) is an adult resident citizen of Vieques, PR.

6504.    Felix Melendez-Santiago (ECN 6464) is an adult resident citizen of Vieques, PR.

6505.    Juan Melendez-Estrada (ECN 6465) is an adult resident citizen of Vieques, PR.

6506.    Fernando Garcia-Jiminez (ECN 6466) is an adult resident citizen of Vieques, PR.

6507.    Basilio Encarnacion-Cirilo (ECN 6467) is an adult resident citizen of Vieques, PR.

6508.    Teodoro Encarnacion-Osorio (ECN 6468) is an adult resident citizen of Vieques, PR.

6509.    Nayda Lopez-Osorio (ECN 6474) is an adult resident citizen of Vieques, PR.

6510.    Carmen Cruz-Tirado, an adult resident citizen of Vieques, PR, on behalf of minor child Joeziel Rosario-Cruz (ECN 6481).

6511.    Zillery Batistini, an adult resident citizen of Vieques, PR, on behalf of minor child Marie Grillasca-Batistini (ECN 6482).

6512.    M. Santiago-Figueroa, an adult resident citizen of Vieques, PR, on behalf of minor child Roger Velazquez-Santiago (ECN 6483).

6513.    Yamir Velazquez-Santiago (ECN 6484) is an adult resident citizen of Vieques, PR.

6514.    Bernney Velazquez-Santiago (ECN 6485) is an adult resident citizen of Vieques, PR.

6515.    Yadira Sanchez-Rosario (ECN 6487) is an adult resident citizen of Vieques, PR.

6516.    Ydira Sanchez-Rosario, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Melendez-Sanchez (ECN 6488).

6517.    Lesbia Quinta-Santiago (ECN 6489) is an adult resident citizen of Vieques, PR.

6518.    Juan Mercado-Rosa (ECN 6492) is an adult resident citizen of Vieques, PR.

6519.    Maritza Bermudez-Perez, an adult resident citizen of Vieques, PR, on behalf of minor child Joshua Bermudez (ECN 6493).

6520.    Edwin Perez-Barreto (ECN 6494) is an adult resident citizen of Vieques, PR.

6521.    Cacimar Zenon-Encarnacion (ECN 6495) is an adult resident citizen of Vieques, PR.

6522.    Sulimar Carmona-Quinonez (ECN 6496) is an adult resident citizen of Vieques, PR.

6523.    Efrain Hernandez-Martinez (ECN 6497) is an adult resident citizen of Vieques, PR.

6524.    Primitivo Roman-Rodriguez (ECN 6498) is an adult resident citizen of Vieques, PR.

6525.    Nikhol Perez-Escobar (ECN 6499) is an adult resident citizen of Vieques, PR.

6526.    Joraida Perez-Escobar (ECN 6500) is an adult resident citizen of Vieques, PR.

6527.    Janice Ayala-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Marcos Escobar-Ayala (ECN 6501).

6528.    Janice Ayala-Cruz, an adult resident citizen of Vieques, PR, on behalf of minor child Sara Escobar-Ayala (ECN 6502).

6529.    Lisvette Encarnacion-Torres (ECN 6503) is an adult resident citizen of Vieques, PR.

6530.    Lisvette Encarnacion-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Greysha Costa-Encarnacion (ECN 6504).

6531.    Lisvette Encarnacion-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Yadeiska Corcino-Encarnacion (ECN 6505).

6532.	Lisvette Encarnacion-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Omaysha Corcino-Encarnacion (ECN 6506).

6533.	Fred Costa-Rosa (ECN 6507) is an adult resident citizen of Vieques, PR.

6534.	Aimme Adorno-Soto (ECN 6508) is an adult resident citizen of Vieques, PR.

6535.	Manuel Rucci-Cruz (ECN 6509) is an adult resident citizen of Camden, NJ.

6536.	Emma Sanchez-Gonzalez (ECN 6510) is an adult resident citizen of Camden, NJ.

6537.	Emma Sanchez-Gonzalez, an adult resident citizen of Camden, NJ, on behalf of minor child Alondra Velazquez-Sanchez (ECN 6511).

6538.	Miguel Rubildo-Rincon (ECN 6512) is an adult resident citizen of Vieques, PR.

6539.	Leandro Ruiz-Leguillow (ECN 6513) is an adult resident citizen of Vieques, PR.

6540.	Maribel Molina-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Devin Ashford-Molina (ECN 6514).

6541.	Maribel Molina-Torres (ECN 6515) is an adult resident citizen of Vieques, PR.

6542.	Maribel Molina-Torres, an adult resident citizen of Vieques, PR on behalf of minor child Brandon Ashford-Molina (ECN 6516).

6543.	Elizabeth Molina-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Jose Garcia-Molina (ECN 6517).

6544.	Andres Garcia-Molina (ECN 6518) is an adult resident citizen of Vieques, PR.

6545.	Elizabeth Molina-Torres, an adult resident citizen of Vieques, PR, on behalf of minor child Miguel Garcia-Molina (ECN 6519).

6546.	Elizabeth Molina-Torres (ECN 6520) is an adult resident citizen of Vieques, PR.

6547.	Pedro Gonzalez-Cruz (ECN 6521) is an adult resident citizen of Vieques, PR.

6548.     Aida Ruiz-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Jorancy Ruiz (ECN 6522).

6549.     Aida Ruiz-Serrano, an adult resident citizen of Vieques, PR, on behalf of minor child Enrique Ruiz (ECN 6523).

6550.     Rosa Rosa-Corcino (ECN 6524) is an adult resident citizen of Vieques, PR.

6551.     Lianaris Morales-Rosa (ECN 6525) is an adult resident citizen of Vieques, PR.

6552.     Lissette Medina-Santiago (ECN 6526) is an adult resident citizen of Vieques, PR.

6553.     Lissette Medina-Santiago, an adult resident citizen of Vieques, PR, on behalf of minor child Katherine Martinez-Medina (ECN 6527).

6554.     Eric O'Neill-Rosa (ECN 6531) is an adult resident citizen of Vieques, PR.

6555.     Maria Matta-Estien (ECN 6532) is an adult resident citizen of Vieques, PR.

6556.     Maria Matta-Estien, an adult resident citizen of Vieques, PR, on behalf of minor child Leguisnka Chaparro-Matta (ECN 6533).

6557.     Patzy Brache-Martinez (ECN 6534) is an adult resident citizen of Vieques, PR.

6558.     Zuraima Gonzalez-Melendez (ECN 6535) is an adult resident citizen of Vieques, PR.

6559.     Lawrence Galloway-Parrilla (ECN 6536) is an adult resident citizen of Vieques, PR.

6560.     Jose Feliciano-Maldonado (ECN 6537) is an adult resident citizen of Vieques, PR.

6561.     Carmen Thompson-Quinonez, an adult resident citizen of Vieques, PR, on behalf of minor child Januel Osorio-Thompson (ECN 6539).

6562.    Carmen Thompson-Quinonez, an adult resident citizen of Vieques, PR, on behalf of minor child Valeria Moralez-Thompson (ECN 6540).

6563.    Ivan Rodriguez-Garcia (ECN 6541) is an adult resident citizen of Vieques, PR.

6564.    Esmeralda Gomez-Encarnacion (ECN 6542) is an adult resident citizen of Vieques, PR.

6565.    Ruth Cecilio-de Leon, an adult resident citizen of Vieques, PR, on behalf of minor child Ruth Ayala (ECN 6543).

6566.    Judith Adams-Perez is an adult resident citizen of Vieques, PR on behalf of minor child Enrique Fontanez-Adams (ECN 6544).

6567.    Arcelia Rosado-Maisonet (ECN 6545) is an adult resident citizen of Vieques, PR.

6568.    Crucita Torres-Martinez , an adult resident citizen of Vieques, PR, on behalf of minor child Jonathan Silva-Torres (ECN 6546).

6569.    Juan Rivera-Crispin, Jr. (ECN 6547) is an adult resident citizen of Vieques, PR.

6570.    Judith Adams-Perez , an adult resident citizen of Vieques, PR, on behalf of minor child Jose Fontanez-Adams (ECN 6548).

6571.    Yerika Ventura-Sanes , an adult resident citizen of Vieques, PR, on behalf of minor child Jose Perez-Ventura (ECN 6549).

6572.    Lydimar Ortiz-Ortiz (ECN 6550) is an adult resident citizen of Vieques, PR.

6573.    Fernando Padro-Nieves (ECN 6551) is an adult resident citizen of Vieques, PR.

6574.    Magalis Santana-Medina , an adult resident citizen of Vieques, PR, on behalf of minor child Yanisha Padro-Santana (ECN 6552).

6575.    Magalis Santana-Medina , an adult resident citizen of Vieques, PR, on behalf of minor child Gamaliel Padro-Santana (ECN 6553).

6576.    Magalis Santana-Medina , an adult resident citizen of Vieques, PR, on behalf of minor child Fernando Padro-Santana (ECN 6554).

6577.    Aura Santiago-Legrand (ECN 6564) is an adult resident citizen of Vieques, PR.

6578.    Carlos Abreu-Camacho (ECN 6565) is an adult resident citizen of Vieques, PR.

6579.    Ovelisa Garcia-Garcia , an adult resident citizen of Vieques, PR, on behalf of minor child Yenisa Santos-Garcia (ECN 6566).

6580.    Sabrina Santos-Garcia (ECN 6567) is an adult resident citizen of Vieques, PR.

6581.    Kelly Santiago-Santiago (ECN 6568) is an adult resident citizen of Vieques, PR.

6582.    Rosa Santiago-Santiago (ECN 6569) is an adult resident citizen of Vieques, PR.

6583.    Carmen Santiago-Santiago (ECN 6570) is an adult resident citizen of Vieques, PR.

6584.    Angel Martinez-Mercados (ECN 6571) is an adult resident citizen of Vieques, PR.

6585.    Pablo Santiago-Santiago (ECN 6572) is an adult resident citizen of Vieques, PR.

6586.    Gloria Mercado-Rosa (ECN 6573) is an adult resident citizen of Vieques, PR.

6587.    Gladys Torres-Torres (ECN 6574) is an adult resident citizen of Vieques, PR.

6588.    Bonnie Savary-Leguillow (ECN 6575) is an adult resident citizen of Vieques, PR.

6589.    Joannix Ochart-Savary (ECN 6576) is an adult resident citizen of Vieques, PR.

6590.    Nectaly Cruz-Cruz (ECN 6577) is an adult resident citizen of Vieques, PR.

6591.    Lorys Carmona-Alejandro , an adult resident citizen of Vieques, PR, on behalf of minor child Nayeli Cantres-Carmona (ECN 6578).

6592.    Lorys Carmona-Alejandro (ECN 6579) is an adult resident citizen of Vieques, PR.

6593.    Lorys Carmona-Alejandro, an adult resident citizen of Vieques, PR, on behalf of minor child Yaideliz Gomez-Carmona (ECN 6580).

6594.    Juan Irizarry Lopez, an adult resident citizen of Vieques, PR, on behalf of minor child Astrid Irizarry-Garcia (ECN 6581).

6595.    Tomas Rivera-Santiago (ECN 6582) is an adult resident citizen of Vieques, PR.

6596.    Willie Feliciano-Rodriguez (ECN 6583) is an adult resident citizen of Vieques, PR.

6597.    Gloria Santiago-Ortiz (ECN 6584) is an adult resident citizen of Vieques, PR.

6598.    Norberto Rivera-Viera (ECN 6585) is an adult resident citizen of Vieques, PR.

6599.    Lysha Roman-Calderon (ECN 6586) is an adult resident citizen of Vieques, PR.

6600.    Lysha Roman-Calderon, an adult resident citizen of Vieques, PR, on behalf of minor child Zoriely Ledesma-Roman (ECN 6587).

6601.    Lysha Roman-Calderon , an adult resident citizen of Vieques, PR, on behalf of minor child Josebastian Ledesma-Roman (ECN 6588).

6602.    Emily Lopez (ECN 6589) is an adult resident citizen of Vieques, PR.

6603.    Eddie Martinez-Ponce (ECN 6590) is an adult resident citizen of Vieques, PR.

6604.    Angel Santos-Rios (ECN 6591) is an adult resident citizen of Vieques, PR.

6605.    Manuela Boulogne-Melendez (ECN 6592) is an adult resident citizen of Vieques, PR.

6606.    Edilia Boulogne-Santos (ECN 6593) is an adult resident citizen of Vieques, PR.

6607.    Edilia Santos-Boulogne, an adult resident citizen of Vieques, PR, on behalf of minor child Edmanuel Rodriguez-Boulogne (ECN 6594).

6608.    Edmivelis Rodriguez-Boulogne (ECN 6595) is an adult resident citizen of Vieques, PR.

6609.    Cesar Robles-Vejerano (ECN 6596) is an adult resident citizen of Vieques, PR.

6610.    Miguel Santos-Garcia (ECN 6597) is an adult resident citizen of Vieques, PR.

6611.    Pedro Lopez-Ayala (ECN 6598) is an adult resident citizen of Vieques, PR.

6612.    Aurea Cruz-Parrilla (ECN 6599) is an adult resident citizen of Vieques, PR.

6613.    Johnathon White-Ayala (ECN 6600) is an adult resident citizen of Vieques, PR.

6614.    Yaritza Roldan-Velazquez , an adult resident citizen of Vieques, PR, on behalf of minor child Edwin Rivera-Roldan (ECN 6601).

