IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**JUANITA SANCHEZ, et al.**                                    **PLAINTIFFS**

**VERSUS**                              **CIVIL ACTION NO.1:07CV01573**

**UNITED STATES OF AMERICA, et al.**               **DEFENDANTS**

**NOTICE OF APPEARANCE OF CO-COUNSEL FOR ALL PLAINTIFFS**

**PLEASE TAKE NOTICE** that John Arthur Eaves, Jr. of Eaves Law Firm hereby enters his appearance as co-counsel of record for All Plaintiffs in above styled and referenced civil action.

This the 11th day of December, 2007.

**JUANITA SANCHEZ, et al.**

By: s/ John Arthur Eaves, Jr.
    John Arthur Eaves, Jr.

**OF COUNSEL:**

John Arthur Eaves, Jr. (USDC Bar #432137)
**Eaves Law Firm**
101 North State Street
Jackson, Mississippi 39201
Telephone: (601) 355-7961
Facsimile: (601) 355-0530

2

**CERTIFICATE OF SERVICE**

I, John Arthur Eaves, Jr., do hereby certify that a true and correct copy of the above and foregoing document has this day been served on all counsel of record according to said counsel's electronic filing status with this Court.

**This** the 11th day of December, 2007.

By: s/ John Arthur Eaves, Jr.
    John Arthur Eaves, Jr.