AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Juanita Sanchez (On Behalf of Minor Child
Debora Rivera-Sanchez) and 7,124
Additional Plaintiffs Found in Attachment A

**SUMMONS IN A CIVIL CASE**

V.

United States of America, et al.

Case: 1:07-cv-01573
Assigned To : Urbina, Ricardo M.
Assign. Date : 09/05/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

United States of America
Honorable Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven R. Perles (No. 326975)
THE PERLES LAW FIRM, PC
1146 19th Street, NW
5th Floor
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP - 5 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/05/2007 /4:20 pm |
| NAME OF SERVER (PRINT)<br>Brandon Snesko | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>501 3rd St. NW, Washington, D.C. by serving Lakesha Carroll as Docket Clerk & Authorized Agent</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  <u>12-07-2007</u>   *Signature of Server* Brandon Snesko
                Date

<u>1322 Maryland Ave. NE, Washington, D.C. 20002</u>
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.