AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Juanita Sanchez (On Behalf of Minor Child Debora Rivera-Sanchez) and 7,124 Additional Plaintiffs Found in Attachment A

**SUMMONS IN A CIVIL CASE**

V.

United States of America, et al.

CAS

Case: 1:07-cv-01573
Assigned To : Urbina, Ricardo M.
Assign. Date : 09/05/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

UNITED STATES DEPARTMENT OF NAVY
1000 Navy Pentagon
Washington, D.C. 20305-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven R. Perles (No. 326975)
THE PERLES LAW FIRM, PC
1146 19th Street, NW
5th Floor
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

SEP - 5 2007
DATE

Maureen Higgins
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-05-2007 / 2:45 pm |
|---|---|
| NAME OF SERVER *(PRINT)* Brandon Snesko | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 720 Kennon St. SE, Washington, D.C. 20374 by serving Glenda L. McRavin as Administrative Assistant&Authorized Agent.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-7-2007
Date

Signature of Server Brandon Snesko

1322 Maryland Ave. NE Washington, D.C. 20002
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.