UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUANITA SANCHEZ (ON BEHALF OF MINOR CHILD DEBORA RIVERA-SANCHEZ), et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, et al., )<br><br>Defendants. ) | Civil Action No. 1:07-cv-01573-RMU<br><br>ECF |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Adam Bain, Senior Trial Counsel, Torts Branch, Civil Division, United States Department of Justice, as counsel for Defendants in this case.

    /s/   Adam Bain
ADAM BAIN (IN Bar #11134-49)
Senior Trial Counsel
Torts Branch, Civil Division
United States Department of Justice
Torts Branch, Civil Division
1331 Pennsylvania Ave., N.W., Room 8016S
Washington, D.C. 20004
Tel:  (202) 616-4209
Fax:  (202) 616-4473
Adam.Bain@usdoj.gov
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, I caused to be served a copy of the foregoing Praecipe by Federal Express, overnight mail, and through Electronic Case Filing on counsel for plaintiffs at the addresses listed below.

>John Arthur Eaves, Jr.
>EAVES LAW FIRM
>101 North State St.
>Jackson, MS 39201
>Telephone: (601) 355-7961
>
>Steven R. Perles
>Edward MacAllistar
>THE PERLES LAW FIRM
>1146 19th Street, N.W.
>5th Floor
>Washington, DC 20036
>Telephone: (202) 955-9055

>/s/ Adam Bain
>ADAM BAIN (IN Bar #11134-49)
>Senior Trial Counsel
>United States Department of Justice
>Torts Branch, Civil Division
>1331 Pennsylvania Ave., N.W., Room 8016S
>Washington, D.C. 20004
>Tel: (202) 616-4209
>Fax: (202) 616-4473
>Adam.Bain@usdoj.gov