UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUANITA SANCHEZ (ON BEHALF OF MINOR CHILD DEBORA RIVERA-SANCHEZ), et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, et al., )<br><br>Defendants. ) | Civil Action No. 1:07-cv-01573-RMU<br><br>ECF |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Margaret Jane Mahoney, Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, as co-counsel for Defendants in this case.

    /s/ Margaret Jane Mahoney
MARGARET JANE MAHONEY (PA Bar #24635)
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
Torts Branch, Civil Division
1331 Pennsylvania Ave., N.W., Room 8012S
Washington, D.C. 20004
Tel: (202) 616-4221
Fax: (202) 616-4473
Jane.Mahoney@usdoj.gov
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, I caused to be served a copy of the foregoing Praecipe by Federal Express, overnight mail, and through Electronic Case Filing on counsel for plaintiffs at the addresses listed below.

    John Arthur Eaves, Jr.
    EAVES LAW FIRM
    101 North State St.
    Jackson, MS 39201
    Telephone: (601) 355-7961

    Steven R. Perles
    Edward MacAllistar
    THE PERLES LAW FIRM
    1146 19th Street, N.W.
    5th Floor
    Washington, DC 20036
    Telephone: (202) 955-9055

    /s/   Margaret Jane Mahoney
MARGARET JANE MAHONEY (PA Bar #24635)
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
1331 Pennsylvania Ave., N.W., Room 8016S
Washington, D.C. 20004
Tel:  (202) 616-4221
Fax:  (202) 616-4473
Jane.Mahoney@usdoj.gov