UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
JUANITA SANCHEZ, *et al.*,         )
                                   )
                Plaintiffs,        )
                                   )  CA No. 07-1573 (RMU)
        v.                         )
                                   )
United States, *et al.*,           )
                                   )
                Defendants.        )
_____)

**PLAINTIFFS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs Juanita Sanchez, et al., hereby move this Court for an extension of time to respond to the Defendants' Motion to Dismiss filed on February 1, 2008. In support of this unopposed Motion, Plaintiffs state:

i. This is the first request for an extension of time to file a pleading by Plaintiffs.

ii. Plaintiffs respectfully request this extension because counsel's unusually heavy workload and an impending vacation at the end of the month for one of the principal attorneys who will draft the opposition to Defendants' Motion to Dismiss. On January 28, 2008, President George W. Bush signed the National Defense Authorization Act for Fiscal Year 2008 into law. This new law dramatically rewrites the Foreign Sovereign Immunities Act with relation to the "state sponsor of terrorism" exception,[1] which is the governing statute in twelve cases that counsel for Plaintiff plays a lead role in. Each case requires the filing

---

[1] Formerly 28 U.S.C. § 1605(a)(7) but revised and now found at 28 U.S.C. § 1605A. Pub. L. No. 110-181, § 1083, 122 Stat. 3, 338-344 (2008).

      of a varying number of pleadings to bring the case into conformity with the new law. In addition to this unexpected and unusually heavy workload, Edward MacAllister, one of the primary attorneys who will be working on Plaintiffs' Opposition to Defendants' Motion to Dismiss, has had a two week trip to Ireland scheduled since December 27, 2007 to visit his father who is suffering from cancer, which thankfully has gone into remission recently. Mr. MacAllister would therefore prefer to not reschedule the trip because that would likely delay the trip by several months until sufficient time opened in counsel's work schedule. Finally, counsel for Plaintiffs is composed of two small firms who have a small, fixed number of associates who may work on this matter.

iii. The extension would extend Plaintiffs' time to respond to Defendants' Motion to Dismiss from February 12, 2008 to March 14, 2008.

iv. Defendants' Motion is a dispositive motion. Plaintiffs suggest a deadline of April 4, 2008 for Defendants' Reply memorandum, which is the date agreed to by the Parties during their conversation about this request for an extension.

v. Defendants do not oppose this Motion for an Extension and requested an April 4, 2008 deadline to file a reply should the request be granted.

    WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that this Court grant the unopposed Motion for an Extension of Time allowing Plaintiffs to respond to the Defendants' Motion to Dismiss on or before March 14, 2008.

Dated:  February 5, 2008	Respectfully Submitted,

	*/s/* Steven R. Perles
	PERLES LAW FIRM, P.C
	Steven R. Perles (No. 326975)
	Edward MacAllister (No. 494558)
	1146 19th Street, N.W.
	Fifth Floor
	Washington, DC  20036
	Tel.:    202-955-9055
	fax:     202-955-3806

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of Fenruary, 2008 a true and accurate copy of the foregoing Motion was served via the ECF filing system on counsel of record for Defendants:

	Adam Bain
	United States Department of Justice
	Torts Branch, Civil Division
	1331 Pennsylvania Avenue, N.W.
	Room 8016S
	Washington, D.C. 20004
	Tel:    (202) 616-4209
	Fax:    (202) 616-4473

	_____*/s/ Edward MacAllister*___

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUANITA SANCHEZ, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CA No. 07-1573 (RMU) |
| v. | ) ) | |
| United States, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the Plaintiffs' Motion for an extension of time to respond to the Defendants' Motion to Dismiss, it is hereby this _____ day of _____, 2008

**ORDERED** that the Motion is GRANTED and Plaintiffs must respond to the Defendants' Motion to Dismiss on or before March 14, 2008 and Defendants must file their Reply on or before April 4, 2008**.**

_____
United States District Judge