UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUANITA SANCHEZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CA No. 07-1573 (RMU) |
| v. ) | |
| ) | |
| United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE**

Pursuant to Fed. R. Civ. P. 6(b), the Defendants, hereby move this Court for an extension of time to file a Motion to Dismiss to the Plaintiffs' First Amended Complaint, filed on March 11, 2008. In support of this unopposed Motion, the Defendants state:

i. This is the first request for an extension of time to file a pleading by the Defendants.

ii. The Plaintiffs served their Original Complaint on the Defendants on December 5, 2007, and the United States filed a Motion to Dismiss that Complaint on February 1, 2008. Plaintiffs filed their First Amended Complaint on March 11, 2008, four days before their response to the Defendants' Motion to Dismiss was due on March 15, 2008. Undersigned counsel was not aware that the Plaintiffs would file an Amended Complaint until the Plaintiffs served it on March 11, 2008. The Plaintiffs' First Amended Complaint has substantial new allegations that must be analyzed and addressed. The Defendants intend to file a Motion to Dismiss the Plaintiffs' First Amended Complaint. The Defendants respectfully

      request this extension because of undersigned counsel's outstanding obligations in other cases. Rule 15(a) of the Federal Rules of Civil Procedure provides that a response to an amended pleading shall be filed within 10 days after service of the amended pleading. During the ten day time period for a response in this case, undersigned counsel, who will be responsible for drafting a Motion to Dismiss to Plaintiffs' First Amended Complaint, has two other deadlines in pending cases: (1) a Motion to Dismiss in a complex toxic tort action pending in the Eastern District of California, which is due on March 20, 2008, and (2) a complex Bill of Costs, in wildfire litigation pending in the Southern District of California, which is due on March 21, 2008.

iii. The requested extension would extend the Defendants' time to file a Motion to Dismiss to the Plaintiffs' First Amended Complaint from March 25, 2008, to April 11, 2008.

iv. The Defendants suggest a deadline of May 9, 2008, for the Plaintiffs' Response to the Motion to Dismiss the First Amended Complaint, and a deadline of May 30, 2008, for the Defendants' Reply supporting the Motion to Dismiss the First Amended Complaint, which are the dates agreed to by the Parties during their conversation about this request for an extension.

v. The Defendants have conferred with the Plaintiffs, and the Plaintiffs do not oppose this Motion for an Extension and requested a May 9, 2008, deadline to file a response to the Motion to Dismiss should the request be granted.

    WHEREFORE, for the reasons set forth above, the Defendants respectfully request that this Court grant the unopposed Motion for an Extension of Time allowing the

Defendants to file a Motion to Dismiss to Plaintiffs' First Amended Complaint on or before April 11, 2008.

Dated:  March 13, 2008            Respectfully Submitted,

                                          JEFFREY S. BUCHOLTZ
                                        Acting Assistant Attorney General, Civil Division

                                        C. FREDERICK BECKNER III
                                        Deputy Assistant Attorney General, Civil Division

                                        J. PATRICK GLYNN (D.C. Bar #219162)
                                        Director, Torts Branch, Civil Division


                                            /s/   Adam Bain
                                        ADAM BAIN (IN Bar #11134-49)
                                        Senior Trial Counsel
                                        MARGARET JANE MAHONEY
                                        Trial Attorney
                                        United States Department of Justice
                                        Torts Branch, Civil Division
                                        1331 Pennsylvania Ave., N.W., Room 8016S
                                        Washington, D.C. 20004
                                        Tel:  (202) 616-4209
                                        Fax:  (202) 616-4473

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 13th day of March, 2008 a true and accurate copy of the foregoing Motion was served via the ECF filing system on counsel of record for the Plaintiffs:

Steven R. Perles
PERLES LAW FIRM, P.C
1146 19th Street, N.W.
Fifth Floor
Washington, DC  20036
Tel.:   202-955-9055
fax:    202-955-3806

                /s/ Adam Bain

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JUANITA SANCHEZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CA No. 07-1573 (RMU) |
| v. ) | |
| ) | |
| United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Upon consideration of the Defendants' Unopposed Motion for an extension of time to respond to the Plaintiffs' First Amended Complaint, it is hereby this _____ day of _____, 2008

**ORDERED** that the Motion is GRANTED and the Defendants must file their Motion to Dismiss the First Amended Complaint on or before April 11, 2008; the Plaintiffs must respond to the Defendants' Motion to Dismiss on or before May 9, 2008, and the Defendants must file their Reply on or before May 30, 2008**.**

_____
United States District Judge