IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUANITA SANCHEZ | \* |
| and | \* |
| et al., | \* |
| Plaintiffs | \* |
| VS. | \* CA NO. 07-1573 (RMU) |
| UNITED STATES OF AMERICA, | \* |
| Defendants | \* |

**PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANTS
THE UNITED STATES DEPARTMENT OF DEFENSE, THE UNITED STATES
DEPARTMENT OF NAVY, ROBERT GATES, SECRETARY OF DEFENSE
AND DONALD C. WINTER, SECRETARY OF NAVY**

Plaintiffs herein, by and through undersigned counsel, hereby voluntarily dismiss this action without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as to Defendants the United States Department of Defense, the United States Department of Navy, Robert Gates, Secretary of Defense and Donald C. Winter, Secretary of Navy.

May 9, 2008         Respectfully submitted,

**/s/ John Arthur Eaves, Jr.**
John Arthur Eaves, Jr., USDC Bar # 432137
EAVES LAW FIRM
101 North State Street
Jackson, MS 39201
Telephone: (601) 355-7961
Telecopier: (601) 355-0530

Of Counsel:

**/s/ Steven R. Perles**
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW
5th Floor
Washington, DC 20036
Telephone: (202) 955-9055
Telefax: (202) 955-3806

**ATTORNEYS FOR THE PLAINTIFFS**