6615.    Pedro Zenon-Encarnacion (ECN 6602) is an adult resident citizen of Vieques, PR.

6616.    Carlos Garcia-Acevedo (ECN 6603) is an adult resident citizen of Vieques, PR.

6617.    Yazmin Sanchez-Sanchez (ECN 6604) is an adult resident citizen of Vieques, PR.

6618.    Yanira Sanchez-Sanchez , an adult resident citizen of Vieques, PR, on behalf of minor child Gabriel Cruz-Sanchez (ECN 6605).

6619.    Jose Mellado-Choisne (ECN 6606) is an adult resident citizen of Vieques, PR.

6620.    Ivonne Aponte-John , an adult resident citizen of Vieques, PR, on behalf of minor child Kristal Vazquez-Aponte (ECN 6609).

6621.    Ivonne Aponte-John , an adult resident citizen of Vieques, PR, on behalf of minor child Ivonne Vazquez-Aponte (ECN 6610).

6622.    Roberto Sanchez-Gonzalez (ECN 6612) is an adult resident citizen of Vieques, PR.

6623.    Hilda Lopez-Ruiz (ECN 6613) is an adult resident citizen of Vieques, PR.

6624.    Carla Rosa-Esperanza , an adult resident citizen of Vieques, PR, on behalf of minor child Calir Maldonado-Rosa (ECN 6614).

6625.    Maritza Rivera-Boulogne (ECN 6615) is an adult resident citizen of Vieques, PR.

6626.    Nestor Rodriguez-Aponte (ECN 6619) is an adult resident citizen of Fajardo, PR.

6627.    Keyla Garcia-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Isakyel Peterson-Garcia (ECN 6621).

6628.    Keyla Garcia-Osorio (ECN 6622) is an adult resident citizen of Vieques, PR.

6629.    Keyla Garcia-Osorio, an adult resident citizen of Vieques, PR, on behalf of minor child Keila Melendez-Garcia (ECN 6623).

6630.    Luis Avillan-Gonzalez (ECN 6624) is an adult resident citizen of Vieques, PR.

6631.    Mauricio Amaro-Ayala (ECN 6625) is an adult resident citizen of Vieques, PR.

6632.    Claribel Ilarraza-Martinez (ECN 6626) is an adult resident citizen of Vieques, PR.

6633.    Nicolas Perez-Osorio (ECN 6627) is an adult resident citizen of Vieques, PR.

6634.    Lizbeth Soto-Ledesma, an adult resident citizen of Vieques, PR, on behalf of minor child Cristofer Lindsey-Soto (ECN 6628).

6635.    Olivia Lindsey-Rivera (ECN 6629) is an adult resident citizen of Vieques, PR.

6636.    Lisbeth Soto-Ledesma, an adult resident citizen of Vieques, PR, on behalf of minor child Eugene Lindsey-Soto (ECN 6630).

6637.    Lizbeth Soto-Ledesma, an adult resident citizen of Vieques, PR, on behalf of minor child Pricilla Lindsey-Soto (ECN 6631).

6638.    Lizbeth Soto-Ledesma, an adult resident citizen of Vieques, PR, on behalf of minor child Genesis Lindsey-Soto (ECN 6632).

6639.    Miguel Santiago-Cepeda (ECN 6633) is an adult resident citizen of Vieques, PR.

6640.     Miguel Ramos-Quinonez (ECN 6634) is an adult resident citizen of Vieques, PR.

6641.     Samuel Santiago-Carrasquillo (ECN 6635) is an adult resident citizen of Vieques, PR.

6642.     Eileen Magrae-Qutel, an adult resident citizen of Vieques, PR on behalf of minor childJose Trinidad-Ali (ECN 6636).

6643.     Zaida Rosa-Acosta (ECN 6637) is an adult resident citizen of Vieques, PR.

6644.     Candido Belardo-Miray (ECN 6638) is an adult resident citizen of Vieques, PR.

6645.     Yaisa Rodriguez-Pimentel, an adult resident citizen of Vieques, PR on behalf of minor child Shalom Bermudez-Rodriguez (ECN 6639).

6646.     Isaura Pimentel-Rodriguez (ECN 6640) is an adult resident citizen of Vieques, PR.

6647.     Esperanza Rodriguez-Melendez (ECN 6641) is an adult resident citizen of Vieques, PR.

6648.     Eduardo Santos-Mercado (ECN 6642) is an adult resident citizen of Pennsauteen, NJ.

6649.     Christina Hemberger-Tomlinson, an adult resident citizen of Vieques, PR on behalf of minor child Elizabeth Rosa-Hemburger (ECN 6643).

6650.     Dorca Santos-Rios (ECN 6644) is an adult resident citizen of Vieques, PR.

6651.     Esteban Romero-Carrasquillo (ECN 6645) is an adult resident citizen of Vieques, PR.

6652.     Eladio Diaz-de Jesus, Jr. (ECN 6646) is an adult resident citizen of Vieques, PR.

6653.     Orlando Osorio-Melendez (ECN 6649) is an adult resident citizen of Vieques, PR.

6654.     Jose Padilla-Romero (ECN 6650) is an adult resident citizen of Vieques, PR.

6655.    Sonia Osorio-Boulogne, an adult resident citizen of Vieques, PR on behalf of minor child Jonathan Osorio-Boulogne (ECN 6651).

6656.    Sonia Osorio-Boulogne, an adult resident citizen of Vieques, PR on behalf of minor childNatanael Acevedo-Osorio (ECN 6652).

6657.    Marilyn Santiago-Cepeda, an adult resident citizen of Vieques, PR on behalf of minor child Leishka Lebron-Santiago (ECN 6653).

6658.    Roberto Cabezudo-Rosario (ECN 6654) is an adult resident citizen of Vieques, PR.

6659.    Roberto Cabezudo-Rosario, an adult resident citizen of Vieques, PR on behalf of minor child Roberto Cabezudo-Melendez, Jr. (ECN 6655).

6660.    Sheila Gonzalez-Perez (ECN 6656) is an adult resident citizen of Orlando, FL.

6661.    Phyllis Gonzalez-Hall (ECN 6657) is an adult resident citizen of Orlando, FL.

6662.    Ildeliza Brown-Reyes (ECN 6658) is an adult resident citizen of Vieques, PR.

6663.    Ricardo Agosto-Carter (ECN 6659) is an adult resident citizen of Vieques, PR.

6664.    Angel Bermudez-Sanes (ECN 6660) is an adult resident citizen of Vieques, PR.

6665.    Alexandra Ortiz, an adult resident citizen of Vieques, PR, on behalf of minor child Alanis Diaz-Ortiz (ECN 6661).

6666.    Luis Cintron-Cruz (ECN 6662) is an adult resident citizen of Vieques, PR.

6667.    Luis Cintron-Herrera (ECN 6663) is an adult resident citizen of Vieques, PR.

6668.    Hilda Sanes-Cotto (ECN 6664) is an adult resident citizen of Vieques, PR.

6669.    Sam Gerena-Carmona, an adult resident citizen of Vieques, PR on behalf of minor child Joanna Gerena-Garcia (ECN 6665).

6670.    Kalina Guzman-Boulogne (ECN 6666) is an adult resident citizen of Vieques, PR.

6671.    Lizandra Gonzalez-Roldan (ECN 6667) is an adult resident citizen of Vieques, PR.

6672.    Jorellys Gonzalez-Roldan (ECN 6668) is an adult resident citizen of Vieques, PR.

6673.    Victor Gonzalez-Roldan (ECN 6669) is an adult resident citizen of Vieques, PR.

6674.    Elbia Gavino-Robles, an adult resident citizen of Vieques, PR on behalf of minor child Keishla Garcia-Gavino (ECN 6670).

6675.    Maria Quinonez-Cruz, an adult resident citizen of Vieques, PR on behalf of minor child Silmarie Rosa-Quinones (ECN 6671).

6676.    Melva Camacho-Colon (ECN 6672) is an adult resident citizen of Vieques, PR.

6677.    Zoraida Escobar-Ayala (ECN 6673) is an adult resident citizen of Vieques, PR.

6678.    Edgardo Lopez-Torres (ECN 6674) is an adult resident citizen of Vieques, PR.

6679.    Hector Miro-Hernandez (ECN 6675) is an adult resident citizen of Vieques, PR.

6680.    Victor Cruz-Reyes (ECN 6676) is an adult resident citizen of Vieques, PR.

6681.    Jose O'Neil (ECN 6677) is an adult resident citizen of Vieques, PR.

6682.    Eddie Pereira-Mercado (ECN 6678) is an adult resident citizen of Vieques, PR.

6683.    Ruthe Jiminez-Ramos, an adult resident citizen of Vieques, PR on behalf of minor child Valerie Pereira-Jiminez (ECN 6679).

6684.    Jennifer Loredo-Calderon, an adult resident citizen of Vieques, PR on behalf of minor child Cristian Cruz-Loredo (ECN 6680).

6685.    Zuleika Martinez-Velez, an adult resident citizen of Vieques, PR on behalf of minor child Wilfredo Corcino-Martinez (ECN 6681).

6686.    Victor Rivera-Galloway (ECN 6682) is an adult resident citizen of Vieques, PR.

6687.    Francisco Guerra-Santiago (ECN 6683) is an adult resident citizen of Vieques, PR.

6688.    Maria Santos-Alvarado (ECN 6684) is an adult resident citizen of Vieques, PR.

6689.    Maria Santos-Alvarado, an adult resident citizen of Vieques, PR on behalf of minor child Kiomary Guerra-Santos (ECN 6685).

6690.    Rosana Moringlanes-Tomasko (ECN 6686) is an adult resident citizen of Vieques, PR.

6691.    Marilyn Santiago-Cepeda, an adult resident citizen of Vieques, PR on behalf of minor child Yalexis Velazquez-Santiago (ECN 6687).

6692.    Hector Rosario-Martinez (ECN 6688) is an adult resident citizen of Vieques, PR.

6693.    Normarie Adorno-Soto (ECN 6689) is an adult resident citizen of Vieques, PR.

6694.    Francis Molina-Ortiz (ECN 6690) is an adult resident citizen of Vieques, PR.

6695.    Xavier Pina-Garay (ECN 6703) is an adult resident citizen of Vieques, PR.

6696.    Juan Irizarry-Lopez, an adult resident citizen of Vieques, PR on behalf of minor child Liz Vargas-Garcia (ECN 6705).

6697.    Emily Lopez, an adult resident citizen of Vieques, PR on behalf of minor child Mariangely Feliciano-Lopez (ECN 6719).

6698.    Emily Lopez, an adult resident citizen of Vieques, PR on behalf of minor child Yairilis Feliciano-Lopez (ECN 6721).

6699.    Anibal Rodriguez-Mercado, an adult resident citizen of Vieques, PR on behalf of minor child Cristopher Felix-Rodriguez (ECN 6723).

6700.    Sonia Lopez-Ruiz, an adult resident citizen of Vieques, PR on behalf of minor child Kayla Charriez-Lopez (ECN 6727).

6701.    Sonia Lopez-Ruiz, an adult resident citizen of Vieques, PR on behalf of minor child Justin Charriez-Lopez (ECN 6728).

6702.    Ivonne Aponte-John, an adult resident citizen of Vieques, PR on behalf of minor child Jose Vazquez-Aponte (ECN 6776).

6703.    Windy Garcia-Collazo (ECN 6789) is an adult resident citizen of Vieques, PR.

6704.    Pedro Garcia-Robles (ECN 6790) is an adult resident citizen of Vieques, PR.

6705.    Marta Tirado-Carrasquillo, an adult resident citizen of Vieques, PR on behalf of minor child Yamilette Figueroa-Tirado (ECN 6795).

6706.    Keyla Garcia-Osorio, an adult resident citizen of Vieques, PR on behalf of minor child Tanesha Melendez-Garcia (ECN 6796).

6707.    Jose Rivera-Hernandez (ECN 6809) is an adult resident citizen of Vieques, PR.

6708.    Jackeline Cruz, an adult resident citizen of Vieques, PR on behalf of minor child Joshua Melendez-Cruz (ECN 6815).

6709.    Lizz Melendez-Cruz (ECN 6816) is an adult resident citizen of Vieques, PR.

6710.    Christina Hemberger-Tomlison, an adult resident citizen of Vieques, PR on behalf of minor child Joseph Rosa-Hemberger (ECN 6852).

6711.    Jennifer Loredo-Calderon, an adult resident citizen of Vieques, PR on behalf of minor child Chalaytia Cruz-Loredo (ECN 6867).

6712.    Alexandra Ortiz-Sanes, an adult resident citizen of Vieques, PR on behalf of minor child Nillka  Diaz-Ortiz (ECN 6878).

6713.    Alexandra Ortiz-Sanes (ECN 6879) is an adult resident citizen of Vieques, PR.

6714.    Wanda Melendez-Rosario (ECN 6880) is an adult resident citizen of Vieques, PR.

6715.     Maria Ortiz-Robles, an adult resident citizen of Vieques, PR on behalf of minor child Chelsea Diaz-Gavino (ECN 6900).

6716.     Elbia Gavino-Robles, an adult resident citizen of Vieques, PR on behalf of minor child Efrain Torres-Gavino (ECN 6903).

6717.     Zunilda Delerme-Rivera (ECN 6919) is an adult resident citizen of Vieques, PR.

6718.     Lynda Bayron-Rivera (ECN 6922) is an adult resident citizen of Vieques, PR.

6719.     Zuleika Martinez-Velez (ECN 6928) is an adult resident citizen of Vieques, PR.

6720.     Edwin Hernandez-Perez, an adult resident citizen of Vieques, PR on behalf of minor child Edwin Hernandez-Bermudez (ECN 6937).

6721.     Maria Lopez-Torres, an adult resident citizen of Vieques, PR on behalf of minor child Cristian Rosario-Lopez (ECN 6941).

6722.     Maria Lopez-Torres, an adult resident citizen of Vieques, PR on behalf of minor child Jose Rosario-Lopez (ECN 6942).

6723.     Normarie Adorno-Soto, an adult resident citizen of Vieques, PR on behalf of minor child Sharai Perez-Adorno (ECN 6944).

6724.     Jorge Rivera-Garcia (ECN 6980) is an adult resident citizen of Camden, NJ.

6725.     Carmen Valencia-Perez (ECN 6984) is an adult resident citizen of Vieques, PR.

6726.     Alba Melendez-Ayala, an adult resident citizen of Vieques, PR on behalf of minor child Kevin Medina-Melendez (ECN 6996).

6727.     Alba Melendez-Ayala, an adult resident citizen of Vieques, PR on behalf of minor child Careline Vega-Melendez (ECN 6998).

6728.     Francis Mendez-Garcia (ECN 7005) is an adult resident citizen of Vieques, PR.

6729.     Iris Mendez-Garcia (ECN 7006) is an adult resident citizen of Vieques, PR.

6730.     Biodeika Melendez-Santana (ECN 7030) is an adult resident citizen of Vieques, PR.

6731.     Nidza Santiago-Figueroa (ECN 7038) is an adult resident citizen of Vieques, PR.

6732.     Juan Melendez-Santiago (ECN 7049) is an adult resident citizen of Vieques, PR.

6733.     Jonathan Maldonado-Alejandro (ECN 7051) is an adult resident citizen of Vieques, PR.

6734.     Cydmarie Osorio-Rivera (ECN 7052) is an adult resident citizen of Vieques, PR.

6735.     Francis Rivera-Pagan (ECN 7055) is an adult resident citizen of Vieques, PR.

6736.     Neftali Rivera-Pagan (ECN 7056) is an adult resident citizen of Vieques, PR.

6737.     Nauri Rivera-Garcia (ECN 7057) is an adult resident citizen of Vieques, PR.

6738.     Norelis Carmona-Alejandro (ECN 7060) is an adult resident citizen of Vieques, PR.

6739.     Jose Carmona-Alejandro (ECN 7061) is an adult resident citizen of Vieques, PR.

6740.     Angel Christian-Alvarado (ECN 7085) is an adult resident citizen of Vieques, PR.

6741.     Juan Carmona-Quinonez (ECN 7088) is an adult resident citizen of Vieques, PR.

6742.     Francisco Adorno-Santana (ECN 7097) is an adult resident citizen of Vieques, PR.

6743.     Shanira Morales-Rosa (ECN 7116) is an adult resident citizen of Vieques, PR.

6744.     Laura Carreras-Sanchez (ECN 7122) is an adult resident citizen of Vieques, PR.

6745.     Laura Dorado-Carreras (ECN 7123) is an adult resident citizen of Vieques, PR.

6746.     Carlos Ascencio-Rivera (ECN 7124) is an adult resident citizen of Vieques, PR.

6747.     Evelyn Melendez-Rosario (ECN 7227) is an adult resident citizen of Vieques, PR.

6748.     Luztarca Melendez-Rosario (ECN 7228) is an adult resident citizen of Vieques, PR.

6749.     Maria Melendez-Rosario (ECN 7229) is an adult resident citizen of Vieques, PR.

6750.     Jolivi Benitez-Rivera (ECN 7231) is an adult resident citizen of Vieques, PR.

6751.     Josie Benitez-Rivera (ECN 7232) is an adult resident citizen of Vieques, PR.

6752.     Arnold Benitez-Rivera (ECN 7233) is an adult resident citizen of Vieques, PR.

6753.     Milagros Rivera-Felix (ECN 7234) is an adult resident citizen of Vieques, PR.

6754.     Maria Camacho-Brache (ECN 7235) is an adult resident citizen of Vieques, PR.

6755.     Carlos Carrasquillo-Camacho (ECN 7236) is an adult resident citizen of Vieques, PR.

6756.     Juan Rodriguez-de Jesus (ECN 7238) is an adult resident citizen of Vieques, PR.

6757.     Hilda Collazo-Nieves, an adult resident citizen of Vieques, PR on behalf of minor child Jesus Rodriguez-Gerena (ECN 7239).

6758.     Hilda Collazo-Nieves, an adult resident citizen of Vieques, PR on behalf of minor child Juan Rodriguez-Gerena (ECN 7240).

6759.     Benedicta Romero-Rivera (ECN 7241) is an adult resident citizen of Vieques, PR.

6760.     Luz Bermudez-Romero (ECN 7242) is an adult resident citizen of Vieques, PR.

6761.     Thomas Nazario-Guadalupe (ECN 7243) is an adult resident citizen of Vieques, PR.

6762.     Mitsuka Bermudez-Pagan (ECN 7244) is an adult resident citizen of Vieques, PR.

6763.     Mitsuka Bermudez-Pagan, an adult resident citizen of Vieques, PR on behalf of minor child Yairo Cintron-Bermudez (ECN 7245).

6764.     Mitsuka Bermudez-Pagan, an adult resident citizen of Vieques, PR on behalf of minor child Ocram Cintron-Bermudez (ECN 7246).

6765.     Pedro Bennett-Cotto (ECN 7247) is an adult resident citizen of Vieques, PR.

6766.     Jose Lozada-Bermudez (ECN 7248) is an adult resident citizen of Vieques, PR.

6767.     Jose Lozada-Bermudez (ECN 7249) is an adult resident citizen of Vieques, PR.

6768.     Jose Lopez-Rosa (ECN 7251) is an adult resident citizen of Vieques, PR.

6769.     Erica Guzman-Boulogne, an adult resident citizen of Vieques, PR on behalf of minor child Jose Connelly-Guzman (ECN 7252).

6770.     Milagros Santos-Velazquez (ECN 7253) is an adult resident citizen of Vieques, PR.

6771.     Manuel Cruz-Aloyo (ECN 7254) is an adult resident citizen of Vieques, PR.

6772.     Gabriel Carambot-Monel (ECN 7255) is an adult resident citizen of Vieques, PR.

6773.     Julio Quinonez-Melendez (ECN 7256) is an adult resident citizen of Vieques, PR.

6774.     Edgardo Santiago-Flores (ECN 7257) is an adult resident citizen of Vieques, PR.

6775.     Wilfredo Gonzalez-Perez (ECN 7258) is an adult resident citizen of Fajardo, PR.

6776.     Iris Ventura-Rivera, an adult resident citizen of Fajardo, PR, on behalf of minor child Wilfred Gonzalez-Ventura (ECN 7259).

6777.     Iris Ventura-Rivera (ECN 7260) is an adult resident citizen of Fajardo, PR.

6778.     Milagros Brache-Martinez (ECN 7261) is an adult resident citizen of Vieques, PR.

6779.     Luis Medina-Valentin (ECN 7262) is an adult resident citizen of Vieques, PR.

6780.     Nidia Mercado-Acencio, an adult resident citizen of Vieques, PR on behalf of minor child Jose Malendez-Mercado (ECN 7263).

6781.    Luis Melendez-Navarro (ECN 7264) is an adult resident citizen of Vieques, PR.

6782.    Hector Ventura-Melendez (ECN 7265) is an adult resident citizen of Vieques, PR.

6783.    Alexis Guzman-Perez (ECN 7266) is an adult resident citizen of Vieques, PR.

6784.    Regina Velez-Carter, an adult resident citizen of Vieques, PR on behalf of minor
child Emir Carambot-Velez (ECN 7267).

6785.    Fernando Ruiz (ECN 7268) is an adult resident citizen of Vieques, PR.

6786.    Jeannette Carrasquillo-Vegerano (ECN 7269) is an adult resident citizen of
Richlands,    NC.

6787.    Antonia Marquez-Guadalupe (ECN 7270) is an adult resident citizen of Vieques,
PR.

6788.    Xiomari Tirado-Quinones (ECN 7271) is an adult resident citizen of Vieques, PR.

6789.    Juanita Hernandez-Martinez (ECN 7272) is an adult resident citizen of Vieques,
PR.

6790.    Jessica Medina-Serrano (ECN 7273) is an adult resident citizen of Vieques, PR.

6791.    Abigail Santiago-Rucci, an adult resident citizen of Vieques, PR on behalf of
minor child Abimelec Carrasquillo-Santiago (ECN 7274).

6792.    Francis Cruz-Martinez (ECN 7275) is an adult resident citizen of Vieques, PR.

6793.    Shanara Cruz-Martinez (ECN 7276) is an adult resident citizen of Vieques, PR.

6794.    Yaritzabeth Rodriguez-Ortiz (ECN 7277) is an adult resident citizen of Vieques,
PR.

6795.    Miraida Ortiz-Rodriguez (ECN 7278) is an adult resident citizen of Vieques, PR.

6796.    Crucita Soto-Santo (ECN 7279) is an adult resident citizen of Vieques, PR.

6797.    Ernesto Ayala-Perez (ECN 7280) is an adult resident citizen of Vieques, PR.

6798.    Carlos Navarro-Gerena (ECN 7281) is an adult resident citizen of Vieques, PR.

6799.    Jose Reyes-Ortiz (ECN 7282) is an adult resident citizen of Vieques, PR.

6800.    Luz Rivera-Maldonado (ECN 7283) is an adult resident citizen of Vieques, PR.

6801.    Hector Rivera-Maldonado (ECN 7284) is an adult resident citizen of Vieques, PR.

6802.    Miguel Rivera-Maldonado (ECN 7285) is an adult resident citizen of Vieques, PR.

6803.    Luis Corcino-Santos (ECN 7286) is an adult resident citizen of Vieques, PR.

6804.    Nydia Santos-Velazquez, an adult resident citizen of Vieques, PR on behalf of minor child Anabel Corcino-Santos (ECN 7287).

6805.    Deborah Corcino-Santos (ECN 7288) is an adult resident citizen of Vieques, PR.

6806.    Obed Corcino-Santos (ECN 7289) is an adult resident citizen of Vieques, PR.

6807.    Abraham Velazquez-Rijos (ECN 7290) is an adult resident citizen of Vieques, PR.

6808.    Juan Carrion-Perez (ECN 7291) is an adult resident citizen of Vieques, PR.

6809.    Edgardo Villalona-Maldonado (ECN 7292) is an adult resident citizen of Vieques, PR.

6810.    Sandra Torres-Gonzalez (ECN 7296) is an adult resident citizen of Lancaster, PA.

6811.    Iliana Santiago-Osorio (ECN 7299) is an adult resident citizen of Vieques, PR.

6812.    Luz Mercado-Acencio, an adult resident citizen of Vieques, PR on behalf of minor child Juan Medina-Mercado (ECN 7300).

6813.    Shaman Rodriguez-Carrasquillo (ECN 7344) is an adult resident citizen of Vieques, PR.

6814.    Josue Cruz-Ramos (ECN 7345) is an adult resident citizen of Vieques, PR.

6815.    Tomas Monell-Melendez (ECN 7346) is an adult resident citizen of Vieques, PR.

6816.    Iris Martinez-Roldan (ECN 7347) is an adult resident citizen of Vieques, PR.

6817.    Grisel Maldonado-Osorio (ECN 7348) is an adult resident citizen of Vieques, PR.

6818.    Jose Vera-Velez (ECN 7349) is an adult resident citizen of Vieques, PR.

6819.    Ana Carasquillo-Rios (ECN 7350) is an adult resident citizen of Vieques, PR.

6820.    Claudio Hernandez-Martinez (ECN 7351) is an adult resident citizen of Vieques, PR.

6821.    Evelyn Sampayo-Ramos (ECN 7352) is an adult resident citizen of Vieques, PR.

6822.    Yaralys Delgado-Gomez (ECN 7353) is an adult resident citizen of Vieques, PR.

6823.    Marilyn Gomez-Gonzalez, an adult resident citizen of Vieques, PR on behalf of minor child Kevin Delgado-Gomez (ECN 7354).

6824.    Sandra Martinez-Cadiz, an adult resident citizen of Vieques, PR on behalf of minor child Edson Fuentes-Martinez (ECN 7356).

6825.    Sandra Martinez-Cadiz, an adult resident citizen of Vieques, PR on behalf of minor child Reynaldo Fuentes-Martinez (ECN 7357).

6826.    Sandra Martinez-Cadiz, an adult resident citizen of Vieques, PR on behalf of minor child Wilfredo Fuentes-Martinez (ECN 7358).

6827.    Sandra Martinez-Cadiz (ECN 7359) is an adult resident citizen of Vieques, PR.

6828.    Luz Cruz-Carrasquillo, an adult resident citizen of Vieques, PR on behalf of minor child Emanuel Gerena-Cruz (ECN 7360).

6829.    Carmen Alvira-Arzon, an adult resident citizen of Vieques, PR on behalf of minor child Denisse Gomez-Alvira (ECN 7363).

6830.    Angel Velez-Delgado (ECN 7629) is an adult resident citizen of Vieques, PR.

6831.    Juan Ortiz-Encarnacion (ECN 7630) is an adult resident citizen of Vieques, PR.

6832.    Jose Diaz-Moralez (ECN 7631) is an adult resident citizen of Vieques, PR.

6833.    Shanira Guzman-McLat, an adult resident citizen of Vieques, PR on behalf of minor child Leonardo Cruz-Guzman (ECN 7633).

6834.    Hector Acevedo-Torres (ECN 7634) is an adult resident citizen of Vieques, PR.

6835.    Tomas Hernandez-Carmona (ECN 7635) is an adult resident citizen of Vieques, PR.

6836.    Ricardo Clemente-Gerena (ECN 7636) is an adult resident citizen of Vieques, PR.

6837.    Alfredo Pereira-Guerra (ECN 7637) is an adult resident citizen of Vieques, PR.

6838.    Jose Diaz-Olmo (ECN 7638) is an adult resident citizen of Vieques, PR.

6839.    Lizbeth Ayala-Rivera (ECN 7639) is an adult resident citizen of Vieques, PR.

6840.    Maria Rivera-Cruz (ECN 7640) is an adult resident citizen of Vieques, PR.

6841.    Angel Parrilla-Bermudez (ECN 7641) is an adult resident citizen of Vieques, PR.

6842.    Gloria Huertas-Cruz (ECN 7642) is an adult resident citizen of Vieques, PR.

6843.    Abimael Ayala-Rivera (ECN 7643) is an adult resident citizen of Vieques, PR.

6844.    Raul Velez-Santos (ECN 7644) is an adult resident citizen of Vieques, PR.

6845.    Damary Encarnacion-Rodriguez (ECN 7645) is an adult resident citizen of Vieques, PR.

6846.    Maritza Encarnacion-Rodriguez (ECN 7646) is an adult resident citizen of Vieques, PR.

6847.    Wallder Gorgas-Santiago (ECN 7647) is an adult resident citizen of Vieques, PR.

6848.    Marcelino Encarnacion-Rodriguez (ECN 7648) is an adult resident citizen of Vieques, PR.

6849.    Ruben Ponce-Rosa (ECN 7649) is an adult resident citizen of Vieques, PR.

6850.    Jose Barreto-Rosario (ECN 7650) is an adult resident citizen of Vieques, PR.

6851.    Juanita Rosario-Osorio (ECN 7651) is an adult resident citizen of Vieques, PR.

6852.    Gamaliel Barreto-Rosario (ECN 7652) is an adult resident citizen of Vieques, PR.

6853.    Mariarangeli Barreto-Rosario (ECN 7654) is an adult resident citizen of Vieques, PR.

6854.    Hector Osorio (ECN 7655) is an adult resident citizen of Vieques, PR.

6855.    Luz Osorio-Rosario (ECN 7656) is an adult resident citizen of Vieques, PR.

6856.    Luz Osorio-Rosario, an adult resident citizen of Vieques, PR on behalf of minor child Luiza Osorio (ECN 7657).

6857.    Luz Osorio-Rosario, an adult resident citizen of Vieques, PR on behalf of minor child Maria Molina-Osorio (ECN 7658).

6858.    Juan Ramos-Rosario (ECN 7659) is an adult resident citizen of Vieques, PR.

6859.    Maria Lopez-Perez (ECN 7660) is an adult resident citizen of Vieques, PR.

6860.    Evelyn Saldana-Maldonado (ECN 7661) is an adult resident citizen of Vieques, PR.

6861.    Alexis Danois-Rivera (ECN 7662) is an adult resident citizen of Vieques, PR.

6862.    Alice Ortiz-Marquez (ECN 7663) is an adult resident citizen of Vieques, PR.

6863.    Damarys Encarnacion-Rodriguez, an adult resident citizen of Vieques, PR on behalf of minor child Jonathan Morales-Encarnacion (ECN 7664).

6864.    Damarys Encarnacion-Rodriguez, an adult resident citizen of Vieques, PR on behalf of minor child Carlos Morales-Encarnacion (ECN 7665).

6865.    Melissa Guzman-Berrios (ECN 7666) is an adult resident citizen of Vieques, PR.

6866.     Jose Encarnacion-Torres (ECN 7667) is an adult resident citizen of Vieques, PR.

6867.     Eddie Rasch-Reyes (ECN 7668) is an adult resident citizen of Vieques, PR.

6868.     Adriann Garcia-Salgado (ECN 7669) is an adult resident citizen of Vieques, PR.

6869.     Victor Carambot-Perez (ECN 7670) is an adult resident citizen of Vieques, PR.

6870.     Ruben Garcia-Herrera (ECN 7672) is an adult resident citizen of Vieques, PR.

6871.     Carmen Acosta-Perez (ECN 7673) is an adult resident citizen of St. Croix, VI.

6872.     Horvin Velez-Romero (ECN 7674) is an adult resident citizen of Vieques, PR.

6873.     Norma Nales-Martinez (ECN 7675) is an adult resident citizen of St. Croix, VI.

6874.     Victor de Jesus-Cruz (ECN 7676) is an adult resident citizen of Vieques, PR.

6875.     Juan Nales-Martinez (ECN 7677) is an adult resident citizen of St. Croix, VI.

6876.     Aurora Serrena-Ramirez (ECN 7678) is an adult resident citizen of Vieques, PR.

6877.     Damira Garcia-Jiminez (ECN 7679) is an adult resident citizen of Vieques, PR.

6878.     Carmen Gomez-Ortiz, an adult resident citizen of Vieques, PR on behalf of minor child Josmar Perez-Gomez (ECN 7680).

6879.     Myrna Santos-Rios (ECN 7681) is an adult resident citizen of Vieques, PR.

6880.     Gilberto Serrano-Rodriguez (ECN 7682) is an adult resident citizen of Vieques, PR.

6881.     Tito Osorio-Osorio (ECN 7683) is an adult resident citizen of Vieques, PR.

6882.     Arcides Lopez-Rosado (ECN 7684) is an adult resident citizen of Vieques, PR.

6883.     Virginia Correa-Torres (ECN 7685) is an adult resident citizen of Vieques, PR.

6884.     Hilda Gonzalez-Gonzalez, an adult resident citizen of Vieques, PR on behalf of minor child Nathanael Sanes-Gonzalez (ECN 7686).

6885.     Xavier Sanes-Gonzalez (ECN 7687) is an adult resident citizen of Vieques, PR.

6886.    Wilfredo Gonzalez (ECN 7688) is an adult resident citizen of Vieques, PR.

6887.    Omar Leon-Nieves (ECN 7689) is an adult resident citizen of Vieques, PR.

6888.    Airamzul Cabral-Guadalupe, an adult resident citizen of Vieques, PR on behalf of minor child Dominique Guzman-Cabral (ECN 7690).

6889.    Jorge Guzman-Mejia (ECN 7691) is an adult resident citizen of Vieques, PR.

6890.    Kathiria Cruz-Cruz, an adult resident citizen of Vieques, PR on behalf of minor child Juliassy Rodriguez-Cruz (ECN 7692).

6891.    Maiomi Garcia-Garcia (ECN 7693) is an adult resident citizen of Vieques, PR.

6892.    Cristobal Garcia-Rosa (ECN 7694) is an adult resident citizen of Vieques, PR.

6893.    Alfredy Diaz-Hernandez (ECN 7695) is an adult resident citizen of Vieques, PR.

6894.    Norma Garcia, an adult resident citizen of Vieques, PR on behalf of minor child Abel Garcia-Garcia (ECN 7696).

6895.    Migna Ilarraza-Rodriguez (ECN 7697) is an adult resident citizen of Vieques, PR.

6896.    Benjamin Ocasio-Alvira (ECN 7698) is an adult resident citizen of Vieques, PR.

6897.    Adria Soto-Laboy (ECN 7699) is an adult resident citizen of Vieques, PR.

6898.    Granada Tindaro-Constanzo (ECN 7700) is an adult resident citizen of Vieques, PR.

6899.    Joel Perez-Sanes (ECN 7701) is an adult resident citizen of Vieques, PR.

6900.    Marcelo Nieves-Soto (ECN 7702) is an adult resident citizen of Vieques, PR.

6901.    Maria Carambot-Gomez (ECN 7703) is an adult resident citizen of Vieques, PR.

6902.    Elias Tirado-Huertas (ECN 7704) is an adult resident citizen of Vieques, PR.

6903.    David Tirado-Huertas (ECN 7705) is an adult resident citizen of Vieques, PR.

6904.    David Nieves-Rivera (ECN 7706) is an adult resident citizen of Vieques, PR.

6905.    Miguel Cruz-Roldan (ECN 7707) is an adult resident citizen of Vieques, PR.

6906.    Xavier Cruz-Roldan (ECN 7708) is an adult resident citizen of Vieques, PR.

6907.    Luz Roldan-Roman (ECN 7709) is an adult resident citizen of Vieques, PR.

6908.    Felix Cintron-Lao (ECN 7710) is an adult resident citizen of Vieques, PR.

6909.    Omayra Melendez-Cintron, an adult resident citizen of Vieques, PR on behalf of minor child Abdiel Albert-Cintron (ECN 7711).

6910.    Enid Melendez-Huertas (ECN 7712) is an adult resident citizen of Vieques, PR.

6911.    Alex Gerena-Cruz (ECN 7713) is an adult resident citizen of Vieques, PR.

6912.    Luz Cruz-Carrasquillo (ECN 7714) is an adult resident citizen of Vieques, PR.

6913.    Hector Martinez-Matos (ECN 7715) is an adult resident citizen of Vieques, PR.

6914.    Raul Trinidad-Alejandro (ECN 7716) is an adult resident citizen of Vieques, PR.

6915.    Luis Gonzalez-Valencia (ECN 7717) is an adult resident citizen of Vieques, PR.

6916.    Ivan Perez-Cruz (ECN 7718) is an adult resident citizen of San Juan, PR.

6917.    Elias Roldan-Sanes (ECN 7719) is an adult resident citizen of Vieques, PR.

6918.    Sonia Velazquez-Ramos (ECN 7720) is an adult resident citizen of Vieques, PR.

6919.    Susana Velazquez-Ramos (ECN 7721) is an adult resident citizen of Vieques, PR.

6920.    Manuel Fontanez-Alvarez (ECN 7722) is an adult resident citizen of Vieques, PR.

6921.    Ruben Cruz-Carrasquillo (ECN 7723) is an adult resident citizen of Vieques, PR.

6922.    Kamalis Williams-Garcia, an adult resident citizen of Vieques, PR on behalf of minor child Nahiara Feliciano-Williams (ECN 7724).

6923.    Emanuel Feliciano-Mercado (ECN 7725) is an adult resident citizen of Vieques, PR.

6924.    Elsa Silva-Guishard (ECN 7726) is an adult resident citizen of Vieques, PR.

6925.    Elsie Acevedo-Mercado (ECN 7727) is an adult resident citizen of Vieques, PR.

6926.    Gregorio Bonano-Garcia (ECN 7728) is an adult resident citizen of Vieques, PR.

6927.    Angel Romero-Burgos (ECN 7729) is an adult resident citizen of Vieques, PR.

6928.    Glorymar Cruz-Pereira, an adult resident citizen of Vieques, PR on behalf of minor child Loryshamarie Robles-Cruz (ECN 7730).

6929.    Osbel Romero-Burgos (ECN 7731) is an adult resident citizen of Vieques, PR.

6930.    Glorymar Cruz-Pereira, an adult resident citizen of Vieques, PR on behalf of minor child Zaishamarie Bermudez-Cruz (ECN 7732).

6931.    Glorymar Cruz-Periera, an adult resident citizen of Vieques, PR on behalf of minor child Dereck Gonzalez-Cruz (ECN 7733).

6932.    Luz Guadalupe-Oneill, an adult resident citizen of Vieques, PR on behalf of minor child Marcos Rodriguez-Guadalupe (ECN 7734).

6933.    Luz Guadalupe-Oneill, an adult resident citizen of Vieques, PR on behalf of minor child Elijah Rodriguez-Guadalupe (ECN 7735).

6934.    Rudy Rivera (ECN 7736) is an adult resident citizen of St. Croix, VI.

6935.    Carmelo Cepeda-Ayala (ECN 7737) is an adult resident citizen of St. Croix, VI.

6936.    Carmen Ayala-Parrilla (ECN 7738) is an adult resident citizen of St. Croix, VI.

6937.    Maria Rivera-Cruz (ECN 7740) is an adult resident citizen of St. Croix, VI.

6938.    Damasina Rivera-Rentas (ECN 7741) is an adult resident citizen of New York, NY.

6939.    Melissa Caramante-Lopez, an adult resident citizen of Vieques, PR on behalf of minor child Emalissa Santo-Dominique (ECN 7742).

6940.    Xaymara Ramos-Paris (ECN 7743) is an adult resident citizen of Vieques, PR.

6941.     Estebania Camacho-Marques (ECN 7744) is an adult resident citizen of Vieques, PR.

6942.     Paul O'Leary-Beach (ECN 7745) is an adult resident citizen of Vieques, PR.

6943.     Josue Coto-Collazo (ECN 7746) is an adult resident citizen of Vieques, PR.

6944.     Miguel Coto (ECN 7747) is an adult resident citizen of Vieques, PR.

6945.     Carlos Sanes-Santiago (ECN 7748) is an adult resident citizen of St. Croix, VI.

6946.     Isidoro Felix-Ortiz (ECN 7749) is an adult resident citizen of Vieques, PR.

6947.     Magdaleno Rodriguez-Mercado (ECN 7750) is an adult resident citizen of Vieques, PR.

6948.     Demetrio Felix-Ortiz (ECN 7751) is an adult resident citizen of St. Croix, VI.

6949.     Paulina Brache-Torres (ECN 7752) is an adult resident citizen of Vieques, PR.

6950.     Ismael Tapia-Santiago (ECN 7753) is an adult resident citizen of Vieques, PR.

6951.     Reymundo Tapia-Diaz (ECN 7754) is an adult resident citizen of Vieques, PR.

6952.     Hector Gerena-Molina (ECN 7755) is an adult resident citizen of Vieques, PR.

6953.     Jose Perez-Guerra (ECN 7756) is an adult resident citizen of Brooklyn, NY.

6954.     Rosa Felix-Ortiz, an adult resident citizen of Vieques, PR on behalf of minor child Israel Rosa-Felix (ECN 7757).

6955.     Rosa Felix-Ortiz, an adult resident citizen of Vieques, PR on behalf of minor child Jelitza Rosa-Felix (ECN 7758).

6956.     Hilda Matos-Soto (ECN 7759) is an adult resident citizen of Vieques, PR.

6957.     Marcelino Diaz-Rivera (ECN 7760) is an adult resident citizen of Vieques, PR.

6958.     Brenda Martinez-Matos (ECN 7761) is an adult resident citizen of Vieques, PR.

6959.     Hector Martinez-Colon (ECN 7762) is an adult resident citizen of Vieques, PR.

6960.    Angel Parrilla-Rivera (ECN 7764) is an adult resident citizen of Vieques, PR.

6961.    Celia Serrano-Rosa, an adult resident citizen of Vieques, PR on behalf of minor child Josean Sanchez-Serrano (ECN 7765).

6962.    Ixia Rivera-Rivera, an adult resident citizen of Vieques, PR on behalf of minor child Aixi Padilla-Rivera (ECN 7766).

6963.    Ixia Rivera-Rivera (ECN 7767) is an adult resident citizen of Vieques, PR.

6964.    Felisito Danois-Pererra (ECN 7768) is an adult resident citizen of Vieques, PR.

6965.    Waldestrudis Sanes-Ortiz (ECN 7769) is an adult resident citizen of Vieques, PR.

6966.    Iris Ponce-Rosa (ECN 7770) is an adult resident citizen of Vieques, PR.

6967.    Luz Santiago-Gonzales (ECN 7780) is an adult resident citizen of Vieques, PR.

6968.    Jose Sanes-Corcino (ECN 7781) is an adult resident citizen of Vieques, PR.

6969.    Eduardo Perez-Monell (ECN 7782) is an adult resident citizen of Vieques, PR.

6970.    Fernando Garcia-Rosa (ECN 7783) is an adult resident citizen of Vieques, PR.

6971.    Kelvin Rivera-Tirado (ECN 7784) is an adult resident citizen of San Lorenzo, PR.

6972.    Elvin Rivera-Diaz, an adult resident citizen of Vieques, PR on behalf of minor child Melvin Rivea-Tirado (ECN 7785).

6973.    Angel Boulogne-Melendez (ECN 7787) is an adult resident citizen of Vieques, PR.

6974.    Maysha Carrasquillo-Morales (ECN 7788) is an adult resident citizen of Vieques, PR.

6975.    Maysha Carrasquillo-Morales, an adult resident citizen of Vieques, PR on behalf of minor child Itysha Robles-Carrasquillo (ECN 7789).

6976.    Ciara Hernandez-Valentin (ECN 7790) is an adult resident citizen of Vieques, PR.

6977.     Gonzales Donato-Ynocencia (ECN 7791) is an adult resident citizen of Vieques, PR.

6978.     Grisel Boulogne (ECN 7792) is an adult resident citizen of Vieques, PR.

6979.     Jose Boulogne, Jr. (ECN 7793) is an adult resident citizen of Vieques, PR.

6980.     Eliza Boulogne-Torres (ECN 7794) is an adult resident citizen of Vieques, PR.

6981.     Crecia Boulogne-Donato (ECN 7795) is an adult resident citizen of Vieques, PR.

6982.     Jaime Boulogne-Melendez (ECN 7796) is an adult resident citizen of Vieques, PR.

6983.     Maria Boulogne-Ramos (ECN 7797) is an adult resident citizen of Vieques, PR.

6984.     Manuela Boulogne-Melendez (ECN 7798) is an adult resident citizen of Vieques, PR.

6985.     Emma Rivera-Ruiz (ECN 7799) is an adult resident citizen of Vieques, PR.

6986.     Luis Cepeda, an adult resident citizen of Vieques, PR, on behalf of minor child Luis Cepeda-Rivera (ECN 7800).

6987.     Emma Rivera-Ruiz, an adult resident citizen of Vieques, PR on behalf of minor child Hilen Cepeda-Rivera (ECN 7801).

6988.     Emma Rivera-Ruiz, an adult resident citizen of Vieques, PR on behalf of minor child Marian Rivera-Cepeda (ECN 7802).

6989.     Xavier Cepeda, an adult resident citizen of Vieques, PR on behalf of minor child Xavier Cepeda-Rivera (ECN 7803).

6990.     Emerito Rivera-Ortiz (ECN 7805) is an adult resident citizen of Vieques, PR.

6991.     Alexis Rivera-Ortiz (ECN 7806) is an adult resident citizen of Vieques, PR.

6992.     Minieli Alvarez-Suarez (ECN 7807) is an adult resident citizen of Vieques, PR.

6993.    Tatiana Ayala-Valentin (ECN 7808) is an adult resident citizen of Vieques, PR.

6994.    Angelica Mercado-Rivera (ECN 7809) is an adult resident citizen of Vieques, PR.

6995.    Dennis Burke-Navarro (ECN 7810) is an adult resident citizen of Vieques, PR.

6996.    Suhail Ramos-Mercado (ECN 7811) is an adult resident citizen of Vieques, PR.

6997.    Jorge Lopez-Roger (ECN 7812) is an adult resident citizen of Ceiba, PR.

6998.    Angel Ledesma-Nieves (ECN 7813) is an adult resident citizen of Erie, PA.

6999.    Aida Encarnacion-Rodriguez (ECN 7814) is an adult resident citizen of Rio Piedras, PR.

7000.    Luis Monell-Perez (ECN 7815) is an adult resident citizen of Vieques, PR.

7001.    Luis Monell-Ilarraza (ECN 7816) is an adult resident citizen of Vieques, PR.

7002.    Luis Monell-Ilarraza, an adult resident citizen of Vieques, PR on behalf of minor child Luis Monell-Perez (ECN 7817).

7003.    Silverio Avenancio-Ventura (ECN 7818) is an adult resident citizen of Vieques, PR.

7004.    Carlos Avenancio-Ventura (ECN 7819) is an adult resident citizen of Vieques, PR.

7005.    Natanael Carmona-Torres (ECN 7820) is an adult resident citizen of Vieques, PR.

7006.    Jahn Fuertes-Gavino (ECN 7821) is an adult resident citizen of Vieques, PR.

7007.    Rene Hernandez-Degro (ECN 7822) is an adult resident citizen of Vieques, PR.

7008.    Angel Ayala-Gerena (ECN 7823) is an adult resident citizen of Vieques, PR.

7009.    Joel Martinez-Corcino (ECN 7824) is an adult resident citizen of Vieques, PR.

7010.    Rosario Navarro-Mercado (ECN 8051) is an adult resident citizen of St. Croix, VI.

7011.     Ruben Navarro-Davis (ECN 8052) is an adult resident citizen of St. Croix, VI.

7012.     Orlando Navarro-Davis (ECN 8053) is an adult resident citizen of St. Croix, VI.

7013.     Nelly Navarro-Davis (ECN 8054) is an adult resident citizen of St. Croix, VI.

7014.     Angel Class-Navarro (ECN 8055) is an adult resident citizen of St. Croix, VI.

7015.     Wanda Huggins-Rosa (ECN 8056) is an adult resident citizen of St. Croix, VI.

7016.     Carlos Devis-Ramos (ECN 8058) is an adult resident citizen of St. Croix, VI.

7017.     Andres Santiago-Garcia (ECN 8059) is an adult resident citizen of St. Croix, VI.

7018.     Andrea Felix-Ramos (ECN 8060) is an adult resident citizen of St. Croix, VI.

7019.     Rafael Morales-Christian (ECN 8061) is an adult resident citizen of San Juan, PR.

7020.     Misael Melendez-Matos (ECN 8062) is an adult resident citizen of St. Croix, VI.

7021.     Marcela Parrilla-Ramos (ECN 8063) is an adult resident citizen of St. Croix, VI.

7022.     Marie Martinez-Perez (ECN 8064) is an adult resident citizen of St. Croix, VI.

7023.     Felix Maldonado-Osorio (ECN 8065) is an adult resident citizen of St. Croix, VI.

7024.     Mayra Perez-Rivera (ECN 8066) is an adult resident citizen of St. Croix, VI.

7025.     Marcial Herrera-Rodriguez (ECN 8067) is an adult resident citizen of Brooklyn,
     NY.

7026.     Severino Torres-Pereira (ECN 8068) is an adult resident citizen of St. Croix, VI.

7027.     Ivette Colon-Ponce (ECN 8069) is an adult resident citizen of St. Croix, VI.

7028.     Alejandro Perez-Rivera, Jr. (ECN 8070) is an adult resident citizen of Orlando,
     FL.

7029.     Vilma Perez-Rivera (ECN 8071) is an adult resident citizen of St. Croix, VI.

7030.     Carlos Perez-Rivera (ECN 8073) is an adult resident citizen of St. Croix, VI.

7031.     Dimas Santos-Rios (ECN 8074) is an adult resident citizen of St. Croix, VI.

7032.    Miguel Lopez-Rivera (ECN 8075) is an adult resident citizen of St. Croix, VI.

7033.    Miguel Velazquez-Pereira (ECN 8076) is an adult resident citizen of St. Croix, VI.

7034.    Migdalia Encarnacion-Rivera (ECN 8077) is an adult resident citizen of St. Croix, VI.

7035.    Carmelo Torres-Pereira (ECN 8078) is an adult resident citizen of St. Croix, VI.

7036.    Antonio Sanes-Corcino (ECN 8079) is an adult resident citizen of St. Croix, VI.

7037.    Jose Nieves-Soto (ECN 8080) is an adult resident citizen of St. Croix, VI.

7038.    Marcelo Torrens-Nieves (ECN 8081) is an adult resident citizen of St. Croix, VI.

7039.    Edwin Lopez-Cruz (ECN 8082) is an adult resident citizen of St. Croix, VI.

7040.    Basilisa Montanez-Feliciano (ECN 8083) is an adult resident citizen of Brooklyn, NY.

7041.    Ruben Melendez-Santiago (ECN 8084) is an adult resident citizen of Richwood, NY.

7042.    Elias Melendez-Santiago (ECN 8085) is an adult resident citizen of Brooklyn, NY.

7043.    Paula Melendez-Santiago (ECN 8086) is an adult resident citizen of Brooklyn, NY.

7044.    Maria Camacho-Santiago (ECN 8087) is an adult resident citizen of Germantown, MD.

7045.    Luz Rosa (ECN 8088) is an adult resident citizen of St. Croix, VI.

7046.    Jesus Ayala-Maldonado (ECN 8089) is an adult resident citizen of St. Croix, VI.

7047.    Miguel Ramos-Felix (ECN 8090) is an adult resident citizen of San Juan, PR.

7048.    Ernesto Rafael Correa-Torres (ECN 8091) is an adult resident citizen of Ceiba, PR.

7049.    Felix Correa-Torres (ECN 8092) is an adult resident citizen of Ceiba, PR.

7050.    Pedro Correa-Torres (ECN 8093) is an adult resident citizen of Ceiba, PR.

7051.    Rafael Carmona-Peterson (ECN 8094) is an adult resident citizen of St. Croix, VI.

7052.    Carlos Tufino-Maldonado (ECN 8099) is an adult resident citizen of St. Croix, VI.

7053.    Haydee Julian-Camacho (ECN 8101) is an adult resident citizen of St. Croix, VI.

7054.    Diana Rosario-Rivera (ECN 8102) is an adult resident citizen of Carolina, PR.

7055.    Angela Ortiz-Torres (ECN 8103) is an adult resident citizen of Chicago, IL.

7056.    Jesus Ledesma (ECN 8104) is an adult resident citizen of St. Croix, VI.

7057.    Diasy Torres-Pellot (ECN 8105) is an adult resident citizen of St. Croix, VI.

7058.    Eusebio Rosa-Pol (ECN 8106) is an adult resident citizen of Vieques, PR.

7059.    Ismael Marquez-Guadalupe (ECN 8107) is an adult resident citizen of St. Croix, VI.

7060.    George Rivera-Salgado (ECN 8112) is an adult resident citizen of Brooklyn, NY.

7061.    Maria Carrasquillo-Vegerano (ECN 8114) is an adult resident citizen of Port St. Lucie, FL.

7062.    Juan Melendez-Cruz (ECN 8115) is an adult resident citizen of Fajardo, PR.

7063.    Maria Cruz-Martinez, an adult resident citizen of Fajardo, PR on behalf of minor child Sermarie Torres-Cruz (ECN 8116).

7064.    Maria Cruz-Martinez, an adult resident citizen of Fajardo, PR on behalf of minor child Suaria Torres-Cruz (ECN 8117).

7065.    Jose Morales-Diaz (ECN 8118) is an adult resident citizen of Vieques, PR.

7066.    Raul Belardo-Sanchez (ECN 8119) is an adult resident citizen of Vieques, PR.

7067.    Rosa Sanchez-Gonzalez, an adult resident citizen of Vieques, PR on behalf of minor child Zuleika Belardo-Sanchez (ECN 8120).

7068.    Sugeiky Belardo-Sanchez (ECN 8121) is an adult resident citizen of Vieques, PR.

7069.    Wanda Sanchez-Gonzalez (ECN 8122) is an adult resident citizen of Vieques, PR.

7070.    Edbert Ortiz-Shanchez (ECN 8123) is an adult resident citizen of Vieques, PR.

7071.    Patricio Albuja-Felix (ECN 8124) is an adult resident citizen of Vieques, PR.

7072.    Miguel Perez-Diaz (ECN 8125) is an adult resident citizen of Vieques, PR.

7073.    Jose Perez-Diaz (ECN 8126) is an adult resident citizen of Vieques, PR.

7074.    Edda Encarnacion-Boca Negra (ECN 8127) is an adult resident citizen of Vieques, PR.

7075.    Iraida Alvira-Corcino, an adult resident citizen of Vieques, PR on behalf of minor child Alfred Perez-Alvira (ECN 8128).

7076.    Carmen Sanes-Boulogne (ECN 8129) is an adult resident citizen of Vieques, PR.

7077.    Valentina Santiago-Gonzalez (ECN 8238) is an adult resident citizen of St. Croix, VI.

7078.    Leonardo Ayala-Ramos (ECN 8276) is an adult resident citizen of St. Croix, VI.

7079.    Maria Torres-Pellot (ECN 8381) is an adult resident citizen of Orlando, FL.

7080.    Juan DeJesus-Marin (ECN 8382) is an adult resident citizen of St. Croix, VI.

7081.    Esther Velazquez-Gonzalez (ECN 8383) is an adult resident citizen of St. Croix, VI.

7082.    Maria Melendez-Osorio (ECN 8384) is an adult resident citizen of Vieques, PR.

7083.    Carmen Torres-Pellot (ECN 8386) is an adult resident citizen of St. Croix, VI.

7084.    Zaida Diaz-Rivera (ECN 8387) is an adult resident citizen of St. Croix, VI.

7085.    Carlos Lopez-Osorio (ECN 8388) is an adult resident citizen of St. Croix, VI.

7086.    Dominga Rivera-Rivera (ECN 8390) is an adult resident citizen of St. Croix, VI.

7087.    Carlos Silva-Sanchez (ECN 8391) is an adult resident citizen of St. Croix, VI.

7088.    Domingo Santos-Solis (ECN 8392) is an adult resident citizen of St. Croix, VI.

7089.    Eleonor Batista-Figueroa (ECN 8393) is an adult resident citizen of Carolina, PR.

7090.    Benita Calderon-Camacho (ECN 8394) is an adult resident citizen of St. Croix, VI.

7091.    Humberto Martinez-Ortiz (ECN 8395) is an adult resident citizen of St. Croix, VI.

7092.    Angel Bermudez-Ruiz (ECN 8396) is an adult resident citizen of St. Croix, VI.

7093.    Julio Robles-Carmona (ECN 8397) is an adult resident citizen of St. Croix, VI.

7094.    Claudina Ayala-Rosa (ECN 8398) is an adult resident citizen of St. Croix, VI.

7095.    Hector Martinez-Ilarraza (ECN 8399) is an adult resident citizen of St. Croix, VI.

7096.    Carmen Ramos-Rivera (ECN 8400) is an adult resident citizen of St. Croix, VI.

7097.    Arcenio Osorio-Perez (ECN 8401) is an adult resident citizen of St. Croix, VI.

7098.    Cecilia Torres-Sanes (ECN 8402) is an adult resident citizen of St. Croix, VI.

7099.    Carlos Davis-Ramos (ECN 8403) is an adult resident citizen of St. Croix, VI.

7100.    Jose Garcia-Calderon (ECN 8404) is an adult resident citizen of St. Croix, VI.

7101.    Angel Rivera-Luis (ECN 8405) is an adult resident citizen of Plantation, FL.

7102.    Maria Nieves-Rivera (ECN 8406) is an adult resident citizen of Plantation, FL.

7103.    Miguel Osorio-Perez (ECN 8407) is an adult resident citizen of St. Croix, VI.

7104.    Laura Bermudez-Diaz (ECN 8409) is an adult resident citizen of Vieques, PR.

7105.    Fredlief Rasch-Garcia (ECN 8410) is an adult resident citizen of Vieques, PR.

7106.    Gregorio Feliciano-Castillo (ECN 8411) is an adult resident citizen of Vieques, PR.

7107.    Miguel Ortiz-Melendez (ECN 8412) is an adult resident citizen of Vieques, PR.

7108.    Ileana Jove-Fontan (ECN 8418) is an adult resident citizen of Vieques, PR.

7109.    Bienvenida Velazquez-Rivera (ECN 8420) is an adult resident citizen of St. Croix, VI.

7110.    Yanitza Ortiz-Sanchez (ECN 8421) is an adult resident citizen of Vieques, PR.

7111.    Angel Lopez-Prados (ECN 8422) is an adult resident citizen of St. Croix, VI.

7112.    Rosa Velazquez-Feliciano (ECN 8423) is an adult resident citizen of St. Croix, VI.

7113.    Wanda Gutierrez-Feliciano (ECN 8424) is an adult resident citizen of St. Croix, VI.

7114.    Antonio Velazquez-Feliciano, Jr. (ECN 8425) is an adult resident citizen of St. Croix, VI.

7115.    Marilyn Garcia-Martinez (ECN 8426) is an adult resident citizen of St. Croix, VI.

7116.    Ricardo Class-Navarro (ECN 8428) is an adult resident citizen of St. Croix, VI.

7117.    Angel Ramirez-Marrero (ECN 8429) is an adult resident citizen of St. Croix, VI.

7118.    Carmen Salgado-Rivera (ECN 8430) is an adult resident citizen of Kissimmee, FL.

7119.    Benigno Ortiz-Ayala (ECN 8431) is an adult resident citizen of St. Croix, VI.

7120.    Juanita Cotto-de Devis (ECN 8484) is an adult resident citizen of St. Croix, VI.

7121.    Julio Robles-Felix (ECN 8486) is an adult resident citizen of St. Croix, VI.

7122.    Iris Gonzalez-Burgos (ECN 8506) is an adult resident citizen of Winter Park, FL.

7123.    Ernesto Davis-Camacho (ECN 8542) is an adult resident citizen of St. Croix, VI.

7124.    Carmen Reyez-Melendez (ECN 8543) is an adult resident citizen of Kissimmee, FL.

7125.    Sixta Parrilla-de Jesus (ECN 8546) is an adult resident citizen of St. Croix, VI.

7126.    Edgardo Santana-Felix (ECN 8554) is an adult resident citizen of St. Croix, VI.

7127.    Mercedes Navarro-Rodriguez (ECN 8580) is an adult resident citizen of St. Croix, VI.

7128.    Fidelina Davis-Camacho (ECN 8591) is an adult resident citizen of St. Croix, VI.

7129.    Emilia Carrasquillo-Figueroa (ECN 8619) is an adult resident citizen of St. Croix, VI.

7130.    Angel Parrilla-Bermudez (ECN 8620) is an adult resident citizen of St. Croix, VI.

7131.    Maria Cruz-Cirilo (ECN 8621) is an adult resident citizen of St. Croix, VI.

7132.    Isidra Saez-Rosario, an adult resident citizen of Vieques, PR on behalf of minor child Yarismar Orona-Saez (ECN 8622).

7133.    Isidra Saez-Rosario, an adult resident citizen of Vieques, PR on behalf of minor child Stephanie Cruz-Saez (ECN 8623).

7134.    Yara Orona-Saez, an adult resident citizen of Vieques, PR on behalf of minor child Yareliz Ilarraza-Orona (ECN 8624).

7135.    Abraham Orona-Seaz (ECN 8625) is an adult resident citizen of Vieques, PR.

7136.    Wilma Maldonado-Gorgas (ECN 8626) is an adult resident citizen of Vieques, PR.

7137.    Felix Mojica-Rodriguez (ECN 8627) is an adult resident citizen of Bronx, NY.

7138.    Nannette Rosa-Corcino (ECN 8628) is an adult resident citizen of Bronx, NY.

7139.    Nannette Rosa-Corcino, an adult resident citizen of Bronx, NY on behalf of minor child Cristy Quinonez-Rosa (ECN 8629).

7140.    Angel Isaac-Osorio (ECN 8683) is an adult resident citizen of Jamestown, NY.

7141.    Erika Montanez-Santos, an adult resident citizen of Vieques, PR, on behalf of minor child Angel Colon-Montanez (ECN 0862).

7142.    Carlos de Jesus-Rivera (ECN 2321) is an adult resident citizen of Vieques, PR.

7143.    The Defendant, United States of America, its agents, servants or employees, has imposed on your undersigned Plaintiffs the poisoning of their soil, water, air and food with deadly contaminants, which has continuously caused harm and injury to both the physical and mental health of the undersigned Plaintiffs.

7144.    Plaintiffs allege that Defendants United States Department of Defense and United States Department of Navy, their agents, servants or employees, have imposed on your undersigned Plaintiffs the poisoning of their soil, water, air and food with deadly contaminants, which has continuously caused harm and injury to both the physical and mental health of the undersigned Plaintiffs.

7145.    Plaintiffs allege that Defendant Robert M. Gates, in his official capacity of the Secretary of Defense is legally responsible for all decisions of that Department; and Donald C. Winter, in his official capacity of the Secretary of Navy is legally responsible for all responsible for all decisions of that Deparment.

## **BACKGROUND**

7146.    Plaintiffs allege that the Island of Vieques is a 95 square mile island located seven miles southeast of the main island of Puerto Rico, between the Atlantic Ocean and the Caribbean Sea.

7147.    In or about 1940 the US Navy seized more than two-thirds of the Island of Vieques and used the island as a firing range until 2003.  The Defendants, through their agents, servants, or employees obtained complete control over the air space of the Island of Vieques and engaged in bombing activities on the Island of Vieques.

7148.    That the Defendants divided the Island of Vieques into three sectors.  The Naval Ammunition Facility (NAF) covered approximately 8,000 acres on the western end of the island. The Inner Range of the Atlantic Fleet Weapons Training Facility (AFWTF) on the eastern end of Vieques includes approximately the 11,000 acre Eastern Maneuver Area (EMA) and the 900 acre Live Impact Area (LIA).  In the area located between the NAF on the West and the Inner Range on the East there are approximately 9,300 United States citizens who reside in the Municipality of Vieques.   The prevailing tradewinds on Vieques blow from east to west around 80% of the time and that sea breezes are strong and blow towards the civilian populations.

7149.    In or about 1978 a Water Quality Survey conducted by the Navy detected high levels of zinc and lead in the surface waster in eastern Vieques.  That same study also showed the presence of RDX – a toxic component of military explosives – in several drinking water supply sources on civilian land.

7150.    That from 1985 to 1999 the Navy reported to the Environmental Protection Agency (EPA) its measurements of discharges of heavy metals and other materials into the waters of eastern Vieques where the impact area is located.  The measurements show

that discharges of lead, barium, cadmium, arsenic, boron, cyanide, hexavalent chromium, and 13 other substances repeated violated the Clean Water Act and Puerto Rico Water Quality Standards.

7151.    In or about 1978, approximately 36.8 tons of NGFS explosives and 532.8 tons of ATG explosives were expended.  Naval Operations predicted that by 1985 the annual expenditure of explosives would be about 54 tons of NGFS and 736 tons of ATG.

7152.    Between 2000 until 2003 the Navy used "inert" or practice munitions, which also contained an array of toxic metals in their propellants, bodies, and smoke producing substances.

7153.    That the Navy continued to dispose of live ordnance in the Vieques Eastern Maneuver Area through open burning and open detonation (OB/OD).

7154.    In or about January 2000, the EPA noted that OB/OD contaminates the surrounding environment with 13 types of toxic substances including benzene and toluene, which have been identified in the groundwater under civilian sectors of Vieques.

7155.    In or about 2001 the House Committee on Armed Services found the Navy had not been a good steward of Vieques.  The Committee further found that the Navy has failed to implement adequately many of the provisions of the Memorandum of Understanding of 1983 concluded between the Navy and the Government of Puerto Rico.

7156.    On or about February 11, 2005 the EPA added portions of the Island of Vieques to the Superfund National Priorities List because of contamination on the Island.  That extensive amounts of unexploded ordnance and remnants of exploded ordnance remained on the range area of Vieques which contains such hazardous substances as: mercury,

lead, copper, magnesium, lithium, perchlorate, TNT, napalm, and depleted uranium among others, including a range of chemicals such as PCBs, solvents, and pesticides.

## <u>CONSEQUENCES</u>

7157.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7158.    As a result of the Defendants' activities on the Island of Vieques the following materials were discovered to be in toxic concentrations in vegetation in the civilian zone on Vieques: lead, cadmium, manganese, copper, cobalt, and nickel.

7159.    As a result of the Defendants' activities on the Island of Vieques the following heavy metals: lead; cadmium; cobalt; copper; manganese; chromium; and nickel were discovered in sediments from Gato and Anones Lagoons within the military perimeter.

7160.    That high concentrations of arsenic, iron, nickel, zinc, cadmium, cobalt, lead, and copper were detected in the sea grasses on and surrounding Vieques as a result of Naval activities on the Island.

7161.    As a result of the Defendants' activities high concentrations of cadmium and lead have been detected in the crabs, a main part of the Viequenses diet, from Icaco Lagoon on Vieques island.

7162.    As a result of the Defendants' activities high amounts of mercury, selenium, arsenic, and zinc were detected in fish populations – also a staple of the Viequenses diet - surrounding Vieques.

7163.    That according to hair studies done to determine the presence of heavy metals in humans on Vieques the following contaminants were discovered in the locals:

- Toxic levels of mercury;

- Toxic levels of lead contamination;

- Arsenic contamination;

- Cadmium contamination;

- Aluminum contamination;

- Antimony contamination.

7164.    That in addition to the other contaminates previously named scientific studies have found the following non-native contaminants in high concentrations in the people of Vieques: cobalt, copper, nickel, vanadium, palladium, iron, magnesium, manganese, silicon, cerium, dysprosium, lanthanum, neodymium, praseodymium, silver, ytterbium, and tellurium.

7165.    That as a result of the Defendants' activities on the island infant mortality rates have been increasing on Vieques since 1980, and Vieques has 33% more low-birth weight babies and pre-term deliveries than the main island of Puerto Rico.

7166.    That as a result of the Defendants' activities on the island the residents of Vieques experience a 30% higher rate of cancer, a 381% higher rate of hypertension, a 95% higher rate of cirrhosis of the liver, and a 41% higher rate of diabetes than the rest of Puerto Rico.

## CAUSES OF ACTION

### COUNT I
### NEGLIGENCE
**(Under Puerto Rican common law)**

7167.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7168.     Over the course of some sixty years the Defendants occupied over two-thirds of the Island of Vieques and negligently engaged in training and support activities consisting of utilization of all manners of live fire delivery mechanisms including, but not limited to; small arms, mines, grenades, artillery bombardment, mortar fire, missile fire, "chaff," and aerial bombardment of the Island of Vieques.  Throughout the course of these activities the Defendants have used highly toxic and known carcinogenic materials on the Island of Vieques including, but not limited to, Agent Orange, depleted uranium, napalm, and various ordnances with explosive components such as RDX, HMX and TNT.

7169.     Along with the Defendants' live fire training operations the Defendants conducted support services on the Island of Vieques negligently stored numerous known carcinogenic, hazardous, and/or otherwise toxic substances including but not limited to, oil, diesel fuel, gas, solvents, paints, various cleaning compounds, along with scrap metals contaminated with hazardous or toxic compounds.

7170.     Over the sixty years the Defendants occupied the Island of Vieques the Defendants have carried about their training and support missions on the Island in an overall negligent, grossly negligent, and/or reckless manner towards the health and safety of the Plaintiffs.

7171.     As a direct and proximate result of the Defendants' negligence on the Island of Vieques, the Plaintiffs have been exposed to and harmed by numerous known carcinogenic compounds and substances, heavy metals, and other known dangerous substances, compounds, elements, and/or materials.

### *NEGLIGENT EXPOSURE TO TOXIC MATERIALS*

7172.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7173.    The Plaintiffs allege that the Defendants have negligently, recklessly, and/or intentionally exposed the citizens of Vieques to a multitude of toxic substances.

7174.    That the Defendants have engaged in training activities consisting of utilization all manners of vehicles, aircraft, and marine vessels in all aspects of naval gunfire support, air-to-ground ordnance deliver, air-to surface mine delivery, amphibious landings, small arms training, artillery and tank fire, combat engineering, and has further used the Island of Vieques as a training ground for weapons delivery for the past sixty years.  The materials used in such training include, but are not limited to,  Agent Orange, depleted uranium, napalm, and various ordnances with explosive components such as RDX, HMX and TNT.

7175.    That the military activities and/or exercises which the Defendants through their agents, servants, or employees have engaged in on the Island of Vieques commonly produce toxic, chemical explosive residues such as HMX, RDX and TNT, among others. These toxic constituents are in the soils, waters, vegetation, wildlife, marine life, and even the people on and around the Island of Vieques.

7176.    On or about February 19, 1999 two AV-8 Harrier aircraft assigned to VMA-231, operating from the USS Kearsarge in suppor of the 26 Marine Expeditionary Unit released at least 263 depleted uranium (DU) 25mm rounds. Each 25mm round contained 148 grams of DU in the form of a pencil shaped penetrator.

7177.    That firing depleted uranium shells violated Violation of Navy's Master Material License No. 40-23645-01NA; Title 10 CFR, Part 20 (1999); and the Naval Radioactive Material Permit No. 13-00164-L1NP.

7178.    As of 2001 only 116 of the 263 radioactive DU shells had been found and removed.

7179.    As of August 1999 the EPA determined that the Navy had committed at least 102 violations of the Clean Water Act for releasing pollutants into waters of the Vieques training area.

7180.    Between the years 1958 until 1979 approximately every three months 1,000 gallons of fuel was discharged into the ocean off Camp Garcia.  Over those years approximately 100,000 gallons of fuel was potentially discharged into the waters surrounding Vieques.  Plaintiffs further allege that during and subsequent to the dumping of these toxic materials into the surrounding waters the Navy failed to conduct any environmental monitoring, sampling, and/or took any other action to determine the effects its acts had on the surrounding environment and/or people.

7181.    Upon information, belief and the Navy's past practices on the Island the Plaintiffs allege the Navy has in numerous other instances negligently, recklessly, and/or intentionally exposed the citizens of Vieques to toxic and/or hazardous materials.

7182.    As a direct and proximate result of the Defendants' negligently exposing the Plaintiffs to toxic materials on the Island of Vieques, the Plaintiffs have been exposed to and harmed by numerous known carcinogenic compounds and substances, heavy metals, and other known dangerous substances, compounds, elements, and/or materials.

*NEGLIGENT MAINTENANCE OF STORAGE FACILITIES*

7183.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7184.    The Plaintiffs allege that over the last sixty years the Navy has stored many toxic compounds on the Island of Vieques some of which include: HMX, RDX, TNT, napalm, Agent Orange, depleted uranium, PCBs, solvents, and pesticides, as well as, numerous other hazardous materials and/or compounds.

7185.    That over the last sixty years the Navy has negligently maintained its storage facilities and/or has intentionally disposed of hazardous materials in a manner that constitutes a danger to human life and well being.

7186.    In or about 1975 the Navy emptied approximately 7,000 pounds of fuel from leaking drones onto the bare unlined soil.  That the fuel was comprised of approximately 1,775 pounds of mixed amine fuel and 5,275 pounds of inhibited red fuming nitric acid.

7187.    That the Navy negligently disposed of approximately 6,400 pounds of potentially hazardous material including lubricants, oil, solvents, and paints into mangrove swamp, which extends into a lagoon which flows into the Atlantic Ocean, located on the northwestern portion of the Island.

7188.    In or about 1975 the *USS Killen* was towed to Vieques and scuttled in Bahia Salina del Sur near the Live Impact Area due north of Isla Alcatraz and used for live bombing exercises.   That hundreds of 55-gallon barrels containing unknown and potentially toxic and/or hazardous substances were on the *Killen* when the vessel was scuttled, and later used for a bombing target.

7189.    According to a study published in or about 2004 seawater collected in, or adjacent to, unexploded munitions contained TNT residues above EPA Risk-Based Concentration

Guideline for Drinking Water.  Furthermore, the study found every animal tested near unexploded ordnance contained at least one potentially toxic compound.

7190.     That upon information, belief, and the Defendants' past practices on the Island of Vieques the Plaintiffs allege the Defendants have in numerous other instances negligently stored and/or disposed of other harmful and/or toxic materials on the Island of Vieques over the past sixty years.

7191.     As a direct and proximate result of the Defendants' negligent maintenance of storage facilities on the Island of Vieques, the Plaintiffs have been exposed to and harmed by numerous known carcinogenic compounds and substances, heavy metals, and other known dangerous substances, compounds, elements, and/or materials.

### *NEGLIGENT FAILURE TO MONITOR AND FAILURE TO WARN*

7192.     Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7193.     The Plaintiffs allege that over the last sixty years the Defendants have been negligent, grossly negligent, and/or reckless in its failure to monitor the environmental impact of its training and storage facilities on the Island of Vieques.

7194.     As a result of Defendants' failure to monitor the environmental impact of their actions, the Defendants continued to dispose of and release hazardous and/or toxic materials in such a manner that posed a clear and present danger to the health of the citizens of Vieques.

7195.     Plaintiffs further allege that over the last sixty years the Defendants' have negligently failed to warn the citizens of the Island of Vieques of the harmful effects of many of the toxic substances utilized by the Defendants on the Island.

7196.    As a direct and proximate result of the Defendants negligent failure to monitor their environmental impact on the Island of Vieques, as well as, the Defendants negligent failure to warn the citizens of the harmful effects of the hazardous and/or toxic substances utilized by the Defendants on the Island of Vieques the Plaintiffs have been exposed to and harmed by numerous known carcinogenic compounds and substances, heavy metals, and other known dangerous substances, compounds, elements, and/or materials.

**COUNT II**
**WRONGFUL DEATH**
**(Under Puerto Rican statutory and common law)**

7197.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7198.    Pedro Rosa-Rosado, Damian Belardo-Ayala, Eva Diaz-Bermudez, Ramona Boulogne-Garcia, Toribio Brache-Albert, Juan Camacho, Juanita Ojeda- Caraballo, Milivy Adams-Calderon, Felix Flores-Romero, Felicita Acevedo-Figueroa, Nereida Fuentes-de Ramos, Pablo Hernandez-Lopez, Cristobal Medina-Maldonado, Jesus Nieves-Ortiz, Luis Quinones-Torres, Alvaro Romero-Rivera, Luis Sanes-Ayala, Mariana Ventura-Cintron, Juan Perez-Torres, America Fernandez-Marin, Rafael Santiago-Legrand, Luis Gerena-Tapia, Petra Corcino-Garay, Juanita Encarnacian-Felix, Javiela Ayala-Garcia, Marciana Maldonado-Velez, Jesus Serrano-Rodriguez, Regalada Ortiz-Fuentes, Emiliano Matos-Perez, Manuel Osorio-Almestica, Carmen Andrades-Nieves, Jose Ortiz-Reyes, Beatriz Cordero-Gomez, Felipe Rosa-Gonzalez, Gregoria Melendez-Mercado, Carmen Quinonez-Melendez, Praxedes Quinonez-Hernandez, Francisco Belardo-Mercado, Delia Torres-Collaso, Anastacia Acosta-Carrasquillo, Maria Marin-Morales, Librada Rivera-Cintron, Maria Colon-Bermudez, Eladio Martinez-Lao,

Enriqueta Irizarry-Arroyo, Gilberto Bonano-Monell, Militza Acosta-Avila, Jose Acosta-Avila, Ezaul Sanchez-Rosa, Inocencia Lebron-Rodriguez, Jose Melendez-Vegerano, Elias Garcia-Pressas, Esteban Velazquez-Acevedo,  Olga Torres-Garcia, Emerito Rivera-Rosa, Pedro Fernandez-Melendez, Ana Sanchez-Gonzalez, Eugenia Santos-Velazquez, Paquita Santiago-Encarnacion, John Miller, Leonardo Felix-Ayala, Luisa Guadalupe-Guadalupe, Luisa Diaz-Morales, Pedro Boulogne-Perez, Victorino Becerril-Parrilla, Juanita Caraballo-Ojeda, Adalberto Tirado-Velez, Hector Rucci-Medina, Carmen Maldonado-Acosta, Carlos Perez-Sanes, Dionisio Ortiz-Garcia, Inocencia Guevara-Vazquez, Victorino Romero-Carrillo, Angel L. Castro-Galarza, Anulfin Santiago-Ayala, Lydia Boulogne-Garcia, Clara Luis-Morales, Juan Diaz-Fernandez, Carmelo Perez-Garcia, Enrique Torres-Marin, Herminia Ramos-Aponte, Victorina Rijos-Viera, Tomas Cruz-Parrilla, Luz Otero-Rijos, Hector Santiago-Martinez, William Garcia-Torres, Robertina Santiago-Berrios, Armando Colon-Rivera, Pedro Ignacio Rivera-Bermudez, Teodora Camacho-Rosa, Leonardo Perez-Ayala, Alejandro Gabino-Gonzalez, Nicasio Garcia-Vazquez, Angel Quinones-Rodriguez, Antonio Camacho-Cruz, Dionisio Garcia-Santiago, Petra Ortiz-Monell, Marina Figueroa-Padron, Jesus Santiago, Marcelo Encarnacion-Garay, Gregoria Torres-Rivera, Gerardo Colon-Ortiz, Bienvenida Ojeda-Molina, Maria Rivera-Lugo, Jesus Corcino-Velentin, Guzmana Rivera-Colon, Francisco Cruz-Perez, Luis Garcia-Melendez,  Brijida Santana-Rodriguez, Taichairys Gerena-Ortiz, Orlando Martinez-Amado, Wendy Santos-Figueroa, Haydee Santiago-Bermudez, Jose Diaz-Pimentel, Rafael Boulogne-Perez, Jose Martinez-Ventura, Teodoro Escobar-Flores, Leonor Rivera-Rivera, Luis Benjamin-Lavergne, Sarah Figueroa-Maldonado, Nicolasa Rivera-Gomez, Demetria Colon-Ortiz, Santiago Romero-Mercado, Carmen Tapia-

Martinez, Mercedez Perez-Guerra, Francisco Brignoni-Perez, Andres Rosario-Acevedo, Pablo Ortiz-Monell, Gregoria Cordero-Velazquez, Abraham Melendez-Quinonez, and Victor Santos-Maldonado who died as a result of the negligent acts and/or omissions of the United States Navy, its employees, agents and/or servants on the Island of Vieques are survived by family members who are entitled to recover damages from all Defendants for wrongful death.  These family members are entitled to damages resulting from the deaths of the decedents caused by the actions and/or omissions of the Defendants.

7199.    As a further result of the negligent acts, omissions, or other tortious conduct of the Defendants, Plaintiffs have been caused to expend various sums to raise the estates of Decedents and have incurred other expenses for which they are entitled to recover.

## COUNT III
## SURVIVAL
### (Under Puerto Rican statutory and common law)

7200.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7201.    Plaintiffs bring this action for damages suffered by the estates of Pedro Rosa-Rosado, Damian Belardo-Ayala, Eva Diaz-Bermudez, Ramona Boulogne-Garcia, Toribio Brache-Albert, Juan Camacho, Juanita Ojeda-Caraballo, Milivy Adams-Calderon, Felix Flores-Romero, Felicita Acevedo-Figueroa, Nereida Fuentes-de Ramos, Pablo Hernandez-Lopez, Cristobal Medina-Maldonado, Jesus Nieves-Ortiz, Luis Quinones-Torres, Alvaro Romero-Rivera, Luis Sanes-Ayala, Mariana Ventura-Cintron, Juan Perez-Torres, America Fernandez-Marin, Rafael Santiago-Legrand, Luis Gerena-Tapia, Petra Corcino-Garay, Juanita Encarnacian-Felix, Javiela Ayala-Garcia, Marciana Maldonado-Velez, Jesus Serrano-Rodriguez, Regalada Ortiz-Fuentes, Emiliano Matos-Perez, Manuel

Osorio-Almestica, Carmen Andrades-Nieves, Jose Ortiz-Reyes, Beatriz Cordero-Gomez,

Felipe Rosa-Gonzalez, Gregoria Melendez-Mercado, Carmen Quinonez-Melendez,

Praxedes Quinonez-Hernandez, Francisco Belardo-Mercado, Delia Torres-Collaso,

Anastacia Acosta-Carrasquillo, Maria Marin-Morales, Librada Rivera-Cintron, Maria

Colon-Bermudez, Eladio Martinez-Lao, Enriqueta Irizarry-Arroyo, Gilberto Bonano-

Monell, Militza Acosta-Avila, Jose Acosta-Avila, Ezaul Sanchez-Rosa, Inocencia

Lebron-Rodriguez, Jose Melendez-Vegerano, Elias Garcia-Pressas, Esteban Velazquez-

Acevedo, Olga Torres-Garcia, Emerito Rivera-Rosa, Pedro Fernandez-Melendez, Ana

Sanchez-Gonzalez, Eugenia Santos-Velazquez, Paquita Santiago-Encarnacion, John

Miller, Leonardo Felix-Ayala, Luisa Guadalupe-Guadalupe, Luisa Diaz-Morales, Pedro

Boulogne-Perez, Victorino Becerril-Parrilla, Juanita Caraballo-Ojeda, Adalberto Tirado-

Velez, Hector Rucci-Medina, Carmen Maldonado-Acosta, Carlos Perez-Sanes, Dionisio

Ortiz-Garcia, Inocencia Guevara-Vazquez, Victorino Romero-Carrillo, Angel L. Castro-

Galarza, Anulfin Santiago-Ayala, Lydia Boulogne-Garcia, Clara Luis-Morales, Juan

Diaz-Fernandez, Carmelo Perez-Garcia, Enrique Torres-Marin, Herminia Ramos-Aponte,

Victorina Rijos-Viera, Tomas Cruz-Parrilla, Luz Otero-Rijos, Hector Santiago-Martinez,

William Garcia-Torres, Robertina Santiago-Berrios, Armando Colon-Rivera, Pedro

Ignacio Rivera-Bermudez, Teodora Camacho-Rosa, Leonardo Perez-Ayala, Alejandro

Gabino-Gonzalez, Nicasio Garcia-Vazquez, Angel Quinones-Rodriguez, Antonio

Camacho-Cruz, Dionisio Garcia-Santiago, Petra Ortiz-Monell, Marina Figueroa-Padron,

Jesus Santiago, Marcelo Encarnacion-Garay, Gregoria Torres-Rivera, Gerardo Colon-

Ortiz, Bienvenida Ojeda-Molina, Maria Rivera-Lugo, Jesus Corcino-Velentin, Guzmana

Rivera-Colon, Francisco Cruz-Perez, Luis Garcia-Melendez, Brijida Santana-Rodriguez,

Taichairys Gerena-Ortiz, Orlando Martinez-Amado, Wendy Santos-Figueroa, Haydee Santiago-Bermudez, Jose Diaz-Pimentel, Rafael Boulogne-Perez, Jose Martinez-Ventura, Teodoro Escobar-Flores, Leonor Rivera-Rivera, Luis Benjamin-Lavergne, Sarah Figueroa-Maldonado, Nicolasa Rivera-Gomez, Demetria Colon-Ortiz, Santiago Romero-Mercado, Carmen Tapia-Martinez, Mercedez Perez-Guerra, Francisco Brignoni-Perez, Andres Rosario-Acevedo, Pablo Ortiz-Monell, Gregoria Cordero-Velazquez, Abraham Melendez-Quinonez, and Victor Santos-Maldonado as a result of their deaths, including their pain and suffering, inconvenience, loss of life and life's pleasures, loss of earnings and earning capacity, loss of consortium and other items of damages.

7202.    As a result of Defendants' wrongful conduct, Plaintiffs suffered damages as fully set forth in the paragraphs above which are incorporated herein by reference.

## COUNT IV
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
### (Under Puerto Rican common law)

7203.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7204.    Defendants knew or should have know that their actions on the Island of Vieques would kill, injure, or otherwise contaminate the innocent civilians who lived and worked on the Island of Vieques, leaving their family members to grieve for their losses and fear for their own health.

7205.    As a direct consequence of the negligent actions of the Defendants, the surviving Plaintiffs suffered severe mental distress, which has required continuing treatment, which will continue for the balance of the Plaintiffs' lives, and they have thereby suffered damages.

7206.    As a direct and proximate result of the Defendants' conduct, Plaintiffs have suffered and will forever suffer severe and permanent emotional distress and anxiety, permanent psychological distress and permanent mental impairment.

**COUNT V**
**TRESPASS**
**(Under Puerto Rican common law)**

7207.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7208.    Defendants have caused pollutants, toxins and hazardous materials to invade Plaintiffs' environment on a continuing basis, knowing with a substantial certainty that the Defendants' operation and use of the land was unauthorized and constituted a trespass.

7209.    Defendants' unauthorized invasion has caused damages to the Plaintiffs.

7210.    Defendants' invasion and pollution of the environment is a continuing trespass occurring on a day to day basis.

**COUNT VI**
**NUISANCE**
**(Under Puerto Rican common law)**

7211.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7212.    The military activities and/or exercises which Defendant through their agents, servants, and/or employees have engaged in on Vieques commonly produced continuing noise, vibration, dust, and noxious, hazardous, and toxic odors generated by Defendants' operations on Vieques which substantially and unreasonably interfered with the

Plaintiffs' use and enjoyment of their land and market value of their property has been correspondingly substantially diminished.

7213.    The continuing effects of noise, vibration, dust and noxious odors generated by Defendants' operations on Vieques constitute a nuisance.

## COUNT VII
## CIVIL TAKING
### (Under the Constitution of the Commonwealth of Puerto Rico)

7214.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7215.    As a direct and proximate result of the Defendants actions and/or omissions on the Island of Vieques the Plaintiffs property, homes, lands, water, streams, ocean, wildlife, marine life, and general environment has been contaminated and rendered uninhabitable or otherwise unfit for human use and/or consumption by the numerous carcinogenic, toxic, and otherwise hazardous substances, compounds, and/or elements utilized by the Defendants on the Island.

7216.    Plaintiffs further allege Defendants have not compensated Plaintiffs for the damages and harm done to them, their property, environment, and their lands in violation of the Constitution of the Commonwealth of Puerto Rico.

## COUNT VIII
## FEAR AND FRIGHT
### (Under Puerto Rican common law)

7217.    Plaintiffs incorporate by reference the averments in the preceding paragraphs as though fully set forth at length.

7218.    The Plaintiffs allege that over the last sixty years the Navy has negligently, grossly negligently, recklessly, and/or intentionally dropped, deployed, and/or expended

munitions and/or ordnance on areas outside the designated target zones and in areas dangerously close to the civilian population.

7219.    On or about April 19, 1999 a Marine Corps F-18 pilot misidentified Observation Post-1, which is just to the west of the Live Impact Area in the Inner Range on Vieques, as his intended target and released two 500 pound bombs.  This incident resulted in the death of a security guard, Mr. David Sanes Rodriguez, and the injury of four others.

7220.    In or about 1998 the Attorney General of Puerto Rico testified that during that year alone five separate live fire events occurred during training exercises.  The Attorney General further testified the pattern of live fire events has been repeated virtually every year and all the incidents show the Navy could not ensure the safety of the population of Vieques.

7221.    In or about 1995 Navy planes mistakenly destroyed a building and other facilities at Observation Post-1.

7222.    In or about 1993 a Navy plane, eight miles off course, dropped five bombs that detonated one mile from a local elementary school and Isabel Segunda, the main town on Vieques.

7223.    That upon information and belief the Plaintiffs further allege numerous other events took place over the last sixty years in which the Navy negligently, recklessly, and/or intentionally released, dropped, or deployed munitions off the designated firing range and dangerously close to civilian populations.

7224.    That the stress placed on the people of Vieques due to the Navy's negligent and/or reckless dropping of munitions off the designated firing ranges has led to detrimental health consequences to the Viequenses including high rates of hypertension, stress,

emotional distress, fear, mental anguish and suffering, as well as other physical and mental ailments.

## DAMAGES

7225.    As a direct and proximate result of the negligent, grossly negligent, reckless, and/or intentional actions of the Defendants, Plaintiffs have suffered severe and permanent personal injuries, damages, and losses, including the following:

   a.   the severe mental anguish suffered by the Plaintiffs;

   b.   the severe pain and suffering suffered by the Plaintiffs;

   c.   the permanent damages to Plaintiffs health;

   d.   the inability of the Plaintiffs to perform the usual household and personal activities that they normally would have performed through the remainder of their natural life expectancies;

   e.   loss of the Plaintiffs' and Decedents' earnings and future earning potential;

   f.   loss of Plaintiffs' and Decedents' lives and life's pleasures;

   g.   costs relating to managing the estates of the Decedents';

   h.   costs relating to Plaintiffs medical care present and future;

   i.   loss of consortium of Decedents' spouses;

   j.   any and all other damages that may be appropriate.

7226.    Plaintiffs demand judgment in their favor in general damages against all Defendants.

7227.    Plaintiffs also request an award of legal interest, costs, and such other relief as this Honorable Court deems appropriate.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs pray that the Court grant judgment in their favor against the Defendants, jointly, severally and *in solido* on Counts One through Eight, and grant to Plaintiffs:

- Compensatory damages in favor of Plaintiffs and against Defendants jointly, severally and *in solido* in the amounts demanded in this Complaint for Damages;

- Interest from date of judicial demand;

- Costs and expenses;

- Attorney's fees; and

- Such other and further relief as this Honorable Court may determine to be just and appropriate under the circumstances.

Respectfully submitted,

_____
John Arthur Eaves, USDC Bar # 433091
EAVES LAW FIRM
101 North State Street
Jackson, MS 39201
Telephone: (601) 355-7961
Telecopier: (601) 355-0530

Of Counsel:

_____
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW
5th Floor
Washington, DC 20036
Telephone: (202) 955-9055
Telefax: (202) 955-3806

**ATTORNEYS FOR THE PLAINTIFFS**

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Juanita Sanchez (On Behalf of Minor Child Debora Rivera-Sanchez) and 7,124 Additional Plaintiffs Found in Attachment A | United States, Department of Navy, Department of Defense, Secretary of Navy, Secretary of Defense |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John Arthur Eaves, Sr., USDC Bar #433091
Eaves Law Firm
101 North State Street, Jackson, MS 39201
Steven R. Perles (No. 326975) Edward MacAllister (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, Fifth Floor, Washington, DC 20036

ATTORNEYS (IF KNOWN)

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

⊙ 2 U.S. Government Defendant

○ 3 Federal Question (U.S. Government Not a Party)

○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. General Civil (Other) | OR | ○ F. Pro Se General Civil |
|---|---|---|

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ **530** Habeas Corpus-General<br>☐ **510 Motion/Vacate** Sentence | ☐ **442** Civil Rights-Employment<br>(criteria: race, **gender/sex,**<br>national origin,<br>discrimination, **disability**<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895** Freedom of Information Act<br>☐ **890** Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **152** Recovery of Defaulted<br>Student Loans<br>(**excluding** veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ **710** Fair Labor Standards Act<br>☐ **720 Labor/Mgmt. Relations**<br>☐ **730** Labor/Mgmt. Reporting **&**<br>Disclosure Act<br>☐ **740** Labor Railway Act<br>☐ **790** Other Labor Litigation<br>☐ **791 Empl. Ret.** Inc. Security Act | ☐ **441** Voting (if not Voting Rights<br>Act)<br>☐ **443 Housing/Accommodations**<br>☐ **444** Welfare<br>☐ **440** Other Civil Rights<br>☐ **445** American **w/Disabilities-**<br>Employment<br>☐ **446** Americans **w/Disabilities-**<br>Other | ☐ **110 Insurance**<br>☐ **120** Marine<br>☐ **130** Miller Act<br>☐ **140** Negotiable Instrument<br>☐ **150** Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ **153** Recovery of Overpayment of<br>Veteran's Benefits<br>☐ **160** Stockholder's Suits<br>☐ **190** Other Contracts<br>☐ **195** Contract Product Liability<br>☐ **196 Franchise** | ☐ **441** Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ **1** Original Proceeding   ○ **2** Removed from State Court   ○ **3** Remanded from Appellate Court   ○ **4** Reinstated or Reopened   ○ **5** Transferred from another district **(specify)**   ○ **6 Multi** district Litigation   ○ **7** Appeal to District Judge **from** Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

:Plaintiffs file suit under the Federal Tort Claims Act 28 U.S.C. §§ 2671 et seq. against Defendants for their negligence in damaging Plaintiffs

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ | DEMAND $ _____ <br> **JURY DEMAND:** | Check YES **only** if demanded in complaint <br> YES ☐   NO ☒ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE **9/5/07**   SIGNATURE OF ATTORNEY OF RECORD   *John Arthur Eaves Sr*

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET **JS44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED **PLAINTIFF/DEFENDANT** (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II.**

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only **one** category. You **must** also select **one** corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.